UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Mark J. Patane, et al.,** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:17-cv-01381-JAM |
| **Nestle Waters North America, Inc.,** | ) | |
| *Defendant* | ) | |

NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mark J. Patane, Julie Harding, Heather Harrigan, Stephen S. Shapiro, Catherine Porter, Erica Russell, Tina Moretti, Bridget Kopet, Jennifer S. Cole, Benjamin A. Fletcher, and Diane Bogdan    .

Date:  August 23, 2017

s/ Steven G. Sklaver
Bar No. phv09181  *Attorney's signature*
Steven G. Sklaver
*Printed name and bar number*

Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
*Address*

ssklaver@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*

Rev. 5/4/2011

## CERTIFICATE OF SERVICE

I hereby certify that on **August 23, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Jeffrey M. Garrod, Esq.**
**Orloff, Lowenbach, Stifelman & Siegel, PA**
**101 Eisenhower Parkway**
**Roseland, NJ 07068-1082**
**Email: JMG@olss.com**
**Tel: (973) 622-6200**
**Fax: (973) 622-3073**
**Counsel for Defendant**

**s/ Steven G. Sklaver**
_____
*Attorney's signature*