

APRIL BOELK
AUTOMATIC APPEALS SUPERVISOR

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

## Supreme Court of California

JORGE E. NAVARRETE
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### STEVEN GERALD SKLAVER

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that **STEVEN GERALD SKLAVER, #237612**, was on the **15th** day of **August, 2005,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 9th day of August, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Cynthia Nash, Deputy Clerk