UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------X

MARK J. PATANE, JULIE HARDING,
HEATHER HARRIGAN, STEPHEN S.
SHAPIRO, CATHERINE PORTER,                  Civ. No.:  3:17-cv-01381-JAM
ERICA RUSSELL, TINA MORETTI,
BRIDGET KOPET, JENNIFER S. COLE,
BENJAMIN A. FLETCHER and DIANE
BOGDAN, Individually and on Behalf of
All Others Similarly Situated,

                Plaintiffs,

   -v-

NESTLE WATERS NORTH AMERICA, INC.,

               Defendant.            SEPTEMBER 25, 2017

----------------------------------------------------------X

## PLAINTIFFS' MOTION TO ADJOURN THE CLASS CERTIFICATION DEADLINE

      Plaintiffs Mark J. Patane, Julie Harding, Heather Harrigan, Stephen S. Shapiro, Catherine Porter, Erica Russell, Tina Moretti, Bridget Kopet, Jennifer S. Cole, Benjamin A. Fletcher, and Diane Bogdan and Defendant Nestle Waters North America, Inc., by and through their respective attorneys, move this Court to adjourn the class certification deadline, currently specified in the Order on Pretrial Deadlines (Dkt. 2) as October 16, 2017.  Good cause for granting this motion exists for the following reasons:

1. The October 16, 2017 date is a default.

2. Plaintiffs' Complaint asserts consumer protection and related claims asserting that Defendant's Poland Spring® brand bottled still water products are falsely advertised as "100% Natural Spring Water" when, in fact, those products fail to meet the Food and Drug Administration's standard of identity for spring water.  While Plaintiffs' Complaint

1

contains substantial factual detail amassed from Plaintiffs' extended pre-filing investigation of relevant publicly available information, Plaintiffs will require additional discovery from Defendant and third-parties to complete the factual record they ultimately will develop to support their class certification motion. As reflected in the Complaint, furthermore, Plaintiffs' claims depend in part on scientific evidence, and they will require expert discovery, both on liability and damages, to present a complete foundation for demonstrating that their claims can be proved on a class-wide basis.

3. Accordingly, Plaintiffs' class certification motion should be deferred until a date to be agreed upon in the parties' Rule 26(f) planning report, subject to the Court's approval in a Rule 16 Scheduling Order, which, in Plaintiffs' view, should be a date after fact and expert discovery so that the parties can present, and the Court can consider, the class certification issue based on a fully developed record.

4. Defendant, by its counsel Jeffry M. Garrod, has agreed to the relief requested in this motion that an adjourned date for Plaintiffs' class certification motion be set in the parties' Rule 26(f) report, subject to the Court's approval in a Rule 16 Scheduling Order.

WHEREFORE, Plaintiffs and Defendant respectfully request that the Court issue an order adjourning the October 16, 2017 class certification deadline.

Dated: September 25, 2017

Respectfully submitted,

s/ *Craig A. Raabe*
Craig A. Raabe (ct04116)

IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Phone: (860) 493-6292
craabe@ikrlaw.com

Steven G. Sklaver (admitted *pro hac vice*)
Oleg Elkhunovich (admitted *pro hac vice*)
Amanda Bonn (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Phone:  (310) 789-3100
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
abonn@susmangodfrey.com

Y. Gloria Park (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Phone:  (212) 336-8330
gpark@susmangodfrey.com

Alexander Schmidt (admitted *pro hac vice*)
ALEXANDER H. SCHMIDT, ESQ.
Fairways Professional Plaza
5 Professional Circle, Suite 204
Colts Neck, NJ 07722
Phone:  (732) 226-0004
alex@alexschmidt.law

Alexander E. Barnett (admitted *pro hac vice*)
COTCHETT, PITRE & MCCARTHY, LLP
40 Worth St., 10th Floor
New York, NY 10013
Phone:  (212) 201-6820
abarnett@cpmlegal.com

Steven N. Williams (admitted *pro hac vice*)
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Phone:  (650) 697-6000
swilliams@cpmlegal.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of September 2017 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

s/ <i>Craig A. Raabe</i><br>
Craig A. Raabe (ct04116)