# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARK J. PATANE, JULIE HARDING,     :   CIVIL ACTION NO. 17-cv-01381(JAM)
HEATHER HARRIGAN, STEPHEN S.     :
SHAPIRO, CATHERINE PORTER,          :
ERICA RUSSELL, TINA MORETTI,       :
BRIDGET KOPET, JENNIFER S. COLE,   :
BENJAMIN A. FLETCHER, and           :
DIANE BOGDAN, Individually and       :
on Behalf of All Others Similarly Situated,   :
                                       :
                   Plaintiffs,         :
                                       :
v.                                       :
                                       :
NESTLE WATERS                     :
NORTH AMERICA, INC.,            :
                                       :
                Defendant.    :   OCTOBER 6, 2017

## <u>DECLARATION OF KEVIN MATHEWS</u>

KEVIN MATHEWS, of full age, declares as follows:

1.      I am the Vice President of Regulatory and Scientific Affairs for Defendant Nestlé Waters North America Inc. (NWNA). My responsibilities include, among other things, obtaining all permits and licenses required by the laws and regulations of the various States in order for NWNA to sell Poland Spring® bottled water as spring water within those states.

2.      Annexed hereto as Exhibit "A" is a true copy of a February 10, 2017, letter from the United States Food and Drug Administration to Joseph A. Levitt, counsel for NWNA.

3.      Annexed hereto as Exhibit "B" is a true copy of Beverage Plant Licenses issued to NWNA by the State of Maine Department of Agriculture, permitting NWNA to bottle and sell in the State of Maine Poland Spring® bottled spring water obtained from NWNA's Poland, Hollis, and Kingfield, Maine and Framingham, Massachusetts bottling plants.

4.    Annexed hereto as Exhibit "C" is a true copy of an August 28, 2017, letter from the State of Maine Department of Health and Human Services, Drinking Water Program, to NWNA.

5.    Annexed hereto as Exhibit "D" is a true copy of Bottled and Bulk Water Certifications issued to NWNA by the State of New Jersey Department of Health, permitting NWNA to sell Poland Spring® bottled spring water in the State of New Jersey.

6.    Annexed hereto as Exhibit "E" is a true copy of Certificates of Approval to Operate a Bottled Water Facility issued to NWNA by the State of New York Department of Health, permitting NWNA to sell Poland Spring® bottled spring water in the State of New York.

7.    Annexed hereto as Exhibit "F" is a true copy of Non-Alcoholic Beverage & Water Bottlers licenses issued to NWNA by the State of Connecticut Department of Consumer Protection, permitting NWNA to sell Poland Spring® bottled spring water in the State of Connecticut.

8.    Annexed hereto as Exhibit "G" is a true copy of February 27, 2017, June 19, 2017, and September 19 & 27, 2017, letters and Permits to Manufacture Bottled Water issued to NWNA by the State of Massachusetts Department of Public Health, permitting NWNA to sell Poland Spring® bottled spring water in the State of Massachusetts.

9.    Annexed hereto as Exhibit "H" is a true copy of Bottlers' Permits issued to NWNA by the State of Rhode Island Department of Health, permitting NWNA to sell Poland Spring® bottled spring water in the State of Rhode Island.

10.    Annexed hereto as Exhibit "I" is a true copy of Approvals to Sell Out-of-State Bottled Water in Vermont issued to NWNA by the State of Vermont Department of

Environmental Conservation, permitting NWNA to sell Poland Spring® bottled spring water in the State of Vermont.

11.     Annexed hereto as Exhibit "J" is a true copy of Licenses to Bottle Beverages issued to NWNA by the State of New Hampshire Department of Health and Human Services, permitting NWNA to sell Poland Spring® bottled spring water in the State of New Hampshire.

I declare under penalty of perjury that the forgoing is true and correct.

