# EXHIBIT  G



# The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Public Health - Bureau of Environmental Health
Food Protection Program
305 South Street, Jamaica Plain, MA 02130
Phone: 617-983-6712    Fax: 617-524-8062

**MARYLOU SUDDERS**
Secretary

**Monica Bharel, MD, MPH**
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lieutenant Governor

February 27, 2017

Jennifer Slider, Compliance Designs
159 South Stark Hwy
Weare, NH 03281

RE: Nestle Waters of North America, Inc.
120 Poland Spring Dr
Kingfield, ME 04947

The Food Protection Program has completed the review of the renewal application of the Nestle Waters North America Inc (Kingfield, Maine) facility to manufacture and distribute bottled water outside the Commonwealth for sale within Massachusetts pursuant to the requirements of 105 CMR 570.000, *The Manufacture, Collection, and Bottling of Water and Carbonated Nonalcoholic Beverages*. Based upon the review, the application has been approved and a permit will be issued for the Nestles Waters North America Inc plant located in Kingfield, Maine (Massachusetts permit #1409).

Please forward the licensing fee of **$300.00,** payable to the Commonwealth of Massachusetts. Upon receipt of the fee, the permit will be issued. **(For tracking purposes, please include the name of the plant on the check.)**

If you have any questions, call 617-983-6731 or by email at brandi.hopkins@state.ma.us

Sincerely,

Brandi Hopkins, MPH
Food Protection Program

# The Commonwealth of Massachusetts

DEPARTMENT OF PUBLIC HEALTH, BUREAU OF ENVIRONMENTAL HEALTH
FOOD PROTECTION PROGRAM, 305 SOUTH STREET, JAMAICA PLAIN, MA 02130

## PERMIT

In Accordance with Massachusetts General Laws Chapter 94 Sections 10A, 10B

| NUMBER | ISSUED | EXPIRES | TYPE |
|---|---|---|---|
| MA-1409 | 01/29/2017 | 01/29/2018 | Manufacture bottle water and/or carbonated nonalcoholic beverages, outside the Commonwealth for sale within |

ISSUED TO

NESTLE WATERS NORTH AMERICA, INC.=
NESTLE WATERS NORTH AMERICA HOLDINGS, INC.
120 POLAND SPRING DRIVE
KINGFIELD, ME 04947
ATTN: SATHIE THAYAGAN

RECIPIENT'S COPY          RENEWAL

_____
COMMISSIONER OF PUBLIC HEALTH

635960



# The Commonwealth of Massachusetts
### Executive Office of Health and Human Services
### Department of Public Health - Bureau of Environmental Health
### Food Protection Program
### 305 South Street, Jamaica Plain, MA 02130
### Phone: 617-983-6712   Fax: 617-524-8062

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lieutenant Governor

**MARYLOU SUDDERS**
Secretary

**Monica Bharel, MD, MPH**
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

June 19, 2017

Jennifer Slider, Compliance Designs
159 South Stark Hwy
Weare, NH  03281

The Food Protection Program has completed the review of the renewal application of the NWNA, Framingham, MA to manufacture and distribute bottled water and carbonated non-alcoholic beverages outside the Commonwealth for sale within Massachusetts pursuant to the requirements of 105 CMR 500.090, *Supplemental Regulations for the Manufacture, Collection, Bottling, and Labeling of Bottled Water and Carbonated Non-alcoholic Beverages*.  Based upon the review, the application has been approved and a permit will be issued for the NWNA, Framingham, MA.

Please forward the licensing fee of **$37.50,** payable to the Commonwealth of Massachusetts, **and a copy of this letter**. Upon receipt of the fee, the permit will be issued. **(For tracking purposes, please include the name of the plant on the check.)**

If you have any questions, call 617-983-6731 or by email at Gilad.Gabbay@State.MA.US

Sincerely,

Gil Gabbay, MPH
Food Protection Program

No. <u>2017-001WA</u>                                                    Fee: **$37.50**



TOWN of FRAMINGHAM
Health Department

<div style="border:1px solid">This Permit expires
May 31, 2018</div>

This is to certify that    **NESTLE WATERS NORTH AMERICA INC.**

having a place of business at    **105 PENNSYLVANIA AVENUE, FRAMINGHAM, MA 01701**

has been granted a permit to engage in the business of:
**MANUFACTURE OF BOTTLED WATER AND CARBONATED NON-ALCOHOLIC BEVERAGES**

This Permit is granted and accepted upon the express conditions that the person or persons to whom it is issued shall, in all respects, fulfill and conform to, all requirements of the law relating thereto and the rules and regulations made thereunder and may be revoked, if, after the examination by the Board of Health, the premises or the equipment used therein in connection with the business, is found to be in an unsanitary condition.

