UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
MARK J. PATANE, JULIE HARDING,　　　　　　Cases: 3:17-CV-01381 (JAM)
HEATHER HARRIGAN, STEPHEN S.　　　　　　　　　　　　3:17-CV-01474 (JAM)
SHAPIRO, CATHERINE PORTER,　　　　　　　　　　　　　3:17-CV-01566 (JAM)
ERICA RUSSELL, TINA MORETTI,　　　　　　　　　　　　3:17-CV-01746 (JAM)
BRIDGET KOPET, JENNIFER S. COLE,　　　　　　　　　　3:17-CV-01944 (JAM)
BENJAMIN A. FLETCHER, DIANE BOGDAN,
LAUREN KLINE and MICHAEL BROWN,
Individually and Behalf of All Others Similarly Situated,

　　　　　　　　　　Plaintiffs,

　　　　　　-v-

NESTLE WATERS NORTH AMERICA, INC.

　　　　　　　　　　Defendant.
------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST
TO BE REMOVED FROM SERVICE LIST**

PLEASE TAKE NOTICE that as of June 15, 2018, I, Yoonhee Gloria Park, will no longer be associated with SUSMAN GODFREY, L.L.P. I am hereby withdrawing as counsel for Plaintiffs. Please remove me from the Court's service list for the above-referenced action.

Alexander H. Schmidt of ALEXANDER H. SCHMIDT, ESQ.; Steven G. Sklaver, Oleg Elkhunovich, and Amanda Bonn of SUSMAN GODFREY, L.L.P.; Steven N. Williams and V Prentice of JOSEPH SAVERI LAW FIRM; and Craig A. Raabe, Robert A. Izard, and Mark Kindall of IZARD, KINDALL & RAABE, LLP will continue to serve as counsel for Plaintiffs. This withdrawal is not intended to, nor will it, to the best of my knowledge, information, and belief, cause any delay or prejudice in this action.

Dated: June 15, 2018　　　　　　　　　　　　　　　Respectfully submitted,

1

                                                                       *s/ Y. Gloria Park*
Alexander H. Schmidt (admitted *pro hac vice*)
ALEXANDER H. SCHMIDT, ESQ.
Fairways Professional Plaza
5 Professional Circle, Suite 204
Tel: (732) 226-0004
Fax: (732) 845-9087
alex@alexschmidt.law

| | |
|---|---|
| Steven N. Williams (admitted *pro hac vice*) | Steven G. Sklaver (admitted *pro hac vice*) |
| V Prentice (admitted *pro hac vice*) | Oleg Elkhunovich (admitted *pro hac vice*) |
| JOSEPH SAVERI LAW FIRM | Amanda Bonn (admitted *pro hac vice*) |
| 601 California Street, Suite 1000 | SUSMAN GODFREY L.L.P. |
| San Francisco, CA 94108 | 1901 Avenue of the Stars, Suite 950 |
| Tel: (415) 500-6800 | Los Angeles, CA 90067 |
| Fax: (415) 395-9940 | Tel: (310) 789-3100 |
| swilliams@saverilawfirm.com | Fax: (310) 789-3150 |
| vprentice@saverilawfirm.com | ssklaver@susmangodfrey.com |
| | oelkhunovich@susmangodfrey.com |
| | abonn@susmangodfrey.com |

*Plaintiffs' Interim Co-Lead Counsel*

Craig A. Raabe (ct04116)
Robert A. Izard (ct01601)
Mark P. Kindall (ct13797)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
craabe@ikrlaw.com
rizard@ikrlaw.com
mkindall@ikrlaw.co
cbarrett@ikrlaw.com

*Plaintiffs' Interim Liaison Counsel*

2

5329277v1/015403

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of June, 2018, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*s/ Y. Gloria Park*
Y. Gloria Park