UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
MARK J. PATANE, JULIE HARDING,　　　　　　　Cases: 3:17-CV-01381 (JAM)
HEATHER HARRIGAN, STEPHEN S.　　　　　　　　　　　　　3:17-CV-01474 (JAM)
SHAPIRO, CATHERINE PORTER,　　　　　　　　　　　　　　3:17-CV-01566 (JAM)
ERICA RUSSELL, TINA MORETTI,　　　　　　　　　　　　　3:17-CV-01746 (JAM)
BRIDGET KOPET, JENNIFER S. COLE,　　　　　　　　　　　3:17-CV-01944 (JAM)
BENJAMIN A. FLETCHER, DIANE BOGDAN
and MICHAEL BROWN, Individually
and Behalf of All Others Similarly Situated,

　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　　　June 18, 2018
　　　　　　-v-

NESTLE WATERS NORTH AMERICA, INC.

　　　　　　　　　　Defendant.
------------------------------------------------------------------X

**MOTION TO FILE UNDER SEAL PORTIONS OF
PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Civil Rule 5(e), and Paragraph 14 of the Standing Protective Order (ECF No. 4), Plaintiffs hereby move for an order allowing Plaintiffs to file under seal an unredacted version of their Consolidated Amended Class Action Complaint ("Amended Complaint").

Plaintiffs' Amended Complaint contains references to materials that Defendant Nestle Waters North America, Inc. ("Nestlé") has designated or may designate as "Confidential" or "Confidential – For Attorneys' Eyes Only" (the "Confidential Information"). Although Plaintiffs do not agree with Nestlé's designations, based on these designations, Plaintiffs' review of the relevant materials, and Plaintiffs' discussions with Nestlé regarding their designations during meet and confer teleconferences, Plaintiffs understand that Nestlé will or may contend that the Confidential Information should not be made public and that it is entitled to protection under the

1

standing protective order. Plaintiffs accordingly move to file this Information under seal. Concurrent with the filing of this motion, Plaintiffs have filed a version of Plaintiffs' Amended Complaint with references to all Confidential Information redacted.

As Defendant bears the burden of proving the relevant materials are "Confidential" or "Confidential – For Attorneys' Eyes Only" and is the only party that has a specific interest in maintaining such confidentiality, the Court should request briefing on the nature of the Confidential Information from Defendant as necessary.

For the reasons above, Plaintiffs respectfully request an order allowing Plaintiffs to file an unredacted version of their Amended Complaint under seal.

Dated: June 15, 2018                           Respectfully submitted,

*s/ Alexander H. Schmidt*
Alexander H. Schmidt (admitted *pro hac vice*)
ALEXANDER H. SCHMIDT, ESQ.
Fairways Professional Plaza
5 Professional Circle, Suite 204
Colts Neck, New Jersey 07722
Tel: (732) 226-0004
Fax: (732) 845-9087
alex@alexschmidt.law

Steven N. Williams (admitted *pro hac vice*)          s/ Oleg Elkhunovich
V Prentice (admitted *pro hac vice*)                  Steven G. Sklaver (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM                                Oleg Elkhunovich (admitted *pro hac vice*)
601 California Street, Suite 1000                     Amanda Bonn (admitted *pro hac vice*)
San Francisco, CA 94108                               SUSMAN GODFREY L.L.P.
Tel: (415) 500-6800                                   1900 Avenue of the Stars, Suite 1400
Fax: (415) 395-9940                                   Los Angeles, CA 90067
swilliams@saverilawfirm.com                           Tel: (310) 789-3100
vprentice@saverilawfirm.com                           Fax: (310) 789-3150
                                                      ssklaver@susmangodfrey.com
                                                      oelkhunovich@susmangodfrey.com
                                                      abonn@susmangodfrey.com

*Plaintiffs' Interim Co-Lead Counsel*

Craig A. Raabe (ct04116)
Robert A. Izard (ct01601)
Mark P. Kindall (ct13797)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel:  (860) 493-6292
Fax: (860) 493-6290
craabe@ikrlaw.com
rizard@ikrlaw.com
mkindall@ikrlaw.co
cbarrett@ikrlaw.com

*Plaintiffs' Interim Liaison Counsel*

5329277v1/015403