UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
MARK J. PATANE, JULIE HARDING,　　　　　　　Cases: 3:17-CV-01381 (JAM)
HEATHER HARRIGAN, STEPHEN S.　　　　　　　　　　　　3:17-CV-01474 (JAM)
SHAPIRO, CATHERINE PORTER,　　　　　　　　　　　　　3:17-CV-01566 (JAM)
ERICA RUSSELL, TINA MORETTI,　　　　　　　　　　　　3:17-CV-01746 (JAM)
BRIDGET KOPET, JENNIFER S. COLE,　　　　　　　　　　3:17-CV-01944 (JAM)
BENJAMIN A. FLETCHER, DIANE BOGDAN
and MICHAEL BROWN, Individually
and Behalf of All Others Similarly Situated,

　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　　　　　June 15, 2018
　　　　　-v-

NESTLE WATERS NORTH AMERICA, INC.

　　　　　　　　　　Defendant.
------------------------------------------------------------------X

**DECLARATION OF ALEXANDER H. SCHMIDT IN SUPPORT OF PLAINTIFFS'
MOTION TO FILE UNDER SEAL PORTIONS OF THE CONSOLIDATED AMENDED
CLASS ACTION COMPLAINT**

　　　I, Alexander H. Schmidt, do hereby declare and state as follows:

　　　1.　　I am an attorney duly licensed to practice law in the states of New York and New Jersey and am a member of good standing in each. By this Court's Order dated August 23, 2017, I was admitted *pro hac vice* to represent Plaintiffs in this litigation. By this Court's Order dated January 22, 2018, I was appointed one of Plaintiffs' interim co-lead counsel in the above-captioned matter. I submit this declaration in support of the Plaintiffs' Motion to File Under Seal Portions of the Consolidated Amended Class Action Complaint ("CACAC"). I have personal knowledge of the matters set forth in this declaration, and could and would competently testify to these facts if called as a witness.

1

2. The CACAC contains references to materials and photographs adduced during discovery that Defendant Nestle Waters North America, Inc. has designated or may designate as "Confidential" or "Confidential – For Attorneys' Eyes Only" under the Standing Protective Order.

3. Plaintiffs disagree with Defendant's confidentiality designations, but Defendant has maintained the designations even after several meet and confers about de-designating all or a portion of the currently designated materials. Plaintiffs understand that Defendant plans to contend that the designated material contain proprietary business information, the disclosure of which may result in competitive or commercial disadvantage to Defendant.

4. Respecting Defendant's designations and consistent with Local Civil Rule 5(e) and Paragraph 14 of the Standing Protective Order, Plaintiffs have moved to file portions of the CACAC under seal.

5. The unredacted version of the CACAC is being electronically lodged under seal and served on Defendant's counsel, and a courtesy copy will be provided to the Court by overnight delivery.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2018.

                 _____s/ Alexander H. Schmidt_____
                    Alexander H. Schmidt

5329277v1/015403