# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. PATANE, JULIE HARDING, HEATHER HARRIGAN, STEPHEN S. SHAPIRO, CATHERINE PORTER, ERICA RUSSELL, TINA MORETTI, BRIDGET KOPET, JENNIFER S. COLE, BENJAMIN A. FLETCHER, DIANE BOGDAN, and MICHAEL BROWN, Individually and on Behalf of All Others Similarly Situated, | : CIVIL ACTION NO. 17-cv-01381 (JAM) |
| Plaintiffs, | |
| v. | |
| NESTLE WATERS NORTH AMERICA, INC., | |
| Defendant. | : JUNE 25, 2018 |

## DECLARATION OF THOMAS B. MAYHEW IN SUPPORT OF MOTION TO SEAL FIRST AMENDED COMPLAINT (PARAGRAPHS 558 AND 567)

THOMAS B. MAYHEW, of full age, declares as follows:

1. I am one of the counsel of record for Nestlé Waters North America Inc. ("Nestlé Waters") in this matter. I attended the plaintiffs' site inspection of the Evergreen Spring site in Fryeburg, Maine, on December 5, 2017, and observed the plaintiffs' team conducting their testing, inspection, and photography. I make this declaration based on my own personal knowledge.

2. At the Evergreen Spring site, there are a number of areas of flowing water between the edge of the stream valley and Wards Brook.

3. One area of natural springs flows into a stream which runs downhill from the back of the site, downhill towards Wards Brook to a small pond bordered by a man-made rock wall,

close to the borehole.  A segment of the stream running into the pond can be seen on the left hand side of the second image in paragraph 557 in the First Amended Complaint.

4. The small pond also has natural spring flow at the bottom of the pond.  While plaintiffs were there on December 5, 2017, we all spent time observing an area on the pond bottom with visibly "boiling sand":  water flowing from below the pond bottom causes sand to repeatedly jump, then sink back down, in the spring's current.

5. The first image in the First Amended Complaint at paragraph 558 is a still image from a video taken by the plaintiffs' team while they were at the site on December 5, 2017.  The video has been designated as confidential under the terms of the protective order.

6. The first image in paragraph 558 appears at the beginning of a video taken by plaintiffs' counsel Mr. Schmidt, and is tightly cropped compared with the original video. ███
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████

7. ████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
███

8. The second image in paragraph 558 is also from a video taken by Mr. Schmidt. ██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████

9. In the cropped, still image version in paragraph 558, ████████████████

███████████████████████████████████████████████████████

███████████████████

10. ████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████

11. The chemistry results excerpted in paragraph 567, and the videos from which the images in paragraph 558 were excerpted and cropped, have been designated confidential under the protective order.  Nestlé Waters takes reasonable steps to preserve the confidentiality of images and water chemistry results from its sites, including requiring visitors to promise not to take photos or water samples without permission.

12. The images in paragraph 557 of the white pipe were taken only after plaintiffs ███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████

13. The water in the small pond, which comes from spring flow in the pond, the stream entering the pond, and flow from the white pipe, exits the pond through a small culvert under an access road, and flows into Wards Brook.

I declare under penalty of perjury that the forgoing is true and correct.

                                                                /s/*Thomas B. Mayhew*
                                                             THOMAS B. MAYHEW

Executed on June 25, 2018

San Francisco, California

32640\6762039.1