UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. PATANE, JULIE HARDING, HEATHER HARRIGAN, STEPHEN S. SHAPIRO, CATHERINE PORTER, ERICA RUSSELL, TINA MORETTI, BRIDGET KOPET, JENNIFER S. COLE, BENJAMIN A. FLETCHER, and DIANE BOGDAN, Individually and on Behalf of All Others Similarly Situated, | : CIVIL ACTION NO. 17-cv-01381(JAM) : : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| NESTLE WATERS NORTH AMERICA, INC., | : : : |
| Defendant. | : JULY 30, 2018 |

## DECLARATION OF KEVIN MATHEWS

KEVIN MATHEWS, of full age, declares as follows:

1. I am the Vice President of Regulatory and Scientific Affairs for Defendant Nestlé Waters North America Inc. ("NWNA"). My responsibilities include, among other things, obtaining all permits and licenses required by the laws and regulations of the various States in order for NWNA to sell Poland Spring® bottled water as spring water within those states.

2. Annexed hereto as Exhibit "A" is an example of a true copy of a letter from the Pennsylvania Department of Environmental Protection ("PDEP") to NWNA transmitting a Public Water Supply Permit ("Permit") which approves the sale of Poland Spring® Natural Spring Water in Pennsylvania, together with a copy of that Permit. The Permit issued by the PDEP indicates its approval of the designated Spring Sources, makes the Poland Spring® spring water labels part of the Permit, and authorizes NWNA to sell Poland Spring® natural spring water in Pennsylvania.

3. Annexed hereto as Exhibit "B" is the PDEP's Internal Review and Recommendations document approving issuance of the Permit annexed as Exhibit "A".

4. Annexed hereto as Exhibit "C" is an example of a true copy of a Poland Spring® bottle label, which bears the assigned New York State Department of Health ("NYSHD") certificate number, and the assigned PDEP Permit identification number.

5. The NYSHD certificate number and the PDEP identification number are issued to NWNA by the NYSHD and the PDEP, respectively, after each agency has issued a Certificate or Permit to NWNA to sell Poland Spring® bottled water in their state, and signify that each agency has reviewed NWNA's application to sell bottled spring water, which includes, among other things, information on the spring source of the bottled water and the Poland Spring® labels, and has authorized NWNA to label and sell Poland Spring® as spring water.

I declare under penalty of perjury that the forgoing is true and correct.

*/s/ Kevin Mathews*
KEVIN MATHEWS

Executed on July 25, 2018
Stamford, Connecticut

# EXHIBIT A



**Pennsylvania Department of Environmental Protection**

Rachel Carson State Office Building
P.O. Box 8467
Harrisburg, PA 17105-8467

April 24, 2009

717-787-8184

**Bureau of Water Standards and Facility Regulation**

Mr. Brian Boucher
Quality Assurance Manager
Nestle Waters North America, Inc.
400 Killick Pond Road
Hollis, ME 04042

Re: Public Water Supply Permit No. 9996491

Dear Mr. Boucher:

Enclosed is your amended Public Water Supply Permit to sell bottled water in Pennsylvania. The permit approves the use of the Poland Spring source located in Poland Spring, Maine. The permit also approves the sale of the following bottled water brands in Pennsylvania: Poland Spring Natural Spring Water, Deer Park Natural Spring Water and Ice Mountain Natural Spring Water. This permit replaces your previous permit as issued on February 8, 2008.

Copies of DEP's Safe Drinking Water Regulations (Title 25 Pa. Code Chapter 109) are available on the Pennsylvania Code Web site at www.pacode.com. DEP's *Summary of Key Requirements for Bottled Water Systems*, DEP ID: 383-0810-203 is available on DEP's Web site at www.depweb.state.pa.us, Keyword: "Drinking Water."

Your Permit No. 9996491 is also your Pennsylvania public water supply identification number (PWSID). This number must appear on all correspondence, water quality analyses, or other reports submitted to this office. The results of analyses required under Section 109.1003 of the regulations are to be submitted to this office.

Any person aggrieved by this action may appeal, pursuant to Section 4 of the Environmental Hearing Board Act, 35 P.S. Section 7514, and the Administrative Agency Law, 2 Pa. C.S. Chapter 5A, to the Environmental Hearing Board, Second Floor, Rachel Carson State Office Building, 400 Market Street, P.O. Box 8457, Harrisburg, PA 17105-8457, 717-787-3483. TDD users may contact the Board through the Pennsylvania Relay Service, 800-654-5984. Appeals must be filed with the Environmental Hearing Board within 30 days of receipt of written notice of this action, unless the appropriate statute provides a different time period. Copies of the appeal form and the Board's rules of practice and procedure may be obtained from the Board. This appeal form and the Board's rules of practice and procedure are also available in Braille or on audiotape from

An Equal Opportunity Employer          www.dep.state.pa.us          Printed on Recycled Paper

Mr. Brian Boucher                     - 2 -

the Secretary to the Board at 717-787-3483. This paragraph does not, in and of itself, create any right of appeal beyond that permitted by applicable statues and decisional law.

