UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. PATANE *et al.*,<br>    *Plaintiffs*,<br><br>    v.<br><br>NESTLÉ WATERS NORTH AMERICA, INC.,<br>    *Defendant*. | No. 3:17-cv-01381 (JAM) |

**ORDER OF APPOINTMENT OF SPECIAL MASTER
FOR DISCOVERY AND SETTLEMENT**

    The Court hereby appoints former U.S. District Judge Alan H. Nevas as a special master for the purposes of overseeing discovery and related matters in this case as well as to conduct any settlement conference at an appropriate time.

    The Court finds that appointment of a special master is appropriate in this case because discovery cannot be addressed in an effective and timely manner by this Court. *See* Fed. R. Civ. P. 53(a)(1). Both the volume and the nature of the likely discovery disputes in this case militate in favor of the appointment of a special master. The Court also considers Judge Nevas's services to be necessary for any potential settlement purposes in light of his extensive experience with alternative dispute resolution.

    The parties have been given notice and an opportunity to propose and object to candidates for the position of Special Master. *See* Doc. #181; *see also* Fed. R. Civ. P. 53(b)(1) ("Before appointing a master, the court must give the parties notice and an opportunity to be heard."). In the absence of any objection to the appointment of Judge Nevas as a special master, *see* Doc. #197, #198, the Court orders that, in addition to the mandatory terms, conditions, and procedures set forth in Rule 53, the following terms and conditions shall apply:

1. The Special Master shall oversee all aspects of discovery in this case and shall resolve all pending and future discovery disputes until further order of this Court.

2. The Special Master shall not communicate *ex parte* with either party, their counsel, or the Court on issues pertaining to this case, unless such communications are noticed to the parties. The Special Master is authorized to conduct sessions with the parties by telephone so as to minimize expense.

3. The parties shall continue to file all discovery motions and all discovery pleadings on the docket as required by the Local Rules of this District and shall provide the Special Master with a courtesy copy of any such filings. The Special Master may in his discretion hold oral arguments, either in person at a location of his choosing or by telephone, to resolve discovery disputes.

4. The Special Master shall file with the Court all recommended orders, reports, or rulings that he shall make. The parties shall have 21 days to file any objections to, or motions to adopt or modify, any order, report, or ruling issued by the Special Master.

4. The Court shall review *de novo* all legal conclusions of the Special Master. The Court shall review the Special Master's findings of fact for clear error and shall review the Special Master's rulings on procedural matters only for abuse of discretion.

5. The Special Master's compensation for his service in this case will be a fair and reasonable rate not to exceed a fair market rate and the rate ordinarily charged by a professional and mediator of Judge Nevas's aptitude and experience. The Special Master is requested to promptly advise the parties in writing of the more

specific terms of his service and thereafter to furnish the parties a regular written accounting and billing for such services he may render. If any party has an objection to the terms specified by Judge Nevas for his service, then the party may raise such concern by means of letter to the Court with a copy to Judge Nevas and opposing counsel.

6. This order of appointment is conditional and does not take effect until Judge Nevas has filed with the Court an affidavit within 21 days disclosing whether there is any ground for disqualification under 28 U.S.C. Section 455, pursuant to Fed. R. Civ. P. 53(b)(3)(A).

It is so ordered.

Dated at New Haven this 18th day of April 2019.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge