UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. PATANE, JULIE HARDING, HEATHER HARRIGAN, STEPHEN S. SHAPIRO, CATHERINE PORTER, ERICA RUSSELL, TINA MORETTI, BRIDGET KOPET, JENNIFER S. COLE, BENJAMIN A. FLETCHER, DIANE BOGDAN and MICHAEL BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>NESTLE WATERS NORTH AMERICA, INC.,<br><br>                    Defendant. | : CIVIL ACTION NO. 17-cv-01381(JAM)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: January 8, 2020 |

**DEFENDANT'S RESPONSE TO PLAINTIFFS'
MOTION TO FILE EXHIBIT CONDITIONALLY UNDER SEAL**

Plaintiffs filed their motion to file the Declaration of Donald I. Siegel ("Siegel Declaration") conditionally under seal [ECF 264] to purportedly comply with this Court's Standing Protective Order ("Order") [ECF 4]. If they had followed the procedure set forth in that Order, they would have known that the motion to seal is unnecessary. The Order requires that a party seeking to challenge a confidentiality designation must first "attempt in good faith to meet and confer with the Designating Person in an effort to resolve the matter" before applying to the Court for relief. [*Id.* ¶ 12]. Plaintiffs never attempted to meet and confer with NWNA about filing the Siegel Declaration publicly. Had plaintiffs done so, they would have learned that NWNA does not contend that the statements set forth in the Siegel Declaration are "confidential" within the meaning of the Order.

For the reasons set forth in Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to File a Second Supplemental Declaration [ECF 265], the Siegel Declaration is not relevant to NWNA's pending motion for summary judgment and therefore need not be filed at all. However, NWNA does not request that the Siegel Declaration be sealed.

        Respectfully submitted,

        DEFENDANT,
        NESTLÉ WATERS NORTH AMERICA INC.

By: /s/ Jonathan B. Tropp
    Jonathan B. Tropp (ct11295)
    Day Pitney LLP
    195 Church Street, 15th Floor
    New Haven, CT 06510
    Telephone: (203) 752-5000
    Fax: (203) 752-5001
    jbtropp@daypitney.com

    Jeffrey M. Garrod (admitted phv)
    Craig A. Ollenschleger (admitted phv)
    Orloff, Lowenbach, Stifelman & Siegel, P.A.
    44 Whippany Road, Suite 100
    Morristown, NJ 07960
    Telephone: (973) 622-6200
    Fax: (973) 622-3073
    jmg@olss.com; co@olss.com

    Thomas B. Mayhew (admitted phv)
    Farella, Braun & Martel LLP
    235 Montgomery St., 30th Flr.
    San Francisco, CA 94104
    Telephone: (415) 954-4400
    Fax: (415) 954-4480
    tmayhew@fbm.com

    Its Attorneys