# Exhibit Z

# EXHIBIT A



FEB 10 2017

Mr. Joseph A. Levitt
Hogan Lovells
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Dear Mr. Levitt:

Thank you for your letter of December 8, 2016, regarding the standard of identity for bottled water and Maine's determination that bottled water from a specific source constitutes "spring water." On behalf of Nestlé Waters North America, Inc., you ask the Food and Drug Administration (FDA) to confirm that (1) Maine's determination substantiates the firm's "spring water" claim and (2) the labels are not misbranded with respect to the "spring water" designation. We also appreciate meeting with you on February 3, 2017, to discuss this matter.

As you are aware, FDA established a standard of identity for "bottled water" in 1995 (the 1995 final rule) which includes provisions for water source requirements for beverages to be designated as "spring water" (Title 21 Code of Federal Regulations Section 165.110(a)(2)(vi) (21 CFR 165.110(a)(2)(vi)). Among other things, these requirements address source water; collection of the water and its physical properties; and, if requested, the need to demonstrate a hydraulic connection between the natural orifice and the bore hole. The standard of identity preempts state standards that are not identical to it in accordance with section 403A of the Federal Food, Drug and Cosmetic Act (21 U.S.C. 343A(a)(1)).

Bottled water is also regulated under the good manufacturing practice requirements in 21 CFR part 129. As you said in your letter, 21 CFR 129.3(a) requires that source water be approved by the state agencies having approval authority. In the 1995 final rule, FDA stated that under 21 CFR 129.3(a) an approved source is one that has been inspected by the state and local government agencies having jurisdiction (60 FR 57076, 57091; Nov. 13, 1995). Under 21 CFR 129.35(a)(1), the source must be properly located, protected, and operated and be easily accessible and adequate. In the 1995 final rule, FDA also stated that "part 129 does not require that the government agency having jurisdiction identify or certify that the source is a spring source." (60 FR at 57096). Importantly, the source approval recognition under 21 CFR part 129 extends only to the safety and sanitary quality of the water source. This "source approval" could include evaluation of the type of source, however, the firm still must demonstrate to regulatory officials that the source meets the requirement to be designated as "spring water" under 21 CFR 165.110.

As you are aware, FDA does not provide approval for the use of the term "spring water" for bottled water. However, we recognize that some states have certification programs that evaluate

U.S. Food & Drug Administration
Center for Food Safety & Applied Nutrition
5001 Campus Drive
College Park, MD 20740

Page 2 – Mr. Joseph A. Levitt

whether bottled water may be designated as "spring water" under state regulations that incorporate FDA's requirements under 21 CFR 165.110. If the state certification requirements are consistent with those in 21 CFR 165.110, documentation that a firm is required to provide to the state would help demonstrate compliance with FDA's standard of identity regulations for "spring water." For example, if a state program requires using a hydrogeologically valid method to show that an appropriate hydraulic connection exists between the natural orifice of the spring and the bore hole, then this documentation could be used to address the requirement in 21 CFR 165.110(a)(2)(vi) related to demonstrating a hydraulic connection between the natural orifice and the bore hole. If the water and its source satisfy this requirement and the other requirements for "spring water" in 21 CFR 165.110, then the use of the term "spring water" on the product label would be appropriate.

Thank you, again, for contacting us regarding this matter. If you have any further questions or concerns, please let us know.

Sincerely yours,

Douglas A. Balentine, Ph.D.
Director
Office of Nutrition
 and Food Labeling
Center for Food Safety
 and Applied Nutrition