UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. PATANE, JULIE HARDING, HEATHER HARRIGAN, STEPHEN S. SHAPIRO, CATHERINE PORTER, ERICA RUSSELL, TINA MORETTI, BRIDGET KOPET, JENNIFER S. COLE, BENJAMIN A. FLETCHER, DIANE BOGDAN and PARESHKUMAR BRAHMBHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLE WATERS NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 17-cv-01381-JAM<br><br>ECF Case<br><br>CLASS ACTION<br><br>**PLAINTIFFS' REPORT ON DEPOSITION OF ERIC LORD**<br><br>August 6, 2021 |

**I.  OVERVIEW**

Nestle, S.A. is a Swiss multinational conglomerate corporation headquartered in Vevey Vaud, Switzerland. Until April 6, 2021, it was the parent company of Nestle Waters S.A., and Nestle Waters North America. Nestle Waters is a French business entity headquartered in Issy les Molineaux, Paris, France. Nestle Waters North America, Inc. was, until April 6, 2021, a wholly-owned subsidiary of Nestle Waters based in Stamford, Connecticut. Defendant Blue Triton Brands ("Blue Triton") is the name of Nestle Waters North America as of April 7, 2021, when it was acquired by One Rock Capital Partners, LLC in partnership with Metropolous & Co. It is still based in Stamford, Connecticut. Ready Refresh is the name of Blue Triton's home & office water division.

During the period relevant to discovery in this case, Defendant Blue Triton has essentially been a paperless business that generates and data through sophisticated computer

1

databases, networks and software programs. Among other places, it maintains data in what it calls a "Data Warehouse." The Data Warehouse was created in 2002. It comprises data in searchable formats on different databases, one relational and one multivalue. Blue Triton has in its employ a team of people who are familiar with and capable of running queries on this data using these databases, and in fact do so on a regular basis as part of their job responsibilities. Blue Triton could provide the information requested by Plaintiffs that is subject to the pending motion relatively easily with relatively little cost, certainly for far less than the Lord Declaration suggested. Blue Triton should be required to prepare and bring a witness to the next discovery hearing on the pending motion to compel who can address the Court and the Plaintiffs directly about those aspects of Blue Triton's data system that Mr. Lord was either unfamiliar with or could not recall at his deposition so that the Court can set a proper protocol and schedule for Blue Triton to produce the information requested by Plaintiffs.

A true and correct copy of the transcript of the July 20, 2021 Deposition of Eric Lord is attached hereto as **Exhibit A**. A true and correct copy of the same transcript with highlighting to indicate the testimony cited to below is attached hereto as **Exhibit B**.

II.      SUMMARY OF RELEVANT TESTIMONY WITH CITATIONS

RMS refers to "Route Management Software", a software program Ready Refresh **has** used since prior to 2002, which uploads data via handhelds used by Ready Refresh delivery staff throughout the country. RMS was designed specifically for home & office water companies like Ready Refresh. Among the sources of data provided by the RMS are "everything needed to record a sale, to bill a customer, and to record our financials." Ex. B. at 21:24-22:3 (all further citations are to Ex. B). This includes the product delivered, quantity, and price per unit. 21:20-23:10.

Ready Refresh maintains a Data Warehouse, "a place you would store data to allow you to use that data later for something else." 15:9-11. It was built 22 years ago and became operational in "[r]oughly February of 2002". 20:22. It is a relational database that accesses a data center in Phoenix, Arizona from workstations in Connecticut. 91:23-92:6. The data in the Data Warehouse is used by a team of Blue Triton employees who are familiar with the system and how to use it and use it on a regular basis for various tasks. 40:12-17 ("there is a team of people that work and do that stuff all day"); 49:21-25 (". . . we have what we call an operations team. . . . So think about a little room with a bunch of computers [sic] monitors, and these people sit there and execute jobs every single day"); 119:10-120:2 (describing how Business Intelligence team routinely queries the Data Warehouse).

