# Exhibit A

[UNREDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED]

```
 1   UNITED STATES DISTRICT COURT
 2   DISTRICT OF CONNECTICUT
 3   Case No. 17-CV-01381-JAM
     ----------------------------------------x
 4   MARK J. PATANE, JULIE HARDING,
 5   HEATHER HARRIGAN, STEPHEN S. SHAPIRO
 6   CATHERINE PORTER, ERICA RUSSELL, TINA
 7   MORETTI, BRIDGET KOPET, JENNIFER S. COLE,
 8   JENNIFER S. COLE, BENJAMIN A. FLETCHER,
 9   DIANE BOGDAN and PARESHKUMAR BRAHMBHATT,
     Individually and on Behalf of All Others
10   Similarly Situated,
11         Plaintiffs,
12          VS.
13   NESTLE WATERS NORTH AMERICA, INC.,
14         Defendant.
     ----------------------------------------x
15         The Deposition of ERIC LORD, taken
16   on behalf of the Plaintiffs  in the hereinbefore
17   entitled action, before Francine Garb, a
18   Certified Shorthand Reporter and Notary Public
19   within and for the State of Connecticut,
20   commencing at 10:10 a.m. on July 20, 2021, at
21   the offices of Day, Pitney, LLP, One Stamford
22   Plaza, 263 Tresser Boulevard, 7th Floor,
23   Stamford, Connecticut 06901.
24   COURT REPORTER:  FRANCINE GARB, CSR
25   LICENSE # 139
```

Page 1

```
 1    A P P E A R A N C E S :

 2

 3    FOR THE PLAINTIFF:

 4    JOSEPH SAVERI, ESQS.
      601 California Street, Suite 1000

 5    San Francisco, California 94108

 6    BY: STEVEN N. WILLIAMS, ESQ.

 7    (email:  swilliams@saverilawfirm.com)

 8            - and -

 9    SUSMAN GODFREY, LLP
      1900 Avenue of the Stars, Suite 1400

10    Los Angeles, California 90067

11    BY:  JESSE-JUSTIN CUEVAS, ESQ.
             (on speaker phone)

12    (email: jcuevas@susmangodfrey.com)

13

14    FOR THE DEFENDANT:

15    DAY PITNEY, LLP
      195 Church Street, 15th Floor

16    New Haven, Connecticut 06510

17    BY: JONATHAN B. TROPP, ESQ.

18    (email: jbtropp@daypitney.com)
             -and-

19    ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.

20    44 Whippany Road - Suite 100

21    Morristown, New Jersey 07960

22    BY: CRAIG A. OLLENSCHLEGER, ESQ.

23    (email: co@olss.com)

24          *    *    *

25
```

Page  2

```
 1                      I  N  D  E  X

 2

 3   July 20, 2021

 4   WITNESS              EXAMINATION BY         PAGE

 5   ERIC LORD          MR. WILLIAMS               5

 6

 7

 8                   E X H I B I T S

 9   Exhibit 1    Declaration of Eric Lord       11

10   Exhibit 2    Declaration of Eric Lord       51

11   Exhibit 3    Sales Data                     102

12   Exhibit 4    Sales Data                     102

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1                         ERIC LORD

 2

 3              S T I P U L A T I O N S

 4

 5        IT IS HEREBY STIPULATED AND AGREED TO by

 6   and among counsel for the respective parties

 7   hereto that all technicalities as to the proof

 8   of the official character of the authority

 9   before whom the deposition is to be taken are

10   waived.

11

12        IT IS FURTHER STIPULATED AND AGREED TO

13   by and among counsel for the respective parties

14   hereto that any objections to the sufficiency of

15   the Notice are waived.

16        IT IS FURTHER STIPULATED AND AGREED TO

17   by and among counsel for the respective parties

18   hereto that all objections, except as to form,

19   are reserved to the time of trial.

20

21        IT IS FURTHER STIPULATED AND AGREED TO by

22   and among counsel for the respective parties

23   hereto that the reading and the signing of the

24   deposition by the deponent are not waived.

25
```

Page  4

```
 1                        ERIC LORD
 2             THE COURT REPORTER:  If counsel wish
 3        to order a copy of the transcript, please
 4        state it on the record.
 5             MR. WILLIAMS:  I'll order a copy.
 6             MS. CUEVAS:  We want the transcript
 7        expedited.
 8             I'll take a copy.  We'll take it
 9        expedited also.
10                     *    *    *
11   E R I C    L O R D ,
12   the witness herein, giving his address as
13   900 Long Ridge Road, Building 2, Stamford,
14   Connecticut 06902, having been duly sworn by the
15   Notary Public, was examined and testified as
16   follows:
17
18
19   BY MR. WILLIAMS:
20        Q    Good morning, sir.  My name is Steve
21   Williams.  I represent the plaintiffs in this
22   case.
23             Have you had your deposition taken
24   before?
25        A    I have.
```

Page 5

ERIC LORD

1

2       Q    Could you please first say your name for

3  the record?

4       A    Eric Lord.

5       Q    And your business address, please?

6       A    900 Long Ridge Road, Stamford,

7  Connecticut 06902.

8       Q    Thank you.  How many times have you had

9  your deposition taken?

10       A    This will be my third time.

11       Q    And were those depositions in relation

12  to your work with what was Nestle and is now

13  BlueTriton, or something else?

14       A    Nestle.

15       Q    So I'm going to take it you are somewhat

16  familiar with how depositions work and I don't

17  need to go through all the details with you; is

18  that fair?

19       A    Yes.

20       Q    The things I will say are, you

21  understand that the oath you took and the

22  testimony you gave is just like you were in court,

23  right?

24       A    I understand.

25       Q    And if I ask you a question that is not

Page 6

```
 1                      ERIC LORD
 2   clear, particularly because we're going to use
 3   some terms of art, please let me know so I can try
 4   to fix it.  Okay?
 5       A    Absolutely.
 6       Q    And if you want to take a break at some
 7   time, as long as there is no question pending,
 8   that is fine.  If there is a question you think is
 9   privileged and you want to talk to your counsel,
10   let me know.
11            Those other cases where you had your
12   deposition taken, I think three prior cases?
13       A    No, this would be the third.
14       Q    The two prior cases, could you briefly
15   tell me what those cases were about?
16       A    The first one, I've having a hard time
17   remembering exactly what that case was.  It's over
18   25 years ago.
19            The last one was in relation to a
20   lawsuit against Nestle Waters of America, the
21   previous company of BlueTriton brands.  The
22   particulars of exactly that case escape me at the
23   moment, but it was regarding a lawsuit of a
24   similar nature to this.
25       Q    About how long ago was that?
```

Page  7

ERIC LORD

1

2     A    Best guess would be four to five years

3  ago.

4     Q    Any idea what court that lawsuit was in

5  that you were referring to?

6     A    Absolutely no idea.

7     Q    Did you do your deposition here in

8  Connecticut?

9     A    New York City.

10     Q    New York City.  All right.

11         And any idea roughly what was the

12  subject matter of that deposition?

13     A    Again, I can't remember at all what that

14  was regarding.

15     Q    But given what you do for the company,

16  let me put it this way:  Were you a fact witness

17  to whatever the plaintiffs claimed Nestle had done

18  wrong in that case?

19         MR. TROPP:  Objection.

20     A    I was representing facts regarding

21  certain things we do as an organization.  What

22  those facts were at the time, I don't remember.

23  Why I would have been called is my history, and my

24  tenure with the company, and my experience across

25  multiple functions of the company.

Page  8

```
                         ERIC LORD
1
2        Q    Do you recall, did that deposition
3   involve claims that Nestle employees used scripts
4   to discuss with their customers credit card fees?
5        A    I do not believe so.
6        Q    Did you ever give a deposition in a case
7   involving that subject matter?
8        A    I did not.
9        Q    Did you ever give a deposition in the
10  case that involved the subject matter of Nestle's
11  data?
12       A    Certainly the deposition I gave at that
13  time was related to information about data facts.
14       Q    And about what type of data was at issue
15  that you testified about?
16       A    Again, I don't remember the specific
17  facts for that.
18       Q    Do you recall, was it about sales data?
19       A    I would appreciate your asking the
20  question again in a different way.  I really don't
21  remember the exact topic of that.
22       Q    Understood.
23            I'm hoping if I ask you a few I might be
24  able to jog your memory.
25            Do you know whether the deposition you
```

Page 9

```
 1                    ERIC LORD

 2   gave was in a case in which you had previously

 3   executed a declaration of some sort?

 4        A    I certainly would have signed some

 5   declaration for that, I'm sure.

 6        Q    So do you think the sequence was you

 7   signed a declaration and then the other side

 8   wanted to take your deposition?

 9        A    No, I do not.  I believe the sequence of

10   events was that we provided data or a function

11   that I owned, provided data for something.  At

12   some point we would have a signed a declaration

13   regarding that, and then at some point, as it

14   progressed, I was deposed.  It was a much longer

15   deposition.  I believe it was in general regarding

16   the case.

17        Q    Let me ask you a question, if I may.

18   I'm looking at it and I copy it later.  a

19   declaration of Eric Lord in a case called Raz

20   versus Nestle Waters North America, and that

21   declaration quotes your deposition transcript in

22   that case.

23             Do you think that was the case in which

24   you testified?

25             A    It certainly could have been.  I can't
```

Page 10

```
 1                        ERIC LORD
 2  say that.  I have signed more declarations than I
 3  have had depositions.
 4      Q    I'll represent to you that the subject
 5  matter you described in that declaration was
 6  telesales agents, how they are trained and how
 7  they interact with customers.
 8           Does that help you recall if that is the
 9  deposition that you gave previously that you are
10  referring to?
11      A    It does not.
12      Q    Do you think you may have given more
13  than one deposition in the last four years on
14  behalf of Nestle?
15      A    No.
16      Q    I'm going to ask the court reporter to
17  mark as Lord Exhibit No. 1 a document entitled
18  Declaration off Eric Lord, and she will put that
19  before you so you can take look at it.
20           (Marked for identification, Declaration
21      of Eric Lord, Plaintiffs' 1)
22  BY MR. WILLIAMS:
23      Q    Mr. Lord, take as much time as you would
24  like to look at that.
25      A    I'm good.
```

Page 11

ERIC LORD

1

2      Q    Am I correct this is a declaration you

3   executed on May 13, 2021?

4      A    Yes, it is.

5      Q    Did you write this yourself?

6      A    No, I did not.

7      Q    Could you explain to us generally the

8   process of how this was prepared?

9      A    So, on a conference call with our

10   counsel.

11           MR. TROPP:  Mr. Williams has asked you

12       to describe the process.  If you can do that

13       without referring to conversations that you

14       may have had with counsel, you can describe

15       the process.  If you can't do it without

16       reference to conversations with counsel, then

17       let Mr. Williams know that.

18      A    With that context, I can't really

19   explain it.

20      Q    Let me go to just some mechanics.  Who

21   put the words into some form of computer program,

22   who did that for you?

23      A    That would be outside counsel.

24      Q    Who decided what it would say?

25      A    I did.

Veritext Legal Solutions
866 299-5127

```
 1                    ERIC LORD
 2      Q    How did you decide what you wanted to
 3  say in your declaration?
 4      A    The questions that were asked --
 5      Q    And, again, please don't tell me what
 6  you discussed with counsel.
 7      A    I understand.
 8           The questions I was asked in relation
 9  to this, and the answers to those questions,
10  both how we would go about, and what it would
11  take to try and produce those things.
12      Q    I got you.
13           Can you tell me, if you recall, before
14  May 13th, when you signed this, had you worked on
15  this case before, the Patane versus Nestle Waters
16  North America case in any respect?
17           MR. TROPP:  Objection to form.
18           You can answer.
19      A    Functions that worked for me were asked
20  to produce data in relation to the case.
21      Q    Were you yourself asked to do anything
22  in relation to the case?
23      A    All of those requests would come through
24  me.
25      Q    And then you delegate?
```

Veritext Legal Solutions
866 299-5127

```
                            ERIC LORD
 1
 2         A     Yes.
 3         Q     When you say -- I think you said
 4    "Functions that worked for me"?
 5         A     Correct.
 6         Q     Is Functions people?
 7         A     Departments.
 8         Q     Can you tell me -- I think you are, if I
 9    understand this -- vice president of business
10    improvement.  Which departments would you have
11    contacted in relation to anything relating to this
12    case as you just mentioned?
13         A     I would contact my business intelligence
14    department.
15         Q     Anything else?
16         A     Nope.
17         Q     How would you describe the business
18    intelligence department?
19         A     The function is responsible for -- their
20    primary function is providing insight to business,
21    to help drive business decisions, help drive
22    improvements.  A secondary function would be to
23    provide data to different functions so that they
24    can do that on their own, and/or other functions,
25    i.e., legal, if they need data for something.
```

Page 14

ERIC LORD

1

2      Q      Are you familiar with the term or the

3  terms "data warehouse"?

4      A      I am.

5      Q      What does that mean within the scope of

6  your business, and by that I mean Nestle Waters

7  North America and now BlueTriton?

8      A      Historically in the context of how I

9  understand the data warehouse, it's a place you

10  would store data to allow you to use that data

11  later for something else.

12      Q      Is that historically how you understand

13  it generally, or specifically how you understand

14  it as it applies to Blue Triton?

15      A      One and the same.

16      Q      Is there a data warehouse at BlueTriton

17  visible?

18      A      There is.

19      Q      What is that?  Please -- I am a

20  neolithic, so please describe it in simplest

21  terms.  I know this is your expertise, it's not my

22  expertise.

23      A      So, we have a data warehouse where we --

24  that was built 22 years ago, approximately, give

25  or take a year, where we have attempted to store

```
                              ERIC LORD
 1
 2   all of the relevant data we would need as a
 3   business, primarily because our core systems that
 4   we run our business do not retain or store that
 5   data in a usable way.
 6        Q     So the data warehouse you say was built
 7   about 22 years ago.  Were you involved when it was
 8   built?
 9        A     I was.
10        Q     And can you describe sort of in building
11   it, what does that mean?  I'll ask with a stupid
12   guess.  Does mean taking data from various places
13   and trying to put it into one place so it's sort
14   of centralized?
15        A     You have a good handle on the idea of a
16   data warehouse.  The data warehouse, we took data
17   from our 35-year old Legacy system and we migrated
18   it into the data warehouse for the purposes of
19   trying to help us with reporting at that time.
20   Solely reporting.
21        Q     When you say your 35-year old Legacy
22   system, does that mean 22 years ago it was 35
23   years old?
24        A     35 plus years old today.
25        Q     Today?  I'm trying to match up the 22
```

Veritext Legal Solutions
866 299-5127

ERIC LORD

1

2    years ago that you built the data warehouse and

3    the 35-year old Legacy system.  Are those --

4         A    Two different systems.

5         Q    Two different systems.  Okay.

6              Does the Legacy system have a name?

7         A    The acronym we use for it, it's called

8    RMS.  Stands for route management software.  It

9    was a -- this will be important to understand.

10   It's a Pick-based green screen system, using a

11   database called Universe.  What's important to

12   understand about a data base called Universe, is

13   it's a Multivalue database, it's not a relational

14   database.

15             Basically it means it stacks data on top

16   of itself.  So modern technology will not interact

17   with that system in any usable way.

18        Q    And that is the Universe system I think

19   you said?

20        A    Well, database is Universe.  The system

21   is called RMS.  And it's a system that was custom

22   written by a company in Texas that went out of

23   business, and we own the rights to it, and it

24   continues to run my business to this day.

25        Q    So, is it fair to say that it's custom

Page 17

ERIC LORD

1

2  to your business and proprietary to you; it was

3  built for you?

4      A    It was specifically designed and built

5  to run Home & Office water companies.  The six or

6  seven clients they ever had were Home & Office

7  water companies.

8      Q    You said Pick-based, right?

9      A    Pick is the programming language, and

10  it's basically a form of basic programming.  So

11  all the code in that is written in Pick basic.

12      Q    Now, that was in Universe -- when the

13  data warehouse was created, was that data

14  maintained solely in Universe was it copied into

15  any other place in the data warehouse?

16      A    The way to think about the way our old

17  system works, think about it like two buckets that

18  you fill.  So this month I'm putting all of my

19  transactions in the bucket, and I have all my

20  detailed transactions.  At the end of the month I

21  put a lid on that bucket and I push it to the

22  right.  That set of transactions exists.

23          Then I get a new bucket and start

24  filling it up.  At the end of the month I put a

25  lid on that bucket and I slide it to the right.

Veritext Legal Solutions
866 299-5127

ERIC LORD

1

2        The bucket that was to my right before

3    disappears, it literally goes away.  And I start a

4    new bucket.

5        The reason we built the data warehouse

6    was to allow us to keep that data.  What's

7    important is we kept it for reporting purposes

8    only, so we didn't keep all of it.  We kept the

9    information we thought was germane at the time.

10   Q    When you talked about the process, I

11   assume you mean now, I'm not sure, where each

12   month you get your detailed transaction data, you

13   put it together, and then it will go into the

14   system and it goes away?

15   A    In our Legacy system it goes away.

16   Those detailed transactions disappear after two

17   months.

18   Q    And where does the data that you took

19   from them stay, if anywhere?

20   A    It would go into our data warehouse and

21   exist there.

22   Q    And how would it be maintained in the

23   data warehouse?

24   A    So, the data warehouse is a relational

25   database, and we would store certain aspects of

Page 19

                           ERIC LORD
1
2   the data from our Legacy system, and of course
3   that's grown over time.
4        Q    So this process you are discussing now,
5   and tell me if I'm getting this wrong, you prepare
6   the monthly detail transaction, you put that into
7   RMS; is that correct?
8        A    RMS is the core system.  So if my truck
9   goes out and makes a delivery, that transaction
10  happens in RMS.  At the end of the month those
11  transactions flow into a data warehouse where we
12  have them stored, and then we keep a certain
13  amount of that history in our data warehouse.
14       Q    What was in RMS goes away?
15       A    It goes away.  You can never go get the
16  transaction detail after a couple of months.
17       Q    I apologize if I asked this.  When did
18  that process -- when did you start doing it that
19  way that you described, where you take the info
20  from RMS, you finish your month, it goes into the
21  data warehouse and you get rid of the RMS?
22       A    Roughly February of 2002.
23       Q    When you described keeping it in the
24  data warehouse for reporting purposes only, what
25  type of reporting?

                                          Page 20

```
                          ERIC LORD
 1
 2        A    So, primarily that was built to provide
 3   KPIs for people performance, so for an individual
 4   performer.  How many deliveries did I make; did I
 5   make the right deliveries?  Those type of
 6   questions.
 7        Q    When information comes into the RMS
 8   from -- let's say a delivery driver is out, he
 9   does some work, how does it get to the RMS?  Does
10   he send a letter, does he fax it?  Does he email
11   it in some proprietary system?
12        A    We have a hand held.  We have been
13   through multiple versions over the years.  That
14   hand held device uploads that information.
15   Whether it does it physically, meaning it sits in
16   a dock and it uploads it to the computer, or
17   whether it does it -- today many of them actually
18   do it over a radio, a WIFI radio or a cellular
19   radio.
20        Q    Can you remember the types of
21   information that would be transmitted from, say, a
22   delivery driver to the company through the RMS
23   after do delivery?
24        A    Sure.  It would be everything needed to
25   record a sale, to bill a customer, and to record
```

Veritext Legal Solutions
866 299-5127

```
 1                     ERIC LORD
 2   our financials.
 3        Q    So would that include the products that
 4   were delivered?
 5        A    Sure.
 6        Q    The number of products delivered?
 7        A    Yes.
 8        Q    The price per unit of the products
 9   delivered?
10        A    Yes.
11        Q    When you mentioned that the data comes
12   out of RMS, goes to the data warehouse, and you
13   say you decided only certain data would go, do you
14   have a recollection of what data was retained in
15   the data warehouse?
16        A    I know what's retained in the data
17   warehouse today.  I can tell you that over time it
18   has grown.  So as a rough estimate in 2002, we
19   probably brought over 30 percent of the data from
20   RMS.  Today we probably bring over 60 percent of
21   the data from RMS.
22        Q    Did that percentage change gradually
23   over time?
24        A    It did.  As the business had more needs,
25   we would identify that need.  If the need
```

Page 22

```
 1                     ERIC LORD
 2   justified that there was some return on that
 3   investment, we would invest in resources to go
 4   ahead and make those coding changes and enhance
 5   the data warehouse.
 6        Q    I know it's a long time ago.  When you
 7   began with the 30 percent of data, what was the
 8   data that then the company deemed was necessary to
 9   keep in the data warehouse?
10        A    It would have been high level sales
11   information and high level customer information.
12        Q    What do you mean by "high level sales
13   information"?
14        A    So, we may have brought over, for
15   instance, a product but not a brand.  Or we
16   brought over who did the work, but not where it
17   was delivered.
18        Q    Can you give me an example of product
19   but not the brand?  What would that mean?
20        A    We might have a product identifier, but
21   not the brand of that product at the time.
22        Q    In the data that comes from the GMS, how
23   were products identified?  Were they identified by
24   SKU?
25        A    There is a three digit product code that
```

Page 23

```
 1                     ERIC LORD
 2   exists in our Legacy system.
 3        Q    Does that identify each of the products
 4   sold?
 5        A    It does.
 6        Q    Have those three digit product codes
 7   changed over time?
 8        A    They have.  And they have been reused,
 9   because we were literally limited to three digits.
10        Q    Is that because of the limitations of
11   the system?
12        A    Exactly.
13        Q    Do you have a data dictionary that
14   describes the product codes that are used in RMS?
15        A    We do not.
16        Q    How is that information communicated to
17   the people that use the RMS?
18        A    There is a cryptic description in the
19   system you use that gives an indication of what
20   that was, depending on the time of what it was.
21   What I mean by that is, in 2002 a delivery person
22   may have a description that is 9 characters long,
23   because it had to fit in his hand held, and that
24   would give some indication of what that product
25   was.  Most of it was done by memory.  They just
```

Page 24

```
1                          ERIC LORD
2     knew.
3              Today, that is much more complicated.
4     There is additional systems involved.  As we have
5     modernized some of our systems, none of what I
6     have discussed has gone away.
7          Q    Do I understand -- I want to talk about
8     ReadyRefresh for a little bit, okay?  Can you tell
9     me what that is?
10         A    Yes.  And by the way, everything I am
11    talking about is ReadyRefresh.
12             ReadyRefresh is the name of our
13    division.  It is the Home & Office division for
14    BlueTriton brands, so we deliver products to homes
15    and offices.
16         Q    Has that been true since 2002, that
17    ReadyRefresh has delivered products to home and
18    offices?
19         A    We haven't been called ReadyRefresh for
20    that amount of time, but the division is the same.
21         Q    And it was doing the same things?
22         A    And doing the same thing.
23         Q    Do I understand correctly that
24    ReadyRefresh customers, their pricing comes from
25    either talking to someone at Blue Triton or
```

Page 25

                              ERIC LORD
 1
 2   through the Internet, as distinguished from
 3   negotiating with delivery drivers?
 4        A    Delivery drivers do not have the ability
 5   to negotiate price, so those prices would be set,
 6   and then the customer would sign up for service
 7   based on that.
 8        Q    And how were those prices set?
 9        A    Historically, our finance organization
10   would determine pricing.
11        Q    Do you know the name of that
12   organization?
13        A    Finance.
14        Q    Just Finance.
15             Do they work sort of parallel to you,
16   below you, above you, separate from you?
17        A    Today, Finance would sit beside me.
18   Historically, in my different roles, Finance would
19   sit above me, so I would be the recipient of the
20   decision, where today, they sit beside me.
21        Q    When they were above you, were there
22   times when you or your department provided reports
23   to them to assist them in setting prices?
24        A    Not that I can remember.
25        Q    Were there times when anyone asked you

                                              Page 26

```
 1                      ERIC LORD
 2    for information that the finance department could
 3    use to set prices?
 4         A    Again, not that I can remember.
 5         Q    Were there any times that you or anyone
 6    in your firm had prepared reports for the finance
 7    department for any purpose whatsoever?
 8         A    Yes.  Obviously, the Business
 9    Intelligence Group would have produced reports for
10    finance.
11         Q    What type of reports does the Business
12    Intelligence Group -- I'm sorry, what types of
13    reports can you recall that the Business
14    Intelligence Group has prepared for the finance
15    department?
16         A    I could not speak to specifics on what
17    was produced.
18         Q    Your best recollection?
19         A    It would be very numerous, the number of
20    different things they would have produced over the
21    years.
22         Q    Tell me whatever ones you can recall,
23    generally or specifically, of any reports that
24    your department prepared and produced to the
25    finance department?
```

Page 27

ERIC LORD

1

2       A    We would have likely produced reports

3  related to customers, so how many customers, how

4  many customers quit, how many customers were

5  acquired.

6            We would have produced reports regarding

7  certain KPIs for certain functions, so the number

8  of deliveries made out in the field, number of

9  deliveries missed, those type of reports would you

10  have been the things that would have been

11  provided.

12       Q    What about any reports that track

13  financial performance?

14       A    Those would have come from Finance

15  themselves.

16       Q    What about any reports that track

17  revenues earned in any particular time period?

18       A    All of those come from finance systems,

19  different systems.

20       Q    So what if anything do you know about

21  the systems Finance uses in order to determine

22  revenues for resell of BlueTriton products?

23       A    The finance system of record is SAP.

24       Q    Do you have any familiarity with that

25  system?

ERIC LORD

1

2      A    I do.

3      Q    Can you tell me what time period of data

4  is included within the finance department's SAP

5  system?

6      A    I do not know the answer to that

7  question.

8      Q    Is it current?  Is it operating today?

9      A    Yes.

10      Q    Do you have any idea how long it's been

11  operating?

12      A    Within the last five or six years it was

13  changed.  We had our own instance of SAP Nestle

14  asked us to standardize at some point.  Again,

15  don't hold me to the five or six years

16  directionally.  I am unclear what history would

17  have been brought over.

18      Q    Does that mean -- when you say we had

19  our own version of SAP, what did that mean?

20      A    So -- ask your question again.  I'm

21  sorry.  I want to make sure I understand what

22  you're asking.

23      Q    There was a question when -- I had been

24  asking how long you had been using the SAP system,

25  and I think you said we have had our own version

Page 29

```
                              ERIC LORD
 1
 2    of SAP, and in the last 4 or 5 or 6 years that
 3    transferred to the new SAP.  And my question is,
 4    what was the old version.
 5         A    It was SAP.  It just wasn't Nestle's
 6    template for SAP.
 7         Q    What's different about Nestle's template
 8    for SAP than what you were using previously?
 9         A    Nestle standardized their systems across
10    the globe, and everybody uses the same system to
11    reduce total cost of ownership.  So for them it
12    was just about putting us into the standard box as
13    far as our finance organization, so it allows them
14    to see their finances in an easier way.
15         Q    Let me see if I understand that.  The
16    Nestle you are referring to, is that Nestle, the
17    parent company in Switzerland, the giant food
18    conglomerate?
19         A    Global.
20         Q    And beneath them there is another Nestle
21    company, right?
22         A    When you say that, what do you mean?
23         Q    The big Nestle global, the giant food
24    company, they were not the direct owner of Nestle
25    Waters North America, right?  There was a company
```

Veritext Legal Solutions
866 299-5127

```
                          ERIC LORD
 1
 2    in between those two?
 3         A     Nestle Waters was a division within
 4    Nestle.  Nestle, as a general rule, for all of
 5    their systems, they did a project 15 years ago, in
 6    that ballpark, where they standardized technology
 7    systems across the globe.  So everybody went to
 8    the same computer system.
 9         Q     Understood.  That is what I was trying
10    to say.  But the structure is Nestle at the top,
11    then Nestle Waters, then Nestle Waters North
12    America?
13         A     Correct.
14         Q     But it was Nestle at the a top that
15    dictated the use of the current system?
16         A     Of SAP, yes.
17         Q     When that was implemented, could Nestle
18    in Switzerland have live access to the financials
19    of Nestle Waters North America?
20         A     Yes.
21         Q     And any other Nestle water company
22    anywhere, right?
23         A     They would have access to everything.
24    Now, locally, we wouldn't.
25         Q     Understood.
```

Veritext Legal Solutions
866 299-5127

ERIC LORD

1
2          Could you, for example, access the SAP
3   system that NWNA was using?
4       A    I could.
5       Q    Now, did that system include -- describe
6   to me what type of financial information was
7   included in that system after Nestle, five or six
8   years ago, put you on their system.
9       A    Whether it was five or six years ago or
10  prior, summarized information was loaded into SAP
11  from my division, from ReadyRefresh.  Summarized
12  transaction data was shipped to SAP on a daily
13  basis.
14         So think about it like entering an
15  accounting entry, a debit and a credit.  An
16  accounting entry was sent from our Legacy system
17  into SAP on a daily basis for sales.
18      Q    What would be included in that daily
19  information?
20      A    You would run over volumes, revenue, but
21  revenue net of fees, discounts, adjustments.  So
22  it's kind of a mushed together transaction, if you
23  will, summarized to our delivery locations.
24      Q    Are delivery locations specific
25  locations or areas?

Page 32

```
                           ERIC LORD
 1
 2        A     Delivery locations.
 3        Q     Specifically?
 4        A     Right.  So in other words, we have today
 5   73 distribution centers across the country.  The
 6   financial transactions were summarized to each
 7   distribution center.
 8        Q     I got it.  So not to the ultimate place
 9   where the product goes, to the distribution
10   center?
11        A     So, Nestle was always afraid of our
12   scale.  We have lots of transactions.
13        Q     When you referred to the data
14   transmitted every day, is that the same as the
15   term you use net net sales; is that what you were
16   referring to?
17        A     Yes.  That would represent net net
18   sales.
19        Q     You said that uploads every day?
20        A     Daily.
21        Q     Is it a prior day's results or is it
22   updating all the prior results?
23        A     It updates as the hand helds come in.
24   So it batches them as the hand helds come in.
25   It's unfair to say it's a day, as that process
```

Page 33

```
 1                        ERIC LORD
 2   kind of transmits itself overnight, and the date
 3   of the transaction is the date of post.
 4        Q    Do the distribution centers send more
 5   information into Nestle than Nestle puts into the
 6   SAP that goes up to the parent company?
 7        A    There is a lot more detail that goes
 8   into our Legacy system en mass than goes into SAP.
 9        Q    BlueTriton uses RMS today, correct?
10        A    It does.
11        Q    Does it have any plans to stop using
12   RMS?
13        A    We would like to.
14        Q    Is it one of those you're stuck with it?
15        A    It's a very difficult thing to replace.
16   It's a custom system that has been customized over
17   30 years, tailored to our business.  There is not
18   a lot of software that does exactly what we do and
19   how we do it.
20        Q    Does the SAP system that we're talking
21   about now that goes to the parent company include
22   any information about cost of goods sold?
23        A    All of the cost of goods and that is
24   done in our financial system at Nestle.
25        Q    The same one we are talking about?
```

Page 34

1                              ERIC LORD

2          A      Yep.

3          Q      What aspects of cost of goods sold, if

4     you know, were included in the SAP system?

