# Exhibit B

[UNREDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED]

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF CONNECTICUT

3    Case No. 17-CV-01381-JAM

    ----------------------------------------x

4    MARK J. PATANE, JULIE HARDING,

5    HEATHER HARRIGAN, STEPHEN S. SHAPIRO

6    CATHERINE PORTER, ERICA RUSSELL, TINA

7    MORETTI, BRIDGET KOPET, JENNIFER S. COLE,

8    JENNIFER S. COLE, BENJAMIN A. FLETCHER,

9    DIANE BOGDAN and PARESHKUMAR BRAHMBHATT,

    Individually and on Behalf of All Others

10   Similarly Situated,

11         Plaintiffs,

12        VS.

13   NESTLE WATERS NORTH AMERICA, INC.,

14        Defendant.

    ----------------------------------------x

15       The Deposition of ERIC LORD, taken

16   on behalf of the Plaintiffs  in the hereinbefore

17   entitled action, before Francine Garb, a

18   Certified Shorthand Reporter and Notary Public

19   within and for the State of Connecticut,

20   commencing at 10:10 a.m. on July 20, 2021, at

21   the offices of Day, Pitney, LLP, One Stamford

22   Plaza, 263 Tresser Boulevard, 7th Floor,

23   Stamford, Connecticut 06901.

24   COURT REPORTER:  FRANCINE GARB, CSR

25   LICENSE # 139

                                Page 1

```
 1   A P P E A R A N C E S :

 2

 3   FOR THE PLAINTIFF:

 4   JOSEPH SAVERI, ESQS.

     601 California Street, Suite 1000

 5   San Francisco, California 94108

 6   BY: STEVEN N. WILLIAMS, ESQ.

 7   (email:  swilliams@saverilawfirm.com)

 8            - and -

 9   SUSMAN GODFREY, LLP

     1900 Avenue of the Stars, Suite 1400

10   Los Angeles, California 90067

11   BY:  JESSE-JUSTIN CUEVAS, ESQ.

            (on speaker phone)

12   (email: jcuevas@susmangodfrey.com)

13

14   FOR THE DEFENDANT:

15   DAY PITNEY, LLP

     195 Church Street, 15th Floor

16   New Haven, Connecticut 06510

17   BY: JONATHAN B. TROPP, ESQ.

18   (email: jbtropp@daypitney.com)

              -and-

19   ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.

20   44 Whippany Road - Suite 100

21   Morristown, New Jersey 07960

22   BY: CRAIG A. OLLENSCHLEGER, ESQ.

23   (email: co@olss.com)

24         *     *     *

25
```

Page 2

```
 1                    I N D E X

 2

 3   July 20, 2021

 4   WITNESS              EXAMINATION BY         PAGE

 5   ERIC LORD           MR. WILLIAMS               5

 6

 7

 8                   E X H I B I T S

 9   Exhibit 1    Declaration of Eric Lord       11

10   Exhibit 2    Declaration of Eric Lord       51

11   Exhibit 3    Sales Data                    102

12   Exhibit 4    Sales Data                    102

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
1                          ERIC LORD

2

3              S T I P U L A T I O N S

4

5        IT IS HEREBY STIPULATED AND AGREED TO by

6   and among counsel for the respective parties

7   hereto that all technicalities as to the proof

8   of the official character of the authority

9   before whom the deposition is to be taken are

10  waived.

11

12       IT IS FURTHER STIPULATED AND AGREED TO

13  by and among counsel for the respective parties

14  hereto that any objections to the sufficiency of

15  the Notice are waived.

16       IT IS FURTHER STIPULATED AND AGREED TO

17  by and among counsel for the respective parties

18  hereto that all objections, except as to form,

19  are reserved to the time of trial.

20

21       IT IS FURTHER STIPULATED AND AGREED TO by

22  and among counsel for the respective parties

23  hereto that the reading and the signing of the

24  deposition by the deponent are not waived.

25
```

Page  4

```
 1                    ERIC LORD
 2          THE COURT REPORTER:  If counsel wish
 3      to order a copy of the transcript, please
 4      state it on the record.
 5          MR. WILLIAMS:  I'll order a copy.
 6          MS. CUEVAS:  We want the transcript
 7      expedited.
 8          I'll take a copy.  We'll take it
 9      expedited also.
10                  *   *   *
11  E R I C    L O R D ,
12  the witness herein, giving his address as
13  900 Long Ridge Road, Building 2, Stamford,
14  Connecticut 06902, having been duly sworn by the
15  Notary Public, was examined and testified as
16  follows:
17
18
19  BY MR. WILLIAMS:
20      Q    Good morning, sir.  My name is Steve
21  Williams.  I represent the plaintiffs in this
22  case.
23          Have you had your deposition taken
24  before?
25      A    I have.
```

Page 5

                         ERIC LORD

1
2      Q    Could you please first say your name for
3  the record?
4      A    Eric Lord.
5      Q    And your business address, please?
6      A    900 Long Ridge Road, Stamford,
7  Connecticut 06902.
8      Q    Thank you.  How many times have you had
9  your deposition taken?
10     A    This will be my third time.
11     Q    And were those depositions in relation
12 to your work with what was Nestle and is now
13 BlueTriton, or something else?
14     A    Nestle.
15     Q    So I'm going to take it you are somewhat
16 familiar with how depositions work and I don't
17 need to go through all the details with you; is
18 that fair?
19     A    Yes.
20     Q    The things I will say are, you
21 understand that the oath you took and the
22 testimony you gave is just like you were in court,
23 right?
24     A    I understand.
25     Q    And if I ask you a question that is not

                                        Page  6

```
1                        ERIC LORD
2    clear, particularly because we're going to use
3    some terms of art, please let me know so I can try
4    to fix it.  Okay?
5         A    Absolutely.
6         Q    And if you want to take a break at some
7    time, as long as there is no question pending,
8    that is fine.  If there is a question you think is
9    privileged and you want to talk to your counsel,
10   let me know.
11              Those other cases where you had your
12   deposition taken, I think three prior cases?
13        A    No, this would be the third.
14        Q    The two prior cases, could you briefly
15   tell me what those cases were about?
16        A    The first one, I've having a hard time
17   remembering exactly what that case was.  It's over
18   25 years ago.
19              The last one was in relation to a
20   lawsuit against Nestle Waters of America, the
21   previous company of BlueTriton brands.  The
22   particulars of exactly that case escape me at the
23   moment, but it was regarding a lawsuit of a
24   similar nature to this.
25        Q    About how long ago was that?
```

Page  7

ERIC LORD

1

2     A     Best guess would be four to five years

3     ago.

4     Q     Any idea what court that lawsuit was in

5     that you were referring to?

6     A     Absolutely no idea.

7     Q     Did you do your deposition here in

8     Connecticut?

9     A     New York City.

10    Q     New York City.  All right.

11          And any idea roughly what was the

12    subject matter of that deposition?

13    A     Again, I can't remember at all what that

14    was regarding.

15    Q     But given what you do for the company,

16    let me put it this way:  Were you a fact witness

17    to whatever the plaintiffs claimed Nestle had done

18    wrong in that case?

19          MR. TROPP:  Objection.

20    A     I was representing facts regarding

21    certain things we do as an organization.  What

22    those facts were at the time, I don't remember.

23    Why I would have been called is my history, and my

24    tenure with the company, and my experience across

25    multiple functions of the company.

Page 8

ERIC LORD

1

2      Q      Do you recall, did that deposition

3   involve claims that Nestle employees used scripts

4   to discuss with their customers credit card fees?

5      A      I do not believe so.

6      Q      Did you ever give a deposition in a case

7   involving that subject matter?

8      A      I did not.

9      Q      Did you ever give a deposition in the

10  case that involved the subject matter of Nestle's

11  data?

12     A      Certainly the deposition I gave at that

13  time was related to information about data facts.

14     Q      And about what type of data was at issue

15  that you testified about?

16     A      Again, I don't remember the specific

17  facts for that.

18     Q      Do you recall, was it about sales data?

19     A      I would appreciate your asking the

20  question again in a different way.  I really don't

21  remember the exact topic of that.

22     Q      Understood.

23            I'm hoping if I ask you a few I might be

24  able to jog your memory.

25            Do you know whether the deposition you

Page 9

```
 1                     ERIC LORD
 2   gave was in a case in which you had previously
 3   executed a declaration of some sort?
 4       A    I certainly would have signed some
 5   declaration for that, I'm sure.
 6       Q    So do you think the sequence was you
 7   signed a declaration and then the other side
 8   wanted to take your deposition?
 9       A    No, I do not.  I believe the sequence of
10   events was that we provided data or a function
11   that I owned, provided data for something.  At
12   some point we would have a signed a declaration
13   regarding that, and then at some point, as it
14   progressed, I was deposed.  It was a much longer
15   deposition.  I believe it was in general regarding
16   the case.
17       Q    Let me ask you a question, if I may.
18   I'm looking at it and I copy it later.  a
19   declaration of Eric Lord in a case called Raz
20   versus Nestle Waters North America, and that
21   declaration quotes your deposition transcript in
22   that case.
23            Do you think that was the case in which
24   you testified?
25       A    It certainly could have been.  I can't
```

Page 10

                              ERIC LORD

1

2    say that.  I have signed more declarations than I

3    have had depositions.

4        Q    I'll represent to you that the subject

5    matter you described in that declaration was

6    telesales agents, how they are trained and how

7    they interact with customers.

8             Does that help you recall if that is the

9    deposition that you gave previously that you are

10   referring to?

11       A    It does not.

12       Q    Do you think you may have given more

13   than one deposition in the last four years on

14   behalf of Nestle?

15       A    No.

16       Q    I'm going to ask the court reporter to

17   mark as Lord Exhibit No. 1 a document entitled

18   Declaration off Eric Lord, and she will put that

19   before you so you can take look at it.

20             (Marked for identification, Declaration

21        of Eric Lord, Plaintiffs' 1)

22   BY MR. WILLIAMS:

23       Q    Mr. Lord, take as much time as you would

24   like to look at that.

25       A    I'm good.

                                         Page 11

```
1                         ERIC LORD
2        Q    Am I correct this is a declaration you
3    executed on May 13, 2021?
4        A    Yes, it is.
5        Q    Did you write this yourself?
6        A    No, I did not.
7        Q    Could you explain to us generally the
8    process of how this was prepared?
9        A    So, on a conference call with our
10   counsel.
11            MR. TROPP:  Mr. Williams has asked you
12       to describe the process.  If you can do that
13       without referring to conversations that you
14       may have had with counsel, you can describe
15       the process.  If you can't do it without
16       reference to conversations with counsel, then
17       let Mr. Williams know that.
18       A    With that context, I can't really
19   explain it.
20       Q    Let me go to just some mechanics.  Who
21   put the words into some form of computer program,
22   who did that for you?
23       A    That would be outside counsel.
24       Q    Who decided what it would say?
25       A    I did.
```

Veritext Legal Solutions
866 299-5127

ERIC LORD

1

2       Q    How did you decide what you wanted to

3    say in your declaration?

4       A    The questions that were asked --

5       Q    And, again, please don't tell me what

6    you discussed with counsel.

7       A    I understand.

8            The questions I was asked in relation

9    to this, and the answers to those questions,

10   both how we would go about, and what it would

11   take to try and produce those things.

12      Q    I got you.

13           Can you tell me, if you recall, before

14   May 13th, when you signed this, had you worked on

15   this case before, the Patane versus Nestle Waters

16   North America case in any respect?

17           MR. TROPP:  Objection to form.

18           You can answer.

19      A    Functions that worked for me were asked

20   to produce data in relation to the case.

21      Q    Were you yourself asked to do anything

22   in relation to the case?

23      A    All of those requests would come through

24   me.

25      Q    And then you delegate?

                                ERIC LORD

1

2        A     Yes.

3        Q     When you say -- I think you said

4   "Functions that worked for me"?

5        A     Correct.

6        Q     Is Functions people?

7        A     Departments.

8        Q     Can you tell me -- I think you are, if I

9   understand this -- vice president of business

10   improvement.  Which departments would you have

11   contacted in relation to anything relating to this

12   case as you just mentioned?

13        A     I would contact my business intelligence

14   department.

15        Q     Anything else?

16        A     Nope.

17        Q     How would you describe the business

18   intelligence department?

19        A     The function is responsible for -- their

20   primary function is providing insight to business,

21   to help drive business decisions, help drive

22   improvements.  A secondary function would be to

23   provide data to different functions so that they

24   can do that on their own, and/or other functions,

25   i.e., legal, if they need data for something.

                                              Page 14

                          ERIC LORD

1

2       Q    Are you familiar with the term or the

3   terms "data warehouse"?

4       A    I am.

5       Q    What does that mean within the scope of

6   your business, and by that I mean Nestle Waters

7   North America and now BlueTriton?

8       A    Historically in the context of how I

9   understand the data warehouse, it's a place you

10  would store data to allow you to use that data

11  later for something else.

12      Q    Is that historically how you understand

13  it generally, or specifically how you understand

14  it as it applies to Blue Triton?

15      A    One and the same.

16      Q    Is there a data warehouse at BlueTriton

17  visible?

18      A    There is.

19      Q    What is that?  Please -- I am a

20  neolithic, so please describe it in simplest

21  terms.  I know this is your expertise, it's not my

22  expertise.

23      A    So, we have a data warehouse where we --

24  that was built 22 years ago, approximately, give

25  or take a year, where we have attempted to store

                                            Page 15

                        ERIC LORD

1
2    all of the relevant data we would need as a
3    business, primarily because our core systems that
4    we run our business do not retain or store that
5    data in a usable way.
6         Q    So the data warehouse you say was built
7    about 22 years ago.  Were you involved when it was
8    built?
9         A    I was.
10        Q    And can you describe sort of in building
11   it, what does that mean?  I'll ask with a stupid
12   guess.  Does mean taking data from various places
13   and trying to put it into one place so it's sort
14   of centralized?
15        A    You have a good handle on the idea of a
16   data warehouse.  The data warehouse, we took data
17   from our 35-year old Legacy system and we migrated
18   it into the data warehouse for the purposes of
19   trying to help us with reporting at that time.
20   Solely reporting.
21        Q    When you say your 35-year old Legacy
22   system, does that mean 22 years ago it was 35
23   years old?
24        A    35 plus years old today.
25        Q    Today?  I'm trying to match up the 22

                                              Page 16

ERIC LORD

1

2      years ago that you built the data warehouse and

3      the 35-year old Legacy system.  Are those --

4           A     Two different systems.

5           Q     Two different systems.  Okay.

6                 Does the Legacy system have a name?

7           A     The acronym we use for it, it's called

8      RMS.  Stands for route management software.  It

9      was a -- this will be important to understand.

10     It's a Pick-based green screen system, using a

11     database called Universe.  What's important to

12     understand about a data base called Universe, is

13     it's a Multivalue database, it's not a relational

14     database.

15                Basically it means it stacks data on top

16     of itself.  So modern technology will not interact

17     with that system in any usable way.

18          Q     And that is the Universe system I think

19     you said?

20          A     Well, database is Universe.  The system

21     is called RMS.  And it's a system that was custom

22     written by a company in Texas that went out of

23     business, and we own the rights to it, and it

24     continues to run my business to this day.

25          Q     So, is it fair to say that it's custom

Page 17

                              ERIC LORD

1

2    to your business and proprietary to you; it was

3    built for you?

4        A    It was specifically designed and built

5    to run Home & Office water companies.  The six or

6    seven clients they ever had were Home & Office

7    water companies.

8        Q    You said Pick-based, right?

9        A    Pick is the programming language, and

10   it's basically a form of basic programming.  So

11   all the code in that is written in Pick basic.

12       Q    Now, that was in Universe -- when the

13   data warehouse was created, was that data

14   maintained solely in Universe was it copied into

15   any other place in the data warehouse?

16       A    The way to think about the way our old

17   system works, think about it like two buckets that

18   you fill.  So this month I'm putting all of my

19   transactions in the bucket, and I have all my

20   detailed transactions.  At the end of the month I

21   put a lid on that bucket and I push it to the

22   right.  That set of transactions exists.

23            Then I get a new bucket and start

24   filling it up.  At the end of the month I put a

25   lid on that bucket and I slide it to the right.

                                          Page 18

```
 1                        ERIC LORD
 2             The bucket that was to my right before
 3    disappears, it literally goes away.  And I start a
 4    new bucket.
 5             The reason we built the data warehouse
 6    was to allow us to keep that data.  What's
 7    important is we kept it for reporting purposes
 8    only, so we didn't keep all of it.  We kept the
 9    information we thought was germane at the time.
10       Q    When you talked about the process, I
11    assume you mean now, I'm not sure, where each
12    month you get your detailed transaction data, you
13    put it together, and then it will go into the
14    system and it goes away?
15       A    In our Legacy system it goes away.
16    Those detailed transactions disappear after two
17    months.
18       Q    And where does the data that you took
19    from them stay, if anywhere?
20       A    It would go into our data warehouse and
21    exist there.
22       Q    And how would it be maintained in the
23    data warehouse?
24       A    So, the data warehouse is a relational
25    database, and we would store certain aspects of
```

Page 19

                        ERIC LORD
 1
 2    the data from our Legacy system, and of course
 3    that's grown over time.
 4         Q    So this process you are discussing now,
 5    and tell me if I'm getting this wrong, you prepare
 6    the monthly detail transaction, you put that into
 7    RMS; is that correct?
 8         A    RMS is the core system.  So if my truck
 9    goes out and makes a delivery, that transaction
10    happens in RMS.  At the end of the month those
11    transactions flow into a data warehouse where we
12    have them stored, and then we keep a certain
13    amount of that history in our data warehouse.
14         Q    What was in RMS goes away?
15         A    It goes away.  You can never go get the
16    transaction detail after a couple of months.
17         Q    I apologize if I asked this.  When did
18    that process -- when did you start doing it that
19    way that you described, where you take the info
20    from RMS, you finish your month, it goes into the
21    data warehouse and you get rid of the RMS?
22         A    Roughly February of 2002.
23         Q    When you described keeping it in the
24    data warehouse for reporting purposes only, what
25    type of reporting?

                                        Page 20

```
                        ERIC LORD
 1
 2      A    So, primarily that was built to provide
 3  KPIs for people performance, so for an individual
 4  performer.  How many deliveries did I make; did I
 5  make the right deliveries?  Those type of
 6  questions.
 7      Q    When information comes into the RMS
 8  from -- let's say a delivery driver is out, he
 9  does some work, how does it get to the RMS?  Does
10  he send a letter, does he fax it?  Does he email
11  it in some proprietary system?
12      A    We have a hand held.  We have been
13  through multiple versions over the years.  That
14  hand held device uploads that information.
15  Whether it does it physically, meaning it sits in
16  a dock and it uploads it to the computer, or
17  whether it does it -- today many of them actually
18  do it over a radio, a WIFI radio or a cellular
19  radio.
20      Q    Can you remember the types of
21  information that would be transmitted from, say, a
22  delivery driver to the company through the RMS
23  after do delivery?
24      A    Sure.  It would be everything needed to
25  record a sale, to bill a customer, and to record
```

Page 21

```
                            ERIC LORD
 1
 2    our financials.
 3         Q      So would that include the products that
 4    were delivered?
 5         A      Sure.
 6         Q      The number of products delivered?
 7         A      Yes.
 8         Q      The price per unit of the products
 9    delivered?
10         A      Yes.
11         Q      When you mentioned that the data comes
12    out of RMS, goes to the data warehouse, and you
13    say you decided only certain data would go, do you
14    have a recollection of what data was retained in
15    the data warehouse?
16         A      I know what's retained in the data
17    warehouse today.  I can tell you that over time it
18    has grown.  So as a rough estimate in 2002, we
19    probably brought over 30 percent of the data from
20    RMS.  Today we probably bring over 60 percent of
21    the data from RMS.
22         Q      Did that percentage change gradually
23    over time?
24         A      It did.  As the business had more needs,
25    we would identify that need.  If the need
```

Page 22

```
                         ERIC LORD
```

1                         ERIC LORD

2    justified that there was some return on that

3    investment, we would invest in resources to go

4    ahead and make those coding changes and enhance

5    the data warehouse.

6         Q    I know it's a long time ago.  When you

7    began with the 30 percent of data, what was the

8    data that then the company deemed was necessary to

9    keep in the data warehouse?

10        A    It would have been high level sales

11   information and high level customer information.

12        Q    What do you mean by "high level sales

13   information"?

14        A    So, we may have brought over, for

15   instance, a product but not a brand.  Or we

16   brought over who did the work, but not where it

17   was delivered.

18        Q    Can you give me an example of product

19   but not the brand?  What would that mean?

20        A    We might have a product identifier, but

21   not the brand of that product at the time.

22        Q    In the data that comes from the GMS, how

23   were products identified?  Were they identified by

24   SKU?

25        A    There is a three digit product code that

ERIC LORD

1

2   exists in our Legacy system.

3        Q    Does that identify each of the products

4   sold?

5        A    It does.

6        Q    Have those three digit product codes

7   changed over time?

8        A    They have.  And they have been reused,

9   because we were literally limited to three digits.

10       Q    Is that because of the limitations of

11  the system?

12       A    Exactly.

13       Q    Do you have a data dictionary that

14  describes the product codes that are used in RMS?

15       A    We do not.

16       Q    How is that information communicated to

17  the people that use the RMS?

18       A    There is a cryptic description in the

19  system you use that gives an indication of what

20  that was, depending on the time of what it was.

21  What I mean by that is, in 2002 a delivery person

22  may have a description that is 9 characters long,

23  because it had to fit in his hand held, and that

24  would give some indication of what that product

25  was.  Most of it was done by memory.  They just

```
                            ERIC LORD
 1
 2     knew.
 3             Today, that is much more complicated.
 4     There is additional systems involved.  As we have
 5     modernized some of our systems, none of what I
 6     have discussed has gone away.
 7          Q    Do I understand -- I want to talk about
 8     ReadyRefresh for a little bit, okay?  Can you tell
 9     me what that is?
10          A    Yes.  And by the way, everything I am
11     talking about is ReadyRefresh.
12             ReadyRefresh is the name of our
13     division.  It is the Home & Office division for
14     BlueTriton brands, so we deliver products to homes
15     and offices.
16          Q    Has that been true since 2002, that
17     ReadyRefresh has delivered products to home and
18     offices?
19          A    We haven't been called ReadyRefresh for
20     that amount of time, but the division is the same.
21          Q    And it was doing the same things?
22          A    And doing the same thing.
23          Q    Do I understand correctly that
24     ReadyRefresh customers, their pricing comes from
25     either talking to someone at Blue Triton or
```

Veritext Legal Solutions
866 299-5127

```
 1                      ERIC LORD
 2   through the Internet, as distinguished from
 3   negotiating with delivery drivers?
 4       A     Delivery drivers do not have the ability
 5   to negotiate price, so those prices would be set,
 6   and then the customer would sign up for service
 7   based on that.
 8       Q     And how were those prices set?
 9       A     Historically, our finance organization
10   would determine pricing.
11       Q     Do you know the name of that
12   organization?
13       A     Finance.
14       Q     Just Finance.
15             Do they work sort of parallel to you,
16   below you, above you, separate from you?
17       A     Today, Finance would sit beside me.
18   Historically, in my different roles, Finance would
19   sit above me, so I would be the recipient of the
20   decision, where today, they sit beside me.
21       Q     When they were above you, were there
22   times when you or your department provided reports
23   to them to assist them in setting prices?
24       A     Not that I can remember.
25       Q     Were there times when anyone asked you
```

Page 26

                        ERIC LORD

1

2    for information that the finance department could

3    use to set prices?

4         A     Again, not that I can remember.

5         Q     Were there any times that you or anyone

6    in your firm had prepared reports for the finance

7    department for any purpose whatsoever?

8         A     Yes.  Obviously, the Business

9    Intelligence Group would have produced reports for

10   finance.

11        Q     What type of reports does the Business

12   Intelligence Group -- I'm sorry, what types of

13   reports can you recall that the Business

14   Intelligence Group has prepared for the finance

15   department?

16        A     I could not speak to specifics on what

17   was produced.

18        Q     Your best recollection?

19        A     It would be very numerous, the number of

20   different things they would have produced over the

21   years.

22        Q     Tell me whatever ones you can recall,

23   generally or specifically, of any reports that

24   your department prepared and produced to the

25   finance department?

ERIC LORD

1
2      A      We would have likely produced reports

3    related to customers, so how many customers, how

4    many customers quit, how many customers were

5    acquired.

6            We would have produced reports regarding

7    certain KPIs for certain functions, so the number

8    of deliveries made out in the field, number of

9    deliveries missed, those type of reports would you

10   have been the things that would have been

11   provided.

12     Q      What about any reports that track

13   financial performance?

14     A      Those would have come from Finance

15   themselves.

16     Q      What about any reports that track

17   revenues earned in any particular time period?

18     A      All of those come from finance systems,

19   different systems.

20     Q      So what if anything do you know about

21   the systems Finance uses in order to determine

22   revenues for resell of BlueTriton products?

23     A      The finance system of record is SAP.

24     Q      Do you have any familiarity with that

25   system?

ERIC LORD

 1

 2     A     I do.

 3     Q     Can you tell me what time period of data

 4  is included within the finance department's SAP

 5  system?

 6     A     I do not know the answer to that

 7  question.

 8     Q     Is it current?  Is it operating today?

 9     A     Yes.

10     Q     Do you have any idea how long it's been

11  operating?

12     A     Within the last five or six years it was

13  changed.  We had our own instance of SAP Nestle

14  asked us to standardize at some point.  Again,

15  don't hold me to the five or six years

16  directionally.  I am unclear what history would

17  have been brought over.

18     Q     Does that mean -- when you say we had

19  our own version of SAP, what did that mean?

20     A     So -- ask your question again.  I'm

21  sorry.  I want to make sure I understand what

22  you're asking.

23     Q     There was a question when -- I had been

24  asking how long you had been using the SAP system,

25  and I think you said we have had our own version

Page 29

```
                         ERIC LORD
 1
 2    of SAP, and in the last 4 or 5 or 6 years that
 3    transferred to the new SAP.  And my question is,
 4    what was the old version.
 5        A     It was SAP.  It just wasn't Nestle's
 6    template for SAP.
 7        Q     What's different about Nestle's template
 8    for SAP than what you were using previously?
 9        A     Nestle standardized their systems across
10    the globe, and everybody uses the same system to
11    reduce total cost of ownership.  So for them it
12    was just about putting us into the standard box as
13    far as our finance organization, so it allows them
14    to see their finances in an easier way.
15        Q     Let me see if I understand that.  The
16    Nestle you are referring to, is that Nestle, the
17    parent company in Switzerland, the giant food
18    conglomerate?
19        A     Global.
20        Q     And beneath them there is another Nestle
21    company, right?
22        A     When you say that, what do you mean?
23        Q     The big Nestle global, the giant food
24    company, they were not the direct owner of Nestle
25    Waters North America, right?  There was a company
```

Veritext Legal Solutions
866 299-5127

```
                         ERIC LORD
 1

 2    in between those two?

 3        A      Nestle Waters was a division within

 4    Nestle.   Nestle, as a general rule, for all of

 5    their systems, they did a project 15 years ago, in

 6    that ballpark, where they standardized technology

 7    systems across the globe.   So everybody went to

 8    the same computer system.

 9        Q      Understood.   That is what I was trying

10    to say.   But the structure is Nestle at the top,

11    then Nestle Waters, then Nestle Waters North

12    America?

13        A      Correct.

14        Q      But it was Nestle at the a top that

15    dictated the use of the current system?

16        A      Of SAP, yes.

17        Q      When that was implemented, could Nestle

18    in Switzerland have live access to the financials

19    of Nestle Waters North America?

20        A      Yes.

21        Q      And any other Nestle water company

22    anywhere, right?

23        A      They would have access to everything.

24    Now, locally, we wouldn't.

25        Q      Understood.
```

Page 31

ERIC LORD

1

2          Could you, for example, access the SAP

3    system that NWNA was using?

4          A    I could.

5          Q    Now, did that system include -- describe

6    to me what type of financial information was

7    included in that system after Nestle, five or six

8    years ago, put you on their system.

9          A    Whether it was five or six years ago or

10   prior, summarized information was loaded into SAP

11   from my division, from ReadyRefresh.   Summarized

12   transaction data was shipped to SAP on a daily

13   basis.

14              So think about it like entering an

15   accounting entry, a debit and a credit.   An

16   accounting entry was sent from our Legacy system

17   into SAP on a daily basis for sales.

18         Q    What would be included in that daily

19   information?

20         A    You would run over volumes, revenue, but

21   revenue net of fees, discounts, adjustments.   So

22   it's kind of a mushed together transaction, if you

23   will, summarized to our delivery locations.

24         Q    Are delivery locations specific

25   locations or areas?

