UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. PATANE, JULIE HARDING, HEATHER HARRIGAN, STEPHEN S. SHAPIRO, CATHERINE PORTER, ERICA RUSSELL, TINA MORETTI, BRIDGET KOPET, JENNIFER S. COLE, BENJAMIN A. FLETCHER, DIANE BOGDAN, and PARESHKUMAR BRAHMBHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLE WATERS NORTH AMERICA, INC.,<br><br>Defendant. | Case No.  17-cv-01381-JAM<br><br>ECF Case<br><br>CLASS ACTION<br><br><br><br><br><br><br><br>December 12, 2022 |

**JOINT MOTION TO PARTIALLY AMEND THE SCHEDULING ORDER**

Pursuant to D. Conn. L. Civ. R. 7(b) and Fed. R. Civ. P 16(b)(4), the above-captioned Plaintiffs and Defendant jointly move to partially amend the Scheduling Order (Dkt. 497) as set forth below.

On October 26, 2022, the parties moved jointly to amend the scheduling order for good cause and in light of the additional time needed to complete depositions. Dkt. 493. On October 28, 2022, the Court granted the parties' motion. Dkt. 497. As relevant here, the Court set December 15, 2022, as the deadline for all party witnesses to be made available for deposition and December 30, 2022, as the deadline for the close of fact discovery. *Id.*

The parties are on track to complete fact discovery by December 30, 2022, and to complete almost all depositions of party witnesses by December 15, 2022. The parties move jointly to extend the deadline for completing the depositions of party witnesses for the limited

1

purpose of taking one deposition, the Rule 30(b)(6) deposition of Defendant's Vice President of Marketing Laetitia Allexant, on December 23, 2022.

The parties have good cause for the proposed partial modification of the scheduling order. Ms. Allexant's corporate deposition was scheduled for December 8, 2022, in compliance with the operative scheduling order. However, on December 7, 2022, Defendant's counsel emailed Plaintiffs' counsel to postpone Ms. Allexant's deposition on account of her illness. The parties have agreed to reschedule her deposition for December 23, 2022. All other depositions of party witnesses will be completed on or before December 15, 2022.[1]

The parties have met and conferred and agreed on the above partially modified schedule. This is the parties' first request to extend, in whole or in part, the deadline for completion of depositions of party witnesses.

Dated: December 12, 2022                                    Respectfully submitted,

/s/ Jesse-Justin Cuevas                                    /s/ Jonathan B. Tropp
Oleg Elkhunovich (phv09180)                                Jeffrey M. Garrod (admitted phv)
Steven G. Sklaver (phv09181)                               Craig A. Ollenschleger (admitted phv)
Bryan Caforio (phv10031)                                   ORLOFF, LOWENBACH, STIFELMAN &
Jesse-Justin Cuevas (phv11030)                             SIEGEL, P.A.
SUSMAN GODFREY L.L.P.                                      44 Whippany Road, Suite 100
1900 Avenue of the Stars, Suite 1400                       Morristown, NJ 07960
Los Angeles, CA 90067                                      Phone: (973) 622-6200
Phone: (310) 789-3100                                      Fax: (973) 622-3073
oelkhunovich@susmangodfrey.com                             jmg@olss.com; co@olss.com
ssklaver@susmangodfrey.com
bcaforio@susmangodfrey.com                                 Jonathan B. Tropp (ct11295)
jcuevas@susmangodfrey.com                                  DAY PITNEY LLP
                                                           195 Church Street, 15th Floor
Max Straus (phv10042)                                      New Haven, CT 06510
SUSMAN GODFREY L.L.P.                                      Phone: (203) 977-7337
1301 Avenue of the Americas                                Fax: (203) 901-1733

---

[1] The deposition of Paul Thomas Hunt, an employee of the Portland Water District (a third party), is scheduled for December 20, 2022 by agreement of the parties and the witness. Because this is a third-party deposition, this post-December 15 deposition does not violate the scheduling order.

32nd Floor
New York, NY 10019
Phone (212) 336-8330
mstraus@susmangodfrey.com

Alexander Schmidt (pro hac vice)
ALEXANDER H. SCHMIDT, ESQ.
Fairways Professional Plaza
5 Professional Circle, Suite 204
Colts Neck, NJ 07722
Phone: (732) 226-0004
alex@alexschmidt.law

Steven N. Williams (pro hac vice)
Christopher K.L. Young (pro hac vice)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA  94108
Tel:     (415) 500-6800
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*


Craig A. Raabe (ct04116)
Robert A. Izard (ct01601)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Phone: (860) 493-6292
craabe@ikrlaw.com
rizard@ikrlaw.com
cbarrett@ikrlaw.com

*Plaintiffs' Interim Liaison Co-Counsel*

jbtropp@daypitney.com

Thomas B. Mayhew (admitted phv)
FARELLA, BRAUN & MARTEL LLP
235 Montgomery St., 30th Flr.
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
tmayhew@fbm.com

*Defendant's Counsel*

3