**Tropp, Jon**

| | |
|---|---|
| **From:** | Jesse-Justin Cuevas <JCuevas@susmangodfrey.com> |
| **Sent:** | Monday, November 8, 2021 5:35 PM |
| **To:** | Mayhew, Tom (22) x4948 |
| **Cc:** | Tropp, Jon; Roybal-Reid, Ashley (20) x4494; Craig A. Ollenschleger; Jeffrey M. Garrod; McLorg, Kyle (20) x4915; alex@alexschmidt.law; Amanda Bonn; Anna-Patrice Harris; Anupama Reddy; Bryan Caforio; Chris Young; Craig Raabe; Max Straus; Oleg Elkhunovich; Robert Izard; Sophia Jordan; Steve Williams; Steven Sklaver; Tania-Lee Bayliss; Vanesa Keller; 'Sean Robertson' |
| **Subject:** | RE: Consumer research search terms |

**External Sender**

Tom,

Thanks for speaking with me on Thursday regarding marketing ESI search terms. I am hopeful we can resolve this dispute without court intervention. I understand based on your representations that Nestle rests its burden claim on the total number of unique documents responsive to the agreed-upon search terms and an estimated document review rate of 60-100 documents/hour. Because we have not seen a hit report for the agreed-upon terms, it is difficult for us to evaluate Nestle's claim. However, we propose the following compromise in good faith, which should address both sides' concerns and avoid false positive hits due to email signatures: Nestle will send us a full hit report (like the one in your July 9 email) for the agreed-upon terms and the five terms below. Based on your representation that the July 9 and October 26 hit counts provided reflect unique document counts across a de-duped set of documents from all custodians, the forthcoming hit report will not be on a per-custodian basis. Plaintiffs will propose a final set of search terms to run against all custodians that amounts to the total number of unique documents (+/- 100) responsive to the currently agreed-upon terms.

- "is 100% spring water" OR "is spring water" OR "is not 100% spring water" OR "is not spring water"
- (attribute* OR "decision factor*" OR driver* OR category OR categories OR strength*) W/25 ("RSW" OR "regional spring water" OR "poland spring still water" OR "PS still water" OR "PSW" OR "PS" OR "NPL")
- ("brand perception" OR "brand desire" OR "brand awareness" OR "consumer demand" OR "purchase behavior" OR "purchase intent" OR (consumer* W/5 attitude*)) W/25 ("RSW" OR "regional spring water" OR "poland spring still water" OR "PS still water" OR "PSW" OR "PS" OR "NPL")
- ((willing* W/5 pay) OR "WTP") W/25 ("RSW" OR "regional spring water" OR "poland spring still water" OR "PS still water" OR "PSW" OR "PS" OR "NPL")
- (Source OR type) W/25 (strength* OR importan* OR driver* OR prefer* OR perceiv* OR perception OR reason)

Please let us know if this is acceptable.


Best,
Jesse

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Wednesday, October 27, 2021 10:13 AM
**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

==EXTERNAL Email==
As I said, we regard further searches as unduly burdensome. Asking us to run these searches eleven more times, then eleven more times with insubstantial modifications that don't address their flaws, would provide only meaningless detail at BTB's expense.

**From:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Sent:** Wednesday, October 27, 2021 9:09 AM
**To:** Mayhew, Tom (22) x4948 <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley (20) x4494 <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle (20) x4915 <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

**External Sender**

Thanks, Tom. Please break down the hit counts for the terms in your email below on a per-custodian basis, and please send us hit counts (per custodian) for the following revised terms as well:

- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) W/~~25~~ 10 ( packag* OR label* ~~OR messag*~~ )
- ( attribute* OR "decision factor" OR characteristic OR "KPI" OR metric* OR driver* ) W/~~25~~ 10 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "NPL" )
- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) W/~~25~~ 10 (willing* /s pay )
- ( ( purchas* OR consumer* OR customer* ) /~~50~~ 15 ( intent* OR intend* OR prefer* OR belief* OR believ* OR understand* OR behav* ) ) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )

- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) w/~~50~~ 15 demand* OR prefer*

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Tuesday, October 26, 2021 11:07 AM
**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

