**Tropp, Jon**

| | |
|---|---|
| **From:** | Mayhew, Tom (22) x4948 <TMayhew@fbm.com> |
| **Sent:** | Thursday, December 2, 2021 7:49 PM |
| **To:** | Jesse-Justin Cuevas |
| **Cc:** | Tropp, Jon; Craig A. Ollenschleger; Jeffrey M. Garrod; McLorg, Kyle (20) x4915; alex@alexschmidt.law; Amanda Bonn; Anna-Patrice Harris; Anupama Reddy; Bryan Caforio; Chris Young; Craig Raabe; Max Straus; Oleg Elkhunovich; Robert Izard; Sophia Jordan; Steve Williams; Steven Sklaver; Tania-Lee Bayliss; Vanesa Keller; 'Sean Robertson' |
| **Subject:** | RE: Nestle - Consumer research hit report - final compromise hit count evaluation |

I'm planning to use the terms as agreed-upon (unless something unforeseeable comes up requiring an adjustment, in which case I'll let you know), and have lined up a vendor to do the first round responsiveness review, given the large number of documents involved. I don't yet have a completion date estimate, but would expect production will be in the New Year.

**From:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Sent:** Thursday, December 2, 2021 4:21 PM
**To:** Mayhew, Tom (22) x4948 <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle (20) x4915 <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>; 'Sean Robertson' <srobertson@saverilawfirm.com>
**Subject:** RE: Nestle - Consumer research hit report - final compromise hit count evaluation

**External Sender**

Tom,

I am following up on my email below.

Thanks.

**From:** Jesse-Justin Cuevas
**Sent:** Monday, November 29, 2021 9:44 AM
**To:** 'Mayhew, Tom' <TMayhew@fbm.com>
**Cc:** 'Tropp, Jon' <jbtropp@daypitney.com>; 'Craig A. Ollenschleger' <co@olss.com>; 'Jeffrey M. Garrod' <JMG@olss.com>; 'McLorg, Kyle' <KMcLorg@fbm.com>; 'alex@alexschmidt.law' <alex@alexschmidt.law>; Amanda Bonn <abonn@SusmanGodfrey.com>; 'Anna-Patrice Harris' <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; 'Chris Young' <cyoung@saverilawfirm.com>; 'Craig Raabe' <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; 'Robert Izard' <rizard@ikrlaw.com>; 'Sophia Jordan' <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller

<vkeller@susmangodfrey.com>; 'Sean Robertson' <srobertson@saverilawfirm.com>
**Subject:** RE: Nestle - Consumer research hit report - final compromise hit count evaluation

Hi Tom,

I hope you had a nice holiday. I am following up on my email below—please confirm that we are in agreement on the final search terms, and please provide an estimated production date for the forthcoming marketing ESI.


Best,
Jesse

---

**From:** Jesse-Justin Cuevas
**Sent:** Monday, November 22, 2021 2:05 PM
**To:** Mayhew, Tom <TMayhew@fbm.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <vkeller@susmangodfrey.com>; 'Sean Robertson' <srobertson@saverilawfirm.com>
**Subject:** Nestle - Consumer research hit report - final compromise hit count evaluation

Tom,

Plaintiffs propose the following changes to the consumer research ESI terms. Please confirm that we are in agreement on the final set of terms.
- Add [((willing* W/5 pay) OR "WTP") W/25 ("RSW" OR "regional spring water" OR "poland spring still water" OR "PS still water" OR "PSW" OR "PS" OR "NPL")] (61 unique hits), in exchange for removing "Perception Research Services" (50 unique hits) — +11 unique hits
- Add [("brand perception" OR "brand desire" OR "brand awareness" OR "consumer demand" OR "purchase behavior" OR "purchase intent" OR (consumer* W/5 attitude*)) W/25 ("RSW" OR "regional spring water" OR "poland spring still water" OR "PS still water" OR "PSW" OR "PS" OR "NPL")] (634 unique hits), in exchange for removing "Buzzback" (698 unique hits) — -64 unique hits
- Add ["is 100% spring water" OR "is spring water" OR "is not 100% spring water" OR "is not spring water"] (1,112 unique hits), in exchange for removing "project aurora" (116 unique hits), "project neptune" (110 unique hits), "design refresh" (43 unique hits), "project topaz" (138 unique hits), "topaz segmentation" (219 unique hits), and [( "kantar.com" OR "kantarmillwardbrown.com" OR "millward brown" ) AND ( ( quantitative OR qualitative OR perform* OR attribute* OR "KPI" OR ( purchas* W/5 (intent* OR intend* )) OR POD OR "point*-of-difference" ) W/25 ( ( natural W/5 water ) OR ( spring W/5 water ) OR ( natural W/5 spring ) OR ( bottled W/5 water ) OR "poland spring" OR "PSW" OR "PS" OR "pure life" OR "NPL" ) )] (390 unique hits) — +96 unique hits

