UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK J. PATANE, JULIE HARDING, HEATHER HARRIGAN, STEPHEN S. SHAPIRO, CATHERINE PORTER, ERICA RUSSELL, TINA MORETTI, BRIDGET KOPET, JENNIFER S. COLE, BENJAMIN A. FLETCHER, DIANE BOGDAN and PARESHKUMAR BRAHMBHATT, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>NESTLE WATERS NORTH AMERICA, INC.,<br><br>                Defendant. | Case No. 17-cv-01381-JAM<br><br>ECF CASE<br><br>CLASS ACTION<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>SEPTEMBER 15, 2023 |

**THIRD JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to D. Conn. L. Civ. R. 7(b) and Fed. R. Civ. P 16(b)(4), the above-captioned Plaintiffs and Defendant Nestlé Waters North America Inc. ("Defendant"), for the reasons stated herein, jointly move to amend the current Scheduling Order (Dkt. 546) as follows:

1.     On September 11, 2023, Plaintiffs filed a motion for leave to supplement Plaintiffs' initial expert disclosures (the "Motion for Leave") in order to serve the Supplemental Expert Report of J. Michael Dennis, Ph.D.; the Supplemental Expert Report of Phillip Johnson, Ph.D. ("Johnson Supplemental Expert Report"); and the Expert Report of Donald J. Leopold, Ph.D. (collectively, "Plaintiffs' Supplemental Expert Reports") (Dkt. 570).

2.     Plaintiffs and Defendant have reached an agreement that, subject to the Court's approval, resolves Plaintiffs' Motion for Leave as follows:

a.      On condition that the Court grants this motion, Defendant consents to Plaintiffs' service of Plaintiffs' Supplemental Expert Reports as of September 11, 2023. Accordingly, Plaintiffs' Motion for Leave may be denied as moot upon the granting of this motion.

b.      Defendant may serve a sur-reply expert report only in response to the Johnson Supplemental Expert Report.  If Defendant elects to do so, Defendant shall notify Plaintiffs of its election by October 11, 2023, and shall serve any sur-reply report in response to the Johnson Supplemental Expert Report by October 18, 2023.

c.      Defendant shall depose Dr. Johnson on a mutually-convenient date during the week of October 23, 2023.

d.      Plaintiffs shall depose Defendant's expert Keith Ugone, Ph.D. on a mutually-convenient date between November 16 and November 21, 2023, inclusive.

e.      Except as provided in paragraph (d) above, unless otherwise modified by Court order, expert discovery shall be deemed closed as of November 3, 2023.

f.      The pretrial motion schedule shall be revised as follows:

(1) Motions for Class Certification and for Summary Judgment shall be filed and served by December 19, 2023.

(2) Opposition papers responding to Motions for Class Certification and for Summary Judgment shall be filed by February 16, 2024.

(3) Reply papers in further support of Motions for Class Certification and for Summary Judgment shall be filed by March 18, 2024.

g.      The Joint Trial Memorandum shall be filed by the latest of April 2, 2024, and thirty days after the Court's rulings on Motions for Class Certification and for Summary Judgment.

3.      Good cause exists for the proposed modifications to the Scheduling Order, most notably the need for additional time to complete expert discovery in light of Plaintiffs' service of the Supplemental Expert Reports.  The proposed modifications would result in an extension of the existing discovery schedule by 30 days.  The parties have previously moved twice to extend the foregoing pretrial deadlines.

Dated:  September 15, 2023

Respectfully submitted,

/s/ Alexander H. Schmidt
Alexander Schmidt (admitted *pro hac vice*)
ALEXANDER H. SCHMIDT, ESQ.
Fairways Professional Plaza
5 Professional Circle, Suite 204
Colts Neck, NJ 07722
Phone: (732) 226-0004
alex@alexschmidt.law

Oleg Elkhunovich (phv09180)
Steven G. Sklaver (phv09181)
Bryan Caforio (phv10031)
Jesse-Justin Cuevas (phv11030)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 789-3100
oelkhunovich@susmangodfrey.com
ssklaver@susmangodfrey.com
bcaforio@susmangodfrey.com
jcuevas@susmangodfrey.com

Max Straus (phv10042)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone (212) 336-8330
mstraus@susmangodfrey.com

Steven N. Williams (admitted *pro hac vice*)
Christopher K.L. Young (admitted *pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP

/s/ Jeffrey M. Garrod
Jeffrey M. Garrod (admitted *pro hac vice*)
Craig A. Ollenschleger (admitted *phv*)
ORLOFF, LOWENBACH, STIFELMAN
      & SIEGEL, P.A.
44 Whippany Road, Suite 100
Morristown, NJ 07960
Phone: (973) 622-6200
Fax: (973) 622-3073
jmg@olss.com
co@olss.com

Jonathan B. Tropp (ct11295)
DAY PITNEY LLP
195 Church Street, 15th Floor
New Haven, CT 06510
Phone: (203) 977-7337
Fax: (203) 901-1733
jbtropp@daypitney.com

Thomas B. Mayhew (admitted *phv*)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
tmayhew@fbm.com

Defendant's Counsel

601 California Street, Suite 1000
San Francisco, CA 94108
Phone: (415) 500-6800
swilliams@saverilawfirm.com
cyoung@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

Craig A. Raabe (ct04116)
Robert A. Izard (ct01601)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Phone: (860) 493-6292
craabe@ikrlaw.com
rizard@ikrlaw.com
cbarrett@ikrlaw.com

*Plaintiffs' Interim Liaison Co-Counsel*