# EXHIBIT 7

Excerpts from Deposition of Charles R. Fitts, Ph.D.
Nov. 7, 2023
("Fits Tr. I")

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF CONNECTICUT

 3   MARK J. PATANE, JULIE           )  Case No.
     HARDING, HEATHER HARRIGAN,      )  17-cv-01381-JAM
 4   STEPHEN S. SHAPIRO,             )
     CATHERINE PORTER, ERICA         )  ECF Case
 5   RUSSELL, TINA MORETTI,          )
     BRIDGET KOPET, JENNIFER S.      )  CLASS ACTION
 6   COLE, BENJAMIN A.               )
     FLETCHER, DIANE BOGDAN and      )
 7   PARESHKUMAR BRAHMBHATT,         )
     Individually and on Behalf      )
 8   of All Others Similarly         )
     Situated,                       )
 9                                   )
                   Plaintiffs,       )  VOLUME 1
10                                   )
                                     )  Pages 1-336
11           vs.                     )
                                     )
12                                   )
     NESTLE WATERS NORTH             )
13   AMERICA, INC.,                  )
                                     )
14                 Defendant.        )

15

16             VIDEOTAPED DEPOSITION OF:

17             CHARLES R. FITTS, Ph.D.

18        Taken before Julie G. Edgecomb, RMR, CRR,

19    Notary Public in and for the State of Maine,

20    pursuant to notice, at Pierce Atwood LLP,

21    254 Commercial Street, Portland, Maine, on

22    November 7, 2023, commencing at 9:04 a.m.

23

24            Julie G. Edgecomb, RMR, CRR
                    G&F REPORTING
25    75 York Street, Suite 2 - Portland, ME  04101
         scheduling@gandfreporting.com ~ (207) 854-5296
```

Page 94

1  A. No.
2  Q. Okay. You mentioned something called quick
3     flow. What is quick flow?
4  A. Well, quick flow is a term that includes
5     overland flow, but also shallow flow, like
6     through leaf litter and through, say, the
7     tubes that used to be the roots of a tree
8     that's long since rotted away, and there are
9     tunnels or animal burrows.
10        So fairly large pores near the surface
11     during a storm can also conduct substantial
12     flow, in addition to the water that's sheeting
13     across the land surface, and you lump all that
14     together and call it quick flow. It's a term
15     hydrologists use.
16 Q. Is quick flow a spring, in your opinion?
17 A. No.
18 Q. Okay. Dr. Siegel used the term interflow.
19 A. Right.
20 Q. Are you familiar with that term?
21 A. Yes.
22 Q. What is interflow?
23 A. Interflow is lateral discharge in the
24    unsaturated zone, and that could be during a
25    storm event some of the quick flow portion

Page 95

1     that's leaf litter, tree root holes, animal
2     burrows, and so on. But that's just a limited
3     duration thing during a storm, if it's like
4     that.
5         There's also interflow kind of ongoing,
6     whether there's a storm or not, lateral flow
7     in the unsaturated zone, and the unsaturated
8     zone is defined by having pore water pressures
9     that are below atmospheric.
10        So above the water table, you have
11    pore water pressures that are less than
12    atmospheric, but that water can still move in
13    response to differences in head.
14 Q. Okay. The water table is in what you call the
15    saturated zone, right –
16 A. Water table –
17 Q. – and below?
18 A. – in – especially in coarse sand and gravel
19    is roughly equal to the boundary between
20    saturated below, unsaturated above.
21        In reality, there's a little bit of
22    saturated above the water table, which we call
23    the capillary fringe, but in something coarse,
24    like sand and gravel, that's minuscule, like
25    on the order of millimeters.

Page 96

1  Q. Okay.
2  A. But in something like silt, it can be a foot
3     or more.
4  Q. Okay. Is interflow, in your opinion, a
5     spring?
6  A. No, it -- I mean, this -- this shallow flow
7     during a storm event isn't a spring, and then
8     the other flow that's migrating laterally in
9     unsaturated zone materials cannot exit to the
10    surface because there the pressure is
11    atmospheric, and the pressures in the
12    unsaturated zone are below atmospheric.
13        So you -- you don't get a head gradient
14    that would push flow to the surface in the
15    unsaturated zone.
16 Q. Okay. So for there to be a spring, the water
17    that discharges to the surface has to come
18    from the unsaturated zone?
19        MR. MAYHEW: Objection to the form of the
20    question.
21 A. No, opposite. It -- it has to come from the
22    saturated.
23    BY MR. SCHMIDT:
24 Q. I'm sorry, yeah, that's – I meant to say
25    saturated.

Page 97

1  A. Okay.
2  Q. So let's restate the question.
3        So for there to be a spring, the water
4     that's discharging to the surface has to come
5     from the saturated zone?
6  A. Yes, I think -- and that's the case at all
7     these Poland Spring sites. It's saturated
8     zone water that's flowing to the surface.
9  Q. Okay. And in terms of an aquifer, is an
10    aquifer entirely within the saturated zone, or
11    can some water from the unsaturated zone be
12    considered a part of the aquifer?
13 A. The –
14    MR. MAYHEW: Object – objection to the
15    form of the question.
16 A. – position of the water table oscillates up
17    and down through the seasons and with
18    precipitation events, and so on.
19        And in these aquifers, they're
20    unconfined, where the sand and gravel that is
21    the aquifer that – where it's saturated is
22    continuous all the way up to the land surface
23    at almost all these sites -- I think at all of
24    them.
25        So you would call that whole package the

Page 126

1      MR. MAYHEW: Objection to the form of the
2   question.
3      BY MR. SCHMIDT:
4   Q. That's -- is that correct?
5   A. I am interpreting, from what I read in the FDA
6   definition, that where they say same
7   underground stratum, they're saying it must be
8   proved by a hydraulic connection test of some
9   unspecified method.
10     So I think it's pretty clear the intent
11  is a hydrogeologic unit or hydrogeologic
12  stratum, whatever terms you want to apply.
13  Q. Okay. And so my question now is, is it the
14  entire hydrogeologic unit or only a portion of
15  the hydro -- hydrogeologic unit where you can
16  establish a connection using a pump test?
17     MR. MAYHEW: Objection to the form of the
18  question.