KEVIN MATHEWS

Executed on October 4, 2017
Stamford, Connecticut

-3-

# EXHIBIT  A



FEB 10 2017

Mr. Joseph A. Levitt
Hogan Lovells
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Dear Mr. Levitt:

Thank you for your letter of December 8, 2016, regarding the standard of identity for bottled
water and Maine's determination that bottled water from a specific source constitutes "spring
water." On behalf of Nestlé Waters North America, Inc., you ask the Food and Drug
Administration (FDA) to confirm that (1) Maine's determination substantiates the firm's "spring
water" claim and (2) the labels are not misbranded with respect to the "spring water" designation.
We also appreciate meeting with you on February 3, 2017, to discuss this matter.

As you are aware, FDA established a standard of identity for "bottled water" in 1995 (the 1995
final rule) which includes provisions for water source requirements for beverages to be designated
as "spring water" (Title 21 Code of Federal Regulations Section 165.110(a)(2)(vi)
(21 CFR 165.110(a)(2)(vi)). Among other things, these requirements address source water;
collection of the water and its physical properties; and, if requested, the need to demonstrate a
hydraulic connection between the natural orifice and the bore hole. The standard of identity
preempts state standards that are not identical to it in accordance with section 403A of the Federal
Food, Drug and Cosmetic Act (21 U.S.C. 343A(a)(1)).

Bottled water is also regulated under the good manufacturing practice requirements in 21 CFR
part 129. As you said in your letter, 21 CFR 129.3(a) requires that source water be approved by
the state agencies having approval authority. In the 1995 final rule, FDA stated that under 21
CFR 129.3(a) an approved source is one that has been inspected by the state and local government
*agencies having jurisdiction (60 FR 57076, 57091; Nov. 13, 1995). Under 21 CFR 129.35(a)(1),*
the source must be properly located, protected, and operated and be easily accessible and
adequate. In the 1995 final rule, FDA also stated that "part 129 does not require that the
government agency having jurisdiction identify or certify that the source is a spring source." (60
FR at 57096). Importantly, the source approval recognition under 21 CFR part 129 extends only
to the safety and sanitary quality of the water source. This "source approval" could include
*evaluation of the type of source, however, the firm still must demonstrate to regulatory officials*
that the source meets the requirement to be designated as "spring water" under 21 CFR 165.110.

As you are aware, FDA does not provide approval for the use of the term "spring water" for
bottled water. However, we recognize that some states have certification programs that evaluate

Page 2 – Mr. Joseph A. Levitt

whether bottled water may be designated as "spring water" under state regulations that incorporate FDA's requirements under 21 CFR 165.110. If the state certification requirements are consistent with those in 21 CFR 165.110, documentation that a firm is required to provide to the state would help demonstrate compliance with FDA's standard of identity regulations for "spring water." For example, if a state program requires using a hydrogeologically valid method to show that an appropriate hydraulic connection exists between the natural orifice of the spring and the bore hole, then this documentation could be used to address the requirement in 21 CFR 165.110(a)(2)(vi) related to demonstrating a hydraulic connection between the natural orifice and the bore hole. If the water and its source satisfy this requirement and the other requirements for "spring water" in 21 CFR 165.110, then the use of the term "spring water" on the product label would be appropriate.

Thank you, again, for contacting us regarding this matter. If you have any further questions or concerns, please let us know.

Sincerely yours,

Douglas A. Balentine, Ph.D.
Director
Office of Nutrition
   and Food Labeling
Center for Food Safety
   and Applied Nutrition

# EXHIBIT  B



# State of Maine

SERIAL NUMBER

106357

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

| 1-1394 | December 27, 2016 | **December 31, 2017** |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.

*This certifies that*

**Nestle Waters North America Inc**
**Compliance Designs**
**159 S Stark HWY**

Weare, NH 03281-

**BEVERAGE PLANT**

Location:   **109 Poland Spring DR, Poland**

The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.