In testimony whereof, the undersigned have hereunto affixed their

**Copy**
This copy must be mailed immediately to the
Department of Public Health, Food Protection
Program, 305 South Street, Jamaica Plain, MA
02130

official signature, this **20** day of _____**2017**_____.

Samuel S. Wong, Ph.D.
Director of Public Health



# The Commonwealth of Massachusetts
### Executive Office of Health and Human Services
### Department of Public Health - Bureau of Environmental Health
### Food Protection Program
### 305 South Street, Jamaica Plain, MA 02130
### Phone: 617-983-6712   Fax: 617-524-8062

**MARYLOU SUDDERS**
Secretary

**Monica Bharel, MD, MPH**
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lieutenant Governor

September 19, 2017

NWNA
109 Poland Spring Drive
Poland, ME 04274

The Food Protection Program has completed the review of the renewal application for NWNA, to manufacture and distribute bottled water and carbonated non-alcoholic beverages outside the Commonwealth for sale outside Massachusetts pursuant to the requirements of 105 CMR 500.090, *Supplemental Regulations for the Manufacture, Collection, Bottling, and Labeling of Bottled Water and Carbonated Non-alcoholic Beverages*. Based upon the review, the renewal application has been approved and a permit will be issued for NWNA, (MA 1270).

Please forward the licensing fee of **$300.00,** payable to the Commonwealth of Massachusetts, and **a copy of this letter to the address indicated above**. Upon receipt of the fee, the permit will be issued. **(For tracking purposes, please include the name of the plant on the check.)**

If you have any questions, call 617-983-6731 or by email at Gilad.Gabbay@State.MA.US

Sincerely,

Gil Gabbay, MPH
Food Protection Program

# The Commonwealth of Massachusetts

DEPARTMENT OF PUBLIC HEALTH, BUREAU OF ENVIRONMENTAL HEALTH
FOOD PROTECTION PROGRAM, 305 SOUTH STREET, JAMAICA PLAIN, MA 02130

## PERMIT

In Accordance with Massachusetts General Laws Chapter 94 Sections 10A, 10B

| NUMBER | ISSUED | EXPIRES | TYPE |
|---|---|---|---|
| MA-1270 | 08/02/2016 | 08/02/2017 | Manufacture bottle water and/or carbonated nonalcoholic beverages, outside the Commonwealth for sale within |

ISSUED TO

NESTLE WATERS OF NORTH AMERICA, INC.
NESTLE WATERS OF NORTH AMERICA, INC.
109 POLAND SPRING DRIVE
POLAND, ME 04274
ATTN:

_____
COMMISSIONER OF PUBLIC HEALTH

**RECIPIENT'S COPY**          **RENEWAL**

639247



**The Commonwealth of Massachusetts**
Executive Office of Health and Human Services
Department of Public Health - Bureau of Environmental Health
Food Protection Program
305 South Street, Jamaica Plain, MA 02130
Phone: 617-983-6712    Fax: 617-524-8062

CHARLES D. BAKER
Governor

KARYN E. POLITO
Lieutenant Governor

MARYLOU SUDDERS
Secretary

Monica Bharel, MD, MPH
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

September 27, 2017

400 Killick Pond Road
Hollis ME 04042

The Food Protection Program has completed the review of the renewal application for NWNA, to manufacture and distribute bottled water and carbonated non-alcoholic beverages outside the Commonwealth for sale outside Massachusetts pursuant to the requirements of 105 CMR 500.090, *Supplemental Regulations for the Manufacture, Collection, Bottling, and Labeling of Bottled Water and Carbonated Non-alcoholic Beverages*. Based upon the review, the renewal application has been approved and a permit will be issued for NWNA, (MA 1281).