If you want to challenge this action, your appeal must reach the Board within 30 days. You do not need a lawyer to file an appeal with the Board. Important legal rights are at stake, however, so you should show this document to a lawyer at once. If you cannot afford a lawyer, you may qualify for free Pro Bono Representation. Call the Secretary of the Board (717-787-3483) for more information.

Please study the permit carefully and direct any questions you may have to Mr. Godfrey C. Maduka of this office.

Sincerely,

Kevin McLeary, P.E.
Chief
Facility Permits Section
Division of Planning and Permits

Enclosures

cc: Jennifer Slider – Compliance Design

3800-PM-WSWM0043 Rev. 6/2004

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
**BUREAU OF WATER STANDARDS AND FACILITY REGULATION**

# PUBLIC WATER SUPPLY PERMIT

NO. 9996491

| A. PERMITTEE: (Name and Address) | B. PROJECT/PLANT LOCATION |
|---|---|
| Nestle Waters North America, Inc.<br>400 Killick Pond Road<br>Hollis, ME 04042 | Address: 400 Killick Pond Road<br>Municipality: Hollis, Maine<br>County: York |

C. THIS PERMIT APPROVES FOR: 1. ☐ CONSTRUCTION   2. ☒ OPERATION OF FACILITIES
AS INDICATED BELOW:   Approved Under Construction Permit No _____

**Source**

Well(s)
X Spring(s)
☐ Surface Water
☐ Finished Water

☐ Impoundment
☐ Settling
☐ Filtration
☐ Iron and Manganese Treatment
☐ Softening
☐ Fluoridation
☐ Distribution Facility

**Facilities**

☐ General Corrosion Control
☐ Corrosion Control for lead/copper
☐ Disinfection
☐ Pump Station(s)
☐ Transmission Lines
☐ Finished Water Storage
☐ Other _____

**BVRB**

☒ Bottled Water System
☐ Bulk Water Hauling System
☐ Vended Water System
☐ Retail Water Facility

KNOWN AS: Poland Spring Natural Spring Water, Deer Park Natural Spring Water and Ice Mountain Natural Spring Water.
* Evergreen Spring, Spruce Spring, Clear Spring, Glenwood Spring, White Cedar Spring, Bradbury Spring & Poland Spring.

**LIMIT OF AUTHORIZATION**

YOU ARE HEREBY AUTHORIZED TO CONSTRUCT OR OPERATE, AS INDICATED ABOVE, PROVIDED THAT FAILURE TO COMPLY WITH CHAPTER 109 OF THE RULES AND REGULATIONS OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION OR THE TERMS OR CONDITIONS OF THIS PERMIT SHALL VOID THE AUTHORITY GIVEN TO THE PERMITTEE BY THE ISSUANCE OF THE PERMIT

THE PLANS, SPECIFICATIONS, REPORTS AND SUPPORTING DOCUMENTS SUBMITTED AS PART OF THE PERMIT APPLICATION BECOME PART OF THE PERMIT

NO DEVIATIONS FROM APPROVED PLANS OR SPECIFICATIONS AFFECTING THE TREATMENT PROCESS OR QUALITY OF WATERS SHALL BE MADE WITHOUT WRITTEN APPROVAL FROM THE DEPARTMENT.

THIS PERMIT IS ISSUED BY THE DEPARTMENT OF ENVIRONMENTAL PROTECTION UNDER THE AUTHORITY OF THE PENNSYLVANIA SAFE DRINKING WATER ACT, THE ACT OF MAY 1, 1984 (P.L 206, NO. 43) OPERATION SHALL COMPLY WITH THE PROVISIONS OF CHAPTER 109 ADOPTED UNDER THE AUTHORITY IN SECTIONS 4 AND 6(e) OF THE PENNSYLVANIA SAFE DRINKING WATER ACT.

THIS PERMIT IS SUBJECT TO THE ATTACHED SPECIAL CONDITIONS A, B, C, D, & E.

| PERMIT ISSUED | DEPARTMENT OF ENVIRONMENTAL PROTECTION |
|---|---|
| Date: April 24, 2009 | By: _Kevin S McLeary_ (signature)<br>Kevin McLeary, P E<br>Chief, Facility Permits Section<br>Division of Planning & Permits |

## NESTLE WATERS NORTH AMERICA, INC.
## PERMIT NO. 9996491
## SPECIAL CONDITIONS

A. All containers of bottled water sold in the Commonwealth of Pennsylvania shall have affixed a label containing the name and address of Nestle Waters North America, Inc., Hollis, Maine, the Department of Environmental Protection's (DEP) identification number, and the date or lot number identifying the date of manufacture. For purposes of complying with this requirement, the DEP identification number "PA DEP # 491" must appear on the label.