Data in the Data Warehouse includes data taken from the RMS system. Mr. Lord estimates that at the creation of the Data Warehouse about 30 percent of the sales transactional data of the company imported into the Data Warehouse from the RMS system was included in the Data Warehouse, and that the data that was included as of 2002 includes customer data and sales data. 23:6-11. Over time, Blue Triton has doubled the amount of information from the RMS data that is included in the Data Warehouse so that approximately 60 percent of the transactional data from RMS is included in the Data Warehouse today. 22:11-21; 67:17-68:14. All of the data in the Data Warehouse could be exported in "multiple days." 39:3-14.

Blue Triton has all records of transactions with its customers from 2003 to the present in data format. 66:19-22. Pre-2017 data is not as accessible as later data, though it is not burdensome for Blue Triton to access this data as it regularly does so in the course of its business. 39:5-40:17; 41:3-15; 80:14-20; 119:10-120:2. Post-2017 data is more readily accessible. Queries can be run on

data in the Data Center to limit reports to transactions by state or region, among other things. 55:12-19; 122:18-123:5. The only costs which Blue Triton has identified by way of the Lord Declaration are for completely outsourcing work, rather than simply having its own experienced employees do the work, and further is based on little more than two short conversations. 78:21-80:13; 84:16-85:2. If Blue Triton did outsource the work and exported its data with current customer addresses by state, it could do so in approximately 3-4 weeks at a cost of approximately $36,000.00. 113:8-20. It could similarly produce such information on a regional basis with little difficulty and perhaps even more quickly. 122:6-123:5. Blue Triton can, and in fact does, use averages in its business and easily calculates this by dividing sales by volumes. 127:25-128:21. A limitation of the Data Warehouse appears to be that it only maintains the present addresses of customers and that code would need to be written if prior addresses were necessary. 55:21-56:13.

      The Finance Department of Blue Triton uses SAP, 28:12-23, relational database software, most likely the ERP software sold by SAP SE. SAP's ERP product is a set of common databases maintained by a database management system that tracks business resources and the status of business commitments. This permits business to collect, store, manage and interpret data from various business activities. SAP can track costs, revenues, and every other aspect of the business which is quantitative. Blue Triton's SAP uses data from the RMS system, among other sources. The data used in SAP is readily integrated with Excel or other database software. Among other things, costs of goods sold is tracked by Finance in SAP. 34:20-35:15.

      Approximately 4-6 years ago, Nestle, S.A. directed Blue Triton and all of its other subsidiaries to use a common SAP template established by Nestle, S.A. so that the parent company could have ready access to the financial data of its subsidiary. 29:3-31:20. Both before

4

==and after the common template was established, Ready Refresh uploaded to Blue Triton's finance system reports on a daily basis data that included transaction information from Ready Refresh distribution centers across the country. 32:5-33:7.==

Dated: August 6, 2021

Respectfully Submitted,

/s/ Steven N. Williams
Steven N. Williams (*pro hac vice*)
Anupama K. Reddy (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Phone: (415) 500-6800
swilliams@saverilawfirm.com
areddy@saverilawfirm.com
cyoung@saverilawfirm.com

Alexander H. Schmidt (*pro hac vice*)
Fairways Professional Plaza
5 Professional Circle, Suite 204
Colts Neck, NJ 07722
Phone: (732) 226-0004
alex@alexschmidt.law

Oleg Elkhunovich (phv09180)
Steven G. Sklaver (phv09181)
Amanda Bonn (phv09182)
Bryan J. Caforio (phv10031)
Jesse-Justin Cuevas (phv11030)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
oelkhunovich@susmangodfrey.com
ssklaver@susmangodfrey.com
abonn@susmangodfrey.com
bcaforio@susmangodrefy.com
jcuevas@susmangodfrey.com

Max I. Straus (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (212) 336-8330
mstraus@susmangodfrey.com

*Plaintiffs' Interim Co-Lead Counsel*


Craig A. Raabe (Conn. Bar No. 04116)
Robert A. Izard (Conn. Bar No. 01601)
Mark P. Kindall (Conn. Bar No. 13797)
Christopher M. Barrett (Conn. Bar No. 30151)
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Phone: (860) 493-6292
craabe@ikrlaw.com
rizard@ikrlaw.com
mkindall@ikrlaw.com
cbarrett@ikrlaw.com

*Plaintiffs' Interim Liaison Counsel*