5          A      Describe your question more.  Cost of

6     goods is a pretty generic term.

7          Q      Understood.  And different places

8     include different things.  Are you including all

9     of the costs of production, bottling,

10    transportation, salaries?

11         A      SAP serves as our manufacturing system,

12    and it serves as our full P&L., so all costs are

13    in SAP.  So labor, factory, depreciation, cost of

14    manufacturing, cost of goods, all of that would be

15    in our financial system.

16         Q      How, if at all, does Nestle keep track

17    of the prices it charges customers in ReadyRefresh

18    for the products they buy?

19         A      On the ReadyRefresh side, we have our

20    current price lists, if you will, is a way to

21    think about it.  Those would get reviewed

22    periodically and changed.  We don't necessarily

23    keep track of what they were.  We know what they

24    are.

25                We do know, because we have the sales,

                                              Page 35

```
 1                    ERIC LORD
 2   we know what a customer was charged when a sale
 3   took place.
 4        Q    Where do you go to find out what a
 5   customer was charged when a sale took place?
 6        A    We would look at our sales history.
 7        Q    Is that going to be a total, or is that
 8   going to be -- for example, could you see how much
 9   did they spend on this product, how much did they
10   spend on this product, et cetera?
11        A    So, we can look at an individual
12   customer and an individual product and see how
13   many units and what the total charge was, and do
14   the math to figure out what that price was.
15        Q    How far back in time could you do that
16   for a ReadyRefresh customer if you wanted to?
17             MR. TROPP:  Objection to the form.
18        A    We could go back to 2017 and easily do
19   that.
20        Q    Per customer?
21        A    I'm sorry?
22        Q    For a particular customer?
23        A    For a particular customer.
24        Q    So how would you do that?  Let's say you
25   have one customer you want to see what they paid
```

Page 36

ERIC LORD

1
2      per product since 2017.  How would you do that?
3          A    We would go to our data warehouse and
4      you would look at the sales history, and you can
5      see all of the products they bought, the date they
6      bought them, and if they -- when the price
7      changed.
8          Q    So when you do that, are you at a
9      computer?
10         A    You would have to do that through our
11     data warehouse.
12         Q    When you say that, when I go to the data
13     warehouse, it's not a warehouse full of papers,
14     it's a warehouse full of data?
15         A    Yes.
16         Q    Does it look like an office?
17         A    So you would need a special skill set of
18     a person who would need to write a piece of code
19     in what's called SQL, standard query language,
20     SQL.  They would need to understand the tables,
21     the table structures, and then they could go get
22     that information and return it.
23             Now, how they return that would depend
24     quite a bit on the customer and what they were
25     looking for.  For an individual customer you might

Veritext Legal Solutions
866 299-5127

                          ERIC LORD

1
2    put that in Excel, it will fit.  For a large set
3    of customers you might be challenged to how do you
4    return that.
5         Q    When you say you might be challenged, is
6    that because of the size of the export file?
7         A    Correct.
8         Q    And if you are using a different type of
9    relational database other than Excel, then you
10   might not have that problem, correct?
11        A    So, you would need to take the data out
12   of SQL.  SQL itself is a relational database.  You
13   would need to take the data out of SQL and put it
14   in some other database if you wanted to look at
15   it.  That certainly can be done.  Somebody would
16   need to understand how to connect all of the data.
17        Q    Nestle understands how to connect all of
18   the data?
19        A    People in Nestle understand how to
20   connect the data.
21        Q    When you say that that could be done,
22   that is, I think you meant the export of the data
23   in the SQL database, how would that be done?
24        A    So, any SQL database you have the
25   ability to export tables and port those to however

                                        Page 38

```
 1                    ERIC LORD
 2   you want them.
 3        Q    Do you have any idea how long -- let's
 4   say we decided we want to export that whole
 5   database, we need to look at some place for
 6   disaster recovery purposes, how long would it take
 7   you to export that database?
 8             MR. TROPP:  Objection to form.
 9        A    It would be multiple days to export the
10   data.  It's multiple terabytes and terabytes of
11   data that exist.  The issue is not the export, the
12   issue is what do you do with it when you get it.
13   How do you decode and understand how to connect
14   Table A to Table B to produce a usable output.
15        Q    Just the first part, just the export, a
16   couple of days?
17        A    Yes.
18        Q    To a drive?  Something like that, a hard
19   drive?
20        A    I'm not sure.  It would be multiple hard
21   drives.  I'm not sure how you would move it.
22   Again, it's multiple terabytes of data.  It's not
23   something that's easily moveable, let's put it
24   that way.
25        Q    And once that is done as you describe,
```

Page 39

ERIC LORD

1

2   you need someone who knows the structure?  Nestle

3   has people in it who know the structures, correct?

4       A    Correct.

5       Q    If I wanted to know a customer's history

6   of purchasing, I think you referred to you need

7   someone who could write some code.

8       A    Yep.

9       Q    Does Nestle have people in-house who do

10  that?

11      A    We do.

12      Q    So when you have projects that you need

13  something done, you have people who understand the

14  database and can write the code to do that,

15  correct?

16      A    We do.  So there is a team of people

17  that work and do that stuff all day.

18          MR. TROPP:  Steve, you have been

19      referring, especially recently, to Nestle,

20      and earlier you distinguished Nestle from

21      other organizations.  I think the record

22      should clearly reflect that in your recent

23      questions, Nestle refers to BlueTriton brands

24      at a certain time.

25          MR. WILLIAMS:  That is correct, and I'll

Page 40

ERIC LORD

1
2       try to do that.

3       Q     How many people does Nestle have that
4    can write the SQL codes to use the data warehouse?

5       A     Approximately 25 people.  There is
6    probably four to six that understand the data, so
7    there is 25 -- call it 25 to 30 that have the
8    skill set to actually write SQL code.

9           There is four to six people who
10   understand the ReadyRefresh data and can produce
11   an output and answer a question.

12      Q     You are one of those people who
13   understand it?

14      A     I ran our IT organization when it was
15   developed, so I understand it.

16      Q     Could you give me an example of
17   different types of queries that you can do in the
18   data warehouse?  Let's say, for example, I just
19   wanted to know how much product in 2018 Nestle
20   Water North America sold in New York State.  Is
21   that a query that I could execute on the data
22   warehouse?

23          MR. TROPP:  Objection to form.

24      A     Not easily.

25      Q     What would it take to do that?

Page 41

ERIC LORD

1

2      A    So, the first challenge with doing that,

3   we know -- and again a limitation of my Legacy

4   system -- the Legacy system maintains an address

5   for a customer.  That data comes over and we

6   maintain the current address for every customer,

7   because that is what's important.  I make

8   deliveries.  I need to know where you live now.  I

9   don't know where you lived when I made a delivery

10   to you in 2018.

11          So, as an example, last year almost a

12   third of our customers moved, roughly 500,000

13   customers out of 1.5 million moved.  I don't know

14   how many of those moved in state, out of state.

15   So as you ask the question how many sales did I

16   have in New York, I can't answer that question

17   without understanding who moved.

18      Q    And when they moved?

19      A    And when they moved.

20      Q    Now, when a customer moves, I take it

21   the RMS would update that information the first

22   time there is a delivery to their new address?

23      A    Correct.  So somebody would go into a

24   system, they would change the address.  That would

25   trigger a whole series of things, including

Page 42

```
1                    ERIC LORD
2   reapplying a GO code so we can make a delivery,
3   assigning a new person to make the delivery, et
4   cetera, et cetera, et cetera.  What we don't do,
5   going back to the point I made earlier, is we
6   don't store their old address.
7        Q    But you still have all of the records of
8   all sales that were made to them at their old
9   address?
10       A    I know the sale was made, and I know the
11  ID of it, but I don't know where they lived.  So
12  in -- don't hold me to this exact date --
13  somewhere in Q-2 of last year, we started tracking
14  address changes for the first time.  So we now
15  know anytime somebody's address changed, where you
16  changed.  But that only goes back to last year.
17       Q    Do you use customer IDs to identify your
18  customers?
19       A    We do.
20       Q    In addition to addresses?
21       A    Again, a limitation of my Legacy system.
22  Every address that I'm going to deliver to
23  requires a unique customer number.  So in a modern
24  technology system, you would have a customer and
25  then you would have a different ship to locations.
```

Page 43

```
                          ERIC LORD
 1
 2    So, use Bank of America as an example.  Bank of
 3    America would be one customer, and I might have
 4    five thousand branches I deliver to, and they
 5    would all be different addresses.
 6              In my system, I have an individual
 7    delivery location or account number for every Bank
 8    of America I have to deliver to.  And that is
 9    because RMS is a 35-year old system.
10         Q    Does the RMS store invoices?
11         A    It stores invoices going back to May of
12    2017.
13         Q    And what format are the invoices stored
14    in on your RMS?
15         A    It's the equivalent of a PDF.  It's not
16    a data mineable thing.
17         Q    It's not a PDF?
18         A    It's not a PDF, but it's like the green
19    screen equivalent of a PDF.
20         Q    Is there a name for this type of data
21    file?
22         A    There isn't.  It's stored in a way that
23    you can't decode it.  It will pop up on a scene,
24    you can see it, but you can't go get the
25    individual data components from it.
```

Page 44

ERIC LORD

1

2     Q    Are you actually storing an actual copy
3  of the invoice, or is it sort of a recreation of
4  the data that was in --
5     A    It's a recreation of the information
6  that's in the invoice.  It's actually what we sent
7  to the -- so we use a third party to produce the
8  invoices for a customer.  We send them a data file
9  to produce that.  We use that same thing to
10  reproduce, so somebody could go into a screen and
11  see it.
12     Q    Who is that third party?
13     A    Right now it's a company called
14  SureBill.  Prior to that -- I forget the name of
15  the company prior to that.
16     Q    So I take it they were processing the
17  invoices before they go into the RMS?
18     A    No.  RMS would create the invoices, and
19  then we would send them to this company to
20  actually produce the invoice and mail it to the
21  customer.
22     Q    But Nestle never keeps a copy of the
23  invoice itself?
24     A    A physical copy, no.
25     Q    It sounds like you don't keep an

Page 45

```
 1                      ERIC LORD
 2   electronic copy, you recreate the electronic
 3   copies when necessary?
 4       A    The equivalent of the transmission that
 5   we sent to the vendor is kept.  So, again, you can
 6   go into this Legacy system we call RMS, and you
 7   could bring up a customer record, and you can go
 8   to their invoices and see it pop on the screen.
 9   You can even hit print and print that if you
10   wanted.  Theoretically, you can email it to the
11   customer.  But a programmer, a Pick programmer,
12   could not go decode that and get everything
13   reproduced in the invoice.  We have tried, by the
14   way.
15       Q    When did you try?
16       A    Probably 15 years ago was the last time.
17       Q    Why were you trying then?
18       A    There was a reason we wanted to try and
19   recreate some of that data for ourselves for some
20   use, and it didn't work.
21       Q    When Nestle sends -- and this is back
22   then, I guess -- transmission to the vendor who
23   sends out the invoices, are you just sending them
24   the data to put into the invoice forms that they
25   have, or are you sending them the actual invoice
```

Page 46

```
1                    ERIC LORD
2   and just asking them to forward it?
3        A    It's a transmission with all of the
4   individual components, and then they have a
5   program on their side that marries that up with a
6   template and drops it all off.
7        Q    And what are the components?
8        A    It would be the sales information, so
9   everything we need to get paid.  Your aging, so
10  how much money is 30, current 30, 60, 90.  Your
11  total bill due.  The individual line items or
12  quantities, the product description, not
13  necessarily the product identifier, the quantity
14  and the amount.
15       Q    In what format does that get sent to
16  SureBill?
17       A    It's sent as some type of text file.  I
18  don't know if it's a standard or if it's
19  proprietary.  My guess is it's proprietary to us
20  in the sense we have used a similar format with
21  all the invoice vendors over the years.
22       Q    And what department in Nestle sends that
23  to SureBill?
24       A    The IT organization actually sends it.
25  We have in the group a function we call national
```

Page 47

```
 1                    ERIC LORD
 2    account services, which is responsible for
 3    billing, and they own the relationship with
 4    SureBill.  They would validate that everything is
 5    correct.  So they would sample invoices, look at
 6    them and make sure everything is good.
 7         Q    The data that IT sends to SureBill,
 8    where does IT get the data from?  What system in
 9    Nestle does it come from?
10         A    RMS.
11         Q    It's from the RMS?  It's not from
12    Finance?
13         A    It is not.
14         Q    How does it come out of the RMS?  I
15    guess that is my question.
16         A    RMS would produce a text file in some
17    format.
18         Q    I'm sorry to interrupt.  What is the
19    step that is taken to cause RMS to produce that
20    text file?
21         A    We produce invoices on what we call
22    cycle.  I think it's 13 cycles a month, basically
23    every other day.  So we have a cycle on the 4th of
24    the month, the 6th, the 8th, et cetera, et cetera,
25    and we would take customers who were due to get a
```

Veritext Legal Solutions
866 299-5127

```
                           ERIC LORD
1
2    bill on those cycles.  A program is run in RMS
3    that takes all of those customers that are due, it
4    produces the text file, it drops it into a
5    directory, it gets swept up, and it gets sent to
6    the vendor.  That file showing up in the vendor's
7    server triggers them to start their invoicing
8    process.
9         Q    And the files they receive are not
10   customer to customer.  It's a lot of
11   information --
12        A    It's one massive file with all of the
13   bills in it.
14        Q    And that comes straight out of RMS?
15        A    Straight out of RMS.
16        Q    Is it automated when it comes out of
17   RMS, is it like someone wrote a program that
18   automatically causes this to happen?
19        A    So there is a lot of programs that exist
20   in RMS.  Automated is a little bit of a misnomer
21   in the sense that we have what we call an
22   operations team.  So think about a little room
23   with a bunch of computers monitors, and these
24   people sit there and execute jobs every single
25   day.
```

Page 49

```
 1                      ERIC LORD
 2            So imagine that Tom, I'm making his name
 3    up, walks in on Tuesday, opens his book and says,
 4    today I need to run Job 1., runs Job 1 in the
 5    system, flips the page.  I need to run Job 2, runs
 6    2 in the system.  The manual tells him what to do
 7    at every step, and if there is an error it tells
 8    him what to do.
 9            So it's an operations team that executes
10    all of the systems.  As a 35-year old system, it
11    doesn't do much all on its own.
12       Q    Again I'm going to be really simplistic.
13    In terms of the data that is coming out, is the
14    program that was written simply taking the
15    relevant data that you want SureBill to have and
16    sending it to them?
17       A    Exactly.
18       Q    And that is all of the U.S., right?
19    SureBill is covering everything?
20       A    SureBill is the single vendor we use to
21    do it.
22       Q    Do you recall a Declaration involved in
23    a case called Kendall (phonetic)?
24       A    I do not.
25       Q    Do you recall filing a Declaration in
```

Page 50

```
 1                         ERIC LORD
 2   California in a port for the proposition that the
 3   value of the Plaintiffs' claims in that case
 4   exceeded 5 million dollars?
 5        A    It rings a bell.  I don't remember
 6   exactly what it was though.
 7        Q    Let me then -- we'll make this Lord
 8   Exhibit No. 2.
 9             (Marked for identification, Declaration
10        of Eric Lord in support of Defendant Nestle
11        Waters North America, Inc.'s Opposition to
12        Plaintiffs' Motion to Remand, Plaintiffs' 2)
13        Q    Again, if you just take a look and let
14   me know when you are ready.
15             (Witness perusing document)
16        Q    Is that a Declaration you signed on
17   December 14, 2020?
18        A    Yes, it is.
19        Q    Was that your title at that time, Senior
20   Director of Data and Technology Integration?
21        A    Yes, it was.
22        Q    Different title now or same title?
23        A    Different title today.
24        Q    It says here in paragraph 3, "Since
25   September 23, 2016, late fees collected by NWNA
```

Page 51

```
 1                    ERIC LORD
 2  from ReadyRefresh customers, with a delivery
 3  address in California exceed 5 million dollars."
 4          Do you see where I read from?
 5      A   I do.
 6      Q   Can you describe how were you able to
 7  ascertain what the late fees were solely for
 8  California customers since September 23, 2016?
 9      A   So, the number exceeded 5 million
10  dollars by a lot.  So I was comfortable that
11  anybody who moved out of the State of California,
12  even when I was able to figure out their address,
13  we would still exceed 5 million dollars.
14      Q   You are saying you looked at data --
15      A   We looked at the total number of fees
16  charged.
17      Q   How did you --
18      A   Let me finish the answer to my question.
19          So if we think about the conversation we
20  have had so far, I was easily able to see how many
21  fees were charged.  I was able to look at the
22  current address of customers, as of the date this
23  was done, and see that the total fees were well in
24  excess -- I forget the exact number off the top of
25  my head -- they were enough that if we had done
```

Page 52

```
1                    ERIC LORD
2    the work to figure out who moved in or out of the
3    State of California, that we would have been above
4    5 million dollars.  That is why I didn't
5    specifically say exactly how many, I said they
6    exceeded 5 million dollars.
7        Q    But my question is -- I'll restate my
8    question.  I asked a bad question.
9            How did you limit your inquiry to
10   California delivery addresses when you did this
11   work?
12           MR. TROPP:  Objection.  You can answer.
13       A    I used the current customer set in
14   California.  So at the time the analysis was done,
15   it was who lived in California today.
16       Q    In December 2020?
17       A    Whenever I signed the Declaration, the
18   work was done within a week.
19       Q    The question, though, you say you are
20   answering is late fees since September 23, 2016.
21   Why was it appropriate to use the California data
22   set as of 2020 to determine how many late
23   fees were collected since September 23, 2016?
24       A    It was an estimate of how many fees --
25   the question I was asked to answer at the time was
```

Page 53

```
1                        ERIC LORD
2   did we charge more than 5 million dollars in late
3   fees in California.  The methodology I used to
4   determine that we were above 5 million dollars was
5   I looked at the total fees we would have charged
6   if everyone still lived in California that lived
7   in California today, going backwards.
8            So I used their address today, their
9   state, as it sits in my system today as of
10  whenever that was written.  I looked at how many
11  address changes we thought we were doing, and felt
12  very comfortable making the Declaration that it
13  was well above 5 million dollars, because the
14  total was significantly above 5 million dollars.
15     Q    Let me try to just break this down.  I
16  understand what you say you did.  I just want to
17  know how you did it.  It was you or someone else.
18  How do you first find a current customer set
19  related to California?  How is that done on your
20  system?
21     A    Within our data warehouse we have the
22  current address for every customer.
23     Q    What did you do then to make sure you
24  were only looking at California?
25            A    We isolated that to everyone who has a
```

Page 54

ERIC LORD

delivered state of California.

        Q      How would you do that?

        A      You would select that customer set from
our customer table, and then you would take that
set of customers and grab all of the sales history
for late fees and roll that up.

        Q      So does that mean you can select the
customer set based on addresses within a given
state?

        A      Sure.

        Q      You can do one query that says I want to
see all the information for everyone in
California?

        A      Yes.

        Q      Could you do one query that says, I want
to see all the information for everyone in
California and everyone in Arizona?

        A      Yes.

        Q      Not two separate queries to do that?

        A      Correct.  It's is important to note,
though, that's as they sit now.  I don't know when
I made a sale where they were.  The declaration
here was simply asking me, and the question that
was asked me by the lawyer is, are you comfortable

ERIC LORD

1

2      saying it's more than 5 million dollars.  The

3      answer was yes.  I could not equivocally tell you

4      exactly how many fees we charged to people in

5      California.  It's very different questions.

6           Q    I understand you didn't do that here.

7      Are you saying that would be impossible for you to

8      do, or hard for you to do?

9           A    Not impossible.  It's very hard in the

10     sense that we would have to restore the addresses

11     for every customer, for every month going

12     backwards, to figure out did your address change

13     from one month to the next.

14          Q    Now, within RMS, are there two different

15     things, customer notes and transaction

16     information?

17          A    I don't understand "customer notes."

18          Q    I don't either, but I saw a Declaration

19     where you talk about it.  So let me try it

20     differently.

21               Does RMS break down into one category

22     that is information about customers and another

23     category that is just transactional?

24          A    So, like any system, RMS has multiple

25     pieces of data.  So transactions are stored in

Veritext Legal Solutions
866 299-5127

```
 1                      ERIC LORD
 2   tables.  Again, they are Multivalue tables.  And
 3   not to get too technical, but Multivalue stacks
 4   data.  So if you think about a relational
 5   database, I would have a customer record and I
 6   would have let's say a request, and I would have a
 7   delivery.
 8           The customer would have one instance of
 9   the customer.  It would be unique.  The customer
10   would have a unique ID one time.  RMS doesn't work
11   that way.  I have that same customer multiple
12   times.  I have a request, which would be clean, I
13   would have one request.
14           In a relational database, when I get to
15   the transaction or the sale, I would have multiple
16   rows, one row for each item I sold the customer.
17   In RMS I have one row, and when I get to the
18   product, I would just stack.  If I sold them three
19   things, I would have three different products on
20   top of each other, separated by a value mark.  And
21   then the corresponding quantities would be done
22   the same way, the amounts.
23           The challenge with that, you can't
24   actually go get that data and use it.  You need to
25   write a program to somehow decompose it.  So
```

Page 57

                            ERIC LORD

1

2    inherent in RMS's structures like that, you also

3    then have notes, you reference notes.  Notes is a

4    free form field where somebody can go in and key

5    something regarding -- I had a conversation with

6    you today, you called to say we forgot something

7    in your last order.  Somebody can go in and type

8    information in there.

9              The system might put certain information

10   in there when we create an invoice, or when you

11   change something like an address, or your credit

12   card.

13             Deliberately, use credit card as an

14   example, we say you changed your credit card but

15   we don't tell what changed.  That is for privacy

16   information.  None of that data in RMS is stored

17   in a structured way.  You can't actually go get

18   any information from notes.  You can look at it,

19   but if you said go get me every note related to X,

20   it's not structured in a way where you can

21   actually go do that.

22             So that is the relation of notes -- am I

23   helping you understand how RMS woks?

24      Q    Yes.  But I think you said that address

25   changes go in notes?

                                         Page 58

                             ERIC LORD
1

2       A     They do.

3       Q     And they go into RMS, too, don't they?

4  Meaning if a customer's address changes, you need

5  to put that into the transactional side too, as

6  well, correct?

7       A     So I have their current address, I don't

8  have their old address, it's gone.

9       Q     Is it gone or is it in a different

10  place?

11      A     It's gone.

12      Q     Do you no longer have the record from

13  their old address?

14      A     We have no records regarding their old

15  address.  They go poof.

16      Q     I want to make sure I understand that.

17            You have the data for all invoices from

18  May 2017 to the present.  Is the address for

19  someone who moved in 2019 still in your 2018

20  invoices that are stored on RMS?

21      A     So the invoice would reflect the current

22  address of the customer, not their old address.

23      Q     The invoice would reflect the current

24  address because you are generating a recreation

25  of the old address and when you did that --  I'm

                                                Page 59

```
 1                    ERIC LORD
 2   sorry, you're recreating an invoice and you have
 3   gotten rid of the old address?
 4       A    It literally goes away.
 5       Q    I understand that now.
 6            I would like to turn back to your
 7   Declaration, Exhibit 1, from this case.  I want to
 8   ask you a couple of questions about what you say
 9   you do in paragraph 2.
10            Can you tell me what types of roles you
11   have had in marketing?
12       A    Sure.  My job, when I went to marketing,
13   was existing customer development.  So I was
14   responsible to try and drive programs to retain
15   customers and keep them.  So how do I improve
16   their customer experience?  How do I get them to
17   stay longer to reduce customer churn?  How do I
18   get them to buy more?  So cross-sell, up-sell
19   programs, all of that fell underneath my purview
20   when I took that job.
21       Q    Is that solely in the ReadyRefresh
22   market?
23       A    My entire 30 years with the company has
24   been in ReadyRefresh.
25       Q    Any aspects, have you ever touched
```

ERIC LORD

```
 1
 2    retail in any way?
 3         A    Never.
 4         Q    Do you look at any sales trends
 5    involving retail?
 6         A    No.
 7         Q    Have you ever offered anyone any input
 8    on anything whatsoever having to do with retail?
 9         A    I am sure over the years I have sat in a
10    retail meeting and had an opinion or two.  Nothing
11    jumps out at me that is important.
12         Q    Are you familiar with a company called
13    Neilson?
14         A    Oh, sure.
15         Q    Have you worked with them?
16         A    I have talked to Neilson at different
17    times.  I have never really worked with them.
18    They deal with aggregated data.
19         Q    Have you used any materials that Nestle
20    received from Neilson at any time in your career?
21         A    I find it hard to believe that some
22    function I have been responsible for hasn't at
23    some time.  But, again, nothing material is
24    popping into my head.  But I find it hard to
25    believe I could say no to that.
```

Page 61

ERIC LORD

1

2      Q      In your marketing role, do you remember

3   any aspects where Neilson assisted Nestle that you

4   were involved in?

5      A      Not in my marking role, no.

6      Q      In any other role?

7      A      Again, I'm sure that I have been in

8   meetings with them, and I am sure that people on

9   my staff at one time or another have interacted,

10  but nothing meaningful.

11          Let me put it a different way.  I have

12  never presented something that had Neilson data.

13  I'm very comfortable saying that.

14     Q      Have you received presentations that had

15  Neilson data, to your knowledge?

16     A      I have.  I have sat through Neilson

17  presentations.

18     Q      From Neilson or from people in Nestle?

19     A      Both.

20     Q      What types of presentations have you

21  sat through with Neilson?

22     A      I'm sure it's market trends, so industry

23  trends, sales pitches trying to get us to buy data

24  or try and use their data on our side of the

25  house.

Page 62

```
 1                    ERIC LORD
 2       Q     Has Nestle in the past bought their
 3   data?
 4       A     I couldn't speak to that.
 5       Q     What types of things, if you recall,
 6   were discussed in terms of marketing trends or
 7   industry trends during Neilson presentations that
 8   you attended?
 9       A     I couldn't speak to any specifics.  They
10   weren't enough to resonate with me, because,
11   again, at Home & Office we owned the relationship
12   with the customer.
13       Q     Anything else at all that you can recall
14   where you were given presentations by Neilson or
15   by someone within Nestle using Neilson data?
16       A     No.  In fairness, where we have first
17   party data, it's not typically something that
18   makes a lot of sense for my side of the house.
19       Q     What about a company called IRI, are you
20   familiar with them?
21       A     I am.  Similar to Neilson, they are an
22   aggregator.  They use a lot of data for different
23   things.
24             I actually sat in on a meeting for them
25   on Monday, yesterday.
```

Page 63

ERIC LORD

```
 1
 2        Q     Can you tell me what that meeting was
 3   about?
 4        A     They were pitching some analytics they
 5   were doing on the five gallon retail business, and
 6   very similar to my experience with Neilson, I
 7   don't find it very valuable for me, in the sense
 8   that we have a much more direct relationship with
 9   the consumers.
10        Q     Can you recall any other instances or
11   any instances where you have received
12   presentations from IRI in the course of your
13   business?
14        A     No.  Nothing is jumping to the top of my
15   mind.
16        Q     Can you think of anyone else within
17   Nestle who uses IRA data in the course of your
18   business?
19        A     I certainly could step back and think
20   through a series of names.  I'm sure there is a
21   lot of people on the retail side of the house that
22   use those companies.  None that are just jumping
23   to me right now to shout them off to you, though.
24        Q     What's the name of the retail side of
25   the house department?
```

Veritext Legal Solutions
866 299-5127

ERIC LORD

1

2      A     We call it Retail.  Very imaginative.

3      Q     In Stamford, too?

4      A     Yes.

5      Q     Say for Neilson, do you know who else at

6  Nestle other than you who uses Neilson data or

7  have used Neilson data?

8      A     Just to be clear, I don't use Neilson

9  data.  You said "other than you."  I don't.

10            I can't speak to the names.  If that is

11  really important, I'm sure we can track them down.

12     Q     Do you know what the retail side does

13  with IRI data?

14     A     No.

15     Q     Do you know how they access IRA data?

16     A     I do not.

17     Q     Do you know why they terminated their

18  contract with IRI in 2020?

19     A     I was not aware they terminated it, so I

20  certainly don't know why they would.

21     Q     You didn't hear anything about that?

22     A     I did not.

23     Q     Can you take a quick look at your

24  Declaration, paragraphs 3 through 4.

25     A     Okay.

Veritext Legal Solutions
866 299-5127

```
 1                        ERIC LORD
 2             (Witness perusing documents)
 3        A    Okay.
 4        Q    So these paragraphs are talking about
 5   hard copy invoices, correct?
 6        A    Certainly paragraph 4 is saying it's not
 7   practical or feasible to try and produce 24 and a
 8   half million invoices.
 9        Q    And in 3, you say BlueTriton does not
10   have hard copy customer invoices?
11        A    Yes.
12        Q    Dating back to November 5, 2003?
13        A    Yes.
14        Q    Do you have any records of invoices
15   dating prior to May 2017?
16        A    We would not.  Actual customer invoices?
17        Q    Yes.
18        A    No.
19        Q    Do you have any records of transactions
20   with customers between 2003 and 2017?
21        A    We would have all of the records from
22   2003 to 2017.
23        Q    Are they in RMS?
24        A    No.
25        Q    Where are they maintained?
```

Page 66

```
 1                    ERIC LORD
 2      A    They would be archived.  So we have
 3  transactions, again, I think through 2017.  I'm
 4  sure it's 2017.  It could be '16.  All of the
 5  transactions exist in our data warehouse.
 6  Everything older than that has been archived.
 7      Q    When you say archived, can you describe
 8  for us first what system or platform was it on
 9  before it was archived?
10      A    It would have been in the data
11  warehouse.
12      Q    The same RMS?
13      A    No.  So, RMS is the Legacy system.  Just
14  reminding you of the conversation earlier.  So
15  that is the old Pick unique system.  The data
16  warehouse is a SQL server instance.
17      Q    The 2003 to 2016 data, that is now
18  Legacy, stored in the same format that the data
19  presently on the SQL system is stored?
20           MR. TROPP:  Objection.
21      A    No, it's been archived, so it's in a
22  slightly different format.  It would need to be
23  restored.
24      Q    But before it was archived, was it in
25  the same format as the present SQL system?
```

Page 67

ERIC LORD

1

2      A      Yes.  Well, bear with me.  The data has

3   been enhanced over the years.