Page 32

```
                            ERIC LORD
 1
 2       A     Delivery locations.
 3       Q     Specifically?
 4       A     Right.   So in other words, we have today
 5  73 distribution centers across the country.   The
 6  financial transactions were summarized to each
 7  distribution center.
 8       Q     I got it.  So not to the ultimate place
 9  where the product goes, to the distribution
10  center?
11       A     So, Nestle was always afraid of our
12  scale.  We have lots of transactions.
13       Q     When you referred to the data
14  transmitted every day, is that the same as the
15  term you use net net sales; is that what you were
16  referring to?
17       A     Yes.  That would represent net net
18  sales.
19       Q     You said that uploads every day?
20       A     Daily.
21       Q     Is it a prior day's results or is it
22  updating all the prior results?
23       A     It updates as the hand helds come in.
24  So it batches them as the hand helds come in.
25  It's unfair to say it's a day, as that process
```

Page 33

```
                           ERIC LORD
 1
 2     kind of transmits itself overnight, and the date
 3     of the transaction is the date of post.
 4          Q    Do the distribution centers send more
 5     information into Nestle than Nestle puts into the
 6     SAP that goes up to the parent company?
 7          A    There is a lot more detail that goes
 8     into our Legacy system en mass than goes into SAP.
 9          Q    BlueTriton uses RMS today, correct?
10          A    It does.
11          Q    Does it have any plans to stop using
12     RMS?
13          A    We would like to.
14          Q    Is it one of those you're stuck with it?
15          A    It's a very difficult thing to replace.
16     It's a custom system that has been customized over
17     30 years, tailored to our business.  There is not
18     a lot of software that does exactly what we do and
19     how we do it.
20          Q    Does the SAP system that we're talking
21     about now that goes to the parent company include
22     any information about cost of goods sold?
23          A    All of the cost of goods and that is
24     done in our financial system at Nestle.
25          Q    The same one we are talking about?
```

Page 34

```
                              ERIC LORD
 1
 2        A    Yep.
 3        Q    What aspects of cost of goods sold, if
 4   you know, were included in the SAP system?
 5        A    Describe your question more.  Cost of
 6   goods is a pretty generic term.
 7        Q    Understood.  And different places
 8   include different things.  Are you including all
 9   of the costs of production, bottling,
10   transportation, salaries?
11        A    SAP serves as our manufacturing system,
12   and it serves as our full P&L., so all costs are
13   in SAP.  So labor, factory, depreciation, cost of
14   manufacturing, cost of goods, all of that would be
15   in our financial system.
16        Q    How, if at all, does Nestle keep track
17   of the prices it charges customers in ReadyRefresh
18   for the products they buy?
19        A    On the ReadyRefresh side, we have our
20   current price lists, if you will, is a way to
21   think about it.  Those would get reviewed
22   periodically and changed.  We don't necessarily
23   keep track of what they were.  We know what they
24   are.
25             We do know, because we have the sales,
```

Page 35

```
 1                    ERIC LORD
 2   we know what a customer was charged when a sale
 3   took place.
 4        Q    Where do you go to find out what a
 5   customer was charged when a sale took place?
 6        A    We would look at our sales history.
 7        Q    Is that going to be a total, or is that
 8   going to be -- for example, could you see how much
 9   did they spend on this product, how much did they
10   spend on this product, et cetera?
11        A    So, we can look at an individual
12   customer and an individual product and see how
13   many units and what the total charge was, and do
14   the math to figure out what that price was.
15        Q    How far back in time could you do that
16   for a ReadyRefresh customer if you wanted to?
17             MR. TROPP:  Objection to the form.
18        A    We could go back to 2017 and easily do
19   that.
20        Q    Per customer?
21        A    I'm sorry?
22        Q    For a particular customer?
23        A    For a particular customer.
24        Q    So how would you do that?  Let's say you
25   have one customer you want to see what they paid
```

Page 36

ERIC LORD

1

2     per product since 2017.  How would you do that?

3          A     We would go to our data warehouse and

4     you would look at the sales history, and you can

5     see all of the products they bought, the date they

6     bought them, and if they -- when the price

7     changed.

8          Q     So when you do that, are you at a

9     computer?

10         A     You would have to do that through our

11    data warehouse.

12         Q     When you say that, when I go to the data

13    warehouse, it's not a warehouse full of papers,

14    it's a warehouse full of data?

15         A     Yes.

16         Q     Does it look like an office?

17         A     So you would need a special skill set of

18    a person who would need to write a piece of code

19    in what's called SQL, standard query language,

20    SQL.  They would need to understand the tables,

21    the table structures, and then they could go get

22    that information and return it.

23              Now, how they return that would depend

24    quite a bit on the customer and what they were

25    looking for.  For an individual customer you might

Page 37

                        ERIC LORD

1
2    put that in Excel, it will fit.  For a large set
3    of customers you might be challenged to how do you
4    return that.
5         Q    When you say you might be challenged, is
6    that because of the size of the export file?
7         A    Correct.
8         Q    And if you are using a different type of
9    relational database other than Excel, then you
10   might not have that problem, correct?
11        A    So, you would need to take the data out
12   of SQL.  SQL itself is a relational database.  You
13   would need to take the data out of SQL and put it
14   in some other database if you wanted to look at
15   it.  That certainly can be done.  Somebody would
16   need to understand how to connect all of the data.
17        Q    Nestle understands how to connect all of
18   the data?
19        A    People in Nestle understand how to
20   connect the data.
21        Q    When you say that that could be done,
22   that is, I think you meant the export of the data
23   in the SQL database, how would that be done?
24        A    So, any SQL database you have the
25   ability to export tables and port those to however

                                              Page 38

```
                          ERIC LORD
```

1      you want them.

3          Q    Do you have any idea how long -- let's

4      say we decided we want to export that whole

5      database, we need to look at some place for

6      disaster recovery purposes, how long would it take

7      you to export that database?

8               MR. TROPP:   Objection to form.

9          A    It would be multiple days to export the

10     data.  It's multiple terabytes and terabytes of

11     data that exist.  The issue is not the export, the

12     issue is what do you do with it when you get it.

13     How do you decode and understand how to connect

14     Table A to Table B to produce a usable output.

15         Q    Just the first part, just the export, a

16     couple of days?

17         A    Yes.

18         Q    To a drive?  Something like that, a hard

19     drive?

20         A    I'm not sure.  It would be multiple hard

21     drives.  I'm not sure how you would move it.

22     Again, it's multiple terabytes of data.  It's not

23     something that's easily moveable, let's put it

24     that way.

25         Q    And once that is done as you describe,

```
                        ERIC LORD
 1
 2      you need someone who knows the structure?   Nestle
 3      has people in it who know the structures, correct?
 4          A    Correct.
 5          Q    If I wanted to know a customer's history
 6      of purchasing, I think you referred to you need
 7      someone who could write some code.
 8          A    Yep.
 9          Q    Does Nestle have people in-house who do
10      that?
11          A    We do.
12          Q    So when you have projects that you need
13      something done, you have people who understand the
14      database and can write the code to do that,
15      correct?
16          A    We do.   So there is a team of people
17      that work and do that stuff all day.
18              MR. TROPP:  Steve, you have been
19          referring, especially recently, to Nestle,
20          and earlier you distinguished Nestle from
21          other organizations.  I think the record
22          should clearly reflect that in your recent
23          questions, Nestle refers to BlueTriton brands
24          at a certain time.
25              MR. WILLIAMS:  That is correct, and I'll
```

Page 40

ERIC LORD

1

2        try to do that.

3        Q      How many people does Nestle have that
4  can write the SQL codes to use the data warehouse?

5        A      Approximately 25 people.   There is
6  probably four to six that understand the data, so
7  there is 25 -- call it 25 to 30 that have the
8  skill set to actually write SQL code.

9               There is four to six people who
10  understand the ReadyRefresh data and can produce
11  an output and answer a question.

12        Q      You are one of those people who
13  understand it?

14        A      I ran our IT organization when it was
15  developed, so I understand it.

16        Q      Could you give me an example of
17  different types of queries that you can do in the
18  data warehouse?  Let's say, for example, I just
19  wanted to know how much product in 2018 Nestle
20  Water North America sold in New York State.  Is
21  that a query that I could execute on the data
22  warehouse?

23               MR. TROPP:  Objection to form.

24        A      Not easily.

25        Q      What would it take to do that?

                        ERIC LORD

1

2        A     So, the first challenge with doing that,

3    we know -- and again a limitation of my Legacy

4    system -- the Legacy system maintains an address

5    for a customer.  That data comes over and we

6    maintain the current address for every customer,

7    because that is what's important.  I make

8    deliveries.  I need to know where you live now.  I

9    don't know where you lived when I made a delivery

10   to you in 2018.

11            So, as an example, last year almost a

12   third of our customers moved, roughly 500,000

13   customers out of 1.5 million moved.  I don't know

14   how many of those moved in state, out of state.

15   So as you ask the question how many sales did I

16   have in New York, I can't answer that question

17   without understanding who moved.

18        Q     And when they moved?

19        A     And when they moved.

20        Q     Now, when a customer moves, I take it

21   the RMS would update that information the first

22   time there is a delivery to their new address?

23        A     Correct.  So somebody would go into a

24   system, they would change the address.  That would

25   trigger a whole series of things, including

                                            Page 42

```
                          ERIC LORD
1
2    reapplying a GO code so we can make a delivery,
3    assigning a new person to make the delivery, et
4    cetera, et cetera, et cetera.  What we don't do,
5    going back to the point I made earlier, is we
6    don't store their old address.
7        Q    But you still have all of the records of
8    all sales that were made to them at their old
9    address?
10       A    I know the sale was made, and I know the
11   ID of it, but I don't know where they lived.  So
12   in -- don't hold me to this exact date --
13   somewhere in Q-2 of last year, we started tracking
14   address changes for the first time.  So we now
15   know anytime somebody's address changed, where you
16   changed.  But that only goes back to last year.
17       Q    Do you use customer IDs to identify your
18   customers?
19       A    We do.
20       Q    In addition to addresses?
21       A    Again, a limitation of my Legacy system.
22   Every address that I'm going to deliver to
23   requires a unique customer number.  So in a modern
24   technology system, you would have a customer and
25   then you would have a different ship to locations.
```

Page 43

ERIC LORD

1

2  So, use Bank of America as an example.  Bank of

3  America would be one customer, and I might have

4  five thousand branches I deliver to, and they

5  would all be different addresses.

6        In my system, I have an individual

7  delivery location or account number for every Bank

8  of America I have to deliver to.  And that is

9  because RMS is a 35-year old system.

10     Q    Does the RMS store invoices?

11     A    It stores invoices going back to May of

12  2017.

13     Q    And what format are the invoices stored

14  in on your RMS?

15     A    It's the equivalent of a PDF.  It's not

16  a data mineable thing.

17     Q    It's not a PDF?

18     A    It's not a PDF, but it's like the green

19  screen equivalent of a PDF.

20     Q    Is there a name for this type of data

21  file?

22     A    There isn't.  It's stored in a way that

23  you can't decode it.  It will pop up on a scene,

24  you can see it, but you can't go get the

25  individual data components from it.

Veritext Legal Solutions
866 299-5127

ERIC LORD

    Q    Are you actually storing an actual copy
of the invoice, or is it sort of a recreation of
the data that was in --

    A    It's a recreation of the information
that's in the invoice.  It's actually what we sent
to the -- so we use a third party to produce the
invoices for a customer.  We send them a data file
to produce that.  We use that same thing to
reproduce, so somebody could go into a screen and
see it.

    Q    Who is that third party?

    A    Right now it's a company called
SureBill.  Prior to that -- I forget the name of
the company prior to that.

    Q    So I take it they were processing the
invoices before they go into the RMS?

    A    No.  RMS would create the invoices, and
then we would send them to this company to
actually produce the invoice and mail it to the
customer.

    Q    But Nestle never keeps a copy of the
invoice itself?

    A    A physical copy, no.

    Q    It sounds like you don't keep an

Veritext Legal Solutions
866 299-5127

ERIC LORD

1

2    electronic copy, you recreate the electronic

3    copies when necessary?

4        A    The equivalent of the transmission that

5    we sent to the vendor is kept.  So, again, you can

6    go into this Legacy system we call RMS, and you

7    could bring up a customer record, and you can go

8    to their invoices and see it pop on the screen.

9    You can even hit print and print that if you

10   wanted.  Theoretically, you can email it to the

11   customer.  But a programmer, a Pick programmer,

12   could not go decode that and get everything

13   reproduced in the invoice.  We have tried, by the

14   way.

15       Q    When did you try?

16       A    Probably 15 years ago was the last time.

17       Q    Why were you trying then?

18       A    There was a reason we wanted to try and

19   recreate some of that data for ourselves for some

20   use, and it didn't work.

21       Q    When Nestle sends -- and this is back

22   then, I guess -- transmission to the vendor who

23   sends out the invoices, are you just sending them

24   the data to put into the invoice forms that they

25   have, or are you sending them the actual invoice

Page 46

```
                            ERIC LORD
```

1          ERIC LORD

2    and just asking them to forward it?

3         A     It's a transmission with all of the

4    individual components, and then they have a

5    program on their side that marries that up with a

6    template and drops it all off.

7         Q     And what are the components?

8         A     It would be the sales information, so

9    everything we need to get paid.  Your aging, so

10   how much money is 30, current 30, 60, 90.  Your

11   total bill due.  The individual line items or

12   quantities, the product description, not

13   necessarily the product identifier, the quantity

14   and the amount.

15        Q     In what format does that get sent to

16   SureBill?

17        A     It's sent as some type of text file.  I

18   don't know if it's a standard or if it's

19   proprietary.  My guess is it's proprietary to us

20   in the sense we have used a similar format with

21   all the invoice vendors over the years.

22        Q     And what department in Nestle sends that

23   to SureBill?

24        A     The IT organization actually sends it.

25   We have in the group a function we call national

Veritext Legal Solutions
866 299-5127

                        ERIC LORD

1    account services, which is responsible for

3    billing, and they own the relationship with

4    SureBill.  They would validate that everything is

5    correct.  So they would sample invoices, look at

6    them and make sure everything is good.

7         Q    The data that IT sends to SureBill,

8    where does IT get the data from?  What system in

9    Nestle does it come from?

10        A    RMS.

11        Q    It's from the RMS?  It's not from

12   Finance?

13        A    It is not.

14        Q    How does it come out of the RMS?  I

15   guess that is my question.

16        A    RMS would produce a text file in some

17   format.

18        Q    I'm sorry to interrupt.  What is the

19   step that is taken to cause RMS to produce that

20   text file?

21        A    We produce invoices on what we call

22   cycle.  I think it's 13 cycles a month, basically

23   every other day.  So we have a cycle on the 4th of

24   the month, the 6th, the 8th, et cetera, et cetera,

25   and we would take customers who were due to get a

                                              Page 48

```
                          ERIC LORD
 1
 2   bill on those cycles.  A program is run in RMS
 3   that takes all of those customers that are due, it
 4   produces the text file, it drops it into a
 5   directory, it gets swept up, and it gets sent to
 6   the vendor.  That file showing up in the vendor's
 7   server triggers them to start their invoicing
 8   process.
 9        Q    And the files they receive are not
10   customer to customer.  It's a lot of
11   information --
12        A    It's one massive file with all of the
13   bills in it.
14        Q    And that comes straight out of RMS?
15        A    Straight out of RMS.
16        Q    Is it automated when it comes out of
17   RMS, is it like someone wrote a program that
18   automatically causes this to happen?
19        A    So there is a lot of programs that exist
20   in RMS.  Automated is a little bit of a misnomer
21   in the sense that we have what we call an
22   operations team.  So think about a little room
23   with a bunch of computers monitors, and these
24   people sit there and execute jobs every single
25   day.
```

Veritext Legal Solutions
866 299-5127

ERIC LORD

1

2          So imagine that Tom, I'm making his name

3    up, walks in on Tuesday, opens his book and says,

4    today I need to run Job 1., runs Job 1 in the

5    system, flips the page.  I need to run Job 2, runs

6    2 in the system.  The manual tells him what to do

7    at every step, and if there is an error it tells

8    him what to do.

9          So it's an operations team that executes

10   all of the systems.  As a 35-year old system, it

11   doesn't do much all on its own.

12     Q    Again I'm going to be really simplistic.

13   In terms of the data that is coming out, is the

14   program that was written simply taking the

15   relevant data that you want SureBill to have and

16   sending it to them?

17     A    Exactly.

18     Q    And that is all of the U.S., right?

19   SureBill is covering everything?

20     A    SureBill is the single vendor we use to

21   do it.

22     Q    Do you recall a Declaration involved in

23   a case called Kendall (phonetic)?

24     A    I do not.

25     Q    Do you recall filing a Declaration in

Page 50

```
 1                    ERIC LORD
 2   California in a port for the proposition that the
 3   value of the Plaintiffs' claims in that case
 4   exceeded 5 million dollars?
 5        A    It rings a bell.  I don't remember
 6   exactly what it was though.
 7        Q    Let me then -- we'll make this Lord
 8   Exhibit No. 2.
 9             (Marked for identification, Declaration
10        of Eric Lord in support of Defendant Nestle
11        Waters North America, Inc.'s Opposition to
12        Plaintiffs' Motion to Remand, Plaintiffs' 2)
13        Q    Again, if you just take a look and let
14   me know when you are ready.
15             (Witness perusing document)
16        Q    Is that a Declaration you signed on
17   December 14, 2020?
18        A    Yes, it is.
19        Q    Was that your title at that time, Senior
20   Director of Data and Technology Integration?
21        A    Yes, it was.
22        Q    Different title now or same title?
23        A    Different title today.
24        Q    It says here in paragraph 3, "Since
25   September 23, 2016, late fees collected by NWNA
```

Page 51

```
 1                      ERIC LORD
 2   from ReadyRefresh customers, with a delivery
 3   address in California exceed 5 million dollars."
 4           Do you see where I read from?
 5       A    I do.
 6       Q    Can you describe how were you able to
 7   ascertain what the late fees were solely for
 8   California customers since September 23, 2016?
 9       A    So, the number exceeded 5 million
10   dollars by a lot.  So I was comfortable that
11   anybody who moved out of the State of California,
12   even when I was able to figure out their address,
13   we would still exceed 5 million dollars.
14       Q    You are saying you looked at data --
15       A    We looked at the total number of fees
16   charged.
17       Q    How did you --
18       A    Let me finish the answer to my question.
19           So if we think about the conversation we
20   have had so far, I was easily able to see how many
21   fees were charged.  I was able to look at the
22   current address of customers, as of the date this
23   was done, and see that the total fees were well in
24   excess -- I forget the exact number off the top of
25   my head -- they were enough that if we had done
```

Page 52

```
                        ERIC LORD
1
2    the work to figure out who moved in or out of the

3    State of California, that we would have been above

4    5 million dollars.  That is why I didn't

5    specifically say exactly how many, I said they

6    exceeded 5 million dollars.

7        Q    But my question is -- I'll restate my

8    question.  I asked a bad question.

9             How did you limit your inquiry to

10   California delivery addresses when you did this

11   work?

12            MR. TROPP:  Objection.  You can answer.

13       A    I used the current customer set in

14   California.  So at the time the analysis was done,

15   it was who lived in California today.

16       Q    In December 2020?

17       A    Whenever I signed the Declaration, the

18   work was done within a week.

19       Q    The question, though, you say you are

20   answering is late fees since September 23, 2016.

21   Why was it appropriate to use the California data

22   set as of 2020 to determine how many late

23   fees were collected since September 23, 2016?

24       A    It was an estimate of how many fees --

25   the question I was asked to answer at the time was
```

Page 53

ERIC LORD

1

2       did we charge more than 5 million dollars in late

3       fees in California.  The methodology I used to

4       determine that we were above 5 million dollars was

5       I looked at the total fees we would have charged

6       if everyone still lived in California that lived

7       in California today, going backwards.

8                So I used their address today, their

9       state, as it sits in my system today as of

10      whenever that was written.  I looked at how many

11      address changes we thought we were doing, and felt

12      very comfortable making the Declaration that it

13      was well above 5 million dollars, because the

14      total was significantly above 5 million dollars.

15           Q    Let me try to just break this down.  I

16      understand what you say you did.  I just want to

17      know how you did it.  It was you or someone else.

18      How do you first find a current customer set

19      related to California?  How is that done on your

20      system?

21           A    Within our data warehouse we have the

22      current address for every customer.

23           Q    What did you do then to make sure you

24      were only looking at California?

25           A    We isolated that to everyone who has a

Veritext Legal Solutions
866 299-5127

                        ERIC LORD

1    delivered state of California.

2         Q    How would you do that?

3         A    You would select that customer set from

4    our customer table, and then you would take that

5    set of customers and grab all of the sales history

6    for late fees and roll that up.

7         Q    So does that mean you can select the

8    customer set based on addresses within a given

9    state?

10        A    Sure.

11        Q    You can do one query that says I want to

12   see all the information for everyone in

13   California?

14        A    Yes.

15        Q    Could you do one query that says, I want

16   to see all the information for everyone in

17   California and everyone in Arizona?

18        A    Yes.

19        Q    Not two separate queries to do that?

20        A    Correct.  It's is important to note,

21   though, that's as they sit now.  I don't know when

22   I made a sale where they were.  The declaration

23   here was simply asking me, and the question that

24   was asked me by the lawyer is, are you comfortable

Page 55

ERIC LORD

1

2      saying it's more than 5 million dollars.  The

3      answer was yes.  I could not equivocally tell you

4      exactly how many fees we charged to people in

5      California.  It's very different questions.

6          Q     I understand you didn't do that here.

7      Are you saying that would be impossible for you to

8      do, or hard for you to do?

9          A     Not impossible.  It's very hard in the

10     sense that we would have to restore the addresses

11     for every customer, for every month going

12     backwards, to figure out did your address change

13     from one month to the next.

14         Q     Now, within RMS, are there two different

15     things, customer notes and transaction

16     information?

17         A     I don't understand "customer notes."

18         Q     I don't either, but I saw a Declaration

19     where you talk about it.  So let me try it

20     differently.

21               Does RMS break down into one category

22     that is information about customers and another

23     category that is just transactional?

24         A     So, like any system, RMS has multiple

25     pieces of data.  So transactions are stored in

Page 56

                        ERIC LORD

1    tables.  Again, they are Multivalue tables.  And

2    not to get too technical, but Multivalue stacks

3    data.  So if you think about a relational

4    database, I would have a customer record and I

5    would have let's say a request, and I would have a

6    delivery.

7            The customer would have one instance of

8    the customer.  It would be unique.  The customer

9    would have a unique ID one time.  RMS doesn't work

10   that way.  I have that same customer multiple

11   times.  I have a request, which would be clean, I

12   would have one request.

13           In a relational database, when I get to

14   the transaction or the sale, I would have multiple

15   rows, one row for each item I sold the customer.

16   In RMS I have one row, and when I get to the

17   product, I would just stack.  If I sold them three

18   things, I would have three different products on

19   top of each other, separated by a value mark.  And

20   then the corresponding quantities would be done

21   the same way, the amounts.

22           The challenge with that, you can't

23   actually go get that data and use it.  You need to

24   write a program to somehow decompose it.  So

25

                                        Page 57

```
                          ERIC LORD
 1
 2    inherent in RMS's structures like that, you also
 3    then have notes, you reference notes.  Notes is a
 4    free form field where somebody can go in and key
 5    something regarding -- I had a conversation with
 6    you today, you called to say we forgot something
 7    in your last order.  Somebody can go in and type
 8    information in there.
 9             The system might put certain information
10    in there when we create an invoice, or when you
11    change something like an address, or your credit
12    card.
13             Deliberately, use credit card as an
14    example, we say you changed your credit card but
15    we don't tell what changed.  That is for privacy
16    information.  None of that data in RMS is stored
17    in a structured way.  You can't actually go get
18    any information from notes.  You can look at it,
19    but if you said go get me every note related to X,
20    it's not structured in a way where you can
21    actually go do that.
22             So that is the relation of notes -- am I
23    helping you understand how RMS woks?
24        Q    Yes.  But I think you said that address
25    changes go in notes?
```

Page 58

                          ERIC LORD

1

2        A     They do.

3        Q     And they go into RMS, too, don't they?

4   Meaning if a customer's address changes, you need

5   to put that into the transactional side too, as

6   well, correct?

7        A     So I have their current address, I don't

8   have their old address, it's gone.

9        Q     Is it gone or is it in a different

10  place?

11       A     It's gone.

12       Q     Do you no longer have the record from

13  their old address?

14       A     We have no records regarding their old

15  address.   They go poof.

16       Q     I want to make sure I understand that.

17             You have the data for all invoices from

18  May 2017 to the present.   Is the address for

19  someone who moved in 2019 still in your 2018

20  invoices that are stored on RMS?

21       A     So the invoice would reflect the current

22  address of the customer, not their old address.

23       Q     The invoice would reflect the current

24  address because you are generating a recreation

25  of the old address and when you did that --   I'm

                                          Page 59

```
1                        ERIC LORD
2    sorry, you're recreating an invoice and you have
3    gotten rid of the old address?
4         A    It literally goes away.
5         Q    I understand that now.
6              I would like to turn back to your
7    Declaration, Exhibit 1, from this case.  I want to
8    ask you a couple of questions about what you say
9    you do in paragraph 2.
10             Can you tell me what types of roles you
11   have had in marketing?
12        A    Sure.  My job, when I went to marketing,
13   was existing customer development.  So I was
14   responsible to try and drive programs to retain
15   customers and keep them.  So how do I improve
16   their customer experience?  How do I get them to
17   stay longer to reduce customer churn?  How do I
18   get them to buy more?  So cross-sell, up-sell
19   programs, all of that fell underneath my purview
20   when I took that job.
21        Q    Is that solely in the ReadyRefresh
22   market?
23        A    My entire 30 years with the company has
24   been in ReadyRefresh.
25        Q    Any aspects, have you ever touched
```

Page 60

```
                          ERIC LORD
 1
 2    retail in any way?
 3         A    Never.
 4         Q    Do you look at any sales trends
 5    involving retail?
 6         A    No.
 7         Q    Have you ever offered anyone any input
 8    on anything whatsoever having to do with retail?
 9         A    I am sure over the years I have sat in a
10    retail meeting and had an opinion or two.  Nothing
11    jumps out at me that is important.
12         Q    Are you familiar with a company called
13    Neilson?
14         A    Oh, sure.
15         Q    Have you worked with them?
16         A    I have talked to Neilson at different
17    times.  I have never really worked with them.
18    They deal with aggregated data.
19         Q    Have you used any materials that Nestle
20    received from Neilson at any time in your career?
21         A    I find it hard to believe that some
22    function I have been responsible for hasn't at
23    some time.  But, again, nothing material is
24    popping into my head.  But I find it hard to
25    believe I could say no to that.
```

Page 61

ERIC LORD

1

2      Q     In your marketing role, do you remember

3   any aspects where Neilson assisted Nestle that you

4   were involved in?

5      A     Not in my marking role, no.

6      Q     In any other role?

7      A     Again, I'm sure that I have been in

8   meetings with them, and I am sure that people on

9   my staff at one time or another have interacted,

10   but nothing meaningful.

11         Let me put it a different way.  I have

12   never presented something that had Neilson data.

13   I'm very comfortable saying that.

14      Q     Have you received presentations that had

15   Neilson data, to your knowledge?

16      A     I have.  I have sat through Neilson

17   presentations.

18      Q     From Neilson or from people in Nestle?

19      A     Both.

20      Q     What types of presentations have you

21   sat through with Neilson?

22      A     I'm sure it's market trends, so industry

23   trends, sales pitches trying to get us to buy data

24   or try and use their data on our side of the

25   house.

Page 62

```
                              ERIC LORD
 1
 2        Q     Has Nestle in the past bought their
 3   data?
 4        A     I couldn't speak to that.
 5        Q     What types of things, if you recall,
 6   were discussed in terms of marketing trends or
 7   industry trends during Neilson presentations that
 8   you attended?
 9        A     I couldn't speak to any specifics.  They
10   weren't enough to resonate with me, because,
11   again, at Home & Office we owned the relationship
12   with the customer.
13        Q     Anything else at all that you can recall
14   where you were given presentations by Neilson or
15   by someone within Nestle using Neilson data?
16        A     No.  In fairness, where we have first
17   party data, it's not typically something that
18   makes a lot of sense for my side of the house.
19        Q     What about a company called IRI, are you
20   familiar with them?
21        A     I am.  Similar to Neilson, they are an
22   aggregator.  They use a lot of data for different
23   things.
24              I actually sat in on a meeting for them
25   on Monday, yesterday.
```

Page 63

```
                            ERIC LORD
```

1            ERIC LORD

2        Q    Can you tell me what that meeting was

3    about?

4        A    They were pitching some analytics they

5    were doing on the five gallon retail business, and

6    very similar to my experience with Neilson, I

7    don't find it very valuable for me, in the sense

8    that we have a much more direct relationship with

9    the consumers.

10        Q    Can you recall any other instances or

11    any instances where you have received

12    presentations from IRI in the course of your

13    business?

14        A    No.  Nothing is jumping to the top of my

15    mind.

16        Q    Can you think of anyone else within

17    Nestle who uses IRA data in the course of your

18    business?

19        A    I certainly could step back and think

20    through a series of names.  I'm sure there is a

21    lot of people on the retail side of the house that

22    use those companies.  None that are just jumping

23    to me right now to shout them off to you, though.

24        Q    What's the name of the retail side of

25    the house department?

Veritext Legal Solutions
866 299-5127

```
 1                      ERIC LORD
 2      A    We call it Retail.  Very imaginative.
 3      Q    In Stamford, too?
 4      A    Yes.
 5      Q    Say for Neilson, do you know who else at
 6   Nestle other than you who uses Neilson data or
 7   have used Neilson data?
 8      A    Just to be clear, I don't use Neilson
 9   data.  You said "other than you."  I don't.
10           I can't speak to the names.  If that is
11   really important, I'm sure we can track them down.
12      Q    Do you know what the retail side does
13   with IRI data?
14      A    No.
15      Q    Do you know how they access IRA data?
16      A    I do not.
17      Q    Do you know why they terminated their
18   contract with IRI in 2020?
19      A    I was not aware they terminated it, so I
20   certainly don't know why they would.
21      Q    You didn't hear anything about that?
22      A    I did not.
23      Q    Can you take a quick look at your
24   Declaration, paragraphs 3 through 4.
25      A    Okay.
```

Page 65

```
 1                    ERIC LORD
 2           (Witness perusing documents)
 3      A    Okay.
 4      Q    So these paragraphs are talking about
 5  hard copy invoices, correct?
 6      A    Certainly paragraph 4 is saying it's not
 7  practical or feasible to try and produce 24 and a
 8  half million invoices.
 9      Q    And in 3, you say BlueTriton does not
10  have hard copy customer invoices?
11      A    Yes.
12      Q    Dating back to November 5, 2003?
13      A    Yes.
14      Q    Do you have any records of invoices
15  dating prior to May 2017?
16      A    We would not.  Actual customer invoices?
17      Q    Yes.
18      A    No.
19      Q    Do you have any records of transactions
20  with customers between 2003 and 2017?
21      A    We would have all of the records from
22  2003 to 2017.
23      Q    Are they in RMS?
24      A    No.
25      Q    Where are they maintained?
```

Page 66

ERIC LORD

1

2    A    They would be archived.  So we have

3    transactions, again, I think through 2017.  I'm

4    sure it's 2017.  It could be '16.  All of the

5    transactions exist in our data warehouse.

6    Everything older than that has been archived.

7    Q    When you say archived, can you describe

8    for us first what system or platform was it on

9    before it was archived?

10    A    It would have been in the data

11    warehouse.

12    Q    The same RMS?

13    A    No.  So, RMS is the Legacy system.  Just

14    reminding you of the conversation earlier.  So

15    that is the old Pick unique system.  The data

16    warehouse is a SQL server instance.

17    Q    The 2003 to 2016 data, that is now

18    Legacy, stored in the same format that the data

19    presently on the SQL system is stored?