EXTERNAL Email
On the five bulleted search sets, here are the hit counts (this is adding the four new custodians to the hit count for the original set of custodians; there could be some duplication but not enough to make it worth re-doing the count) were:
[Package* or label*] set (leaving out "messag*"): 37,312. With "messag*" it went over 300,000.
Demand*, prefer*: 13,211
Attribute, decision factor, etc.: 7,791
Purchase*, consum* etc. + intent, intend, etc.: 10,507
Willing* w/25 pay: 1,493
So as I said before, willing* w/25 pay was the smallest number of hits (by far), and even that would require another two days of review, despite not being well-tailored to what we're looking for. So I again ask you to confirm that the searches I have proposed, with the modifications I've made at your request, are sufficient and that we should move forward with them.

**From:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Sent:** Friday, October 22, 2021 3:34 PM
**To:** Mayhew, Tom (22) x4948 <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley (20) x4494 <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle (20) x4915 <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

**External Sender**

Tom,

Thanks for clarifying the first point and for adding the requested term.

Regarding the second issue, please send us the hit counts for each term so that we can consider the issue and get back to you with a potential alternative to try to reach a resolution.

Thanks,
Jesse

---

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Friday, October 22, 2021 1:16 PM
**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

EXTERNAL Email

Responding to each of your two issues in the email of late yesterday:

Regarding "First . . ." I think perhaps you just missed it: the last item on my agreed-upon list is your proposed modification of the search sets that began with "Qualitative." My understanding is that our original proposed search sets ("Qualitative Report* . . .etc.") and "Qualitative research" . . .etc.") were incorporated in your "revised proposed term" set (("qualitative" OR "quantitative" OR "methodology") w/25. . . etc.). Your expansion of the search, coupled with the expansion of custodians, means over 1,000 hits will now be reviewed for that search set alone, which is not "very few" documents but instead will take someone a couple of days work to review. Yet, we have agreed to do it, so I think there's no issue there. Let me know if there's more to discuss.

Regarding "Second, . . ." the question about the four search sets, the issue is this: even before getting to a search relating to Nielsen reports, we will have to do ~150 hours review just for these requests. I suspect that you won't agree with us that doing more than that (plus potentially more for the Nielsen reports) would be unduly burdensome or disproportionate; neither will you say where you think the line of reasonableness and proportionality would be crossed. But as I've said, the four additional search sets would dramatically increase the work, and none of them as focused on consumer research as the other terms are. The smallest number of hits on the four sets I would not include was on the [willing* w/20 pay] set, which hit on nearly 1,500 documents. The largest was on the [package*/label*] set, which even without the term "messag* (which leads to extraordinarily high numbers), hit on well over 30,000. So we feel that we've done the necessary work to evaluate the search terms, come up with a reasonable search, and expanded it several times at your request, adding both search sets and custodians, even though we think it's now going well beyond a proportional search. With this clarification on "First," and additional information on "Second," can we now move on and actually review the documents?

---

**From:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Sent:** Thursday, October 21, 2021 5:03 PM
**To:** Mayhew, Tom (22) x4948 <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley (20) x4494 <aroybalreid@fbm.com>; Craig A.

Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle (20) x4915 <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

**External Sender**

Tom,

Thanks for agreeing to add some of our additional terms and for confirming the additional custodians. We are fine with holding off on Nielsen search terms for now until our supplemental motion is resolved, so long as Nestle agrees to begin the collection, review, and production process on all remaining agreed-upon terms once we settle on the final list.

The search term list is mostly acceptable to Plaintiffs, with two exceptions. First, your final proposed list excludes both Nestle's original proposal for a search term concerning qualitative reports and research and our September 10 compromise proposed terms regarding the same, but you have not provided any hit count to support the claim that "further changes" to the proposed terms "would be unduly burdensome." Nestle's original proposed terms ("Qualitative Report*" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) ) and "Qualitative research" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) )) yielded very few documents, and you have not provided any responsiveness analysis on our revised proposed term ((("qualitative" OR "quantitative" OR "methodology") W/25 ("research" OR "report*" OR "rpt" OR "stud*" OR "analys*")) W/30 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )). At minimum, the final list should include your originally proposed term, but we should see a hit report before making that decision.