Additionally, the PRS Poland Spring Packaging Design Refresh proposal you sent under separate cover appears to relate to the PRS Packaging Graphics Refresh materials produced, *e.g.*, NWNA033289. Please produce the proposal to Plaintiffs with a Bates number. I also renew Plaintiffs' August 13 request that Nestle search for statements of work for the produced marketing slides—whether as part of the ESI search or otherwise.

I hope you have a nice Thanksgiving holiday.

Best,
Jesse

---

**From:** Mayhew, Tom <TMayhew@fbm.com>
**Sent:** Friday, November 12, 2021 3:51 PM
**To:** Jesse-Justin Cuevas <JCuevas@susmangodfrey.com>
**Cc:** Tropp, Jon <jbtropp@daypitney.com>; Craig A. Ollenschleger <co@olss.com>; Jeffrey M. Garrod <JMG@olss.com>; McLorg, Kyle <KMcLorg@fbm.com>; alex@alexschmidt.law; Amanda Bonn <abonn@SusmanGodfrey.com>; Anna-Patrice Harris <aharris@saverilawfirm.com>; Anupama Reddy <areddy@saverilawfirm.com>; Bryan Caforio <bcaforio@SusmanGodfrey.com>; Chris Young <cyoung@saverilawfirm.com>; Craig Raabe <craabe@ikrlaw.com>; Max Straus <MStraus@susmangodfrey.com>; Oleg Elkhunovich <oelkhunovich@SusmanGodfrey.com>; Robert Izard <rizard@ikrlaw.com>; Sophia Jordan <sjordan@saverilawfirm.com>; Steve Williams <swilliams@saverilawfirm.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Tania-Lee Bayliss <TBayliss@susmangodfrey.com>; Vanesa Keller <VKeller@susmangodfrey.com>; 'Sean Robertson' <srobertson@saverilawfirm.com>
**Subject:** Consumer research hit report - final compromise hit count evaluation

EXTERNAL Email
Jesse –
Following up on our discussion of last week, and our compromise to resolve the search terms for consumer research documents outside the shared drive:
I have attached a final "hit" report showing the hits (including by top-level, family, and "unique" hits) for the 11 agreed upon custodians' emails. You and I agreed that you can trade off any of your new five proposed terms in exchange for removing other earlier search terms so that Blue Triton is reviewing the same number of documents (with a 100 document additional margin for error) overall. I've therefore included separate tabs for each of your five proposed terms, so that you can see how many "unique" hits each of them produces (i.e., additional documents we would have to review that are not already being reviewed because of a hit on a different search term from the original set).
Thus, for example, if you wanted to include the first proposed term ["is proposed spring water" OR "is spring water" etc.] then you can see that it produces 1,112 documents for review that were not captured by the agreed-upon search terms. You would then need to identify search sets from the original agreed-upon search terms (for example, KMB and Buzzback, which total 1,074) to eliminate in exchange for the new proposed term. Because this exchange would not lead to us reviewing over 100 additional unique documents (1,112-1,074 = 38 < 100), you could make this trade because it does not materially increase the burden of review. Or, you could stick with the original agreed-upon set. You could also, for example, trade the willing* w/5 pay etc. set for "Project Topaz," because this would result in fewer documents being reviewed by Blue Triton for production, and thus would not materially increase the burden of review.
Please take a look, let me know if you would like to exchange any of your final five proposed terms for any combination of the existing terms, without materially (i.e., by more than 100 unique hits) increasing the burden, and then the list will be final and we can proceed with the review.
Thank you,
Tom


**Thomas B. Mayhew**
*Partner*
tmayhew@fbm.com
D 415.954.4948



235 Montgomery Street 17th FL
San Francisco, CA 94104
www.fbm.com

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---