19  A. They -- they --
20     MR. MAYHEW: Is -- is what?
21     MR. SCHMIDT: Can you read the question
22  back --
23     MR. MAYHEW: Sorry, can you read the
24  question back?
25     MR. SCHMIDT: -- please, so -- to clear

Page 127

1   up Tom's confusion?
2      (The last question was read back.)
3   A. Well, they did not require a pump test, and
4   they were pretty clear about that in the
5   comments that they did not want to specify a
6   particular method for establishing hydraulic
7   connection.
8      So the method of knowing if you're in the
9   same hydrogeologic stratum or unit is some
10  technique for measuring hydraulic connection.
11  So it's quite possible you could be in the
12  same aquifer layer, but, say, two miles away,
13  something huge, like, say, Hollis, that
14  glaciomarine delta, you could put a well in
15  miles away from any of the springs and pump it
16  and not measure drawdown in piezometers
17  underneath the springs, and so, therefore,
18  it's not going to meet it.
19     BY MR. SCHMIDT:
20  Q. Okay.
21  A. You have to be able to establish that
22  measurable hydraulic connection.
23  Q. Okay. So same stratum does not mean the
24  entire aquifer or the entire hydrogeologic
25  unit, in your opinion. It means only that

Page 128

1   portion of the aquifer or hydrogeologic unit
2   that is connected using a pump test or other
3   means to both the well and the spring?
4      MR. MAYHEW: Objection to the form of the
5   question.
6   A. No, you're -- you're merely doing a test to
7   see is the well connected to the spring, the
8   borehole to the spring. You're not saying any
9   particular region. It doesn't give you that.
10  It just says that those two things are being
11  fed by the same hydrogeolog -- hydrogeologic
12  unit.
13     BY MR. SCHMIDT:
14  Q. Okay. I'm just trying to understand your
15  testimony.
16     You testified earlier that same stratum,
17  same underground stratum means same aquifer or
18  same hydrogeologic unit, and now I'm just
19  asking, could there be a situation where same
20  stratum doesn't mean the entire hydrogeologic
21  unit because you have been unable to connect
22  the well and the spring?
23     MR. MAYHEW: Objection to the form of the
24  question and mischaracterizes.
25     THE DEPONENT: Could you please read that

Page 129

1   again?
2      (The last question was read back.)
3   A. Yeah, I think that if you fail that hydraulic
4   connection test, then you fail to meet this
5   same underground stratum sentence.
6      BY MR. SCHMIDT:
7   Q. Okay. So underground stratum does not mean
8   aquifer.
9      MR. MAYHEW: Objection to the form of the
10  question.
11  A. How do you draw that conclusion?
12     MR. MAYHEW: He's -- he's arguing the
13  case. It's -- you don't -- wait for a
14  question and then answer the question.
15     THE DEPONENT: Sorry.
16     BY MR. SCHMIDT:
17  Q. So I'm just -- I'm try --
18     MR. MAYHEW: He -- and you're right that
19  he just made a statement and didn't ask you a
20  question.
21     BY MR. SCHMIDT:
22  Q. So if the same underground stratum means the
23  same aquifer, it would mean same aquifer
24  regardless of whether you could prove a hydro
25  -- hydraulic connection or not, right?

Page 130

1    MR. MAYHEW: Objection to the form of the
2    question.
3  A. I -- I don't see where that comes into play at
4    all. You -- you have to do some sort of a
5    test to establish hydraulic connection. If
6    you fail that, you're out.
7    BY MR. SCHMIDT:
8  Q. Even if the well and the spring are in the
9    same aquifer?
10 A. Yes, you could -- you could -- like I did that
11    hypothetical of a well miles away, but in the
12    same glaciomarine delta.
13 Q. Okay. But if you could do a pump test --
14 A. That fails that test.
15 Q. -- if you could do a pump test to connect that
16    well miles away by pumping the well hard
17    enough, then it passes the test.
18    MR. MAYHEW: Objection to the form of the
19    question.
20 A. You probably couldn't pump it hard enough to
21    connect them.
22    BY MR. SCHMIDT:
23 Q. Well, if you had the technological means to do
24    it and you did it, would it then be -- would
25    it then meet the test and --

Page 131

1  A. Not everywhere in a particular aquifer is
2    hydraulically connected. I was describing how
3    you could have a surface water -- well, let's
4    say you -- I don't know -- you had a big
5    wetland and stream that ran diagonally across
6    this page here, and you had a spring over
7    here, and you pumped a borehole way over here,
8    you'd probably never be able to propagate that
9    head change under the wetland and stream and
10    over into this territory.
11    So hydraulic connection isn't saying
12    everywhere in this particular aquifer or
13    hydrogeologic unit. It's -- it's specific to
14    this spring, that borehole. Those are
15    hydraulically connected.
16 Q. Okay. So -- so the sentence to you means the
17    same aquifer as shown by a measurable
18    hydraulic connection using a hydrogeologically
19    valid method.
20    MR. MAYHEW: Objection to the form of the
21    question.
22 A. I take them at their word and say, well,
23    that's what they mean by underground stratum.
24    BY MR. SCHMIDT:
25 Q. Now, there are often many distinct geological

Page 132

1    strata within a sand and gravel aquifer, like
2    those that exist at Nestle's sites, right?
3    MR. MAYHEW: Objection to the form of the
4    question.
5  A. Definitely, and if you look at -- towards the
6    end of Chapter 2, Figure -- Page 32, I
7    believe, of my report, these are two vertical
8    cuts in gravel pits, the upper one in Ohio in
9    glacial outwash plain deposit, the lower one
10    in Alfred, Maine, which is pretty close to
11    Hollis, and that's a very similar deposit,
12    glaciomarine delta.
13    And you can see that there are lots of
14    lenses whose character varies from cobbly,
15    sandy gravel to fairly uniform fine to medium
16    sand here, and none of these things is
17    aerially extensive enough that you could very
18    easily correlate this lens over here to a
19    borehole 300 feet away.
20    And I know in Dr. Siegel's deposition, he
21    pointed to this lower figure, and he pointed
22    to, about a quarter of the way down, a coarse,
23    cobbly lens, and he said that's a stratum.
24    But if you look at the scale, there's a
25    shovel in the bottom of the image, that

Page 133

1    particular cobbly, gravelly lens or layer is
2    about 10 inches thick, and that can't be the
3    scale at which we're trying to define
4    underground stratum.