This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.

| LICENSE TYPE | | DESCRIPTION OF LICENSE AUTHORIZATIONS | FEE |
|---|---|---|---|
| **License Type** | | **Authorizations** | **Fee** |
| Beverage Plant | 6 or more | Water | 150.00 |
| | | **TOTAL:** | 150.00 |



Department of Agriculture, Conservation &
Forestry

Division of Quality Assurance

*[signature]*

Commissioner

*[signature]*

Acting Director



# State of Maine

**SERIAL NUMBER**

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

106362

| 1-4885 | December 27, 2016 | December 31, 2017 |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.

*This certifies that*

**Nestle Waters North America Inc**
**Compliance Designs**
159 S Stark HWY

Weare, NH 03281-

**BEVERAGE PLANT**

**Location:** 400 Killick Pond RD, Hollis

The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.

This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.

| LICENSE TYPE | DESCRIPTION OF LICENSE AUTHORIZATIONS | FEE |
|---|---|---|

| License Type | | Authorizations | Fee |
|---|---|---|---|
| Beverage Plant | 6 or more | Water | 150.00 |
| | | **TOTAL:** | 150.00 |

Department of Agriculture, Conservation & Forestry

Division of Quality Assurance

*[signature]*

_____
Commissioner

*[signature]*

_____
Acting Director



# State of Maine

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

SERIAL NUMBER

106360

| 2-24018 | December 27, 2016 | December 31, 2017 |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

*This certifies that*

**Nestle Waters North America Inc**
**Compliance Designs**
**159 S Stark HWY**

**Weare, NH 03281-**

**BEVERAGE PLANT**

**Location:** **120 Poland Spring DR, Kingfield**

This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.

The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.

This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.

| LICENSE TYPE | DESCRIPTION OF LICENSE AUTHORIZATIONS | | FEE |
|---|---|---|---|
| **License Type** | | **Authorizations** | **Fee** |
| Beverage Plant | 6 or more | Water | 150.00 |
| | | **TOTAL:** | 150.00 |

Department of Agriculture, Conservation &
Forestry

_Walter E. Whitcomb_
Commissioner

Division of Quality Assurance

_Steven Giguere_
Acting Director



# State of Maine

**SERIAL NUMBER**

106355

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

| 1-2406 | December 27, 2016 | December 31, 2017 |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

*This certifies that*

**Nestle Waters North America Inc**

**Compliance Designs**

**159 S Stark HWY**

**Weare, NH 03281-**

**BEVERAGE PLANT**

**Location:** **105 Pennsylvania AVE,**
**Framingham**

This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.

The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.

This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.

| LICENSE TYPE | | DESCRIPTION OF LICENSE AUTHORIZATIONS | FEE |

| License Type | | Authorizations | Fee |
|---|---|---|---|
| Beverage Plant | 6 or more | Water | 150.00 |
| | | **TOTAL:** | 150.00 |



Department of Agriculture, Conservation & Forestry

Division of Quality Assurance

_____
Commissioner

_____
Acting Director

# EXHIBIT  C

**Maine Center for Disease Control and Prevention**
An Office of the
Department of Health and Human Services

Paul R. LePage, Governor    Ricker Hamilton, Acting Commissioner

Department of Health and Human Services
Maine Center for Disease Control and Prevention
286 Water Street
11 State House Station
Augusta, Maine 04333-0011
Tel.: (207) 287-8016; Fax: (207) 287-9058
TTY Users: Dial 711 (Maine Relay)

Tel. (207) 287-2070                    Drinking Water Program                    Fax (207) 287-4172

August 28, 2017

Mark Dubois
Nestle Waters North America, Inc.
Poland Spring Bottling
123 Preservation Way
Poland Spring, Maine 04274

**Subject:   Maine Approval of Spring Water Sources for Hollis, Maine bottling plant; PWSID# ME0093348**

Dear Mr. Dubois:

The State of Maine Drinking Water Program (DWP) has received your request to verify the spring water sources supplying the Nestle Waters North America (NWNA) – Hollis, Maine bottling plant PWSID # ME0093348 are approved in the State of Maine.