Please forward the licensing fee of **$300.00**, payable to the Commonwealth of Massachusetts, and **a copy of this letter to the address indicated above**. Upon receipt of the fee, the permit will be issued. **(For tracking purposes, please include the name of the plant on the check.)**

If you have any questions, call 617-983-6731 or by email at <u>Gilad.Gabbay@State.MA.US</u>

Sincerely,

Gil Gabbay, MPH
Food Protection Program

# The Commonwealth of Massachusetts

DEPARTMENT OF PUBLIC HEALTH, BUREAU OF ENVIRONMENTAL HEALTH
FOOD PROTECTION PROGRAM, 305 SOUTH STREET, JAMAICA PLAIN, MA 02130

## PERMIT

In Accordance with Massachusetts General Laws Chapter 94 Sections 10A, 10B

| NUMBER | ISSUED | EXPIRES | TYPE |
|--------|--------|---------|------|
| MA-1281 | 07/31/2016 | 07/31/2017 | Manufacture bottle water and/or carbonated nonalcoholic beverages, outside the Commonwealth for sale within |

ISSUED TO

NESTLE WATERS OF NO. AMERICA, INC.
400 KILLICK POND ROAD
HOLLIS, ME 04042
ATTN: JIM NASH

_____
COMMISSIONER OF PUBLIC HEALTH

RECIPIENT'S COPY          RENEWAL

630495

# EXHIBIT  H

# State of Rhode Island and Providence Plantations
## Department of Health



### Office of Drinking Water Quality

This is to certify that _NESTLE WATERS NORTH AMERICA INC_ located at _109 POLAND SPRING DRIVE POLAND SPRINGS ME 04274_____, having given satisfactory evidence that said establishment is qualified in conformity with Chapter 21-23 of the General Laws of 1956, as amended, is hereby granted a

# BOTTLERS' PERMIT

to operate a Bottling Business for the period ending: _12/31/2017_

_Nicole Alexander-Scott, MD, MPH_
_Director of Health_

**License Number:** _FPR00292_

**License:** _Bottler Canner (Water) Out-of-State_

# State of Rhode Island and Providence Plantations
## Department of Health



### Office of Drinking Water Quality

This is to certify that *NESTLE WATERS NORTH AMERICA INC* located at *400 KILLICK POND ROAD,HOLLIS CENTER ME  04042...*, having given satisfactory evidence that said establishment is qualified in conformity with Chapter 21-23 of the General Laws of 1956, as amended, is hereby granted a

# BOTTLERS' PERMIT

to operate a Bottling Business for the period ending: *12/31/2017*

**License Number:**     *FPR02444*

**License:**     *Bottler Canner (Water) Out-of-State*

Nicole Alexander-Scott. MD. MPH
Director of Health

# State of Rhode Island and Providence Plantations
## Department of Health



### Office of Drinking Water Quality

This is to certify that _NESTLE WATERS NORTH AMERICA INC_ located at _120 POLAND SPRING DRIVE,KINGFIELD ME  04947_   having given satisfactory evidence that said establishment is qualified in conformity with Chapter 21-23 of the General Laws of 1956, as amended, is hereby granted a

# BOTTLERS' PERMIT

to operate a Bottling Business for the period ending: 12/31/2017

**License Number:** FPR03054

**License:** Bottler Canner (Water) Out-of-State

_Nicole Alexander-Scott, MD, MPH_
_Director of Health_

# State of Rhode Island and Providence Plantations
## Department of Health



## Office of Drinking Water Quality

This is to certify that *NESTLE WATERS NORTH AMERICA INC* located at *105 PENNSYLVANIA AVENUE,FRAMINGHAM MA  01701-8837* , , having given satisfactory evidence that said establishment is qualified in conformity with Chapter 21-23 of the General Laws of 1956, as amended, is hereby granted a