B. Authorization to use DEP's identification number is limited to Poland Spring Natural Spring Water, Deer Park Natural Spring Water and Ice Mountain Natural Spring Water brands of bottled water. Additional brands may not be sold in Pennsylvania without notifying DEP.

C. The approval to sell bottled water in Pennsylvania is contingent on the permittee's continued authorization to manufacture and sell bottled water in the State of Maine. Revocation or cancellation of the permittee's authority to manufacture bottled water by the State of Maine Department of Agriculture, Food and Rural Resources shall render this permit null and void.

D. The permittee shall notify the PA-DEP, Division of Planning and Permits, Harrisburg, PA, at 717-787-8184 (after hours: 1-800-541-2050) within one (1) hour of discovery of any failure to meet Pennsylvania's drinking water standards or of the suspension or revocation of its license to manufacture or sell bottled water by the state of Maine Department of Agriculture, Food and Rural Resources.

E. The permittee shall submit to DEP, by December 31 of each year, a copy of the report/results of the inspection conducted by the National Sanitation Foundation (NSF), another organization that utilizes an inspection protocol as stringent as NSF's protocols, or the agency having jurisdiction over the manufacturing of bottled water in the State of Maine.

# EXHIBIT B

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF WATER STANDARDS AND FACILITY REGULATION

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF ENVIRONMENTAL PROTECTION
# BUREAU OF WATER STANDARDS AND FACILITY REGULATION

## INTERNAL REVIEW AND RECOMMENDATIONS

| Name of Applicant | Nestle Waters North America, Inc. | Project Location | 400 Killick Pond Road Hollis, ME | Application Number | 9996491 |
|---|---|---|---|---|---|

## BRIEF DESCRIPTION OF PROJECT AND DISCUSSION

The applicant is an existing out-of-state bottled water supplier requesting DEP approval to renew the use of the Poland Spring source located in Poland Spring, Maine. The company is currently operating under PWS Permit No. 9996491, which was originally issued on July 28, 2000. The company's permit was amended on June 12, 2001, June 23, 2003, September 1, 2005, September 14, 2006 and February 8, 2008.

The company was previously approved to use the following sources: Clear Spring; Poland Spring, Poland; Poland Spring, Poland Spring; Pure Mountain Spring Water and Glenwood Spring. The company stopped using the Poland Spring sources in 2005. The Pure Mountain Spring source has been renamed Evergreen Spring.

The company's permit was last amended on February 8, 2008 to approve the use of the Bradbury Spring source located in Kingfield, Maine.

The new permit will approve the use of the Poland Spring source located in Poland Spring, Maine. The Poland Spring source is owned by Nestle Waters North America Inc., and consists of several boreholes and bulk water hauling loading station. The source was previously approved for this bottling plant until the plant discontinued using the source water for bottling in 2005. A new borehole # 11 was recently developed at the spring site and borehole # 5 redeveloped to improve water output. The Maine Department of Health and Human Services has approved the modifications at the spring. The spring water will be transported to the Hollis bottling plant using stainless steel tankers previously approved by DEP.

There are no reported changes in the previously approved treatment processes or operation of the bottling facility. The company's water quality analysis was conducted by ELAB, Inc. (DEP Certified Laboratory #68-547). The water quality analysis showed DEP Drinking Water Standards were met.

Notice of the application was published in the Pennsylvania Bulletin, Volume 39, No. 11, dated March 14, 2009. No comments were received.

## RECOMMENDATION AND ACTION

| Approved | Refused | Signature | | Date |
|---|---|---|---|---|
| ✓ | | Reviewing Engineer | Godfrey Maduka | 4/17/09 |
| | | Chief, Technology Section | Devin S McSeary | 4/24/09 |

## PERMIT CONDITIONS:

1. Standard - None
2. Special
   A. All containers shall display company's name, address, and DEP ID No. 9996491
   B. Approval limited to Poland Spring Natural Spring Water, Deer Park Natural Spring Water and Ice Mountain Natural Spring Water.
   C. Approval contingent on continued approval in the State of Maine.
   D. Permittee must notify DEP of any MCL violations within one hour.
   E. Permittee must submit copy of NSF's or State of Maine's inspection reports annually.

# EXHIBIT C