4      Q      Which data?

5      A      The data warehouse data.  So the 2003

6   data would have less columns and less information,

7   and over time you would have appended information.

8      Q      That is the 30 to 60 percent --

9      A      As the 30 to 60 I would have explained

10  to you earlier.  It's not exactly the same format,

11  but relatively speaking, you are going to have a

12  revenue table, you are going to have a request

13  table, you are going to have a customer table and

14  so on.

15     Q      So for the 2003 to 2016 or '17, whatever

16  that period is, for the archive data, is it

17  correct to say BlueTriton could not reprint

18  invoices as it can do for the post 2017 data?

19            Does that make sense?

20     A      Yes.  Are you talking about a customer

21  invoice, like send a customer invoice?

22     Q      Like I see, in 2017 it looks like, if

23  you wanted to, you could print recreations of the

24  invoices?

25            A      We could.

Veritext Legal Solutions
866 299-5127

```
 1                      ERIC LORD
 2      Q    But it looks like prior to then, that is
 3  not something you could do?
 4      A    We cannot do that.
 5      Q    You could, if that Legacy data was
 6  restored and made operable, perform queries on
 7  that data, correct?
 8      A    We could.
 9      Q    Do you have anywhere, or do you know
10  anywhere where Nestle has maintained sort of the
11  records describing the difference between the
12  30 percent that it previously kept and the
13  approximately 60 percent that it now keeps of the
14  fields from the invoices?
15      A    The data warehouse is largely
16  undocumented, meaning there is no database schema,
17  there is no documents that explain how it all
18  works, and there certainly is no documents as we
19  have enhanced it over the years.
20      Q    So we would have to talk to someone like
21  you or someone in the company who at least uses it
22  to get your best recollection of those things?
23      A    I don't know if people would even
24  remember the number of things that have been
25  enhanced over the years.  It's a lot.
```

Page 69

```
 1                    ERIC LORD
 2        Q    I imagine, though, the fields are what
 3   they are?
 4        A    The fields are what they are.
 5        Q    And you can kind of look and see how
 6   they increase over time?
 7        A    You would see the incremental fields.
 8   You may not understand what they do.
 9        Q    And since 2017, for any purpose, has
10   Nestle had to restore any of the materials in that
11   archive data so that it could use it?
12        A    We have discussed restoring data.  We
13   have never actually restored data.
14        Q    For any purpose?
15        A    To the best of my knowledge, no.
16        Q    When you have discussed restoring data,
17   were there discussions of what the cost of
18   restoring data would be to make it useful?
19        A    Yes.  It's about the -- the first
20   challenge you have is where do you put it.
21   Because part of the reason you archive it is
22   space, and it slows down the system.  So as you
23   start to deal with -- every year represents 100 to
24   a 150 million rows of data.  So the more you have,
25   the slower it gets.
```

Page 70

                              ERIC LORD

1

2              So part of archiving it is to maintain

3      the performance so it can run the business and do

4      the things it needs to do.  Part of it is space

5      and cost.  So the first challenge is where, and

6      then it's about being able to restore it, and when

7      you find things that are different, for instance,

8      this period lacks this column, it's not as easy to

9      restore it into the same environment.  So you have

10     to work with that data and it's almost like

11     step-by-step.

12             So those are the types of things we've

13     discussed and worked through and start to make

14     estimates.

15        Q    Do you recall why it was that there were

16     discussions about restoring some of that data in

17     the past?

18        A    I do not.  I do not.  It's been multiple

19     times.

20        Q    What was the most recent time?

21        A    I want to say it was an engagement with

22     a third party that wanted to do some analysis work

23     to help us benefit our business, and they wanted

24     more data.

25        Q    Are you aware of any time in the last

```
 1              ERIC LORD
 2   two years that anyone at Nestle tried to determine
 3   how much of the cost to make this archived data
 4   usable, so that queries of it could be performed
 5   in this case?
 6              MR. TROPP:  Objection.
 7       A    I went through this exercise with
 8   several people for this Declaration.
 9       Q    For 2003 to 2017?
10       A    Writing this Declaration, I had to
11   discuss how could we do this if we had to.
12       Q    I understand that.  But maybe I missed
13   it.
14            It seems to me what you are saying is
15   before 2017 we can't do anything.  Here is what we
16   could do after 2017.  Am I reading it wrong?
17              MR. TROPP:  Objection.
18       A    The data here is saying we could restore
19   data going backwards --  hold on, I'll read it.
20            (Witness perusing document)
21       A    Starting with paragraph 6, I am
22   referencing -- or Bullet 6 I guess you could call
23   it, I am referencing going back to 2003.
24       Q    Are you sure?  Because I think paragraph
25   6 is referring to what you are talking about in
```

Veritext Legal Solutions
866 299-5127

```
                             ERIC LORD
 1
 2     paragraph 5.  I think you start talking about
 3     going backwards in paragraph 12.
 4          A    No.  My intention, if you are reading it
 5     that way, was not that.
 6          Q    So this paragraph 6 isn't limited to
 7     what is currently live?  This is describing
 8     everything?
 9          A    This would be saying going back and
10     getting the archived data.
11          Q    Can you just make sure?  Again, it looks
12     to me --
13          A    We're on the record, right?
14          Q    Yes.
15          A    So I'm sure.
16          Q    Okay, that's fine.
17               So, first of all, then, I just want to
18     make sure I understand, what you are saying is
19     paragraph 6 and 7 --
20          A    And 8.
21          Q    -- are describing some process different
22     from 12, 13 and 14?  Or that 12, 13 and 14 you
23     would have to do the same thing as you're
24     describing?
25          A    So the ask, as it was explained to me,
```

Page 73

```
 1                         ERIC LORD
 2    was you wanted the invoices.  So I explained that
 3    producing 24 and a half million invoices is not a
 4    reasonable thing to ask for, in my opinion.  My
 5    opinion.  Someone could have a different one.
 6    Certainly the Judge could.
 7           The data itself does not exist in a way
 8    that we could give you the ask, or support the ask
 9    that has been had.  I'm explaining here what it
10    would take for me to do that.  I would need to a
11    hire an individual to actually go get the data
12    restored, I would need to hire someone to go find
13    all the addresses and fill all of that out, and
14    then once all of that data was restored, we could
15    put it somewhere and figure out how to give it to
16    you.
17       Q    I'm a little bit confused.  I am not
18    reading your paragraph 6 to be talking about
19    restoring data.  I am reading your paragraph 6 to
20    be talking about the live data now.  Am I
21    mistaken?  Look at paragraph 5.  Look at how you
22    had answered it.
23           Isn't paragraph 6 talking about what you
24    described in paragraph 5?
25       A    I don't personally read it that way.
```

```
 1                    ERIC LORD
 2      Q    I'm reading paragraph 5.  "It is also
 3  unreasonably burdensome for BlueTriton to have to
 4  conduct a digital search of NWNA's computer system
 5  for computer invoices for sales of Poland Spring
 6  and Nestle Pure Life products made to Home &
 7  Office customers since May 2017."
 8            Did I read that right?
 9      A    Sure.
10      Q    "This would entail undertaking the
11  time-consuming and costly process of writing a
12  unique set of computer programs to locate, compile
13  and prepare for production all invoices reflecting
14  sales of Poland Spring and Nestle Pure Life
15  Products made to Home & Office customers since May
16  2017."
17            Did I read that right?
18      A    Sure.
19      Q    Is anything in paragraph 5 referring to
20  any of the database that is pre May 2017?
21      A    Obviously it ends with "since May 2017."
22      Q    I'm just trying to understand if we're
23  on the same page or not, because this, to me, in
24  the following paragraphs, and I just want to make
25  sure we're understanding each other, seems to be
```

Page 75

                         ERIC LORD

 1

 2   talking about the live database, and later you

 3   talk about the archived form.  Are we on the same

 4   page?

 5        A    I guess -- what's the point?

 6        Q    The point is, is there a difference

 7   between the cost and burden of going to the live

 8   database or going to the archived database?

 9        A    Yes.

10        Q    Then that's the point.  So why don't we

11   just stick with the live one for now.

12             In paragraph 6, why do you have to hire

13   someone outside?  Why can't you and all the

14   people inside Nestle, who know how your database

15   works and know how to use it, and have used it for

16   thirty years, do it yourselves?

17        A    So, right now there is a backlog of more

18   than a hundred items in queue for the business.

19   We have been purchased and gone through at least

20   one round of head count reduction.  The Business

21   Insights Department had a 95 percent turnover,

22   from its leader all of the way down.  We have one

23   tenured person left on the staff.  It's a resource

24   question.

25        Q    We asked you for this stuff way before

                                        Page 76

```
 1                      ERIC LORD
 2    the acquisition, so how come you didn't do it
 3    then?
 4        A    I don't remember exactly when it was
 5    asked for, but that group has been in resource
 6    constraint.
 7        Q    A couple of years ago.  How come for a
 8    couple of years Nestle has had a shortage of staff
 9    who could do what you describe in paragraph 6 and
10    has to hire someone else?
11        A    I can't speak to that.  The department
12    didn't report to me until just recently.
13            MR. TROPP:  Just for the record, the
14        question is an unfair question to put to the
15        witness.  There is a whole lot of context
16        around discovery in this case.
17        Q    So in Paragraph 6, again, even if you
18    got a lot of things to do, you are in a lawsuit,
19    and a party in a lawsuit has obligations.  Why do
20    you have to hire an outsider to do this work
21    instead of doing it internally, which would be
22    faster?
23            MR. TROPP:  Objection.
24        A    I will stick with my answer, we don't
25    have the resources to do that work right now.  We
```

Page 77

```
                              ERIC LORD
 1
 2     would need to hire someone, if you need it in a
 3     timely fashion.
 4          Q    So Nestle, the biggest food company in
 5     the world, lacks the resources to respond --
 6          A    Excuse me, it's BlueTriton brands.
 7          Q    I wasn't finished when you were talking.
 8               Yes, BlueTriton brands, just purchased
 9     by some very large capital funds, doesn't have the
10     manpower to satisfy its discovery obligations; is
11     that your testimony?
12               MR. TROPP:  Objection.
13          A    Objection.  I didn't say that at all.
14          Q    Did you just object?
15          A    Can I object?
16               MR. TROPP:  You can certainly say it.
17          The judge is not going to a give it as much
18          credit as he is me, and he may not give me
19          credit.
20          Q    Let's try it a different way.
21               So, did you ever get a quote when you
22     wrote this of how much it would cost someone to do
23     this?
24          A    I talked through this with the original
25     design engineer of the data warehouse, as well as
```

Page 78

```
                            ERIC LORD
 1
 2    one of our headhunting firms that we use to do
 3    this type of work, and that is where the quote
 4    came from.
 5         Q    Who is the original designer you talked
 6    to?
 7         A    It's a 74-year old gentleman by the name
 8    of Richard Pavone.  He's the original architect.
 9         Q    What was it he was able to share with
10    you to inform you about what it would take in
11    terms of cost and time to do the work you describe
12    in paragraph 6?
13         A    It was about a 45-minute conversation
14    where we discussed the ask, not the context around
15    the ask, but what we were trying to get and how we
16    would need to go about doing that.  What data
17    would need to be restored?  How it would need to
18    be brought forward?  How long we felt each one of
19    those steps would take?  What skill sets would be
20    needed to actually do the work?  What internal
21    knowledge would need to be shared with that
22    person?
23         Q    Just so I understand, Nestle knows all
24    of that stuff but chooses to hire someone outside
25    who it has to teach it all to, to do this work?
```

Page 79

```
                          ERIC LORD
 1
 2              MR. TROPP:  Objection to the form.  And
 3         again, I assume you mean BlueTriton.  I think
 4         if we're going to be talking about the
 5         company today, it should be BlueTriton.
 6              MR. WILLIAMS:  I'll do my best.
 7         A    Nestle doesn't know anything.  There are
 8    select employees who understand that, and there
 9    are very few of those people today.  Honestly,
10    partly, because BlueTriton bought the company and
11    they wanted to part ways with people, and partly
12    because BlueTriton bought the company and they
13    wanted to part ways with BlueTriton.
14         Q    Did I understand earlier you said there
15    were about 25 people who can run queries into this
16    database?
17         A    There are 25 people, and I think I said
18    25 to 30, who can write SQL code in the building.
19    There are 4 to 5 who understand our business and
20    the data structures related to this.
21              There is really one on staff right now,
22    and that is, in full disclosure, that department
23    has had almost 100 percent -- call it 95, I
24    haven't done the math -- they turned over
25    everybody but one person.
```

Veritext Legal Solutions
866 299-5127

```
                        ERIC LORD
 1
 2      Q    Take a look at paragraph 5.  Do you see
 3   where it says near the end, "prepare for
 4   production all invoices reflecting sales of Poland
 5   Spring and Nestle Pure Life products made to Home
 6   & Office customers since May 2017."
 7           If it wasn't necessary to identify
 8   invoices of sales with Poland Spring and Nestle
 9   Pure Life products, how would that change this?
10           MR. TROPP:  Objection to the form.
11      A    How would it change it?  It would
12   significantly increase the amount of transactions
13   that you would get provided.
14      Q    What else?
15      A    It would cause me a lot of pause to
16   share all of our sales detail.  You are basically
17   handing somebody a playbook on how to go beat us.
18      Q    You understand there are protective
19   orders in this case so other people can't get this
20   information?
21      A    I understand that.  But you are talking
22   about our business and our livelihood, a lot of
23   which relies on other people not knowing things
24   that we do and how we go about doing it.  Just as
25   we wouldn't --
```

Page 81

```
 1                        ERIC LORD
 2        Q    I'm trying to understand, what are the
 3   additional matters of sensitivity that might be
 4   revealed if the limitation to Poland Spring and
 5   Nestle Pure Life was not included in this query?
 6        A    Just the makeup of our sales, how much
 7   we charge for all of our other items.
 8        Q    What would be the difference in cost of
 9   this project if you didn't have to limit invoices
10   reflecting sales of Poland Springs and Nestle Pure
11   Life?
12        A    And again, this is a little bit of an
13   estimation.  It may save a week or two.  I don't
14   know.  I would need to actually go back and
15   discuss it with some folks.
16        Q    It would be faster, though, right?
17        A    It would definitely save.  I don't know
18   how much time it would save, and you would gain
19   some time in the back in the scale of information.
20   Directionally, the sale of water represents less
21   than 20 percent of our sales.
22        Q    "Ours"being ReadyRefresh?
23        A    ReadyRefresh.  So you are increasing the
24   scale of the data that we need to handle by
25   80 percent.
```

Page 82

```
 1                        ERIC LORD
 2       Q     But we're reducing your cost?
 3             MR. TROPP:  Objection.
 4       A     You are reducing the upfront funnel, but
 5   you are increasing the back end, you are
 6   increasing the system demand to actually go put
 7   everything together in a usable way.  So there is
 8   a put and a take.  I don't know what the net would
 9   be.
10             But we're also then turning over, in my
11   personal opinion, trade secrets on 80 percent of
12   information that you had to ask for.
13       Q     You would save money, too, right?
14             MR. TROPP:  Objection.
15       A     If I have less time up front?
16       Q     If you did not need your outside person
17   you are hiring to write a program where she
18   specifically identified Poland Spring and
19   Nestle Pure Life invoices, it would be cheaper to
20   hire her, wouldn't it?
21             MR. TROPP:  Objection.
22       A     We would still need to hire that person
23   to identify the transactions in the states.
24       Q     Understood.  But you are eliminating the
25   limitations on Poland Spring and Pure Life, that
```

Page 83

```
 1                     ERIC LORD
 2   step is gone?
 3        A    So, you are eliminating a little bit of
 4   that work, but then I'm adding work down the pipe.
 5        Q    Which work?
 6        A    Because I'm increasing the scale of the
 7   data they have to work with, so that every step
 8   along the way is going to take longer.  So that
 9   consultant may be on the higher end, on the back
10   end, to put all of that data together.
11             And, again, we're giving you 80 percent
12   more than you have asked for in the original
13   request.  Again, my opinion, and I have an opinion
14   there, that is 80 percent of our trade secrets
15   that you hadn't asked for originally.
16        Q    If I understand, you have no bid from
17   anyone to do this work at this point, correct?
18        A    I don't have a formal bid.  I did have a
19   conversation with Accenture, which is a partner we
20   use for this type of work, on what the resources
21   would cost, and that is how we estimated.
22        Q    You don't have a writing from Accenture
23   saying here's how much this is going to cost?
24        A    No.  It was a conversation with my
25   account rep in understanding how quickly could we
```

Page 84

```
                         ERIC LORD
 1
 2    get resources.
 3         Q    In fairness, you would like it to be
 4    higher because you don't want to give this stuff
 5    to my clients, right?
 6              MR. TROPP:  Objection.
 7         A    My personal opinion?
 8         Q    Yes.
 9         A    The truth is the truth.  It sets us
10    free.  I have no problem giving you the
11    information.  I certainly don't want to say it's
12    $50,000 to do it and it turns out being 100.  But
13    my opinion, that is a directionally correct
14    estimate of what that would cost.
15         Q    If you look at paragraph 7, you say in
16    the beginning that "another computer program would
17    then have to be written to select and segregate
18    each of the identified customer invoices so they
19    could separately be stored for production to
20    plaintiffs."
21              What do you mean by "select and
22    segregate"?
23         A    So the original request was to produce
24    separate invoices.  So if we were trying to
25    produce the equivalent of an invoice, then you
```

Page 85

```
 1                    ERIC LORD
 2   would need to somehow store that data in a way
 3   where I could try and reproduce the equivalent of
 4   that.  That's what that is saying.
 5        Q    So you could --  25 million invoices,
 6   roughly, for 3.6 million, digitally, copies is a
 7   160,000 bucks.  In what format would the digital
 8   version be?
 9        A    My guess is we could do them as a PDF,
10   or at that point we could do that as some type of
11   database.
12        Q    When you got this cost estimate, you
13   must have had it based upon a form of
14   production -- the 160, 000, that's for the
15   digital.
16        A    Oh, it doesn't matter.  It doesn't
17   matter at that point.  You have done all of the
18   hard work.  Now it's just a question of how you
19   want it.
20        Q    But you don't use in it a PDF form,
21   right?  Your invoice is not in a PDF form?
22        A    No.
23        Q    If we want them with the same usable
24   data that you have in yours, how do we do that?
25        A    It would be the same process.  It's just
```

Page 86

```
                            ERIC LORD
 1

 2    a question of what the output --

 3         Q    Oh, I see.  So this thing for 160,000

 4    that you're talking about here, if we got that, we

 5    could use whatever fields in those documents are

 6    usable in a database in the same way that Nestle

 7    does?

 8         A    Yes.

 9         Q    Now, I want to take a look at paragraph

10    9, particularly the last sentence when you talk

11    about it not being feasible to compile this data

12    because it wouldn't fit in a Microsoft Excel

13    spreadsheet.  Provided someone is not using

14    Microsoft Excel, does this point really matter?

15         A    No.  But the ask, as it was written and

16    handed to me, was Excel.

17         Q    But we have been talking with your

18    counsel for months.  This stuff has all been

19    refined since then, but I hear you.

20              In terms of the reports that we talked

21    about earlier that are done, let's say I wanted

22    BlueTriton to tell me what are all of your sales

23    in -- you know there are eight states at issue in

24    this case?

25         A    Yes.
```

Page 87

                    ERIC LORD

1

2    Q    What are total sales of all -- I'm

3  sorry, let me step back for a moment.

4         BlueTriton now -- it's the same as NWNA

5  was, right, just a different name?

6    A    Correct.

7    Q    And Ready Refresh sells water products,

8  but it also sells other products for office,

9  right?

10   A    Yes.

11   Q    What are some of the other products in

12 Ready Refresh?  Food?

13   A    Coffee.  Cups.

14   Q    So did there ever come times where you

15 need to do reports up to say, we're interested in

16 seeing how we are doing financially in terms of

17 the water products compared to the non water

18 products?

19   A    All of those would come through Finance

20 and through our SAP system.

21   Q    And do you provide any backup to that?

22   A    If needed, sure.

23   Q    Do you know how Finance, if possible,

24 can say I just want to see how we're doing in

25 water in the northeast?  We're focused on that

Veritext Legal Solutions
866 299-5127

ERIC LORD

1
2    today, that's the issue.

3           What type of query could they do to find

4    out in the last year how the water sales

5    progressed?

6      A    It's important when you say the

7    northeast, it would be by our distribution

8    centers, or above a distribution center we have

9    geographies called a zone, so they could look at

10   sales by a zone or a geography.

11          And then, within SAP, they have what

12   they call a material number, so all sales get

13   attached to a material number, which is SAP's

14   equivalent of a product.  And then they could look

15   at water products, they could look at all of those

16   things.  What they cannot do is see that to a

17   state level.

18     Q    When you refer to products, did those

19   break down to individual products or are they sort

20   of categorical, like sparkling, flat?

21     A    No.  They can get to an individual SKU.

22     Q    How many distributions centers, 73?

23     A    I believe it's 73 as of today.

24     Q    How many zones?

25     A    It is six as of today.  That has ranged

```
                         ERIC LORD
 1
 2   quite a bit over the years though.
 3       Q     And if I'm interested in zones where
 4   Poland Spring water is sold, do you know how many
 5   zones that is?
 6       A     Off the top of my head, I do not.
 7       Q     Is it primarily east, northeast?
 8       A     So Poland Spring is sold up in the
 9   northeast, and we might sell -- you might see
10   Poland Spring sales as far south -- well, let's
11   stop.  Forgive me.
12             With the introduction of Poland Spring
13   Origin, it's a national SKU.
14       Q     When was that?
15       A     It's in the last two years.
16       Q     Can you tell me, Poland Spring Origin,
17   when you say it's a national SKU, what doe that
18   mean in terms of -- is that a new SKU or an old
19   product --
20       A     It's a new SKU that is deliberately
21   built to be able to be shipped around the country.
22       Q     Do you know, is the product inside the
23   same as Poland Spring, a hundred percent natural
24   spring water?
25       A     It is.  It's bottled in the same
```

Veritext Legal Solutions
866 299-5127

                           ERIC LORD

1

2   factories and those things, it's all on the label.

3   But we call it Poland Spring Origin to help

4   people.

5            For instance, I was on vacation in

6   Florida in June or May and I was able to buy it in

7   a grocery store down there.

8       Q    Again, I didn't fully understand.  So

9   the SKU for that is a national SKU.

10           Are there still SKUs for the -- because

11  I know I can still buy just a small bottle of

12  Poland Spring, 100 percent.

13      A    You can.  The bulk of my business is in

14  a 3 or 5 gallon package, so those would be

15  manufactured in Framingham.  The water is trucked

16  down from Maine.  And then we might deliver that

17  as low as Maryland, so as far down as Maryland.  I

18  know it goes as far south as Pennsylvania.  I'm

19  not sure how much farther that goes.  But, again,

20  this creates a little, now, how do you break those

21  sales out for you?  You have multiple zones across

22  those geographies.

23      Q    I think we talked earlier about the

24  distribution center sent data up to Stamford, I

25  guess.

                                        Page 91

ERIC LORD

1

2     A     The hand helds send it to RMS.  RMS is

3   not in Stamford, it's in Phoenix, Arizona.

4     Q     Is that just basically like a data

5   center?

6     A     Exactly.

7     Q     The data the distribution centers have,

8   is it more than the database sent to the RMS data

9   center?

10     A     Theoretically, the distribution centers

11   don't have any data by themselves.  They use RMS,

12   so they are using the RMS system, and they are

13   using hand helds.  And then leaders would with

14   have a computer with email and Office, and all of

15   the typical things that somebody would have.

16     Q     If I go into RMS now and I put the

17   customer, I take it I could find the customer's

18   name and address?

19     A     Sure.

20     Q     Could I find a history of what they

21   purchased since 2017, the period that database is

22   live?

23     A     Correct.

24     Q     Could I find the dates of their

25   purchases?

Page 92

```
 1                    ERIC LORD
 2       A    Yes.
 3       Q    The prices they paid?
 4       A    You would find extended amount of the
 5  sale and the quantities.  You would have to
 6  calculate the price.
 7       Q    When you say extended amount of sales --
 8       A    So if I sold you 4 bottles at $10 a
 9  piece, you would see 4 and 40.  You wouldn't see
10  $10.
11       Q    Would it break it down by product?
12       A    It would.
13            The way that RMS works, that data is
14  hashed in some format behind the scenes.  You
15  can't actually go get it from RMS, but I can look
16  at it on a screen.
17       Q    If someone wrote a program, could you
18  get it from RMS?
19       A    No.  Again, don't ask me the technical
20  reasons why, but we have tried multiple times over
21  the years to decode that, hence, the reason we
22  built our data warehouse.
23       Q    Does that refer to all of the data I
24  said; name and address, items purchased?
25       A    You can see the name and address, but
```

Page 93

                        ERIC LORD

1

2    again querying it out of RMS doesn't make a lot of

3    sense.  To do anything out of RMS, you need a Pick

4    programmer who can write a Pick basic.  If you can

5    find one, I'll hire him.

6         Q    What about in the present database, the

7    SQL database you are using?

8         A    We have the current name, address and

9    all of that information.  We have all of the sales

10   history.  So the same information that you were

11   discussing, all of the points you asked for, exist

12   in the database.

13        Q    And that stuff is in the live database

14   now, not the one that has to be recreated?

15        A    Correct.

16        Q    So to the extent I wanted that

17   information from the live database, would you

18   still need to go through the process of hiring

19   someone to write code?

20        A    The hard work there would be figuring

21   out all of the address changes.  Because all I

22   know is their current address.  So we would need

23   to restore data to figure out -- so, for instance,

24   California, for the first time in its history,

25   declined in population.  How many of my customers

                                        Page 94

ERIC LORD

1

2   moved out of the state of California?  And any

3   deliveries we made outside, if it's not in a state

4   that's applicable to you, I don't want to give

5   you, right, and you didn't ask for.  Figuring that

6   question out is the difficult part.

7        Q    So if we didn't want to take the step of

8   fixing historical addresses, let's say, I just

9   want the addresses that are in that system right

10  now, does that remove that difficulty?

11       A    If somebody decided that was okay, it

12  removes that difficulty.  I'm not sure if somebody

13  would decide that's okay.  My opinion, we would be

14  giving you information that would be inaccurate.

15  And when we start talking about legal things, we

16  want that data to be accurate.

17       Q    Would you say inaccurate or incomplete?

18       A    I would you say inaccurate, until you

19  fill in those addresses, where did the sale

20  actually occur?