20         MR. TROPP:  Objection.

21    A    No, it's been archived, so it's in a

22    slightly different format.  It would need to be

23    restored.

24    Q    But before it was archived, was it in

25    the same format as the present SQL system?

Page 67

ERIC LORD

```
 1                           ERIC LORD
 2        A     Yes.   Well, bear with me.   The data has
 3   been enhanced over the years.
 4        Q     Which data?
 5        A     The data warehouse data.   So the 2003
 6   data would have less columns and less information,
 7   and over time you would have appended information.
 8        Q     That is the 30 to 60 percent --
 9        A     As the 30 to 60 I would have explained
10   to you earlier.   It's not exactly the same format,
11   but relatively speaking, you are going to have a
12   revenue table, you are going to have a request
13   table, you are going to have a customer table and
14   so on.
15        Q     So for the 2003 to 2016 or '17, whatever
16   that period is, for the archive data, is it
17   correct to say BlueTriton could not reprint
18   invoices as it can do for the post 2017 data?
19              Does that make sense?
20        A     Yes.   Are you talking about a customer
21   invoice, like send a customer invoice?
22        Q     Like I see, in 2017 it looks like, if
23   you wanted to, you could print recreations of the
24   invoices?
25        A     We could.
```

ERIC LORD

1

2      Q    But it looks like prior to then, that is

3  not something you could do?

4      A    We cannot do that.

5      Q    You could, if that Legacy data was

6  restored and made operable, perform queries on

7  that data, correct?

8      A    We could.

9      Q    Do you have anywhere, or do you know

10  anywhere where Nestle has maintained sort of the

11  records describing the difference between the

12  30 percent that it previously kept and the

13  approximately 60 percent that it now keeps of the

14  fields from the invoices?

15      A    The data warehouse is largely

16  undocumented, meaning there is no database schema,

17  there is no documents that explain how it all

18  works, and there certainly is no documents as we

19  have enhanced it over the years.

20      Q    So we would have to talk to someone like

21  you or someone in the company who at least uses it

22  to get your best recollection of those things?

23      A    I don't know if people would even

24  remember the number of things that have been

25  enhanced over the years.  It's a lot.

Page 69

ERIC LORD

1

2      Q    I imagine, though, the fields are what

3  they are?

4      A    The fields are what they are.

5      Q    And you can kind of look and see how

6  they increase over time?

7      A    You would see the incremental fields.

8  You may not understand what they do.

9      Q    And since 2017, for any purpose, has

10  Nestle had to restore any of the materials in that

11  archive data so that it could use it?

12      A    We have discussed restoring data.  We

13  have never actually restored data.

14      Q    For any purpose?

15      A    To the best of my knowledge, no.

16      Q    When you have discussed restoring data,

17  were there discussions of what the cost of

18  restoring data would be to make it useful?

19      A    Yes.  It's about the -- the first

20  challenge you have is where do you put it.

21  Because part of the reason you archive it is

22  space, and it slows down the system.  So as you

23  start to deal with -- every year represents 100 to

24  a 150 million rows of data.  So the more you have,

25  the slower it gets.

Page 70

```
                         ERIC LORD
 1
 2            So part of archiving it is to maintain
 3    the performance so it can run the business and do
 4    the things it needs to do.  Part of it is space
 5    and cost.  So the first challenge is where, and
 6    then it's about being able to restore it, and when
 7    you find things that are different, for instance,
 8    this period lacks this column, it's not as easy to
 9    restore it into the same environment.  So you have
10    to work with that data and it's almost like
11    step-by-step.
12            So those are the types of things we've
13    discussed and worked through and start to make
14    estimates.
15       Q    Do you recall why it was that there were
16    discussions about restoring some of that data in
17    the past?
18       A    I do not.  I do not.  It's been multiple
19    times.
20       Q    What was the most recent time?
21       A    I want to say it was an engagement with
22    a third party that wanted to do some analysis work
23    to help us benefit our business, and they wanted
24    more data.
25       Q    Are you aware of any time in the last
```

Veritext Legal Solutions
866 299-5127

```
1                    ERIC LORD
2   two years that anyone at Nestle tried to determine
3   how much of the cost to make this archived data
4   usable, so that queries of it could be performed
5   in this case?
6              MR. TROPP:  Objection.
7       A    I went through this exercise with
8   several people for this Declaration.
9       Q    For 2003 to 2017?
10      A    Writing this Declaration, I had to
11  discuss how could we do this if we had to.
12      Q    I understand that.  But maybe I missed
13  it.
14           It seems to me what you are saying is
15  before 2017 we can't do anything.  Here is what we
16  could do after 2017.  Am I reading it wrong?
17             MR. TROPP:  Objection.
18      A    The data here is saying we could restore
19  data going backwards --  hold on, I'll read it.
20             (Witness perusing document)
21      A    Starting with paragraph 6, I am
22  referencing -- or Bullet 6 I guess you could call
23  it, I am referencing going back to 2003.
24      Q    Are you sure?  Because I think paragraph
25  6 is referring to what you are talking about in
```

Page 72

```
 1                    ERIC LORD
 2   paragraph 5.  I think you start talking about
 3   going backwards in paragraph 12.
 4        A    No.  My intention, if you are reading it
 5   that way, was not that.
 6        Q    So this paragraph 6 isn't limited to
 7   what is currently live?  This is describing
 8   everything?
 9        A    This would be saying going back and
10   getting the archived data.
11        Q    Can you just make sure?  Again, it looks
12   to me --
13        A    We're on the record, right?
14        Q    Yes.
15        A    So I'm sure.
16        Q    Okay, that's fine.
17             So, first of all, then, I just want to
18   make sure I understand, what you are saying is
19   paragraph 6 and 7 --
20        A    And 8.
21        Q    -- are describing some process different
22   from 12, 13 and 14?  Or that 12, 13 and 14 you
23   would have to do the same thing as you're
24   describing?
25        A    So the ask, as it was explained to me,
```

Page 73

ERIC LORD

```
1
2    was you wanted the invoices.  So I explained that
3    producing 24 and a half million invoices is not a
4    reasonable thing to ask for, in my opinion.  My
5    opinion.  Someone could have a different one.
6    Certainly the Judge could.
7             The data itself does not exist in a way
8    that we could give you the ask, or support the ask
9    that has been had.  I'm explaining here what it
10   would take for me to do that.  I would need to a
11   hire an individual to actually go get the data
12   restored, I would need to hire someone to go find
13   all the addresses and fill all of that out, and
14   then once all of that data was restored, we could
15   put it somewhere and figure out how to give it to
16   you.
17       Q    I'm a little bit confused.  I am not
18   reading your paragraph 6 to be talking about
19   restoring data.  I am reading your paragraph 6 to
20   be talking about the live data now.  Am I
21   mistaken?  Look at paragraph 5.  Look at how you
22   had answered it.
23             Isn't paragraph 6 talking about what you
24   described in paragraph 5?
25       A    I don't personally read it that way.
```

Veritext Legal Solutions
866 299-5127

```
 1                    ERIC LORD
 2      Q    I'm reading paragraph 5.  "It is also
 3  unreasonably burdensome for BlueTriton to have to
 4  conduct a digital search of NWNA's computer system
 5  for computer invoices for sales of Poland Spring
 6  and Nestle Pure Life products made to Home &
 7  Office customers since May 2017."
 8            Did I read that right?
 9      A    Sure.
10      Q    "This would entail undertaking the
11  time-consuming and costly process of writing a
12  unique set of computer programs to locate, compile
13  and prepare for production all invoices reflecting
14  sales of Poland Spring and Nestle Pure Life
15  Products made to Home & Office customers since May
16  2017."
17            Did I read that right?
18      A    Sure.
19      Q    Is anything in paragraph 5 referring to
20  any of the database that is pre May 2017?
21      A    Obviously it ends with "since May 2017."
22      Q    I'm just trying to understand if we're
23  on the same page or not, because this, to me, in
24  the following paragraphs, and I just want to make
25  sure we're understanding each other, seems to be
```

Page 75

                        ERIC LORD

1
2      talking about the live database, and later you

3      talk about the archived form.  Are we on the same

4      page?

5           A     I guess -- what's the point?

6           Q     The point is, is there a difference

7      between the cost and burden of going to the live

8      database or going to the archived database?

9           A     Yes.

10          Q     Then that's the point.  So why don't we

11     just stick with the live one for now.

12                In paragraph 6, why do you have to hire

13     someone outside?  Why can't you and all the

14     people inside Nestle, who know how your database

15     works and know how to use it, and have used it for

16     thirty years, do it yourselves?

17          A     So, right now there is a backlog of more

18     than a hundred items in queue for the business.

19     We have been purchased and gone through at least

20     one round of head count reduction.  The Business

21     Insights Department had a 95 percent turnover,

22     from its leader all of the way down.  We have one

23     tenured person left on the staff.  It's a resource

24     question.

25          Q     We asked you for this stuff way before

                                              Page 76

```
 1                    ERIC LORD
 2   the acquisition, so how come you didn't do it
 3   then?
 4        A    I don't remember exactly when it was
 5   asked for, but that group has been in resource
 6   constraint.
 7        Q    A couple of years ago.  How come for a
 8   couple of years Nestle has had a shortage of staff
 9   who could do what you describe in paragraph 6 and
10   has to hire someone else?
11        A    I can't speak to that.  The department
12   didn't report to me until just recently.
13             MR. TROPP:  Just for the record, the
14        question is an unfair question to put to the
15        witness.  There is a whole lot of context
16        around discovery in this case.
17        Q    So in Paragraph 6, again, even if you
18   got a lot of things to do, you are in a lawsuit,
19   and a party in a lawsuit has obligations.  Why do
20   you have to hire an outsider to do this work
21   instead of doing it internally, which would be
22   faster?
23             MR. TROPP:  Objection.
24        A    I will stick with my answer, we don't
25   have the resources to do that work right now.  We
```

Page 77

```
                         ERIC LORD
 1
 2   would need to hire someone, if you need it in a
 3   timely fashion.
 4        Q    So Nestle, the biggest food company in
 5   the world, lacks the resources to respond --
 6        A    Excuse me, it's BlueTriton brands.
 7        Q    I wasn't finished when you were talking.
 8             Yes, BlueTriton brands, just purchased
 9   by some very large capital funds, doesn't have the
10   manpower to satisfy its discovery obligations; is
11   that your testimony?
12             MR. TROPP:  Objection.
13        A    Objection.  I didn't say that at all.
14        Q    Did you just object?
15        A    Can I object?
16             MR. TROPP:  You can certainly say it.
17        The judge is not going to a give it as much
18        credit as he is me, and he may not give me
19        credit.
20        Q    Let's try it a different way.
21             So, did you ever get a quote when you
22   wrote this of how much it would cost someone to do
23   this?
24        A    I talked through this with the original
25   design engineer of the data warehouse, as well as
```

Page 78

```
                          ERIC LORD
 1
 2     one of our headhunting firms that we use to do
 3     this type of work, and that is where the quote
 4     came from.
 5          Q      Who is the original designer you talked
 6     to?
 7          A      It's a 74-year old gentleman by the name
 8     of Richard Pavone.  He's the original architect.
 9          Q      What was it he was able to share with
10     you to inform you about what it would take in
11     terms of cost and time to do the work you describe
12     in paragraph 6?
13          A      It was about a 45-minute conversation
14     where we discussed the ask, not the context around
15     the ask, but what we were trying to get and how we
16     would need to go about doing that.  What data
17     would need to be restored?  How it would need to
18     be brought forward?  How long we felt each one of
19     those steps would take?  What skill sets would be
20     needed to actually do the work?  What internal
21     knowledge would need to be shared with that
22     person?
23          Q      Just so I understand, Nestle knows all
24     of that stuff but chooses to hire someone outside
25     who it has to teach it all to, to do this work?
```

Page 79

```
                          ERIC LORD
 1
 2              MR. TROPP:   Objection to the form.   And
 3       again, I assume you mean BlueTriton.   I think
 4       if we're going to be talking about the
 5       company today, it should be BlueTriton.
 6              MR. WILLIAMS:   I'll do my best.
 7       A     Nestle doesn't know anything.   There are
 8   select employees who understand that, and there
 9   are very few of those people today.   Honestly,
10   partly, because BlueTriton bought the company and
11   they wanted to part ways with people, and partly
12   because BlueTriton bought the company and they
13   wanted to part ways with BlueTriton.
14       Q     Did I understand earlier you said there
15   were about 25 people who can run queries into this
16   database?
17       A     There are 25 people, and I think I said
18   25 to 30, who can write SQL code in the building.
19   There are 4 to 5 who understand our business and
20   the data structures related to this.
21              There is really one on staff right now,
22   and that is, in full disclosure, that department
23   has had almost 100 percent --  call it 95, I
24   haven't done the math -- they turned over
25   everybody but one person.
```

Page 80

```
                             ERIC LORD
 1
 2       Q     Take a look at paragraph 5.  Do you see
 3   where it says near the end, "prepare for
 4   production all invoices reflecting sales of Poland
 5   Spring and Nestle Pure Life products made to Home
 6   & Office customers since May 2017."
 7             If it wasn't necessary to identify
 8   invoices of sales with Poland Spring and Nestle
 9   Pure Life products, how would that change this?
10             MR. TROPP:  Objection to the form.
11       A     How would it change it?  It would
12   significantly increase the amount of transactions
13   that you would get provided.
14       Q     What else?
15       A     It would cause me a lot of pause to
16   share all of our sales detail.  You are basically
17   handing somebody a playbook on how to go beat us.
18       Q     You understand there are protective
19   orders in this case so other people can't get this
20   information?
21       A     I understand that.  But you are talking
22   about our business and our livelihood, a lot of
23   which relies on other people not knowing things
24   that we do and how we go about doing it.  Just as
25   we wouldn't --
```

Page 81

```
 1                        ERIC LORD
 2       Q    I'm trying to understand, what are the
 3   additional matters of sensitivity that might be
 4   revealed if the limitation to Poland Spring and
 5   Nestle Pure Life was not included in this query?
 6       A    Just the makeup of our sales, how much
 7   we charge for all of our other items.
 8       Q    What would be the difference in cost of
 9   this project if you didn't have to limit invoices
10   reflecting sales of Poland Springs and Nestle Pure
11   Life?
12       A    And again, this is a little bit of an
13   estimation.  It may save a week or two.  I don't
14   know.  I would need to actually go back and
15   discuss it with some folks.
16       Q    It would be faster, though, right?
17       A    It would definitely save.  I don't know
18   how much time it would save, and you would gain
19   some time in the back in the scale of information.
20   Directionally, the sale of water represents less
21   than 20 percent of our sales.
22       Q    "Ours"being ReadyRefresh?
23       A    ReadyRefresh.  So you are increasing the
24   scale of the data that we need to handle by
25   80 percent.
```

Page 82

```
 1                       ERIC LORD
 2      Q     But we're reducing your cost?
 3            MR. TROPP:  Objection.
 4      A     You are reducing the upfront funnel, but
 5   you are increasing the back end, you are
 6   increasing the system demand to actually go put
 7   everything together in a usable way.  So there is
 8   a put and a take.  I don't know what the net would
 9   be.
10            But we're also then turning over, in my
11   personal opinion, trade secrets on 80 percent of
12   information that you had to ask for.
13      Q     You would save money, too, right?
14            MR. TROPP:  Objection.
15      A     If I have less time up front?
16      Q     If you did not need your outside person
17   you are hiring to write a program where she
18   specifically identified Poland Spring and
19   Nestle Pure Life invoices, it would be cheaper to
20   hire her, wouldn't it?
21            MR. TROPP:  Objection.
22      A     We would still need to hire that person
23   to identify the transactions in the states.
24      Q     Understood.  But you are eliminating the
25   limitations on Poland Spring and Pure Life, that
```

Page 83

ERIC LORD

1

2  step is gone?

3       A    So, you are eliminating a little bit of

4  that work, but then I'm adding work down the pipe.

5       Q    Which work?

6       A    Because I'm increasing the scale of the

7  data they have to work with, so that every step

8  along the way is going to take longer.  So that

9  consultant may be on the higher end, on the back

10  end, to put all of that data together.

11            And, again, we're giving you 80 percent

12  more than you have asked for in the original

13  request.  Again, my opinion, and I have an opinion

14  there, that is 80 percent of our trade secrets

15  that you hadn't asked for originally.

16       Q    If I understand, you have no bid from

17  anyone to do this work at this point, correct?

18       A    I don't have a formal bid.  I did have a

19  conversation with Accenture, which is a partner we

20  use for this type of work, on what the resources

21  would cost, and that is how we estimated.

22       Q    You don't have a writing from Accenture

23  saying here's how much this is going to cost?

24       A    No.  It was a conversation with my

25  account rep in understanding how quickly could we

Page 84

ERIC LORD

1

2    get resources.

3    Q    In fairness, you would like it to be

4    higher because you don't want to give this stuff

5    to my clients, right?

6    MR. TROPP:  Objection.

7    A    My personal opinion?

8    Q    Yes.

9    A    The truth is the truth.  It sets us

10   free.  I have no problem giving you the

11   information.  I certainly don't want to say it's

12   $50,000 to do it and it turns out being 100.  But

13   my opinion, that is a directionally correct

14   estimate of what that would cost.

15   Q    If you look at paragraph 7, you say in

16   the beginning that "another computer program would

17   then have to be written to select and segregate

18   each of the identified customer invoices so they

19   could separately be stored for production to

20   plaintiffs."

21   What do you mean by "select and

22   segregate"?

23   A    So the original request was to produce

24   separate invoices.  So if we were trying to

25   produce the equivalent of an invoice, then you

Page 85

ERIC LORD

1
2    would need to somehow store that data in a way
3    where I could try and reproduce the equivalent of
4    that.  That's what that is saying.
5        Q    So you could --  25 million invoices,
6    roughly, for 3.6 million, digitally, copies is a
7    160,000 bucks.  In what format would the digital
8    version be?
9        A    My guess is we could do them as a PDF,
10   or at that point we could do that as some type of
11   database.
12       Q    When you got this cost estimate, you
13   must have had it based upon a form of
14   production -- the 160, 000, that's for the
15   digital.
16       A    Oh, it doesn't matter.  It doesn't
17   matter at that point.  You have done all of the
18   hard work.  Now it's just a question of how you
19   want it.
20       Q    But you don't use in it a PDF form,
21   right?  Your invoice is not in a PDF form?
22       A    No.
23       Q    If we want them with the same usable
24   data that you have in yours, how do we do that?
25       A    It would be the same process.  It's just

Page 86

```
 1                    ERIC LORD
 2    a question of what the output --
 3        Q    Oh, I see.  So this thing for 160,000
 4    that you're talking about here, if we got that, we
 5    could use whatever fields in those documents are
 6    usable in a database in the same way that Nestle
 7    does?
 8        A    Yes.
 9        Q    Now, I want to take a look at paragraph
10    9, particularly the last sentence when you talk
11    about it not being feasible to compile this data
12    because it wouldn't fit in a Microsoft Excel
13    spreadsheet.  Provided someone is not using
14    Microsoft Excel, does this point really matter?
15        A    No.  But the ask, as it was written and
16    handed to me, was Excel.
17        Q    But we have been talking with your
18    counsel for months.  This stuff has all been
19    refined since then, but I hear you.
20             In terms of the reports that we talked
21    about earlier that are done, let's say I wanted
22    BlueTriton to tell me what are all of your sales
23    in -- you know there are eight states at issue in
24    this case?
25        A    Yes.
```

```
 1                      ERIC LORD
 2      Q    What are total sales of all -- I'm
 3  sorry, let me step back for a moment.
 4           BlueTriton now -- it's the same as NWNA
 5  was, right, just a different name?
 6      A    Correct.
 7      Q    And Ready Refresh sells water products,
 8  but it also sells other products for office,
 9  right?
10      A    Yes.
11      Q    What are some of the other products in
12  Ready Refresh?  Food?
13      A    Coffee.  Cups.
14      Q    So did there ever come times where you
15  need to do reports up to say, we're interested in
16  seeing how we are doing financially in terms of
17  the water products compared to the non water
18  products?
19      A    All of those would come through Finance
20  and through our SAP system.
21      Q    And do you provide any backup to that?
22      A    If needed, sure.
23      Q    Do you know how Finance, if possible,
24  can say I just want to see how we're doing in
25  water in the northeast?  We're focused on that
```

Page 88

ERIC LORD

1

2      today, that's the issue.

3              What type of query could they do to find

4      out in the last year how the water sales

5      progressed?

6         A    It's important when you say the

7      northeast, it would be by our distribution

8      centers, or above a distribution center we have

9      geographies called a zone, so they could look at

10     sales by a zone or a geography.

11             And then, within SAP, they have what

12     they call a material number, so all sales get

13     attached to a material number, which is SAP's

14     equivalent of a product.  And then they could look

15     at water products, they could look at all of those

16     things.  What they cannot do is see that to a

17     state level.

18        Q    When you refer to products, did those

19     break down to individual products or are they sort

20     of categorical, like sparkling, flat?

21        A    No.  They can get to an individual SKU.

22        Q    How many distributions centers, 73?

23        A    I believe it's 73 as of today.

24        Q    How many zones?

25        A    It is six as of today.  That has ranged

Page 89

```
1                        ERIC LORD
2   quite a bit over the years though.
3        Q    And if I'm interested in zones where
4   Poland Spring water is sold, do you know how many
5   zones that is?
6        A    Off the top of my head, I do not.
7        Q    Is it primarily east, northeast?
8        A    So Poland Spring is sold up in the
9   northeast, and we might sell -- you might see
10  Poland Spring sales as far south -- well, let's
11  stop.  Forgive me.
12             With the introduction of Poland Spring
13  Origin, it's a national SKU.
14       Q    When was that?
15       A    It's in the last two years.
16       Q    Can you tell me, Poland Spring Origin,
17  when you say it's a national SKU, what doe that
18  mean in terms of -- is that a new SKU or an old
19  product --
20       A    It's a new SKU that is deliberately
21  built to be able to be shipped around the country.
22       Q    Do you know, is the product inside the
23  same as Poland Spring, a hundred percent natural
24  spring water?
25             A    It is.  It's bottled in the same
```

Veritext Legal Solutions
866 299-5127

ERIC LORD

1

2    factories and those things, it's all on the label.

3    But we call it Poland Spring Origin to help

4    people.

5             For instance, I was on vacation in

6    Florida in June or May and I was able to buy it in

7    a grocery store down there.

8        Q    Again, I didn't fully understand.  So

9    the SKU for that is a national SKU.

10            Are there still SKUs for the -- because

11   I know I can still buy just a small bottle of

12   Poland Spring, 100 percent.

13       A    You can.  The bulk of my business is in

14   a 3 or 5 gallon package, so those would be

15   manufactured in Framingham.  The water is trucked

16   down from Maine.  And then we might deliver that

17   as low as Maryland, so as far down as Maryland.  I

18   know it goes as far south as Pennsylvania.  I'm

19   not sure how much farther that goes.  But, again,

20   this creates a little, now, how do you break those

21   sales out for you?  You have multiple zones across

22   those geographies.

23       Q    I think we talked earlier about the

24   distribution center sent data up to Stamford, I

25   guess.

Page 91

```
                           ERIC LORD
 1
 2       A     The hand helds send it to RMS.   RMS is
 3   not in Stamford, it's in Phoenix, Arizona.
 4       Q     Is that just basically like a data
 5   center?
 6       A     Exactly.
 7       Q     The data the distribution centers have,
 8   is it more than the database sent to the RMS data
 9   center?
10       A     Theoretically, the distribution centers
11   don't have any data by themselves.  They use RMS,
12   so they are using the RMS system, and they are
13   using hand helds.  And then leaders would with
14   have a computer with email and Office, and all of
15   the typical things that somebody would have.
16       Q     If I go into RMS now and I put the
17   customer, I take it I could find the customer's
18   name and address?
19       A     Sure.
20       Q     Could I find a history of what they
21   purchased since 2017, the period that database is
22   live?
23       A     Correct.
24       Q     Could I find the dates of their
25   purchases?
```

Veritext Legal Solutions
866 299-5127

```
 1                    ERIC LORD
 2        A     Yes.
 3        Q     The prices they paid?
 4        A     You would find extended amount of the
 5   sale and the quantities.  You would have to
 6   calculate the price.
 7        Q     When you say extended amount of sales --
 8        A     So if I sold you 4 bottles at $10 a
 9   piece, you would see 4 and 40.  You wouldn't see
10   $10.
11        Q     Would it break it down by product?
12        A     It would.
13              The way that RMS works, that data is
14   hashed in some format behind the scenes.  You
15   can't actually go get it from RMS, but I can look
16   at it on a screen.
17        Q     If someone wrote a program, could you
18   get it from RMS?
19        A     No.  Again, don't ask me the technical
20   reasons why, but we have tried multiple times over
21   the years to decode that, hence, the reason we
22   built our data warehouse.
23        Q     Does that refer to all of the data I
24   said; name and address, items purchased?
25        A     You can see the name and address, but
```

Page 93

                        ERIC LORD

1

2    again querying it out of RMS doesn't make a lot of

3    sense.  To do anything out of RMS, you need a Pick

4    programmer who can write a Pick basic.  If you can

5    find one, I'll hire him.

6        Q    What about in the present database, the

7    SQL database you are using?

8        A    We have the current name, address and

9    all of that information.  We have all of the sales

10   history.  So the same information that you were

11   discussing, all of the points you asked for, exist

12   in the database.

13       Q    And that stuff is in the live database

14   now, not the one that has to be recreated?

15       A    Correct.

16       Q    So to the extent I wanted that

17   information from the live database, would you

18   still need to go through the process of hiring

19   someone to write code?

20       A    The hard work there would be figuring

21   out all of the address changes.  Because all I

22   know is their current address.  So we would need

23   to restore data to figure out -- so, for instance,

24   California, for the first time in its history,

25   declined in population.  How many of my customers

                                        Page 94

                        ERIC LORD

1

2    moved out of the state of California?  And any

3    deliveries we made outside, if it's not in a state

4    that's applicable to you, I don't want to give

5    you, right, and you didn't ask for.  Figuring that

6    question out is the difficult part.

7        Q    So if we didn't want to take the step of

8    fixing historical addresses, let's say, I just

9    want the addresses that are in that system right

10   now, does that remove that difficulty?

11       A    If somebody decided that was okay, it

12   removes that difficulty.  I'm not sure if somebody

13   would decide that's okay.  My opinion, we would be

14   giving you information that would be inaccurate.

15   And when we start talking about legal things, we

16   want that data to be accurate.

17       Q    Would you say inaccurate or incomplete?

18       A    I would you say inaccurate, until you

19   fill in those addresses, where did the sale

20   actually occur?