Second, despite taking over a month to respond to our request, you have not provided a hit report for the following four terms as requested:
- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) W/25 ( packag* OR label* OR messag* )
- ( attribute* OR "decision factor" OR characteristic OR "KPI" OR metric* OR driver* ) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "NPL" )
- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) W/25 (willing* /s pay )
- ( ( purchas* OR consumer* OR customer* ) /50 ( intent* OR intend* OR prefer* OR belief* OR believ* OR understand* OR behav* ) ) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )

Please provide the hit report as requested on these five proposed terms so we can evaluate the reasonableness of Nestle's search term proposal and your statement regarding the sufficiency of the current list and the burden imposed by any further changes.

Best,

Jesse

---

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Thursday, October 21, 2021 10:47 AM
**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

<mark>EXTERNAL Email</mark>
We have reviewed your additional suggestions on the proposed search terms, as well as your request for additional custodians.

We have located and collected emails for Gombos, Clevenger Lee, Pengue, and Lord, and will review documents from these accounts, along with those from Baker, Bodescu, Eisdorfer, Lucia, Mrozinski, Sumecki, and Veliz. We do not have emails for Turk.

We took another look at the search for discussion of Brand Health Tracker reports, and found that the looseness of the first part of the search had the potential for a very significant number of false positives, in part because some people's email titles include the word "brand," so when the search uses w/20 of that word, it was hitting randomly on other sentences. The second part of the search would hit on "spring water" and "natural spring water," which as you know appear in signature blocks and didn't meaningfully limit the search. So we have revised the first part of the search to more narrowly hit on documents relating to Brand Health Tracker reports by using "w/2" instead of "w/20," as listed below.

We will run the following search terms:
Eggstrategy
"p.a. Zuckerman" OR "Paul Zuckerman"
"Project Aurora"
"Project Neptune"
Bases w/50 ( (natural w/5 water) OR (spring w/5 water) OR natural w/5 spring) OR bottled w/5 water) OR "Poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL") )
(Sales w/20 impact*) w/50 ( (natural w/5 water) OR (spring w/5 water) )
((Brand w/2 (lift or stud* OR health OR track* OR perform*)) or bht) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "content:poland spring" OR "name:poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL")
("Top-line" or topline) W/50 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )
("Focus group*") W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )
("Segmentation project*") W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )
WaterPlus

"Water+"
"Water Plus"
"Water +"
"Design refresh"
"Graphics refresh"
KMB
Buzzback
"Perception Research Services"
(PRS w/2 (report* or rpt* or study or studies or proposal* or analys*)) OR "prsresearch"
"Project Topaz"
"Project Desire"
(Perception* w/20 (Report or rpt))
"Spring vs purified"
"Topaz segmentation"

We will also add the additional requests from your most recent round:
(Pretesting OR "PTG")
( "kantar.com" OR "kantarmillwardbrown.com" OR "millward brown" ) AND ( ( quantitative OR qualitative OR perform* OR attribute* OR "KPI" OR ( purchas* W/5 (intent* OR intend* )) OR POD OR "point*-of-difference" ) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR ( natural W/5 spring ) OR ( bottled W/5 water ) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) )
("Ipsos" W/25 ("bayes" OR "driver*" OR "desire" OR perception* OR perceiv*)) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )
(("qualitative" OR "quantitative" OR "methodology") W/25 ("research" OR "report*" OR "rpt" OR "stud*" OR "analys*")) W/30 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )

For Nielsen documents, I understand that you plan to file a motion regarding a dispute about production of the reports, and the decision of how to search for related responsive documents should wait until we have clarity on whether and which Nielsen reports will be produced.

Subject to the Nielsen exception, and with these additional custodians and edits to the search list, we believe that the search is sufficiently inclusive to satisfy the requests, and that further changes would be unduly burdensome because they would result in a need to review an excessive number of non-responsive documents based on a speculative possibility that additional responsive documents could be located.

We will run the searches and begin the review for responsiveness of those document families that hit on the terms upon your confirmation that these searches are satisfactory to the plaintiffs with no further changes.