5  Q. By we in the end part of your answer, are you
6    referring to Nestle, or are you referring to
7    the FDA?
8  A. I'm talking to -- about the FDA and any
9    applicants trying to establish, you know, and
10    satisfy that regulation.
11 Q. Well, maybe the answer is that they just can't
12    satisfy the regulation. Did you think about
13    that?
14    MR. MAYHEW: Objection to the form of the
15    question.
16 A. I didn't really because we're talking about a
17    lot of spring water sites in Maine where we
18    have deposits that the saturated thickness of
19    them is on the order of 60 feet, which is
20    fairly thin, and there's variation like you
21    see in these figures throughout these
22    deposits, and the logical hydrogeologic unit
23    or stratum is the entire saturated zone
24    because water can percolate between these
25    different layers, and it does.

Page 134

1    And a hydraulic connection test with a
2    pumping test is testing that very same
3    character, that water can easily migrate
4    between and throughout all of these different
5    kinds of lenses.
6    BY MR. SCHMIDT:
7  Q. In that sentence, what does the phrase
8    hydrogeologically valid method mean?
9       MR. MAYHEW: Objection to the form of the
10   question.
11 A. They did not define it.
12      BY MR. SCHMIDT:
13 Q. Do you have a –
14 A. But –
15 Q. – a definition of it yourself?
16 A. Well, I know what techniques are widely used
17   for that purpose.
18      A pumping test and then measuring a head
19   drop in a piezometer right below a spring is
20   one such valid method.
21      Another would be a pumping test where,
22   instead of measuring head in the piezometer,
23   you measure the discharge away from the
24   spring, but you to have the right topography
25   in order to implement that one. You have to

Page 135

1    have a -- a channel downstream of it that you
2    can easily dam up and create a weir or a
3    flume, and a whole lot of these sites don't
4    have that. They're more level ground,
5    wetland. You'd destroy the landscape to try
6    to create a weir in that.
7       So the -- the first method, using a
8    piezometer under the spring, is applicable
9    everywhere and, in many ways, simpler. You
10   don't have to mess up the environment of the
11   spring.
12      MR. MAYHEW: Is this a good time for a
13   break?
14      MR. SCHMIDT: A couple more questions.
15      BY MR. SCHMIDT:
16 Q. Now, you agree that the FDA said that not all
17   methods are hydrogeologically valid for all
18   geographic regions of the United States.
19      MR. MAYHEW: Objection to the form of the
20   question.
21 A. I do recall reading a phrase like that. You
22   know, if you want to point out exactly where
23   it is in -- I guess that's in the discussion
24   comments?
25      MR. MAYHEW: Don't guess.

Page 136

1    BY MR. SCHMIDT:
2  Q. Well, you say it yourself in your report at
3    Page 11, the first full paragraph, last
4    sentence, FDA intentionally did not specify
5    which methods are valid.
6       MR. MAYHEW: Objection to the form of the
7    question.
8  A. Can you point me to where?
9       BY MR. SCHMIDT:
10 Q. Yeah, first full sentence -- first full
11   paragraph that starts, the FDA bases the
12   determination.
13 A. Hm-hmm.
14 Q. Okay. In the second sentence, you say, FDA
15   intentionally did not specify which methods
16   are valid, and you cited Page 57093 of the
17   supplementary information.
18      Okay. So you agree with that statement,
19   correct?
20      MR. MAYHEW: Objection to the form of the
21   question. What's -- agree with what
22   statement?
23 A. I'm confused.
24      BY MR. SCHMIDT:
25 Q. Okay. You agree that the FDA said that not

Page 137

1    all methods are valid in every geographic
2    region.
3  A. Yeah, I read it there, and what I just said
4    about trying to use a flume or a weir, that
5    doesn't work in every geologic setting.
6  Q. Okay.
7  A. So it's kind of agreeing, that second sentence
8    I have there.
9  Q. Okay. Is there any situation where a pump
10   test is not a val -- hydrogeologically valid
11   method in sand and gravel aquifers, in your
12   opinion?
13 A. I don't know. I only looked at the ones that
14   were performed at these sites, and they were
15   hydrogeologically valid.
16 Q. And they were hydrogeologically valid because
17   they successfully connected the well to the --
18   to the piezometer?
19      MR. MAYHEW: Objection –
20 A. No.
21      MR. MAYHEW: – to the form of the
22   question.
23 A. Because the method itself is valid. You pump
24   a well at Location A, you measure a head
25   change, which is a pressure response, at Point

Page 142

1  Q.  Now, isn't there something called reaching
2      chemical equilibrium within a flow path?  So,
3      for example, if you had a limestone aquifer at
4      -- over time, the chemistry would -- would
5      pretty much reach equilibrium so that you can
6      put a well in the aquifer that would, within
7      margin -- small margins of error, be the same
8      chemically as the water emerging from a
9      spring.
10         MR. MAYHEW:  Objection to the form of the
11     question.
12 A.  That may be possible in some settings where
13     you have really long residence times, and, you
14     know, every dissolution reaction, different
15     minerals, they have different rates and
16     kinetics, so -- but, in general, dissolution
17     of minerals is a slow process, and in these
18     sand and gravel aquifers in Maine, which is a
19     humid place and these deposits are quite
20     permeable and not extensive, you know, they're
21     to thousands of feet, but not a lot more, the
22     water is -- I'd say none of these waters are
23     approaching equilibrium because it's going to
24     take a lot longer than these waters get in the
25     subsurface.

Page 143

1      BY MR. SCHMIDT:
2  Q.  Okay.  So in a sand and gravel aquifer, it's
3      harder to reach chemical equilibrium in a flow
4      path than it is in, say, a rock formation.
5         MR. MAYHEW:  Objection to the form of the
6      question.
7  A.  Yeah, I -- I would need specific details about
8      what's being compared here because, I mean,
9      you have aquifers in Australia where the
10     residence time is millions of years, and
11     residence times here are probably on the order
12     of tens, hundreds, maybe a few thousand of
13     years at the most.
14     BY MR. SCHMIDT:
15 Q.  Okay.  So same composition and quality doesn't
16     really mean literally the same, in your
17     opinion, right?