The following spring water sources supply the NWNA Hollis, Maine bottling plant, bottled under the label: "Poland Spring":

    PWSID# ME0093348, NWNA Clear Spring BH's 1,2,3,4,5,6; Hollis, ME
    PWSID# ME0093308, NWNA Evergreen Spring/Pure Mountain Spring BH 1; Fryeburg, ME
    PWSID# ME0093476, NWNA Spruce Spring BH's 1,2; Pierce Pond Twp., ME
    PWSID# ME0093170, NWNA Garden Spring BH's 1,2; Poland, ME
    PWSID# ME0093503, NWNA White Cedar Spring BH's 1,2; Dallas Plt., ME
    PWSID# ME0093514, NWNA Bradbury Spring BH's 1,2,3,4,5; Kingfield, ME
    PWSID# ME0093055, NWNA Poland Spring BH's 1,2,3,4,5,8,9,10,11; Poland, ME
    PWSID# ME0093504, NWNA Cold Spring BH's 1,2; Denmark, ME

All of the above mentioned spring water sources:

1. Are approved by the DWP as public water supply sources.
2. Meet the U.S. FDA definition of "spring water" according to 21 CFR §165.110(a)(2)(vi).
3. Are currently in compliance with CMR 10-144 Chapter 231, State of Maine Rules Relating to Drinking Water and CMR 10-144 Chapter 235, State of Maine Rules Relating to Bulk Water.

Should you have any questions, please contact me.

Sincerely,

**David Braley, C.G.**
Senior Environmental Hydrogeologist

**Department of Health and Human Services**
*Maine Center for Disease Control and Prevention*   -   *Preserve ~ Promote ~ Protect*
**Division of Environmental and Community Health**

**Drinking Water Program/Subsurface Wastewater Unit/Well Drillers Commission**

286 Water Street, 3rd Floor
11 State House Station
Augusta, Maine 04333-0011

Tel:     (207) 441-5324
Fax:    (207) 287-4172
Office:  (207) 287-2070
TTY Users:  Dial 711 (Maine Relay)
david.braley@maine.gov



"*Salus Populi Suprema Lex Esto*"
"The Health of the People is the Supreme Law"

# EXHIBIT  D

0002732

# NEW JERSEY DEPARTMENT OF HEALTH
## CONSUMER AND ENVIRONMENTAL HEALTH SERVICE
P.O. Box 369, Trenton, New Jersey 08625-0369

### BOTTLED AND BULK WATER CERTIFICATION

N.J.S.A. 24:6B-5 – "If any location of a registered business is to be changed, the registrant shall give the department written notice prior to the change of the address of such new location and the name and address of the individual to be in charge thereof. A fee of $20.00 shall accompanying such notification."

Certified as: ☒ bottler    ☐ bulk water facility    which utilizes the following bottled water sources:

109  POLAND SPRING DR  POLAND SPRINGS, ME 04274
POLAND, ME 04274
FRYEBURG, ME 04037
109  POLAND SPRING DR  POLAND SPRINGS, ME 04274

POLAND SPRINGS, ME 04274
POLAND SPRINGS, ME 04274
POLAND SPRINGS, ME 04274
POLAND SPRINGS, ME 04274

Reg. No.
7200003

NESTLE WATERS NO AMERICA INC.
T/A  POLAND SPRINGS
ATTN: MARY ALEXANDER, CDI
159  SOUTH STARK DR
WEARE, NH 03281-

**ISSUED PURSUANT TO**
**N.J.A.C. 8:21-5.15**

**EXPIRES:  June 30, 2018**

*Establishment Copy*

00002735



**CONSUMER AND ENVIRONMENTAL HEALTH   SERVICE**
P.O. Box 369, Trenton, New Jersey 08625-0369
**BOTTLED AND BULK WATER CERTIFICATION**

N.J.S.A. 24:6B-5 -- "If any location of a registered business is to be changed, the registrant shall give the department written notice prior to the change of the address of such new location and the name and address of the individual to be in charge thereof. A fee of $20.00 shall accompanying such notification."