# BOTTLERS' PERMIT

to operate a Bottling Business for the period ending: *12/31/2017*

**License Number:** *FPR02039*

**License:** *Bottler Canner (Water) Out-of-State*

Nicole Alexander-Scott, MD, MPH
Director of Health

# EXHIBIT I



**Vermont Department of Environmental Conservation**
**Drinking Water and Groundwater Protection Division**
One National Life Drive – Main 2    [phone]   802-828-1535
Montpelier, VT 05620-3521    [fax]    802-828-1541
www.vermontdrinkingwater.org

*Agency of Natural Resources*

## APPROVAL TO SELL OUT-OF-STATE BOTTLED WATER IN VERMONT

| | |
|---|---|
| **APPROVAL NUMBER:** | VT0020006-16.0 |
| **WSID:** | VT0020006 |
| **PROJECT NUMBER:** | WY95-0002 |
| **APPLICANT:** | Nestle Waters North America |
| **LEGAL ADDRESSES:** | 109 Poland Spring Dr. Poland Spring, ME 04274 |
| **FACILITY OWNER:** | Nestle Waters North America Holdings |
| **PHONE:** | (207) 998-4315 |
| **FACILITY REPRESENTATIVE:** | Jennifer Slider |
| **PHONE:** | (310) 729-3894 |
| **ADDRESS:** | 16107 Misty Lane SW. Cumberland, MD 21502 |
| **LABEL NAME(S) & CONTAINER SIZE:** | Poland Spring 8.0, 16.9, 20, 23.7, 33.8, 7 50.7, 128, & 320 oz. Poland Spring Sparkling 16.9, 33.8, & 128 oz. Deer Park 128 oz. |
| **FACILITY TYPE:** | Bottling |
| **SOURCE (S):** | Municipal Supply & Spring |
| **TREATMENT:** | UV, Ozone, &Filtration |
| **DATE ISSUED:** | April 8, 2016 |
| **AUTHORITY:** | Title 10 Vermont Statutes Annotated (V.S.A.) § 1671 et seq. and the VT Water Supply Rule, Chapter 21. |

*To preserve, enhance, restore, and conserve Vermont's natural resources, and protect human health, for the benefit of this and future generations.*

**FINDINGS AND CONCLUSIONS:**

1.   Nestle Water North America is a water bottling operation. The applicant intends to sell bottled water from their facility. The sources include Poland Spring and Garden Spring in Poland, ME, Evergreen Spring in Fryeburg, ME, Spruce Spring in Pierce Pond, ME, Glenwood Spring in Saint Albans, ME, White Cedar Spring in Dallas Plantation, ME, Bradbury Spring in Kingfield, ME, Cold Spring in Denmark, ME, and the Auburn Water District in Auburn, ME.

2.   The applicant filed an application with the Drinking Water and Groundwater Protection Division (Division) in the Department of Environmental Conservation, Agency of Natural Resources (Agency) for approval to sell bottled water in Vermont. The application contained the following: certification by the applicant that the water, the source, and the system of the imported water is regulated by drinking water standards or requirements substantially equivalent to or more stringent than standards or requirements established by the Secretary pursuant to 10 VSA Section 1672(b; a completed renewal application; bottled water labels; audit of the water system; finished product analytical data; and fee.

3.   The Secretary of the Agency finds that the applicant's distribution of bottled water in Vermont will comply with standards adopted under Chapter 56 of Title 10 of V.S.A. and will not constitute a public health hazard or a significant public health risk.

4.   The Secretary concludes based on the information submitted by the applicant that the standards of the resident state are substantially equivalent to or more stringent than standards established by the Secretary of the Agency pursuant to § 1672 (b) of Title 10.

**CONDITIONS:**

The applicant shall continue to operate the bottled water facility described above in accordance with the following conditions:

1.   The applicant shall comply with all applicable federal and state statutes, rules, and regulations including, but not limited to, 21 CFR Parts 110, 129, and 165; 10 V.S.A. §1671 et seq. (Chapter 56); and the Vermont Water Supply Rule, Chapter 21;

2.   The applicant shall pay the operating fees set forth in 3 V.S.A. §2822;

3.   The applicant shall promptly submit all required monitoring data electronically in a pdf (please see enclosed instructions) to the Division as provided in the Vermont Water Supply Rule, Chapter 21, §11.1.2 (h). Upon written request by the Secretary, the applicant shall perform any additional sampling as is deemed necessary to protect public health and submit the results to the Secretary;