21       Q    But your present addresses are accurate?

22  You don't believe the present addresses in your

23  database --

24       A    We know the present addresses are

25  accurate.  But I just don't know if that delivery

Page 95

```
 1                    ERIC LORD
 2    a year ago, five years ago, was made to that
 3    address.
 4        Q    I totally get you, because you have got
 5    four or five years of data, but you have got
 6    present addresses.  It makes sense to me.
 7            But the other data, though, that isn't
 8    subject to change?  The only thing that changes is
 9    the address of the customer?
10        A    Correct.
11            MR. WILLIAMS:  You guys want to take a
12        break?  I don't have a ton, but do you want
13        to take a break?
14            I know you do (indicating the court
15        reporter).
16            MR. TROPP:  The deposition was scheduled
17        for two hours.  We understood there was to be
18        some flexibility, but flexibility does not
19        mean three hours.  Flexibility means a two
20        hour deposition with some flexibility.  How
21        much do you have left?
22            MR. WILLIAMS:  Can you show me the
23        source of your position, that this is a
24        two-hour deposition?
25            MR. TROPP:  How much time do you have --
```

Page 96

```
1                      ERIC LORD
2          MR. WILLIAMS:  I don't agree with your
3      premise, so I don't have to tell you that.
4          First tell me your source of saying
5      there is a two-hour limit, because I don't
6      agree.  And if I don't agree with you, it's
7      mute.  I'm not taking all day, but I don't
8      want to fight with you about this.  You have
9      to tell me where it came from.  You can't
10     just tell me that's a fact.
11         MR. TROPP:  You and I disagree about how
12     that should happen, but it was the
13     conversation that I had with Jesse on July
14     3rd or 2nd, I believe, and it was -- the
15     proposal that I made to -- it was a proposal
16     that I made to Master Judge Vatti on
17     July 7th, and we've been explicit that this
18     is a two-hour deposition.  I believe in the
19     transcript we refer to it and he refers to it
20     as a two-hour deposition.
21         MR. WILLIAMS:  Show me.
22         MR. TROPP:  Steve, how much time do you
23     think you need?  I don't want to fight with
24     you.
25         MR. WILLIAMS:  As much as I need to
```

Page 97

```
 1                        ERIC LORD
 2      finish.  Probably an hour, a little more than
 3      that.
 4           Jesse, do you recall any agreement on a
 5      two-hour deposition?
 6           MS. CUEVAS:  In reviewing the transcript
 7      in advance of this deposition, no, there was
 8      not.  There was some discussion by -- I'll be
 9      happy to pull up the transcript and point you
10      to where it is.  In particular, where Max
11      said he hoped there wouldn't be a two-hour
12      hard cut off so we complete the necessary
13      Q and A, and there was no two-hour
14      limit ordered in Judge Vatti's order.
15           Let me pull up the transcript.
16           MR. TROPP:  On page 83, Mr. Strauss said
17      "I don't expect it will take more than two
18      hours, but I would hope that two hours is the
19      hard cut off for that."
20           He was responding to the discussion I
21      had had with Jesse about two hours, and I
22      believe --
23           MR. WILLIAMS:  Is this page 83 on the
24      second hearing?
25           MR. TROPP:  July 2.  And I believe it
```

Veritext Legal Solutions
866 299-5127

```
1                        ERIC LORD
2       was in the letters to the court as well.
3            MR. WILLIAMS:  What line?  I don't see
4       it at 83.
5            MS. CUEVAS:  The full discussion of the
6       decision and order to have Mr. Lord appear
7       today begins, I believe, at page 79, line 13.
8       It proceeds to page 87, line 9.
9            MR. TROPP:  The court reporter would
10      like to break to use the facilities, as would
11      I.  Is that going to be a problem right now?
12           MR. WILLIAMS:  I was trying to get a
13      sense of if you are going to finish up in a
14      few minutes, in which case I was going to
15      encourage you to finish up.  If you are
16      telling me you want an another hour, I am not
17      presently agreeing to that, but I suggest we
18      go off the record and take a little break and
19      we'll caucus on our side about how we want to
20      deal with the fact that you're not complying
21      with --
22           MR. WILLIAMS:  There is no agreement.
23      There is no order.  Do what you want to do.
24      The court reporter and I are going to use the
25      facilities.  We'll call the judge if we have
```

Page 99

```
 1                      ERIC LORD
 2     to.  Honestly, this is not worth this.
 3            MR. TROPP:  We'll decide on our side
 4     what we're going to do.
 5            (Recess taken)
 6            MR. TROPP:  So, Steve, we think there
 7     was clearly an understanding, but we're not
 8     going to stand on ceremony that this has to
 9     finish in two hours.  And, frankly, it was
10     never required to finish in two hours.  It
11     was anticipated to be the goal that you would
12     try to accomplish it in two hours, and that
13     we would try to be flexible.
14            In the spirit of that flexibility, we're
15     going to stick around for a while and see
16     where this goes.  But we're going to take a
17     lunch break now because that's fair and
18     appropriate.  So we'll take an hour for
19     lunch.
20            Mr. Lord has a day job that he has
21     expectations to be back to.  We're not
22     sticking around till five o'clock today or
23     four o'clock today.  But we'll be back in an
24     hour and give you a little bit of time to try
25     to finish up.
```

Veritext Legal Solutions
866 299-5127

```
 1                    ERIC LORD
 2           MR. WILLIAMS:  I appreciate that.  Why
 3      don't we take a half hour so he can get back
 4      to his job sooner, and we can be done sooner.
 5      Because I don't want to take a lunch break at
 6      all.  We don't need to take a lunch break in
 7      my mind.  That was your call.  I don't know
 8      why.  But all of us want to get out.  So why
 9      don't we either skip the lunch break, and
10      I'll get done within an hour, or take a half
11      hour lunch break and get done hopefully by
12      three.
13           MR. TROPP:  The answer is because I
14      don't work in this office, we're in a
15      pandemic, I don't know that there is food
16      available in this building, and we're going
17      to go find food, and we'll take the time
18      necessary to do that.  So we'll take an hour
19      and we will come back.  We think the time you
20      were going to spend on this beyond the two
21      hours is time that, frankly, ought to count
22      against the future opportunity you have to
23      depose Mr. Lord.  But we'll let that shake
24      out when we get there.
25           We need to make sure that everybody is
```

                                        Page 101

```
 1                      ERIC LORD
 2        comfortable and able to do their job, and
 3        that means that we're going to make sure that
 4        blood sugar is appropriate and needs are met.
 5        So we're going to take an hour.
 6              (Time noted:  1:16 p.m.)
 7                   *    *    *
 8            A F T E R N O O N   S E S S I O N
 9              MR. WILLIAMS:  Could you mark these as
10        exhibits.
11              (Marked for Identification, sales
12        data, Plaintiffs' Exhibt 3)
13              (Marked for Identification, sales
14        data, Plaintiffs'4)
15   BY MR. WILLIAMS:
16        Q    I'm going to try to go fast so we can
17   get you out soon, but if I'm going too fast, you
18   will just tell me.
19              I have a question for you about data for
20   the period between 2013 and 2017.  Your
21   Declaration is a little bit unclear.  Is that data
22   in a different category than 2017 to present in
23   the things that are on the RMS?
24              MR. TROPP:  Objection.
25        A    The way to think about our data, we
```

Veritext Legal Solutions
866 299-5127

```
 1                    ERIC LORD
 2   archived everything prior to either '17 or '16 in
 3   the data warehouse, so I don't remember the exact
 4   year, it's either '17 or '16.  Everything prior to
 5   that has been archived and believed to be brought
 6   up so we can work with it.  Doesn't matter whether
 7   that's '13 or 2003.
 8        Q    Does that mean everything that has been
 9   archived or is in the data warehouse from 2003 to
10   whatever that cut off is --
11        A    '16 or '17.
12        Q    All in the same format, in the same
13   place, subject to the different data fields that
14   were selected over time?
15        A    Correct.  I think you captured that very
16   well.
17        Q    Thank you.
18             I wanted to show you, there are going to
19   be two more exhibits, they are Exhibits 3 and 4,
20   I'll give them to you.  Coincidentally, that is
21   what they used to be called.
22             These, I'll represent to you, were
23   exhibits in a motion filed in this case, and what
24   I would like you to do is take a look at them and
25   tell me if you recognize what these are.
```

Page 103

```
  1                      ERIC LORD
  2            (Witness perusing documents)
  3       A     This is clearly -- the first four pages
  4   are somebody's sales history, going backwards, a
  5   Julie Harding.  And this would be representative
  6   of the data that exists in our data warehouse.
  7       Q     So this would be representative of -- is
  8   it a subset, meaning there are certain fields
  9   listed here across the top; date, customer number,
 10   et cetera.  Are those the entirety of the fields
 11   in the data warehouse or are there other fields
 12   you can query?
 13       A     There are other fields.
 14       Q     Can you tell me what some of those other
 15   fields are?
 16       A     Sure.  So there is a product code versus
 17   a product description.  There would be something
 18   called a billing factor, which would tell me if
 19   the unit was sold or it was rented, or if it was
 20   free for some particular reason.
 21            There is address information, so there
 22   would be two address fields, address 1 and address
 23   2.  There is a city, a state, a zip code, plus 4.
 24       Q     Why is it a one or two for the address?
 25       A     If you think about -- well, again, the
```

Page 104

```
 1                    ERIC LORD
 2   limitation of RMS. If you were building a modern
 3   system today, you would have a street number, a
 4   street name, and a street type.
 5        Q    I see what you are saying.
 6        A    In an RMS, you have an address line, 1
 7   or 2.  And that has its own set of limitations
 8   around how you are able to certify an address.
 9   But there are two available address fields to put
10   in a street number, street name, street type, an
11   apartment number, a building number, et cetera.
12             And then there is a separate field for
13   zip code, which would then give you your city,
14   your state, your zip code.  There is a plus 4 for
15   the zip code that would be available.
16             Those fields are duplicated in the sense
17   that a customer can have a different bill to and
18   deliver to, so we could bill to one address and
19   deliver to another address.
20             You have got a date here, assuming
21   that's the date of the sale.  In our database we
22   might have a posting date.
23             Is this the type of information you are
24   looking for?
25        Q    I'm curious to know if there are other
```

Page 105

ERIC LORD

1

2      fields that could be searched in the database that

3      produced this.

4           A    The database is multiple terabytes.  I

5      don't know every field off the back of my head.

6      Is there a particular field you are looking for?

7      If you ask me, I can tell you.

8           Q    First, I guess I was just trying to get

9      a sense of the flexibility you have to manipulate

10     in different ways for different purposes.  Let's

11     take, for example, could you search in the same

12     database that Exhibit 3 came from for all sales in

13     a given period through a certain state, not for

14     one customer, all customers?

15               MR. TROPP:  Objection.

16          A    First, I want to just -- we don't

17     manipulate the data.

18          Q    That was a bad term of art.  What I

19     meant, how do you access, how do you search, how

20     do you produce?

21          A    We can query and produce different

22     information.  This particular query, we had a

23     customer and a customer number, so you went and

24     got everything.  We could use the customer's

25     current deliver to state to go say, tell me

Page 106

1                    ERIC LORD
2    everything that was delivered to that customer.
3    It would not necessarily mean it was delivered to
4    that state, because I don't know.  But could that
5    be done?  Sure.  This query could easily have
6    included state for Julie Harding, that would have
7    been Julie Harding's last known address delivered
8    to state.
9        Q    That is customers.  I'm more interested
10   in let's say for a state specific.  I don't want
11   to know just about Julie Harding, I want to
12   know about all the sale for some department.  Is
13   that a query that could be done on the database
14   that generated this?
15       A    It's the same database we have been
16   discussing.  We could absolutely go do that.
17       Q    Is that the RMS?
18       A    No, it's just the data warehouse.
19   Consider RMS unqueriable.  You can't query RMS.
20   You have to write a program to go get information.
21   Details like this exist for the last two months.
22   It does not exist historically.  That's why we
23   have the data warehouse.
24       Q    That's my confusion, because these dates
25   seem to precede the data that you said is

                                        Page 107

```
                          ERIC LORD
 1
 2    presently live?
 3         A    This is an example where we restored
 4    data.  We had a particular customer number.  So we
 5    asked them to go find the records for the
 6    particular customer.
 7         Q    I got you.
 8         A    If we think about what you are asking
 9    for a state, I would need to first restore
10    customers and their addresses, figure out their
11    state at the time of the sale, and then go get
12    sales for those customers that represented those
13    dates when they had lived in the states in
14    question.
15         Q    Understood.  So I'm clear, Exhibit 3 was
16    data extracted from the RMS, put into the SQL, and
17    the query was done in the SQL?
18         A    The way I would say it to be really
19    accurate, a query was written against the data
20    warehouse, that query was written against the data
21    that has been in the production environment.  We
22    asked our technical team to get us data from our
23    archives for particular customers.  That was
24    brought forth and combined with this.
25              So one query was written to get it after
```

Page 108

```
1                        ERIC LORD
2    the data had been merged into the data in the
3    archives.
4         Q    I think you used the word "production
5    environment," is that it?
6         A    Yes.  The way you think about things in
7    a database world, the archived data is archived.
8    The environment that sits there is your production
9    environment.  That way you have the data that is
10   readily available.
11        Q    These queries were customer specific,
12   and I understand what you said about the
13   addresses.  But is it feasible to say, please do a
14   query that is going to extract for me all the
15   records we have for sales, for which the last
16   known address is in Vermont?
17        A    Yes.
18        Q    And you could do that same thing for
19   multiple states, correct?
20        A    Yes.
21        Q    What would it take, internally, for
22   Nestle to actually run that?  Say we want to go to
23   the data warehouse, we want to get all of the
24   sales records we require for the 8 states at issue
25   and export them so they could be used for the --
```

Page 109

ERIC LORD

1

2      A    It would probably take us two or three

3  weeks to get that information.

4           I want to be very clear.  I don't

5  believe it would be accurate, and I would cite the

6  stat I gave you earlier today, that the exact

7  number or close number, 563,000 of our customers

8  moved last year.  So if I think about almost a

9  third of our customers moved, how many of those

10  moved either in state or out of state, my fear,

11  when we get to legal matters, is that we're not

12  providing completely accurate information.

13      Q    Would it be directional?

14      A    Sure.

15      Q    It's also the information that you used

16  in the ordinary course of your business, right?

17      A    We don't make decisions by state.  We

18  make them by our distribution center, by our

19  geographies.  Our business is less about what

20  state we do business in than it's about the

21  customer we do business with.  If that information

22  was important, we would store it.

23      Q    Not my question.

24           To the extent Nestle maintains data in

25  the ordinary of business about their customers, it

Page 110

```
 1                        ERIC LORD
 2    maintains their present address, right?
 3         A    Yes.
 4         Q    So that is what you would give us
 5    subject to, as you said, there might have been
 6    different addresses in the past, but right now
 7    this is what Nestle is doing?
 8              MR. TROPP:  Objection.
 9         Q    If there is some agreement that that
10    data would be acceptable, could you produce that?
11         A    Sure.  I do not believe it actually
12    answers the question that has been asked, which is
13    how much did we sell in the states.
14         Q    I think you said it would be about 3 to
15    4 weeks to do that?
16         A    Yes.
17         Q    Could you do that internally?
18         A    We would probably still want to bring
19    somebody in to do that, based on the backlog of
20    work.
21         Q    But that is sort of a work flow
22    management decision.  You could do that internally
23    if you wanted to?
24              MR. TROPP:  Objection.
25         A    That is in relation to -- yes, anything
```

Page 111

```
1                    ERIC LORD
2   is possible if you wanted to.  It would be
3   unreasonable to put things that would benefit the
4   organization in front of that work potentially.
5        Q    Can you take a look at Exhibit 4?
6        A    Sure.
7        Q    Is this the same type of document?
8        A    It is.  They were done exactly the same
9   way.
10       Q    Do you know who did this?
11       A    I believe it was a gentleman by the name
12   of Priesh (phonetic), but don't hold me to that.
13       Q    Do you know whether, in order to prepare
14   these, he looked at every single invoice and then
15   wrote down the information and wrote it in here,
16   or was he able to use the database to extract it
17   and produce it?
18       A    In both of these cases, a business
19   person in our call center spent several hours
20   finding the customers in the system, so in RMS.
21   Once they identify the customer, that information
22   was provided to, in this case, let's say it's
23   Priesh -- I'm 50 percent sure he was the person
24   who did it -- and Priesh was able to easily query
25   the customer, because he had a key to that.
```

Page 112

```
                          ERIC LORD
 1
 2              We weren't trying to understand did they
 3      buy Poland Spring in this state, or does this
 4      criteria apply?  We simply said go get all sales
 5      information, which is a much more relevant thing
 6      we do in the course of our business, trying to
 7      understand what you, as a customer, did.
 8         Q    If we were to do the sort of query I
 9      described earlier, where you searched for the
10      records for the 8 states for all customers, except
11      the address might not be correct, give us a sense
12      of how much that would cost?
13         A    If somebody had a calculator, assume
14      that it's about $300 an hour for the resource, and
15      assume 3 weeks at 40 hours a week.
16         Q    And that is an outside contractor?
17         A    That would be an outside contractor.
18         Q    And four weeks --
19         A    I think 3 to 4 weeks would be a good
20      estimate.
21         Q    Is that one person or like a team?
22         A    We would probably be able to do the
23      request with one person, and we would still need
24      to allocate probably half a body of an internal
25      person to help that person validate.
```

Page 113

```
 1                    ERIC LORD
 2       Q    I want to go back to my question about
 3  this 2013 to 2017 period because I might be
 4  confused.  Go to paragraph 11 and 12 of your
 5  declaration where you describe Nestle having
 6  produced certain documents, which is paragraph 11.
 7       A    I'm sorry, which paragraph are we
 8  reading?
 9       Q    Eleven.
10            So you say you produced certain
11  documents for the period with 2013 through 2017.
12            Do you see that?
13            (Witness perusing document)
14       A    Okay.
15       Q    I'm trying to understand a couple of
16  things.  For this period, where did you get this
17  information?  Was that from RMS or from both, or
18  did you load it into the RMS and SQL system when
19  you did the query?
20       A    Everything that was produced would come
21  out of the data warehouse.
22       Q    Straight?  Or sometimes it gets imported
23  into the SQL system?
24       A    The SQL system is the data warehouse.
25  It's one and the same.
```

Page 114

ERIC LORD

1

2     Q    So for this one here, can I interpret

3  something was made live for the period prior to

4  2017 so that you could produce what you referred

5  to in paragraph 11?

6     A    Yes.  I would need to go back and

7  discuss -- I know we produced it, hence, the

8  reason that I signed this.  How exactly we got the

9  data back through 2013, I'm not sure exactly how

10  that was done.  But again, understanding the sales

11  and the brand is relatively easy.  We simply need

12  to restore the data, as long as I don't need to

13  understand the state it was sold in.  This is for

14  each of the states.

15          So this may be -- in fairness, I would

16  need to call him.  He no longer work for us, but I

17  could call him.  If he produced it for the eight

18  states, the only way that could have been done is

19  to produce it, assuming the customer data stays,

20  the customer's address, which honestly would not

21  have been accurate.

22     Q    Who is the person you are referring to?

23     A    It's the same person, Priesh.

24          So he was a SQL resource we had on staff

25  for quite a while.  He left for another job.  And

Page 115

```
 1                    ERIC LORD
 2    the person who was in charge of data insights at
 3    the time was a woman by the name of Diedra
 4    FitzGerald, and Diedra would have had that request
 5    input.
 6         Q    Did BlueTriton maintain in hard copy
 7    form any devices for the product itself?
 8         A    No.
 9         Q    Did BlueTriton maintain on a computer
10    archive copies of invoices it had issued to its
11    customers?
12         A    They maintained certain records going
13    back to May of 2017.
14         Q    When you say certain records, do you
15    mean certain fields --
16         A    No, it --
17         Q    -- that were contained within the
18    invoice?
19              MR. TROPP:  Make sure you let him finish
20         answering the question.  It makes Francine's
21         job easier, and to be honest, Steve, and
22         yours.
23              MR. WILLIAMS:  I think he got it, right.
24         A    Say it again.
25         Q    I think my question was, when you
```

                                        Page 116

```
 1                      ERIC LORD
 2   referred -- I'm going to ask a different question.
 3            When you say we maintain certain
 4   records since 2017, what are you referring to?
 5        A    We discussed SureBill earlier.  SureBill
 6   is our invoice producer.  They maintain PDF copies
 7   of all databases going back to May of 2017.
 8        Q    But Nestle, in its ordinary course of
 9   business, does not use their PDF copies, correct?
10        A    Those PDF copies get attached to our
11   website.  If a customer wants to see an invoice,
12   they can get it from the website.
13        Q    In the course of discovery in this case,
14   you are not aware of anyone going to your vendor
15   to ask for copies of those invoices, are you?
16        A    If we provided PDF copies of invoices,
17   we would have gone to Surebill.
18        Q    I think where we had got before, I said
19   BlueTriton does not maintain digital copies of the
20   actual invoices customers get, and I think you
21   said we maintain certain records.
22        A    Our invoice vendor maintains the PDF
23   copies of the invoices.  We allow that link to our
24   website.  And in the case where somebody requests,
25   in a case like this, we may go to them and say,
```

Page 117

```
 1                    ERIC LORD
 2   this customer, I need all of the invoices you can
 3   produce for this customer.
 4        Q    I hear it.  Your SQL database, that does
 5   not exclude copies of invoices to customers?
 6        A    It does not.
 7        Q    It includes information derived from
 8   invoices from customers?
 9        A    It includes all of the information that
10   would have been used to produce the invoice.
11        Q    Correct.  Quantity, price?
12        A    Yes.
13        Q    Price per unit?
14        A    It doesn't include price per unit.  It
15   includes quantity, the total extended amount.  You
16   would calculate a cost per unit.
17        Q    I did that in my head.
18             In its routine business, has there ever
19   been a time when you said there is an issue about
20   a customer's bill, I need to go look at their
21   invoice to see the records, or do you just query
22   the SQL?
23        A    I wouldn't normally get a request like
24   that, and our business intelligence group wouldn't
25   either.  An agent, or one of our, what we call
```

                                        Page 118

```
 1                        ERIC LORD
 2   representatives, a CEC agent or representative
 3   would potentially into our RMS system and be able
 4   to see the invoice.  RMS recreates it and lets you
 5   view what was on it.
 6              They also have an AR history screen
 7   where they can see the transaction similar to your
 8   Exhibits 3 and 4.  So they can look through those
 9   histories and see those type of things.
10        Q    Do you know whether, for any reason, any
11   group of BlueTriton, either your group, corporate
12   finance or someone else, has ever undertaken
13   projects where they analyzed all of these invoices
14   to extract certain information, and turned that
15   into reports?  For example, print out a report of
16   all of our sales for the last year of all of our
17   customers; is that something you have any
18   experience with?
19        A    The business and intelligence team does
20   a lot of that type of work where they will be
21   asked to take certain facts and try and understand
22   what they mean; what are the trends or where is a
23   business opportunity.  In most cases, it's more in
24   line with connecting data than it is about
25   grabbing certain components of data.  It's
```

Page 119

```
 1                    ERIC LORD
 2   connecting data that isn't logically connected.
 3        Q    Can you give me an example of that?
 4        A    Sure.  The team just spent the last
 5   three weeks working on geo-profitability.  So how
 6   far am I driving to service customer A, and how
 7   long does it take when I service customer A to
 8   drive to customer B.?
 9            So, inherently, that data about how long
10   it takes to get to customer A, and then how long
11   it takes to serve A, and to drive to B doesn't
12   exist in a normal system.  It exists in our
13   e-mails.
14            So they had to get that data and combine
15   that with sales data to understand how much do
16   they buy, and does it make sense.
17            An example to colorized that; the Tesla
18   factory out in Arizona, it's a customer.  We
19   service them.  It's a long drive to get to them.
20   So if you just looked at how long it takes me to
21   get there, you would say, I don't want them as a
22   customer, until you understand that when I get
23   there I drop the entire truck of water.
24            So then you go, well, that makes a lot
25   of sense.  The drive time, what it takes, trying
```

Page 120

```
 1                       ERIC LORD
 2   to get to my next customer.
 3           Does that help you at all?
 4      Q    It does.
 5           I want to try to understand the regions.
 6   Can you tell me which regions, by names that you
 7   use, would cover -- and I'll start in the
 8   northeast of Maine and go down to let's say
 9   Pennsylvania, and tell me, is that one region or
10   multiple regions?
11      A    Three different regions would cover
12   those type of geographies.  So the northeast would
13   cover states like Maine, New Hampshire,
14   Massachusetts, Rhode Island, some of Connecticut.
15   Connecticut gets split up.  Part of that is served
16   by what we call Metro New York.  So part of
17   Connecticut.  I actually think Metro New York
18   might serve as much as one area mass as well.
19           And then they serve down through part of
20   Jersey, what we call the Mid Atlantic zone.  Picks
21   up New Jersey and goes down the coast.
22      Q    How far down does that go, do you know?
23      A    I'm not sure where Florida picks up, if
24   Florida comes all of the way up to Atlanta.  But
25   we have a Florida zone.  I believe -- and again
```

Page 121

```
 1                       ERIC LORD
 2    don't hold me to this, I'm not sure I have got
 3    this exactly right -- I believe they cover all of
 4    the way up to Atlanta.  Mid Atlantic zone covers
 5    down there.
 6         Q    Could you, through the SQL database, run
 7    a query that says, I want to see all the sales for
 8    all the accounts for the Northeast Metro New York
 9    area for a given time period?
10         A    Yes.
11         Q    Is that something you could do
12    internally if someone asked you to do it, or do
13    you have to hire someone?
14         A    We could do that internally.
15         Q    How long would it take you to do
16    something like that?
17         A    Probably take a week and a half.
18         Q    Is it possible to query the present
19    database and say something like, I want to see the
20    total units of Poland Spring 100 percent spring
21    water sold, and the total revenues earned from
22    selling, gross?  Just the prices charged to the
23    customers and the volume that was sold?
24         A    Yes.
25         Q    How hard would that be to do?
```

Page 122

```
                        ERIC LORD
 1
 2       A      Relatively easily.
 3       Q      Could you do it region by region,
 4   meaning the northeast, Metro, Mid Atlantic?
 5       A      Sure.
 6       Q      Do you have by any chance -- the regions
 7   that you described, are these the same regions
 8   that IRI used?
 9       A      No.  Neilson and IRI used like a
10   standard, an industry standard of markets.  MSA
11   it's referred to as, that's what the acronym
12   stands for.  But their industry standards, MSAs,
13   everyone uses.  We have our own structure because
14   it's about reporting, and it's more about how we
15   service our customers.
16            I do want to make sure you understand
17   zones cross states, and multiple zones and
18   geographies cover multiple states.
19       Q      Do you guys have a map you use to show
20   your zones and where their borders are?
21       A      We don't necessarily have one, but we
22   could certainly create one.  It's all a on the zip
23   codes.
24       Q      I am fairly sure you told me, you don't
25   have any involvement in retail pricing?
```

Page 123

```
 1                    ERIC LORD
 2      A    No.
 3      Q    And no one reports up to you about
 4  retail pricing trends?
 5      A    Nothing to do with retail business.
 6      Q    Totally ReadyRefresh?
 7      A    Yes.
 8           MR. WILLIAMS:  I think if I take a
 9      minute or two I can double-check, and we may
10      be just about done.  Give me about five.
11           MR. TROPP:  All right.
12           (Recess taken)
13  BY MR. WILLIAMS:
14      Q    I think I have just got a few more
15  questions.
16           First of all, I direct you to the
17  paragraph beginning at 13 of your Declaration.
18           MR. TROPP:  Exhibit 1?
19           MR. WILLIAMS:  Yes, sir.
20      Q    So here you begin to describe the costs
21  that would be necessary in order to recover data
22  from the off line database.  Do you see that?
23      A    Yes.
24      Q    Those costs, is that assuming a
25  different computer developer, or are you going to
```

Page 124

```
1                        ERIC LORD
2   hire one person to do both of those jobs?
3        A    It really is two different skill sets
4   the way it's been explained to me, so we would end
5   up with two different people.  And, again, it has
6   a lot to do with what is the final question asked,
7   exactly what are we being asked to provide.
8        Q    What are the different skill sets that
9   you think would be necessary for the person
10  described in paragraph 13 than the person you
11  described earlier in order to accomplish that job?
12       A    The person -- first, the technical
13  person to restore the data is more of a technical
14  person, to take and remove data from the archive
15  and load it, validate that everything came across
16  right, validate the record counts, do some
17  sampling to make sure that is good.
18            And then you need a different SQL type
19  person -- they are both SQLs, so forgive me.  One
20  would be more about writing queries to actually
21  return the right data sets.
22            So the first resource needs to be able
23  to understand databases, in general, and how do
24  restore that data, put it where we need it,
25  validate that everything is good.
```

Page 125

ERIC LORD

1

2          The second person would need to actually

3    train with our internal people to understand the

4    data structures themselves, and how to query those

5    data structures and connect everything to produce

6    a meaningful outcome.

7          And our internal people, because we

8    would still have internal people, would be

9    required to work with them the whole way and

10   frankly approve the final outputs, help them

11   understand our internal data, be able to validate

12   their work.

13       Q    And in the process you are describing

14   here, in paragraph 13, did you get any quotes from

15   anyone for that?

16       A    So, this talks to the ask, as it was

17   explained to me.  This is what we talked about

18   earlier.  So I spoke with Richard Pavone.  So

19   Richard was the gentleman who actually designed

20   the original version of the data warehouse; since

21   retired, but we still have a small retainer for

22   him.  He does us a little favor consulting for us.

23          So I talked to him about how we would

24   do this.  He explained how it would be done.  He

25   gave me the insight on the resources.  I took

Page 126

```
 1                      ERIC LORD
 2   those tech skills and I talked to my account
 3   lead at Accenture and quoted some resources.
 4        Q    And the hundred grand is for everything
 5   described in paragraph 13?
 6        A    No.  Paragraph 13 just talks to the fact
 7   that, in my opinion, I felt returning that data at
 8   a state level is very unreasonable, in the sense
 9   we have to restore our customer data.  Every
10   single month we go back and look at it and figure
11   out did somebody move.
12        Q    I understand that.
13        A    But that is what that is talking to.
14        Q    Understood.  But if you go through 13
15   all of the way through -- actually 13 and 14, what
16   you described could be done in your estimating the
17   time and cost it would take to do that, correct?
18        A    Let me read it again.
19             (Witness perusing document)
20        A    Yes.  Yes, that is what it would take.
21        Q    And then I want to take a quick look at,
22   sort of as a group, the comments under average
23   pricing.  So that is paragraph 15 and 16.
24        A    Okay.
25        Q    I understand BlueTriton, in the normal
```

Page 127

```
1                      ERIC LORD
2    course of business, you say does not compound,
3    maintain or utilize average prices.  Right?  That
4    is at the end of 16.
5         A    What we store is the sales detail, the
6    quantities, and the amount the customers pay.  Any
7    time we need to understand pricing, average
8    pricing, we calculate.
9         Q    How do you do that?
10        A    We divide the sales by the volume.
11        Q    And you have the data in your database
12   that permits you to do that, correct?
13        A    Sure.
14        Q    So you could generate something showing
15   average pricing based upon the data in your
16   database, correct?
17        A    Correct.  But, again, this is dealing
18   with 2003, so a series of that data would need to
19   be restored.
20        Q    Understood.  But it could be done?
21        A    Yes.
22        Q    When you earlier talked about Finance, I
23   want to make sure I understand.  Did they use a
24   different database than the SQL database or did
25   they use the same?
```

Page 128

```
 1                      ERIC LORD
 2      A    So, as we discussed earlier, Finance
 3   uses -- their primary tool is SAP.  They do have a
 4   secondary tool they use for planning, which is
 5   S-based.  A hundred percent of its data comes from
 6   SAP .
 7      Q    Is there any overlap between the RMS
 8   data that you use and the data that Finance uses?
 9      A    The two data sources directionally are
10   similar.  The SAP data is summarized, because,
11   again, we package up transactions, we send them
12   over to summary level, and then we mush them
13   together.  So it's based on GAAP, generally
14   accepted accounting principals.  RMS creates a
15   balanced accounting entry, sends over a debit and
16   credit to SAP.  SAP registers that.  That's what
17   they have.
18      Q    Does that mean that SAP uses the same
19   data that is in RMS, but it's using it differently
20   and doing different things to it?
21      A    So the way to think about RMS, RMS is
22   our transactional system.  It represents the
23   interaction with the customer.  SAP is our
24   financial system of record, and represents how we
25   would financially account all of those aggregated
```

Page 129

```
 1                      ERIC LORD
 2  transactions.  So the two systems have two very
 3  different purposes.  So, they tie to each other,
 4  they have to.  That is validated month by month.
 5  That is part of our close process.  Auditors
 6  validate that.
 7            But I can't go in and see how much did I
 8  sell jeans in SAP.  I can't see what I charged a
 9  customer, or any customer, or any group of
10  customers in SAP.  What it represents is how we
11  financially account for those transactions.
12            So if I hit your mailbox and gave you a
13  hundred dollar credit, I reduce my revenue by that
14  hundred dollar credit.  So in SAP, I see the net
15  of that, I don't see the two parts separately.
16  RMS has the two parts separated for two months.
17  The data warehouse has all of the detail.
18       Q    Understood.
19            Are you aware of any -- again, I
20  apologize if this is a bad question -- CMR type of
21  systems Nestle uses, customer relations work,
22  Sales Force type of thing?
23       A    In April of 2019, we added to our
24  technology stack Sales Force, what they call
25  service cloud, we call it Engage Plus, where we
```

                                        Page 130

                        ERIC LORD

1

2    replace certain functionality from RMS.