21       Q    But your present addresses are accurate?

22   You don't believe the present addresses in your

23   database --

24       A    We know the present addresses are

25   accurate.  But I just don't know if that delivery

Veritext Legal Solutions
866 299-5127

```
 1                      ERIC LORD
 2   a year ago, five years ago, was made to that
 3   address.
 4      Q    I totally get you, because you have got
 5   four or five years of data, but you have got
 6   present addresses.  It makes sense to me.
 7           But the other data, though, that isn't
 8   subject to change?  The only thing that changes is
 9   the address of the customer?
10      A    Correct.
11           MR. WILLIAMS:  You guys want to take a
12       break?  I don't have a ton, but do you want
13       to take a break?
14           I know you do (indicating the court
15       reporter).
16           MR. TROPP:  The deposition was scheduled
17       for two hours.  We understood there was to be
18       some flexibility, but flexibility does not
19       mean three hours.  Flexibility means a two
20       hour deposition with some flexibility.  How
21       much do you have left?
22           MR. WILLIAMS:  Can you show me the
23       source of your position, that this is a
24       two-hour deposition?
25           MR. TROPP:  How much time do you have --
```

Page 96

```
 1                        ERIC LORD
 2            MR. WILLIAMS:  I don't agree with your
 3       premise, so I don't have to tell you that.
 4            First tell me your source of saying
 5       there is a two-hour limit, because I don't
 6       agree.  And if I don't agree with you, it's
 7       mute.  I'm not taking all day, but I don't
 8       want to fight with you about this.  You have
 9       to tell me where it came from.  You can't
10       just tell me that's a fact.
11            MR. TROPP:  You and I disagree about how
12       that should happen, but it was the
13       conversation that I had with Jesse on July
14       3rd or 2nd, I believe, and it was -- the
15       proposal that I made to -- it was a proposal
16       that I made to Master Judge Vatti on
17       July 7th, and we've been explicit that this
18       is a two-hour deposition.  I believe in the
19       transcript we refer to it and he refers to it
20       as a two-hour deposition.
21            MR. WILLIAMS:  Show me.
22            MR. TROPP:  Steve, how much time do you
23       think you need?  I don't want to fight with
24       you.
25            MR. WILLIAMS:  As much as I need to
```

Page 97

```
 1                        ERIC LORD
 2        finish.  Probably an hour, a little more than
 3        that.
 4             Jesse, do you recall any agreement on a
 5        two-hour deposition?
 6             MS. CUEVAS:  In reviewing the transcript
 7        in advance of this deposition, no, there was
 8        not.  There was some discussion by -- I'll be
 9        happy to pull up the transcript and point you
10        to where it is.  In particular, where Max
11        said he hoped there wouldn't be a two-hour
12        hard cut off so we complete the necessary
13        Q and A, and there was no two-hour
14        limit ordered in Judge Vatti's order.
15             Let me pull up the transcript.
16             MR. TROPP:  On page 83, Mr. Strauss said
17        "I don't expect it will take more than two
18        hours, but I would hope that two hours is the
19        hard cut off for that."
20             He was responding to the discussion I
21        had had with Jesse about two hours, and I
22        believe --
23             MR. WILLIAMS:  Is this page 83 on the
24        second hearing?
25             MR. TROPP:  July 2.  And I believe it
```

Veritext Legal Solutions
866 299-5127

```
 1                      ERIC LORD
 2      was in the letters to the court as well.
 3           MR. WILLIAMS:  What line?  I don't see
 4      it at 83.
 5           MS. CUEVAS:  The full discussion of the
 6      decision and order to have Mr. Lord appear
 7      today begins, I believe, at page 79, line 13.
 8      It proceeds to page 87, line 9.
 9           MR. TROPP:  The court reporter would
10      like to break to use the facilities, as would
11      I.  Is that going to be a problem right now?
12           MR. WILLIAMS:  I was trying to get a
13      sense of if you are going to finish up in a
14      few minutes, in which case I was going to
15      encourage you to finish up.  If you are
16      telling me you want an another hour, I am not
17      presently agreeing to that, but I suggest we
18      go off the record and take a little break and
19      we'll caucus on our side about how we want to
20      deal with the fact that you're not complying
21      with --
22           MR. WILLIAMS:  There is no agreement.
23      There is no order.  Do what you want to do.
24      The court reporter and I are going to use the
25      facilities.  We'll call the judge if we have
```

Page 99

```
1                    ERIC LORD
2      to.  Honestly, this is not worth this.
3           MR. TROPP:  We'll decide on our side
4      what we're going to do.
5           (Recess taken)
6           MR. TROPP:  So, Steve, we think there
7      was clearly an understanding, but we're not
8      going to stand on ceremony that this has to
9      finish in two hours.  And, frankly, it was
10     never required to finish in two hours.  It
11     was anticipated to be the goal that you would
12     try to accomplish it in two hours, and that
13     we would try to be flexible.
14          In the spirit of that flexibility, we're
15     going to stick around for a while and see
16     where this goes.  But we're going to take a
17     lunch break now because that's fair and
18     appropriate.  So we'll take an hour for
19     lunch.
20          Mr. Lord has a day job that he has
21     expectations to be back to.  We're not
22     sticking around till five o'clock today or
23     four o'clock today.  But we'll be back in an
24     hour and give you a little bit of time to try
25     to finish up.
```

Page 100

```
1                    ERIC LORD
2          MR. WILLIAMS:  I appreciate that.  Why
3     don't we take a half hour so he can get back
4     to his job sooner, and we can be done sooner.
5     Because I don't want to take a lunch break at
6     all.  We don't need to take a lunch break in
7     my mind.  That was your call.  I don't know
8     why.  But all of us want to get out.  So why
9     don't we either skip the lunch break, and
10    I'll get done within an hour, or take a half
11    hour lunch break and get done hopefully by
12    three.
13         MR. TROPP:  The answer is because I
14    don't work in this office, we're in a
15    pandemic, I don't know that there is food
16    available in this building, and we're going
17    to go find food, and we'll take the time
18    necessary to do that.  So we'll take an hour
19    and we will come back.  We think the time you
20    were going to spend on this beyond the two
21    hours is time that, frankly, ought to count
22    against the future opportunity you have to
23    depose Mr. Lord.  But we'll let that shake
24    out when we get there.
25         We need to make sure that everybody is
```

Page 101

```
 1                     ERIC LORD
 2        comfortable and able to do their job, and
 3        that means that we're going to make sure that
 4        blood sugar is appropriate and needs are met.
 5        So we're going to take an hour.
 6               (Time noted:  1:16 p.m.)
 7                      *    *    *
 8            A F T E R N O O N   S E S S I O N
 9               MR. WILLIAMS:  Could you mark these as
10        exhibits.
11               (Marked for Identification, sales
12        data, Plaintiffs' Exhibt 3)
13               (Marked for Identification, sales
14        data, Plaintiffs'4)
15    BY MR. WILLIAMS:
16        Q    I'm going to try to go fast so we can
17    get you out soon, but if I'm going too fast, you
18    will just tell me.
19               I have a question for you about data for
20    the period between 2013 and 2017.  Your
21    Declaration is a little bit unclear.  Is that data
22    in a different category than 2017 to present in
23    the things that are on the RMS?
24               MR. TROPP:  Objection.
25        A    The way to think about our data, we
```

Page 102

```
                              ERIC LORD
1
2    archived everything prior to either '17 or '16 in
3    the data warehouse, so I don't remember the exact
4    year, it's either '17 or '16.  Everything prior to
5    that has been archived and believed to be brought
6    up so we can work with it.  Doesn't matter whether
7    that's '13 or 2003.
8         Q    Does that mean everything that has been
9    archived or is in the data warehouse from 2003 to
10   whatever that cut off is --
11        A    '16 or '17.
12        Q    All in the same format, in the same
13   place, subject to the different data fields that
14   were selected over time?
15        A    Correct.  I think you captured that very
16   well.
17        Q    Thank you.
18             I wanted to show you, there are going to
19   be two more exhibits, they are Exhibits 3 and 4,
20   I'll give them to you.  Coincidentally, that is
21   what they used to be called.
22             These, I'll represent to you, were
23   exhibits in a motion filed in this case, and what
24   I would like you to do is take a look at them and
25   tell me if you recognize what these are.
```

Page 103

```
 1                      ERIC LORD
 2              (Witness perusing documents)
 3       A    This is clearly -- the first four pages
 4   are somebody's sales history, going backwards, a
 5   Julie Harding.  And this would be representative
 6   of the data that exists in our data warehouse.
 7       Q    So this would be representative of -- is
 8   it a subset, meaning there are certain fields
 9   listed here across the top; date, customer number,
10   et cetera.  Are those the entirety of the fields
11   in the data warehouse or are there other fields
12   you can query?
13       A    There are other fields.
14       Q    Can you tell me what some of those other
15   fields are?
16       A    Sure.  So there is a product code versus
17   a product description.  There would be something
18   called a billing factor, which would tell me if
19   the unit was sold or it was rented, or if it was
20   free for some particular reason.
21              There is address information, so there
22   would be two address fields, address 1 and address
23   2.  There is a city, a state, a zip code, plus 4.
24       Q    Why is it a one or two for the address?
25       A    If you think about -- well, again, the
```

Page 104

                        ERIC LORD

1
2    limitation of RMS. If you were building a modern

3    system today, you would have a street number, a

4    street name, and a street type.

5         Q    I see what you are saying.

6         A    In an RMS, you have an address line, 1

7    or 2.  And that has its own set of limitations

8    around how you are able to certify an address.

9    But there are two available address fields to put

10   in a street number, street name, street type, an

11   apartment number, a building number, et cetera.

12              And then there is a separate field for

13   zip code, which would then give you your city,

14   your state, your zip code.  There is a plus 4 for

15   the zip code that would be available.

16              Those fields are duplicated in the sense

17   that a customer can have a different bill to and

18   deliver to, so we could bill to one address and

19   deliver to another address.

20              You have got a date here, assuming

21   that's the date of the sale.  In our database we

22   might have a posting date.

23              Is this the type of information you are

24   looking for?

25         Q    I'm curious to know if there are other

                                        Page 105

                    ERIC LORD

 1

 2   fields that could be searched in the database that

 3   produced this.

 4        A    The database is multiple terabytes.  I

 5   don't know every field off the back of my head.

 6   Is there a particular field you are looking for?

 7   If you ask me, I can tell you.

 8        Q    First, I guess I was just trying to get

 9   a sense of the flexibility you have to manipulate

10   in different ways for different purposes.  Let's

11   take, for example, could you search in the same

12   database that Exhibit 3 came from for all sales in

13   a given period through a certain state, not for

14   one customer, all customers?

15             MR. TROPP:  Objection.

16        A    First, I want to just -- we don't

17   manipulate the data.

18        Q    That was a bad term of art.  What I

19   meant, how do you access, how do you search, how

20   do you produce?

21        A    We can query and produce different

22   information.  This particular query, we had a

23   customer and a customer number, so you went and

24   got everything.  We could use the customer's

25   current deliver to state to go say, tell me

                                      Page 106

ERIC LORD

1
2  everything that was delivered to that customer.
3  It would not necessarily mean it was delivered to
4  that state, because I don't know.  But could that
5  be done?  Sure.  This query could easily have
6  included state for Julie Harding, that would have
7  been Julie Harding's last known address delivered
8  to state.
9       Q    That is customers.  I'm more interested
10 in let's say for a state specific.  I don't want
11 to know just about Julie Harding, I want to
12 know about all the sale for some department.  Is
13 that a query that could be done on the database
14 that generated this?
15      A    It's the same database we have been
16 discussing.  We could absolutely go do that.
17      Q    Is that the RMS?
18      A    No, it's just the data warehouse.
19 Consider RMS unqueriable.  You can't query RMS.
20 You have to write a program to go get information.
21 Details like this exist for the last two months.
22 It does not exist historically.  That's why we
23 have the data warehouse.
24      Q    That's my confusion, because these dates
25 seem to precede the data that you said is

Page 107

```
1                        ERIC LORD
2    presently live?
3         A    This is an example where we restored
4    data.  We had a particular customer number.  So we
5    asked them to go find the records for the
6    particular customer.
7         Q    I got you.
8         A    If we think about what you are asking
9    for a state, I would need to first restore
10   customers and their addresses, figure out their
11   state at the time of the sale, and then go get
12   sales for those customers that represented those
13   dates when they had lived in the states in
14   question.
15        Q    Understood.  So I'm clear, Exhibit 3 was
16   data extracted from the RMS, put into the SQL, and
17   the query was done in the SQL?
18        A    The way I would say it to be really
19   accurate, a query was written against the data
20   warehouse, that query was written against the data
21   that has been in the production environment.  We
22   asked our technical team to get us data from our
23   archives for particular customers.  That was
24   brought forth and combined with this.
25             So one query was written to get it after
```

Page 108

```
 1                        ERIC LORD
 2   the data had been merged into the data in the
 3   archives.
 4        Q    I think you used the word "production
 5   environment," is that it?
 6        A    Yes.  The way you think about things in
 7   a database world, the archived data is archived.
 8   The environment that sits there is your production
 9   environment.  That way you have the data that is
10   readily available.
11        Q    These queries were customer specific,
12   and I understand what you said about the
13   addresses.  But is it feasible to say, please do a
14   query that is going to extract for me all the
15   records we have for sales, for which the last
16   known address is in Vermont?
17        A    Yes.
18        Q    And you could do that same thing for
19   multiple states, correct?
20        A    Yes.
21        Q    What would it take, internally, for
22   Nestle to actually run that?  Say we want to go to
23   the data warehouse, we want to get all of the
24   sales records we require for the 8 states at issue
25   and export them so they could be used for the --
```

Page 109

ERIC LORD

1

2       A    It would probably take us two or three

3    weeks to get that information.

4            I want to be very clear.  I don't

5    believe it would be accurate, and I would cite the

6    stat I gave you earlier today, that the exact

7    number or close number, 563,000 of our customers

8    moved last year.  So if I think about almost a

9    third of our customers moved, how many of those

10   moved either in state or out of state, my fear,

11   when we get to legal matters, is that we're not

12   providing completely accurate information.

13       Q    Would it be directional?

14       A    Sure.

15       Q    It's also the information that you used

16   in the ordinary course of your business, right?

17       A    We don't make decisions by state.  We

18   make them by our distribution center, by our

19   geographies.  Our business is less about what

20   state we do business in than it's about the

21   customer we do business with.  If that information

22   was important, we would store it.

23       Q    Not my question.

24            To the extent Nestle maintains data in

25   the ordinary of business about their customers, it

Page 110

```
 1                        ERIC LORD
 2    maintains their present address, right?
 3          A    Yes.
 4          Q    So that is what you would give us
 5    subject to, as you said, there might have been
 6    different addresses in the past, but right now
 7    this is what Nestle is doing?
 8                MR. TROPP:  Objection.
 9          Q    If there is some agreement that that
10    data would be acceptable, could you produce that?
11          A    Sure.  I do not believe it actually
12    answers the question that has been asked, which is
13    how much did we sell in the states.
14          Q    I think you said it would be about 3 to
15    4 weeks to do that?
16          A    Yes.
17          Q    Could you do that internally?
18          A    We would probably still want to bring
19    somebody in to do that, based on the backlog of
20    work.
21          Q    But that is sort of a work flow
22    management decision.  You could do that internally
23    if you wanted to?
24                MR. TROPP:  Objection.
25          A    That is in relation to -- yes, anything
```

Page 111

```
                         ERIC LORD
 1
 2   is possible if you wanted to.  It would be
 3   unreasonable to put things that would benefit the
 4   organization in front of that work potentially.
 5        Q    Can you take a look at Exhibit 4?
 6        A    Sure.
 7        Q    Is this the same type of document?
 8        A    It is.  They were done exactly the same
 9   way.
10        Q    Do you know who did this?
11        A    I believe it was a gentleman by the name
12   of Priesh (phonetic), but don't hold me to that.
13        Q    Do you know whether, in order to prepare
14   these, he looked at every single invoice and then
15   wrote down the information and wrote it in here,
16   or was he able to use the database to extract it
17   and produce it?
18        A    In both of these cases, a business
19   person in our call center spent several hours
20   finding the customers in the system, so in RMS.
21   Once they identify the customer, that information
22   was provided to, in this case, let's say it's
23   Priesh -- I'm 50 percent sure he was the person
24   who did it -- and Priesh was able to easily query
25   the customer, because he had a key to that.
```

Page 112

```
                        ERIC LORD
 1
 2              We weren't trying to understand did they
 3     buy Poland Spring in this state, or does this
 4     criteria apply?  We simply said go get all sales
 5     information, which is a much more relevant thing
 6     we do in the course of our business, trying to
 7     understand what you, as a customer, did.
 8          Q    If we were to do the sort of query I
 9     described earlier, where you searched for the
10     records for the 8 states for all customers, except
11     the address might not be correct, give us a sense
12     of how much that would cost?
13          A    If somebody had a calculator, assume
14     that it's about $300 an hour for the resource, and
15     assume 3 weeks at 40 hours a week.
16          Q    And that is an outside contractor?
17          A    That would be an outside contractor.
18          Q    And four weeks --
19          A    I think 3 to 4 weeks would be a good
20     estimate.
21          Q    Is that one person or like a team?
22          A    We would probably be able to do the
23     request with one person, and we would still need
24     to allocate probably half a body of an internal
25     person to help that person validate.
```

                                              Page 113

```
 1                    ERIC LORD
 2      Q    I want to go back to my question about
 3  this 2013 to 2017 period because I might be
 4  confused.  Go to paragraph 11 and 12 of your
 5  declaration where you describe Nestle having
 6  produced certain documents, which is paragraph 11.
 7      A    I'm sorry, which paragraph are we
 8  reading?
 9      Q    Eleven.
10           So you say you produced certain
11  documents for the period with 2013 through 2017.
12           Do you see that?
13           (Witness perusing document)
14      A    Okay.
15      Q    I'm trying to understand a couple of
16  things.  For this period, where did you get this
17  information?  Was that from RMS or from both, or
18  did you load it into the RMS and SQL system when
19  you did the query?
20      A    Everything that was produced would come
21  out of the data warehouse.
22      Q    Straight?  Or sometimes it gets imported
23  into the SQL system?
24      A    The SQL system is the data warehouse.
25  It's one and the same.
```

Page 114

ERIC LORD

1

2      Q    So for this one here, can I interpret

3   something was made live for the period prior to

4   2017 so that you could produce what you referred

5   to in paragraph 11?

6      A    Yes.  I would need to go back and

7   discuss -- I know we produced it, hence, the

8   reason that I signed this.  How exactly we got the

9   data back through 2013, I'm not sure exactly how

10  that was done.  But again, understanding the sales

11  and the brand is relatively easy.  We simply need

12  to restore the data, as long as I don't need to

13  understand the state it was sold in.  This is for

14  each of the states.

15          So this may be -- in fairness, I would

16  need to call him.  He no longer work for us, but I

17  could call him.  If he produced it for the eight

18  states, the only way that could have been done is

19  to produce it, assuming the customer data stays,

20  the customer's address, which honestly would not

21  have been accurate.

22      Q    Who is the person you are referring to?

23      A    It's the same person, Priesh.

24          So he was a SQL resource we had on staff

25  for quite a while.  He left for another job.  And

Page 115

```
 1                        ERIC LORD
 2    the person who was in charge of data insights at
 3    the time was a woman by the name of Diedra
 4    FitzGerald, and Diedra would have had that request
 5    input.
 6          Q     Did BlueTriton maintain in hard copy
 7    form any devices for the product itself?
 8          A     No.
 9          Q     Did BlueTriton maintain on a computer
10    archive copies of invoices it had issued to its
11    customers?
12          A     They maintained certain records going
13    back to May of 2017.
14          Q     When you say certain records, do you
15    mean certain fields --
16          A     No, it --
17          Q     -- that were contained within the
18    invoice?
19                MR. TROPP:  Make sure you let him finish
20          answering the question.  It makes Francine's
21          job easier, and to be honest, Steve, and
22          yours.
23                MR. WILLIAMS:  I think he got it, right.
24          A     Say it again.
25          Q     I think my question was, when you
```

Page 116

ERIC LORD

1

2  referred -- I'm going to ask a different question.

3          When you say we maintain certain

4  records since 2017, what are you referring to?

5      A    We discussed SureBill earlier.  SureBill

6  is our invoice producer.  They maintain PDF copies

7  of all databases going back to May of 2017.

8      Q    But Nestle, in its ordinary course of

9  business, does not use their PDF copies, correct?

10     A    Those PDF copies get attached to our

11  website.  If a customer wants to see an invoice,

12  they can get it from the website.

13     Q    In the course of discovery in this case,

14  you are not aware of anyone going to your vendor

15  to ask for copies of those invoices, are you?

16     A    If we provided PDF copies of invoices,

17  we would have gone to Surebill.

18     Q    I think where we had got before, I said

19  BlueTriton does not maintain digital copies of the

20  actual invoices customers get, and I think you

21  said we maintain certain records.

22     A    Our invoice vendor maintains the PDF

23  copies of the invoices.  We allow that link to our

24  website.  And in the case where somebody requests,

25  in a case like this, we may go to them and say,

Page 117

```
 1                      ERIC LORD
 2    this customer, I need all of the invoices you can
 3    produce for this customer.
 4        Q    I hear it.  Your SQL database, that does
 5    not exclude copies of invoices to customers?
 6        A    It does not.
 7        Q    It includes information derived from
 8    invoices from customers?
 9        A    It includes all of the information that
10    would have been used to produce the invoice.
11        Q    Correct.  Quantity, price?
12        A    Yes.
13        Q    Price per unit?
14        A    It doesn't include price per unit.  It
15    includes quantity, the total extended amount.  You
16    would calculate a cost per unit.
17        Q    I did that in my head.
18             In its routine business, has there ever
19    been a time when you said there is an issue about
20    a customer's bill, I need to go look at their
21    invoice to see the records, or do you just query
22    the SQL?
23        A    I wouldn't normally get a request like
24    that, and our business intelligence group wouldn't
25    either.  An agent, or one of our, what we call
```

Page 118

                         ERIC LORD

1
2    representatives, a CEC agent or representative
3    would potentially into our RMS system and be able
4    to see the invoice.  RMS recreates it and lets you
5    view what was on it.
6             They also have an AR history screen
7    where they can see the transaction similar to your
8    Exhibits 3 and 4.  So they can look through those
9    histories and see those type of things.
10        Q    Do you know whether, for any reason, any
11   group of BlueTriton, either your group, corporate
12   finance or someone else, has ever undertaken
13   projects where they analyzed all of these invoices
14   to extract certain information, and turned that
15   into reports?  For example, print out a report of
16   all of our sales for the last year of all of our
17   customers; is that something you have any
18   experience with?
19        A    The business and intelligence team does
20   a lot of that type of work where they will be
21   asked to take certain facts and try and understand
22   what they mean; what are the trends or where is a
23   business opportunity.  In most cases, it's more in
24   line with connecting data than it is about
25   grabbing certain components of data.  It's

                                        Page 119

ERIC LORD

1

2 ==connecting data that isn't logically connected.==

3      Q      Can you give me an example of that?

4      A      Sure.  The team just spent the last

5 three weeks working on geo-profitability.  So how

6 far am I driving to service customer A, and how

7 long does it take when I service customer A to

8 drive to customer B.?

9           So, inherently, that data about how long

10 it takes to get to customer A, and then how long

11 it takes to serve A, and to drive to B doesn't

12 exist in a normal system.  It exists in our

13 e-mails.

14           So they had to get that data and combine

15 that with sales data to understand how much do

16 they buy, and does it make sense.

17           An example to colorized that; the Tesla

18 factory out in Arizona, it's a customer.  We

19 service them.  It's a long drive to get to them.

20 So if you just looked at how long it takes me to

21 get there, you would say, I don't want them as a

22 customer, until you understand that when I get

23 there I drop the entire truck of water.

24           So then you go, well, that makes a lot

25 of sense.  The drive time, what it takes, trying

```
 1                    ERIC LORD
 2   to get to my next customer.
 3              Does that help you at all?
 4       Q    It does.
 5              I want to try to understand the regions.
 6   Can you tell me which regions, by names that you
 7   use, would cover -- and I'll start in the
 8   northeast of Maine and go down to let's say
 9   Pennsylvania, and tell me, is that one region or
10   multiple regions?
11       A    Three different regions would cover
12   those type of geographies.  So the northeast would
13   cover states like Maine, New Hampshire,
14   Massachusetts, Rhode Island, some of Connecticut.
15   Connecticut gets split up.  Part of that is served
16   by what we call Metro New York.  So part of
17   Connecticut.  I actually think Metro New York
18   might serve as much as one area mass as well.
19              And then they serve down through part of
20   Jersey, what we call the Mid Atlantic zone.  Picks
21   up New Jersey and goes down the coast.
22       Q    How far down does that go, do you know?
23       A    I'm not sure where Florida picks up, if
24   Florida comes all of the way up to Atlanta.  But
25   we have a Florida zone.  I believe -- and again
```

Page 121

```
                         ERIC LORD
 1
 2    don't hold me to this, I'm not sure I have got
 3    this exactly right -- I believe they cover all of
 4    the way up to Atlanta.  Mid Atlantic zone covers
 5    down there.
 6         Q     Could you, through the SQL database, run
 7    a query that says, I want to see all the sales for
 8    all the accounts for the Northeast Metro New York
 9    area for a given time period?
10         A     Yes.
11         Q     Is that something you could do
12    internally if someone asked you to do it, or do
13    you have to hire someone?
14         A     We could do that internally.
15         Q     How long would it take you to do
16    something like that?
17         A     Probably take a week and a half.
18         Q     Is it possible to query the present
19    database and say something like, I want to see the
20    total units of Poland Spring 100 percent spring
21    water sold, and the total revenues earned from
22    selling, gross?  Just the prices charged to the
23    customers and the volume that was sold?
24         A     Yes.
25         Q     How hard would that be to do?
```

Page 122

```
                          ERIC LORD
 1
 2       A    Relatively easily.
 3       Q    Could you do it region by region,
 4  meaning the northeast, Metro, Mid Atlantic?
 5       A    Sure.
 6       Q    Do you have by any chance -- the regions
 7  that you described, are these the same regions
 8  that IRI used?
 9       A    No.  Neilson and IRI used like a
10  standard, an industry standard of markets.  MSA
11  it's referred to as, that's what the acronym
12  stands for.  But their industry standards, MSAs,
13  everyone uses.  We have our own structure because
14  it's about reporting, and it's more about how we
15  service our customers.
16            I do want to make sure you understand
17  zones cross states, and multiple zones and
18  geographies cover multiple states.
19       Q    Do you guys have a map you use to show
20  your zones and where their borders are?
21       A    We don't necessarily have one, but we
22  could certainly create one.  It's all a on the zip
23  codes.
24       Q    I am fairly sure you told me, you don't
25  have any involvement in retail pricing?
```

Page 123

```
 1                    ERIC LORD
 2       A    No.
 3       Q    And no one reports up to you about
 4   retail pricing trends?
 5       A    Nothing to do with retail business.
 6       Q    Totally ReadyRefresh?
 7       A    Yes.
 8            MR. WILLIAMS:  I think if I take a
 9       minute or two I can double-check, and we may
10       be just about done.  Give me about five.
11            MR. TROPP:  All right.
12            (Recess taken)
13   BY MR. WILLIAMS:
14       Q    I think I have just got a few more
15   questions.
16            First of all, I direct you to the
17   paragraph beginning at 13 of your Declaration.
18            MR. TROPP:  Exhibit 1?
19            MR. WILLIAMS:  Yes, sir.
20       Q    So here you begin to describe the costs
21   that would be necessary in order to recover data
22   from the off line database.  Do you see that?
23       A    Yes.
24       Q    Those costs, is that assuming a
25   different computer developer, or are you going to
```

Page 124

ERIC LORD

1

2       hire one person to do both of those jobs?

3            A     It really is two different skill sets

4       the way it's been explained to me, so we would end

5       up with two different people.  And, again, it has

6       a lot to do with what is the final question asked,

7       exactly what are we being asked to provide.

8            Q     What are the different skill sets that

9       you think would be necessary for the person

10      described in paragraph 13 than the person you

11      described earlier in order to accomplish that job?

12           A     The person -- first, the technical

13      person to restore the data is more of a technical

14      person, to take and remove data from the archive

15      and load it, validate that everything came across

16      right, validate the record counts, do some

17      sampling to make sure that is good.

18                 And then you need a different SQL type

19      person -- they are both SQLs, so forgive me.  One

20      would be more about writing queries to actually

21      return the right data sets.

22                 So the first resource needs to be able

23      to understand databases, in general, and how do

24      restore that data, put it where we need it,

25      validate that everything is good.

Page 125

ERIC LORD

1

2          The second person would need to actually

3     train with our internal people to understand the

4     data structures themselves, and how to query those

5     data structures and connect everything to produce

6     a meaningful outcome.

7          And our internal people, because we

8     would still have internal people, would be

9     required to work with them the whole way and

10    frankly approve the final outputs, help them

11    understand our internal data, be able to validate

12    their work.

13    Q    And in the process you are describing

14    here, in paragraph 13, did you get any quotes from

15    anyone for that?

16    A    So, this talks to the ask, as it was

17    explained to me.  This is what we talked about

18    earlier.  So I spoke with Richard Pavone.  So

19    Richard was the gentleman who actually designed

20    the original version of the data warehouse; since

21    retired, but we still have a small retainer for

22    him.  He does us a little favor consulting for us.

23          So I talked to him about how we would

24    do this.  He explained how it would be done.  He

25    gave me the insight on the resources.  I took

Page 126

```
                          ERIC LORD
 1
 2   those tech skills and I talked to my account
 3   lead at Accenture and quoted some resources.
 4       Q    And the hundred grand is for everything
 5   described in paragraph 13?
 6       A    No.  Paragraph 13 just talks to the fact
 7   that, in my opinion, I felt returning that data at
 8   a state level is very unreasonable, in the sense
 9   we have to restore our customer data.  Every
10   single month we go back and look at it and figure
11   out did somebody move.
12       Q    I understand that.
13       A    But that is what that is talking to.
14       Q    Understood.  But if you go through 13
15   all of the way through -- actually 13 and 14, what
16   you described could be done in your estimating the
17   time and cost it would take to do that, correct?
18       A    Let me read it again.
19            (Witness perusing document)
20       A    Yes.  Yes, that is what it would take.
21       Q    And then I want to take a quick look at,
22   sort of as a group, the comments under average
23   pricing.  So that is paragraph 15 and 16.
24       A    Okay.
25       Q    I understand BlueTriton, in the normal
```

Page 127

```
                          ERIC LORD
 1
 2    course of business, you say does not compound,
 3    maintain or utilize average prices.  Right?  That
 4    is at the end of 16.
 5         A     What we store is the sales detail, the
 6    quantities, and the amount the customers pay.  Any
 7    time we need to understand pricing, average
 8    pricing, we calculate.
 9         Q     How do you do that?
10         A     We divide the sales by the volume.
11         Q     And you have the data in your database
12    that permits you to do that, correct?
13         A     Sure.
14         Q     So you could generate something showing
15    average pricing based upon the data in your
16    database, correct?
17         A     Correct.  But, again, this is dealing
18    with 2003, so a series of that data would need to
19    be restored.
20         Q     Understood.  But it could be done?
21         A     Yes.
22         Q     When you earlier talked about Finance, I
23    want to make sure I understand.  Did they use a
24    different database than the SQL database or did
25    they use the same?
```

Page 128

ERIC LORD

1

2      A    So, as we discussed earlier, Finance

3   uses -- their primary tool is SAP.  They do have a

4   secondary tool they use for planning, which is

5   S-based.  A hundred percent of its data comes from

6   SAP .

7      Q    Is there any overlap between the RMS

8   data that you use and the data that Finance uses?

9      A    The two data sources directionally are

10  similar.  The SAP data is summarized, because,

11  again, we package up transactions, we send them

12  over to summary level, and then we mush them

13  together.  So it's based on GAAP, generally

14  accepted accounting principals.  RMS creates a

15  balanced accounting entry, sends over a debit and

16  credit to SAP.  SAP registers that.  That's what

17  they have.

18     Q    Does that mean that SAP uses the same

19  data that is in RMS, but it's using it differently

20  and doing different things to it?

21     A    So the way to think about RMS, RMS is

22  our transactional system.  It represents the

23  interaction with the customer.  SAP is our

24  financial system of record, and represents how we

25  would financially account all of those aggregated

Page 129

ERIC LORD

1

2  transactions.  So the two systems have two very

3  different purposes.  So, they tie to each other,

4  they have to.  That is validated month by month.

5  That is part of our close process.  Auditors

6  validate that.

7          But I can't go in and see how much did I

8  sell jeans in SAP.  I can't see what I charged a

9  customer, or any customer, or any group of

10  customers in SAP.  What it represents is how we

11  financially account for those transactions.

12          So if I hit your mailbox and gave you a

13  hundred dollar credit, I reduce my revenue by that

14  hundred dollar credit.  So in SAP, I see the net

15  of that, I don't see the two parts separately.

16  RMS has the two parts separated for two months.

17  The data warehouse has all of the detail.

18      Q    Understood.

19          Are you aware of any -- again, I

20  apologize if this is a bad question -- CMR type of

21  systems Nestle uses, customer relations work,

22  Sales Force type of thing?

23      A    In April of 2019, we added to our

24  technology stack Sales Force, what they call

25  service cloud, we call it Engage Plus, where we

Page 130

ERIC LORD

1

2   replace certain functionality from RMS.

3          So all of our call center agents for CEC

4   agents, customer engagement center, use Sales

5   Force now to service the customers since April of

6   2019.  We do not use Sales Force's CRM component.

7   So it's just not something that we matured into.

8          We also added Hybris, which is a SAP web

9   platform, in April of 2019.

10     Q    Do any of those programs you just

11  described do anything to consolidate customer's

12  former addresses over time?

13     A    They do not.

14     Q    Is there anything you know of within

15  Nestle's that does that?  I know you talked about

16  the how the new addresses replace the old ones.