- Tom

---

**From:** Jesse-Justin Cuevas
**Sent:** Friday, September 10, 2021 1:43 PM
**To:** Mayhew, Tom <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg

Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <vkeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

Tom,

Thanks for sending this over and for agreeing to several of our additional or revised terms. Some follow-up requests below. Could you please let me know how long you expect it to take to produce a hit report in connection with the proposals below, and separately for Gombos, Lord, Turk, Clevenger-Lee, and Pengue once we decide on terms?

Please reconsider our request that (Pretesting OR "PTG") be used in your collections. The term only hit on 111 documents and was a company that prepared marketing reports, presentations, or studies for NWNA based on the production to date. *See* NWNA032754.

Nestle also worked with Ipsos (*e.g.*, NWNA045270), Kantar Millward Brown (NWNA044084, NWNA032587), and Nielsen. Given the number of hits returned for those company names as stand-alone terms, we propose the following:

- ( "kantar.com" OR "kantarmillwardbrown.com" OR "millward brown" ) AND ( ( quantitative OR qualitative OR perform* OR attribute* OR "KPI" OR (purchas* W/5 intent* OR intend*) OR ( "POD" or "point*-of-difference" ) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) )
- "Ipsos" W/25 ("bayes" OR "driver*" OR "desire" OR perception* OR perceiv*) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )

Given that you all know which additional reports or presentations remain to be produced (pending Nielsen's consent) and we are without any insight into those remaining documents, please propose a term (or terms) likely to capture relevant ESI in connection with that forthcoming production.

Additionally, the following proposed terms hit on 802 and 41 documents, respectively, which is not unreasonable: [( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) w/50 demand* OR prefer*] [( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) AND (willing* w/20 pay )]. Please use these terms when collecting and reviewing ESI.

We take your point that some of our proposed search terms including ["natural w/5 water" or "natural w/5 spring," "Poland Spring," "spring water," and "NPL"] could hit on signature blocks of nonresponsive documents. Please provide a hit report for the following:

- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) ~~AND~~ W/25 ( packag* OR label* OR messag* )
- ( attribute* OR "decision factor" OR characteristic OR "KPI" OR metric* OR driver* ) ~~AND~~ W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "NPL" )
- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) ~~AND~~ W/25 (willing* /s pay )

- ( ( purchas* OR consumer* OR customer* ) /50 ( intent* OR intend* OR prefer* OR belief* OR believ* OR understand* OR behav* ) ) ~~AND~~ W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )

Rather than run the "Qualitative" string as originally proposed, please run a hit report for the following, which attempts to marry your originally proposed "Qualitative Report*" and "Qualitative research" terms with our first counterproposal: (("Qualitative ~~Report~~*" OR ~~"qual" OR~~ "quantitative" ~~OR "quant"~~ OR "methodology") ~~OR~~ W/25 ("research" OR "report*" OR "rpt" OR "stud*" OR "analys*")) W/~~2050~~ 30 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ). To avoid any confusion, these edits result in the following proposed term: (("qualitative" OR "quantitative" OR "methodology") W/25 ("research" OR "report*" OR "rpt" OR "stud*" OR "analys*")) W/30 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )

We look forward to reviewing your revised hit reports. I hope you have a nice weekend.

Best,
Jesse

---

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Thursday, September 2, 2021 10:21 AM
**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

EXTERNAL Email
Jesse-Justin:

First, as indicated below, we didn't use search terms when searching for non-email files, but instead reviewed folders and documents "manually" without using search terms to limit. The documents are stored on a shared drive, so that may account for the metadata you're seeing.

We'll gather emails for the additional custodians you propose – Gombos, Lord, Turk, Clevenger-Lee, and Pengue – and then test the terms against them; we don't believe that they are the right custodians given the particular requests at issue, but we will look into it. The company does not have Bob Davino's emails. On RFP 8, I refer you to our objections.

On searching for statements of work, let's see if they turn up in the emails, given that we're using consulting company names as some of the search terms.