18 A.  No --
19        MR. MAYHEW:  Objection to the form of the
20     question.
21 A.  -- it can't because there is variation for all
22     these different reasons I've cited.
23     BY MR. SCHMIDT:
24 Q.  Okay.
25 A.  You can't expect same exact.

Page 144

1  Q.  So is it your opinion that the water just has
2      to be similar enough to show that the well and
3      spring are growing water from the same
4      aquifer?
5  A.  From the same hydrogeologic stratum that
6      you've demonstrated with a hydraulic
7      connection, as well.
8  Q.  Okay.
9  A.  I think they have to be similar enough that,
10     using good judgment, you could say these are
11     coming from the same hydrogeologic stratum.
12 Q.  Okay.  Now, your opinion is that the source of
13     both the well and the spring at these sites is
14     in the same hydrogeologic stratum; is that
15     fair to say?
16 A.  Yes.
17 Q.  Okay.  But isn't, under the standard of
18     identity, the source the spring, not the
19     hydrogeologic stratum?
20        MR. MAYHEW:  Objection to the form of the
21     question.
22 A.  I'm puzzled when my understanding of source is
23     that it's the underground formation that
24     delivers water to the spring or to the
25     borehole.

Page 145

1      BY MR. SCHMIDT:
2  Q.  Now, if you were to bottle water at the spring
3      as opposed to from a well, the spring itself
4      would be the source, right?
5         MR. MAYHEW:  Objection to the form of the
6      question.  The source of what?
7  A.  Yeah, I'm not sure what you mean.
8      BY MR. SCHMIDT:
9  Q.  Of the water -- of the spring water being put
10     in the bottles.
11 A.  The source is a borehole that taps an aquifer
12     -- well, the source is the aquifer or the --
13 Q.  I'm going to stop you because that's not my
14     question.
15        My question was, if you bottled spring
16     water at the spring itself --
17 A.  Oh, oh.
18 Q.  -- not from a borehole --
19 A.  Okay, hypothetically.
20 Q.  -- isn't the source the spring?
21        MR. MAYHEW:  Objection to the form of the
22     question.
23 A.  Well, that's another use of the word source,
24     but I'd say in what I'm referring to as source
25     or hydrogeologic unit, I'm talking about the

Page 174

1    faster rate of discharge coming out of the
2    coarser materials than the surrounding finer
3    materials.
4  A. Okay.
5  Q. Okay. So at Poland Spring, do you have any
6    evidence of pipeflow occurring at that site?
7       MR. MAYHEW: Objection to the form of the
8    question.
9  A. I don't like the word pipeflow. That, to me,
10    means open pipes, like in a limestone that's
11    been dissolved and there are large voids or
12    lava tubes within a basalt. That's – I don't
13    know. The pipeflow doesn't seem apt
14    because –
15    BY MR. SCHMIDT:
16  Q. Okay.
17  A. – this doesn't behave like a pipe.
18  Q. Okay. Well, there certainly – it certainly
19    creates a faster preferential flow path,
20    correct?
21  A. Heterogenous materials will al -- always have
22    faster flow in the higher conductivity lenses,
23    slower flow in the lower conductivity lenses.
24  Q. Okay. Now, are there any – do you have any
25    evidence of any location at Poland Spring

Page 175

1    where there's that sort of preferential flow
2    path emerging at the surface?
3  A. I have all those ice anomaly photographs that
4    show that it's distributed irregularly.
5  Q. Okay. But does that come from a preferential
6    flow path?
7  A. It comes from a higher rate of groundwater
8    discharge to the shallow shoreline waters that
9    leads to a big unfrozen area compared to some
10    other area nearby that's still – that's
11    frozen.
12  Q. Okay. But you don't know how long that
13    preferential flow path is –
14       MR. MAYHEW: Objection.
15    BY MR. SCHMIDT:
16  Q. – at – at Poland Spring?
17       MR. MAYHEW: Objection to the form of the
18    question.
19  A. No, you – at that scale, you'd have to
20    dissect the whole place with a backhoe, and I
21    don't know how you would know the geometry of
22    these lenses.
23    BY MR. SCHMIDT:
24  Q. Okay. Are there any orifices that have
25    visible holes or cracks?

Page 176

1       MR. MAYHEW: Objection to the form of the
2    question.
3  A. Orifices by my definition?
4    BY MR. SCHMIDT:
5  Q. No, by Dr. Siegel's, that require a hole or a
6    crack or a visible point of emergence.
7       MR. MAYHEW: Objection to the form of the
8    question.
9  A. Um, generally, I did not see sand boils, and,
10    of course, you don't get cracks in
11    unconsolidated materials unless it's silty
12    clay, or something, and then you can get
13    fissures. But –
14    BY MR. SCHMIDT:
15  Q. Okay. At the – the Poland Spring areas that
16    you claim are springs, was there horizontal or
17    laterally flowing water, as well as upwardly
18    discharging water?
19       MR. MAYHEW: Objection to the form of the
20    question.
21  A. The land surface where groundwater is
22    discharging is very nearly horizontal. The –
23    the shorelines here are – there may be like a
24    little vertical or steeper portion above the
25    waterline, but once you hit the waterline and

Page 177

1    go under the standing water of the pond, the
2    slope is very gentle. Like almost all these
3    places where there were ice anomalies and
4    where I made temperature probe measurements
5    and estimates of vertical discharge, because
6    that surface is nearly horizontal and because
7    there's groundwater flow discharging through
8    that surface, most of the flow is upward, not
9    lateral.
10       It's – it's complex at the very landward
11    limit of, say, where the water table
12    intersects the land surface is just – let's
13    say, pond level is here, and there's a steep
14    bank that goes up like that, the water table
15    comes in almost exactly at the pond level. So
16    right at that corner, there's kind of faster
17    flow than elsewhere, just from the geometry of
18    the situation, but it turns and goes upward
19    where it's discharging.
20  Q. Well, some of the springs you claim exist at
21    the Poland Spring site are right along the
22    steep bank of an esker, aren't they?