Certified as:   ☒ bottler   ☐ bulk water facility       which utilizes the following bottled water sources:

FRYEBURG, ME  04037

FRAMINGHAM, ME  01701
POLAND SPRINGS, ME  04274
POLAND SPRINGS, ME  04274

DALLAS PLANTATION,  ME  04040
KINGFIELD, ME  04953
DENMARK, ME  000000

**ISSUED PURSUANT TO**

**N.J.A.C. 8:21-5.15**

**EXPIRES:  June 30, 2018**

Reg. No.
7200164

NESTLE WATERS NO AMERICA INC
T/A  POLAND SPRING

105 PENNSYLVANIA AVE
FRAMINGHAM, MA  01701-

*Auditor Copy*

0002747

# NEW JERSEY DEPARTMENT OF HEALTH
## CONSUMER AND ENVIRONMENTAL HEALTH SERVICE
P.O. Box 369, Trenton, New Jersey 08625-0369

## BOTTLED AND BULK WATER CERTIFICATION

N.J.S.A. 24:6B-5 – "If any location of a registered business is to be changed, the registrant shall give the department written notice prior to the change of the address of such new location and the name and address of the individual to be in charge thereof. A fee of $20.00 shall accompany such notification."

Certified as:  ☒ bottler   ☐ bulk water facility

which utilizes the following bottled water sources:

400 KILLICK POND RD HOLLIS,  04042
400 KILLICK POND RD HOLLIS,  04042
POLAND SPRINGS, ME 04274

FRYEBURG, ME 04037
400 KILLICK POND RD  HOLLIS, ME  04042
400 KILLICK POND RD  HOLLIS, ME  04042
109  POLAND SPRING RD  POLAND SPRINGS, ME  04274



Reg. No.
7200233

NESTLE WATERS NO AMERICA INC
T/A  POLAND SPRING WATER COMPANY
ATTN: MARY ALEXANDER, CDI
159  SOUTH STARK HWY
WEARE, NH  03281-

### ISSUED PURSUANT TO
N.J.A.C. 8:21-5.15

**EXPIRES:  June 30, 2018**

*Establishment Copy*

0002748



# NEW JERSEY DEPARTMENT OF HEALTH
## CONSUMER AND ENVIRONMENTAL HEALTH SERVICE
P.O. Box 369, Trenton, New Jersey 08625-0369

### BOTTLED AND BULK WATER CERTIFICATION

N.J.S.A. 24:6B-5 – "If any location of a registered business is to be changed, the registrant shall give the department written notice prior to the change of the address of such new location and the name and address of the individual to be in charge thereof. A fee of $20.00 shall accompanying such notification."

Certified as:  ☒ bottler    ☐ bulk water facility    which utilizes the following bottled water sources:

KINGFIELD, ME 04040
DALLAS PLANTATION, ME 04953
PIERCE POND TWP, ME 04951
FRYEBURG, ME 04037

POLAND, ME 04274

Reg. No.    NESTLE WATERS NO AMERICA INC
7200393     T/A
            ATTN: MARY ALEXANDER, CDI
            159  SOUTH STARK HWY
            WEARE, NH  03281-

ISSUED PURSUANT TO
N.J.A.C. 8:21-5.15

EXPIRES:  June 30, 2018

*Establishment Copy*

# EXHIBIT  E

**State of New York**
**Department of Health**

# Certificate of Approval To Operate a Bottled Water Facility

Approval to bottle and distribute bottled water in the State of New York is issued under the provisions of 10 NYCRR, Part 5 to:

## Nestle Waters North America Inc

Kingfield, ME

NYSHD Cert. #542



EXCELSIOR

Date Issued:      **February 15, 2017**

Expiration Date:  **February 28, 2018**

Issuing Official for the
State Commissioner of Health

_Roger C. Sokol_

Roger C. Sokol, Ph.D., Director
Bureau of Water Supply Protection

## Identification of Approved Source(s)

| Name of Source | Location of Source | Owner of Source |
|---|---|---|
| Bradbury Springs (Cert #072) | Kingfield, ME | Nestle Waters North America Inc. |
| Evergreen Spring (BH #1) | Fryeburg, ME | Fryeburg, ME |
| Garden Spring (BH #1, BH #2) | Poland , ME | Nestle Waters North America Inc. |
| Spruce Springs (BH #1, BH #2) | Poland Spring, ME | Nestle Waters North America Inc. |
| White Cedar Springs (BH #1, BH #2) | Dallas Plantation, ME | Nestle Waters North America Inc. |
| | | Nestle Waters North America Inc. |

**Type**

Spring (Borehole)
Spring (Borehole)
Spring (Borehole)
Spring (Borehole)
Spring (Borehole)

(This certificate must be prominently displayed at the premises)

DOH-1031 (4/97)

State of New York
Department of Health

# Certificate of Approval To Operate a Bottled Water Facility

Approval to bottle and distribute bottled water in the State of New York is issued under the provisions of 10 NYCRR, Part 5 to:

## Nestle Waters North America, Inc.

Hollis Center, ME

NYSHD Cert. #396





Date Issued:     **November 30, 2016**

Expiration Date:  **November 30, 2017**

Issuing Official for the
State Commissioner of Health

Roger C. Sokol, Ph.D., Director
Bureau of Water Supply Protection

## Identification of Approved Source(s)

| Type | Name of Source | Location of Source | Owner of Source |
|---|---|---|---|
| Spring (Borehole) | Bradbury Springs (Cert. #072) | Kingfield, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | Clear Spring (BHs #1, 3, 4, 5) | Hollis, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | Clear Spring BH #6 | Hollis, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | Cold Spring Borehole #1 | Denmark, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | Cold Spring Borehole #2 | Denmark, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | Evergreen Spring (BH #1) | Fryeburg, ME | Fryeburg Water Company |
| Spring (Borehole) | Garden Spring (BH #1, BH #2) | Poland, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | Poland Spring (BHs #1, 2, 3, 4, 5, 8, 9, 10, 11) | Poland Spring, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | Spruce Springs (BH #1, BH #2) | Poland Spring, ME | Nestle Waters North America, Inc. |
| Well | UW1, UW2, UW3, UW4, UW6 (Utility Wells) | Hollis, ME | Nestle Waters North America, Inc. |
| Spring (Borehole) | White Cedar Springs (BH #1, BH #2) | Dallas Plantation, ME | Nestle Waters North America, Inc. |

(This certificate must be prominently displayed at the premises)

DOH-1031 (4/97)

State of New York
Department of Health

# Certificate of Approval To Operate a Bottled Water Facility

Approval to bottle and distribute bottled water in the State of New York is issued under the provisions of 10 NYCRR, Part 5 to:

## Nestle Waters North America, Inc.

Framingham, MA

NYSHD Cert. #192





Issuing Official for the
State Commissioner of Health

Roger C. Sokol, Ph.D., Director
Bureau of Water Supply Protection

Date Issued:       **October 26, 2016**

Expiration Date:   **October 31, 2017**

## Identification of Approved Source(s)

| Name of Source | Type | Location of Source | Owner of Source |
|---|---|---|---|
| Bradbury Spring (BH's #1, #2, #3, #4) | Spring | Kingfield, ME | Nestle Waters North America, Inc. |
| Cold Springs BH #1 & #2 | Spring (Borehole) | Denmark, ME | Nestle Waters North America, Inc. |
| Evergreen Spring (BH #1) | Spring | Fryeburg, ME | Fryeburg Water Company |
| Framingham Municipal Supply | Municipal (Surface) | Framingham, MA | Town of Framingham |
| Garden Spring (Cert. #072) | Spring | Poland, ME | Nestle Waters North America, Inc. |
| Poland Spring (BH's #1, 2, 3, 4, 5, 8, 9, 10, 11) | Spring | Poland Spring, ME | Nestle Waters North America, Inc. |
| White Cedar Springs (BH's #1 & #2) | Spring | Dallas Plantation, ME | Nestle Waters North America, Inc. |