4.   The applicant shall contact the Division in the event of a product recall affecting distribution in Vermont. A written report of any product recall affecting Vermont shall be submitted within 72 hours;

5.    The applicant shall notify the Division in writing of any changes in facts or circumstances upon which the Division relied in the issuance of this approval. Such notice shall be provided within seven days of the applicant's actual or constructive knowledge of such change;

6.    The applicant shall not bottle and / or sell for distribution in Vermont water from any facility or source other than those specified in by this approval without first obtaining approval from the Secretary of the Agency;

7.    The applicant shall not sell in Vermont any other product container sizes, make any change in product labels, or cause any other change in the approval information without first obtaining approval from the Secretary of the Agency; and

8.    Pursuant to 10 V.S.A. Chapter 220, any appeal of this approval must be filed with the clerk of the Superior Court, Environmental Division within 30 days of the date of the decision

Dated at Montpelier, Vermont this 14th day of April, 2016.


Alyssa B. Schuren, Commissioner
Department of Environmental Conservation
VT Agency of Natural Resources


By _____
        George Desch, Deputy Commissioner
        Drinking Water and Groundwater Protection Division



**Vermont Department of Environmental Conservation**
**Drinking Water and Groundwater Protection Division**
One National Life Drive - Main 2    [phone]   802-828-1535
Montpelier, VT 05620-3521    [fax]    802-828-1541
www.vermontdrinkingwater.org

*Agency of Natural Resources*

## APPROVAL TO SELL OUT-OF-STATE BOTTLED WATER IN VERMONT

| | |
|---|---|
| **APPROVAL NUMBER:** | VT0020811-16.0 |
| **WSID:** | VT0020811 |
| **PROJECT NUMBER:** | WY00-0018 |
| **APPLICANT:** | Nestle Waters North America |
| **LEGAL ADDRESSES:** | 400 Killick Pond Rd. Hollis, ME 04042 |
| **FACILITY OWNER:** | Nestle Water North America Holdings |
| **PHONE:** | (207) 727-7201 |
| **FACILITY REPRESENTATIVE:** | Jennifer Slider |
| **PHONE:** | (301) 729-3894 |
| **ADDRESS:** | 16107 Misty Lane SW Cumberland, MD 21502 |
| **LABEL NAME(S) & CONTAINER SIZE:** | see attached. |
| **FACILITY TYPE:** | Bottling |
| **SOURCE (S):** | Springs |
| **TREATMENT:** | Filtration, Chlorination & Ozone |
| **DATE ISSUED:** | March 3, 2016 |
| **AUTHORITY:** | Title 10 Vermont Statutes Annotated (V.S.A.) § 1671 et seq. and the VT Water Supply Rule, Chapter 21. |

**FINDINGS AND CONCLUSIONS:**

1.    Nestle Waters North America is a water bottling operation. The applicant intends to sell bottled water from their facility. The water sources are listed in the table below.

2.    The applicant filed an application with the Drinking Water and Groundwater Protection Division (Division) in the Department of Environmental Conservation, Agency of Natural Resources (Agency) for approval to sell bottled water in Vermont. The application contained the following: certification by the applicant that the water, the source, and the system of the imported water is regulated by drinking water standards or requirements substantially equivalent to or more stringent than standards or requirements established by the Secretary pursuant to 10 VSA Section 1672(b; a completed renewal application; bottled water labels; finished product analytical data; and fee.

3.    The Secretary of the Agency finds that the applicant's distribution of bottled water in Vermont will comply with standards adopted under Chapter 56 of Title 10 of V.S.A. and will not constitute a public health hazard or a significant public health risk.

4.    The Secretary concludes based on the information submitted by the applicant that the standards of the resident state are substantially equivalent to or more stringent than standards established by the Secretary of the Agency pursuant to § 1672 (b) of Title 10.