3            So all of our call center agents for CEC

4    agents, customer engagement center, use Sales

5    Force now to service the customers since April of

6    2019.  We do not use Sales Force's CRM component.

7    So it's just not something that we matured into.

8            We also added Hybris, which is a SAP web

9    platform, in April of 2019.

10       Q    Do any of those programs you just

11   described do anything to consolidate customer's

12   former addresses over time?

13       A    They do not.

14       Q    Is there anything you know of within

15   Nestle's that does that?  I know you talked about

16   the how the new addresses replace the old ones.

17   Is there any place you could think of for

18   historical addresses for a customer?

19       A    No.  In fact, call it Q2 of 2020 -- I

20   think we talked about this earlier -- in Q2 of

21   2020, we actually wrote some code to start to keep

22   track and understand people's address changes.

23       Q    If you were to go back to that company

24   you outsourced to, if you can you find that

25   invoice from 2014, would that then generate the

                                        Page 131

```
 1                        ERIC LORD
 2    original address?
 3        A     It's a PDF.  So that PDF would have the
 4    actual address on it, where, if you went into our
 5    system and produced that invoice in RMS, it would
 6    not, it would have today's address.
 7        Q     Now just to finish up, if I understand,
 8    the SQL database live now, it does not have
 9    invoices in it, it has data derived from invoices
10    that BlueTriton can then run queries against to
11    determine information; is that correct?
12        A     You have to reverse that a little bit.
13        Q     How would you say it?
14        A     Again, remember RMS is a 35-year old
15    system.  So in a modern e-commerce platform today,
16    a delivery and an invoice are the same thing.
17    When Amazon ships your product, they invoice you
18    at the moment they ship it.
19            RMS was built where I shipped you a
20    delivery, and a month later I sent you an invoice.
21    It's the model of computers back then.  We make a
22    delivery, we invoice you later.  That could be as
23    soon as tomorrow, but it also could be as much as
24    35 days later.  So we actually have the
25    transactional detail that becomes the invoice in
```

                                          Page 132

```
 1                    ERIC LORD
 2   our data warehouse, we don't have the invoice
 3   itself.
 4        Q    Understood.  So if you want to find out
 5   information that is from the data warehouse, what
 6   you would be getting is information that had been
 7   in the invoice, but not the actual invoice itself;
 8   is that correct?
 9        A    I'm not trying not to be a stickler on
10   this.
11        Q    Stickler is good.
12        A    I think it's really a really important
13   concept.  I don't know if it made its way to an
14   invoice or not.  I know that the transaction
15   occurred.  I can assume it made its way to an
16   invoice because we bill our customers, but I don't
17   know that.  So I'm not starting with an invoice
18   and having transactions that came from an invoice.
19   I made a delivery to a customer, I delivered
20   something to you, and later I create an invoice.
21   I have the transactions that ultimately will
22   become the invoice.
23        Q    Does data from the delivery end up in
24   the RMS, or just data from when the invoice is
25   issued?
```

Page 133

                    ERIC LORD

1

2      A    Again, let's make sure we're good.  We

3  talked about this earlier.

4           A transaction, if I was selling you

5  something, we're going to create a request.  That

6  request is my request to go make a delivery.  I'm

7  going to send a truck and a person.  They are

8  going to have a hand held computer, and that hand

9  held computer, I'm going to make the delivery on

10  the request.

11          It's going to upload into RMS as it

12  delivers.  It will close the request and say the

13  request existed, I closed it, I made a delivery.

14  That becomes a formal delivery ticket in our

15  system.

16          While it's creating the delivery ticket,

17  it creates the invoice line items that would be

18  associated with that.  All of that transaction

19  detail makes its way into our data warehouse.

20      Q    So when you talked about creating all of

21  those invoice line items, that's at the data

22  warehouse, not at the delivery point.  It's

23  after --

24      A    Correct.  So think about it a different

25  way.  I'll give you an example to colorize it.

                                      Page 134

ERIC LORD

1

2          A delivery person in his hand held will

3    see you have asked for four 5-gallon bottles of

4    water, a case of coffee, et cetera.  He delivers

5    all of those things.  He's not going to deliver

6    rent, he's not going to deliver a delivery fee.

7    None of those things are applicable to him.  He's

8    not going to deliver tax.

9          So that request gets closed.  All those

10   line items become the delivery ticket.  As part of

11   creating that delivery ticket, they will say, oh,

12   this customer has a delivery fee and they apply it

13   to the ticket.

14        Q    I got you.

15        A    They are going to send the transaction

16   to Vertex, Vertex is going to send back the tax

17   and append it.  That's why I'm making the

18   distinction.  It doesn't start with an invoice, it

19   starts with a transaction.

20        Q    Understood.

21          And then let's assume that that customer

22   was -- let's put him at the Lifesaver company.

23   They get their delivery.  That information goes in

24   from the delivery person, it goes to your network,

25   where then the invoice items are added to it.  And

Page 135

```
1                      ERIC LORD
2   then if you want to say, I want to see what
3   everyone one in -- do you do regional within
4   Connecticut?
5              MR. TROPP:  Objection to the form.
6        Q    Do you know what I mean?
7        A    I believe I do.  We can get sales at a
8   distribution center.
9        Q    So that's sort of the --
10       A    As an example, Connecticut is served by
11  three different distribution centers.
12       Q    And then with our hypothetical customer,
13  the Livesaver Company, you could go into the SQL
14  database and look at the details of that
15  transaction?
16       A    Yes.
17       Q    And you could look at the history of the
18  transaction -- I'm sorry, history of the
19  customer's transaction?
20       A    Yes.
21       Q    All right.  I don't think I have any
22  more questions for you today.  I appreciate you
23  all hanging in with me.
24       A    Have a wonderful day.
25  ////
```

Page 136

1                    ERIC LORD

2          MR. TROPP:  For the record, I have no

3      questions.

4          (Time noted:  3:17 p.m. )

5

6

7              *     *     *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 137

1          S I G N A T U R E   S H E E T

2

3          I, ERIC LORD, have read

4    the foregoing transcript of the testimony

5    taken at the offices of Day Pitney, LLP

6    One Stamford Plaza, 263 Tresser

7    Boulevard, 7th Floor, Stamford, Connecticut

8    06901, on the 20th day of July, 2021, and it

9    is true and accurate to the best of my

10   knowledge.

11

12

13

14                 _____

15                      ERIC LORD

16

17

18   Subscribed and sworn to before me this

19        day of          , 2021.

20

21   _____

22     Notary Public

23

24

25

                              Page 138

```
1   E R R A T A   S H E E T
2   NAME OF CASE:  MARK J. PATANE, et al.
3                  NESTLE WATERS NORTH AMERICA
    DATE OF DEPOSITION:  July 20, 2021
4   WITNESS:  ERIC LORD
5

    If there are any corrections to your deposition,
6   indicate them on this sheet of paper, give the
    change, page number, line number, and reason for
7   the change.
8   PAGE       LINE            REASON FOR CHANGE
9   CHANGE TO:
10  PAGE       LINE            REASON FOR CHANGE
11  CHANGE TO:
12  PAGE       LINE            REASON FOR CHANGE
13  CHANGE TO:
14  PAGE       LINE            REASON FOR CHANGE
15  CHANGE TO:
16  PAGE       LINE            REASON FOR CHANGE
17  CHANGE TO:
18  PAGE       LINE            REASON FOR CHANGE
19  CHANGE TO:
20  PAGE       LINE            REASON FOR CHANGE
21
22  _____
23  Subscribed and sworn to before me
24  this   day of         , 2021.
25  (Notary Public)     My Commission Expires:
```

Page 139

1    STATE OF CONNECTICUT:

2    COUNTY OF FAIRFIELD:

3        I, Francine Garb, a Notary Public

4    within and for the State of Connecticut,

5    do hereby certify that the deposition of

6    ERIC LORD was held before me

7    on the 20th day of July, 2021 at the

8    offices of Day Pitney, LLP, One Stamford

9    Plaza, 263 Tresser Boulevard, Stamford,

10   Connecticut 06902.

11       I further certify that the witness was

12   first sworn by me to tell the truth, the

13   whole truth and nothing but the truth, and

14   was examined by counsel, and his testimony

15   stenographically reported by me and

16   subsequently transcribed as hereinbefore

17   appears.

18       I further certify that I am not

19   related to the parties hereto or their

20   counsel, and that I am not in any way

     interested in the event of said cause.

21       Dated at Stamford, Connecticut, this

22   26th day of July, 2021.

23

24

25   Francine Garb, CSR LICENSE # 139

                              Page 140

**[& - 7th]**

| & |
|---|
| **&**  2:19 18:5,6 |
| 25:13 63:11 75:6 |
| 75:15 81:6 |

| 0 |
|---|
| **000**  86:14 |
| **01381**  1:3 |
| **06510**  2:16 |
| **06901**  1:23 138:8 |
| **06902**  5:14 6:7 |
| 140:10 |
| **07960**  2:21 |

| 1 |
|---|
| **1**  3:9 11:17,21 |
| 50:4,4 60:7 |
| 104:22 105:6 |
| 124:18 |
| **1.5**  42:13 |
| **10**  93:8,10 |
| **100**  2:20 70:23 |
| 80:23 85:12 91:12 |
| 122:20 |
| **1000**  2:4 |
| **102**  3:11,12 |
| **10:10**  1:20 |
| **11**  3:9 114:4,6 |
| 115:5 |
| **11873**  140:24 |
| **12**  73:3,22,22 |
| 114:4 |
| **13**  12:3 48:22 |
| 73:22,22 99:7 |
| 103:7 124:17 |
| 125:10 126:14 |
| 127:5,6,14,15 |
| **139**  1:25 140:25 |
| **13th**  13:14 |
| **14**  51:17 73:22,22 |
| 127:15 |

| **1400**  2:9 |
|---|
| **15**  31:5 46:16 |
| 127:23 |
| **150**  70:24 |
| **15th**  2:15 |
| **16**  67:4 103:2,4,11 |
| 127:23 128:4 |
| **160**  86:14 |
| **160,000**  86:7 87:3 |
| **17**  1:3 68:15 103:2 |
| 103:4,11 |
| **1900**  2:9 |
| **195**  2:15 |
| **1:16**  102:6 |

| 2 |
|---|
| **2**  3:10 5:13 43:13 |
| 50:5,6 51:8,12 |
| 60:9 98:25 104:23 |
| 105:7 |
| **20**  1:20 3:3 82:21 |
| 139:3 |
| **2002**  20:22 22:18 |
| 24:21 25:16 |
| **2003**  66:12,20,22 |
| 67:17 68:5,15 |
| 72:9,23 103:7,9 |
| 128:18 |
| **2013**  102:20 114:3 |
| 114:11 115:9 |
| **2014**  131:25 |
| **2016**  51:25 52:8 |
| 53:20,23 67:17 |
| 68:15 |
| **2017**  36:18 37:2 |
| 44:12 59:18 66:15 |
| 66:20,22 67:3,4 |
| 68:18,22 70:9 |
| 72:9,15,16 75:7,16 |
| 75:20,21 81:6 |
| 92:21 102:20,22 |
| 114:3,11 115:4 |

| 116:13 117:4,7 |
|---|
| **2018**  41:19 42:10 |
| 59:19 |
| **2019**  59:19 130:23 |
| 131:6,9 |
| **2020**  51:17 53:16 |
| 53:22 65:18 |
| 131:19,21 |
| **2021**  1:20 3:3 12:3 |
| 138:8,19 139:3,24 |
| 140:7,22 |
| **20th**  138:8 140:7 |
| **22**  15:24 16:7,22 |
| 16:25 |
| **23**  51:25 52:8 |
| 53:20,23 |
| **24**  66:7 74:3 |
| **25**  7:18 41:5,7,7 |
| 80:15,17,18 86:5 |
| **263**  1:22 138:6 |
| 140:9 |
| **26th**  140:22 |
| **2nd**  97:14 |

| 3 |
|---|
| **3**  3:11 51:24 65:24 |
| 66:9 91:14 102:12 |
| 103:19 106:12 |
| 108:15 111:14 |
| 113:15,19 119:8 |
| **3.6**  86:6 |
| **30**  22:19 23:7 |
| 34:17 41:7 47:10 |
| 47:10 60:23 68:8 |
| 68:9 69:12 80:18 |
| **300**  113:14 |
| **35**  16:17,21,22,24 |
| 17:3 44:9 50:10 |
| 132:14,24 |
| **3:17**  137:4 |
| **3rd**  97:14 |

| 4 |
|---|
| **4**  3:12 30:2 65:24 |
| 66:6 80:19 93:8,9 |
| 103:19 104:23 |
| 105:14 111:15 |
| 112:5 113:19 |
| 119:8 |
| **40**  93:9 113:15 |
| **44**  2:20 |
| **45**  79:13 |
| **4th**  48:23 |

| 5 |
|---|
| **5**  3:5 30:2 51:4 |
| 52:3,9,13 53:4,6 |
| 54:2,4,13,14 56:2 |
| 66:12 73:2 74:21 |
| 74:24 75:2,19 |
| 80:19 81:2 91:14 |
| 135:3 |
| **50**  112:23 |
| **50,000**  85:12 |
| **500,000**  42:12 |
| **51**  3:10 |
| **563,000**  110:7 |

| 6 |
|---|
| **6**  30:2 72:21,22,25 |
| 73:6,19 74:18,19 |
| 74:23 76:12 77:9 |
| 77:17 79:12 |
| **60**  22:20 47:10 |
| 68:8,9 69:13 |
| **601**  2:4 |
| **6th**  48:24 |

| 7 |
|---|
| **7**  73:19 85:15 |
| **73**  33:5 89:22,23 |
| **74**  79:7 |
| **79**  99:7 |
| **7th**  1:22 97:17 |
| 138:7 |

Page 1

[8 - architect]

| 8 | accounts 122:8 | 131:12,16,18 | analysis 53:14 |
|---|---|---|---|

**8** 73:20 109:24 113:10
**80** 82:25 83:11 84:11,14
**83** 98:16,23 99:4
**87** 99:8
**8th** 48:24

**9**

**9** 24:22 87:10 99:8
**90** 47:10
**900** 5:13 6:6
**90067** 2:10
**94108** 2:5
**95** 76:21 80:23

**a**

**a.m.** 1:20
**ability** 26:4 38:25
**able** 9:24 52:6,12 52:20,21 71:6 79:9 90:21 91:6 102:2 105:8 112:16,24 113:22 119:3 125:22 126:11
**absolutely** 7:5 8:6 107:16
**accenture** 84:19 84:22 127:3
**acceptable** 111:10
**accepted** 129:14
**access** 31:18,23 32:2 65:15 106:19
**accomplish** 100:12 125:11
**account** 44:7 48:2 84:25 127:2 129:25 130:11
**accounting** 32:15 32:16 129:14,15

**accounts** 122:8
**accurate** 95:16,21 95:25 108:19 110:5,12 115:21 138:9
**acquired** 28:5
**acquisition** 77:2
**acronym** 17:7 123:11
**action** 1:17
**actual** 45:2 46:25 66:16 117:20 132:4 133:7
**added** 130:23 131:8 135:25
**adding** 84:4
**addition** 43:20
**additional** 25:4 82:3
**address** 5:12 6:5 42:4,6,22,24 43:6 43:9,14,15,22 52:3 52:12,22 54:8,11 54:22 56:12 58:11 58:24 59:4,7,8,13 59:15,18,22,22,24 59:25 60:3 92:18 93:24,25 94:8,21 94:22 96:3,9 104:21,22,22,22 104:24 105:6,8,9 105:18,19 107:7 109:16 111:2 113:11 115:20 131:22 132:2,4,6
**addresses** 43:20 44:5 53:10 55:9 56:10 74:13 95:8 95:9,19,21,22,24 96:6 108:10 109:13 111:6

**adjustments** 32:21
**advance** 98:7
**afraid** 33:11
**agent** 118:25 119:2
**agents** 11:6 131:3 131:4
**aggregated** 61:18 129:25
**aggregator** 63:22
**aging** 47:9
**ago** 7:18,25 8:3 15:24 16:7,22 17:2 23:6 31:5 32:8,9 46:16 77:7 96:2,2
**agree** 97:2,6,6
**agreed** 4:5,12,16 4:21
**agreeing** 99:17
**agreement** 98:4 99:22 111:9
**ahead** 23:4
**al** 139:2
**allocate** 113:24
**allow** 15:10 19:6 117:23
**allows** 30:13
**amazon** 132:17
**america** 1:13 7:20 10:20 13:16 15:7 30:25 31:12,19 41:20 44:2,3,8 51:11 139:3
**amount** 20:13 25:20 47:14 81:12 93:4,7 118:15 128:6
**amounts** 57:22

**analysis** 53:14 71:22
**analytics** 64:4
**analyzed** 119:13
**angeles** 2:10
**answer** 13:18 29:6 41:11 42:16 52:18 53:12,25 56:3 77:24 101:13
**answered** 74:22
**answering** 53:20 116:20
**answers** 13:9 111:12
**anticipated** 100:11
**anybody** 52:11
**anytime** 43:15
**apartment** 105:11
**apologize** 20:17 130:20
**appear** 99:6
**appears** 140:17
**append** 135:17
**appended** 68:7
**applicable** 95:4 135:7
**applies** 15:14
**apply** 113:4 135:12
**appreciate** 9:19 101:2 136:22
**appropriate** 53:21 100:18 102:4
**approve** 126:10
**approximately** 15:24 41:5 69:13
**april** 130:23 131:5 131:9
**ar** 119:6
**architect** 79:8

Veritext Legal Solutions
866 299-5127

[archive - brand]

**archive** 68:16
70:11,21 116:10
125:14
**archived** 67:2,6,7
67:9,21,24 72:3
73:10 76:3,8
103:2,5,9 109:7,7
**archives** 108:23
109:3
**archiving** 71:2
**area** 121:18 122:9
**areas** 32:25
**arizona** 55:18 92:3
120:18
**art** 7:3 106:18
**ascertain** 52:7
**asked** 12:11 13:4,8
13:19,21 20:17
26:25 29:14 53:8
53:25 55:25 76:25
77:5 84:12,15
94:11 108:5,22
111:12 119:21
122:12 125:6,7
135:3
**asking** 9:19 29:22
29:24 47:2 55:24
108:8
**aspects** 19:25 35:3
60:25 62:3
**assigning** 43:3
**assist** 26:23
**assisted** 62:3
**associated** 134:18
**assume** 19:11 80:3
113:13,15 133:15
135:21
**assuming** 105:20
115:19 124:24
**atlanta** 121:24
122:4

**atlantic** 121:20
122:4 123:4
**attached** 89:13
117:10
**attempted** 15:25
**attended** 63:8
**auditors** 130:5
**authority** 4:8
**automated** 49:16
49:20
**automatically**
49:18
**available** 101:16
105:9,15 109:10
**avenue** 2:9
**average** 127:22
128:3,7,15
**aware** 65:19 71:25
117:14 130:19

**b**

**b** 2:17 3:8 39:14
120:8,11
**back** 36:15,18
43:5,16 44:11
46:21 60:6 64:19
66:12 72:23 73:9
82:14,19 83:5
84:9 88:3 100:21
100:23 101:3,19
106:5 114:2 115:6
115:9 116:13
117:7 127:10
131:23 132:21
135:16
**backlog** 76:17
111:19
**backup** 88:21
**backwards** 54:7
56:12 72:19 73:3
104:4

**bad** 53:8 106:18
130:20
**balanced** 129:15
**ballpark** 31:6
**bank** 44:2,2,7
**base** 17:12
**based** 17:10 18:8
26:7 55:9 86:13
111:19 128:15
129:5,13
**basic** 18:10,11
94:4
**basically** 17:15
18:10 48:22 81:16
92:4
**basis** 32:13,17
**batches** 33:24
**bear** 68:2
**beat** 81:17
**began** 23:7
**beginning** 85:16
124:17
**begins** 99:7
**behalf** 1:9,16
11:14
**believe** 9:5 10:9,15
61:21,25 89:23
95:22 97:14,18
98:22,25 99:7
110:5 111:11
112:11 121:25
122:3 136:7
**believed** 103:5
**bell** 51:5
**beneath** 30:20
**benefit** 71:23
112:3
**benjamin** 1:8
**best** 8:2 27:18
69:22 70:15 80:6
138:9

**beyond** 101:20
**bid** 84:16,18
**big** 30:23
**biggest** 78:4
**bill** 21:25 47:11
49:2 105:17,18
118:20 133:16
**billing** 48:3 104:18
**bills** 49:13
**bit** 25:8 37:24
49:20 74:17 82:12
84:3 90:2 100:24
102:21 132:12
**blood** 102:4
**blue** 15:14 25:25
**bluetriton** 6:13
7:21 15:7,16
25:14 28:22 34:9
40:23 66:9 68:17
75:3 78:6,8 80:3,5
80:10,12,13 87:22
88:4 116:6,9
117:19 119:11
127:25 132:10
**body** 113:24
**bogdan** 1:9
**book** 50:3
**borders** 123:20
**bottle** 91:11
**bottled** 90:25
**bottles** 93:8 135:3
**bottling** 35:9
**bought** 37:5,6 63:2
80:10,12
**boulevard** 1:22
138:7 140:9
**box** 30:12
**brahmbhatt** 1:9
**branches** 44:4
**brand** 23:15,19,21
115:11

Page 3

[brands - city]

**brands** 7:21 25:14 40:23 78:6,8
**break** 7:6 54:15 56:21 89:19 91:20 93:11 96:12,13 99:10,18 100:17 101:5,6,9,11
**bridget** 1:7
**briefly** 7:14
**bring** 22:20 46:7 111:18
**brought** 22:19 23:14,16 29:17 79:18 103:5 108:24
**bucket** 18:19,21 18:23,25 19:2,4
**buckets** 18:17
**bucks** 86:7
**building** 5:13 16:10 80:18 101:16 105:2,11
**built** 15:24 16:6,8 17:2 18:3,4 19:5 21:2 90:21 93:22 132:19
**bulk** 91:13
**bullet** 72:22
**bunch** 49:23
**burden** 76:7
**burdensome** 75:3
**business** 6:5 14:9 14:13,17,20,21 15:6 16:3,4 17:23 17:24 18:2 22:24 27:8,11,13 34:17 64:5,13,18 71:3,23 76:18,20 80:19 81:22 91:13 110:16,19,20,21 110:25 112:18

113:6 117:9 118:18,24 119:19 119:23 124:5 128:2
**buy** 35:18 60:18 62:23 91:6,11 113:3 120:16

**c**

**c** 2:1 5:11
**calculate** 93:6 118:16 128:8
**calculator** 113:13
**california** 2:4,5,10 51:2 52:3,8,11 53:3,10,14,15,21 54:3,6,7,19,24 55:2,14,18 56:5 94:24 95:2
**call** 12:9 41:7 46:6 47:25 48:21 49:21 65:2 72:22 80:23 89:12 91:3 99:25 101:7 112:19 115:16,17 118:25 121:16,20 130:24 130:25 131:3,19
**called** 8:23 10:19 17:7,11,12,21 25:19 37:19 45:13 50:23 58:6 61:12 63:19 89:9 103:21 104:18
**capital** 78:9
**captured** 103:15
**card** 9:4 58:12,13 58:14
**career** 61:20
**case** 1:3 5:22 7:17 7:22 8:18 9:6,10 10:2,16,19,22,23 13:15,16,20,22

14:12 50:23 51:3 60:7 72:5 77:16 81:19 87:24 99:14 103:23 112:22 117:13,24,25 135:4 139:2
**cases** 7:11,12,14 7:15 112:18 119:23
**categorical** 89:20
**category** 56:21,23 102:22
**catherine** 1:6
**caucus** 99:19
**cause** 48:19 81:15 140:20
**causes** 49:18
**cec** 119:2 131:3
**cellular** 21:18
**center** 33:7,10 89:8 91:24 92:5,9 110:18 112:19 131:3,4 136:8
**centers** 33:5 34:4 89:8,22 92:7,10 136:11
**centralized** 16:14
**ceremony** 100:8
**certain** 8:21 19:25 20:12 22:13 28:7 28:7 40:24 58:9 104:8 106:13 114:6,10 116:12 116:14,15 117:3 117:21 119:14,21 119:25 131:2
**certainly** 9:12 10:4,25 38:15 64:19 65:20 66:6 69:18 74:6 78:16 85:11 123:22

**certified** 1:18
**certify** 105:8 140:5,11,18
**cetera** 36:10 43:4 43:4,4 48:24,24 104:10 105:11 135:4
**challenge** 42:2 57:23 70:20 71:5
**challenged** 38:3,5
**chance** 123:6
**change** 22:22 42:24 56:12 58:11 81:9,11 96:8 139:6,7,8,9,10,11 139:12,13,14,15 139:16,17,18,19 139:20
**changed** 24:7 29:13 35:22 37:7 43:15,16 58:14,15
**changes** 23:4 43:14 54:11 58:25 59:4 94:21 96:8 131:22
**character** 4:8
**characters** 24:22
**charge** 36:13 54:2 82:7 116:2
**charged** 36:2,5 52:16,21 54:5 56:4 122:22 130:8
**charges** 35:17
**cheaper** 83:19
**check** 124:9
**chooses** 79:24
**church** 2:15
**churn** 60:17
**cite** 110:5
**city** 8:9,10 104:23 105:13

Veritext Legal Solutions
866 299-5127

[claimed - costs]

claimed  8:17
claims  9:3 51:3
clean  57:12
clear  7:2 65:8
  108:15 110:4
clearly  40:22
  100:7 104:3
clients  18:6 85:5
close  110:7 130:5
  134:12
closed  134:13
  135:9
cloud  130:25
cmr  130:20
coast  121:21
code  18:11 23:25
  37:18 40:7,14
  41:8 43:2 80:18
  94:19 104:16,23
  105:13,14,15
  131:21
codes  24:6,14 41:4
  123:23
coding  23:4
coffee  88:13 135:4
coincidentally
  103:20
cole  1:7,8
collected  51:25
  53:23
colorize  134:25
colorized  120:17
column  71:8
columns  68:6
combine  120:14
combined  108:24
come  13:23 28:14
  28:18 33:23,24
  48:9,14 77:2,7
  88:14,19 101:19
  114:20

comes  21:7 22:11
  23:22 25:24 42:5
  49:14,16 121:24
  129:5
comfortable  52:10
  54:12 55:25 62:13
  102:2
coming  50:13
commencing  1:20
comments  127:22
commerce  132:15
commission
  139:25
communicated
  24:16
companies  18:5,7
  64:22
company  7:21
  8:15,24,25 17:22
  21:22 23:8 30:17
  30:21,24,25 31:21
  34:6,21 45:13,15
  45:19 60:23 61:12
  63:19 69:21 78:4
  80:5,10,12 131:23
  135:22 136:13
compared  88:17
compile  75:12
  87:11
complete  98:12
completely  110:12
complicated  25:3
complying  99:20
component  131:6
components  44:25
  47:4,7 119:25
compound  128:2
computer  12:21
  21:16 31:8 37:9
  75:4,5,12 85:16
  92:14 116:9

124:25 134:8,9
computers  49:23
  132:21
concept  133:13
conduct  75:4
conference  12:9
confused  74:17
  114:4
confusion  107:24
conglomerate
  30:18
connect  38:16,17
  38:20 39:13 126:5
connected  120:2
connecticut  1:2,19
  1:23 2:16 5:14 6:7
  8:8 121:14,15,17
  136:4,10 138:7
  140:1,4,10,21
connecting  119:24
  120:2
consider  107:19
consolidate  131:11
constraint  77:6
consultant  84:9
consulting  126:22
consumers  64:9
consuming  75:11
contact  14:13
contacted  14:11
contained  116:17
context  12:18 15:8
  77:15 79:14
continues  17:24
contract  65:18
contractor  113:16
  113:17
conversation
  52:19 58:5 67:14
  79:13 84:19,24
  97:13

conversations
  12:13,16
copied  18:14
copies  46:3 86:6
  116:10 117:6,9,10
  117:15,16,19,23
  118:5
copy  5:3,5,8 10:18
  45:2,22,24 46:2
  66:5,10 116:6
core  16:3 20:8
corporate  119:11
correct  12:2 14:5
  20:7 31:13 34:9
  38:7,10 40:3,4,15
  40:25 42:23 48:5
  55:21 59:6 66:5
  68:17 69:7 84:17
  85:13 88:6 92:23
  94:15 96:10
  103:15 109:19
  113:11 117:9
  118:11 127:17
  128:12,16,17
  132:11 133:8
  134:24
corrections  139:5
correctly  25:23
corresponding
  57:21
cost  30:11 34:22
  34:23 35:3,5,13,14
  70:17 71:5 72:3
  76:7 78:22 79:11
  82:8 83:2 84:21
  84:23 85:14 86:12
  113:12 118:16
  127:17
costly  75:11
costs  35:9,12
  124:20,24