17  Is there any place you could think of for

18  historical addresses for a customer?

19     A    No.  In fact, call it Q2 of 2020 -- I

20  think we talked about this earlier -- in Q2 of

21  2020, we actually wrote some code to start to keep

22  track and understand people's address changes.

23     Q    If you were to go back to that company

24  you outsourced to, if you can you find that

25  invoice from 2014, would that then generate the

Page 131

```
1                        ERIC LORD
2    original address?
3         A    It's a PDF.  So that PDF would have the
4    actual address on it, where, if you went into our
5    system and produced that invoice in RMS, it would
6    not, it would have today's address.
7         Q    Now just to finish up, if I understand,
8    the SQL database live now, it does not have
9    invoices in it, it has data derived from invoices
10   that BlueTriton can then run queries against to
11   determine information; is that correct?
12        A    You have to reverse that a little bit.
13        Q    How would you say it?
14        A    Again, remember RMS is a 35-year old
15   system.  So in a modern e-commerce platform today,
16   a delivery and an invoice are the same thing.
17   When Amazon ships your product, they invoice you
18   at the moment they ship it.
19             RMS was built where I shipped you a
20   delivery, and a month later I sent you an invoice.
21   It's the model of computers back then.  We make a
22   delivery, we invoice you later.  That could be as
23   soon as tomorrow, but it also could be as much as
24   35 days later.  So we actually have the
25   transactional detail that becomes the invoice in
```

                                          Page 132

```
 1                    ERIC LORD
 2   our data warehouse, we don't have the invoice
 3   itself.
 4       Q    Understood.  So if you want to find out
 5   information that is from the data warehouse, what
 6   you would be getting is information that had been
 7   in the invoice, but not the actual invoice itself;
 8   is that correct?
 9       A    I'm not trying not to be a stickler on
10   this.
11       Q    Stickler is good.
12       A    I think it's really a really important
13   concept.  I don't know if it made its way to an
14   invoice or not.  I know that the transaction
15   occurred.  I can assume it made its way to an
16   invoice because we bill our customers, but I don't
17   know that.  So I'm not starting with an invoice
18   and having transactions that came from an invoice.
19   I made a delivery to a customer, I delivered
20   something to you, and later I create an invoice.
21   I have the transactions that ultimately will
22   become the invoice.
23       Q    Does data from the delivery end up in
24   the RMS, or just data from when the invoice is
25   issued?
```

Page 133

```
 1                    ERIC LORD
 2      A    Again, let's make sure we're good.  We
 3   talked about this earlier.
 4           A transaction, if I was selling you
 5   something, we're going to create a request.  That
 6   request is my request to go make a delivery.  I'm
 7   going to send a truck and a person.  They are
 8   going to have a hand held computer, and that hand
 9   held computer, I'm going to make the delivery on
10   the request.
11           It's going to upload into RMS as it
12   delivers.  It will close the request and say the
13   request existed, I closed it, I made a delivery.
14   That becomes a formal delivery ticket in our
15   system.
16           While it's creating the delivery ticket,
17   it creates the invoice line items that would be
18   associated with that.  All of that transaction
19   detail makes its way into our data warehouse.
20      Q    So when you talked about creating all of
21   those invoice line items, that's at the data
22   warehouse, not at the delivery point.  It's
23   after --
24      A    Correct.  So think about it a different
25   way.  I'll give you an example to colorize it.
```

Page 134

ERIC LORD

1

2         A delivery person in his hand held will

3   see you have asked for four 5-gallon bottles of

4   water, a case of coffee, et cetera.  He delivers

5   all of those things.  He's not going to deliver

6   rent, he's not going to deliver a delivery fee.

7   None of those things are applicable to him.  He's

8   not going to deliver tax.

9         So that request gets closed.  All those

10  line items become the delivery ticket.  As part of

11  creating that delivery ticket, they will say, oh,

12  this customer has a delivery fee and they apply it

13  to the ticket.

14      Q    I got you.

15      A    They are going to send the transaction

16  to Vertex, Vertex is going to send back the tax

17  and append it.  That's why I'm making the

18  distinction.  It doesn't start with an invoice, it

19  starts with a transaction.

20      Q    Understood.

21         And then let's assume that that customer

22  was -- let's put him at the Lifesaver company.

23  They get their delivery.  That information goes in

24  from the delivery person, it goes to your network,

25  where then the invoice items are added to it.  And

Page 135

```
                          ERIC LORD
 1
 2    then if you want to say, I want to see what
 3    everyone one in -- do you do regional within
 4    Connecticut?
 5              MR. TROPP:  Objection to the form.
 6        Q    Do you know what I mean?
 7        A    I believe I do.  We can get sales at a
 8    distribution center.
 9        Q    So that's sort of the --
10        A    As an example, Connecticut is served by
11    three different distribution centers.
12        Q    And then with our hypothetical customer,
13    the Livesaver Company, you could go into the SQL
14    database and look at the details of that
15    transaction?
16        A    Yes.
17        Q    And you could look at the history of the
18    transaction -- I'm sorry, history of the
19    customer's transaction?
20        A    Yes.
21        Q    All right.  I don't think I have any
22    more questions for you today.  I appreciate you
23    all hanging in with me.
24        A    Have a wonderful day.
25    ////
```

Page 136

1                        ERIC LORD

2          MR. TROPP:   For the record, I have no

3      questions.

4          (Time noted:   3:17 p.m. )

5

6

7                   *     *     *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 137

1          S I G N A T U R E   S H E E T

2

3          I, ERIC LORD, have read

4     the foregoing transcript of the testimony

5     taken at the offices of Day Pitney, LLP

6     One Stamford Plaza, 263 Tresser

7     Boulevard, 7th Floor, Stamford, Connecticut

8     06901, on the 20th day of July, 2021, and it

9     is true and accurate to the best of my

10    knowledge.

11

12

13

14                    _____

15                         ERIC LORD

16

17

18    Subscribed and sworn to before me this

19         day of           , 2021.

20

21    _____

22       Notary Public

23

24

25

                                   Page 138

```
 1   E R R A T A   S H E E T
 2   NAME OF CASE:  MARK J. PATANE, et al.
 3                  NESTLE WATERS NORTH AMERICA
     DATE OF DEPOSITION:  July 20, 2021
 4   WITNESS:  ERIC LORD
 5
     If there are any corrections to your deposition,
 6   indicate them on this sheet of paper, give the
     change, page number, line number, and reason for
 7   the change.
 8   PAGE        LINE            REASON FOR CHANGE
 9   CHANGE TO:
10   PAGE        LINE            REASON FOR CHANGE
11   CHANGE TO:
12   PAGE        LINE            REASON FOR CHANGE
13   CHANGE TO:
14   PAGE        LINE            REASON FOR CHANGE
15   CHANGE TO:
16   PAGE        LINE            REASON FOR CHANGE
17   CHANGE TO:
18   PAGE        LINE            REASON FOR CHANGE
19   CHANGE TO:
20   PAGE        LINE            REASON FOR CHANGE
21
22   _____
23   Subscribed and sworn to before me
24   this   day of          , 2021.
25   (Notary Public)     My Commission Expires:
```

Page 139

1  STATE OF CONNECTICUT:

2  COUNTY OF FAIRFIELD:

3      I, Francine Garb, a Notary Public

4  within and for the State of Connecticut,

5  do hereby certify that the deposition of

6  ERIC LORD was held before me

7  on the 20th day of July, 2021 at the

8  offices of Day Pitney, LLP, One Stamford

9  Plaza, 263 Tresser Boulevard, Stamford,

10  Connecticut 06902.

11      I further certify that the witness was

12  first sworn by me to tell the truth, the

13  whole truth and nothing but the truth, and

14  was examined by counsel, and his testimony

15  stenographically reported by me and

16  subsequently transcribed as hereinbefore

17  appears.

18      I further certify that I am not

19  related to the parties hereto or their

20  counsel, and that I am not in any way

    interested in the event of said cause.

21      Dated at Stamford, Connecticut, this

22  26th day of July, 2021.

23

24

25  Francine Garb, CSR LICENSE # 139

Page 140

**[& - 7th]**

| & |
|---|
| **&**   2:19 18:5,6 |
| 25:13 63:11 75:6 |
| 75:15 81:6 |

| 0 |
|---|
| **000**   86:14 |
| **01381**   1:3 |
| **06510**   2:16 |
| **06901**   1:23 138:8 |
| **06902**   5:14 6:7 |
| 140:10 |
| **07960**   2:21 |

| 1 |
|---|
| **1**   3:9 11:17,21 |
| 50:4,4 60:7 |
| 104:22 105:6 |
| 124:18 |
| **1.5**   42:13 |
| **10**   93:8,10 |
| **100**   2:20 70:23 |
| 80:23 85:12 91:12 |
| 122:20 |
| **1000**   2:4 |
| **102**   3:11,12 |
| **10:10**   1:20 |
| **11**   3:9 114:4,6 |
| 115:5 |
| **11873**   140:24 |
| **12**   73:3,22,22 |
| 114:4 |
| **13**   12:3 48:22 |
| 73:22,22 99:7 |
| 103:7 124:17 |
| 125:10 126:14 |
| 127:5,6,14,15 |
| **139**   1:25 140:25 |
| **13th**   13:14 |
| **14**   51:17 73:22,22 |
| 127:15 |

| 1400   2:9 |
|---|
| **15**   31:5 46:16 |
| 127:23 |
| **150**   70:24 |
| **15th**   2:15 |
| **16**   67:4 103:2,4,11 |
| 127:23 128:4 |
| **160**   86:14 |
| **160,000**   86:7 87:3 |
| **17**   1:3 68:15 103:2 |
| 103:4,11 |
| **1900**   2:9 |
| **195**   2:15 |
| **1:16**   102:6 |

| 2 |
|---|
| **2**   3:10 5:13 43:13 |
| 50:5,6 51:8,12 |
| 60:9 98:25 104:23 |
| 105:7 |
| **20**   1:20 3:3 82:21 |
| 139:3 |
| **2002**   20:22 22:18 |
| 24:21 25:16 |
| **2003**   66:12,20,22 |
| 67:17 68:5,15 |
| 72:9,23 103:7,9 |
| 128:18 |
| **2013**   102:20 114:3 |
| 114:11 115:9 |
| **2014**   131:25 |
| **2016**   51:25 52:8 |
| 53:20,23 67:17 |
| 68:15 |
| **2017**   36:18 37:2 |
| 44:12 59:18 66:15 |
| 66:20,22 67:3,4 |
| 68:18,22 70:9 |
| 72:9,15,16 75:7,16 |
| 75:20,21 81:6 |
| 92:21 102:20,22 |
| 114:3,11 115:4 |

| 116:13 117:4,7 |
|---|
| **2018**   41:19 42:10 |
| 59:19 |
| **2019**   59:19 130:23 |
| 131:6,9 |
| **2020**   51:17 53:16 |
| 53:22 65:18 |
| 131:19,21 |
| **2021**   1:20 3:3 12:3 |
| 138:8,19 139:3,24 |
| 140:7,22 |
| **20th**   138:8 140:7 |
| **22**   15:24 16:7,22 |
| 16:25 |
| **23**   51:25 52:8 |
| 53:20,23 |
| **24**   66:7 74:3 |
| **25**   7:18 41:5,7,7 |
| 80:15,17,18 86:5 |
| **263**   1:22 138:6 |
| 140:9 |
| **26th**   140:22 |
| **2nd**   97:14 |

| 3 |
|---|
| **3**   3:11 51:24 65:24 |
| 66:9 91:14 102:12 |
| 103:19 106:12 |
| 108:15 111:14 |
| 113:15,19 119:8 |
| **3.6**   86:6 |
| **30**   22:19 23:7 |
| 34:17 41:7 47:10 |
| 47:10 60:23 68:8 |
| 68:9 69:12 80:18 |
| **300**   113:14 |
| **35**   16:17,21,22,24 |
| 17:3 44:9 50:10 |
| 132:14,24 |
| **3:17**   137:4 |
| **3rd**   97:14 |

| 4 |
|---|
| **4**   3:12 30:2 65:24 |
| 66:6 80:19 93:8,9 |
| 103:19 104:23 |
| 105:14 111:15 |
| 112:5 113:19 |
| 119:8 |
| **40**   93:9 113:15 |
| **44**   2:20 |
| **45**   79:13 |
| **4th**   48:23 |

| 5 |
|---|
| **5**   3:5 30:2 51:4 |
| 52:3,9,13 53:4,6 |
| 54:2,4,13,14 56:2 |
| 66:12 73:2 74:21 |
| 74:24 75:2,19 |
| 80:19 81:2 91:14 |
| 135:3 |
| **50**   112:23 |
| **50,000**   85:12 |
| **500,000**   42:12 |
| **51**   3:10 |
| **563,000**   110:7 |

| 6 |
|---|
| **6**   30:2 72:21,22,25 |
| 73:6,19 74:18,19 |
| 74:23 76:12 77:9 |
| 77:17 79:12 |
| **60**   22:20 47:10 |
| 68:8,9 69:13 |
| **601**   2:4 |
| **6th**   48:24 |

| 7 |
|---|
| **7**   73:19 85:15 |
| **73**   33:5 89:22,23 |
| **74**   79:7 |
| **79**   99:7 |
| **7th**   1:22 97:17 |
| 138:7 |

Page 1

[8 - architect]

| 8 | | | |
|---|---|---|---|

**8**   73:20 109:24
  113:10
**80**   82:25 83:11
  84:11,14
**83**   98:16,23 99:4
**87**   99:8
**8th**   48:24

| 9 | | | |
|---|---|---|---|

**9**   24:22 87:10 99:8
**90**   47:10
**900**   5:13 6:6
**90067**   2:10
**94108**   2:5
**95**   76:21 80:23

| a | | | |
|---|---|---|---|

**a.m.**   1:20
**ability**   26:4 38:25
**able**   9:24 52:6,12
  52:20,21 71:6
  79:9 90:21 91:6
  102:2 105:8
  112:16,24 113:22
  119:3 125:22
  126:11
**absolutely**   7:5 8:6
  107:16
**accenture**   84:19
  84:22 127:3
**acceptable**   111:10
**accepted**   129:14
**access**   31:18,23
  32:2 65:15 106:19
**accomplish**   100:12
  125:11
**account**   44:7 48:2
  84:25 127:2
  129:25 130:11
**accounting**   32:15
  32:16 129:14,15

**accounts**   122:8
**accurate**   95:16,21
  95:25 108:19
  110:5,12 115:21
  138:9
**acquired**   28:5
**acquisition**   77:2
**acronym**   17:7
  123:11
**action**   1:17
**actual**   45:2 46:25
  66:16 117:20
  132:4 133:7
**added**   130:23
  131:8 135:25
**adding**   84:4
**addition**   43:20
**additional**   25:4
  82:3
**address**   5:12 6:5
  42:4,6,22,24 43:6
  43:9,14,15,22 52:3
  52:12,22 54:8,11
  54:22 56:12 58:11
  58:24 59:4,7,8,13
  59:15,18,22,22,24
  59:25 60:3 92:18
  93:24,25 94:8,21
  94:22 96:3,9
  104:21,22,22,22
  104:24 105:6,8,9
  105:18,19 107:7
  109:16 111:2
  113:11 115:20
  131:22 132:2,4,6
**addresses**   43:20
  44:5 53:10 55:9
  56:10 74:13 95:8
  95:9,19,21,22,24
  96:6 108:10
  109:13 111:6

  131:12,16,18
**adjustments**   32:21
**advance**   98:7
**afraid**   33:11
**agent**   118:25
  119:2
**agents**   11:6 131:3
  131:4
**aggregated**   61:18
  129:25
**aggregator**   63:22
**aging**   47:9
**ago**   7:18,25 8:3
  15:24 16:7,22
  17:2 23:6 31:5
  32:8,9 46:16 77:7
  96:2,2
**agree**   97:2,6,6
**agreed**   4:5,12,16
  4:21
**agreeing**   99:17
**agreement**   98:4
  99:22 111:9
**ahead**   23:4
**al**   139:2
**allocate**   113:24
**allow**   15:10 19:6
  117:23
**allows**   30:13
**amazon**   132:17
**america**   1:13 7:20
  10:20 13:16 15:7
  30:25 31:12,19
  41:20 44:2,3,8
  51:11 139:3
**amount**   20:13
  25:20 47:14 81:12
  93:4,7 118:15
  128:6
**amounts**   57:22

**analysis**   53:14
  71:22
**analytics**   64:4
**analyzed**   119:13
**angeles**   2:10
**answer**   13:18 29:6
  41:11 42:16 52:18
  53:12,25 56:3
  77:24 101:13
**answered**   74:22
**answering**   53:20
  116:20
**answers**   13:9
  111:12
**anticipated**   100:11
**anybody**   52:11
**anytime**   43:15
**apartment**   105:11
**apologize**   20:17
  130:20
**appear**   99:6
**appears**   140:17
**append**   135:17
**appended**   68:7
**applicable**   95:4
  135:7
**applies**   15:14
**apply**   113:4
  135:12
**appreciate**   9:19
  101:2 136:22
**appropriate**   53:21
  100:18 102:4
**approve**   126:10
**approximately**
  15:24 41:5 69:13
**april**   130:23 131:5
  131:9
**ar**   119:6
**architect**   79:8

[archive - brand]

**archive** 68:16 70:11,21 116:10 125:14
**archived** 67:2,6,7 67:9,21,24 72:3 73:10 76:3,8 103:2,5,9 109:7,7
**archives** 108:23 109:3
**archiving** 71:2
**area** 121:18 122:9
**areas** 32:25
**arizona** 55:18 92:3 120:18
**art** 7:3 106:18
**ascertain** 52:7
**asked** 12:11 13:4,8 13:19,21 20:17 26:25 29:14 53:8 53:25 55:25 76:25 77:5 84:12,15 94:11 108:5,22 111:12 119:21 122:12 125:6,7 135:3
**asking** 9:19 29:22 29:24 47:2 55:24 108:8
**aspects** 19:25 35:3 60:25 62:3
**assigning** 43:3
**assist** 26:23
**assisted** 62:3
**associated** 134:18
**assume** 19:11 80:3 113:13,15 133:15 135:21
**assuming** 105:20 115:19 124:24
**atlanta** 121:24 122:4

**atlantic** 121:20 122:4 123:4
**attached** 89:13 117:10
**attempted** 15:25
**attended** 63:8
**auditors** 130:5
**authority** 4:8
**automated** 49:16 49:20
**automatically** 49:18
**available** 101:16 105:9,15 109:10
**avenue** 2:9
**average** 127:22 128:3,7,15
**aware** 65:19 71:25 117:14 130:19

**b**

**b** 2:17 3:8 39:14 120:8,11
**back** 36:15,18 43:5,16 44:11 46:21 60:6 64:19 66:12 72:23 73:9 82:14,19 83:5 84:9 88:3 100:21 100:23 101:3,19 106:5 114:2 115:6 115:9 116:13 117:7 127:10 131:23 132:21 135:16
**backlog** 76:17 111:19
**backup** 88:21
**backwards** 54:7 56:12 72:19 73:3 104:4

**bad** 53:8 106:18 130:20
**balanced** 129:15
**ballpark** 31:6
**bank** 44:2,2,7
**base** 17:12
**based** 17:10 18:8 26:7 55:9 86:13 111:19 128:15 129:5,13
**basic** 18:10,11 94:4
**basically** 17:15 18:10 48:22 81:16 92:4
**basis** 32:13,17
**batches** 33:24
**bear** 68:2
**beat** 81:17
**began** 23:7
**beginning** 85:16 124:17
**begins** 99:7
**behalf** 1:9,16 11:14
**believe** 9:5 10:9,15 61:21,25 89:23 95:22 97:14,18 98:22,25 99:7 110:5 111:11 112:11 121:25 122:3 136:7
**believed** 103:5
**bell** 51:5
**beneath** 30:20
**benefit** 71:23 112:3
**benjamin** 1:8
**best** 8:2 27:18 69:22 70:15 80:6 138:9

**beyond** 101:20
**bid** 84:16,18
**big** 30:23
**biggest** 78:4
**bill** 21:25 47:11 49:2 105:17,18 118:20 133:16
**billing** 48:3 104:18
**bills** 49:13
**bit** 25:8 37:24 49:20 74:17 82:12 84:3 90:2 100:24 102:21 132:12
**blood** 102:4
**blue** 15:14 25:25
**bluetriton** 6:13 7:21 15:7,16 25:14 28:22 34:9 40:23 66:9 68:17 75:3 78:6,8 80:3,5 80:10,12,13 87:22 88:4 116:6,9 117:19 119:11 127:25 132:10
**body** 113:24
**bogdan** 1:9
**book** 50:3
**borders** 123:20
**bottle** 91:11
**bottled** 90:25
**bottles** 93:8 135:3
**bottling** 35:9
**bought** 37:5,6 63:2 80:10,12
**boulevard** 1:22 138:7 140:9
**box** 30:12
**brahmbhatt** 1:9
**branches** 44:4
**brand** 23:15,19,21 115:11

[brands - city]

**brands** 7:21 25:14
40:23 78:6,8
**break** 7:6 54:15
56:21 89:19 91:20
93:11 96:12,13
99:10,18 100:17
101:5,6,9,11
**bridget** 1:7
**briefly** 7:14
**bring** 22:20 46:7
111:18
**brought** 22:19
23:14,16 29:17
79:18 103:5
108:24
**bucket** 18:19,21
18:23,25 19:2,4
**buckets** 18:17
**bucks** 86:7
**building** 5:13
16:10 80:18
101:16 105:2,11
**built** 15:24 16:6,8
17:2 18:3,4 19:5
21:2 90:21 93:22
132:19
**bulk** 91:13
**bullet** 72:22
**bunch** 49:23
**burden** 76:7
**burdensome** 75:3
**business** 6:5 14:9
14:13,17,20,21
15:6 16:3,4 17:23
17:24 18:2 22:24
27:8,11,13 34:17
64:5,13,18 71:3,23
76:18,20 80:19
81:22 91:13
110:16,19,20,21
110:25 112:18

113:6 117:9
118:18,24 119:19
119:23 124:5
128:2
**buy** 35:18 60:18
62:23 91:6,11
113:3 120:16

---

**c**

**c** 2:1 5:11
**calculate** 93:6
118:16 128:8
**calculator** 113:13
**california** 2:4,5,10
51:2 52:3,8,11
53:3,10,14,15,21
54:3,6,7,19,24
55:2,14,18 56:5
94:24 95:2
**call** 12:9 41:7 46:6
47:25 48:21 49:21
65:2 72:22 80:23
89:12 91:3 99:25
101:7 112:19
115:16,17 118:25
121:16,20 130:24
130:25 131:3,19
**called** 8:23 10:19
17:7,11,12,21
25:19 37:19 45:13
50:23 58:6 61:12
63:19 89:9 103:21
104:18
**capital** 78:9
**captured** 103:15
**card** 9:4 58:12,13
58:14
**career** 61:20
**case** 1:3 5:22 7:17
7:22 8:18 9:6,10
10:2,16,19,22,23
13:15,16,20,22

14:12 50:23 51:3
60:7 72:5 77:16
81:19 87:24 99:14
103:23 112:22
117:13,24,25
135:4 139:2
**cases** 7:11,12,14
7:15 112:18
119:23
**categorical** 89:20
**category** 56:21,23
102:22
**catherine** 1:6
**caucus** 99:19
**cause** 48:19 81:15
140:20
**causes** 49:18
**cec** 119:2 131:3
**cellular** 21:18
**center** 33:7,10
89:8 91:24 92:5,9
110:18 112:19
131:3,4 136:8
**centers** 33:5 34:4
89:8,22 92:7,10
136:11
**centralized** 16:14
**ceremony** 100:8
**certain** 8:21 19:25
20:12 22:13 28:7
28:7 40:24 58:9
104:8 106:13
114:6,10 116:12
116:14,15 117:3
117:21 119:14,21
119:25 131:2
**certainly** 9:12
10:4,25 38:15
64:19 65:20 66:6
69:18 74:6 78:16
85:11 123:22

**certified** 1:18
**certify** 105:8
140:5,11,18
**cetera** 36:10 43:4
43:4,4 48:24,24
104:10 105:11
135:4
**challenge** 42:2
57:23 70:20 71:5
**challenged** 38:3,5
**chance** 123:6
**change** 22:22
42:24 56:12 58:11
81:9,11 96:8
139:6,7,8,9,10,11
139:12,13,14,15
139:16,17,18,19
139:20
**changed** 24:7
29:13 35:22 37:7
43:15,16 58:14,15
**changes** 23:4
43:14 54:11 58:25
59:4 94:21 96:8
131:22
**character** 4:8
**characters** 24:22
**charge** 36:13 54:2
82:7 116:2
**charged** 36:2,5
52:16,21 54:5
56:4 122:22 130:8
**charges** 35:17
**cheaper** 83:19
**check** 124:9
**chooses** 79:24
**church** 2:15
**churn** 60:17
**cite** 110:5
**city** 8:9,10 104:23
105:13

[claimed - costs]

**claimed**  8:17
**claims**  9:3 51:3
**clean**  57:12
**clear**  7:2 65:8
  108:15 110:4
**clearly**  40:22
  100:7 104:3
**clients**  18:6 85:5
**close**  110:7 130:5
  134:12
**closed**  134:13
  135:9
**cloud**  130:25
**cmr**  130:20
**coast**  121:21
**code**  18:11 23:25
  37:18 40:7,14
  41:8 43:2 80:18
  94:19 104:16,23
  105:13,14,15
  131:21
**codes**  24:6,14 41:4
  123:23
**coding**  23:4
**coffee**  88:13 135:4
**coincidentally**
  103:20
**cole**  1:7,8
**collected**  51:25
  53:23
**colorize**  134:25
**colorized**  120:17
**column**  71:8
**columns**  68:6
**combine**  120:14
**combined**  108:24
**come**  13:23 28:14
  28:18 33:23,24
  48:9,14 77:2,7
  88:14,19 101:19
  114:20

**comes**  21:7 22:11
  23:22 25:24 42:5
  49:14,16 121:24
  129:5
**comfortable**  52:10
  54:12 55:25 62:13
  102:2
**coming**  50:13
**commencing**  1:20
**comments**  127:22
**commerce**  132:15
**commission**
  139:25
**communicated**
  24:16
**companies**  18:5,7
  64:22
**company**  7:21
  8:15,24,25 17:22
  21:22 23:8 30:17
  30:21,24,25 31:21
  34:6,21 45:13,15
  45:19 60:23 61:12
  63:19 69:21 78:4
  80:5,10,12 131:23
  135:22 136:13
**compared**  88:17
**compile**  75:12
  87:11
**complete**  98:12
**completely**  110:12
**complicated**  25:3
**complying**  99:20
**component**  131:6
**components**  44:25
  47:4,7 119:25
**compound**  128:2
**computer**  12:21
  21:16 31:8 37:9
  75:4,5,12 85:16
  92:14 116:9

124:25 134:8,9
**computers**  49:23
  132:21
**concept**  133:13
**conduct**  75:4
**conference**  12:9
**confused**  74:17
  114:4
**confusion**  107:24
**conglomerate**
  30:18
**connect**  38:16,17
  38:20 39:13 126:5
**connected**  120:2
**connecticut**  1:2,19
  1:23 2:16 5:14 6:7
  8:8 121:14,15,17
  136:4,10 138:7
  140:1,4,10,21
**connecting**  119:24
  120:2
**consider**  107:19
**consolidate**  131:11
**constraint**  77:6
**consultant**  84:9
**consulting**  126:22
**consumers**  64:9
**consuming**  75:11
**contact**  14:13
**contacted**  14:11
**contained**  116:17
**context**  12:18 15:8
  77:15 79:14
**continues**  17:24
**contract**  65:18
**contractor**  113:16
  113:17
**conversation**
  52:19 58:5 67:14
  79:13 84:19,24
  97:13

**conversations**
  12:13,16
**copied**  18:14
**copies**  46:3 86:6
  116:10 117:6,9,10
  117:15,16,19,23
  118:5
**copy**  5:3,5,8 10:18
  45:2,22,24 46:2
  66:5,10 116:6
**core**  16:3 20:8
**corporate**  119:11
**correct**  12:2 14:5
  20:7 31:13 34:9
  38:7,10 40:3,4,15
  40:25 42:23 48:5
  55:21 59:6 66:5
  68:17 69:7 84:17
  85:13 88:6 92:23
  94:15 96:10
  103:15 109:19
  113:11 117:9
  118:11 127:17
  128:12,16,17
  132:11 133:8
  134:24
**corrections**  139:5
**correctly**  25:23
**corresponding**
  57:21
**cost**  30:11 34:22
  34:23 35:3,5,13,14
  70:17 71:5 72:3
  76:7 78:22 79:11
  82:8 83:2 84:21
  84:23 85:14 86:12
  113:12 118:16
  127:17
**costly**  75:11
**costs**  35:9,12
  124:20,24