On your additional proposed terms, I've attached the hit counts, not including the new custodians you're asking to include. As with your earlier list, some of the issue is that you are using terms that will show up in people's signature

blocks, or used in ways that are disconnected from what we're trying to search for, as part of the search terms. For example, I'd note that because of the ubiquity of the phrases "natural w/5 water" or "natural w/5 spring," "Poland Spring," "spring water," and "NPL" within the company (many of these even hit on signature blocks), these don't limit the search in a meaningful way to focus on those documents likely to be responsive to the particular requests being searched for. Other searches are not well-designed to address the particular requests at issue. Of your new terms, we would thus propose to add to our prior list:

>"P.A. Zuckerman" or "Paul Zuckerman"
>Eggstrategy
>"Project Aurora,"
>"Project Neptune"

I'm mostly fine with your proposed edits to our original terms, with the exception of:

>"Qualitative ~~Report*~~" OR "qual" OR "quantitative" OR "quant" OR "methodology" OR "research" OR "report*" OR "rpt" OR "stud*" OR "analys*" W/~~20~~50 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )

As you can see, as modified this string led to an extremely high number of hits, and is unreasonable. We would run the search as originally proposed.

Answering your question about fields searched: yes, all these fields are searched by the search software, though for the search where you used the term "messag*" we looked for the term only in the content of the message, to avoid hitting on metadata.

Please let me know if you accept the search term list as we propose to modify it to incorporate your suggestions, and upon your confirmation that these are the final search terms we can then run the terms and begin the review.

- Tom


**From:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Sent:** Friday, August 13, 2021 11:17 AM
**To:** Mayhew, Tom (22) x4948 <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley (20) x4494 <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle (20) x4915 <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

**External Sender**

Tom,

Please confirm whether Nestle used the search terms and custodians you identified on July 9 when investigating materials, other than email ESI, responsive to Plaintiffs' RFPs 19–20 and 22? What about RFPs 57–58? If not, what search terms were used to perform such investigations and which custodian's files were searched, if any? A small minority of the marketing presentations produced thus far identify an individual custodian in the metadata.

Nestle's production of organizational charts in response to Plaintiffs' RFP 8 does not appear to include any charts for the marketing, brand management, or advertising departments. Please produce those immediately or identify the responsive documents by Bates number if I have overlooked them. Plaintiffs reserve their rights to propose additional custodians based on the production of the requested charts.

In addition to the proposed custodians you have identified, we request the following be added as marketing custodians: Melinda Gombos, Eric Lord, Christine Turk, and Yumi Clevenger-Lee. Additionally, please let us know whether Nestle has retained the mailboxes of the following former employees: Michael Pengue and Bob Davino. None of the custodians you proposed appear to hold positions in brand management; if that is still a position Nestle employs please identify the current brand managers for Poland Spring Water.

Please also conduct a search for the Statements of Work (or other contract or agreement setting forth the scope of the project) for each of the marketing documents produced thus far that were prepared for Nestle by third parties, such as Nielsen or Kantar Millward Brown.

Plaintiffs propose the following additional terms be used in Nestle's marketing ESI investigations:
- "kantar.com" OR "kantarmillwardbrown.com" OR "kantar millward brown" OR "millward brown"
- "Nielsen"
- "pretesting" OR "ptg"
- "Ipsos"
- "eggstrategy"
- ( "p.a.zuckerman" OR "Paul Zuckerman" )
- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) AND ( packag* OR label* OR messag* )
- ( attribute* OR "decision factor" OR characteristic OR "KPI" OR metric* OR driver* ) AND ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "NPL" )
- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) AND (willing* /s pay )
- ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) w/50 demand* OR prefer*
- ( ( purchas* OR consumer* OR customer* ) /50 ( intent* OR intend* OR prefer* OR belief* OR believ* OR understand* OR behav* ) ) AND ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )
- "project aurora"
- "project neptune"

Of course, if there are additional or different relevant phrases, language, or abbreviations used within Nestle's marketing and consumer insights teams or departments that are likely to capture responsive documents, please supplement our proposed list.