23  A. They are -- yeah, these ice anomalies were
24    just offshore, you know, the – the – the
25    water nearest the steep bank of the esker, if

Page 178

1  you're talking about the ones on the west side
2  of the lagoon, say, right where that – and
3  the water table going in under that esker, it
4  – it's very nearly flat. This is so
5  permeable, this stuff, the slopes of the water
6  table are the point – the gradient is .002 or
7  3, something like that. It's very --
8  Q. Well, isn't --
9  A. – nearly double.
10 Q. – there always a water table mound within an
11    esker?
12 A. Not necessarily at the Dallas site, for
13    example, there's – there's not a – a crest
14    of a mound. It's – it's flowing across
15    through that esker.
16 Q. How would you know that if there were no water
17    table wells telling you how high the water
18    table was within the esker?
19 A. I guess you wouldn't. You need data.
20 Q. Same thing at Poland Spring, right, you can't
21    say that there's no water table mound within
22    the esker if you don't have water table wells
23    telling you where the water table is, right?
24 A. Right, but we do have wells that tell you the
25    hydraulic head in the aquifer as you go

Page 179

1  laterally away from the shorelines there.
2  Q. Okay. So if you look at your pictures on
3  Page 38, 39, 40, 41 at the top, those are all
4  very hilly areas that intersect with the
5  surface water, correct?
6  A. Oh, it's a modest amount of topography, 20,
7     30 feet right there.
8  Q. So wouldn't those hills next to the surface
9     water, where water is discharging, include
10    some water that's discharging hori --
11    horizontally?
12 A. I think you're confusing topography with
13    saturated zone. The – underneath these
14    uplands, the hydraulic head in the aquifer is
15    only inches above lake level. It's not flat.
16    It's bowed upward because there's recharge,
17    and it is driving water towards the lake.
18       But because it's so transmissive, there
19    isn't a whole lot of relief to the water
20    table. It's – so you've got to look at very
21    subtle differences in -- in head.
22 Q. Well, isn't there going to be interflow coming
23    out of the unsaturated zone at these – at the
24    Poland Spring site?
25 A. I think that would be trivial if – if it even

Page 180

1  exists. Deposits this permeable recharge –
2  or water in the unsaturated zone is pulled
3  downward quite effectively and vertically by
4  gravity.
5  Q. If you have a recent precipitation event, a
6     storm or snowpack melt, that would create
7     interflow, that would then discharge at – at
8     the surface water interface, right?
9  A. During spring snowmelt, you could -- could get
10    that shedding off the hills.
11 Q. Or even if there was – there was an
12    abnormally high morning temperature that could
13    melt some snow and that would sink into the
14    ground and emerge laterally at – at the water
15    table level, right -- at the water surface
16    level?
17       MR. MAYHEW: Objection to the form of the
18    question.
19 A. The – you're talking about things happening
20    instantly, like the – the snowpack melts,
21    water percolates vertically downward, and then
22    migrates substantial lateral distances to the
23    shoreline on the same morning?
24 BY MR. SCHMIDT:
25 Q. (Nodding head up and down.)

Page 181

1  A. But, no, I think it would take longer, yeah.
2     I mean, during a precipitation event, where
3     it's melting a bunch of the snow and it's
4     flowing over the land surface, that's –
5     that's a more instant kind of process.
6  Q. Okay. But the – during a snowmelt, there
7     would be water accumulating under the snowpack
8     that would go as overland flow into the lake,
9     right?
10 A. Could possibly.
11    MR. MAYHEW: Objection to the form of the
12    question.
13 BY MR. SCHMIDT:
14 Q. All right. At the Poland Garden site, are
15    there any orifices, as Dr. Siegel described
16    them, with visible holes or cracks?
17    MR. MAYHEW: Objection to the form of the
18    question.
19 A. There were orifices, as I described them, like
20    the surface area through which the groundwater
21    discharge comes, but not orifices, like a
22    dictionary definition, of a hole or an opening
23    or a crack.
24 BY MR. SCHMIDT:
25 Q. Okay. I'm only asking about that definition

### Page 182

1  right now.
2  A. Okay.
3  Q. I understand what your opinion is.
4     Were there any sand boils or quicksand at
5  that site?
6  A. I can't say that I've surveyed all of those
7  spring areas well enough to say that there
8  aren't.
9  Q. Okay. Well, let's focus then on the areas
10  that your client has claimed in the past or
11  currently are tied to the wells.
12  A. Okay, so Springs A, B, C.
13  Q. So-called Springs A, B, and C, yes.
14     Did you see any sand boils or quicksand
15  at those locations?
16  A. I didn't see -- for the parts that I was able
17  to explore, Springs A and B, it's deep water,
18  and I haven't been able to really survey the
19  bottom of that.
20     Spring C, it was very soft, spongy,
21  organic matter. It's not exactly quicksand,
22  but you could walk out there and sink into
23  your knees.
24  Q. Now, at the -- those locations A, B, and C,
25  are there -- is there any lateral flow, as

### Page 183

1  well as upward flow?
2  A. That is similar to what I've described before,
3  but even more so because the topography is
4  really flat. I'm thinking Spring C,
5  particularly, topography's very flat, and the
6  water table is super flat. That's a very
7  conductive, transmissive aquifer.
8     So that where the groundwater discharge
9  to the surface is happening, there's a sharp
10  turning upwards, and it has to be flowing
11  upwards or have a strong upward component to
12  emerge at the surface because the surface is
13  horizontal.
14  Q. Okay. That site floods frequently, correct?
15  A. Yes, I -- I have seen it in flood mode --
16  Q. And --
17  A. -- a couple of times.
18  Q. -- I believe in your report, you say that when
19  it floods to a certain point, that the surface
20  water actually infiltrates the ground near the
21  Spring C area, correct?
22  A. There were a couple of points in my report.
23  There's a figure, um --
24  Q. That's okay. We don't need -- need to do
25  that. It's just basically a yes or no

### Page 184

1  question.
2  A. Well, there is a figure --
3  Q. When it floods --
4  A. -- in my report of piezometer heads versus
5  surface water level, the difference between
6  that.
7  Q. Okay.
8  A. And over the roughly two-year period in that
9  figure, there were only a handful of
10  measurements where the head in the surface
11  water was higher than the head in the
12  piezometer.
13     So for those few readings, there was a
14  downward component of flow. But all the other
15  readings, there was upward flow.
16  Q. Okay. So once -- when there's downward flow,
17  eventually that downward flow from the
18  flooding surface water comes back up as part
19  of the upward discharge, correct?