(This certificate must be prominently displayed at the premises)

DOH-1031 (4/97)

State of New York
Department of Health

# Certificate of Approval To Operate a Bottled Water Facility

Approval to bottle and distribute bottled water in the State of New York is issued under the provisions of 10 NYCRR, Part 5 to:

## Nestle Waters North America, Inc.

Poland, ME

**NYSHD Cert. #072**

Date Issued: **October 24, 2016**

Expiration Date: **October 31, 2017**



Issuing Official for the
State Commissioner of Health

Roger C. Sokol, Ph.D., Director
Bureau of Water Supply Protection

## Identification of Approved Source(s)

| Type | Name of Source | Location of Source | Owner of Source |
|---|---|---|---|
| Municipal (Surface) | Auburn Municipal | Auburn, ME | Auburn Municipal |
| Spring (Borehole) | Bradbury Spring (BH #1, BH #2, BH #3, BH #4, BH#5) | Kingfield, ME | Nestlé Waters North America Inc. |
| Spring (Borehole) | Cold Spring Borehole #1 | Denmark, ME | Nestlé Waters North America, Inc |
| Spring (Borehole) | Cold Spring Borehole #2 | Denmark, ME | Nestlé Waters North America, Inc |
| Spring | Evergreen Spring (BH #1) | Fryeburg, ME | Fryeburg Water Company |
| Spring (Borehole) | Garden Spring (BH #1, BH #2) | Poland Spring, ME | Nestlé Waters North America, Inc. |
| Spring (Borehole) | Glenwood Spring (BH #1) | St. Albans ,ME | Nestlé Waters North America, Inc. |
| Spring (Borehole) | Poland Spring (Boreholes #1, #2, #3, #4, #5) | Poland Spring, ME | Nestlé Waters North America, Inc. |
| Spring (Borehole) | Poland Spring (Boreholes #8, #9, #10, #11) | Poland Spring, ME | Nestlé Waters North America, Inc. |
| Spring (Borehole) | Spruce Spring (BH #1, BH #2) | Poland Spring, ME | Nestlé Waters North America, Inc. |
| Spring (Borehole) | White Cedar Springs (BH #1, BH #2) | Dallas Plantation, ME | Nestlé Waters North America, Inc. |

(This certificate must be prominently displayed at the premises)

DOH-1031 (4/97)

# EXHIBIT  F

CPL-03 Rev 06/13                                                                                                        581321

# STATE OF CONNECTICUT
# DEPARTMENT OF CONSUMER PROTECTION

This is your license certificate. This certificate shall be posted in a conspicuous location where business is to be conducted and shown to any properly interested person on request. Do not attempt to make any changes or alter this certificate in any way. This license is not transferable.

In an effort to be more efficient and Go Green, the department asks that you keep your email information with our office current. All renewal notifications and certificates will only be emailed to the last reported email on record.

Questions regarding this license can be directed to the Food & Standards Division at dcp.foodandstandards@ct.gov.

Mailing address:                                          Email on file to be used for receiving all notices from this office:

**NESTLE WATERS NORTH AMERICA**                            cdimaryland@verizon.net
**109 POLAND SPRING DR # 499**
**POLAND SPRING, ME  04274-5327**

---

## STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION

Be it known that

### NESTLE WATERS NORTH AMERICA INC

**109 POLAND SPRING DR # 499**
**POLAND SPRING, ME  04274-5327**

has been certified by the Department of Consumer Protection as a licensed

## NON-ALCOHOLIC BEVERAGE & WATER BOTTLERS

License #: NAB.0000408

Effective Date:  07/01/2017

Expiration Date: 06/30/2018

*Michelle Seagull*

**Michelle Seagull, Commissioner**

verify online at www.elicense.ct.gov

CPL-03 Rev 06/13                                                                                                        581321

# STATE OF CONNECTICUT
# DEPARTMENT OF CONSUMER PROTECTION

This is your license certificate.  This certificate shall be posted in a conspicuous location where business is to be conducted and shown to any properly interested person on request.  Do not attempt to make any changes or alter this certificate in any way.  This license is not transferable.