**CONDITIONS:**

The applicant shall continue to operate the bottled water facility described above in accordance with the following conditions:

1.    The applicant shall comply with all applicable federal and state statutes, rules, and regulations including, but not limited to, 21 CFR Parts 110, 129, and 165; 10 V.S.A. §1671 et seq. (Chapter 56); and the Vermont Water Supply Rule, Chapter 21;

2.    The applicant shall pay the operating fees set forth in 3 V.S.A. §2822;

3.    The applicant shall promptly submit all required monitoring data electronically in a pdf (please see enclosed instructions) to the Division as provided in the Vermont Water Supply Rule, Chapter 21, §11.1.2 (h). Upon written request by the Secretary, the applicant shall perform any additional sampling as is deemed necessary to protect public health and submit the results to the Secretary;

4.    The applicant shall contact the Division in the event of a product recall affecting distribution in Vermont. A written report of any product recall affecting Vermont shall be submitted within 72 hours;

5.    The applicant shall notify the Division in writing of any changes in facts or circumstances upon which the Division relied in the issuance of this approval. Such notice shall be provided within seven days of the applicant's actual or constructive knowledge of such change;

6.    The applicant shall not bottle and / or sell for distribution in Vermont water from any facility or source other than those specified in by this approval without first obtaining approval from the Secretary of the Agency;

7.   The applicant shall not sell in Vermont any other product container sizes, make any change in product labels, or cause any other change in the approval information without first obtaining approval from the Secretary of the Agency; and

8.   Pursuant to 10 V.S.A. Chapter 220, any appeal of this approval must be filed with the clerk of the Superior Court, Environmental Division within 30 days of the date of the decision

Dated at Montpelier, Vermont this 12th day of April, 2016.

Alyssa B. Schuren, Commissioner
Department of Environmental Conservation
VT Agency of Natural Resources

By

George Desch, Deputy Commissioner
Drinking Water and Groundwater Protection Division

**VERMONT**

**Vermont Department of Environmental Conservation**        *Agency of Natural Resources*
**Drinking Water and Groundwater Protection Division**
One National Life Drive - Main 2        [phone]   802-828-1535
Montpelier, VT 05620-3521              [fax]      802-828-1541
http://dec.vermont.gov/water

August 7, 2017

Ms. Jennifer Slider
Compliance Designs, Inc
159 S. Stark Hwy.
Weare, NH 03281

Re:   Approval Number VT0021222-17.0: Approval to Sell Bottled Water in Vermont – Nestle
      Waters North America Inc., Kingfield, ME, WSID 21222

Dear Ms. Slider,

The Approval to Sell Bottled Water in Vermont for Nestle Waters North America Inc. has been
amended to add the Production Line #3 to the Kingfield, ME bottling water facility. The annual fee
for a bottled water approval is $1,390.00. This fee will be assessed every year for the duration of the
approval unless the fee is changed by the State of Vermont, or the applicant provides written
notification to the Division, indicating that the applicant no longer sells the approved products in
Vermont and/or if the approved facility is not in operation.

As a reminder, it is required to submit monthly monitoring data for both source and finished product
via file transfer protocol (FTP). See enclosures for submittal instructions.

If you have questions, please contact me at 802-585-4893 or heather.campbell@vermont.gov.

Sincerely,

Heather M. Campbell
Imported Bottled Water Coordinator

Cc:   Ellen Parr Doering, Assistant Director
      Rodney Pingree, Water Resources Section Chief
      Helen Banevicius, Administrative Services Coordinator
      WSID 21222

Enc:  Approval to Sell in Vermont
      FTP Submittal Instructions
      FTP Document Identification Form

*To preserve, enhance, restore, and conserve Vermont's natural resources, and protect human health, for the benefit of this and future*
*generations.*

| OWNER MAILING ADDRESS: | c/o Compliance Designs, Inc. |
| | 159 S. Stark Hwy. |
| | Weare, NH 03281 |

ADMINISTRATIVE CONTACT:                Jennifer Slider

ADMINISTRATIVE CONTACT PHONE:          (301) 729-3894

ADMINISTRATIVE CONTACT EMAIL:          cdimaryland@verizon.net

ADMIN. MAILING ADDRESS:                159 S. Stark Hwy.
                                       Weare, NH  03281

DRINKING WATER SOURCES:                Bradbury Spring (Kingfield, ME); Garden Spring
                                       (Poland, ME); Evergreen Spring (Fryeburg, ME),
                                       Spruce Spring (Somerset County, ME); White
                                       Cedar Spring, Franklin County, ME)