[counsel - data]

counsel  4:6,13,17
  4:22 5:2 7:9 12:10
  12:14,16,23 13:6
  87:18 140:14,20
count  76:20
  101:21
country  33:5
  90:21
counts  125:16
county  140:2
couple  20:16
  39:16 60:8 77:7,8
  114:15
course  20:2 64:12
  64:17 110:16
  113:6 117:8,13
  128:2
court  1:1,24 5:2
  6:22 8:4 11:16
  96:14 99:2,9,24
cover  121:7,11,13
  122:3 123:18
covering  50:19
covers  122:4
craig  2:22
create  45:18 58:10
  123:22 133:20
  134:5
created  18:13
creates  91:20
  129:14 134:17
creating  134:16,20
  135:11
credit  9:4 32:15
  58:11,13,14 78:18
  78:19 129:16
  130:13,14
criteria  113:4
crm  131:6
cross  60:18 123:17

cryptic  24:18
csr  1:24 140:25
cuevas  2:11 5:6
  98:6 99:5
cups  88:13
curious  105:25
current  29:8 31:15
  35:20 42:6 47:10
  52:22 53:13 54:18
  54:22 59:7,21,23
  94:8,22 106:25
currently  73:7
custom  17:21,25
  34:16
customer  21:25
  23:11 26:6 36:2,5
  36:12,16,20,22,23
  36:25 37:24,25
  42:5,6,20 43:17,23
  43:24 44:3 45:8
  45:21 46:7,11
  49:10,10 53:13
  54:18,22 55:4,5,9
  56:11,15,17 57:5,8
  57:9,9,11,16 59:22
  60:13,16,17 63:12
  66:10,16 68:13,20
  68:21 85:18 92:17
  96:9 104:9 105:17
  106:14,23,23
  107:2 108:4,6
  109:11 110:21
  112:21,25 113:7
  115:19 117:11
  118:2,3 120:6,7,8
  120:10,18,22
  121:2 127:9
  129:23 130:9,9,21
  131:4,18 133:19
  135:12,21 136:12

customer's  40:5
  59:4 92:17 106:24
  115:20 118:20
  131:11 136:19
customers  9:4
  11:7 25:24 28:3,3
  28:4,4 35:17 38:3
  42:12,13 43:18
  48:25 49:3 52:2,8
  52:22 55:6 56:22
  60:15 66:20 75:7
  75:15 81:6 94:25
  106:14 107:9
  108:10,12,23
  110:7,9,25 112:20
  113:10 116:11
  117:20 118:5,8
  119:17 122:23
  123:15 128:6
  130:10 131:5
  133:16
customized  34:16
cut  98:12,19
  103:10
cv  1:3
cycle  48:22,23
cycles  48:22 49:2

d

d  3:1 5:11
daily  32:12,17,18
  33:20
data  3:11,12 9:11
  9:13,14,18 10:10
  10:11 13:20 14:23
  14:25 15:3,9,10,10
  15:16,23 16:2,5,6
  16:12,16,16,16,18
  17:2,12,15 18:13
  18:13,15 19:5,6,12
  19:18,20,23,24
  20:2,11,13,21,24

  22:11,12,13,14,15
  22:16,19,21 23:5,7
  23:8,9,22 24:13
  29:3 32:12 33:13
  37:3,11,12,14
  38:11,13,16,18,20
  38:22 39:10,11,22
  41:4,6,10,18,21
  42:5 44:16,20,25
  45:4,8 46:19,24
  48:7,8 50:13,15
  51:20 52:14 53:21
  54:21 56:25 57:4
  57:24 58:16 59:17
  61:18 62:12,15,23
  62:24 63:3,15,17
  63:22 64:17 65:6
  65:7,9,13,15 67:5
  67:10,15,17,18
  68:2,4,5,5,6,16,18
  69:5,7,15 70:11,12
  70:13,16,18,24
  71:10,16,24 72:3
  72:18,19 73:10
  74:7,11,14,19,20
  78:25 79:16 80:20
  82:24 84:7,10
  86:2,24 87:11
  91:24 92:4,7,8,11
  93:13,22,23 94:23
  95:16 96:5,7
  102:12,14,19,21
  102:25 103:3,9,13
  104:6,6,11 106:17
  107:18,23,25
  108:4,16,19,20,22
  109:2,2,7,9,23
  110:24 111:10
  114:21,24 115:9
  115:12,19 116:2
  119:24,25 120:2,9

[data - determine]

120:14,15 124:21
125:13,14,21,24
126:4,5,11,20
127:7,9 128:11,15
128:18 129:5,8,8,9
129:10,19 130:17
132:9 133:2,5,23
133:24 134:19,21
**database**   17:11,13
17:14,20 19:25
38:9,12,14,23,24
39:5,7 40:14 57:5
57:14 69:16 75:20
76:2,8,8,14 80:16
86:11 87:6 92:8
92:21 94:6,7,12,13
94:17 95:23
105:21 106:2,4,12
107:13,15 109:7
112:16 118:4
122:6,19 124:22
128:11,16,24,24
132:8 136:14
**databases**   117:7
125:23
**date**   34:2,3 37:5
43:12 52:22 104:9
105:20,21,22
139:3
**dated**   140:21
**dates**   92:24 107:24
108:13
**dating**   66:12,15
**day**   1:21 2:15
17:24 33:14,19,25
40:17 48:23 49:25
97:7 100:20
136:24 138:5,8,19
139:24 140:7,8,22
**day's**   33:21

**daypitney.com**
2:18
**days**   39:9,16
132:24
**deal**   61:18 70:23
99:20
**dealing**   128:17
**debit**   32:15 129:15
**december**   51:17
53:16
**decide**   13:2 95:13
100:3
**decided**   12:24
22:13 39:4 95:11
**decision**   26:20
99:6 111:22
**decisions**   14:21
110:17
**declaration**   3:9,10
10:3,5,7,12,19,21
11:5,18,20 12:2
13:3 50:22,25
51:9,16 53:17
54:12 55:23 56:18
60:7 65:24 72:8
72:10 102:21
114:5 124:17
**declarations**   11:2
**declined**   94:25
**decode**   39:13
44:23 46:12 93:21
**decompose**   57:25
**deemed**   23:8
**defendant**   1:14
2:14 51:10
**definitely**   82:17
**delegate**   13:25
**deliberately**   58:13
90:20
**deliver**   25:14
43:22 44:4,8

91:16 105:18,19
106:25 135:5,6,8
**delivered**   22:4,6,9
23:17 25:17 55:2
107:2,3,7 133:19
**deliveries**   21:4,5
28:8,9 42:8 95:3
**delivers**   134:12
135:4
**delivery**   20:9 21:8
21:22,23 24:21
26:3,4 32:23,24
33:2 42:9,22 43:2
43:3 44:7 52:2
53:10 57:7 95:25
132:16,20,22
133:19,23 134:6,9
134:13,14,16,22
135:2,6,10,11,12
135:23,24
**demand**   83:6
**department**   14:14
14:18 26:22 27:2
27:7,15,24,25
47:22 64:25 76:21
77:11 80:22
107:12
**department's**   29:4
**departments**   14:7
14:10
**depend**   37:23
**depending**   24:20
**deponent**   4:24
**depose**   101:23
**deposed**   10:14
**deposition**   1:15
4:9,24 5:23 6:9
7:12 8:7,12 9:2,6
9:9,12,25 10:8,15
10:21 11:9,13
96:16,20,24 97:18

97:20 98:5,7
139:3,5 140:5
**depositions**   6:11
6:16 11:3
**depreciation**
35:13
**derived**   118:7
132:9
**describe**   12:12,14
14:17 15:20 16:10
32:5 35:5 39:25
52:6 67:7 77:9
79:11 114:5
124:20
**described**   11:5
20:19,23 74:24
113:9 123:7
125:10,11 127:5
127:16 131:11
**describes**   24:14
**describing**   69:11
73:7,21,24 126:13
**description**   24:18
24:22 47:12
104:17
**design**   78:25
**designed**   18:4
126:19
**designer**   79:5
**detail**   20:6,16 34:7
81:16 128:5
130:17 132:25
134:19
**detailed**   18:20
19:12,16
**details**   6:17
107:21 136:14
**determine**   26:10
28:21 53:22 54:4
72:2 132:11

[developed - entitled]

| | | | |
|---|---|---|---|
| developed 41:15 | direct 30:24 64:8 | dock 21:16 | 128:22 129:2 |
| developer 124:25 | 124:16 | document 11:17 | 131:20 134:3 |
| development | directional 110:13 | 51:15 72:20 112:7 | earned 28:17 |
| 60:13 | directionally | 114:13 127:19 | 122:21 |
| device 21:14 | 29:16 82:20 85:13 | documents 66:2 | easier 30:14 |
| devices 116:7 | 129:9 | 69:17,18 87:5 | 116:21 |
| diane 1:9 | director 51:20 | 104:2 114:6,11 | easily 36:18 39:23 |
| dictated 31:15 | directory 49:5 | doe 90:17 | 41:24 52:20 107:5 |
| dictionary 24:13 | disagree 97:11 | doing 20:18 25:21 | 112:24 123:2 |
| diedra 116:3,4 | disappear 19:16 | 25:22 42:2 54:11 | east 90:7 |
| difference 69:11 | disappears 19:3 | 64:5 77:21 79:16 | easy 71:8 115:11 |
| 76:6 82:8 | disaster 39:6 | 81:24 88:16,24 | eight 87:23 115:17 |
| different 9:20 | disclosure 80:22 | 111:7 129:20 | either 25:25 56:18 |
| 14:23 17:4,5 | discounts 32:21 | dollar 130:13,14 | 101:9 103:2,4 |
| 26:18 27:20 28:19 | discovery 77:16 | dollars 51:4 52:3 | 110:10 118:25 |
| 30:7 35:7,8 38:8 | 78:10 117:13 | 52:10,13 53:4,6 | 119:11 |
| 41:17 43:25 44:5 | discuss 9:4 72:11 | 54:2,4,13,14 56:2 | electronic 46:2,2 |
| 51:22,23 56:5,14 | 82:15 115:7 | double 124:9 | eleven 114:9 |
| 57:19 59:9 61:16 | discussed 13:6 | drive 14:21,21 | eliminating 83:24 |
| 62:11 63:22 67:22 | 25:6 63:6 70:12 | 39:18,19 60:14 | 84:3 |
| 71:7 73:21 74:5 | 70:16 71:13 79:14 | 120:8,11,19,25 | email 2:7,12,18,23 |
| 78:20 88:5 102:22 | 117:5 129:2 | driver 21:8,22 | 21:10 46:10 92:14 |
| 103:13 105:17 | discussing 20:4 | drivers 26:3,4 | employees 9:3 |
| 106:10,10,21 | 94:11 107:16 | drives 39:21 | 80:8 |
| 111:6 117:2 | discussion 98:8,20 | driving 120:6 | en 34:8 |
| 121:11 124:25 | 99:5 | drop 120:23 | encourage 99:15 |
| 125:3,5,8,18 | discussions 70:17 | drops 47:6 49:4 | ends 75:21 |
| 128:24 129:20 | 71:16 | due 47:11 48:25 | engage 130:25 |
| 130:3 134:24 | distinction 135:18 | 49:3 | engagement 71:21 |
| 136:11 | distinguished 26:2 | duly 5:14 | 131:4 |
| differently 56:20 | 40:20 | duplicated 105:16 | engineer 78:25 |
| 129:19 | distribution 33:5 | **e** | enhance 23:4 |
| difficult 34:15 | 33:7,9 34:4 89:7,8 | e 2:1,1 3:1,8 5:11 | enhanced 68:3 |
| 95:6 | 91:24 92:7,10 | 102:8,8 120:13 | 69:19,25 |
| difficulty 95:10,12 | 110:18 136:8,11 | 132:15 138:1,1,1 | entail 75:10 |
| digit 23:25 24:6 | distributions | 139:1,1,1 | entering 32:14 |
| digital 75:4 86:7 | 89:22 | earlier 40:20 43:5 | entire 60:23 |
| 86:15 117:19 | district 1:1,2 | 67:14 68:10 80:14 | 120:23 |
| digitally 86:6 | divide 128:10 | 87:21 91:23 110:6 | entirety 104:10 |
| digits 24:9 | division 25:13,13 | 113:9 117:5 | entitled 1:17 11:17 |
| | 25:20 31:3 32:11 | 125:11 126:18 | |

Veritext Legal Solutions
866 299-5127

**[entry - facts]**

entry   32:15,16
  129:15
environment   71:9
  108:21 109:5,8,9
equivalent   44:15
  44:19 46:4 85:25
  86:3 89:14
equivocally   56:3
eric   1:15 3:5,9,10
  4:1 5:1 6:1,4 7:1
  8:1 9:1 10:1,19
  11:1,18,21 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1,10
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1 84:1
  85:1 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1

100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1
  118:1 119:1 120:1
  121:1 122:1 123:1
  124:1 125:1 126:1
  127:1 128:1 129:1
  130:1 131:1 132:1
  133:1 134:1 135:1
  136:1 137:1 138:3
  138:15 139:4
  140:6
erica   1:6
error   50:7
escape   7:22
especially   40:19
esq   2:6,11,17,22
esqs   2:4
estimate   22:18
  53:24 85:14 86:12
  113:20
estimated   84:21
estimates   71:14
estimating   127:16
estimation   82:13
et   36:10 43:3,4,4
  48:24,24 104:10
  105:11 135:4
  139:2
event   140:20
events   10:10
everybody   30:10
  31:7 80:25 101:25
exact   9:21 43:12
  52:24 103:3 110:6
exactly   7:17,22
  24:12 34:18 50:17
  51:6 53:5 56:4

68:10 77:4 92:6
  112:8 115:8,9
  122:3 125:7
examination   3:4
examined   5:15
  140:14
example   23:18
  32:2 36:8 41:16
  41:18 42:11 44:2
  58:14 106:11
  108:3 119:15
  120:3,17 134:25
  136:10
exceed   52:3,13
exceeded   51:4
  52:9 53:6
excel   38:2,9 87:12
  87:14,16
excess   52:24
exclude   118:5
excuse   78:6
execute   41:21
  49:24
executed   10:3 12:3
executes   50:9
exercise   72:7
exhibit   3:9,10,11
  3:12 11:17 51:8
  60:7 106:12
  108:15 112:5
  124:18
exhibits   102:10
  103:19,19,23
  119:8
exhibt   102:12
exist   19:21 39:11
  49:19 67:5 74:7
  94:11 107:21,22
  120:12
existed   134:13

existing   60:13
exists   18:22 24:2
  104:6 120:12
expect   98:17
expectations
  100:21
expedited   5:7,9
experience   8:24
  60:16 64:6 119:18
expertise   15:21,22
expires   139:25
explain   12:7,19
  69:17
explained   68:9
  73:25 74:2 125:4
  126:17,24
explaining   74:9
explicit   97:17
export   38:6,22,25
  39:4,7,9,11,15
  109:25
extended   93:4,7
  118:15
extent   94:16
  110:24
extract   109:14
  112:16 119:14
extracted   108:16

**f**

f   102:8
facilities   99:10,25
fact   8:16 97:10
  99:20 127:6
  131:19
factor   104:18
factories   91:2
factory   35:13
  120:18
facts   8:20,22 9:13
  9:17 119:21

Veritext Legal Solutions
866 299-5127

[fair - full]

fair 6:18 17:25
100:17
fairfield 140:2
fairly 123:24
fairness 63:16
85:3 115:15
familiar 6:16 15:2
61:12 63:20
familiarity 28:24
far 30:13 36:15
52:20 90:10 91:17
91:18 120:6
121:22
farther 91:19
fashion 78:3
fast 102:16,17
faster 77:22 82:16
favor 126:22
fax 21:10
fear 110:10
feasible 66:7 87:11
109:13
february 20:22
fee 135:6,12
fees 9:4 32:21
51:25 52:7,15,21
52:23 53:20,23,24
54:3,5 55:7 56:4
fell 60:19
felt 54:11 79:18
127:7
field 28:8 58:4
105:12 106:5,6
fields 69:14 70:2,4
70:7 87:5 103:13
104:8,10,11,13,15
104:22 105:9,16
106:2 116:15
fight 97:8,23
figure 36:14 52:12
53:2 56:12 74:15

94:23 108:10
127:10
figuring 94:20
95:5
file 38:6 44:21
45:8 47:17 48:16
48:20 49:4,6,12
filed 103:23
files 49:9
filing 50:25
fill 18:18 74:13
95:19
filling 18:24
final 125:6 126:10
finance 26:9,13,14
26:17,18 27:2,6,10
27:14,25 28:14,18
28:21,23 29:4
30:13 48:12 88:19
88:23 119:12
128:22 129:2,8
finances 30:14
financial 28:13
32:6 33:6 34:24
35:15 129:24
financially 88:16
129:25 130:11
financials 22:2
31:18
find 36:4 54:18
61:21,24 64:7
71:7 74:12 89:3
92:17,20,24 93:4
94:5 101:17 108:5
131:24 133:4
finding 112:20
fine 7:8 73:16
finish 20:20 52:18
98:2 99:13,15
100:9,10,25
116:19 132:7

finished 78:7
firm 27:6
firms 79:2
first 6:2 7:16
39:15 42:2,21
43:14 54:18 63:16
67:8 70:19 71:5
73:17 94:24 97:4
104:3 106:8,16
108:9 124:16
125:12,22 140:12
fit 24:23 38:2
87:12
fitzgerald 116:4
five 8:2 29:12,15
32:7,9 44:4 64:5
96:2,5 100:22
124:10
fix 7:4
fixing 95:8
flat 89:20
fletcher 1:8
flexibility 96:18
96:18,19,20
100:14 106:9
flexible 100:13
flips 50:5
floor 1:22 2:15
138:7
florida 91:6
121:23,24,25
flow 20:11 111:21
focused 88:25
folks 82:15
following 75:24
follows 5:16
food 30:17,23 78:4
88:12 101:15,17
force 130:22,24
131:5

force's 131:6
foregoing 138:4
forget 45:14 52:24
forgive 90:11
125:19
forgot 58:6
form 4:18 12:21
13:17 18:10 36:17
39:8 41:23 58:4
76:3 80:2 81:10
86:13,20,21 116:7
136:5
formal 84:18
134:14
format 44:13
47:15,20 48:17
67:18,22,25 68:10
86:7 93:14 103:12
former 131:12
forms 46:24
forth 108:24
forward 47:2
79:18
four 8:2 11:13
41:6,9 96:5
100:23 104:3
113:18 135:3
framingham
91:15
francine 1:17,24
140:3,25
francine's 116:20
francisco 2:5
frankly 100:9
101:21 126:10
free 58:4 85:10
104:20
front 83:15 112:4
full 35:12 37:13,14
80:22 99:5

Veritext Legal Solutions
866 299-5127

[fully - hashed]

**fully** 91:8
**function** 10:10
  14:19,20,22 47:25
  61:22
**functionality**
  131:2
**functions** 8:25
  13:19 14:4,6,23,24
  28:7
**funds** 78:9
**funnel** 83:4
**further** 4:12,16,21
  140:11,18
**future** 101:22

**g**

**g** 138:1
**gaap** 129:13
**gain** 82:18
**gallon** 64:5 91:14
  135:3
**garb** 1:17,24 140:3
  140:25
**general** 10:15 31:4
  125:23
**generally** 12:7
  15:13 27:23
  129:13
**generate** 128:14
  131:25
**generated** 107:14
**generating** 59:24
**generic** 35:6
**gentleman** 79:7
  112:11 126:19
**geo** 120:5
**geographies** 89:9
  91:22 110:19
  121:12 123:18
**geography** 89:10
**germane** 19:9

**getting** 20:5 73:10
  133:6
**giant** 30:17,23
**give** 9:6,9 15:24
  23:18 24:24 41:16
  74:8,15 78:17,18
  85:4 95:4 100:24
  103:20 105:13
  111:4 113:11
  120:3 124:10
  134:25 139:6
**given** 8:15 11:12
  55:9 63:14 106:13
  122:9
**gives** 24:19
**giving** 5:12 84:11
  85:10 95:14
**global** 30:19,23
**globe** 30:10 31:7
**gms** 23:22
**go** 6:17 12:20
  13:10 19:13,20
  20:15 22:13 23:3
  36:4,18 37:3,12,21
  42:23 43:2 44:24
  45:10,17 46:6,7,12
  57:24 58:4,7,17,19
  58:21,25 59:3,15
  74:11,12 79:16
  81:17,24 82:14
  83:6 92:16 93:15
  94:18 99:18
  101:17 102:16
  106:25 107:16,20
  108:5,11 109:22
  113:4 114:2,4
  115:6 117:25
  118:20 120:24
  121:8,22 127:10
  127:14 130:7
  131:23 134:6

136:13
**goal** 100:11
**godfrey** 2:9
**goes** 19:3,14,15
  20:9,14,15,20
  22:12 33:9 34:6,7
  34:8,21 43:16
  60:4 91:18,19
  100:16 121:21
  135:23,24
**going** 6:15 7:2
  11:16 36:7,8 43:5
  43:22 44:11 50:12
  54:7 56:11 68:11
  68:12,13 72:19,23
  73:3,9 76:7,8
  78:17 80:4 84:8
  84:23 99:11,13,14
  99:24 100:4,8,15
  100:16 101:16,20
  102:3,5,16,17
  103:18 104:4
  109:14 116:12
  117:2,7,14 124:25
  134:5,7,8,9,11
  135:5,6,8,15,16
**good** 5:20 11:25
  16:15 48:6 113:19
  125:17,25 133:11
  134:2
**goods** 34:22,23
  35:3,6,14
**gotten** 60:3
**grab** 55:6
**grabbing** 119:25
**gradually** 22:22
**grand** 127:4
**green** 17:10 44:18
**grocery** 91:7
**gross** 122:22

**group** 27:9,12,14
  47:25 77:5 118:24
  119:11,11 127:22
  130:9
**grown** 20:3 22:18
**guess** 8:2 16:12
  46:22 47:19 48:15
  72:22 76:5 86:9
  91:25 106:8
**guys** 96:11 123:19

**h**

**h** 3:8 138:1 139:1
**half** 66:8 74:3
  101:3,10 113:24
  122:17
**hampshire** 121:13
**hand** 21:12,14
  24:23 33:23,24
  92:2,13 134:8,8
  135:2
**handed** 87:16
**handing** 81:17
**handle** 16:15
  82:24
**hanging** 136:23
**happen** 49:18
  97:12
**happens** 20:10
**happy** 98:9
**hard** 7:16 39:18
  39:20 56:8,9
  61:21,24 66:5,10
  86:18 94:20 98:12
  98:19 116:6
  122:25
**harding** 1:4 104:5
  107:6,11
**harding's** 107:7
**harrigan** 1:5
**hashed** 93:14

Veritext Legal Solutions
866 299-5127

[haven - insight]

**haven**  2:16
**head**  52:25 61:24
  76:20 90:6 106:5
  118:17
**headhunting**  79:2
**hear**  65:21 87:19
  118:4
**hearing**  98:24
**heather**  1:5
**held**  21:12,14
  24:23 134:8,9
  135:2 140:6
**helds**  33:23,24
  92:2,13
**help**  11:8 14:21,21
  16:19 71:23 91:3
  113:25 121:3
  126:10
**helping**  58:23
**hereinbefore**  1:16
  140:16
**hereto**  4:7,14,18
  4:23 140:19
**high**  23:10,11,12
**higher**  84:9 85:4
**hire**  74:11,12
  76:12 77:10,20
  78:2 79:24 83:20
  83:22 94:5 122:13
  125:2
**hiring**  83:17 94:18
**historical**  95:8
  131:18
**historically**  15:8
  15:12 26:9,18
  107:22
**histories**  119:9
**history**  8:23 20:13
  29:16 36:6 37:4
  40:5 55:6 92:20
  94:10,24 104:4

  119:6 136:17,18
**hit**  46:9 130:12
**hold**  29:15 43:12
  72:19 112:12
  122:2
**home**  18:5,6 25:13
  25:17 63:11 75:6
  75:15 81:5
**homes**  25:14
**honest**  116:21
**honestly**  80:9
  100:2 115:20
**hope**  98:18
**hoped**  98:11
**hopefully**  101:11
**hoping**  9:23
**hour**  96:20,24
  97:5,18,20 98:2,5
  98:11,13 99:16
  100:18,24 101:3
  101:10,11,18
  102:5 113:14
**hours**  96:17,19
  98:18,18,21 100:9
  100:10,12 101:21
  112:19 113:15
**house**  40:9 62:25
  63:18 64:21,25
**hundred**  76:18
  90:23 127:4 129:5
  130:13,14
**hybris**  131:8
**hypothetical**
  136:12

**i**

**i.e.**  14:25
**idea**  8:4,6,11
  16:15 29:10 39:3
**identification**
  11:20 51:9 102:11
  102:13

**identified**  23:23
  23:23 83:18 85:18
**identifier**  23:20
  47:13
**identify**  22:25
  24:3 43:17 81:7
  83:23 112:21
**ids**  43:17
**imaginative**  65:2
**imagine**  50:2 70:2
**implemented**
  31:17
**important**  17:9,11
  19:7 42:7 55:21
  61:11 65:11 89:6
  110:22 133:12
**imported**  114:22
**impossible**  56:7,9
**improve**  60:15
**improvement**
  14:10
**improvements**
  14:22
**inaccurate**  95:14
  95:17,18
**inc.'s**  51:11
**include**  22:3 32:5
  34:21 35:8 118:14
**included**  29:4 32:7
  32:18 35:4 82:5
  107:6
**includes**  118:7,9
  118:15
**including**  35:8
  42:25
**incomplete**  95:17
**increase**  70:6
  81:12
**increasing**  82:23
  83:5,6 84:6

**incremental**  70:7
**indicate**  139:6
**indicating**  96:14
**indication**  24:19
  24:24
**individual**  21:3
  36:11,12 37:25
  44:6,25 47:4,11
  74:11 89:19,21
**individually**  1:9
**industry**  62:22
  63:7 123:10,12
**info**  20:19
**inform**  79:10
**information**  9:13
  19:9 21:7,14,21
  23:11,11,13 24:16
  27:2 32:6,10,19
  34:5,22 37:22
  42:21 45:5 47:8
  49:11 55:13,17
  56:16,22 58:8,9,16
  58:18 68:6,7
  81:20 82:19 83:12
  85:11 94:9,10,17
  95:14 104:21
  105:23 106:22
  107:20 110:3,12
  110:15,21 112:15
  112:21 113:5
  114:17 118:7,9
  119:14 132:11
  133:5,6 135:23
**inherent**  58:2
**inherently**  120:9
**input**  61:7 116:5
**inquiry**  53:9
**inside**  76:14 90:22
**insight**  14:20
  126:25

Veritext Legal Solutions
866 299-5127

[insights - largely]

**insights** 76:21
116:2
**instance** 23:15
29:13 57:8 67:16
71:7 91:5 94:23
**instances** 64:10,11
**integration** 51:20
**intelligence** 14:13
14:18 27:9,12,14
118:24 119:19
**intention** 73:4
**interact** 11:7
17:16
**interacted** 62:9
**interaction** 129:23
**interested** 88:15
90:3 107:9 140:20
**internal** 79:20
113:24 126:3,7,8
126:11
**internally** 77:21
109:21 111:17,22
122:12,14
**internet** 26:2
**interpret** 115:2
**interrupt** 48:18
**introduction**
90:12
**invest** 23:3
**investment** 23:3
**invoice** 45:3,6,20
45:23 46:13,24,25
47:21 58:10 59:21
59:23 60:2 68:21
68:21 85:25 86:21
112:14 116:18
117:6,11,22
118:10,21 119:4
131:25 132:5,16
132:17,20,22,25
133:2,7,7,14,16,17

133:18,20,22,24
134:17,21 135:18
135:25
**invoices** 44:10,11
44:13 45:8,17,18
46:8,23 48:5,21
59:17,20 66:5,8,10
66:14,16 68:18,24
69:14 74:2,3 75:5
75:13 81:4,8 82:9
83:19 85:18,24
86:5 116:10
117:15,16,20,23
118:2,5,8 119:13
132:9,9
**invoicing** 49:7
**involve** 9:3
**involved** 9:10 16:7
25:4 50:22 62:4
**involvement**
123:25
**involving** 9:7 61:5
**ira** 64:17 65:15
**iri** 63:19 64:12
65:13,18 123:8,9
**island** 121:14
**isolated** 54:25
**issue** 9:14 39:11
39:12 87:23 89:2
109:24 118:19
**issued** 116:10
133:25
**item** 57:16
**items** 47:11 76:18
82:7 93:24 134:17
134:21 135:10,25

**j**

**j** 1:4 139:2
**jam** 1:3
**jbtropp** 2:18

**jcuevas** 2:12
**jeans** 130:8
**jennifer** 1:7,8
**jersey** 2:21 121:20
121:21
**jesse** 2:11 97:13
98:4,21
**job** 50:4,4,5 60:12
60:20 100:20
101:4 102:2
115:25 116:21
125:11
**jobs** 49:24 125:2
**jog** 9:24
**jonathan** 2:17
**joseph** 2:4
**judge** 74:6 78:17
97:16 98:14 99:25
**julie** 1:4 104:5
107:6,7,11
**july** 1:20 3:3 97:13
97:17 98:25 138:8
139:3 140:7,22
**jumping** 64:14,22
**jumps** 61:11
**june** 91:6
**justified** 23:2
**justin** 2:11

**k**

**keep** 19:6,8 20:12
23:9 35:16,23
45:25 60:15
131:21
**keeping** 20:23
**keeps** 45:22 69:13
**kendall** 50:23
**kept** 19:7,8 46:5
69:12
**key** 58:4 112:25
**kind** 32:22 34:2
70:5

**knew** 25:2
**know** 7:3,10 9:25
12:17 15:21 22:16
23:6 26:11 28:20
29:6 35:4,23,25
36:2 40:3,5 41:19
42:3,8,9,13 43:10
43:10,11,15 47:18
51:14 54:17 55:22
65:5,12,15,17,20
69:9,23 76:14,15
80:7 82:14,17
83:8 87:23 88:23
90:4,22 91:11,18
94:22 95:24,25
96:14 101:7,15
105:25 106:5
107:4,11,12
112:10,13 115:7
119:10 121:22
131:14,15 133:13
133:14,17 136:6
**knowing** 81:23
**knowledge** 62:15
70:15 79:21
138:10
**known** 107:7
109:16
**knows** 40:2 79:23
**kopet** 1:7
**kpis** 21:3 28:7

**l**

**l** 4:3 5:11
**label** 91:2
**labor** 35:13
**lacks** 71:8 78:5
**language** 18:9
37:19
**large** 38:2 78:9
**largely** 69:15