[counsel - data]

| | | | |
|---|---|---|---|
| counsel  4:6,13,17 | cryptic  24:18 | customer's  40:5 | 22:11,12,13,14,15 |
| 4:22 5:2 7:9 12:10 | csr  1:24 140:25 | 59:4 92:17 106:24 | 22:16,19,21 23:5,7 |
| 12:14,16,23 13:6 | cuevas  2:11 5:6 | 115:20 118:20 | 23:8,9,22 24:13 |
| 87:18 140:14,20 | 98:6 99:5 | 131:11 136:19 | 29:3 32:12 33:13 |
| count  76:20 | cups  88:13 | customers  9:4 | 37:3,11,12,14 |
| 101:21 | curious  105:25 | 11:7 25:24 28:3,3 | 38:11,13,16,18,20 |
| country  33:5 | current  29:8 31:15 | 28:4,4 35:17 38:3 | 38:22 39:10,11,22 |
| 90:21 | 35:20 42:6 47:10 | 42:12,13 43:18 | 41:4,6,10,18,21 |
| counts  125:16 | 52:22 53:13 54:18 | 48:25 49:3 52:2,8 | 42:5 44:16,20,25 |
| county  140:2 | 54:22 59:7,21,23 | 52:22 55:6 56:22 | 45:4,8 46:19,24 |
| couple  20:16 | 94:8,22 106:25 | 60:15 66:20 75:7 | 48:7,8 50:13,15 |
| 39:16 60:8 77:7,8 | currently  73:7 | 75:15 81:6 94:25 | 51:20 52:14 53:21 |
| 114:15 | custom  17:21,25 | 106:14 107:9 | 54:21 56:25 57:4 |
| course  20:2 64:12 | 34:16 | 108:10,12,23 | 57:24 58:16 59:17 |
| 64:17 110:16 | customer  21:25 | 110:7,9,25 112:20 | 61:18 62:12,15,23 |
| 113:6 117:8,13 | 23:11 26:6 36:2,5 | 113:10 116:11 | 62:24 63:3,15,17 |
| 128:2 | 36:12,16,20,22,23 | 117:20 118:5,8 | 63:22 64:17 65:6 |
| court  1:1,24 5:2 | 36:25 37:24,25 | 119:17 122:23 | 65:7,9,13,15 67:5 |
| 6:22 8:4 11:16 | 42:5,6,20 43:17,23 | 123:15 128:6 | 67:10,15,17,18 |
| 96:14 99:2,9,24 | 43:24 44:3 45:8 | 130:10 131:5 | 68:2,4,5,5,6,16,18 |
| cover  121:7,11,13 | 45:21 46:7,11 | 133:16 | 69:5,7,15 70:11,12 |
| 122:3 123:18 | 49:10,10 53:13 | customized  34:16 | 70:13,16,18,24 |
| covering  50:19 | 54:18,22 55:4,5,9 | cut  98:12,19 | 71:10,16,24 72:3 |
| covers  122:4 | 56:11,15,17 57:5,8 | 103:10 | 72:18,19 73:10 |
| craig  2:22 | 57:9,9,11,16 59:22 | cv  1:3 | 74:7,11,14,19,20 |
| create  45:18 58:10 | 60:13,16,17 63:12 | cycle  48:22,23 | 78:25 79:16 80:20 |
| 123:22 133:20 | 66:10,16 68:13,20 | cycles  48:22 49:2 | 82:24 84:7,10 |
| 134:5 | 68:21 85:18 92:17 | **d** | 86:2,24 87:11 |
| created  18:13 | 96:9 104:9 105:17 | | 91:24 92:4,7,8,11 |
| creates  91:20 | 106:14,23,23 | d  3:1 5:11 | 93:13,22,23 94:23 |
| 129:14 134:17 | 107:2 108:4,6 | daily  32:12,17,18 | 95:16 96:5,7 |
| creating  134:16,20 | 109:11 110:21 | 33:20 | 102:12,14,19,21 |
| 135:11 | 112:21,25 113:7 | data  3:11,12 9:11 | 102:25 103:3,9,13 |
| credit  9:4 32:15 | 115:19 117:11 | 9:13,14,18 10:10 | 104:6,6,11 106:17 |
| 58:11,13,14 78:18 | 118:2,3 120:6,7,8 | 10:11 13:20 14:23 | 107:18,23,25 |
| 78:19 129:16 | 120:10,18,22 | 14:25 15:3,9,10,10 | 108:4,16,19,20,22 |
| 130:13,14 | 121:2 127:9 | 15:16,23 16:2,5,6 | 109:2,2,7,9,23 |
| criteria  113:4 | 129:23 130:9,9,21 | 16:12,16,16,16,18 | 110:24 111:10 |
| crm  131:6 | 131:4,18 133:19 | 17:2,12,15 18:13 | 114:21,24 115:9 |
| cross  60:18 123:17 | 135:12,21 136:12 | 18:13,15 19:5,6,12 | 115:12,19 116:2 |
| | | 19:18,20,23,24 | 119:24,25 120:2,9 |
| | | 20:2,11,13,21,24 | |

Veritext Legal Solutions
866 299-5127

**[data - determine]**

120:14,15 124:21
125:13,14,21,24
126:4,5,11,20
127:7,9 128:11,15
128:18 129:5,8,8,9
129:10,19 130:17
132:9 133:2,5,23
133:24 134:19,21
**database**  17:11,13
17:14,20 19:25
38:9,12,14,23,24
39:5,7 40:14 57:5
57:14 69:16 75:20
76:2,8,8,14 80:16
86:11 87:6 92:8
92:21 94:6,7,12,13
94:17 95:23
105:21 106:2,4,12
107:13,15 109:7
112:16 118:4
122:6,19 124:22
128:11,16,24,24
132:8 136:14
**databases**  117:7
125:23
**date**  34:2,3 37:5
43:12 52:22 104:9
105:20,21,22
139:3
**dated**  140:21
**dates**  92:24 107:24
108:13
**dating**  66:12,15
**day**  1:21 2:15
17:24 33:14,19,25
40:17 48:23 49:25
97:7 100:20
136:24 138:5,8,19
139:24 140:7,8,22
**day's**  33:21

**daypitney.com**
2:18
**days**  39:9,16
132:24
**deal**  61:18 70:23
99:20
**dealing**  128:17
**debit**  32:15 129:15
**december**  51:17
53:16
**decide**  13:2 95:13
100:3
**decided**  12:24
22:13 39:4 95:11
**decision**  26:20
99:6 111:22
**decisions**  14:21
110:17
**declaration**  3:9,10
10:3,5,7,12,19,21
11:5,18,20 12:2
13:3 50:22,25
51:9,16 53:17
54:12 55:23 56:18
60:7 65:24 72:8
72:10 102:21
114:5 124:17
**declarations**  11:2
**declined**  94:25
**decode**  39:13
44:23 46:12 93:21
**decompose**  57:25
**deemed**  23:8
**defendant**  1:14
2:14 51:10
**definitely**  82:17
**delegate**  13:25
**deliberately**  58:13
90:20
**deliver**  25:14
43:22 44:4,8

91:16 105:18,19
106:25 135:5,6,8
**delivered**  22:4,6,9
23:17 25:17 55:2
107:2,3,7 133:19
**deliveries**  21:4,5
28:8,9 42:8 95:3
**delivers**  134:12
135:4
**delivery**  20:9 21:8
21:22,23 24:21
26:3,4 32:23,24
33:2 42:9,22 43:2
43:3 44:7 52:2
53:10 57:7 95:25
132:16,20,22
133:19,23 134:6,9
134:13,14,16,22
135:2,6,10,11,12
135:23,24
**demand**  83:6
**department**  14:14
14:18 26:22 27:2
27:7,15,24,25
47:22 64:25 76:21
77:11 80:22
107:12
**department's**  29:4
**departments**  14:7
14:10
**depend**  37:23
**depending**  24:20
**deponent**  4:24
**depose**  101:23
**deposed**  10:14
**deposition**  1:15
4:9,24 5:23 6:9
7:12 8:7,12 9:2,6
9:9,12,25 10:8,15
10:21 11:9,13
96:16,20,24 97:18

97:20 98:5,7
139:3,5 140:5
**depositions**  6:11
6:16 11:3
**depreciation**
35:13
**derived**  118:7
132:9
**describe**  12:12,14
14:17 15:20 16:10
32:5 35:5 39:25
52:6 67:7 77:9
79:11 114:5
124:20
**described**  11:5
20:19,23 74:24
113:9 123:7
125:10,11 127:5
127:16 131:11
**describes**  24:14
**describing**  69:11
73:7,21,24 126:13
**description**  24:18
24:22 47:12
104:17
**design**  78:25
**designed**  18:4
126:19
**designer**  79:5
**detail**  20:6,16 34:7
81:16 128:5
130:17 132:25
134:19
**detailed**  18:20
19:12,16
**details**  6:17
107:21 136:14
**determine**  26:10
28:21 53:22 54:4
72:2 132:11

[developed - entitled]

developed  41:15
developer  124:25
development
  60:13
device  21:14
devices  116:7
diane  1:9
dictated  31:15
dictionary  24:13
diedra  116:3,4
difference  69:11
  76:6 82:8
different  9:20
  14:23 17:4,5
  26:18 27:20 28:19
  30:7 35:7,8 38:8
  41:17 43:25 44:5
  51:22,23 56:5,14
  57:19 59:9 61:16
  62:11 63:22 67:22
  71:7 73:21 74:5
  78:20 88:5 102:22
  103:13 105:17
  106:10,10,21
  111:6 117:2
  121:11 124:25
  125:3,5,8,18
  128:24 129:20
  130:3 134:24
  136:11
differently  56:20
  129:19
difficult  34:15
  95:6
difficulty  95:10,12
digit  23:25 24:6
digital  75:4 86:7
  86:15 117:19
digitally  86:6
digits  24:9

direct  30:24 64:8
  124:16
directional  110:13
directionally
  29:16 82:20 85:13
  129:9
director  51:20
directory  49:5
disagree  97:11
disappear  19:16
disappears  19:3
disaster  39:6
disclosure  80:22
discounts  32:21
discovery  77:16
  78:10 117:13
discuss  9:4 72:11
  82:15 115:7
discussed  13:6
  25:6 63:6 70:12
  70:16 71:13 79:14
  117:5 129:2
discussing  20:4
  94:11 107:16
discussion  98:8,20
  99:5
discussions  70:17
  71:16
distinction  135:18
distinguished  26:2
  40:20
distribution  33:5
  33:7,9 34:4 89:7,8
  91:24 92:7,10
  110:18 136:8,11
distributions
  89:22
district  1:1,2
divide  128:10
division  25:13,13
  25:20 31:3 32:11

dock  21:16
document  11:17
  51:15 72:20 112:7
  114:13 127:19
documents  66:2
  69:17,18 87:5
  104:2 114:6,11
doe  90:17
doing  20:18 25:21
  25:22 42:2 54:11
  64:5 77:21 79:16
  81:24 88:16,24
  111:7 129:20
dollar  130:13,14
dollars  51:4 52:3
  52:10,13 53:4,6
  54:2,4,13,14 56:2
double  124:9
drive  14:21,21
  39:18,19 60:14
  120:8,11,19,25
driver  21:8,22
drivers  26:3,4
drives  39:21
driving  120:6
drop  120:23
drops  47:6 49:4
due  47:11 48:25
  49:3
duly  5:14
duplicated  105:16

## e

e  2:1,1 3:1,8 5:11
  102:8,8 120:13
  132:15 138:1,1,1
  139:1,1,1
earlier  40:20 43:5
  67:14 68:10 80:14
  87:21 91:23 110:6
  113:9 117:5
  125:11 126:18

128:22 129:2
  131:20 134:3
earned  28:17
  122:21
easier  30:14
  116:21
easily  36:18 39:23
  41:24 52:20 107:5
  112:24 123:2
east  90:7
easy  71:8 115:11
eight  87:23 115:17
either  25:25 56:18
  101:9 103:2,4
  110:10 118:25
  119:11
electronic  46:2,2
eleven  114:9
eliminating  83:24
  84:3
email  2:7,12,18,23
  21:10 46:10 92:14
employees  9:3
  80:8
en  34:8
encourage  99:15
ends  75:21
engage  130:25
engagement  71:21
  131:4
engineer  78:25
enhance  23:4
enhanced  68:3
  69:19,25
entail  75:10
entering  32:14
entire  60:23
  120:23
entirety  104:10
entitled  1:17 11:17

Veritext Legal Solutions
866 299-5127

[entry - facts]

**entry**  32:15,16
  129:15
**environment**  71:9
  108:21 109:5,8,9
**equivalent**  44:15
  44:19 46:4 85:25
  86:3 89:14
**equivocally**  56:3
**eric**  1:15 3:5,9,10
  4:1 5:1 6:1,4 7:1
  8:1 9:1 10:1,19
  11:1,18,21 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1,10
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1 84:1
  85:1 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1

100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1
  118:1 119:1 120:1
  121:1 122:1 123:1
  124:1 125:1 126:1
  127:1 128:1 129:1
  130:1 131:1 132:1
  133:1 134:1 135:1
  136:1 137:1 138:3
  138:15 139:4
  140:6
**erica**  1:6
**error**  50:7
**escape**  7:22
**especially**  40:19
**esq**  2:6,11,17,22
**esqs**  2:4
**estimate**  22:18
  53:24 85:14 86:12
  113:20
**estimated**  84:21
**estimates**  71:14
**estimating**  127:16
**estimation**  82:13
**et**  36:10 43:3,4,4
  48:24,24 104:10
  105:11 135:4
  139:2
**event**  140:20
**events**  10:10
**everybody**  30:10
  31:7 80:25 101:25
**exact**  9:21 43:12
  52:24 103:3 110:6
**exactly**  7:17,22
  24:12 34:18 50:17
  51:6 53:5 56:4

68:10 77:4 92:6
  112:8 115:8,9
  122:3 125:7
**examination**  3:4
**examined**  5:15
  140:14
**example**  23:18
  32:2 36:8 41:16
  41:18 42:11 44:2
  58:14 106:11
  108:3 119:15
  120:3,17 134:25
  136:10
**exceed**  52:3,13
**exceeded**  51:4
  52:9 53:6
**excel**  38:2,9 87:12
  87:14,16
**excess**  52:24
**exclude**  118:5
**excuse**  78:6
**execute**  41:21
  49:24
**executed**  10:3 12:3
**executes**  50:9
**exercise**  72:7
**exhibit**  3:9,10,11
  3:12 11:17 51:8
  60:7 106:12
  108:15 112:5
  124:18
**exhibits**  102:10
  103:19,19,23
  119:8
**exhibt**  102:12
**exist**  19:21 39:11
  49:19 67:5 74:7
  94:11 107:21,22
  120:12
**existed**  134:13

**existing**  60:13
**exists**  18:22 24:2
  104:6 120:12
**expect**  98:17
**expectations**
  100:21
**expedited**  5:7,9
**experience**  8:24
  60:16 64:6 119:18
**expertise**  15:21,22
**expires**  139:25
**explain**  12:7,19
  69:17
**explained**  68:9
  73:25 74:2 125:4
  126:17,24
**explaining**  74:9
**explicit**  97:17
**export**  38:6,22,25
  39:4,7,9,11,15
  109:25
**extended**  93:4,7
  118:15
**extent**  94:16
  110:24
**extract**  109:14
  112:16 119:14
**extracted**  108:16

**f**

**f**  102:8
**facilities**  99:10,25
**fact**  8:16 97:10
  99:20 127:6
  131:19
**factor**  104:18
**factories**  91:2
**factory**  35:13
  120:18
**facts**  8:20,22 9:13
  9:17 119:21

Veritext Legal Solutions
866 299-5127

[fair - full]

| | | | |
|---|---|---|---|
| **fair** 6:18 17:25 100:17 | 94:23 108:10 127:10 | **finished** 78:7 | **force's** 131:6 |
| **fairfield** 140:2 | **figuring** 94:20 | **firm** 27:6 | **foregoing** 138:4 |
| **fairly** 123:24 | 95:5 | **firms** 79:2 | **forget** 45:14 52:24 |
| **fairness** 63:16 | **file** 38:6 44:21 | **first** 6:2 7:16 | **forgive** 90:11 |
| 85:3 115:15 | 45:8 47:17 48:16 | 39:15 42:2,21 | 125:19 |
| **familiar** 6:16 15:2 | 48:20 49:4,6,12 | 43:14 54:18 63:16 | **forgot** 58:6 |
| 61:12 63:20 | **filed** 103:23 | 67:8 70:19 71:5 | **form** 4:18 12:21 |
| **familiarity** 28:24 | **files** 49:9 | 73:17 94:24 97:4 | 13:17 18:10 36:17 |
| **far** 30:13 36:15 | **filing** 50:25 | 104:3 106:8,16 | 39:8 41:23 58:4 |
| 52:20 90:10 91:17 | **fill** 18:18 74:13 | 108:9 124:16 | 76:3 80:2 81:10 |
| 91:18 120:6 | 95:19 | 125:12,22 140:12 | 86:13,20,21 116:7 |
| 121:22 | **filling** 18:24 | **fit** 24:23 38:2 | 136:5 |
| **farther** 91:19 | **final** 125:6 126:10 | 87:12 | **formal** 84:18 |
| **fashion** 78:3 | **finance** 26:9,13,14 | **fitzgerald** 116:4 | 134:14 |
| **fast** 102:16,17 | 26:17,18 27:2,6,10 | **five** 8:2 29:12,15 | **format** 44:13 |
| **faster** 77:22 82:16 | 27:14,25 28:14,18 | 32:7,9 44:4 64:5 | 47:15,20 48:17 |
| **favor** 126:22 | 28:21,23 29:4 | 96:2,5 100:22 | 67:18,22,25 68:10 |
| **fax** 21:10 | 30:13 48:12 88:19 | 124:10 | 86:7 93:14 103:12 |
| **fear** 110:10 | 88:23 119:12 | **fix** 7:4 | **former** 131:12 |
| **feasible** 66:7 87:11 | 128:22 129:2,8 | **fixing** 95:8 | **forms** 46:24 |
| 109:13 | **finances** 30:14 | **flat** 89:20 | **forth** 108:24 |
| **february** 20:22 | **financial** 28:13 | **fletcher** 1:8 | **forward** 47:2 |
| **fee** 135:6,12 | 32:6 33:6 34:24 | **flexibility** 96:18 | 79:18 |
| **fees** 9:4 32:21 | 35:15 129:24 | 96:18,19,20 | **four** 8:2 11:13 |
| 51:25 52:7,15,21 | **financially** 88:16 | 100:14 106:9 | 41:6,9 96:5 |
| 52:23 53:20,23,24 | 129:25 130:11 | **flexible** 100:13 | 100:23 104:3 |
| 54:3,5 55:7 56:4 | **financials** 22:2 | **flips** 50:5 | 113:18 135:3 |
| **fell** 60:19 | 31:18 | **floor** 1:22 2:15 | **framingham** |
| **felt** 54:11 79:18 | **find** 36:4 54:18 | 138:7 | 91:15 |
| 127:7 | 61:21,24 64:7 | **florida** 91:6 | **francine** 1:17,24 |
| **field** 28:8 58:4 | 71:7 74:12 89:3 | 121:23,24,25 | 140:3,25 |
| 105:12 106:5,6 | 92:17,20,24 93:4 | **flow** 20:11 111:21 | **francine's** 116:20 |
| **fields** 69:14 70:2,4 | 94:5 101:17 108:5 | **focused** 88:25 | **francisco** 2:5 |
| 70:7 87:5 103:13 | 131:24 133:4 | **folks** 82:15 | **frankly** 100:9 |
| 104:8,10,11,13,15 | **finding** 112:20 | **following** 75:24 | 101:21 126:10 |
| 104:22 105:9,16 | **fine** 7:8 73:16 | **follows** 5:16 | **free** 58:4 85:10 |
| 106:2 116:15 | **finish** 20:20 52:18 | **food** 30:17,23 78:4 | 104:20 |
| **fight** 97:8,23 | 98:2 99:13,15 | 88:12 101:15,17 | **front** 83:15 112:4 |
| **figure** 36:14 52:12 | 100:9,10,25 | **force** 130:22,24 | **full** 35:12 37:13,14 |
| 53:2 56:12 74:15 | 116:19 132:7 | 131:5 | 80:22 99:5 |

Veritext Legal Solutions
866 299-5127

[fully - hashed]

**fully** 91:8
**function** 10:10
14:19,20,22 47:25
61:22
**functionality**
131:2
**functions** 8:25
13:19 14:4,6,23,24
28:7
**funds** 78:9
**funnel** 83:4
**further** 4:12,16,21
140:11,18
**future** 101:22

**g**

**g** 138:1
**gaap** 129:13
**gain** 82:18
**gallon** 64:5 91:14
135:3
**garb** 1:17,24 140:3
140:25
**general** 10:15 31:4
125:23
**generally** 12:7
15:13 27:23
129:13
**generate** 128:14
131:25
**generated** 107:14
**generating** 59:24
**generic** 35:6
**gentleman** 79:7
112:11 126:19
**geo** 120:5
**geographies** 89:9
91:22 110:19
121:12 123:18
**geography** 89:10
**germane** 19:9

**getting** 20:5 73:10
133:6
**giant** 30:17,23
**give** 9:6,9 15:24
23:18 24:24 41:16
74:8,15 78:17,18
85:4 95:4 100:24
103:20 105:13
111:4 113:11
120:3 124:10
134:25 139:6
**given** 8:15 11:12
55:9 63:14 106:13
122:9
**gives** 24:19
**giving** 5:12 84:11
85:10 95:14
**global** 30:19,23
**globe** 30:10 31:7
**gms** 23:22
**go** 6:17 12:20
13:10 19:13,20
20:15 22:13 23:3
36:4,18 37:3,12,21
42:23 43:2 44:24
45:10,17 46:6,7,12
57:24 58:4,7,17,19
58:21,25 59:3,15
74:11,12 79:16
81:17,24 82:14
83:6 92:16 93:15
94:18 99:18
101:17 102:16
106:25 107:16,20
108:5,11 109:22
113:4 114:2,4
115:6 117:25
118:20 120:24
121:8,22 127:10
127:14 130:7
131:23 134:6

136:13
**goal** 100:11
**godfrey** 2:9
**goes** 19:3,14,15
20:9,14,15,20
22:12 33:9 34:6,7
34:8,21 43:16
60:4 91:18,19
100:16 121:21
135:23,24
**going** 6:15 7:2
11:16 36:7,8 43:5
43:22 44:11 50:12
54:7 56:11 68:11
68:12,13 72:19,23
73:3,9 76:7,8
78:17 80:4 84:8
84:23 99:11,13,14
99:24 100:4,8,15
100:16 101:16,20
102:3,5,16,17
103:18 104:4
109:14 116:12
117:2,7,14 124:25
134:5,7,8,9,11
135:5,6,8,15,16
**good** 5:20 11:25
16:15 48:6 113:19
125:17,25 133:11
134:2
**goods** 34:22,23
35:3,6,14
**gotten** 60:3
**grab** 55:6
**grabbing** 119:25
**gradually** 22:22
**grand** 127:4
**green** 17:10 44:18
**grocery** 91:7
**gross** 122:22

**group** 27:9,12,14
47:25 77:5 118:24
119:11,11 127:22
130:9
**grown** 20:3 22:18
**guess** 8:2 16:12
46:22 47:19 48:15
72:22 76:5 86:9
91:25 106:8
**guys** 96:11 123:19

**h**

**h** 3:8 138:1 139:1
**half** 66:8 74:3
101:3,10 113:24
122:17
**hampshire** 121:13
**hand** 21:12,14
24:23 33:23,24
92:2,13 134:8,8
135:2
**handed** 87:16
**handing** 81:17
**handle** 16:15
82:24
**hanging** 136:23
**happen** 49:18
97:12
**happens** 20:10
**happy** 98:9
**hard** 7:16 39:18
39:20 56:8,9
61:21,24 66:5,10
86:18 94:20 98:12
98:19 116:6
122:25
**harding** 1:4 104:5
107:6,11
**harding's** 107:7
**harrigan** 1:5
**hashed** 93:14

[haven - insight]

**haven** 2:16
**head** 52:25 61:24
  76:20 90:6 106:5
  118:17
**headhunting** 79:2
**hear** 65:21 87:19
  118:4
**hearing** 98:24
**heather** 1:5
**held** 21:12,14
  24:23 134:8,9
  135:2 140:6
**helds** 33:23,24
  92:2,13
**help** 11:8 14:21,21
  16:19 71:23 91:3
  113:25 121:3
  126:10
**helping** 58:23
**hereinbefore** 1:16
  140:16
**hereto** 4:7,14,18
  4:23 140:19
**high** 23:10,11,12
**higher** 84:9 85:4
**hire** 74:11,12
  76:12 77:10,20
  78:2 79:24 83:20
  83:22 94:5 122:13
  125:2
**hiring** 83:17 94:18
**historical** 95:8
  131:18
**historically** 15:8
  15:12 26:9,18
  107:22
**histories** 119:9
**history** 8:23 20:13
  29:16 36:6 37:4
  40:5 55:6 92:20
  94:10,24 104:4

  119:6 136:17,18
**hit** 46:9 130:12
**hold** 29:15 43:12
  72:19 112:12
  122:2
**home** 18:5,6 25:13
  25:17 63:11 75:6
  75:15 81:5
**homes** 25:14
**honest** 116:21
**honestly** 80:9
  100:2 115:20
**hope** 98:18
**hoped** 98:11
**hopefully** 101:11
**hoping** 9:23
**hour** 96:20,24
  97:5,18,20 98:2,5
  98:11,13 99:16
  100:18,24 101:3
  101:10,11,18
  102:5 113:14
**hours** 96:17,19
  98:18,18,21 100:9
  100:10,12 101:21
  112:19 113:15
**house** 40:9 62:25
  63:18 64:21,25
**hundred** 76:18
  90:23 127:4 129:5
  130:13,14
**hybris** 131:8
**hypothetical**
  136:12

**i**

**i.e.** 14:25
**idea** 8:4,6,11
  16:15 29:10 39:3
**identification**
  11:20 51:9 102:11
  102:13

**identified** 23:23
  23:23 83:18 85:18
**identifier** 23:20
  47:13
**identify** 22:25
  24:3 43:17 81:7
  83:23 112:21
**ids** 43:17
**imaginative** 65:2
**imagine** 50:2 70:2
**implemented**
  31:17
**important** 17:9,11
  19:7 42:7 55:21
  61:11 65:11 89:6
  110:22 133:12
**imported** 114:22
**impossible** 56:7,9
**improve** 60:15
**improvement**
  14:10
**improvements**
  14:22
**inaccurate** 95:14
  95:17,18
**inc.'s** 51:11
**include** 22:3 32:5
  34:21 35:8 118:14
**included** 29:4 32:7
  32:18 35:4 82:5
  107:6
**includes** 118:7,9
  118:15
**including** 35:8
  42:25
**incomplete** 95:17
**increase** 70:6
  81:12
**increasing** 82:23
  83:5,6 84:6

**incremental** 70:7
**indicate** 139:6
**indicating** 96:14
**indication** 24:19
  24:24
**individual** 21:3
  36:11,12 37:25
  44:6,25 47:4,11
  74:11 89:19,21
**individually** 1:9
**industry** 62:22
  63:7 123:10,12
**info** 20:19
**inform** 79:10
**information** 9:13
  19:9 21:7,14,21
  23:11,11,13 24:16
  27:2 32:6,10,19
  34:5,22 37:22
  42:21 45:5 47:8
  49:11 55:13,17
  56:16,22 58:8,9,16
  58:18 68:6,7
  81:20 82:19 83:12
  85:11 94:9,10,17
  95:14 104:21
  105:23 106:22
  107:20 110:3,12
  110:15,21 112:15
  112:21 113:5
  114:17 118:7,9
  119:14 132:11
  133:5,6 135:23
**inherent** 58:2
**inherently** 120:9
**input** 61:7 116:5
**inquiry** 53:9
**inside** 76:14 90:22
**insight** 14:20
  126:25

**insights** 76:21
116:2
**instance** 23:15
29:13 57:8 67:16
71:7 91:5 94:23
**instances** 64:10,11
**integration** 51:20
**intelligence** 14:13
14:18 27:9,12,14
118:24 119:19
**intention** 73:4
**interact** 11:7
17:16
**interacted** 62:9
**interaction** 129:23
**interested** 88:15
90:3 107:9 140:20
**internal** 79:20
113:24 126:3,7,8
126:11
**internally** 77:21
109:21 111:17,22
122:12,14
**internet** 26:2
**interpret** 115:2
**interrupt** 48:18
**introduction**
90:12
**invest** 23:3
**investment** 23:3
**invoice** 45:3,6,20
45:23 46:13,24,25
47:21 58:10 59:21
59:23 60:2 68:21
68:21 85:25 86:21
112:14 116:18
117:6,11,22
118:10,21 119:4
131:25 132:5,16
132:17,20,22,25
133:2,7,7,14,16,17

133:18,20,22,24
134:17,21 135:18
135:25
**invoices** 44:10,11
44:13 45:8,17,18
46:8,23 48:5,21
59:17,20 66:5,8,10
66:14,16 68:18,24
69:14 74:2,3 75:5
75:13 81:4,8 82:9
83:19 85:18,24
86:5 116:10
117:15,16,20,23
118:2,5,8 119:13
132:9,9
**invoicing** 49:7
**involve** 9:3
**involved** 9:10 16:7
25:4 50:22 62:4
**involvement**
123:25
**involving** 9:7 61:5
**ira** 64:17 65:15
**iri** 63:19 64:12
65:13,18 123:8,9
**island** 121:14
**isolated** 54:25
**issue** 9:14 39:11
39:12 87:23 89:2
109:24 118:19
**issued** 116:10
133:25
**item** 57:16
**items** 47:11 76:18
82:7 93:24 134:17
134:21 135:10,25

**j**

**j** 1:4 139:2
**jam** 1:3
**jbtropp** 2:18

**jcuevas** 2:12
**jeans** 130:8
**jennifer** 1:7,8
**jersey** 2:21 121:20
121:21
**jesse** 2:11 97:13
98:4,21
**job** 50:4,4,5 60:12
60:20 100:20
101:4 102:2
115:25 116:21
125:11
**jobs** 49:24 125:2
**jog** 9:24
**jonathan** 2:17
**joseph** 2:4
**judge** 74:6 78:17
97:16 98:14 99:25
**julie** 1:4 104:5
107:6,7,11
**july** 1:20 3:3 97:13
97:17 98:25 138:8
139:3 140:7,22
**jumping** 64:14,22
**jumps** 61:11
**june** 91:6
**justified** 23:2
**justin** 2:11

**k**

**keep** 19:6,8 20:12
23:9 35:16,23
45:25 60:15
131:21
**keeping** 20:23
**keeps** 45:22 69:13
**kendall** 50:23
**kept** 19:7,8 46:5
69:12
**key** 58:4 112:25
**kind** 32:22 34:2
70:5

**knew** 25:2
**know** 7:3,10 9:25
12:17 15:21 22:16
23:6 26:11 28:20
29:6 35:4,23,25
36:2 40:3,5 41:19
42:3,8,9,13 43:10
43:10,11,15 47:18
51:14 54:17 55:22
65:5,12,15,17,20
69:9,23 76:14,15
80:7 82:14,17
83:8 87:23 88:23
90:4,22 91:11,18
94:22 95:24,25
96:14 101:7,15
105:25 106:5
107:4,11,12
112:10,13 115:7
119:10 121:22
131:14,15 133:13
133:14,17 136:6
**knowing** 81:23
**knowledge** 62:15
70:15 79:21
138:10
**known** 107:7
109:16
**knows** 40:2 79:23
**kopet** 1:7
**kpis** 21:3 28:7

**l**

**l** 4:3 5:11
**label** 91:2
**labor** 35:13
**lacks** 71:8 78:5
**language** 18:9
37:19
**large** 38:2 78:9
**largely** 69:15