Finally, Plaintiffs propose the following revisions to your proposed terms:
- bases W/~~20~~ 50 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR "polar
- ~~"Brand stud*" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) )~~
- ( ~~"~~Sales W/20 Impact*~~"~~ ) W/~~20~~ 50 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/
- ( ~~"~~Brand W/20 lift OR stud*~~y~~ OR health OR track* OR perform*) OR "BHT" W/~~20~~ 50 ( ( natural W/5 water ) OR ( spring V OR "pure life" OR "NPL" )
- ~~"Brand lift studies" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) )~~
- ( "top-line" OR "Topline*~~ report*~~" ) W/~~20~~ 50 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR

- "Focus group*" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5 water) OR
- "Segmentation project*" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) OR (natural w/5 spring) OR (bottled w/5
- "WaterPlus"
- 'Water +'
- "Water Plus"
- 'Water+'
- "Qualitative Report*" OR "qual" OR "quantitative" OR "quant" OR "methodology" OR "research" OR "report*" OR "rpt" spring) OR (bottled w/5 water) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" )
- "Qualitative research" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) )
- "Design refresh"
- "Graphics refresh"
- "Brand health tracker*" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ))
- "Brand Performance" W/20 ( ( natural W/5 water ) OR ( spring W/5 water ) )
- KMB
- Buzzback
- "Perception Research Services"
- ( PRS w/2 (report* or rpt* or study or studies or proposal* or analys*) ) OR "prsresearch"
- "Project Topaz"
- "Project Desire"
- "Perception*s W/20 ( Report" OR rpt )
- "Spring vs purified"
- "Topaz Segmentation"

We look forward to receiving Nestle's revised hit report next week. Please confirm whether Nestle's hit report below reflects queries across all email fields (i.e., subject, to/from/cc/bcc, message body, etc.). If not, please be sure to run the proposed terms across all fields in the next round.


Best,
Jesse

---

**From:** Jesse-Justin Cuevas
**Sent:** Friday, July 16, 2021 4:31 PM
**To:** Mayhew, Tom <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <vkeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

Thanks for clarifying, Tom. We'll be in touch.

---

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Friday, July 16, 2021 4:07 PM

**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

==EXTERNAL Email==
Thanks. In reviewing/producing from the shared drive, we didn't distinguish between 19 "studies" and 22 "report, survey, marketing analysis/research," and we included anything we found about why people would buy Poland Spring, or bottled water labeled as spring water. It would thus be the same custodians and search terms when we search the emails for additional related documents. Our existing proposal thus also covers # 22.

---

**From:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Sent:** Thursday, July 15, 2021 6:32 PM
**To:** Mayhew, Tom (22) x4948 <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley (20) x4494 <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle (20) x4915 <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** RE: Consumer research search terms

Tom,

Thanks for sending this proposal in connection with Plaintiffs' RFP 20 and 21. We are still reviewing and will get back to you. Please do not begin collection and review using the proposed terms below until we have had an opportunity to connect on this.

Meanwhile, your email makes no mention of Plaintiffs' RFP 22, which seeks "All documents which constitute or relate to any focus-group report, consumer survey or poll, or other marketing analysis or research conducted in connection with the promotion, marketing, advertising, packaging, labeling, distribution, or sale of Poland Spring Water." Please propose additional search terms to capture email correspondence and other ESI in the proposed custodians' files (and the files of any additional custodians who are likely to have documents responsive to RFP 22) that would produce responsive information. Once you send those additional terms, we will address the RFP 20-21 and RFP 22 search inquiries together.

Best,
Jesse

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Friday, July 9, 2021 6:34 PM
**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Roybal-Reid, Ashley <aroybalreid@fbm.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>
**Subject:** Consumer research search terms

EXTERNAL Email
Jesse –

As promised, we are following up concerning proposed search terms for emails concerning the consumer research. We have already produced from the shared drive where consumer research is kept, subject only to the holdback of Nielsen documents pending Nielsen consent. This search is specifically to look for documents responsive to request 20 and 21, which are for documents discussing, summarizing, or relating to the studies produced in response to request 19, and engagement of the people/entities that conducted them. (We understand that you have previously clarified that the cross-reference in requests 20 and 21 was intended to be to 19, not 18). We have created the following list of 27 search queries. We would apply these to seven custodians who we think are likely to have documents responsive to the requests. The custodians and their job titles are listed below; the search terms and the number of "hits" are in a chart below that. We review all documents in the family if there is a hit on any member of the family.