20     MR. MAYHEW: Objection to the form of the
21  question.
22  A. Well, during a spell -- a short spell of
23  downward hydraulic gradients and downward
24  flow, some surface water is pushed downward
25  into the saturated zone, and then when you go

### Page 185

1  back to what's the normal mode for
2  90-something percent of the time, that water
3  would change course, reverse course, and go
4  back up to the surface.
5  BY MR. SCHMIDT:
6  Q. Okay. In the Hollis canal area, again,
7  focusing on the claimed springs that are tied
8  to their wells, were there any holes or crack
9  type of orifices?
10  A. No.
11  Q. Within the canals at the areas tied to the
12  wells, were -- were there any natural boils or
13  quicksand?
14  A. I can't recall. There -- there may have been,
15  and, also, spring areas that were between the
16  canals and Borehole 4, there were -- there
17  might have been sand boils. I -- I didn't
18  canvass the whole area to make sure I've
19  covered it all, but there was very vigorous
20  upward flow, and there may well -- and there
21  was sand exposed in some of the channels, so
22  there may well have been sand boils.
23  Q. But you didn't record any sand boils in those
24  locations?
25  A. I'd have to go back and look at all the

Page 186
1   videos.
2   Q.  So at the -- the ravine by Borehole 6, or the
3       gully I think is the better term, were there
4       any hole or crack types of orifices?
5   A.  No, it was all granular.
6   Q.  And were there any boils or quicksand there?
7   A.  Again, I didn't canvass the whole spring area
8       to look for that in particular.  I didn't feel
9       the need to because the total discharge coming
10      to the surface there was quite large and
11      impressive.
12  Q.  Okay.  So the answer to my question is, no,
13      that you have not seen any there.
14  A.  But I haven't also done a thorough search for
15      them.  They could be there.
16  Q.  Now, at the gully location, is there lateral
17      flow discharging into that stream there along
18      with upwardly discharging groundwater?
19  A.  At the very margins of the spring orifice, as
20      I would call it there, there's horizontal
21      components to flow, but over the -- the main
22      spring areas, the under side, the surface is
23      not perfectly horizontal, but it's close.  So
24      that means you have to have components of flow
25      normal to that surface to get spring

Page 187
1       discharge.
2   Q.  Okay.
3   A.  So it's a lot of upward component, and the
4       temperature probe result I got there was -- I
5       forget the number, but it was large, many feet
6       per day.
7   Q.  And that -- that horizontal component of the
8       flow into the gully stream, that included some
9       interflow, right?
10  A.  Again, I would say unlikely that that was at
11      all significant given the high conductivity of
12      these sand and gravel materials.  Unsaturated
13      zone water in such conductive materials goes
14      vertically downward pretty easily.
15  Q.  Okay.  But regardless of whether it's
16      significant or not, there was interflow
17      necessarily part of the horizontal component
18      there, right?
19          MR. MAYHEW:  Objection to the form of the
20      question, vague as to time.
21          THE DEPONENT:  Could that be repeated,
22      please?
23          (The last question was read back.)
24  A.  It may be zero.  I -- I don't know.
25      BY MR. SCHMIDT:

Page 188
1   Q.  Yeah.  You never --
2   A.  I didn't study that.
3   Q.  Okay.  Okay.  At the -- the Denmark site, is
4       there any hole or crack type of orifice?
5   A.  No, again, that was all sandy.
6   Q.  And there were no boils or quicksand, correct?
7   A.  No, there -- there were boils right by Spring
8       1.  Just on the south edge of the same pool
9       that's formed there, there was a sand boil.
10  Q.  And when did you see that?
11  A.  Almost every time I came out there.
12  Q.  And did you record it almost every time you
13      did recording at the site?
14  A.  I believe I have videos showing that water --
15      there's kind of a fan of sand coming out from
16      the edge of that pool.
17  Q.  Is it a -- is it a fan, or is it a boil?
18  A.  It's probably both.
19  Q.  Okay.  Now, at Denmark, there's lateral flow,
20      as well as upward discharge flow into the
21      wetland at the so-called spring areas?
22          MR. MAYHEW:  Objection to the form of the
23      question.
24  A.  It is -- in that one, there's very broad
25      horizontal distance over which these springs

Page 189
1       occur from near the toe of the esker slope,
2       50, a hundred feet, and more, out to where a
3       lot of this discharge collects in channels,
4       and there's springs all over that distance,
5       and in that stretch, it's predominantly upward
6       component of flow, because the surface it's
7       flowing towards is nearly horizontal.
8       BY MR. SCHMIDT:
9   Q.  All right.
10  A.  There may be a small contribution that's
11      nearly horizontal way at the upward limit of
12      what I'd call the spring orifice, but it's
13      small, way small, compared to the upward
14      components over the rest of the area.
15  Q.  Now, at Pierce Pond, focusing on the SP-6 and
16      SP-7 areas that Nestle has tied to its wells,
17      did you see any orifices with holes or cracks
18      at those two locations?
19  A.  No.
20  Q.  And given the slope there, the water that's
21      emerging into the brook there is going to
22      include some lateral flow, as well as upwardly
23      discharging flow, right?
24          MR. MAYHEW:  Objection to form.
25  A.  It's like the other sites, though, the water

Page 190

1  table slope coming into the edge of the river
2  is very nearly horizontal, and you do have
3  horizontal components of flow as you approach
4  the land surface on the bottom of the stream,
5  but it quickly turns, and it – there's kind
6  of a high velocity turn right at that corner.
7      BY MR. SCHMIDT:
8  Q. Okay. At the Lincoln site, focusing on the
9      LSP-1 area that was tied to the wells, were
10     there any hole or crack types of orifices?
11 A. No, you couldn't see them through – the water
12     was flowing up through a layer of organic
13     silt, which is decomposed organic matter and
14     organic matter near the surface that's not yet
15     fully decomposed.
16 Q. Okay. And the slope there off the edge of –
17     of the esker is about 60 feet, right, 60 foot
18     high?
19      MR. MAYHEW: Objection to the form of the
20     question.