In an effort to be more efficient and Go Green, the department asks that you keep your email information with our office current.  All renewal notifications and certificates will only be emailed to the last reported email on record.

Questions regarding this license can be directed to the Food & Standards Division at dcp.foodandstandards@ct.gov.

Mailing address:                                        Email on file to be used for receiving all notices from this office:

**NESTLE WATERS NORTH AMERICA, INC.**            **cdimaryland@verizon.net**
**400 KILLICK POND**
**HOLLIS, ME  04042**

---

## STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION

Be it known that

### GREAT SPRING WATERS OF AMERICA INC

**400 KILLICK POND**
**HOLLIS, ME  04042**

has been certified by the Department of Consumer Protection as a licensed

## NON-ALCOHOLIC BEVERAGE & WATER BOTTLERS

License #: NAB.0000714

Effective Date:  07/01/2017

Expiration Date: 06/30/2018

verify online at www.elicense.ct.gov

*Michelle Seagull*

**Michelle Seagull, Commissioner**

# STATE OF CONNECTICUT
# DEPARTMENT OF CONSUMER PROTECTION

This is your license certificate.  This certificate shall be posted in a conspicuous location where business is to be conducted and shown to any properly interested person on request.  Do not attempt to make any changes or alter this certificate in any way.  This license is not transferable.

In an effort to be more efficient and Go Green, the department asks that you keep your email information with our office current.  All renewal notifications and certificates will only be emailed to the last reported email on record.

Questions regarding this license can be directed to the Food & Standards Division at dcp.foodandstandards@ct.gov.

Mailing address:

**NESTLE WATERS NORTH AMERICA INC**
**120 POLAND SPRING DR**
**KINGFIELD, ME  04947-4288**

Email on file to be used for receiving all notices from this office:

**cdimaryland@verizon.net**

---

## STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION

Be it known that

### NESTLE WATERS NORTH AMERICA INC

**120 POLAND SPRING DR**
**KINGFIELD, ME  04947-4288**

has been certified by the Department of Consumer Protection as a licensed

### NON-ALCOHOLIC BEVERAGE & WATER BOTTLERS

License #: NAB.0001167

Effective Date:  07/01/2017

Expiration Date: 06/30/2018

verify online at www.elicense.ct.gov

*Michelle Seagull*
**Michelle Seagull, Commissioner**

CPL-03 Rev 06/13

581321

# STATE OF CONNECTICUT
# DEPARTMENT OF CONSUMER PROTECTION

This is your license certificate. This certificate shall be posted in a conspicuous location where business is to be conducted and shown to any properly interested person on request. Do not attempt to make any changes or alter this certificate in any way. This license is not transferable.

In an effort to be more efficient and Go Green, the department asks that you keep your email information with our office current. All renewal notifications and certificates will only be emailed to the last reported email on record.

Questions regarding this license can be directed to the Food & Standards Division at dcp.foodandstandards@ct.gov.

Mailing address:

**NESTLE WATERS NORTH AMERICA**
**900 LONG RIDGE RD BLDG 2**
**STAMFORD, CT  06902-1140**

Email on file to be used for receiving all notices from this office:

**cdimaryland@verizon.net**

---

## STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION

Be it known that

### NESTLE WATERS NORTH AMERICA INC

**105 PENNSYLVANIA AVE**
**FRAMINGHAM, MA  01701**

has been certified by the Department of Consumer Protection as a licensed

### NON-ALCOHOLIC BEVERAGE & WATER BOTTLERS

License #: NAB.0000411

Effective Date:  07/01/2017

Expiration Date: 06/30/2018

verify online at www.elicense.ct.gov

*Michelle Seagull*
**Michelle Seagull, Commissioner**