LABEL NAMES & CONTAINER SIZES:         Poland Spring: 500 mL

## CONCLUSIONS:

The Secretary concludes, based on the information submitted by the Nestle Waters North America Inc. that:

    a.  the drinking water standards or requirements applicable in the resident state for the water, source, and bottling system are substantially equivalent to or more stringent than standards or requirements established by the Secretary of the Agency pursuant to 10 V.S.A. § 1672(b);

    b.  based on the water quality analytical data submitted by Nestle Waters North America Inc. the water product to be sold in Vermont from their Kingfield, ME facility complies with Vermont drinking water quality standards;

    c.  the name, source, and location of the bottler of the water are identified in the application submitted by Nestle Waters North America Inc.

Nestle Waters North America Inc. is approved to sell bottled drinking water for distribution in Vermont from the Kingfield, ME facility which bottles water from Bradbury Spring (Kingfield, ME), Garden Spring (Poland, ME); Evergreen Spring (Fryeburg, ME), Spruce Spring (Somerset County, ME), White Cedar Spring, Franklin County, ME), pursuant to the following conditions:

2

**CONDITIONS:**

1.      The Permittee shall comply with all applicable federal and state statutes, rules, and regulations, including, but not limited to, 21 CFR Parts 110, 129; 10 V.S.A. 10 V.S.A., Chapter 56; and the Vermont Water Supply Rule, Chapter 21 of the Department of Environmental Conservation Environmental Protection Rules.

2.      The Permittee shall promptly submit all required monitoring data electronically in a pdf to the Division as provided in Section 11.1.2(h) of the Vermont Water Supply Rule. Upon written request by the Secretary, the applicant shall perform any additional sampling as is deemed necessary to protect public health and submit the results to the Secretary;

3.      The Permittee shall contact the Division in the event of a product recall affecting distribution in Vermont. A written report shall be submitted within 72 hours describing specific actions taken by the permittee for any product recall affecting Vermont describing how consumption of the recalled product was prevented or was limited to consumers;

4.      The Permittee shall notify the Division in writing of any changes in the information included with Permittee's application, including any changes to the bottled water labels. Such notice shall be provided within seven days of the Permittee's actual or constructive knowledge of such change;

5.      The Permittee shall not sell for distribution in Vermont bottled water from any facility or source other than those specified in this approval;

6.      Pursuant to 10 V.S.A., Chapter 220, any appeal of this approval must be filed with the clerk of the Superior Court, Environmental Division within 30 days of the date of the decision.

*Dated at Montpelier,* Vermont this 7th day of August 2017.

Emily Boedecker, Commissioner
Department of Environmental Conservation

By   *Bryan J. Redmond*

     Bryan Redmond, Director
     Drinking Water and Groundwater Protection Division



**Vermont Department of Environmental Conservation**
**Drinking Water and Groundwater Protection Division**
Old Pantry Building     [phone]   802-241-3400
103 South Main Street     [in-state]   800-823-6500
Waterbury, VT 05671-0403     [fax]   802-241-3284
www.vermontdrinkingwater.org

*Agency of Natural Resources*

## ** BOTTLED WATER PERMIT TO OPERATE **

| | |
|---|---|
| **PERMIT NUMBER:** | **WSID:**   VT0021132 |
| **PROJECT NUMBER:** | WY07-0007 |
| **PERMITTEE:** | Nestle Waters North America Inc. |
| **LEGAL ADDRESSES:** | 105 Pennsylvania Ave.<br>Framingham, MA 01701 |
| **FACILITY OWNER:** | Nestle Waters North America Inc. |
| **PHONE:** | 508-935-3512 |
| **FACILITY REPRESENTATIVE:** | Jennifer Slider |
| **PHONE:** | 301-729-3894 |
| **ADDRESS:** | 159 S. Stark Highway<br>Weare, NH 03281 |
| **LABEL NAME(S) & CONTAINER SIZE:** | Poland Spring 3.0 & 5.0 gal.<br>Nestle Pure Life 5.0 gal. & Ice Mountain<br>Drinking Water 5.0 gal. |
| **FACILITY TYPE:** | Bottling |
| **SOURCE (S):** | Spring & Municipal Supply |
| **TREATMENT:** | Filtration |
| **DATE ISSUED:** | June 26, 2012 |
| **EXPIRATION DATE:** | June 26, 2017 |
| **AUTHORITY:** | Title 10 Vermont Statutes<br>Annotated (V.S.A.) § 1671 et seq. and<br>the VT Water Supply Rule, Chapter 21. |