**[late - lunch]**

late  51:25 52:7
53:20,22 54:2
55:7
lawsuit  7:20,23
8:4 77:18,19
lawyer  55:25
lead  127:3
leader  76:22
leaders  92:13
left  76:23 96:21
115:25
legacy  16:17,21
17:3,6 19:15 20:2
24:2 32:16 34:8
42:3,4 43:21 46:6
67:13,18 69:5
legal  14:25 95:15
110:11
letter  21:10
letters  99:2
level  23:10,11,12
89:17 127:8
129:12
license  1:25
140:25
lid  18:21,25
life  75:6,14 81:5,9
82:5,11 83:19,25
lifesaver  135:22
limit  53:9 82:9
97:5 98:14
limitation  42:3
43:21 82:4 105:2
limitations  24:10
83:25 105:7
limited  24:9 73:6
line  47:11 99:3,7,8
105:6 119:24
124:22 134:17,21
135:10 139:6,8,10
139:12,14,16,18

139:20
link  117:23
listed  104:9
lists  35:20
literally  19:3 24:9
60:4
little  25:8 49:20,22
74:17 82:12 84:3
91:20 98:2 99:18
100:24 102:21
126:22 132:12
live  31:18 42:8
73:7 74:20 76:2,7
76:11 92:22 94:13
94:17 108:2 115:3
132:8
lived  42:9 43:11
53:15 54:6,6
108:13
livelihood  81:22
livesaver  136:13
llp  1:21 2:9,15
138:5 140:8
load  114:18
125:15
loaded  32:10
locally  31:24
locate  75:12
location  44:7
locations  32:23,24
32:25 33:2 43:25
logically  120:2
long  5:13 6:6 7:7
7:25 23:6 24:22
29:10,24 39:3,6
79:18 115:12
120:7,9,10,19,20
122:15
longer  10:14 59:12
60:17 84:8 115:16

look  11:19,24 36:6
36:11 37:4,16
38:14 39:5 48:5
51:13 52:21 58:18
61:4 65:23 70:5
74:21,21 81:2
85:15 87:9 89:9
89:14,15 93:15
103:24 112:5
118:20 119:8
127:10,21 136:14
136:17
looked  52:14,15
54:5,10 112:14
120:20
looking  10:18
37:25 54:24
105:24 106:6
looks  68:22 69:2
73:11
lord  1:15 3:5,9,10
4:1 5:1 6:1,4 7:1
8:1 9:1 10:1,19
11:1,17,18,21,23
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1,7,10 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1

62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1,6 100:1
100:20 101:1,23
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:3,15 139:4
140:6
los  2:10
lot  34:7,18 49:10
49:19 52:10 63:18
63:22 64:21 69:25
77:15,18 81:15,22
94:2 119:20
120:24 125:6
lots  33:12
low  91:17
lowenbach  2:19
lunch  100:17,19
101:5,6,9,11

Veritext Legal Solutions
866 299-5127

[mail - n]

| m | | | |
|---|---|---|---|
| **mail** 45:20 | **marries** 47:5 | **meeting** 61:10 | **monitors** 49:23 |
| **mailbox** 130:12 | **maryland** 91:17 | 63:24 64:2 | **month** 18:18,20,24 |
| **mails** 120:13 | 91:17 | **meetings** 62:8 | 19:12 20:10,20 |
| **maine** 91:16 121:8 | **mass** 34:8 121:18 | **memory** 9:24 | 48:22,24 56:11,13 |
| 121:13 | **massachusetts** | 24:25 | 127:10 130:4,4 |
| **maintain** 42:6 | 121:14 | **mentioned** 14:12 | 132:20 |
| 71:2 116:6,9 | **massive** 49:12 | 22:11 | **monthly** 20:6 |
| 117:3,6,19,21 | **master** 97:16 | **merged** 109:2 | **months** 19:17 |
| 128:3 | **match** 16:25 | **met** 102:4 | 20:16 87:18 |
| **maintained** 18:14 | **material** 61:23 | **methodology** 54:3 | 107:21 130:16 |
| 19:22 66:25 69:10 | 89:12,13 | **metro** 121:16,17 | **moretti** 1:7 |
| 116:12 | **materials** 61:19 | 122:8 123:4 | **morning** 5:20 |
| **maintains** 42:4 | 70:10 | **microsoft** 87:12 | **morristown** 2:21 |
| 110:24 111:2 | **math** 36:14 80:24 | 87:14 | **motion** 51:12 |
| 117:22 | **matter** 8:12 9:7,10 | **mid** 121:20 122:4 | 103:23 |
| **makeup** 82:6 | 11:5 86:16,17 | 123:4 | **move** 39:21 |
| **making** 50:2 54:12 | 87:14 103:6 | **migrated** 16:17 | 127:11 |
| 135:17 | **matters** 82:3 | **million** 42:13 51:4 | **moveable** 39:23 |
| **management** 17:8 | 110:11 | 52:3,9,13 53:4,6 | **moved** 42:12,13 |
| 111:22 | **matured** 131:7 | 54:2,4,13,14 56:2 | 42:14,17,18,19 |
| **manipulate** 106:9 | **max** 98:10 | 66:8 70:24 74:3 | 52:11 53:2 59:19 |
| 106:17 | **mean** 15:5,6 16:11 | 86:5,6 | 95:2 110:8,9,10 |
| **manpower** 78:10 | 16:12,22 19:11 | **mind** 64:15 101:7 | **moves** 42:20 |
| **manual** 50:6 | 23:12,19 24:21 | **mineable** 44:16 | **msa** 123:10 |
| **manufactured** | 29:18,19 30:22 | **minute** 79:13 | **msas** 123:12 |
| 91:15 | 55:8 80:3 85:21 | 124:9 | **multiple** 8:25 |
| **manufacturing** | 90:18 96:19 103:8 | **minutes** 99:14 | 21:13 39:9,10,20 |
| 35:11,14 | 107:3 116:15 | **misnomer** 49:20 | 39:22 56:24 57:11 |
| **map** 123:19 | 119:22 129:18 | **missed** 28:9 72:12 | 57:15 71:18 91:21 |
| **mark** 1:4 11:17 | 136:6 | **mistaken** 74:21 | 93:20 106:4 |
| 57:20 102:9 139:2 | **meaning** 21:15 | **model** 132:21 | 109:19 121:10 |
| **marked** 11:20 | 59:4 69:16 104:8 | **modern** 17:16 | 123:17,18 |
| 51:9 102:11,13 | 123:4 | 43:23 105:2 | **multivalue** 17:13 |
| **market** 60:22 | **meaningful** 62:10 | 132:15 | 57:2,3 |
| 62:22 | 126:6 | **modernized** 25:5 | **mush** 129:12 |
| **marketing** 60:11 | **means** 17:15 96:19 | **moment** 7:23 88:3 | **mushed** 32:22 |
| 60:12 62:2 63:6 | 102:3 | 132:18 | **mute** 97:7 |
| **markets** 123:10 | **meant** 38:22 | **monday** 63:25 | |
| **marking** 62:5 | 106:19 | **money** 47:10 | n |
| | **mechanics** 12:20 | 83:13 | **n** 2:1,6 3:1 4:3 |
| | | | 102:8,8,8 138:1 |

Veritext Legal Solutions
866 299-5127

**[name - old]**

name  5:20 6:2
  17:6 25:12 26:11
  44:20 45:14 50:2
  64:24 79:7 88:5
  92:18 93:24,25
  94:8 105:4,10
  112:11 116:3
  139:2
names  64:20 65:10
  121:6
national  47:25
  90:13,17 91:9
natural  90:23
nature  7:24
near  81:3
necessarily  35:22
  47:13 107:3
  123:21
necessary  23:8
  46:3 81:7 98:12
  101:18 124:21
  125:9
need  6:17 14:25
  16:2 22:25,25
  37:17,18,20 38:11
  38:13,16 39:5
  40:2,6,12 42:8
  47:9 50:4,5 57:24
  59:4 67:22 74:10
  74:12 78:2,2
  79:16,17,17,21
  82:14,24 83:16,22
  86:2 88:15 94:3
  94:18,22 97:23,25
  101:6,25 108:9
  113:23 115:6,11
  115:12,16 118:2
  118:20 125:18,24
  126:2 128:7,18
needed  21:24
  79:20 88:22

needs  22:24 71:4
  102:4 125:22
negotiate  26:5
negotiating  26:3
neilson  61:13,16
  61:20 62:3,12,15
  62:16,18,21 63:7
  63:14,15,21 64:6
  65:5,6,7,8 123:9
neolithic  15:20
nestle  1:13 6:12,14
  7:20 8:17 9:3
  10:20 11:14 13:15
  15:6 29:13 30:9
  30:16,16,20,23,24
  31:3,4,4,10,11,11
  31:14,17,19,21
  32:7 33:11 34:5,5
  34:24 35:16 38:17
  38:19 40:2,9,19,20
  40:23 41:3,19
  45:22 46:21 47:22
  48:9 51:10 61:19
  62:3,18 63:2,15
  64:17 65:6 69:10
  70:10 72:2 75:6
  75:14 76:14 77:8
  78:4 79:23 80:7
  81:5,8 82:5,10
  83:19 87:6 109:22
  110:24 111:7
  114:5 117:8
  130:21 139:3
nestle's  9:10 30:5
  30:7 131:15
net  32:21 33:15,15
  33:17,17 83:8
  130:14
network  135:24
never  20:15 45:22
  61:3,17 62:12

70:13 100:10
new  2:16,21 8:9,10
  18:23 19:4 30:3
  41:20 42:16,22
  43:3 90:18,20
  121:13,16,17,21
  122:8 131:16
non  88:17
nope  14:16
normal  120:12
  127:25
normally  118:23
north  1:13 10:20
  13:16 15:7 30:25
  31:11,19 41:20
  51:11 139:3
northeast  88:25
  89:7 90:7,9 121:8
  121:12 122:8
  123:4
notary  1:18 5:15
  138:22 139:25
  140:3
note  55:21 58:19
noted  102:6 137:4
notes  56:15,17
  58:3,3,3,18,22,25
notice  4:15
november  66:12
number  22:6
  27:19 28:7,8
  43:23 44:7 52:9
  52:15,24 69:24
  89:12,13 104:9
  105:3,10,11,11
  106:23 108:4
  110:7,7 139:6,6
numerous  27:19
nwna  32:3 51:25
  88:4

nwna's  75:4

**o**

o  4:3 5:11 102:8,8
  102:8
o'clock  100:22,23
oath  6:21
object  78:14,15
objection  8:19
  13:17 36:17 39:8
  41:23 53:12 67:20
  72:6,17 77:23
  78:12,13 80:2
  81:10 83:3,14,21
  85:6 102:24
  106:15 111:8,24
  136:5
objections  4:14,18
obligations  77:19
  78:10
obviously  27:8
  75:21
occur  95:20
occurred  133:15
offered  61:7
office  18:5,6 25:13
  37:16 63:11 75:7
  75:15 81:6 88:8
  92:14 101:14
offices  1:21 25:15
  25:18 138:5 140:8
official  4:8
oh  61:14 86:16
  87:3 135:11
okay  7:4 17:5 25:8
  65:25 66:3 73:16
  95:11,13 114:14
  127:24
old  16:17,21,23,24
  17:3 18:16 30:4
  43:6,8 44:9 50:10
  59:8,13,14,22,25

[old - person]

| | | | |
|---|---|---|---|
| 60:3 67:15 79:7 | **originally** 84:15 | 77:9,17 79:12 | **pennsylvania** |
| 90:18 131:16 | **orloff** 2:19 | 81:2 85:15 87:9 | 91:18 121:9 |
| 132:14 | **ought** 101:21 | 114:4,6,7 115:5 | **people** 14:6 21:3 |
| **older** 67:6 | **outcome** 126:6 | 124:17 125:10 | 24:17 38:19 40:3 |
| **ollenschleger** 2:22 | **output** 39:14 | 126:14 127:5,6,23 | 40:9,13,16 41:3,5 |
| **olss.com** 2:23 | 41:11 87:2 | **paragraphs** 65:24 | 41:9,12 49:24 |
| **once** 39:25 74:14 | **outputs** 126:10 | 66:4 75:24 | 56:4 62:8,18 |
| 112:21 | **outside** 12:23 | **parallel** 26:15 | 64:21 69:23 72:8 |
| **ones** 27:22 131:16 | 76:13 79:24 83:16 | **parent** 30:17 34:6 | 76:14 80:9,11,15 |
| **opens** 50:3 | 95:3 113:16,17 | 34:21 | 80:17 81:19,23 |
| **operable** 69:6 | **outsider** 77:20 | **pareshkumar** 1:9 | 91:4 125:5 126:3 |
| **operating** 29:8,11 | **outsourced** 131:24 | **part** 39:15 70:21 | 126:7,8 |
| **operations** 49:22 | **overlap** 129:7 | 71:2,4 80:11,13 | **people's** 131:22 |
| 50:9 | **overnight** 34:2 | 95:6 121:15,16,19 | **percent** 22:19,20 |
| **opinion** 61:10 74:4 | **owned** 10:11 | 130:5 135:10 | 23:7 68:8 69:12 |
| 74:5 83:11 84:13 | 63:11 | **particular** 28:17 | 69:13 76:21 80:23 |
| 84:13 85:7,13 | **owner** 30:24 | 36:22,23 98:10 | 82:21,25 83:11 |
| 95:13 127:7 | **ownership** 30:11 | 104:20 106:6,22 | 84:11,14 90:23 |
| **opportunity** | | 108:4,6,23 | 91:12 112:23 |
| 101:22 119:23 | **p** | **particularly** 7:2 | 122:20 129:5 |
| **opposition** 51:11 | **p** 2:1,1 4:3 | 87:10 | **percentage** 22:22 |
| **order** 5:3,5 28:21 | **p&l** 35:12 | **particulars** 7:22 | **perform** 69:6 |
| 58:7 98:14 99:6 | **p.a.** 2:19 | **parties** 4:6,13,17 | **performance** 21:3 |
| 99:23 112:13 | **p.m.** 102:6 137:4 | 4:22 140:19 | 28:13 71:3 |
| 124:21 125:11 | **package** 91:14 | **partly** 80:10,11 | **performed** 72:4 |
| **ordered** 98:14 | 129:11 | **partner** 84:19 | **performer** 21:4 |
| **orders** 81:19 | **page** 3:4 50:5 | **parts** 130:15,16 | **period** 28:17 29:3 |
| **ordinary** 110:16 | 75:23 76:4 98:16 | **party** 45:7,12 | 68:16 71:8 92:21 |
| 110:25 117:8 | 98:23 99:7,8 | 63:17 71:22 77:19 | 102:20 106:13 |
| **organization** 8:21 | 139:6,8,10,12,14 | **patane** 1:4 13:15 | 114:3,11,16 115:3 |
| 26:9,12 30:13 | 139:16,18,20 | 139:2 | 122:9 |
| 41:14 47:24 112:4 | **pages** 104:3 | **pause** 81:15 | **periodically** 35:22 |
| **organizations** | **paid** 36:25 47:9 | **pavone** 79:8 | **permits** 128:12 |
| 40:21 | 93:3 | 126:18 | **person** 24:21 |
| **origin** 90:13,16 | **pandemic** 101:15 | **pay** 128:6 | 37:18 43:3 76:23 |
| 91:3 | **paper** 139:6 | **pdf** 44:15,17,18,19 | 79:22 80:25 83:16 |
| **original** 78:24 | **papers** 37:13 | 86:9,20,21 117:6,9 | 83:22 112:19,23 |
| 79:5,8 84:12 | **paragraph** 51:24 | 117:10,16,22 | 113:21,23,25,25 |
| 85:23 126:20 | 60:9 66:6 72:21 | 132:3,3 | 115:22,23 116:2 |
| 132:2 | 72:24 73:2,3,6,19 | **pending** 7:7 | 125:2,9,10,12,13 |
| | 74:18,19,21,23,24 | | 125:14,19 126:2 |
| | 75:2,19 76:12 | | |

Veritext Legal Solutions
866 299-5127

[person – production]

134:7 135:2,24
**personal** 83:11
85:7
**personally** 74:25
**perusing** 51:15
66:2 72:20 104:2
114:13 127:19
**phoenix** 92:3
**phone** 2:11
**phonetic** 50:23
112:12
**physical** 45:24
**physically** 21:15
**pick** 17:10 18:8,9
18:11 46:11 67:15
94:3,4
**picks** 121:20,23
**piece** 37:18 93:9
**pieces** 56:25
**pipe** 84:4
**pitches** 62:23
**pitching** 64:4
**pitney** 1:21 2:15
138:5 140:8
**place** 15:9 16:13
18:15 33:8 36:3,5
39:5 59:10 103:13
131:17
**places** 16:12 35:7
**plaintiff** 2:3
**plaintiffs** 1:11,16
5:21 8:17 11:21
51:3,12,12 85:20
102:12
**plaintiffs'4** 102:14
**planning** 129:4
**plans** 34:11
**platform** 67:8
131:9 132:15
**playbook** 81:17

**plaza** 1:22 138:6
140:9
**please** 5:3 6:2,5
7:3 13:5 15:19,20
109:13
**plus** 16:24 104:23
105:14 130:25
**point** 10:12,13
29:14 43:5 76:5,6
76:10 84:17 86:10
86:17 87:14 98:9
134:22
**points** 94:11
**poland** 75:5,14
81:4,8 82:4,10
83:18,25 90:4,8,10
90:12,16,23 91:3
91:12 113:3
122:20
**poof** 59:15
**pop** 44:23 46:8
**popping** 61:24
**population** 94:25
**port** 38:25 51:2
**porter** 1:6
**position** 96:23
**possible** 88:23
112:2 122:18
**post** 34:3 68:18
**posting** 105:22
**potentially** 112:4
119:3
**practical** 66:7
**pre** 75:20
**precede** 107:25
**premise** 97:3
**prepare** 20:5
75:13 81:3 112:13
**prepared** 12:8
27:6,14,24

**present** 59:18
67:25 94:6 95:21
95:22,24 96:6
102:22 111:2
122:18
**presentations**
62:14,17,20 63:7
63:14 64:12
**presented** 62:12
**presently** 67:19
99:17 108:2
**president** 14:9
**pretty** 35:6
**previous** 7:21
**previously** 10:2
11:9 30:8 69:12
**price** 22:8 26:5
35:20 36:14 37:6
93:6 118:11,13,14
**prices** 26:5,8,23
27:3 35:17 93:3
122:22 128:3
**pricing** 25:24
26:10 123:25
124:4 127:23
128:7,8,15
**priesh** 112:12,23
112:24 115:23
**primarily** 16:3
21:2 90:7
**primary** 14:20
129:3
**principals** 129:14
**print** 46:9,9 68:23
119:15
**prior** 7:12,14
32:10 33:21,22
45:14,15 66:15
69:2 103:2,4
115:3

**privacy** 58:15
**privileged** 7:9
**probably** 22:19,20
41:6 46:16 98:2
110:2 111:18
113:22,24 122:17
**problem** 38:10
85:10 99:11
**proceeds** 99:8
**process** 12:8,12,15
19:10 20:4,18
33:25 49:8 73:21
75:11 86:25 94:18
126:13 130:5
**processing** 45:16
**produce** 13:11,20
39:14 41:10 45:7
45:9,20 48:16,19
48:21 66:7 85:23
85:25 106:20,21
111:10 112:17
115:4,19 118:3,10
126:5
**produced** 27:9,17
27:20,24 28:2,6
106:3 114:6,10,20
115:7,17 132:5
**producer** 117:6
**produces** 49:4
**producing** 74:3
**product** 23:15,18
23:20,21,25 24:6
24:14,24 33:9
36:9,10,12 37:2
41:19 47:12,13
57:18 89:14 90:19
90:22 93:11
104:16,17 116:7
132:17
**production** 35:9
75:13 81:4 85:19

[production - recall]

86:14 108:21
109:4,8
**products**   22:3,6,8
23:23 24:3 25:14
25:17 28:22 35:18
37:5 57:19 75:6
75:15 81:5,9 88:7
88:8,11,17,18
89:15,18,19
**profitability**   120:5
**program**   12:21
47:5 49:2,17
50:14 57:25 83:17
85:16 93:17
107:20
**programmer**
46:11,11 94:4
**programming**
18:9,10
**programs**   49:19
60:14,19 75:12
131:10
**progressed**   10:14
89:5
**project**   31:5 82:9
**projects**   40:12
119:13
**proof**   4:7
**proposal**   97:15,15
**proposition**   51:2
**proprietary**   18:2
21:11 47:19,19
**protective**   81:18
**provide**   14:23
21:2 88:21 125:7
**provided**   10:10,11
26:22 28:11 81:13
87:13 112:22
117:16
**providing**   14:20
110:12

**public**   1:18 5:15
138:22 139:25
140:3
**pull**   98:9,15
**purchased**   76:19
78:8 92:21 93:24
**purchases**   92:25
**purchasing**   40:6
**pure**   75:6,14 81:5
81:9 82:5,10
83:19,25
**purpose**   27:7 70:9
70:14
**purposes**   16:18
19:7 20:24 39:6
106:10 130:3
**purview**   60:19
**push**   18:21
**put**   8:16 11:18
12:21 16:13 18:21
18:24 19:13 20:6
32:8 38:2,13
39:23 46:24 58:9
59:5 62:11 70:20
74:15 77:14 83:6
83:8 84:10 92:16
105:9 108:16
112:3 125:24
135:22
**puts**   34:5
**putting**   18:18
30:12

**q**

**q2**   131:19,20
**quantities**   47:12
57:21 93:5 128:6
**quantity**   47:13
118:11,15
**queries**   41:17
55:20 69:6 72:4
80:15 109:11

125:20 132:10
**query**   37:19 41:21
55:12,16 82:5
89:3 104:12
106:21,22 107:5
107:13,19 108:17
108:19,20,25
109:14 112:24
113:8 114:19
118:21 122:7,18
126:4
**querying**   94:2
**question**   6:25 7:7
7:8 9:20 10:17
29:7,20,23 30:3
35:5 41:11 42:15
42:16 48:15 52:18
53:7,8,8,19,25
55:24 76:24 77:14
77:14 86:18 87:2
95:6 102:19
108:14 110:23
111:12 114:2
116:20,25 117:2
125:6 130:20
**questions**   13:4,8,9
21:6 40:23 56:5
60:8 124:15
136:22 137:3
**queue**   76:18
**quick**   65:23
127:21
**quickly**   84:25
**quit**   28:4
**quite**   37:24 90:2
115:25
**quote**   78:21 79:3
**quoted**   127:3
**quotes**   10:21
126:14

**r**

**r**   2:1 5:11,11 102:8
138:1 139:1,1
**radio**   21:18,18,19
**ran**   41:14
**ranged**   89:25
**raz**   10:19
**read**   52:4 72:19
74:25 75:8,17
127:18 138:3
**readily**   109:10
**reading**   4:23
72:16 73:4 74:18
74:19 75:2 114:8
**ready**   51:14 88:7
88:12
**readyrefresh**   25:8
25:11,12,17,19,24
32:11 35:17,19
36:16 41:10 52:2
60:21,24 82:22,23
124:6
**really**   9:20 12:18
50:12 61:17 65:11
80:21 87:14
108:18 125:3
133:12,12
**reapplying**   43:2
**reason**   19:5 46:18
70:21 93:21
104:20 115:8
119:10 139:6,8,10
139:12,14,16,18
139:20
**reasonable**   74:4
**reasons**   93:20
**recall**   9:2,18 11:8
13:13 27:13,22
50:22,25 63:5,13
64:10 71:15 98:4

Veritext Legal Solutions
866 299-5127

[receive - restored]

**receive** 49:9
**received** 61:20
   62:14 64:11
**recess** 100:5
   124:12
**recipient** 26:19
**recognize** 103:25
**recollection** 22:14
   27:18 69:22
**record** 5:4 6:3
   21:25,25 28:23
   40:21 46:7 57:5
   59:12 73:13 77:13
   99:18 125:16
   129:24 137:2
**records** 43:7 59:14
   66:14,19,21 69:11
   108:5 109:15,24
   113:10 116:12,14
   117:4,21 118:21
**recover** 124:21
**recovery** 39:6
**recreate** 46:2,19
**recreated** 94:14
**recreates** 119:4
**recreating** 60:2
**recreation** 45:3,5
   59:24
**recreations** 68:23
**reduce** 30:11
   60:17 130:13
**reducing** 83:2,4
**reduction** 76:20
**refer** 89:18 93:23
   97:19
**reference** 12:16
   58:3
**referencing** 72:22
   72:23
**referred** 33:13
   40:6 115:4 117:2

123:11
**referring** 8:5
   11:10 12:13 30:16
   33:16 40:19 72:25
   75:19 115:22
   117:4
**refers** 40:23 97:19
**refined** 87:19
**reflect** 40:22 59:21
   59:23
**reflecting** 75:13
   81:4 82:10
**refresh** 88:7,12
**regarding** 7:23
   8:14,20 10:13,15
   28:6 58:5 59:14
**region** 121:9 123:3
   123:3
**regional** 136:3
**regions** 121:5,6,10
   121:11 123:6,7
**registers** 129:16
**related** 9:13 28:3
   54:19 58:19 80:20
   140:19
**relating** 14:11
**relation** 6:11 7:19
   13:8,20,22 14:11
   58:22 111:25
**relational** 17:13
   19:24 38:9,12
   57:4,14
**relations** 130:21
**relationship** 48:3
   63:11 64:8
**relatively** 68:11
   115:11 123:2
**relevant** 16:2
   50:15 113:5
**relies** 81:23

**remand** 51:12
**remember** 8:13,22
   9:16,21 21:20
   26:24 27:4 51:5
   62:2 69:24 77:4
   103:3 132:14
**remembering** 7:17
**reminding** 67:14
**remove** 95:10
   125:14
**removes** 95:12
**rent** 135:6
**rented** 104:19
**rep** 84:25
**replace** 34:15
   131:2,16
**report** 77:12
   119:15
**reported** 140:15
**reporter** 1:18,24
   5:2 11:16 96:15
   99:9,24
**reporting** 16:19
   16:20 19:7 20:24
   20:25 123:14
**reports** 26:22 27:6
   27:9,11,13,23 28:2
   28:6,9,12,16 87:20
   88:15 119:15
   124:3
**represent** 5:21
   11:4 33:17 103:22
**representative**
   104:5,7 119:2
**representatives**
   119:2
**represented**
   108:12
**representing** 8:20
**represents** 70:23
   82:20 129:22,24

130:10
**reprint** 68:17
**reproduce** 45:10
   86:3
**reproduced** 46:13
**request** 57:6,12,13
   68:12 84:13 85:23
   113:23 116:4
   118:23 134:5,6,6
   134:10,12,13
   135:9
**requests** 13:23
   117:24
**require** 109:24
**required** 100:10
   126:9
**requires** 43:23
**resell** 28:22
**reserved** 4:19
**resonate** 63:10
**resource** 76:23
   77:5 113:14
   115:24 125:22
**resources** 23:3
   77:25 78:5 84:20
   85:2 126:25 127:3
**respect** 13:16
**respective** 4:6,13
   4:17,22
**respond** 78:5
**responding** 98:20
**responsible** 14:19
   48:2 60:14 61:22
**restate** 53:7
**restore** 56:10
   70:10 71:6,9
   72:18 94:23 108:9
   115:12 125:13,24
   127:9
**restored** 67:23
   69:6 70:13 74:12

Veritext Legal Solutions
866 299-5127

[restored - search]

74:14 79:17 108:3
128:19
restoring 70:12,16
70:18 71:16 74:19
results 33:21,22
retail 61:2,5,8,10
64:5,21,24 65:2,12
123:25 124:4,5
retain 16:4 60:14
retained 22:14,16
retainer 126:21
retired 126:21
return 23:2 37:22
37:23 38:4 125:21
returning 127:7
reused 24:8
revealed 82:4
revenue 32:20,21
68:12 130:13
revenues 28:17,22
122:21
reverse 132:12
reviewed 35:21
reviewing 98:6
rhode 121:14
richard 79:8
126:18,19
rid 20:21 60:3
ridge 5:13 6:6
right 6:23 8:10
18:8,22,25 19:2
21:5 30:21,25
31:22 33:4 45:13
50:18 64:23 73:13
75:8,17 76:17
77:25 80:21 82:16
83:13 85:5 86:21
88:5,9 95:5,9
99:11 110:16
111:2,6 116:23
122:3 124:11

125:16,21 128:3
136:21
rights 17:23
rings 51:5
rms 17:8,21 20:7,8
20:10,14,20,21
21:7,9,22 22:12,20
22:21 24:14,17
34:9,12 42:21
44:9,10,14 45:17
45:18 46:6 48:10
48:11,14,16,19
49:2,14,15,17,20
56:14,21,24 57:10
57:17 58:16,23
59:3,20 66:23
67:12,13 92:2,2,8
92:11,12,16 93:13
93:15,18 94:2,3
102:23 105:2,6
107:17,19,19
108:16 112:20
114:17,18 119:3,4
129:7,14,19,21,21
130:16 131:2
132:5,14,19
133:24 134:11
rms's 58:2
road 2:20 5:13 6:6
role 62:2,5,6
roles 26:18 60:10
roll 55:7
room 49:22
rough 22:18
roughly 8:11
20:22 42:12 86:6
round 76:20
route 17:8
routine 118:18
row 57:16,17

rows 57:16 70:24
rule 31:4
run 16:4 17:24
18:5 32:20 49:2
50:4,5 71:3 80:15
109:22 122:6
132:10
runs 50:4,5
russell 1:6

**s**

s 1:5,7,8 2:1 3:8
4:3,3 102:8,8,8
129:5 138:1,1
139:1
salaries 35:10
sale 21:25 36:2,5
43:10 55:23 57:15
82:20 93:5 95:19
105:21 107:12
108:11
sales 3:11,12 9:18
23:10,12 32:17
33:15,18 35:25
36:6 37:4 42:15
43:8 47:8 55:6
61:4 62:23 75:5
75:14 81:4,8,16
82:6,10,21 87:22
88:2 89:4,10,12
90:10 91:21 93:7
94:9 102:11,13
104:4 106:12
108:12 109:15,24
113:4 115:10
119:16 120:15
122:7 128:5,10
130:22,24 131:4,6
136:7
sample 48:5
sampling 125:17

san 2:5
sap 28:23 29:4,13
29:19,24 30:2,3,5
30:6,8 31:16 32:2
32:10,12,17 34:6,8
34:20 35:4,11,13
88:20 89:11 129:3
129:6,10,16,16,18
129:23 130:8,10
130:14 131:8
sap's 89:13
sat 61:9 62:16,21
63:24
satisfy 78:10
save 82:13,17,18
83:13
saveri 2:4
saverilawfirm.c...
2:7
saw 56:18
saying 52:14 56:2
56:7 62:13 66:6
72:14,18 73:9,18
84:23 86:4 97:4
105:5
says 50:3 51:24
55:12,16 81:3
122:7
scale 33:12 82:19
82:24 84:6
scene 44:23
scenes 93:14
scheduled 96:16
schema 69:16
scope 15:5
screen 17:10 44:19
45:10 46:8 93:16
119:6
scripts 9:3
search 75:4
106:11,19