**[late - lunch]**

**late** 51:25 52:7
53:20,22 54:2
55:7
**lawsuit** 7:20,23
8:4 77:18,19
**lawyer** 55:25
**lead** 127:3
**leader** 76:22
**leaders** 92:13
**left** 76:23 96:21
115:25
**legacy** 16:17,21
17:3,6 19:15 20:2
24:2 32:16 34:8
42:3,4 43:21 46:6
67:13,18 69:5
**legal** 14:25 95:15
110:11
**letter** 21:10
**letters** 99:2
**level** 23:10,11,12
89:17 127:8
129:12
**license** 1:25
140:25
**lid** 18:21,25
**life** 75:6,14 81:5,9
82:5,11 83:19,25
**lifesaver** 135:22
**limit** 53:9 82:9
97:5 98:14
**limitation** 42:3
43:21 82:4 105:2
**limitations** 24:10
83:25 105:7
**limited** 24:9 73:6
**line** 47:11 99:3,7,8
105:6 119:24
124:22 134:17,21
135:10 139:6,8,10
139:12,14,16,18

139:20
**link** 117:23
**listed** 104:9
**lists** 35:20
**literally** 19:3 24:9
60:4
**little** 25:8 49:20,22
74:17 82:12 84:3
91:20 98:2 99:18
100:24 102:21
126:22 132:12
**live** 31:18 42:8
73:7 74:20 76:2,7
76:11 92:22 94:13
94:17 108:2 115:3
132:8
**lived** 42:9 43:11
53:15 54:6,6
108:13
**livelihood** 81:22
**livesaver** 136:13
**llp** 1:21 2:9,15
138:5 140:8
**load** 114:18
125:15
**loaded** 32:10
**locally** 31:24
**locate** 75:12
**location** 44:7
**locations** 32:23,24
32:25 33:2 43:25
**logically** 120:2
**long** 5:13 6:6 7:7
7:25 23:6 24:22
29:10,24 39:3,6
79:18 115:12
120:7,9,10,19,20
122:15
**longer** 10:14 59:12
60:17 84:8 115:16

**look** 11:19,24 36:6
36:11 37:4,16
38:14 39:5 48:5
51:13 52:21 58:18
61:4 65:23 70:5
74:21,21 81:2
85:15 87:9 89:9
89:14,15 93:15
103:24 112:5
118:20 119:8
127:10,21 136:14
136:17
**looked** 52:14,15
54:5,10 112:14
120:20
**looking** 10:18
37:25 54:24
105:24 106:6
**looks** 68:22 69:2
73:11
**lord** 1:15 3:5,9,10
4:1 5:1 6:1,4 7:1
8:1 9:1 10:1,19
11:1,17,18,21,23
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1,7,10 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1

62:1 63:1 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1,6 100:1
100:20 101:1,23
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:3,15 139:4
140:6
**los** 2:10
**lot** 34:7,18 49:10
49:19 52:10 63:18
63:22 64:21 69:25
77:15,18 81:15,22
94:2 119:20
120:24 125:6
**lots** 33:12
**low** 91:17
**lowenbach** 2:19
**lunch** 100:17,19
101:5,6,9,11

[mail - n]

| m | | | |
|---|---|---|---|
| **mail** 45:20 | **marries** 47:5 | **meeting** 61:10 | **monitors** 49:23 |
| **mailbox** 130:12 | **maryland** 91:17 | 63:24 64:2 | **month** 18:18,20,24 |
| **mails** 120:13 | 91:17 | **meetings** 62:8 | 19:12 20:10,20 |
| **maine** 91:16 121:8 | **mass** 34:8 121:18 | **memory** 9:24 | 48:22,24 56:11,13 |
| 121:13 | **massachusetts** | 24:25 | 127:10 130:4,4 |
| **maintain** 42:6 | 121:14 | **mentioned** 14:12 | 132:20 |
| 71:2 116:6,9 | **massive** 49:12 | 22:11 | **monthly** 20:6 |
| 117:3,6,19,21 | **master** 97:16 | **merged** 109:2 | **months** 19:17 |
| 128:3 | **match** 16:25 | **met** 102:4 | 20:16 87:18 |
| **maintained** 18:14 | **material** 61:23 | **methodology** 54:3 | 107:21 130:16 |
| 19:22 66:25 69:10 | 89:12,13 | **metro** 121:16,17 | **moretti** 1:7 |
| 116:12 | **materials** 61:19 | 122:8 123:4 | **morning** 5:20 |
| **maintains** 42:4 | 70:10 | **microsoft** 87:12 | **morristown** 2:21 |
| 110:24 111:2 | **math** 36:14 80:24 | 87:14 | **motion** 51:12 |
| 117:22 | **matter** 8:12 9:7,10 | **mid** 121:20 122:4 | 103:23 |
| **makeup** 82:6 | 11:5 86:16,17 | 123:4 | **move** 39:21 |
| **making** 50:2 54:12 | 87:14 103:6 | **migrated** 16:17 | 127:11 |
| 135:17 | **matters** 82:3 | **million** 42:13 51:4 | **moveable** 39:23 |
| **management** 17:8 | 110:11 | 52:3,9,13 53:4,6 | **moved** 42:12,13 |
| 111:22 | **matured** 131:7 | 54:2,4,13,14 56:2 | 42:14,17,18,19 |
| **manipulate** 106:9 | **max** 98:10 | 66:8 70:24 74:3 | 52:11 53:2 59:19 |
| 106:17 | **mean** 15:5,6 16:11 | 86:5,6 | 95:2 110:8,9,10 |
| **manpower** 78:10 | 16:12,22 19:11 | **mind** 64:15 101:7 | **moves** 42:20 |
| **manual** 50:6 | 23:12,19 24:21 | **mineable** 44:16 | **msa** 123:10 |
| **manufactured** | 29:18,19 30:22 | **minute** 79:13 | **msas** 123:12 |
| 91:15 | 55:8 80:3 85:21 | 124:9 | **multiple** 8:25 |
| **manufacturing** | 90:18 96:19 103:8 | **minutes** 99:14 | 21:13 39:9,10,20 |
| 35:11,14 | 107:3 116:15 | **misnomer** 49:20 | 39:22 56:24 57:11 |
| **map** 123:19 | 119:22 129:18 | **missed** 28:9 72:12 | 57:15 71:18 91:21 |
| **mark** 1:4 11:17 | 136:6 | **mistaken** 74:21 | 93:20 106:4 |
| 57:20 102:9 139:2 | **meaning** 21:15 | **model** 132:21 | 109:19 121:10 |
| **marked** 11:20 | 59:4 69:16 104:8 | **modern** 17:16 | 123:17,18 |
| 51:9 102:11,13 | 123:4 | 43:23 105:2 | **multivalue** 17:13 |
| **market** 60:22 | **meaningful** 62:10 | 132:15 | 57:2,3 |
| 62:22 | 126:6 | **modernized** 25:5 | **mush** 129:12 |
| **marketing** 60:11 | **means** 17:15 96:19 | **moment** 7:23 88:3 | **mushed** 32:22 |
| 60:12 62:2 63:6 | 102:3 | 132:18 | **mute** 97:7 |
| **markets** 123:10 | **meant** 38:22 | **monday** 63:25 | |
| **marking** 62:5 | 106:19 | **money** 47:10 | n |
| | **mechanics** 12:20 | 83:13 | **n** 2:1,6 3:1 4:3 |
| | | | 102:8,8,8 138:1 |

**[name - old]**

name   5:20 6:2
  17:6 25:12 26:11
  44:20 45:14 50:2
  64:24 79:7 88:5
  92:18 93:24,25
  94:8 105:4,10
  112:11 116:3
  139:2
names   64:20 65:10
  121:6
national   47:25
  90:13,17 91:9
natural   90:23
nature   7:24
near   81:3
necessarily   35:22
  47:13 107:3
  123:21
necessary   23:8
  46:3 81:7 98:12
  101:18 124:21
  125:9
need   6:17 14:25
  16:2 22:25,25
  37:17,18,20 38:11
  38:13,16 39:5
  40:2,6,12 42:8
  47:9 50:4,5 57:24
  59:4 67:22 74:10
  74:12 78:2,2
  79:16,17,17,21
  82:14,24 83:16,22
  86:2 88:15 94:3
  94:18,22 97:23,25
  101:6,25 108:9
  113:23 115:6,11
  115:12,16 118:2
  118:20 125:18,24
  126:2 128:7,18
needed   21:24
  79:20 88:22

needs   22:24 71:4
  102:4 125:22
negotiate   26:5
negotiating   26:3
neilson   61:13,16
  61:20 62:3,12,15
  62:16,18,21 63:7
  63:14,15,21 64:6
  65:5,6,7,8 123:9
neolithic   15:20
nestle   1:13 6:12,14
  7:20 8:17 9:3
  10:20 11:14 13:15
  15:6 29:13 30:9
  30:16,16,20,23,24
  31:3,4,4,10,11,11
  31:14,17,19,21
  32:7 33:11 34:5,5
  34:24 35:16 38:17
  38:19 40:2,9,19,20
  40:23 41:3,19
  45:22 46:21 47:22
  48:9 51:10 61:19
  62:3,18 63:2,15
  64:17 65:6 69:10
  70:10 72:2 75:6
  75:14 76:14 77:8
  78:4 79:23 80:7
  81:5,8 82:5,10
  83:19 87:6 109:22
  110:24 111:7
  114:5 117:8
  130:21 139:3
nestle's   9:10 30:5
  30:7 131:15
net   32:21 33:15,15
  33:17,17 83:8
  130:14
network   135:24
never   20:15 45:22
  61:3,17 62:12

  70:13 100:10
new   2:16,21 8:9,10
  18:23 19:4 30:3
  41:20 42:16,22
  43:3 90:18,20
  121:13,16,17,21
  122:8 131:16
non   88:17
nope   14:16
normal   120:12
  127:25
normally   118:23
north   1:13 10:20
  13:16 15:7 30:25
  31:11,19 41:20
  51:11 139:3
northeast   88:25
  89:7 90:7,9 121:8
  121:12 122:8
  123:4
notary   1:18 5:15
  138:22 139:25
  140:3
note   55:21 58:19
noted   102:6 137:4
notes   56:15,17
  58:3,3,3,18,22,25
notice   4:15
november   66:12
number   22:6
  27:19 28:7,8
  43:23 44:7 52:9
  52:15,24 69:24
  89:12,13 104:9
  105:3,10,11,11
  106:23 108:4
  110:7,7 139:6,6
numerous   27:19
nwna   32:3 51:25
  88:4

nwna's   75:4

**o**

o   4:3 5:11 102:8,8
  102:8
o'clock   100:22,23
oath   6:21
object   78:14,15
objection   8:19
  13:17 36:17 39:8
  41:23 53:12 67:20
  72:6,17 77:23
  78:12,13 80:2
  81:10 83:3,14,21
  85:6 102:24
  106:15 111:8,24
  136:5
objections   4:14,18
obligations   77:19
  78:10
obviously   27:8
  75:21
occur   95:20
occurred   133:15
offered   61:7
office   18:5,6 25:13
  37:16 63:11 75:7
  75:15 81:6 88:8
  92:14 101:14
offices   1:21 25:15
  25:18 138:5 140:8
official   4:8
oh   61:14 86:16
  87:3 135:11
okay   7:4 17:5 25:8
  65:25 66:3 73:16
  95:11,13 114:14
  127:24
old   16:17,21,23,24
  17:3 18:16 30:4
  43:6,8 44:9 50:10
  59:8,13,14,22,25

Page 16

[old - person]

60:3 67:15 79:7
90:18 131:16
132:14
**older**  67:6
**ollenschleger**  2:22
**olss.com**  2:23
**once**  39:25 74:14
112:21
**ones**  27:22 131:16
**opens**  50:3
**operable**  69:6
**operating**  29:8,11
**operations**  49:22
50:9
**opinion**  61:10 74:4
74:5 83:11 84:13
84:13 85:7,13
95:13 127:7
**opportunity**
101:22 119:23
**opposition**  51:11
**order**  5:3,5 28:21
58:7 98:14 99:6
99:23 112:13
124:21 125:11
**ordered**  98:14
**orders**  81:19
**ordinary**  110:16
110:25 117:8
**organization**  8:21
26:9,12 30:13
41:14 47:24 112:4
**organizations**
40:21
**origin**  90:13,16
91:3
**original**  78:24
79:5,8 84:12
85:23 126:20
132:2

**originally**  84:15
**orloff**  2:19
**ought**  101:21
**outcome**  126:6
**output**  39:14
41:11 87:2
**outputs**  126:10
**outside**  12:23
76:13 79:24 83:16
95:3 113:16,17
**outsider**  77:20
**outsourced**  131:24
**overlap**  129:7
**overnight**  34:2
**owned**  10:11
63:11
**owner**  30:24
**ownership**  30:11

**p**

**p**  2:1,1 4:3
**p&l**  35:12
**p.a.**  2:19
**p.m.**  102:6 137:4
**package**  91:14
129:11
**page**  3:4 50:5
75:23 76:4 98:16
98:23 99:7,8
139:6,8,10,12,14
139:16,18,20
**pages**  104:3
**paid**  36:25 47:9
93:3
**pandemic**  101:15
**paper**  139:6
**papers**  37:13
**paragraph**  51:24
60:9 66:6 72:21
72:24 73:2,3,6,19
74:18,19,21,23,24
75:2,19 76:12

77:9,17 79:12
81:2 85:15 87:9
114:4,6,7 115:5
124:17 125:10
126:14 127:5,6,23
**paragraphs**  65:24
66:4 75:24
**parallel**  26:15
**parent**  30:17 34:6
34:21
**pareshkumar**  1:9
**part**  39:15 70:21
71:2,4 80:11,13
95:6 121:15,16,19
130:5 135:10
**particular**  28:17
36:22,23 98:10
104:20 106:6,22
108:4,6,23
**particularly**  7:2
87:10
**particulars**  7:22
**parties**  4:6,13,17
4:22 140:19
**partly**  80:10,11
**partner**  84:19
**parts**  130:15,16
**party**  45:7,12
63:17 71:22 77:19
**patane**  1:4 13:15
139:2
**pause**  81:15
**pavone**  79:8
126:18
**pay**  128:6
**pdf**  44:15,17,18,19
86:9,20,21 117:6,9
117:10,16,22
132:3,3
**pending**  7:7

**pennsylvania**
91:18 121:9
**people**  14:6 21:3
24:17 38:19 40:3
40:9,13,16 41:3,5
41:9,12 49:24
56:4 62:8,18
64:21 69:23 72:8
76:14 80:9,11,15
80:17 81:19,23
91:4 125:5 126:3
126:7,8
**people's**  131:22
**percent**  22:19,20
23:7 68:8 69:12
69:13 76:21 80:23
82:21,25 83:11
84:11,14 90:23
91:12 112:23
122:20 129:5
**percentage**  22:22
**perform**  69:6
**performance**  21:3
28:13 71:3
**performed**  72:4
**performer**  21:4
**period**  28:17 29:3
68:16 71:8 92:21
102:20 106:13
114:3,11,16 115:3
122:9
**periodically**  35:22
**permits**  128:12
**person**  24:21
37:18 43:3 76:23
79:22 80:25 83:16
83:22 112:19,23
113:21,23,25,25
115:22,23 116:2
125:2,9,10,12,13
125:14,19 126:2

Veritext Legal Solutions
866 299-5127

[person - production]

134:7 135:2,24
**personal**  83:11
  85:7
**personally**  74:25
**perusing**  51:15
  66:2 72:20 104:2
  114:13 127:19
**phoenix**  92:3
**phone**  2:11
**phonetic**  50:23
  112:12
**physical**  45:24
**physically**  21:15
**pick**  17:10 18:8,9
  18:11 46:11 67:15
  94:3,4
**picks**  121:20,23
**piece**  37:18 93:9
**pieces**  56:25
**pipe**  84:4
**pitches**  62:23
**pitching**  64:4
**pitney**  1:21 2:15
  138:5 140:8
**place**  15:9 16:13
  18:15 33:8 36:3,5
  39:5 59:10 103:13
  131:17
**places**  16:12 35:7
**plaintiff**  2:3
**plaintiffs**  1:11,16
  5:21 8:17 11:21
  51:3,12,12 85:20
  102:12
**plaintiffs'4**  102:14
**planning**  129:4
**plans**  34:11
**platform**  67:8
  131:9 132:15
**playbook**  81:17

**plaza**  1:22 138:6
  140:9
**please**  5:3 6:2,5
  7:3 13:5 15:19,20
  109:13
**plus**  16:24 104:23
  105:14 130:25
**point**  10:12,13
  29:14 43:5 76:5,6
  76:10 84:17 86:10
  86:17 87:14 98:9
  134:22
**points**  94:11
**poland**  75:5,14
  81:4,8 82:4,10
  83:18,25 90:4,8,10
  90:12,16,23 91:3
  91:12 113:3
  122:20
**poof**  59:15
**pop**  44:23 46:8
**popping**  61:24
**population**  94:25
**port**  38:25 51:2
**porter**  1:6
**position**  96:23
**possible**  88:23
  112:2 122:18
**post**  34:3 68:18
**posting**  105:22
**potentially**  112:4
  119:3
**practical**  66:7
**pre**  75:20
**precede**  107:25
**premise**  97:3
**prepare**  20:5
  75:13 81:3 112:13
**prepared**  12:8
  27:6,14,24

**present**  59:18
  67:25 94:6 95:21
  95:22,24 96:6
  102:22 111:2
  122:18
**presentations**
  62:14,17,20 63:7
  63:14 64:12
**presented**  62:12
**presently**  67:19
  99:17 108:2
**president**  14:9
**pretty**  35:6
**previous**  7:21
**previously**  10:2
  11:9 30:8 69:12
**price**  22:8 26:5
  35:20 36:14 37:6
  93:6 118:11,13,14
**prices**  26:5,8,23
  27:3 35:17 93:3
  122:22 128:3
**pricing**  25:24
  26:10 123:25
  124:4 127:23
  128:7,8,15
**priesh**  112:12,23
  112:24 115:23
**primarily**  16:3
  21:2 90:7
**primary**  14:20
  129:3
**principals**  129:14
**print**  46:9,9 68:23
  119:15
**prior**  7:12,14
  32:10 33:21,22
  45:14,15 66:15
  69:2 103:2,4
  115:3

**privacy**  58:15
**privileged**  7:9
**probably**  22:19,20
  41:6 46:16 98:2
  110:2 111:18
  113:22,24 122:17
**problem**  38:10
  85:10 99:11
**proceeds**  99:8
**process**  12:8,12,15
  19:10 20:4,18
  33:25 49:8 73:21
  75:11 86:25 94:18
  126:13 130:5
**processing**  45:16
**produce**  13:11,20
  39:14 41:10 45:7
  45:9,20 48:16,19
  48:21 66:7 85:23
  85:25 106:20,21
  111:10 112:17
  115:4,19 118:3,10
  126:5
**produced**  27:9,17
  27:20,24 28:2,6
  106:3 114:6,10,20
  115:7,17 132:5
**producer**  117:6
**produces**  49:4
**producing**  74:3
**product**  23:15,18
  23:20,21,25 24:6
  24:14,24 33:9
  36:9,10,12 37:2
  41:19 47:12,13
  57:18 89:14 90:19
  90:22 93:11
  104:16,17 116:7
  132:17
**production**  35:9
  75:13 81:4 85:19

Veritext Legal Solutions
866 299-5127

[production - recall]

86:14 108:21
109:4,8
**products**   22:3,6,8
23:23 24:3 25:14
25:17 28:22 35:18
37:5 57:19 75:6
75:15 81:5,9 88:7
88:8,11,17,18
89:15,18,19
**profitability**   120:5
**program**   12:21
47:5 49:2,17
50:14 57:25 83:17
85:16 93:17
107:20
**programmer**
46:11,11 94:4
**programming**
18:9,10
**programs**   49:19
60:14,19 75:12
131:10
**progressed**   10:14
89:5
**project**   31:5 82:9
**projects**   40:12
119:13
**proof**   4:7
**proposal**   97:15,15
**proposition**   51:2
**proprietary**   18:2
21:11 47:19,19
**protective**   81:18
**provide**   14:23
21:2 88:21 125:7
**provided**   10:10,11
26:22 28:11 81:13
87:13 112:22
117:16
**providing**   14:20
110:12

**public**   1:18 5:15
138:22 139:25
140:3
**pull**   98:9,15
**purchased**   76:19
78:8 92:21 93:24
**purchases**   92:25
**purchasing**   40:6
**pure**   75:6,14 81:5
81:9 82:5,10
83:19,25
**purpose**   27:7 70:9
70:14
**purposes**   16:18
19:7 20:24 39:6
106:10 130:3
**purview**   60:19
**push**   18:21
**put**   8:16 11:18
12:21 16:13 18:21
18:24 19:13 20:6
32:8 38:2,13
39:23 46:24 58:9
59:5 62:11 70:20
74:15 77:14 83:6
83:8 84:10 92:16
105:9 108:16
112:3 125:24
135:22
**puts**   34:5
**putting**   18:18
30:12

**q**

**q2**   131:19,20
**quantities**   47:12
57:21 93:5 128:6
**quantity**   47:13
118:11,15
**queries**   41:17
55:20 69:6 72:4
80:15 109:11

125:20 132:10
**query**   37:19 41:21
55:12,16 82:5
89:3 104:12
106:21,22 107:5
107:13,19 108:17
108:19,20,25
109:14 112:24
113:8 114:19
118:21 122:7,18
126:4
**querying**   94:2
**question**   6:25 7:7
7:8 9:20 10:17
29:7,20,23 30:3
35:5 41:11 42:15
42:16 48:15 52:18
53:7,8,8,19,25
55:24 76:24 77:14
77:14 86:18 87:2
95:6 102:19
108:14 110:23
111:12 114:2
116:20,25 117:2
125:6 130:20
**questions**   13:4,8,9
21:6 40:23 56:5
60:8 124:15
136:22 137:3
**queue**   76:18
**quick**   65:23
127:21
**quickly**   84:25
**quit**   28:4
**quite**   37:24 90:2
115:25
**quote**   78:21 79:3
**quoted**   127:3
**quotes**   10:21
126:14

**r**

**r**   2:1 5:11,11 102:8
138:1 139:1,1
**radio**   21:18,18,19
**ran**   41:14
**ranged**   89:25
**raz**   10:19
**read**   52:4 72:19
74:25 75:8,17
127:18 138:3
**readily**   109:10
**reading**   4:23
72:16 73:4 74:18
74:19 75:2 114:8
**ready**   51:14 88:7
88:12
**readyrefresh**   25:8
25:11,12,17,19,24
32:11 35:17,19
36:16 41:10 52:2
60:21,24 82:22,23
124:6
**really**   9:20 12:18
50:12 61:17 65:11
80:21 87:14
108:18 125:3
133:12,12
**reapplying**   43:2
**reason**   19:5 46:18
70:21 93:21
104:20 115:8
119:10 139:6,8,10
139:12,14,16,18
139:20
**reasonable**   74:4
**reasons**   93:20
**recall**   9:2,18 11:8
13:13 27:13,22
50:22,25 63:5,13
64:10 71:15 98:4

Veritext Legal Solutions
866 299-5127

[receive - restored]

**receive** 49:9
**received** 61:20
  62:14 64:11
**recess** 100:5
  124:12
**recipient** 26:19
**recognize** 103:25
**recollection** 22:14
  27:18 69:22
**record** 5:4 6:3
  21:25,25 28:23
  40:21 46:7 57:5
  59:12 73:13 77:13
  99:18 125:16
  129:24 137:2
**records** 43:7 59:14
  66:14,19,21 69:11
  108:5 109:15,24
  113:10 116:12,14
  117:4,21 118:21
**recover** 124:21
**recovery** 39:6
**recreate** 46:2,19
**recreated** 94:14
**recreates** 119:4
**recreating** 60:2
**recreation** 45:3,5
  59:24
**recreations** 68:23
**reduce** 30:11
  60:17 130:13
**reducing** 83:2,4
**reduction** 76:20
**refer** 89:18 93:23
  97:19
**reference** 12:16
  58:3
**referencing** 72:22
  72:23
**referred** 33:13
  40:6 115:4 117:2

123:11
**referring** 8:5
  11:10 12:13 30:16
  33:16 40:19 72:25
  75:19 115:22
  117:4
**refers** 40:23 97:19
**refined** 87:19
**reflect** 40:22 59:21
  59:23
**reflecting** 75:13
  81:4 82:10
**refresh** 88:7,12
**regarding** 7:23
  8:14,20 10:13,15
  28:6 58:5 59:14
**region** 121:9 123:3
  123:3
**regional** 136:3
**regions** 121:5,6,10
  121:11 123:6,7
**registers** 129:16
**related** 9:13 28:3
  54:19 58:19 80:20
  140:19
**relating** 14:11
**relation** 6:11 7:19
  13:8,20,22 14:11
  58:22 111:25
**relational** 17:13
  19:24 38:9,12
  57:4,14
**relations** 130:21
**relationship** 48:3
  63:11 64:8
**relatively** 68:11
  115:11 123:2
**relevant** 16:2
  50:15 113:5
**relies** 81:23

**remand** 51:12
**remember** 8:13,22
  9:16,21 21:20
  26:24 27:4 51:5
  62:2 69:24 77:4
  103:3 132:14
**remembering** 7:17
**reminding** 67:14
**remove** 95:10
  125:14
**removes** 95:12
**rent** 135:6
**rented** 104:19
**rep** 84:25
**replace** 34:15
  131:2,16
**report** 77:12
  119:15
**reported** 140:15
**reporter** 1:18,24
  5:2 11:16 96:15
  99:9,24
**reporting** 16:19
  16:20 19:7 20:24
  20:25 123:14
**reports** 26:22 27:6
  27:9,11,13,23 28:2
  28:6,9,12,16 87:20
  88:15 119:15
  124:3
**represent** 5:21
  11:4 33:17 103:22
**representative**
  104:5,7 119:2
**representatives**
  119:2
**represented**
  108:12
**representing** 8:20
**represents** 70:23
  82:20 129:22,24

130:10
**reprint** 68:17
**reproduce** 45:10
  86:3
**reproduced** 46:13
**request** 57:6,12,13
  68:12 84:13 85:23
  113:23 116:4
  118:23 134:5,6,6
  134:10,12,13
  135:9
**requests** 13:23
  117:24
**require** 109:24
**required** 100:10
  126:9
**requires** 43:23
**resell** 28:22
**reserved** 4:19
**resonate** 63:10
**resource** 76:23
  77:5 113:14
  115:24 125:22
**resources** 23:3
  77:25 78:5 84:20
  85:2 126:25 127:3
**respect** 13:16
**respective** 4:6,13
  4:17,22
**respond** 78:5
**responding** 98:20
**responsible** 14:19
  48:2 60:14 61:22
**restate** 53:7
**restore** 56:10
  70:10 71:6,9
  72:18 94:23 108:9
  115:12 125:13,24
  127:9
**restored** 67:23
  69:6 70:13 74:12

[restored - search]

74:14 79:17 108:3
128:19
**restoring** 70:12,16
70:18 71:16 74:19
**results** 33:21,22
**retail** 61:2,5,8,10
64:5,21,24 65:2,12
123:25 124:4,5
**retain** 16:4 60:14
**retained** 22:14,16
**retainer** 126:21
**retired** 126:21
**return** 23:2 37:22
37:23 38:4 125:21
**returning** 127:7
**reused** 24:8
**revealed** 82:4
**revenue** 32:20,21
68:12 130:13
**revenues** 28:17,22
122:21
**reverse** 132:12
**reviewed** 35:21
**reviewing** 98:6
**rhode** 121:14
**richard** 79:8
126:18,19
**rid** 20:21 60:3
**ridge** 5:13 6:6
**right** 6:23 8:10
18:8,22,25 19:2
21:5 30:21,25
31:22 33:4 45:13
50:18 64:23 73:13
75:8,17 76:17
77:25 80:21 82:16
83:13 85:5 86:21
88:5,9 95:5,9
99:11 110:16
111:2,6 116:23
122:3 124:11

125:16,21 128:3
136:21
**rights** 17:23
**rings** 51:5
**rms** 17:8,21 20:7,8
20:10,14,20,21
21:7,9,22 22:12,20
22:21 24:14,17
34:9,12 42:21
44:9,10,14 45:17
45:18 46:6 48:10
48:11,14,16,19
49:2,14,15,17,20
56:14,21,24 57:10
57:17 58:16,23
59:3,20 66:23
67:12,13 92:2,2,8
92:11,12,16 93:13
93:15,18 94:2,3
102:23 105:2,6
107:17,19,19
108:16 112:20
114:17,18 119:3,4
129:7,14,19,21,21
130:16 131:2
132:5,14,19
133:24 134:11
**rms's** 58:2
**road** 2:20 5:13 6:6
**role** 62:2,5,6
**roles** 26:18 60:10
**roll** 55:7
**room** 49:22
**rough** 22:18
**roughly** 8:11
20:22 42:12 86:6
**round** 76:20
**route** 17:8
**routine** 118:18
**row** 57:16,17

**rows** 57:16 70:24
**rule** 31:4
**run** 16:4 17:24
18:5 32:20 49:2
50:4,5 71:3 80:15
109:22 122:6
132:10
**runs** 50:4,5
**russell** 1:6

**s**

**s** 1:5,7,8 2:1 3:8
4:3,3 102:8,8,8
129:5 138:1,1
139:1
**salaries** 35:10
**sale** 21:25 36:2,5
43:10 55:23 57:15
82:20 93:5 95:19
105:21 107:12
108:11
**sales** 3:11,12 9:18
23:10,12 32:17
33:15,18 35:25
36:6 37:4 42:15
43:8 47:8 55:6
61:4 62:23 75:5
75:14 81:4,8,16
82:6,10,21 87:22
88:2 89:4,10,12
90:10 91:21 93:7
94:9 102:11,13
104:4 106:12
108:12 109:15,24
113:4 115:10
119:16 120:15
122:7 128:5,10
130:22,24 131:4,6
136:7
**sample** 48:5
**sampling** 125:17

**san** 2:5
**sap** 28:23 29:4,13
29:19,24 30:2,3,5
30:6,8 31:16 32:2
32:10,12,17 34:6,8
34:20 35:4,11,13
88:20 89:11 129:3
129:6,10,16,16,18
129:23 130:8,10
130:14 131:8
**sap's** 89:13
**sat** 61:9 62:16,21
63:24
**satisfy** 78:10
**save** 82:13,17,18
83:13
**saveri** 2:4
**saverilawfirm.c...**
2:7
**saw** 56:18
**saying** 52:14 56:2
56:7 62:13 66:6
72:14,18 73:9,18
84:23 86:4 97:4
105:5
**says** 50:3 51:24
55:12,16 81:3
122:7
**scale** 33:12 82:19
82:24 84:6
**scene** 44:23
**scenes** 93:14
**scheduled** 96:16
**schema** 69:16
**scope** 15:5
**screen** 17:10 44:19
45:10 46:8 93:16
119:6
**scripts** 9:3
**search** 75:4
106:11,19

[searched - somebody]

searched  106:2
  113:9
second  98:24
  126:2
secondary  14:22
  129:4
secrets  83:11
  84:14
see  30:14,15 36:8
  36:12,25 37:5
  44:24 45:11 46:8
  52:4,20,23 55:13
  55:17 68:22 70:5
  70:7 81:2 87:3
  88:24 89:16 90:9
  93:9,9,25 99:3
  100:15 105:5
  114:12 117:11
  118:21 119:4,7,9
  122:7,19 124:22
  130:7,8,14,15
  135:3 136:2
seeing  88:16
segregate  85:17,22
select  55:4,8 80:8
  85:17,21
selected  103:14
sell  60:18,18 90:9
  111:13 130:8
selling  122:22
  134:4
sells  88:7,8
send  21:10 34:4
  45:8,19 68:21
  92:2 129:11 134:7
  135:15,16
sending  46:23,25
  50:16
sends  46:21,23
  47:22,24 48:7
  129:15

senior  51:19
sense  47:20 49:21
  56:10 63:18 64:7
  68:19 94:3 96:6
  99:13 105:16
  106:9 113:11
  120:16,25 127:8
sensitivity  82:3
sent  32:16 45:6
  46:5 47:15,17
  49:5 91:24 92:8
  132:20
sentence  87:10
separate  26:16
  55:20 85:24
  105:12
separated  57:20
  130:16
separately  85:19
  130:15
september  51:25
  52:8 53:20,23
sequence  10:6,9
series  42:25 64:20
  128:18
serve  120:11
  121:18,19
served  121:15
  136:10
server  49:7 67:16
serves  35:11,12
service  26:6 120:6
  120:7,19 123:15
  130:25 131:5
services  48:2
set  18:22 26:5,8
  27:3 37:17 38:2
  41:8 53:13,22
  54:18 55:4,6,9
  75:12 105:7

sets  79:19 85:9
  125:3,8,21
setting  26:23
seven  18:6
shake  101:23
shapiro  1:5
share  79:9 81:16
shared  79:21
sheet  139:6
ship  43:25 132:18
shipped  32:12
  90:21 132:19
ships  132:17
shortage  77:8
shorthand  1:18
shout  64:23
show  96:22 97:21
  103:18 123:19
showing  49:6
  128:14
side  10:7 35:19
  47:5 59:5 62:24
  63:18 64:21,24
  65:12 99:19 100:3
siegel  2:19
sign  26:6
signature  140:24
signed  10:4,7,12
  11:2 13:14 51:16
  53:17 115:8
significantly  54:14
  81:12
signing  4:23
similar  7:24 47:20
  63:21 64:6 119:7
  129:10
similarly  1:10
simplest  15:20
simplistic  50:12
simply  50:14
  55:24 113:4

115:11
single  49:24 50:20
  112:14 127:10
sir  5:20 124:19
sit  26:17,19,20
  49:24 55:22
sits  21:15 54:9
  109:8
situated  1:10
six  18:5 29:12,15
  32:7,9 41:6,9
  89:25
size  38:6
skill  37:17 41:8
  79:19 125:3,8
skills  127:2
skip  101:9
sku  23:24 89:21
  90:13,17,18,20
  91:9,9
skus  91:10
slide  18:25
slightly  67:22
slower  70:25
slows  70:22
small  91:11
  126:21
software  17:8
  34:18
sold  24:4 34:22
  35:3 41:20 57:16
  57:18 90:4,8 93:8
  104:19 115:13
  122:21,23
solely  16:20 18:14
  52:7 60:21
somebody  38:15
  42:23 45:10 58:4
  58:7 81:17 92:15
  95:11,12 111:19
  113:13 117:24

Veritext Legal Solutions
866 299-5127

[somebody - suite]

127:11
**somebody's** 43:15
  104:4
**somewhat** 6:15
**soon** 102:17
  132:23
**sooner** 101:4,4
**sorry** 27:12 29:21
  36:21 48:18 60:2
  88:3 114:7 136:18
**sort** 10:3 16:10,13
  26:15 45:3 69:10
  89:19 111:21
  113:8 127:22
  136:9
**sounds** 45:25
**source** 96:23 97:4
**sources** 129:9
**south** 90:10 91:18
**space** 70:22 71:4
**sparkling** 89:20
**speak** 27:16 63:4,9
  65:10 77:11
**speaker** 2:11
**speaking** 68:11
**special** 37:17
**specific** 9:16 32:24
  107:10 109:11
**specifically** 15:13
  18:4 27:23 33:3
  53:5 83:18
**specifics** 27:16
  63:9
**spend** 36:9,10
  101:20
**spent** 112:19
  120:4
**spirit** 100:14
**split** 121:15
**spoke** 126:18

**spreadsheet** 87:13
**spring** 75:5,14
  81:5,8 82:4 83:18
  83:25 90:4,8,10,12
  90:16,23,24 91:3
  91:12 113:3
  122:20,20
**springs** 82:10
**sql** 37:19,20 38:12
  38:12,13,23,24
  41:4,8 67:16,19,25
  80:18 94:7 108:16
  108:17 114:18,23
  114:24 115:24
  118:4,22 122:6
  125:18 128:24
  132:8 136:13
**sqls** 125:19
**stack** 57:18 130:24
**stacks** 17:15 57:3
**staff** 62:9 76:23
  77:8 80:21 115:24
**stamford** 1:21,23
  5:13 6:6 65:3
  91:24 92:3 138:6
  138:7 140:8,9,21
**stand** 100:8
**standard** 30:12
  37:19 47:18
  123:10,10
**standardize** 29:14
**standardized** 30:9
  31:6
**standards** 123:12
**stands** 17:8 123:12
**stars** 2:9
**start** 18:23 19:3
  20:18 49:7 70:23
  71:13 73:2 95:15
  121:7 131:21
  135:18

**started** 43:13
**starting** 72:21
  133:17
**starts** 135:19
**stat** 110:6
**state** 1:19 5:4
  41:20 42:14,14
  52:11 53:3 54:9
  55:2,10 89:17
  95:2,3 104:23
  105:14 106:13,25
  107:4,6,8,10 108:9
  108:11 110:10,10
  110:17,20 113:3
  115:13 127:8
  140:1,4
**states** 1:1 83:23
  87:23 108:13
  109:19,24 111:13
  113:10 115:14,18
  121:13 123:17,18
**stay** 19:19 60:17
**stays** 115:19
**stenographically**
  140:15
**step** 48:19 50:7
  64:19 71:11,11
  84:2,7 88:3 95:7
**stephen** 1:5
**steps** 79:19
**steve** 5:20 40:18
  97:22 100:6
  116:21
**steven** 2:6
**stick** 76:11 77:24
  100:15
**sticking** 100:22
**stickler** 133:9,11
**stifelman** 2:19
**stipulated** 4:5,12
  4:16,21

**stop** 34:11 90:11
**store** 15:10,25
  16:4 19:25 43:6
  44:10 86:2 91:7
  110:22 128:5
**stored** 20:12 44:13
  44:22 56:25 58:16
  59:20 67:18,19
  85:19
**stores** 44:11
**storing** 45:2
**straight** 49:14,15
  114:22
**strauss** 98:16
**street** 2:4,15 105:3
  105:4,4,10,10,10
**structure** 31:10
  40:2 123:13
**structured** 58:17
  58:20
**structures** 37:21
  40:3 58:2 80:20
  126:4,5
**stuck** 34:14
**stuff** 40:17 76:25
  79:24 85:4 87:18
  94:13
**stupid** 16:11
**subject** 8:12 9:7
  9:10 11:4 96:8
  103:13 111:5
**subscribed** 138:18
  139:23
**subsequently**
  140:16
**subset** 104:8
**sufficiency** 4:14
**sugar** 102:4
**suggest** 99:17
**suite** 2:4,9,20

Veritext Legal Solutions
866 299-5127

[summarized - texas]

**summarized** 32:10
32:11,23 33:6
129:10
**summary** 129:12
**support** 51:10
74:8
**sure** 10:5 19:11
21:24 22:5 29:21
39:20,21 48:6
54:23 55:11 59:16
60:12 61:9,14
62:7,8,22 64:20
65:11 67:4 72:24
73:11,15,18 75:9
75:18,25 88:22
91:19 92:19 95:12
101:25 102:3
104:16 107:5
110:14 111:11
112:6,23 115:9
116:19 120:4
121:23 122:2
123:5,16,24
125:17 128:13,23
134:2
**surebill** 45:14
47:16,23 48:4,7
50:15,19,20 117:5
117:5,17
**susman** 2:9
**susmangodfrey....**
2:12
**swept** 49:5
**swilliams** 2:7
**switzerland** 30:17
31:18
**sworn** 5:14 138:18
139:23 140:12
**system** 16:17,22
17:3,6,10,17,18,20
17:21 18:17 19:14

19:15 20:2,8
21:11 24:2,11,19
28:23,25 29:5,24
30:10 31:8,15
32:3,5,7,8,16 34:8
34:16,20,24 35:4
35:11,15 42:4,4,24
43:21,24 44:6,9
46:6 48:8 50:5,6
50:10 54:9,20
56:24 58:9 67:8
67:13,15,19,25
70:22 75:4 83:6
88:20 92:12 95:9
105:3 112:20
114:18,23,24
119:3 120:12
129:22,24 132:5
132:15 134:15
**systems** 16:3 17:4
17:5 25:4,5 28:18
28:19,21 30:9
31:5,7 50:10
130:2,21

**t**

**t** 3:8 4:3,3 102:8
138:1,1 139:1,1
**table** 37:21 39:14
39:14 55:5 68:12
68:13,13
**tables** 37:20 38:25
57:2,2
**tailored** 34:17
**take** 5:8,8 6:15 7:6
10:8 11:19,23
13:11 15:25 20:19
38:11,13 39:6
41:25 42:20 45:16
48:25 51:13 55:5
65:23 74:10 79:10
79:19 81:2 83:8

84:8 87:9 92:17
95:7 96:11,13
98:17 99:18
100:16,18 101:3,5
101:6,10,17,18
102:5 103:24
106:11 109:21
110:2 112:5
119:21 120:7
122:15,17 124:8
125:14 127:17,20
127:21
**taken** 1:15 4:9
5:23 6:9 7:12
48:19 100:5
124:12 138:5
**takes** 49:3 120:10
120:11,20,25
**talk** 7:9 25:7 56:19
69:20 76:3 87:10
**talked** 19:10 61:16
78:24 79:5 87:20
91:23 126:17,23
127:2 128:22
131:15,20 134:3
134:20
**talking** 25:11,25
34:20,25 66:4
68:20 72:25 73:2
74:18,20,23 76:2
78:7 80:4 81:21
87:4,17 95:15
127:13
**talks** 126:16 127:6
**tax** 135:8,16
**teach** 79:25
**team** 40:16 49:22
50:9 108:22
113:21 119:19
120:4

**tech** 127:2
**technical** 57:3
93:19 108:22
125:12,13
**technicalities** 4:7
**technology** 17:16
31:6 43:24 51:20
130:24
**telesales** 11:6
**tell** 7:15 13:5,13
14:8 20:5 22:17
25:8 27:22 29:3
56:3 58:15 60:10
64:2 87:22 90:16
97:3,4,9,10 102:18
103:25 104:14,18
106:7,25 121:6,9
140:12
**telling** 99:16
**tells** 50:6,7
**template** 30:6,7
47:6
**tenure** 8:24
**tenured** 76:23
**terabytes** 39:10,10
39:22 106:4
**term** 15:2 33:15
35:6 106:18
**terminated** 65:17
65:19
**terms** 7:3 15:3,21
50:13 63:6 79:11
87:20 88:16 90:18
**tesla** 120:17
**testified** 5:15 9:15
10:24
**testimony** 6:22
78:11 138:4
140:14
**texas** 17:22

[text - tropp]

**text** 47:17 48:16
48:20 49:4
**thank** 6:8 103:17
**theoretically**
46:10 92:10
**thing** 25:22 34:15
44:16 45:9 73:23
74:4 87:3 96:8
109:18 113:5
130:22 132:16
**things** 6:20 8:21
13:11 25:21 27:20
28:10 35:8 42:25
56:15 57:19 63:5
63:23 69:22,24
71:4,7,12 77:18
81:23 89:16 91:2
92:15 95:15
102:23 109:6
112:3 114:16
119:9 129:20
135:5,7
**think** 7:8,12 10:6
10:23 11:12 14:3
14:8 17:18 18:16
18:17 29:25 32:14
35:21 38:22 40:6
40:21 48:22 49:22
52:19 57:4 58:24
64:16,19 67:3
72:24 73:2 80:3
80:17 91:23 97:23
100:6 101:19
102:25 103:15
104:25 108:8
109:4,6 110:8
111:14 113:19
116:23,25 117:18
117:20 121:17
124:8,14 125:9
129:21 131:17,20

133:12 134:24
136:21
**third** 6:10 7:13
42:12 45:7,12
71:22 110:9
**thirty** 76:16
**thought** 19:9
54:11
**thousand** 44:4
**three** 7:12 23:25
24:6,9 57:18,19
96:19 101:12
110:2 120:5
121:11 136:11
**ticket** 134:14,16
135:10,11,13
**tie** 130:3
**till** 100:22
**time** 4:19 6:10 7:7
7:16 8:22 9:13
11:23 16:19 19:9
20:3 22:17,23
23:6,21 24:7,20
25:20 28:17 29:3
36:15 40:24 42:22
43:14 46:16 51:19
53:14,25 57:10
61:20,23 62:9
68:7 70:6 71:20
71:25 75:11 79:11
82:18,19 83:15
94:24 96:25 97:22
100:24 101:17,19
101:21 102:6
103:14 108:11
116:3 118:19
120:25 122:9
127:17 128:7
131:12 137:4
**timely** 78:3

**times** 6:8 26:22,25
27:5 57:12 61:17
71:19 88:14 93:20
**tina** 1:6
**title** 51:19,22,22
51:23
**today** 16:24,25
21:17 22:17,20
25:3 26:17,20
29:8 33:4 34:9
50:4 51:23 53:15
54:7,8,9 58:6 80:5
80:9 89:2,23,25
99:7 100:22,23
105:3 110:6
132:15 136:22
**today's** 132:6
**told** 123:24
**tom** 50:2
**tomorrow** 132:23
**ton** 96:12
**tool** 129:3,4
**top** 17:15 31:10,14
52:24 57:20 64:14
90:6 104:9
**topic** 9:21
**total** 30:11 36:7,13
47:11 52:15,23
54:5,14 88:2
118:15 122:20,21
**totally** 96:4 124:6
**touched** 60:25
**track** 28:12,16
35:16,23 65:11
131:22
**tracking** 43:13
**trade** 83:11 84:14
**train** 126:3
**trained** 11:6
**transaction** 19:12
20:6,9,16 32:12,22

34:3 56:15 57:15
119:7 133:14
134:4,18 135:15
135:19 136:15,18
136:19
**transactional**
56:23 59:5 129:22
132:25
**transactions** 18:19
18:20,22 19:16
20:11 33:6,12
56:25 66:19 67:3
67:5 81:12 83:23
129:11 130:2,11
133:18,21
**transcribed**
140:16
**transcript** 5:3,6
10:21 97:19 98:6
98:9,15 138:4
**transferred** 30:3
**transmission** 46:4
46:22 47:3
**transmits** 34:2
**transmitted** 21:21
33:14
**transportation**
35:10
**trends** 61:4 62:22
62:23 63:6,7
119:22 124:4
**tresser** 1:22 138:6
140:9
**trial** 4:19
**tried** 46:13 72:2
93:20
**trigger** 42:25
**triggers** 49:7
**triton** 15:14 25:25
**tropp** 2:17 8:19
12:11 13:17 36:17

Veritext Legal Solutions
866 299-5127

[tropp - valuable]

39:8 40:18 41:23
53:12 67:20 72:6
72:17 77:13,23
78:12,16 80:2
81:10 83:3,14,21
85:6 96:16,25
97:11,22 98:16,25
99:9 100:3,6
101:13 102:24
106:15 111:8,24
116:19 124:11,18
136:5 137:2
**truck** 20:8 120:23
134:7
**trucked** 91:15
**true** 25:16 138:9
**truth** 85:9,9
140:12,13,13
**try** 7:3 13:11 41:2
46:15,18 54:15
56:19 60:14 62:24
66:7 78:20 86:3
100:12,13,24
102:16 119:21
121:5
**trying** 16:13,19,25
31:9 46:17 62:23
75:22 79:15 82:2
85:24 99:12 106:8
113:2,6 114:15
120:25 133:9
**tuesday** 50:3
**turn** 60:6
**turned** 80:24
119:14
**turning** 83:10
**turnover** 76:21
**turns** 85:12
**two** 7:14 17:4,5
18:17 19:16 31:2
55:20 56:14 61:10

72:2 82:13 90:15
96:17,19,24 97:5
97:18,20 98:5,11
98:13,17,18,21
100:9,10,12
101:20 103:19
104:22,24 105:9
107:21 110:2
124:9 125:3,5
129:9 130:2,2,15
130:16,16
**type** 9:14 20:25
21:5 27:11 28:9
32:6 38:8 44:20
47:17 58:7 79:3
84:20 86:10 89:3
105:4,10,23 112:7
119:9,20 121:12
125:18 130:20,22
**types** 21:20 27:12
41:17 60:10 62:20
63:5 71:12
**typical** 92:15
**typically** 63:17

**u**

**u** 4:3 138:1
**u.s.** 50:18
**ultimate** 33:8
**ultimately** 133:21
**unclear** 29:16
102:21
**underneath** 60:19
**understand** 6:21
6:24 13:7 14:9
15:9,12,13 17:9,12
25:7,23 29:21
30:15 37:20 38:16
38:19 39:13 40:13
41:6,10,13,15
54:16 56:6,17
58:23 59:16 60:5

70:8 72:12 73:18
75:22 79:23 80:8
80:14,19 81:18,21
82:2 84:16 91:8
109:12 113:2,7
114:15 115:13
119:21 120:15,22
121:5 123:16
125:23 126:3,11
127:12,25 128:7
128:23 131:22
132:7
**understanding**
42:17 75:25 84:25
100:7 115:10
**understands** 38:17
**understood** 9:22
31:9,25 35:7
83:24 96:17
108:15 127:14
128:20 130:18
133:4 135:20
**undertaken**
119:12
**undertaking** 75:10
**undocumented**
69:16
**unfair** 33:25 77:14
**unique** 43:23 57:9
57:10 67:15 75:12
**unit** 22:8 104:19
118:13,14,16
**united** 1:1
**units** 36:13 122:20
**universe** 17:11,12
17:18,20 18:12,14
**unqueriable**
107:19
**unreasonable**
112:3 127:8

**unreasonably**
75:3
**update** 42:21
**updates** 33:23
**updating** 33:22
**upfront** 83:4
**upload** 134:11
**uploads** 21:14,16
33:19
**usable** 16:5 17:17
39:14 72:4 83:7
86:23 87:6
**use** 7:2 15:10 17:7
24:17,19 27:3
31:15 33:15 41:4
43:17 44:2 45:7,9
46:20 50:20 53:21
57:24 58:13 62:24
63:22 64:22 65:8
70:11 76:15 79:2
84:20 86:20 87:5
92:11 99:10,24
106:24 112:16
117:9 121:7
123:19 128:23,25
129:4,8 131:4,6
**useful** 70:18
**uses** 28:21 30:10
34:9 64:17 65:6
69:21 123:13
129:3,8,18 130:21
**utilize** 128:3

**v**

**vacation** 91:5
**validate** 48:4
113:25 125:15,16
125:25 126:11
130:6
**validated** 130:4
**valuable** 64:7

Veritext Legal Solutions
866 299-5127

[value - written]

**value**   51:3 57:20
**various**   16:12
**vatti**   97:16
**vatti's**   98:14
**vendor**   46:5,22
  49:6 50:20 117:14
  117:22
**vendor's**   49:6
**vendors**   47:21
**vermont**   109:16
**version**   29:19,25
  30:4 86:8 126:20
**versions**   21:13
**versus**   10:20 13:15
  104:16
**vertex**   135:16,16
**vice**   14:9
**view**   119:5
**visible**   15:17
**volume**   122:23
  128:10
**volumes**   32:20
**vs**   1:12

**w**

**waived**   4:10,15,24
**walks**   50:3
**want**   5:6 7:6,9
  25:7 29:21 36:25
  39:2,4 50:15
  54:16 55:12,16
  59:16 60:7 71:21
  73:17 75:24 85:4
  85:11 86:19,23
  87:9 88:24 95:4,7
  95:9,16 96:11,12
  97:8,23 99:16,19
  99:23 101:5,8
  106:16 107:10,11
  109:22,23 110:4
  111:18 114:2
  120:21 121:5

122:7,19 123:16
  127:21 128:23
  133:4 136:2,2
**wanted**   10:8 13:2
  36:16 38:14 40:5
  41:19 46:10,18
  68:23 71:22,23
  74:2 80:11,13
  87:21 94:16
  103:18 111:23
  112:2
**wants**   117:11
**warehouse**   15:3,9
  15:16,23 16:6,16
  16:16,18 17:2
  18:13,15 19:5,20
  19:23,24 20:11,13
  20:21,24 22:12,15
  22:17 23:5,9 37:3
  37:11,13,13,14
  41:4,18,22 54:21
  67:5,11,16 68:5
  69:15 78:25 93:22
  103:3,9 104:6,11
  107:18,23 108:20
  109:23 114:21,24
  126:20 130:17
  133:2,5 134:19,22
**water**   18:5,7 31:21
  41:20 82:20 88:7
  88:17,17,25 89:4
  89:15 90:4,24
  91:15 120:23
  122:21 135:4
**waters**   1:13 7:20
  10:20 13:15 15:6
  30:25 31:3,11,11
  31:19 51:11 139:3
**way**   8:16 9:20
  16:5 17:17 18:16
  18:16 20:19 25:10

30:14 35:20 39:24
  44:22 46:14 57:11
  57:22 58:17,20
  61:2 62:11 73:5
  74:7,25 76:22,25
  78:20 83:7 84:8
  86:2 87:6 93:13
  102:25 108:18
  109:6,9 112:9
  115:18 121:24
  122:4 125:4 126:9
  127:15 129:21
  133:13,15 134:19
  134:25 140:20
**ways**   80:11,13
  106:10
**we've**   71:12 97:17
**web**   131:8
**website**   117:11,12
  117:24
**week**   53:18 82:13
  113:15 122:17
**weeks**   110:3
  111:15 113:15,18
  113:19 120:5
**went**   17:22 31:7
  60:12 72:7 106:23
  132:4
**whatsoever**   27:7
  61:8
**whippany**   2:20
**wifi**   21:18
**williams**   2:6 3:5
  5:5,19,21 11:22
  12:11,17 40:25
  80:6 96:11,22
  97:2,21,25 98:23
  99:3,12,22 101:2
  102:9,15 116:23
  124:8,13,19

**wish**   5:2
**witness**   3:4 5:12
  8:16 51:15 66:2
  72:20 77:15 104:2
  114:13 127:19
  139:4 140:11
**woks**   58:23
**woman**   116:3
**wonderful**   136:24
**word**   109:4
**words**   12:21 33:4
**work**   6:12,16 21:9
  23:16 26:15 40:17
  46:20 53:2,11,18
  57:10 71:10,22
  77:20,25 79:3,11
  79:20,25 84:4,4,5
  84:7,17,20 86:18
  94:20 101:14
  103:6 111:20,21
  112:4 115:16
  119:20 126:9,12
  130:21
**worked**   13:14,19
  14:4 61:15,17
  71:13
**working**   120:5
**works**   18:17 69:18
  76:15 93:13
**world**   78:5 109:7
**worth**   100:2
**write**   12:5 37:18
  40:7,14 41:4,8
  57:25 80:18 83:17
  94:4,19 107:20
**writing**   72:10
  75:11 84:22
  125:20
**written**   17:22
  18:11 50:14 54:10
  85:17 87:15

Veritext Legal Solutions
866 299-5127

[written - zones]

108:19,20,25
**wrong**  8:18 20:5
72:16
**wrote**  49:17 78:22
93:17 112:15,15
131:21

### x

**x**  1:3,14 3:1,8
58:19

### y

**year**  15:25 16:17
16:21 17:3 42:11
43:13,16 44:9
50:10 70:23 79:7
89:4 96:2 103:4
110:8 119:16
132:14
**years**  7:18 8:2
11:13 15:24 16:7
16:22,23,24 17:2
21:13 27:21 29:12
29:15 30:2 31:5
32:8,9 34:17
46:16 47:21 60:23
61:9 68:3 69:19
69:25 72:2 76:16
77:7,8 90:2,15
93:21 96:2,5
**yep**  35:2 40:8
**yesterday**  63:25
**york**  8:9,10 41:20
42:16 121:16,17
122:8

### z

**zip**  104:23 105:13
105:14,15 123:22
**zone**  89:9,10
121:20,25 122:4
**zones**  89:24 90:3,5
91:21 123:17,17

1  E R R A T A S H E E T

2  NAME OF CASE: MARK J. PATANE, et al

3             NESTLE WATERS NORTH AMERICA

   DATE OF DEPOSITION: July 20, 2021

4  WITNESS: ERIC LORD

5

   If there are any corrections to your deposition

6  indicate them on this sheet of paper, give the

   change, page number, line number, and reason for

7  the change.

8  PAGE 7        LINE 16           REASON FOR CHANGE

9  CHANGE I've   TO: I'm           Transcription error

10 PAGE 7        LINE 20           REASON FOR CHANGE

11 CHANGE Nestle Waters of America TO: Nestlé Waters

12 North America                   Transcription error

13 PAGE 23       LINE 22           REASON FOR CHANGE

14 CHANGE GMS    TO: RMS           Transcription error

15 PAGE 43       LINE 2            REASON FOR CHANGE

16 CHANGE GO     TO: geo           Transcription error

17 PAGE 44       LINE 23           REASON FOR CHANGE

18 CHANGE scene TO: screen         Transcription error

19 PAGE 52       LINE 18           REASON FOR CHANGE

20 CHANGE my     TO: your          Transcription error

21 PAGE 55       LINE 2            REASON FOR CHANGE

22 CHANGE delivered TO: delivery in the      Error

23 PAGE 56       LINE 3            REASON FOR CHANGE

24 CHANGE equivocally  TO: unequivocally     Error

25 PAGE 82       LINE 25           REASON FOR CHANGE

   CHANGE 80     TO: 400                      Error

1   E R R A T A S H E E T

2   NAME OF CASE: MARK J. PATANE, et al.

3             NESTLE WATERS NORTH AMERICA

    DATE OF DEPOSITION: July 20, 2021

4   WITNESS: ERIC LORD

5

    If there are any corrections to your deposition,

6   indicate them on this sheet of paper, give the

    change, page number, line number, and reason for

7   the change.

8   PAGE 84      LINE 11          REASON FOR CHANGE

9   CHANGE 80    TO: 400                    Error

10  PAGE 103     LINE 5           REASON FOR CHANGE

11  CHANGE believed TO: would need  Transcription error

12  PAGE 107     LINE 16          REASON FOR CHANGE

13  CHANGE that  TO: that for the last several years

14                           Clarification of testimony

15  PAGE 112     LINES 12, 23, 24   REASON FOR CHANGE

16  CHANGE Priesh TO: Priyesh       Transcription error

17  PAGE 115     LINE 23          REASON FOR CHANGE

18  CHANGE Priesh TO: Priyesh       Transcription error

19  PAGE 116     LINES 3, 4       REASON FOR CHANGE

20  CHANGE Dierdra TO: Deirdre      Transcription error

21  PAGE 120     LINE 13          REASON FOR CHANGE

22  CHANGE e-mails TO: routing system

23                               Transcription error

24  PAGE 121     LINE 18          REASON FOR CHANGE

25  CHANGE mass TO: of Mass.        Transcription error

    PAGE 130     LINE 8           REASON FOR CHANGE

    CHANGE jeans TO: Jean           Transcription error

State of Connecticut   County of Fairfield
Subscribed and sworn to (or affirmed) before me
this ___5___ day of Augvst , 20 21
by ERIC LORD

ALDA BRACCIA, Notary Public
My Commission Expires December 31, 2025

ERIC LORD

```
 1    E R R A T A S H E E T              ERIC LORD

 2    NAME OF CASE: MARK J. PATANE, et al.

 3                  NESTLE WATERS NORTH AMERICA
      DATE OF DEPOSITION: July 20  State of Connecticut County of Fairfield
                                    Subscribed and sworn to (or affirmed) before me
 4    WITNESS: ERIC LORD            this   5   day of  August , 20 21 .

 5                                  by   ERIC LORD
                                       Alda Braccia
                                    ALDA BRACCIA, Notary Public
      If there are any corrections to your deposition,
                                    My Commission Expires December 31, 2025
 6    indicate them on this sheet of paper, give the

      change, page number, line number, and reason for

 7    the change.

 8    PAGE 136    LINE 20              REASON FOR CHANGE

 9    CHANGE Yes  TO: Yes, to the extent it is in the

10    data warehouse                    Clarification

11    PAGE        LINE               REASON FOR CHANGE

12    CHANGE TO:

13    PAGE        LINE               REASON FOR CHANGE

14    CHANGE TO:

15    PAGE        LINE               REASON FOR CHANGE

16    CHANGE TO:

17    PAGE        LINE               REASON FOR CHANGE

18    CHANGE TO:

19    PAGE        LINE               REASON FOR CHANGE

20    CHANGE TO:

21    PAGE        LINE               REASON FOR CHANGE

22    -------------------------------------------------

23

24    Subscribed and sworn to before me

25    this    day of           , 2021.

      (Notary Public)           My Commission Expires:
```