Please let us know if you would like to discuss any modifications to the search queries we plan to use, and what modifications you propose,. If we do not hear from you by July 19 (10 days from now), then we will run the queries and review the hits for responsiveness and privilege, then produce them.

The custodians we intend to search, with their current or last title at the company, are:
Pia Baker, Group Manager, Sustainability
Daniela Bodescu, Senior Manager, Consumer Insights
Danit Eisdorfer, Group Marketing Manager
Stephanie Lucia, Manager, Consumer Engagement
Jacqueline Mrozinski, Senior Marketing Manager, Consumer Insights
Christine Sumecki, Senior Marketing Manager
Rosa Veliz, Senior Marketing Manager
The search terms and hit counts for these custodians are in the following chart.

Search and Tag Report

| Tag | Direct Tag | Direct Matches | Top-level Tag | Top-level Matches | Family Tag | Family Matches | Unique Tag |
|---|---|---|---|---|---|---|---|
| 630MKT | 630MKT | 55 | 630MKT | 55 | 630MKT | 120 | 630MKT |
| 630MKT | 630MKT | 10 | 630MKT | 7 | 630MKT | 27 | 630MKT |
| 630MKT | 630MKT | 4 | 630MKT | 4 | 630MKT | 8 | 630MKT |
| 630MKT | 630MKT | 82 | 630MKT | 81 | 630MKT | 142 | 630MKT |
| 630MKT | 630MKT | 2 | 630MKT | 2 | 630MKT | 4 | 630MKT |
| 630MKT | 630MKT | 3 | 630MKT | 3 | 630MKT | 4 | 630MKT |
| 630MKT | 630MKT | 47 | 630MKT | 47 | 630MKT | 75 | 630MKT |
| 630MKT | 630MKT | 5 | 630MKT | 5 | 630MKT | 10 | 630MKT |
| 630MKT | 630MKT | 1 | 630MKT | 1 | 630MKT | 2 | 630MKT |
| 630MKT | 630MKT | 257 | 630MKT | 248 | 630MKT | 642 | 630MKT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 630MKT | | 630MKT | 334 | 630MKT | 302 | 630MKT | 610 | 630MKT |
| 630MKT | | 630MKT | 238 | 630MKT | 228 | 630MKT | 549 | 630MKT |
| 630MKT | | 630MKT | 15 | 630MKT | 14 | 630MKT | 38 | 630MKT |
| 630MKT | | 630MKT | 24 | 630MKT | 24 | 630MKT | 55 | 630MKT |
| 630MKT | | 630MKT | 45 | 630MKT | 45 | 630MKT | 149 | 630MKT |
| 630MKT | | 630MKT | 39 | 630MKT | 38 | 630MKT | 88 | 630MKT |
| 630MKT | | 630MKT | 84 | 630MKT | 74 | 630MKT | 127 | 630MKT |
| 630MKT | | 630MKT | 12 | 630MKT | 8 | 630MKT | 49 | 630MKT |
| 630MKT | | 630MKT | 332 | 630MKT | 309 | 630MKT | 505 | 630MKT |
| 630MKT | | 630MKT | 392 | 630MKT | 315 | 630MKT | 461 | 630MKT |
| 630MKT | | 630MKT | 99 | 630MKT | 79 | 630MKT | 189 | 630MKT |
| 630MKT | | 630MKT | 93 | 630MKT | 69 | 630MKT | 104 | 630MKT |
| 630MKT | | 630MKT | 76 | 630MKT | 67 | 630MKT | 160 | 630MKT |
| 630MKT | | 630MKT | 3 | 630MKT | 2 | 630MKT | 5 | 630MKT |
| 630MKT | | 630MKT | 10 | 630MKT | 9 | 630MKT | 27 | 630MKT |
| 630MKT | | 630MKT | 166 | 630MKT | 155 | 630MKT | 328 | 630MKT |
| 630MKT | | 630MKT | 126 | 630MKT | 122 | 630MKT | 226 | 630MKT |
| Column Sum | | | 2554 | | 2313 | | 4704 | |
| Total Items | | | 2353 | | 2125 | | 4157 | |

**Thomas B. Mayhew**
*Partner*
tmayhew@fbm.com
D 415.954.4948

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com