21 A. So you're talking about the esker slope?
22      BY MR. SCHMIDT:
23 Q. Yes.
24 A. It -- I don't know. I'd have to look at the
25     topographic map, but it – it's sizable

Page 191

1  height. But that slope comes down, and then
2  there's kind of a – an abrupt kink, and it
3  goes to a much more nearly horizontal surface
4  over towards where the organic matter starts,
5  and there are springs in that short stretch of
6  nearly horizontal territory.
7  Q. And is lateral flow a component of the water
8     that's emerging at the LSP-1 location?
9      MR. MAYHEW: Objection to the form of the
10     question.
11 A. My – my intuition tells me there's a very
12     tiny lateral component right at that corner
13     where the area of the spring discharge is, and
14     that over almost all of the area, it's – the
15     dominant mode is upward flow.
16     BY MR. SCHMIDT:
17 Q. Okay. Let's turn – excuse me – to Page 4 of
18     your report.
19      Okay. You cite a number of sources there
20     for your belief that a spring is any discharge
21     of water to the surface of the earth, correct?
22      MR. MAYHEW: Objection to the form of the
23     question, mischaracterizes.
24 A. These references, this long list, are all
25     presenting spring definitions that are quite

Page 192

1  similar to the FDA's first sentence where it
2  says a spring is a natural flow of water from
3  the earth – oh, no, that's Webster, but
4  something like that in the first sentence.
5  Water derived from an underground formation
6  from which water flows naturally to the
7  surface of the earth.
8      And all of these references on Page 4 in
9      that bullet list support a similar definition
10     of spring.
11     BY MR. SCHMIDT:
12 Q. Okay. So you agree that the FDA cited a
13     dictionary to define a spring, right?
14 A. I don't know where they came up with that, you
15     know, whether they looked at a lot of
16     textbooks, as well, or the USGS. They didn't
17     specify what their source was.
18 Q. Okay. Of all the bulleted authorities that
19     you cite there, do you agree that none of them
20     was actually focused on what the FDA
21     definition of a spring was?
22      MR. MAYHEW: Objection to the form of the
23     question.
24 A. No, these – these are just using definitions
25     of a spring that have kind of naturally

Page 193

1  developed in the course of studying
2  groundwater that a lot of textbooks and the
3  USGS and others used, and I assume the FDA
4  also chose to go with the flow, so to speak,
5  on a spring definition.
6      BY MR. SCHMIDT:
7  Q. Okay. Let's turn to Exhibit 6, which is the
8     FDA's proposed rule at 58 Federal Register
9     393.
10 A. Okay.
11 Q. Did you consider the FDA's proposed rule in
12     connection with preparing your report?
13 A. So this is an earlier edition of the FDA
14     spring water definition?
15 Q. The FDA defined spring water in 1995, correct?
16      MR. MAYHEW: Objection to the form of the
17     question.
18 A. I don't know the date, but –
19      BY MR. SCHMIDT:
20 Q. Okay. Well, if you look at – in Exhibit 5,
21     that's the promulgation of the rule and the
22     FDA supplementary information that you said
23     you've read, right?
24      MR. MAYHEW: Objection to the form of the
25     question.

```
 1                    STATE OF MAINE
 2         I, Julie G. Edgecomb, RMR, CRR, a Notary
 3    Public in and for the State of Maine, do hereby
 4    certify that pursuant to notice there came before
 5    me on November 7, 2023, the following-named person
 6    to wit:  CHARLES R. FITTS, Ph.D., who was duly
 7    sworn to testify to the truth and nothing but the
 8    truth; that he was thereupon carefully examined
 9    upon his oath and his examination reduced to
10    writing under my supervision; that this deposition
11    is a true record of the testimony given by the
12    witness.
13         I further certify that I am neither attorney
14    nor counsel for, nor related to, nor employed by
15    any of the parties to the action in which this
16    deposition is taken, and further, that I am not a
17    relative or employee of any attorney or counsel
18    employed by the parties hereto, or financially
19    interested in this action.
20         IN WITNESS WHEREOF, I have hereunto set my
21    hand this   21st   day of   November  , 2023.
22
24
                              Julie G. Edgecomb, RMR, CRR
25    My Commission Expires
      July 19, 2030
```

Errata Sheet

NAME OF CASE:              Mark J. Patane, et al. vs Nestle Waters North America, Inc.

DATE OF DEPOSITION:        11/07/23 and 11/08/23

NAME OF WITNESS:           Charles Fitts

| Day One – November 7, 2023 ||||| 
|---|---|---|---|---|
| PAGE | LINE | CHANGE FROM | CHANGE TO | REASON FOR CHANGE |
| 11 | 23 | "hands, say, with" | "hands, say, like with" | Clarification |
| 13 | 17 | "do" | "did" | Clarification |
| 17 | 3 | "that" | "the" | Clarification |
| 18 | 5 | "was" | "were" | Clarification |
| 23 | 8 | "screen" | "screened" | Clarification |
| 30 | 22 | "of" | "from" | Clarification |
| 44 | 6 | "They may add additional, but they – they don't take away" | "They may require less than the federal standard, but not more" | Correcting a misspeaking error, which I later corrected; see 44:25-45:8 ("I think I may have flipped my words in a previous answer") |
| 49 | 8 | "solids" | "solids and" | Clarification |
| 50 | 10 | "grayish" | "gray" | Clarification |
| 50 | 11 | "of" | "of whether" | Clarification |
| 66 | 19 | "I guess in the subterranean or subaqueous" | "I guess in the subaqueous" | Correcting a misspeaking error |
| 68 | 7-8 | "Not all wetlands, all areas of wetlands have upward discharge" | "Not all areas of wetlands have upward discharge.  There are some wetlands where it's coming out in certain parts of it and going out in others." | Clarification |
| 82 | 17 | "phrase, may be" | "phrase in the standard of identity" | Clarification |
| 83 | 5 | "water" | "groundwater" | Clarification |
| 87 | 18 | "under" | "onto" | Transcription error |
| 107 | 7 | "term" | "terms" | Clarification |
| 108 | 17 | "interconnected hydraulically" | "hydraulically interconnected" | Clarification |
| 108 | 18 | "say" | "say these are" | Clarification |
| 108 | 19 | "case of Maine, sand and gravel aquifers," | "case of Maine sand and gravel aquifers," | Clarification |
| 113 | 5 | "Point D – B" | "Point B" | Clarification |
| 113 | 18 | "Point A" | "Point B" | Correcting either a misspeaking error or a transcription error |
| 113 | 20-21 | "induced here could certainly propagate to here" | "induced at Point A could certainly propagate to Point B" | Clarification of the record where I was gesturing |
| 117 | 20 | "tracer" | "tracer tests" | Clarification |

| 132 | 12 | "glaciomarine" | "a glaciomarine" | Clarification |
|---|---|---|---|---|
| 141 | 15 | "differences in variation" | "differences and variation" | Correcting either a misspeaking error or a transcription error |
| 142 | 21 | "to" | "up to" | Clarification |
| 151 | 16-17 | "Pipe or" | "Piper" | Transcription error |
| 153 | 11 | "Pipe or" | "Piper" | Transcription error |
| 153 | 14 | "parallel" | "similar" | Clarification |
| 170 | 12 | "neither A, nor B.  A," | "neither Winter's panel A, nor panel B.  In panel A," | Clarification |
| 170 | 14 | "That the" | "That" | Clarification |
| 178 | 6-7 | ".002 or 3" | ".002 or .003" | Clarification |
| 178 | 9 | "double" | "level" | Transcription error |
| 178 | 12 | "necessarily at the Dallas site," | "necessarily.  At the Dallas site," | Transcription error |
| 178 | 14 | "of" | "or" | Transcription error. |
| 233 | 20 | "of these types, talk about nonrock spring" | "of these types talk about nonrock spring" | Clarification |
| 248 | 11 | "Hm-hmm" | "Yes" | Clarification |
| 253 | 25 | "calling a" | "saying" | Clarification |
| 264 | 4 | "thing" | "spring" | Clarification |
| 267 | 6 | "Piezometers 6 and 7" | "the piezometer 6 and 7" | Clarification |
| 278 | 6 | "Yeah, I – I have said, quite a bit earlier" | "I have said, quite a bit earlier" | Removal of the word "yeah" to clarify; "yeah" agrees with the objection, not the question. The remainder of my answer demonstrates that I do not agree with the premise of the question and am not opining on consumer sentiments and opinions, or what the FDA thinks, as the question calls for (see 278:7-8) |
| 316 | 17 | "handedly" | "handily" | Transcription error |
| 329 | 6 | "water in general" | "water" | Clarification |

### Day Two – November 8, 2023

| PAGE | LINE | CHANGE FROM | CHANGE TO | REASON FOR CHANGE |
|---|---|---|---|---|
| 18 | 15 | "where it" | "where it is" | Clarification |
| 31 | 8 | "presence" | "present" | Transcription error |
| 67 | 7 | "clear spring" | "Clear Spring" | Clarification |
| 73 | 16-17 | "things don't mingle and do this" | "pathlines don't mingle and mix transverse to flow" | Clarification of an answer made while gesturing |
| 76 | 3 | "mix" | "mix laterally" | Clarification |
| 81 | 9-10 | "same, every concentration of every constituent is identical" | "same, with the concentration of every constituent identical" | Clarification |
| 99 | 6 | "sample than that" | "sample than the other" | Clarification |

| | | | | |
|---|---|---|---|---|
| 117 | 24 | "groundwater being distributed." | "groundwater being distributed, but this is a legal question and so it is up to the judge." | Clarification; see 112:3-8. |
| 136 | 14 | "channel" | "channels" | Clarification |
| 154 | 9 | "communicating" | "communicating with lake water" | Clarification |
| 155 | 13 | "location" | "location shown in the figure on p. 54" | Clarification; see 155:19-156:2 |
| 155 | 15 | "location" | "location shown in the figure on p. 55" | Clarification; see 155:19-156:2 |
| 158 | 11 | "these" | "these photos" | Clarification |
| 163 | 2-3 | "shorelines that I pho- -- shown these photographs from had" | "shorelines shown in these photographs had" | Clarification |
| 163 | 10 | "but Figure" | "but the shoreline in Figure" | Clarification |
| 166 | 10 | "The March" | "In March" | Clarification |
| 167 | 11 | "margin" | "discharge" | Clarification |
| 173 | 22-23 | "We're seeing saturated" | "Saturated" | Clarification |
| 174 | 19 | "1 to 3" | "1 to 3 feet per day" | Clarification |
| 174 | 21 | "upward" | "upward specific discharges" | Clarification |
| 175 | 24 | "upper Middle near the Range Park --" | "near" | Clarification |
| 176 | 16 | "so you -- this is a little bit of kind of" | "and this is somewhat" | Clarification |
| 208 | 2 | ", slash," | "and/or" | Clarification |
| 221 | 25 | "truth in there" | "rough uncertainty" | Clarification |
| 242 | 16 | "wiggle and do this" | "wiggle and weave through the pores" | Clarification of an answer made while gesturing |
| 243 | 4 | "The" | "That" | Correcting a transcription error |
| 247 | 1 | "springs," | "springs and" | Clarification |
| 265 | 20 | "quarry" | "bowl" | Correcting a misspeaking error; see 265:22-266:5. |
| 284 | 10-11 | isosceles triangle, equilateral" | "equilateral triangle" | Clarification |
| 289 | 25 | "match issues, trying to indicate" | "match issues where the focus is on" | Clarification |
| 296 | 22 | "that's" | "that are" | Clarification |
| 299 | 8-9 | "It never knows that surface water invaded the upper few feet." | "That surface water invaded only the upper few feet." | Clarification |
| 300 | 9 | "flow is exiting" | "flow exiting" | Clarification |
| 300 | 10 | "flowing at substantial" | "flowing substantial" | Clarification |

Dated: 20 Dec 2023                         _Charles Fitts_
                                            Charles Fitts

I, CHARLES FITTS, do hereby certify that the foregoing testimony taken on **11/07/2023** and **11/08/2023**, is true and accurate to the best of my knowledge and belief.

20 Dec 2023
DATE

_____
CHARLES FITTS

At Portland _____ in said County of Cumberland _____ this day of Dec. 20, 2023 personally appeared CHARLES FITTS, and made oath to the truth of the foregoing answers by their subscribed.

Before me, Carrie A. Beedle _____, a Notary Public, in and for the State of Maine.

My Commission Expires: **CARRIE A. BEEDLE**
NOTARY PUBLIC
State of Maine
My Commission Expires
April 30, 2026

32640\16525931.1