# EXHIBIT J



**NH Division of Public Health Services**
**FOOD PROTECTION SECTION**
29 Hazen Drive
Concord, NH. 03301-6503
603-271-4589

# License to Bottle Beverages

This certificate of license has been issued to

**NESTLE WATERS NORTH AMERICA HOLDINGS, INC.**

known as

**NESTLE WATERS NORTH AMERICA, INC.**

located at

**109 POLAND SPRING DR in POLAND in the state of ME**

Under provisions of Chapter 143, New Hampshire revised statutes annotated.
This license will be in force to December 31, 2017.

Colleen M. Smith
Colleen Smith, Administrator
Food Protection Section
Bureau of Public Health Protection

Establishment Type    **OB01 OSB Registration**
Facility ID    **FA0005127**

LICENSE SHALL BE POSTED IN PUBLIC VIEW AT ALL TIMES - THIS LICENSE IS NON-TRANSFERABLE



Healthy New Hampshire

NH Division of Public Health Services
FOOD PROTECTION SECTION
29 Hazen Drive
Concord, NH 03301-6503
603-271-4589

# License to Bottle Beverages

This certificate of license has been issued to

**NESTLE WATERS NORTH AMERICA HOLDINGS, INC**

known as

**NESTLE WATERS NORTH AMERICA, INC.**

located at

**400 KILLICK POND RD in HOLLIS CENTER in the state of ME**

Under provisions of Chapter 143, New Hampshire revised statutes annotated.

This license will be in force to December 31, 2017.

Colleen M Smith, Administrator
Food Protection Section
Bureau of Public Health Protection

Establishment Type    OB01 OSB Registration
Facility ID    FA0005128

LICENSE SHALL BE POSTED IN PUBLIC VIEW AT ALL TIMES - THIS LICENSE IS NON-TRANSFERABLE

NH Division of Public Health Services
FOOD PROTECTION SECTION
29 Hazen Drive
Concord, NH 03301-6503
603-271-4589

Healthy
New
Hampshire

# License to Bottle Beverages

This certificate of license has been issued to

**NESTLE WATERS NORTH AMERICA HOLDINGS, INC.**

known as

**NESTLE WATERS NORTH AMERICA, INC.**

located at

**120 KINGFIELD DR** in **KINGFIELD** in the state of **ME**

Under provisions of Chapter 143, New Hampshire revised statutes annotated.

This license will be in force to December 31, 2017.

*Colleen M Smith*
Colleen Smith, Administrator
Food Protection Section
Bureau of Public Health Protection

LICENSE SHALL BE POSTED IN PUBLIC VIEW AT ALL TIMES - THIS LICENSE IS NON-TRANSFERABLE

Establishment Type    OB01 OSB Registration
Facility ID    FA0005143



Healthy New Hampshire

NH Division of Public Health Services
FOOD PROTECTION SECTION
29 Hazen Drive
Concord, NH 03301-6503
603-271-4589

# License to Bottle Beverages

This certificate of license has been issued to

NESTLE WATERS NORTH AMERICA HOLDINGS, INC.

known as

NESTLE WATERS NORTH AMERICA, INC.

located at
105 PENNSYLVANIA AVE in FRAMINGHAM in the state of MA

Under provisions of Chapter 143, New Hampshire revised statutes annotated.

This license will be in force to December 31, 2017.

Colleen Smith, Administrator
Food Protection Section
Bureau of Public Health Protection

Establishment Type    OB01 OSB Registration
Facility ID    FA0005139

LICENSE SHALL BE POSTED IN PUBLIC VIEW AT ALL TIMES - THIS LICENSE IS NON-TRANSFERABLE