Page 21

[searched - somebody]

searched 106:2
113:9
second 98:24
126:2
secondary 14:22
129:4
secrets 83:11
84:14
see 30:14,15 36:8
36:12,25 37:5
44:24 45:11 46:8
52:4,20,23 55:13
55:17 68:22 70:5
70:7 81:2 87:3
88:24 89:16 90:9
93:9,9,25 99:3
100:15 105:5
114:12 117:11
118:21 119:4,7,9
122:7,19 124:22
130:7,8,14,15
135:3 136:2
seeing 88:16
segregate 85:17,22
select 55:4,8 80:8
85:17,21
selected 103:14
sell 60:18,18 90:9
111:13 130:8
selling 122:22
134:4
sells 88:7,8
send 21:10 34:4
45:8,19 68:21
92:2 129:11 134:7
135:15,16
sending 46:23,25
50:16
sends 46:21,23
47:22,24 48:7
129:15

senior 51:19
sense 47:20 49:21
56:10 63:18 64:7
68:19 94:3 96:6
99:13 105:16
106:9 113:11
120:16,25 127:8
sensitivity 82:3
sent 32:16 45:6
46:5 47:15,17
49:5 91:24 92:8
132:20
sentence 87:10
separate 26:16
55:20 85:24
105:12
separated 57:20
130:16
separately 85:19
130:15
september 51:25
52:8 53:20,23
sequence 10:6,9
series 42:25 64:20
128:18
serve 120:11
121:18,19
served 121:15
136:10
server 49:7 67:16
serves 35:11,12
service 26:6 120:6
120:7,19 123:15
130:25 131:5
services 48:2
set 18:22 26:5,8
27:3 37:17 38:2
41:8 53:13,22
54:18 55:4,6,9
75:12 105:7

sets 79:19 85:9
125:3,8,21
setting 26:23
seven 18:6
shake 101:23
shapiro 1:5
share 79:9 81:16
shared 79:21
sheet 139:6
ship 43:25 132:18
shipped 32:12
90:21 132:19
ships 132:17
shortage 77:8
shorthand 1:18
shout 64:23
show 96:22 97:21
103:18 123:19
showing 49:6
128:14
side 10:7 35:19
47:5 59:5 62:24
63:18 64:21,24
65:12 99:19 100:3
siegel 2:19
sign 26:6
signature 140:24
signed 10:4,7,12
11:2 13:14 51:16
53:17 115:8
significantly 54:14
81:12
signing 4:23
similar 7:24 47:20
63:21 64:6 119:7
129:10
similarly 1:10
simplest 15:20
simplistic 50:12
simply 50:14
55:24 113:4

115:11
single 49:24 50:20
112:14 127:10
sir 5:20 124:19
sit 26:17,19,20
49:24 55:22
sits 21:15 54:9
109:8
situated 1:10
six 18:5 29:12,15
32:7,9 41:6,9
89:25
size 38:6
skill 37:17 41:8
79:19 125:3,8
skills 127:2
skip 101:9
sku 23:24 89:21
90:13,17,18,20
91:9,9
skus 91:10
slide 18:25
slightly 67:22
slower 70:25
slows 70:22
small 91:11
126:21
software 17:8
34:18
sold 24:4 34:22
35:3 41:20 57:16
57:18 90:4,8 93:8
104:19 115:13
122:21,23
solely 16:20 18:14
52:7 60:21
somebody 38:15
42:23 45:10 58:4
58:7 81:17 92:15
95:11,12 111:19
113:13 117:24

Page 22

[somebody - suite]

127:11
**somebody's** 43:15
  104:4
**somewhat** 6:15
**soon** 102:17
  132:23
**sooner** 101:4,4
**sorry** 27:12 29:21
  36:21 48:18 60:2
  88:3 114:7 136:18
**sort** 10:3 16:10,13
  26:15 45:3 69:10
  89:19 111:21
  113:8 127:22
  136:9
**sounds** 45:25
**source** 96:23 97:4
**sources** 129:9
**south** 90:10 91:18
**space** 70:22 71:4
**sparkling** 89:20
**speak** 27:16 63:4,9
  65:10 77:11
**speaker** 2:11
**speaking** 68:11
**special** 37:17
**specific** 9:16 32:24
  107:10 109:11
**specifically** 15:13
  18:4 27:23 33:3
  53:5 83:18
**specifics** 27:16
  63:9
**spend** 36:9,10
  101:20
**spent** 112:19
  120:4
**spirit** 100:14
**split** 121:15
**spoke** 126:18

**spreadsheet** 87:13
**spring** 75:5,14
  81:5,8 82:4 83:18
  83:25 90:4,8,10,12
  90:16,23,24 91:3
  91:12 113:3
  122:20,20
**springs** 82:10
**sql** 37:19,20 38:12
  38:12,13,23,24
  41:4,8 67:16,19,25
  80:18 94:7 108:16
  108:17 114:18,23
  114:24 115:24
  118:4,22 122:6
  125:18 128:24
  132:8 136:13
**sqls** 125:19
**stack** 57:18 130:24
**stacks** 17:15 57:3
**staff** 62:9 76:23
  77:8 80:21 115:24
**stamford** 1:21,23
  5:13 6:6 65:3
  91:24 92:3 138:6
  138:7 140:8,9,21
**stand** 100:8
**standard** 30:12
  37:19 47:18
  123:10,10
**standardize** 29:14
**standardized** 30:9
  31:6
**standards** 123:12
**stands** 17:8 123:12
**stars** 2:9
**start** 18:23 19:3
  20:18 49:7 70:23
  71:13 73:2 95:15
  121:7 131:21
  135:18

**started** 43:13
**starting** 72:21
  133:17
**starts** 135:19
**stat** 110:6
**state** 1:19 5:4
  41:20 42:14,14
  52:11 53:3 54:9
  55:2,10 89:17
  95:2,3 104:23
  105:14 106:13,25
  107:4,6,8,10 108:9
  108:11 110:10,10
  110:17,20 113:3
  115:13 127:8
  140:1,4
**states** 1:1 83:23
  87:23 108:13
  109:19,24 111:13
  113:10 115:14,18
  121:13 123:17,18
**stay** 19:19 60:17
**stays** 115:19
**stenographically**
  140:15
**step** 48:19 50:7
  64:19 71:11,11
  84:2,7 88:3 95:7
**stephen** 1:5
**steps** 79:19
**steve** 5:20 40:18
  97:22 100:6
  116:21
**steven** 2:6
**stick** 76:11 77:24
  100:15
**sticking** 100:22
**stickler** 133:9,11
**stifelman** 2:19
**stipulated** 4:5,12
  4:16,21

**stop** 34:11 90:11
**store** 15:10,25
  16:4 19:25 43:6
  44:10 86:2 91:7
  110:22 128:5
**stored** 20:12 44:13
  44:22 56:25 58:16
  59:20 67:18,19
  85:19
**stores** 44:11
**storing** 45:2
**straight** 49:14,15
  114:22
**strauss** 98:16
**street** 2:4,15 105:3
  105:4,4,10,10,10
**structure** 31:10
  40:2 123:13
**structured** 58:17
  58:20
**structures** 37:21
  40:3 58:2 80:20
  126:4,5
**stuck** 34:14
**stuff** 40:17 76:25
  79:24 85:4 87:18
  94:13
**stupid** 16:11
**subject** 8:12 9:7
  9:10 11:4 96:8
  103:13 111:5
**subscribed** 138:18
  139:23
**subsequently**
  140:16
**subset** 104:8
**sufficiency** 4:14
**sugar** 102:4
**suggest** 99:17
**suite** 2:4,9,20

Veritext Legal Solutions
866 299-5127

**summarized** 32:10 32:11,23 33:6 129:10
**summary** 129:12
**support** 51:10 74:8
**sure** 10:5 19:11 21:24 22:5 29:21 39:20,21 48:6 54:23 55:11 59:16 60:12 61:9,14 62:7,8,22 64:20 65:11 67:4 72:24 73:11,15,18 75:9 75:18,25 88:22 91:19 92:19 95:12 101:25 102:3 104:16 107:5 110:14 111:11 112:6,23 115:9 116:19 120:4 121:23 122:2 123:5,16,24 125:17 128:13,23 134:2
**surebill** 45:14 47:16,23 48:4,7 50:15,19,20 117:5 117:5,17
**susman** 2:9
**susmangodfrey....** 2:12
**swept** 49:5
**swilliams** 2:7
**switzerland** 30:17 31:18
**sworn** 5:14 138:18 139:23 140:12
**system** 16:17,22 17:3,6,10,17,18,20 17:21 18:17 19:14 19:15 20:2,8 21:11 24:2,11,19 28:23,25 29:5,24 30:10 31:8,15 32:3,5,7,8,16 34:8 34:16,20,24 35:4 35:11,15 42:4,4,24 43:21,24 44:6,9 46:6 48:8 50:5,6 50:10 54:9,20 56:24 58:9 67:8 67:13,15,19,25 70:22 75:4 83:6 88:20 92:12 95:9 105:3 112:20 114:18,23,24 119:3 120:12 129:22,24 132:5 132:15 134:15
**systems** 16:3 17:4 17:5 25:4,5 28:18 28:19,21 30:9 31:5,7 50:10 130:2,21

**t**

**t** 3:8 4:3,3 102:8 138:1,1 139:1,1
**table** 37:21 39:14 39:14 55:5 68:12 68:13,13
**tables** 37:20 38:25 57:2,2
**tailored** 34:17
**take** 5:8,8 6:15 7:6 10:8 11:19,23 13:11 15:25 20:19 38:11,13 39:6 41:25 42:20 45:16 48:25 51:13 55:5 65:23 74:10 79:10 79:19 81:2 83:8 84:8 87:9 92:17 95:7 96:11,13 98:17 99:18 100:16,18 101:3,5 101:6,10,17,18 102:5 103:24 106:11 109:21 110:2 112:5 119:21 120:7 122:15,17 124:8 125:14 127:17,20 127:21
**taken** 1:15 4:9 5:23 6:9 7:12 48:19 100:5 124:12 138:5
**takes** 49:3 120:10 120:11,20,25
**talk** 7:9 25:7 56:19 69:20 76:3 87:10
**talked** 19:10 61:16 78:24 79:5 87:20 91:23 126:17,23 127:2 128:22 131:15,20 134:3 134:20
**talking** 25:11,25 34:20,25 66:4 68:20 72:25 73:2 74:18,20,23 76:2 78:7 80:4 81:21 87:4,17 95:15 127:13
**talks** 126:16 127:6
**tax** 135:8,16
**teach** 79:25
**team** 40:16 49:22 50:9 108:22 113:21 119:19 120:4
**tech** 127:2
**technical** 57:3 93:19 108:22 125:12,13
**technicalities** 4:7
**technology** 17:16 31:6 43:24 51:20 130:24
**telesales** 11:6
**tell** 7:15 13:5,13 14:8 20:5 22:17 25:8 27:22 29:3 56:3 58:15 60:10 64:2 87:22 90:16 97:3,4,9,10 102:18 103:25 104:14,18 106:7,25 121:6,9 140:12
**telling** 99:16
**tells** 50:6,7
**template** 30:6,7 47:6
**tenure** 8:24
**tenured** 76:23
**terabytes** 39:10,10 39:22 106:4
**term** 15:2 33:15 35:6 106:18
**terminated** 65:17 65:19
**terms** 7:3 15:3,21 50:13 63:6 79:11 87:20 88:16 90:18
**tesla** 120:17
**testified** 5:15 9:15 10:24
**testimony** 6:22 78:11 138:4 140:14
**texas** 17:22

[text - tropp]

**text**  47:17 48:16
48:20 49:4
**thank**  6:8 103:17
**theoretically**
46:10 92:10
**thing**  25:22 34:15
44:16 45:9 73:23
74:4 87:3 96:8
109:18 113:5
130:22 132:16
**things**  6:20 8:21
13:11 25:21 27:20
28:10 35:8 42:25
56:15 57:19 63:5
63:23 69:22,24
71:4,7,12 77:18
81:23 89:16 91:2
92:15 95:15
102:23 109:6
112:3 114:16
119:9 129:20
135:5,7
**think**  7:8,12 10:6
10:23 11:12 14:3
14:8 17:18 18:16
18:17 29:25 32:14
35:21 38:22 40:6
40:21 48:22 49:22
52:19 57:4 58:24
64:16,19 67:3
72:24 73:2 80:3
80:17 91:23 97:23
100:6 101:19
102:25 103:15
104:25 108:8
109:4,6 110:8
111:14 113:19
116:23,25 117:18
117:20 121:17
124:8,14 125:9
129:21 131:17,20

133:12 134:24
136:21
**third**  6:10 7:13
42:12 45:7,12
71:22 110:9
**thirty**  76:16
**thought**  19:9
54:11
**thousand**  44:4
**three**  7:12 23:25
24:6,9 57:18,19
96:19 101:12
110:2 120:5
121:11 136:11
**ticket**  134:14,16
135:10,11,13
**tie**  130:3
**till**  100:22
**time**  4:19 6:10 7:7
7:16 8:22 9:13
11:23 16:19 19:9
20:3 22:17,23
23:6,21 24:7,20
25:20 28:17 29:3
36:15 40:24 42:22
43:14 46:16 51:19
53:14,25 57:10
61:20,23 62:9
68:7 70:6 71:20
71:25 75:11 79:11
82:18,19 83:15
94:24 96:25 97:22
100:24 101:17,19
101:21 102:6
103:14 108:11
116:3 118:19
120:25 122:9
127:17 128:7
131:12 137:4
**timely**  78:3

**times**  6:8 26:22,25
27:5 57:12 61:17
71:19 88:14 93:20
**tina**  1:6
**title**  51:19,22,22
51:23
**today**  16:24,25
21:17 22:17,20
25:3 26:17,20
29:8 33:4 34:9
50:4 51:23 53:15
54:7,8,9 58:6 80:5
80:9 89:2,23,25
99:7 100:22,23
105:3 110:6
132:15 136:22
**today's**  132:6
**told**  123:24
**tom**  50:2
**tomorrow**  132:23
**ton**  96:12
**tool**  129:3,4
**top**  17:15 31:10,14
52:24 57:20 64:14
90:6 104:9
**topic**  9:21
**total**  30:11 36:7,13
47:11 52:15,23
54:5,14 88:2
118:15 122:20,21
**totally**  96:4 124:6
**touched**  60:25
**track**  28:12,16
35:16,23 65:11
131:22
**tracking**  43:13
**trade**  83:11 84:14
**train**  126:3
**trained**  11:6
**transaction**  19:12
20:6,9,16 32:12,22

34:3 56:15 57:15
119:7 133:14
134:4,18 135:15
135:19 136:15,18
136:19
**transactional**
56:23 59:5 129:22
132:25
**transactions**  18:19
18:20,22 19:16
20:11 33:6,12
56:25 66:19 67:3
67:5 81:12 83:23
129:11 130:2,11
133:18,21
**transcribed**
140:16
**transcript**  5:3,6
10:21 97:19 98:6
98:9,15 138:4
**transferred**  30:3
**transmission**  46:4
46:22 47:3
**transmits**  34:2
**transmitted**  21:21
33:14
**transportation**
35:10
**trends**  61:4 62:22
62:23 63:6,7
119:22 124:4
**tresser**  1:22 138:6
140:9
**trial**  4:19
**tried**  46:13 72:2
93:20
**trigger**  42:25
**triggers**  49:7
**triton**  15:14 25:25
**tropp**  2:17 8:19
12:11 13:17 36:17

[tropp - valuable]

39:8 40:18 41:23
53:12 67:20 72:6
72:17 77:13,23
78:12,16 80:2
81:10 83:3,14,21
85:6 96:16,25
97:11,22 98:16,25
99:9 100:3,6
101:13 102:24
106:15 111:8,24
116:19 124:11,18
136:5 137:2
**truck**   20:8 120:23
134:7
**trucked**   91:15
**true**   25:16 138:9
**truth**   85:9,9
140:12,13,13
**try**   7:3 13:11 41:2
46:15,18 54:15
56:19 60:14 62:24
66:7 78:20 86:3
100:12,13,24
102:16 119:21
121:5
**trying**   16:13,19,25
31:9 46:17 62:23
75:22 79:15 82:2
85:24 99:12 106:8
113:2,6 114:15
120:25 133:9
**tuesday**   50:3
**turn**   60:6
**turned**   80:24
119:14
**turning**   83:10
**turnover**   76:21
**turns**   85:12
**two**   7:14 17:4,5
18:17 19:16 31:2
55:20 56:14 61:10

72:2 82:13 90:15
96:17,19,24 97:5
97:18,20 98:5,11
98:13,17,18,21
100:9,10,12
101:20 103:19
104:22,24 105:9
107:21 110:2
124:9 125:3,5
129:9 130:2,2,15
130:16,16
**type**   9:14 20:25
21:5 27:11 28:9
32:6 38:8 44:20
47:17 58:7 79:3
84:20 86:10 89:3
105:4,10,23 112:7
119:9,20 121:12
125:18 130:20,22
**types**   21:20 27:12
41:17 60:10 62:20
63:5 71:12
**typical**   92:15
**typically**   63:17

**u**

**u**   4:3 138:1
**u.s.**   50:18
**ultimate**   33:8
**ultimately**   133:21
**unclear**   29:16
102:21
**underneath**   60:19
**understand**   6:21
6:24 13:7 14:9
15:9,12,13 17:9,12
25:7,23 29:21
30:15 37:20 38:16
38:19 39:13 40:13
41:6,10,13,15
54:16 56:6,17
58:23 59:16 60:5

70:8 72:12 73:18
75:22 79:23 80:8
80:14,19 81:18,21
82:2 84:16 91:8
109:12 113:2,7
114:15 115:13
119:21 120:15,22
121:5 123:16
125:23 126:3,11
127:12,25 128:7
128:23 131:22
132:7
**understanding**
42:17 75:25 84:25
100:7 115:10
**understands**   38:17
**understood**   9:22
31:9,25 35:7
83:24 96:17
108:15 127:14
128:20 130:18
133:4 135:20
**undertaken**
119:12
**undertaking**   75:10
**undocumented**
69:16
**unfair**   33:25 77:14
**unique**   43:23 57:9
57:10 67:15 75:12
**unit**   22:8 104:19
118:13,14,16
**united**   1:1
**units**   36:13 122:20
**universe**   17:11,12
17:18,20 18:12,14
**unqueriable**
107:19
**unreasonable**
112:3 127:8

**unreasonably**
75:3
**update**   42:21
**updates**   33:23
**updating**   33:22
**upfront**   83:4
**upload**   134:11
**uploads**   21:14,16
33:19
**usable**   16:5 17:17
39:14 72:4 83:7
86:23 87:6
**use**   7:2 15:10 17:7
24:17,19 27:3
31:15 33:15 41:4
43:17 44:2 45:7,9
46:20 50:20 53:21
57:24 58:13 62:24
63:22 64:22 65:8
70:11 76:15 79:2
84:20 86:20 87:5
92:11 99:10,24
106:24 112:16
117:9 121:7
123:19 128:23,25
129:4,8 131:4,6
**useful**   70:18
**uses**   28:21 30:10
34:9 64:17 65:6
69:21 123:13
129:3,8,18 130:21
**utilize**   128:3

**v**

**vacation**   91:5
**validate**   48:4
113:25 125:15,16
125:25 126:11
130:6
**validated**   130:4
**valuable**   64:7

Page 26

[value - written]

**value** 51:3 57:20
**various** 16:12
**vatti** 97:16
**vatti's** 98:14
**vendor** 46:5,22
  49:6 50:20 117:14
  117:22
**vendor's** 49:6
**vendors** 47:21
**vermont** 109:16
**version** 29:19,25
  30:4 86:8 126:20
**versions** 21:13
**versus** 10:20 13:15
  104:16
**vertex** 135:16,16
**vice** 14:9
**view** 119:5
**visible** 15:17
**volume** 122:23
  128:10
**volumes** 32:20
**vs** 1:12

**w**

**waived** 4:10,15,24
**walks** 50:3
**want** 5:6 7:6,9
  25:7 29:21 36:25
  39:2,4 50:15
  54:16 55:12,16
  59:16 60:7 71:21
  73:17 75:24 85:4
  85:11 86:19,23
  87:9 88:24 95:4,7
  95:9,16 96:11,12
  97:8,23 99:16,19
  99:23 101:5,8
  106:16 107:10,11
  109:22,23 110:4
  111:18 114:2
  120:21 121:5

**122**:7,19 123:16
  127:21 128:23
  133:4 136:2,2
**wanted** 10:8 13:2
  36:16 38:14 40:5
  41:19 46:10,18
  68:23 71:22,23
  74:2 80:11,13
  87:21 94:16
  103:18 111:23
  112:2
**wants** 117:11
**warehouse** 15:3,9
  15:16,23 16:6,16
  16:16,18 17:2
  18:13,15 19:5,20
  19:23,24 20:11,13
  20:21,24 22:12,15
  22:17 23:5,9 37:3
  37:11,13,13,14
  41:4,18,22 54:21
  67:5,11,16 68:5
  69:15 78:25 93:22
  103:3,9 104:6,11
  107:18,23 108:20
  109:23 114:21,24
  126:20 130:17
  133:2,5 134:19,22
**water** 18:5,7 31:21
  41:20 82:20 88:7
  88:17,17,25 89:4
  89:15 90:4,24
  91:15 120:23
  122:21 135:4
**waters** 1:13 7:20
  10:20 13:15 15:6
  30:25 31:3,11,11
  31:19 51:11 139:3
**way** 8:16 9:20
  16:5 17:17 18:16
  18:16 20:19 25:10

**30**:14 35:20 39:24
  44:22 46:14 57:11
  57:22 58:17,20
  61:2 62:11 73:5
  74:7,25 76:22,25
  78:20 83:7 84:8
  86:2 87:6 93:13
  102:25 108:18
  109:6,9 112:9
  115:18 121:24
  122:4 125:4 126:9
  127:15 129:21
  133:13,15 134:19
  134:25 140:20
**ways** 80:11,13
  106:10
**we've** 71:12 97:17
**web** 131:8
**website** 117:11,12
  117:24
**week** 53:18 82:13
  113:15 122:17
**weeks** 110:3
  111:15 113:15,18
  113:19 120:5
**went** 17:22 31:7
  60:12 72:7 106:23
  132:4
**whatsoever** 27:7
  61:8
**whippany** 2:20
**wifi** 21:18
**williams** 2:6 3:5
  5:5,19,21 11:22
  12:11,17 40:25
  80:6 96:11,22
  97:2,21,25 98:23
  99:3,12,22 101:2
  102:9,15 116:23
  124:8,13,19

**wish** 5:2
**witness** 3:4 5:12
  8:16 51:15 66:2
  72:20 77:15 104:2
  114:13 127:19
  139:4 140:11
**woks** 58:23
**woman** 116:3
**wonderful** 136:24
**word** 109:4
**words** 12:21 33:4
**work** 6:12,16 21:9
  23:16 26:15 40:17
  46:20 53:2,11,18
  57:10 71:10,22
  77:20,25 79:3,11
  79:20,25 84:4,4,5
  84:7,17,20 86:18
  94:20 101:14
  103:6 111:20,21
  112:4 115:16
  119:20 126:9,12
  130:21
**worked** 13:14,19
  14:4 61:15,17
  71:13
**working** 120:5
**works** 18:17 69:18
  76:15 93:13
**world** 78:5 109:7
**worth** 100:2
**write** 12:5 37:18
  40:7,14 41:4,8
  57:25 80:18 83:17
  94:4,19 107:20
**writing** 72:10
  75:11 84:22
  125:20
**written** 17:22
  18:11 50:14 54:10
  85:17 87:15

Veritext Legal Solutions
866 299-5127

[written - zones]

| |
|---|
| 108:19,20,25 |
| **wrong**  8:18 20:5 |
| 72:16 |
| **wrote**  49:17 78:22 |
| 93:17 112:15,15 |
| 131:21 |

| **x** |
|---|
| **x**  1:3,14 3:1,8 |
| 58:19 |

| **y** |
|---|
| **year**  15:25 16:17 |
| 16:21 17:3 42:11 |
| 43:13,16 44:9 |
| 50:10 70:23 79:7 |
| 89:4 96:2 103:4 |
| 110:8 119:16 |
| 132:14 |
| **years**  7:18 8:2 |
| 11:13 15:24 16:7 |
| 16:22,23,24 17:2 |
| 21:13 27:21 29:12 |
| 29:15 30:2 31:5 |
| 32:8,9 34:17 |
| 46:16 47:21 60:23 |
| 61:9 68:3 69:19 |
| 69:25 72:2 76:16 |
| 77:7,8 90:2,15 |
| 93:21 96:2,5 |
| **yep**  35:2 40:8 |
| **yesterday**  63:25 |
| **york**  8:9,10 41:20 |
| 42:16 121:16,17 |
| 122:8 |

| **z** |
|---|
| **zip**  104:23 105:13 |
| 105:14,15 123:22 |
| **zone**  89:9,10 |
| 121:20,25 122:4 |
| **zones**  89:24 90:3,5 |
| 91:21 123:17,17 |

Page 28

```
1    E R R A T A S H E E T
2    NAME OF CASE: MARK J. PATANE, et al
3                 NESTLE WATERS NORTH AMERICA
     DATE OF DEPOSITION: July 20, 2021
4    WITNESS: ERIC LORD
5
     If there are any corrections to your deposition
6    indicate them on this sheet of paper, give the
     change, page number, line number, and reason for
7    the change.
8    PAGE 7         LINE 16              REASON FOR CHANGE
9    CHANGE I've  TO: I'm                Transcription error
10   PAGE 7         LINE 20              REASON FOR CHANGE
11   CHANGE Nestle Waters of America TO: Nestlé Waters
12   North America                      Transcription error
13   PAGE 23        LINE 22              REASON FOR CHANGE
14   CHANGE GMS    TO: RMS               Transcription error
15   PAGE 43        LINE 2               REASON FOR CHANGE
16   CHANGE GO     TO: geo               Transcription error
17   PAGE 44        LINE 23              REASON FOR CHANGE
18   CHANGE scene TO: screen             Transcription error
19   PAGE 52        LINE 18              REASON FOR CHANGE
20   CHANGE my     TO: your              Transcription error
21   PAGE 55        LINE 2               REASON FOR CHANGE
22   CHANGE delivered TO: delivery in the      Error
23   PAGE 56        LINE 3               REASON FOR CHANGE
24   CHANGE equivocally  TO: unequivocally     Error
25   PAGE 82        LINE 25              REASON FOR CHANGE
     CHANGE 80     TO: 400                      Error
```

*Eric Lord*

*Connecticut*
County of Fairfield
...scribed and sworn to (or affirmed) before me this ___ day of Aug _____, 20 21
by ___ Eric Lord
*Alda Braccia*
ALDA BRACCIA, Notary Public
My Commission Expires December 31, 2025

1    E R R A T A S H E E T

2    NAME OF CASE: MARK J. PATANE, et al.

3              NESTLE WATERS NORTH AMERICA

     DATE OF DEPOSITION: July 20, 2021

4    WITNESS: ERIC LORD

5

6    If there are any corrections to your deposition,
     indicate them on this sheet of paper, give the
     change, page number, line number, and reason for

7    the change.

8    PAGE 84        LINE 11          REASON FOR CHANGE

9    CHANGE 80      TO: 400                    Error

10   PAGE 103       LINE 5           REASON FOR CHANGE

11   CHANGE believed TO: would need  Transcription error

12   PAGE 107       LINE 16          REASON FOR CHANGE

13   CHANGE that   TO: that for the last several years

14                                   Clarification of testimony

15   PAGE 112       LINES 12, 23, 24  REASON FOR CHANGE

16   CHANGE Priesh TO: Priyesh        Transcription error

17   PAGE 115       LINE 23          REASON FOR CHANGE

18   CHANGE Priesh TO: Priyesh        Transcription error

19   PAGE 116       LINES 3, 4        REASON FOR CHANGE

20   CHANGE Dierdra TO: Deirdre       Transcription error

21   PAGE 120       LINE 13          REASON FOR CHANGE

22   CHANGE e-mails TO: routing system

23                                    Transcription error

24   PAGE 121       LINE 18          REASON FOR CHANGE

25   CHANGE mass TO: of Mass.         Transcription error

     PAGE 130       LINE 8           REASON FOR CHANGE

     CHANGE jeans TO: Jean            Transcription error

1   E R R A T A S H E E T          *Eric Lord*

2   NAME OF CASE: MARK J. PATANE, et al.

3             NESTLE WATERS NORTH AMERICA

    DATE OF DEPOSITION: July 20   State of *Connecticut* County of Fairfield
                                  Subscribed and sworn to (or affirmed) before me
4   WITNESS: ERIC LORD            this *5* day of *August*, 20 *21*

5                                 by *ERIC LORD*
                                  *Alda Braccia*
                                  ALDA BRACCIA, Notary Public
    If there are any correction My Commission Expires December 31, 2025
                                 to your deposition,

6   indicate them on this sheet of paper, give the

    change, page number, line number, and reason for

7   the change.

8   PAGE 136      LINE 20              REASON FOR CHANGE

9   CHANGE Yes   TO: Yes, to the extent it is in the

10  data warehouse                         Clarification

11  PAGE          LINE                 REASON FOR CHANGE

12  CHANGE TO:

13  PAGE          LINE                 REASON FOR CHANGE

14  CHANGE TO:

15  PAGE          LINE                 REASON FOR CHANGE

16  CHANGE TO:

17  PAGE          LINE                 REASON FOR CHANGE

18  CHANGE TO:

19  PAGE          LINE                 REASON FOR CHANGE

20  CHANGE TO:

21  PAGE          LINE                 REASON FOR CHANGE

22  -------------------------------------------------

23

24  Subscribed and sworn to before me

25  this    day of         , 2021.

    (Notary Public)            My Commission Expires: