# EXHIBIT 8

Excerpts from Deposition of Charles R. Fitts, Ph.D.
Nov. 8, 2023
("Fitts Tr. II")

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

CONFIDENTIAL
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK J. PATANE, JULIE    )   Case No. 17-cv-01381-JAM
HARDING, HEATHER         )
HARRIGAN, STEPHEN S.     )   ECF Case
SHAPIRO, CATHERINE       )
PORTER, ERICA RUSSELL,   )   CLASS ACTION
TINA MORETTI, BRIDGET    )
KOPET, JENNIFER S.       )
COLE, BENJAMIN A.        )
FLETCHER, DIANE BOGDAN   )
and PARESHKUMAR          )
BRAHMBHATT,              )
Individually and on      )
Behalf of All Others     )
Similarly Situated,      )
                         )
          Plaintiffs,    )
                         )
vs.                      )
                         )
NESTLE WATERS NORTH      )
AMERICA, INC.,           )
                         )
          Defendant.     )
                         )

* * * V O L U M E   II * * *

VIDEOTAPED DEPOSITION OF:

CHARLES FITTS, Ph.D.

Taken before Amy L.M. Jones, RPR, Notary

Public in and for the State of Maine, at

Pierce Atwood LLP, 254 Commercial Street,

5th Floor, Portland, Maine, on Wednesday,

November 8, 2023, commencing at 9:00 a.m.

Amy L.M. Jones, RPR
G&F Reporting, a Huseby company
75 York Street, Ste 2, Portland, ME  04101
scheduling@gandfreporting.com ~ (207) 854-5296
www.gandfreporting.com

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023                                                              Pages 22..25

Page 22

1      for identification.)
2  BY ATTY. SCHMIDT:
3  Q.  Professor Fitts, you cited this document in
4      your report; correct?
5  A.  Right.  I believe that image we were just
6      looking at may have come from that.
7  Q.  Okay.  Do you consider this document by Woodrow
8      Thompson to be an authoritative source on
9      Maine's glacial deltas?
10 A.  Yes, Woody Thompson's a very good glacial
11     geologist.
12         ATTY. SCHMIDT:  Let's mark as Fitts
13     Exhibit 23 a compilation consisting of a
14     surficial materials map of the Fryeburg
15     quadrangle together with enlargements of
16     photographs on that map and an enlargement of
17     the index to the map and an enlargement of the
18     area of Fryeburg where Nestle's Evergreen site
19     is located.
20         (Fitts Deposition Exhibit No. 23 marked
21     for identification.)
22         THE DEPONENT:  Thanks.
23 BY ATTY. SCHMIDT:
24 Q.  Have you seen Exhibit 23 before?
25 A.  Yes.

Page 23

1  Q.  And do you rely, in your work and your
2      experience in your consulting, on surficial
3      materials maps prepared by the Maine Geological
4      Survey?
5  A.  Yes, those and surficial geologic maps.
6  Q.  Okay.  Now, if you look to the next to last
7      page of the exhibit, there's an index; correct?
8  A.  Yeah, it appears to be a legend for the figure.
9  Q.  Okay.  And it uses different letter and symbols
10     to designate different kinds of units and
11     materials; correct?
12 A.  Yes.
13 Q.  Okay.  If you go to the second page of the
14     exhibit, at the bottom left, there's a
15     photograph of a clayey pit over sand with
16     pebble-cobble gravel.
17         Do you see that?
18 A.  Um...
19 Q.  Bottom left.
20 A.  Yeah, I see it.  I'm just -- "Clayey silt
21     over..."
22 Q.  And the Maine Geological Survey identifies
23     different strata within that photograph with
24     different symbols for the types of surficial
25     materials of which the strata comprise;

Page 24

1      correct?
2          ATTY. MAYHEW:  Objection to the form of
3      the question.
4          THE DEPONENT:  Could that be read back,
5      please?
6          (The court reporter read back the previous
7      question.)
8          THE DEPONENT:  I think that's what that
9      figure is showing in the legend.
10 BY ATTY. SCHMIDT:
11 Q.  And if you turn to the next page, the photo on
12     the top right shows sand ranging from very
13     fine-grained to very coarse.
14         Do you see that?
15 A.  Yes.
16 Q.  And those are also strata that the MGS defines
17     with different symbols for different surficial
18     materials; correct?
19         ATTY. MAYHEW:  Objection to the form of
20     the question.
21         THE DEPONENT:  Yes.  They're just giving
22     examples of these different materials.
23 BY ATTY. SCHMIDT:
24 Q.  Okay.  If you turn to the next page, the
25     photograph on the right is a photograph of

Page 25

1      "Gravel over sand over gravel," and it has
2      different symbols:  p, dash, c, slash, s, dash,
3      p, dash, c.
4          Do you see that?
5  A.  Yes.
6  Q.  And, again, the Maine Geological Survey is
7      identifying different strata by identifying the
8      different surficial materials within those
9      strata?
10         ATTY. MAYHEW:  Objection to the form of
11     the question.
12         THE DEPONENT:  Could you repeat the --
13         ATTY. SCHMIDT:  Can you read it back --
14         THE DEPONENT:  -- that sentence?
15         ATTY. SCHMIDT:  -- Amy, please?
16         THE DEPONENT:  Thank you.
17         (The court reporter read back the previous
18     question.)
19         THE DEPONENT:  So you're using "strata"
20     twice, once to denote each individual layer,
21     but then in the second use of strata, you said
22     within a strata.
23 BY ATTY. SCHMIDT:
24 Q.  Each strata, yes.
25 A.  Within each.  So when you're saying strata, you

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023                                    Pages 26..29

Page 26

1    mean each of these layers here?
2  Q.  Correct.
3  A.  Okay.  That's a stratigraphic strata, as we
4      talked about yesterday.
5  Q.  Okay.  Let's turn to the last page of the
6      exhibit, which is the close-up of the Fryeburg
7      site or that includes the Fryeburg site.
8          Can you identify or recognize the two
9      wells FWC-1 and 2 on that map?
10 A.  Yes.
11 Q.  Okay.  And if you look at FWC-1, which is the
12     lower of the two wells, the Maine Geological
13     Survey identifies it as 53 feet of medium sand
14     to -- and very coarse sand, comma, gravel and,
15     slash, 22 feet of fine sand, dash, medium sand,
16     slash, 15 feet of very coarse sand; right?
17 A.  Yes, that first layer is medium sand to very
18     coarse sand with gravel.  That's how I would
19     interpret it, their markings.
20 Q.  Okay.  Thank you.
21         ATTY. SCHMIDT:  Let's mark as Exhibit
22     Fitts 24 an excerpt from the PELA report, the
23     hydrogeologic investigation of the Poland
24     Spring aquifer.
25         (Fitts Deposition Exhibit No. 24 marked

Page 27

1      for identification.)
2  BY ATTY. SCHMIDT:
3  Q.  And this exhibit consists of the
4      cross-sectional diagram that PELA drew and
5      various plates that identify the cross-sections
6      that PELA identified.
7          Have you seen these pages of the PELA
8      report before?
9  A.  Yes.
10 Q.  Okay.  And if you look to the page Bates
11     stamped FITTS15886, the Figure 5 is the
12     geologic map identifying all the
13     cross-sections; correct?
14 A.  I see B --
15 Q.  Why don't --
16 A.  -- C and D.
17 Q.  All right.  Let me help you.
18         ATTY. SCHMIDT:  Let's mark as Exhibit 25
19     the same Figure 5, but I've identified in
20     different colors the various cross-section
21     paths to aid the witness.
22         (Fitts Deposition Exhibit No. 25 marked
23     for identification.)
24         THE DEPONENT:  Okay.
25         ATTY. MAYHEW:  All right.  And the, the

Page 28

1      colored markings on Exhibit 25 and the
2      handwritten note at the bottom is -- are yours,
3      Mr. Schmidt?
4          ATTY. SCHMIDT:  Correct.
5          ATTY. MAYHEW:  Okay.
6          THE DEPONENT:  Okay.
7  BY ATTY. SCHMIDT:
8  Q.  Let's turn -- now, the plates are out of
9      order because they were out of order in the
10     original, but let's turn to Plate 3, and --
11 A.  All right.
12 Q.  -- that shows cross-section B to B prime.
13         Do you see that?
14 A.  Yes.
15 Q.  Okay.  And the legend identifies three
16     different types of surficial materials:  sand,
17     sand with gravel -- gravel, and silty sand.
18         Do you see that?
19 A.  I do.
20 Q.  Okay.  And the cross-section identifies what
21     were then-existing wells.
22         Do you see those?
23 A.  Yes.
24 Q.  Okay.  And it identifies Lower Range Pond;
25     correct?

Page 29

1  A.  Right.
2  Q.  Okay.  And the map shows a sand and gravel
3      layer that exits into the bottom of Lower Range
4      Pond as well as a sand layer on top which
5      enters the flanks of Lower Range Pond; correct?
6  A.  Yes, according to this cross-section.
7  Q.  Okay.  And each of the wells PW-1-92 and P-3-92
8      are in a sand and gravel layer that is
9      different than the layers which exit into Lower
10     Range Pond; correct?
11         ATTY. MAYHEW:  Objection to the form of
12     the question.
13         THE DEPONENT:  No.  This -- these sections
14     don't -- they're just boring logs.  They don't
15     show the well screen location.  So P-3-92, for
16     example, drilled through the full length from
17     the surface down to bedrock.
18 BY ATTY. SCHMIDT:
19 Q.  That -- that does happen, doesn't it?
20 A.  What happens?
21 Q.  That wells can be dug down towards the
22     bedrock --
23 A.  Yes, but you're --
24 Q.  -- and screened --
25 A.  -- saying that these wells are in a

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023                                                                Pages 146..149

Page 146

1    A.  Those blue lines are areas along the shoreline
2        where I've observed some combination of snow
3        and ice anomalies, anomalous low shallow
4        temperatures, like, 10 to 11 inches deep in the
5        subsurface in a hot, end of July time frame
6        or -- and/or seen high upward specific
7        discharges in my temperature probe analyses.
8    Q.  Now, you didn't do any work yourself to confirm
9        or even test whether any of these blue areas
10       that you identified are hydraulically connected
11       to any of the wells?
12   A.  I didn't do that, no, though that had been done
13       in previous studies.
14   Q.  And you didn't do anything yourself to confirm
15       or even test whether any of those blue areas
16       are geochemically matched to any of the
17       production boreholes; right?
18   A.  I didn't, but Poland Spring consultants have
19       done that in numerous different reports for
20       different boreholes over the years.
21   Q.  Okay.  If you look at Dr. Siegel's report,
22       page 63, there's a Figure 4.2.
23           And do you recognize that figure?
24   A.  Yes, I do.
25   Q.  And that's an aerial thermal image that your

Page 147

1        client relied on in past hydrogeologic reports
2        to claim that there were springs at the bottom
3        of Lower Range Pond; correct?
4    A.  I believe that's what the Atlantic report that
5        this came from concluded.
6    Q.  Okay.  And you don't rely on that image in your
7        report; correct?
8    A.  I don't.
9    Q.  Now, according to the thermal image, the
10       claimed springs in the pond at that time,
11       including what was denoted as No. 1, which was
12       in the lower left-hand corner of the cove;
13       correct?
14   A.  Correct.
15   Q.  And this image doesn't identify any thermal
16       anomalies elsewhere along the shoreline
17       anywhere on this site, does it?
18   A.  Not --
19           ATTY. MAYHEW:  Objection to the --
20       objection to the form of the question.
21           THE DEPONENT:  I'd have to look at --
22       there are thermal anomalies in that there's
23       light blue, somewhat warmer water in the, the
24       cove areas compared to the darker blue
25       offshore.

Page 148

1    BY ATTY. SCHMIDT:
2    Q.  But other than the area designated No. 1,
3        Atlantic did not identify any claimed springs
4        along the shoreline; correct?
5           ATTY. MAYHEW:  Objection to the form of
6        the question.
7           In this image?
8           ATTY. SCHMIDT:  (Nods head.)
9           THE DEPONENT:  Yeah, this image just
10       shows --
11          ATTY. SCHMIDT:  On the image, yeah.
12          THE DEPONENT:  -- three areas that they've
13       identified.
14          ATTY. SCHMIDT:  Okay.  Let's mark as Fitts
15       Exhibit 33 excerpts from Atlantic, a report
16       titled Spring-Borehole Interrelationship,
17       Replacement Production Boreholes No. 2, No. 3,
18       and No. 5, and this is dated January 7th, 1998.
19          (Fitts Deposition Exhibit No. 33 marked
20       for identification.)
21   BY ATTY. SCHMIDT:
22   Q.  Okay.  Now, are you aware that Atlantic
23       determined that the claimed spring area
24       identified No. 1 in the cove on the thermal
25       image did not geochemically match any of the

Page 149

1        Poland Spring wells?
2    A.  Could you point me to where it says that in
3        this report?
4    Q.  Sure.  Pages 3 through 4, you're free to read
5        those if you'd like.
6    A.  I -- do I have those pages?  I have 1 and 2.
7    Q.  You don't have pages 3 and 4?
8    A.  Oh, no.  I'm sorry.  They were sticking
9        together.  So it's this Section 5 --
10   Q.  Correct.
11   A.  -- where it's going to say that?
12   Q.  And Section 6 you can read as well.
13   A.  Are the, the chemistry figures part of this
14       too?
15   Q.  Well, they're summarized in Table 1, which is
16       there, but my question is --
17          ATTY. MAYHEW:  Are you looking for the
18       figures?
19          THE DEPONENT:  Well, the text is referring
20       to chemistry illustrated in Figure 5 and Stiff
21       diagram Figure 6.
22          ATTY. MAYHEW:  Yeah, that -- that is
23       included in the excerpt that Mr. Schmidt's
24       given you.
25          THE DEPONENT:  Okay.

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023                                              Pages 190..193

Page 190

1   location in Lower Range Pond without first
2   turning on PB-9?
3   A.  Well, it's this pump test that shows that, and
4       you can see PB-9 turned on for -- between
5       January 2nd and January 5th by itself, and then
6       on January 5th, PB-11 began pumping.  And
7       there's an inflection point in the drawdown
8       curve.  This, this is kind of a classic
9       drawdown curve, the first part where it's PB-9
10      only and it's beginning to level off, but then
11      you turn PB-11 on, and it takes a downward
12      turn.
13  Q.  I would appreciate if you perhaps listened a
14      little better to my question so you can answer
15      my question.
16          ATTY. SCHMIDT:  Please repeat the
17      question.
18          (The court reporter read back the question
19      on page 189, line 24 to page 190, line 2.)
20          THE DEPONENT:  With that final
21      qualification, no, because that's the pump test
22      that was done, and the thing that shows PB-11
23      is connected to Lower Range Pond and this
24      piezometer is the inflection that I just
25      described, but it was in this test where they

Page 191

1       staggered, did two different wells.
2   BY ATTY. SCHMIDT:
3   Q.  So you have no data and you've seen no data
4       that PB-11 is hydraulically connected to the
5       pond if only PB-11 were pumping and PB-9 were
6       not?
7   A.  They never ran a pump test of the sort you
8       describe, but they ran this one, which does
9       show a hydraulic connection between PB-11 and
10      the piezometer at the shoreline.
11  Q.  And you think it's a hydrogeologically valid
12      method to demonstrate hydraulic connection by
13      piggybacking off the hydraulic connection of a
14      well that's closer to the alleged spring?
15  A.  It's not piggybacking.  There's an inflection
16      point.  Without turning PB-11 on, this curve
17      would have continued to flatten out more and
18      more with time.  That's how pump tests work.
19  Q.  Let's turn to page 78 of your report.
20  A.  Before we abandon these pages, I want to
21      correct or augment what I said earlier about
22      PB-8.
23          I think you asked if I had seen data that
24      establishes the hydraulic connection, and I
25      have a section in my report here where I talk

Page 192

1       about the hydrogeology of the sand and gravel
2       deposit in that vicinity.  And I list logs of a
3       great number of wells that I reviewed that show
4       that for the area in blue and red in Figure
5       3.37, which is esker and outwash, that's a very
6       large area that extends well beyond PB-8 to the
7       south and east and all the way up to include
8       all of the Poland Spring boreholes, there's
9       consistent interconnected continuous saturated
10      sand and gravel aquifer there.
11          So it's -- there's a fair amount of
12      hydrogeologic evidence that these are
13      hydraulically connected and in the same
14      hydrogeologic unit.
15  Q.  Well, none of the data that you refer to on
16      page 69 is actually a pump test or any other
17      kind of test that's designed to see if PB-8 is
18      genuinely hydraulically connected to anywhere
19      in Lower Range Pond; right?
20          ATTY. MAYHEW:  Objection to the form of
21      the question.
22          THE DEPONENT:  It's not pumping test data
23      for PB-8, but in the judgment of the folks at
24      the Maine Drinking Water Program, this was
25      enough evidence.  And I'm not sure what all

Page 193

1       evidence they looked at, but I think it was
2       primarily hydrogeologic as opposed to a pumping
3       test that they were comfortable concluding that
4       PB-8 is drawing from the same hydrogeologic
5       unit as the other boreholes, and that unit
6       extends well east and south.
7   BY ATTY. SCHMIDT:
8   Q.  And the Drinking Water Program was also
9       comfortable relying on an aerial thermal image
10      to believe that there were subaqueous springs
11      in the middle of Lower Range Pond; right?
12          ATTY. MAYHEW:  Lacks foundation, calls for
13      speculation.
14          THE DEPONENT:  I don't know for sure what
15      they relied on.
16  BY ATTY. SCHMIDT:
17  Q.  So other than the Drinking Water Program's
18      opinion which you claim exists with respect to
19      Borehole 8, you've seen no data or other
20      scientific evidence that Borehole 8 is
21      hydraulically connected to the pond or --
22  A.  No.
23  Q.  -- geochemically matched any water --
24  A.  No.
25  Q.  -- in the pond?

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 194..197

Page 194

1   A.   What I just said was there's ample
2        hydrogeologic evidence through boring logs --
3   Q.   No, I heard -- I --
4   A.   -- seismic refraction --
5   Q.   You don't have to repeat --
6   A.   -- and all that --
7   Q.   -- your testimony.  I understand --
8   A.   I --
9             ATTY. MAYHEW:  No, you --
10            THE DEPONENT:  -- can, if you want.
11            ATTY. MAYHEW:  You asked him.
12            THE DEPONENT:  You've been --
13            ATTY. SCHMIDT:  I -- yeah.
14            THE DEPONENT:  -- repeating questions.
15  BY ATTY. SCHMIDT:
16  Q.   I didn't ask you --
17            THE REPORTER:  One at a time, please.
18  BY ATTY. SCHMIDT:
19  Q.   -- to repeat your ques-- your testimony.  I
20       asked you a specific question, and your answer
21       was no.  And I'll accept that.
22            All right.  Let's --
23            ATTY. MCLORG:  His answer wasn't no.
24            ATTY. SCHMIDT:  His answer was no.
25            ATTY. MCLORG:  Your question was you have

Page 195

1        no -- all right.
2             ATTY. SCHMIDT:  The record will speak for
3        itself.
4             ATTY. MAYHEW:  All right.
5             ATTY. SCHMIDT:  Okay.
6             ATTY. MAYHEW:  Were you -- were you done
7        with your response?
8             THE DEPONENT:  Let me just recap that
9        there's a lot of hydrogeologic evidence that
10       Borehole 8 is in the same hydrogeologic unit,
11       and the Maine Drinking Water Program approved
12       it as spring water.  And I don't know all their
13       machinations and what they relied on, but it
14       wouldn't surprise me if they were convinced
15       just by the hydrogeolo- -- geologic evidence,
16       but that's speculation.
17  BY ATTY. SCHMIDT:
18  Q.   Okay.  But all the evidence in your page 59
19       predates the standard of identity, doesn't it?
20       How do you know if they're even looking for
21       hydraulic connection in a scientifically valid
22       way?
23            ATTY. MAYHEW:  Objection to form.
24            THE DEPONENT:  I'm not sure I'm following
25       your question.

Page 196

1   BY ATTY. SCHMIDT:
2   Q.   Okay.  Let's move on to Hollis.
3             Now, your Figure 4.2, can you explain how
4        you derive those shaded blue areas?
5   A.   Sure.  I combined drone images from above, some
6        drone flights in winter, and I could see where
7        snow cover was missing and where there were
8        springs.  And I also had walked on the ground
9        in those same areas in the winter and knew what
10       I was looking at in the drone image.
11            And then, in May of this year, I went out
12       on the ground and with a satellite image on my
13       clipboard that showed canals and boreholes and
14       other points of references, and I could see
15       these pools and so on.  And I sketched, to the
16       best of my ability, the boundaries of the pools
17       in the darker blue shade and the spring
18       discharge areas that were all wet and where
19       there was visible discharge at, at many
20       channels, and so on, in lighter blue.
21            So that was on the ground, using aerial
22       photographs with -- and there's plenty of good
23       reference features, the canal and its kinks and
24       these pools, and so on, to sketch those
25       boundaries fairly accurately.

Page 197

1   Q.   Now, the -- the drone flight that occurred in
2        the winter, all you could see, in terms of
3        exposed water or open water, was the water
4        within the canals themselves and a couple of
5        the pools at the top of the Lidar image; right?
6   A.   Wrong.
7   Q.   So the blue shaded areas that you claim include
8        spring discharge, those are areas that you
9        observed at the time of the high water table
10       in, in May; correct?
11  A.   The -- it's a combination of what I saw in May
12       on the ground and -- and there it was very easy
13       to see where spring discharge was occurring,
14       and I cross-checked and referenced with the
15       winter drone images.
16  Q.   Okay.  Well, do you claim that all the blue
17       areas mark one spring and one orifice, or are
18       there multiple springs with multiple orifices?
19            ATTY. MAYHEW:  Objection to the form of
20       the question.
21            THE DEPONENT:  It's one large spring area.
22       This entire Wales Pond headwaters, we call it,
23       which is all the flat area where the canals are
24       and where all these blue spring areas are
25       noted, including going north, all of that is

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023                                        Pages 230..233

Page 230

1   Q.  Now, did you look at the 1956 USGS topographic
2       map that Sevee & Maher referenced?
3   A.  I'm not sure if I did.
4   Q.  Well, did you see any map that showed that the
5       esker was indeed abutting Winter Brook as they
6       described back in 1956?
7           ATTY. MAYHEW:  Objection to the form of
8       the question.
9           THE DEPONENT:  Who described that as
10      abutting Winter Brook?
11  BY ATTY. SCHMIDT:
12  Q.  Well --
13  A.  Who's "they"?
14  Q.  -- isn't that the implication from the
15      statement that the map -- mapped wetlands that
16      border the property may be man-made?
17          ATTY. MAYHEW:  Objection to --
18          THE DEPONENT:  I don't know --
19          ATTY. MAYHEW:  -- the form of the
20      question.
21          THE DEPONENT:  -- what that refers to and
22      where, but the natural -- the landscape around
23      Spring C and areas north of it, and actually
24      the area east, northeast of Springs A and B
25      beyond the hummocky terrain, all looks to be a

Page 231

1       natural part of the Winter Brook floodplain.
2   BY ATTY. SCHMIDT:
3   Q.  That looks that way today; correct?
4   A.  It does look that way.
5   Q.  Have you ever ventured north along Winter Brook
6       and where it continues to border the esker for
7       quite some miles until it reaches Hogan's Pond?
8   A.  Not that far north.  I did venture north of
9       Spring C maybe a hundred yards or more to just
10      kind of scope out the landscape and see that
11      it's consistent with other areas that were
12      beyond the gravel pit operations.
13  Q.  So have you seen evidence that north of the
14      site where there has been less excavation or
15      undisturbed areas, the esker borders Winter
16      Brook without any wetland formation?
17  A.  I've been north across Herrick Valley Road or
18      Winter Brook Road, whichever name you want, and
19      onto that property that's just immediately
20      across that road, and there's still a bit of a
21      floodplain with meandering channels.  And I
22      took some shallow temperature measurements
23      there that were, you know, indicating upward
24      discharge, really cold temperatures.
25  Q.  You agree that if that area were man-made, the

Page 232

1       Spring C or claimed Spring C area would not
2       satisfy the standard of identity no more than
3       the claimed Spring A and Spring B areas do;
4       right?
5           ATTY. MAYHEW:  Objection to the form of
6       the question, calls for a legal conclusion.
7           THE DEPONENT:  And I don't think that's
8       relevant because it doesn't appear man-made or
9       altered.
10  BY ATTY. SCHMIDT:
11  Q.  Okay.  Let's turn to page 116 of your report,
12      your Figure 5.2.
13          Now, I believe you say there that you're
14      looking north in the borrow pit that includes
15      areas A and B, and you're saying that while the
16      area closer to you is iced over, the area A in
17      the background is not.
18          Am I reading that correctly?
19  A.  Except that you said this "borrow pit," and
20      that's still debatable whether this is a
21      natural hollow or if it was created by the sand
22      and gravel operations, but, yeah, you can read
23      the caption as well as I can.
24  Q.  Okay.  Now, with respect to the borrow pit, did
25      you review the evidence that Dr. Siegel recited

Page 233

1       and quoted in his report from the Jones 1998
2       report, the 2002 Maine DEP order, the pictures
3       supplied by Dr. Foord?  Did you look at that
4       evidence?
5   A.  I'm sure I did.  What page are we on?
6   Q.  Dr. Siegel's report, pages 103 and the pictures
7       on page 108.
8   A.  And is there a question pending?
9   Q.  I asked if you looked at that evidence.
10  A.  Yes, I've read his report.
11  Q.  And in your opinion, notwithstanding that
12      evidence, you think it's still debatable
13      whether that's an old borrow pit?
14  A.  I think my opinion is that it has been altered,
15      that the channel looks excavated, the outlet
16      channel, and there are lumps of -- topographic
17      lumps to the northwest -- I guess that would be
18      northeast -- that appear to be man-made, but I
19      don't know that -- the thing that's debatable
20      is, was the site of Springs A and B excavated
21      or not?
22  Q.  Doesn't it make sense that the lumps that are
23      man-made that are right next to the depression
24      are excavated material from the depression?
25  A.  That's one possible explanation, and where

Page 254

1   A.  Well, the surface water are the little rills
2       and channels that form downstream of the
3       springs and, you know, convey -- there's a
4       pool, could have probably made it dark blue.
5       The north, northern most blob of the springs
6       and surface water, light blue area, there's a
7       standing water pool, which is shown in
8       Figure 6.2.
9   Q.  Okay.  Well, you have multiple Lidars in your
10      report, but let's look at the largest one,
11      which is Figure 6.5.
12  A.  Okay.
13  Q.  Now, that image is consistent with a -- with a
14      borrow pit; right?
15  A.  Wrong.
16          ATTY. MAYHEW:  Objection to the form of
17      the question.
18  BY ATTY. SCHMIDT:
19  Q.  You don't think that looks like a borrow pit at
20      all?
21  A.  It might have some common features, but this is
22      definitely not a borrow pit.
23  Q.  Well, you concede in your report that there's
24      an area behind PBH-1 in Figure 6.5 that was an
25      excavation; correct?

Page 255

1   A.  I'm concluding that based on the map that has
2       that symbol and from being at the site and
3       looking at the larger bowl where the light blue
4       spring area is and that tiny bowl that's just
5       to the lower left of the letters PBH-1, that,
6       yes, that little, tiny one by PBH-1 has only
7       tiny trees and has the shape of an excavation,
8       and it's in the right location to match that
9       symbol on the surficial map, surficial
10      materials map.
11          But the bigger bowl, there's no way that
12      that was an excavation, given these ancient
13      trees that stand in the middle of it, in the
14      vicinity of the south border of the light blue
15      area.
16  Q.  Okay.  Well, according to the Lidar image,
17      there's no difference between the scalloped
18      appearance of the area that you admit was
19      excavated and the scalloped appearance
20      elsewhere along the ridge along the edge of the
21      bowl; right?
22  A.  There's a lot of difference in the little bowl
23      that appears to be an excavation.  There are
24      only small saplings.  And in the big bowl,
25      there are big springs.  There are no springs in

Page 256

1       that little bowl, so there's no spring erosion
2       mechanism to explain the formation of that bowl
3       like there is in the big bowl.  And in the big
4       bowl, you've got these giant trees on the
5       slopes of the headwall and on the floor of --
6   Q.  Well --
7   A.  -- the basin.
8   Q.  -- the giant trees are primarily towards the
9       south and east side of the bowl; correct?
10  A.  If you -- yeah, maybe if you go a line across
11      from Figure 6.4 towards the Figure 6.2 label,
12      south of that line, you've got larger trees,
13      and then there are scrappy trees in -- it's
14      that wetland or, or pool that's shown in
15      Figure 6.2, and you can see that there's just
16      shrubbery and it's more open, but to the left
17      of that photo, you get into the taller trees
18      that are in the south half or more of the bowl.
19  Q.  So there's no rule that a borrow pit has to be
20      excavated entirely at the same time; right?
21      You can excavate a borrow pit on one side and
22      then, decades later, excavate the other side of
23      the borrow pit; right?
24  A.  I don't know of any rule that would prevent
25      that.

Page 257

1   Q.  Okay.  Now, did you review Mr. Gettle's
2       deposition in this case?
3   A.  I did.
4   Q.  And do you recall him discussing -- this is
5       40 --
6           ATTY. MAYHEW:  Sorry.  Did you say
7       deposition or report?
8           ATTY. SCHMIDT:  Deposition.
9           THE DEPONENT:  Oh.  Have I seen his
10      deposition?  I know I've seen -- I think I've
11      seen the report, but this is since I wrote my
12      report, I believe.
13          ATTY. SCHMIDT:  Okay.  What's the next
14      exhibit?
15          THE REPORTER:  44.
16          ATTY. SCHMIDT:  Let's introduce as Fitts
17      Exhibits 44 and 45 two photographs, and the
18      first was taken by Mr. Gettle and was
19      introduced during his deposition as Gettle
20      Exhibit 6.
21          (Fitts Deposition Exhibit No. 44 marked
22      for identification.)
23          ATTY. SCHMIDT:  And Exhibit 45 is an IES
24      photo taken December 5, 2017, SAM 5719.  And
25      this is a copy of what Don Leopold attached or

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023                                                                 Pages 258..261

Page 258

```
 1      incorporated in paragraph 9 of his report.
 2            THE DEPONENT:  Oh, sorry.
 3            ATTY. MAYHEW:  Do you want the one that
 4      has the --
 5            THE REPORTER:  One moment, please.
 6            ATTY. SCHMIDT:  Yeah, I'll take that back.
 7      Thank you.
 8            (Fitts Deposition Exhibit No. 45 marked
 9      for identification.)
10  BY ATTY. SCHMIDT:
11  Q.  Have you seen either of these photos before?
12  A.  I'm not sure if I have.
13  Q.  Now, are you aware that in Exhibit 44
14      Mr. Gettle testified that that slope in the
15      background was an old road?
16  A.  I'm not -- in which, which exhibit?
17  Q.  Exhibit 44, do you see the road declining from
18      left to right or the slope declining from left
19      to right in the photo behind the trees?
20            ATTY. MAYHEW:  You're asking whether
21      he's --
22            THE DEPONENT:  I, I --
23            ATTY. MAYHEW:  -- aware of what Gettle
24      testified?
25            THE DEPONENT:  I don't see an obvious road
```

Page 259

```
 1      here, but --
 2  BY ATTY. SCHMIDT:
 3  Q.  Okay.  My question was do you see the declining
 4      slope behind the trees?  Do you see that?
 5  A.  Like back here?
 6  Q.  Yes, from left to right.
 7  A.  Okay.
 8  Q.  Now, are you aware that Mr. Gettle testified
 9      that that was an old road?
10  A.  I don't recall that.  Do you have a map showing
11      where these photos were taken and in what
12      direction, so I can get oriented as to where
13      this is?
14  Q.  Yeah.  If you look on your Figure 5 -- 6.5, you
15      see right above your Figure 6.4, noted in
16      there, and there's sort of a little gully, a
17      little descending area in between two higher
18      elevated areas.  Do you see that?
19  A.  I do.
20  Q.  Well, that's the area where the photos were
21      taken, according to Mr. Gettle.
22  A.  So if you go far enough right in this photo,
23      Exhibit 45, you should be getting into that
24      little bowl that I show on page 138.
25  Q.  Well, that's the area where the road, according
```

Page 260

```
 1      to Mr. Gettle's testimony, where the road comes
 2      down off the ridge and enters the bowl, which
 3      is slightly south of Borehole 1.
 4  A.  If that's where he says it is, I actually --
 5      this Exhibit 45 photo just seems a bit
 6      unfamiliar to me.  Like, it may actually be, if
 7      we go back to my Figure 6.5, this roadway that
 8      appears to come down from the word "north"
 9      towards the eastern of the two bowls, but I
10      could be wrong.
11  Q.  That appears to be a roadway to you as well;
12      correct?
13  A.  Well, just on the Lidar, it's similar.  It's
14      a -- got higher ground on both sides, but --
15  Q.  Okay.  Well, let me show you another photo.
16      We'll mark this as Fitts Exhibit 46, and this
17      was Gettle Exhibit 12.  And I will represent to
18      you that he testified that this photo was taken
19      in between the two shaded areas or the area
20      that you were just noting, Professor Fitts.
21  A.  When you say in between the two --
22            THE REPORTER:  One moment, please.
23            THE DEPONENT:  I'm sorry.
24            (Fitts Deposition Exhibit No. 46 marked
25      for identification.)
```

Page 261

```
 1  BY ATTY. SCHMIDT:
 2  Q.  Now, that photo was taken in that area of the
 3      Lidar near the word "north" and sort of wedged
 4      between the two shaded areas that you were just
 5      referring to.
 6  A.  Okay.  In what direction is the photo looking?
 7  Q.  It's looking towards the ridge.
 8  A.  From below, so looking south?
 9  Q.  Looking roughly southeast, yes.
10  A.  Okay.
11  Q.  Towards the top of the ridge.
12  A.  All right.  Okay.  So that's --
13  Q.  So is that --
14  A.  -- different, yeah.
15  Q.  Is that the road that you were referring to?
16  A.  Yes.  That's -- okay.  So 45 and 44 are this
17      one by the word fig. in Figure 6.4.
18  Q.  Correct.  And 46 is the road that you
19      identified between the two shaded areas.
20      Now, aren't quarries or borrow pits
21      customarily accessed by ramp roads into the
22      quarry or borrow pit?
23            ATTY. MAYHEW:  Objection to the form of
24      the question, lacks foundation.
25            THE DEPONENT:  I've seen lots of quarries
```

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023                                    Pages 262..265

Page 262

1   with roads down into the lower elevations of
2   them.  This one already had this one around the
3   north.  It's not a quarry, though, except for
4   this little scoop southwest of PBH-1.
5   BY ATTY. SCHMIDT:
6   Q.  Why would anybody build a road down into the
7       area between the two shaded areas if it was not
8       for purposes of taking out gravel?
9           ATTY. MAYHEW:  Lacks foundation.
10          THE DEPONENT:  I could think of one really
11      good reason, is that these are spectacularly
12      huge discharging springs and a source of great
13      water.
14  BY ATTY. SCHMIDT:
15  Q.  And they built a road so that the inhabitants
16      can drive down and collect the water?
17  A.  We don't know.
18  Q.  Okay.  On Fitts 46, you see a large tree on the
19      right side of the road; right?
20  A.  I'm not sure that's the road.
21  Q.  Well, it's certainly alongside the road,
22      correct, on the ascent?
23  A.  Yeah, it's to the side of it.
24  Q.  Okay.  And that tree's just as large, isn't it,
25      as the trees that Mr. Gettle bored inside the

Page 263

1   bowl; right?
2   A.  I haven't got measurements, but it's a large
3       tree.
4   Q.  So if it is the same age as those in the bowl,
5       then it's very consistent with the realization
6       that there was an old quarry that they built a
7       road into maybe 150 years ago because you have
8       old trees on the road and you have old trees in
9       that portion of the old borrow pit; right?
10          ATTY. MAYHEW:  Objection to the form of
11      the question.
12          THE DEPONENT:  I don't agree, and I would
13      point out that on Figure 6.5, which we've been
14      looking at, there are orange labeled contours
15      that is a layer that you can overlay on the
16      Lidar imagery that are 2-foot contours, and in
17      the bowl area, the elevations range from about,
18      I think, 612 up to 618 and the surface -- or
19      excuse me, not 6 -- 412 to 4 -- excuse me.  I
20      got to -- I can't see these things, but
21      it's -- I've -- I've looked at this and blown
22      it up so that I can read it.  Excuse me.  It's
23      390 to about 395, the elevations in the bowl.
24      The elevations around the top surface, say,
25      above the rim of the headwall, are about 24

Page 264

1   feet higher than down in the middle of the bowl
2   where the blue spring area is shown.  And the
3   1909 map that Dr. Siegel analyzed shows that
4   whole area being above 400 feet but less than
5   420 feet.  And the 1948 is just a -- it's using
6   the 1909 topography contours.
7       So there's something wrong here.  That map
8   of 1909 shows this area is on the order of 20
9   feet higher than it is right now at the
10  locations of these trees that are 140 to 170
11  years old.  So I would conclude from that, that
12  this map is not accurate.
13  BY ATTY. SCHMIDT:
14  Q.  Okay.
15  A.  And I would conclude that the surface where
16      those large trees that were cored stand has
17      been there since those trees began growing.  I
18      don't think people dig a 20-foot-deep pit and
19      plant a pine tree down in the bottom and a grow
20      light on top to get it to large size before
21      they excavate.
22  Q.  It could happen if they abandoned that part of
23      the borrow pit because they struck the water
24      table.
25  A.  When did this excavation happen in your

Page 265

1   hypothetical?
2   Q.  I, I think we have evidence on that.  We'll
3       move on.
4       But the map contour lines were along the,
5       the flanks of Winter Brook.  The map contour
6       lines --
7   A.  Wards Brook.
8   Q.  -- were not -- Wards Brook.  Thank you.
9       They were not drawn in the back of the
10      quarry, were they?
11          ATTY. MAYHEW:  Objection to the form of
12      the question.
13  BY ATTY. SCHMIDT:
14  Q.  Or in the back of the bowl, in the back of the
15      bowl?
16  A.  In 1909?
17  Q.  Or in the 1940 map that I showed you.
18  A.  No, they weren't.  And that, to me, combined
19      with the age of the trees in the bottom of the
20      quarry at elevation 392 or so, is evidence that
21      these contours are very inaccurate.
22          ATTY. MAYHEW:  Sorry.  Did you misspeak?
23          THE DEPONENT:  I'm sorry?
24          ATTY. MAYHEW:  You said "quarry."
25          THE DEPONENT:  Ah.  Yeah, I, I don't

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 266..269

Page 266

1   believe it's a quarry, and I think that's
2   pretty clear from --
3   BY ATTY. SCHMIDT:
4   Q.  Well --
5   A.  -- all my testimony.
6   Q.  Well, it is common for borrow pit excavators to
7       strike the water table in Maine; right?
8       ATTY. MAYHEW:  Objection to the form of
9   the question, lacks foundation.
10      THE DEPONENT:  It is a lot easier to
11  excavate above the water table than below.
12  There are techniques for going below, but --
13  BY ATTY. SCHMIDT:
14  Q.  Are you aware that Mr. Gettle testified, at
15      pages 93 to 95 of his deposition, that he's
16      seen hundreds of old gravel pits where
17      excavators struck the water table, resulting
18      in, quote, diffusive seepage coming out of
19      them, close quote?
20  A.  I imagine that can happen.
21  Q.  And why --
22      ATTY. MAYHEW:  Oh, sorry.  He was asking
23  if you're aware that Mr. Gettle testified to
24  that.
25      ATTY. SCHMIDT:  I've got my answer.

Page 267

1       ATTY. MAYHEW:  Oh, okay.  I move to strike
2   as non-responsive.
3       ATTY. SCHMIDT:  I think it's perfectly
4   responsive.
5   BY ATTY. SCHMIDT:
6   Q.  So then why do you assume it didn't happen
7       here?
8       ATTY. MAYHEW:  Objection to the form of
9   the question.
10      ATTY. SCHMIDT:  Okay.  Let me -- let me
11  withdraw that, and let's move on because I
12  think you've -- I think you've made your
13  position clear.
14      ATTY. MAYHEW:  Yeah.  Can we take a break?
15      ATTY. SCHMIDT:  Let me finish Fryeburg.
16      ATTY. MAYHEW:  Okay.
17      ATTY. SCHMIDT:  I'm very close.
18      ATTY. MAYHEW:  All right.
19  BY ATTY. SCHMIDT:
20  Q.  Okay.  Now, your analysis of where there is a
21      small quarry is based on the location of the
22      old borrow pit symbol on the surficial geology
23      map of Fryeburg; correct?
24  A.  Let me find that.
25  Q.  Okay.  46 is next?

Page 268

1       THE REPORTER:  47.
2       ATTY. SCHMIDT:  Thank you.
3       THE DEPONENT:  Yeah, 1998, Maine
4   Geological Survey surficial materials map.
5       ATTY. SCHMIDT:  Okay.  Now, let's mark as
6   Exhibit 47 two screenshots from Google Earth
7   that I prepared.
8       (Fitts Deposition Exhibit No. 47 marked
9   for identification.)
10  BY ATTY. SCHMIDT:
11  Q.  Do you recognize the Fryeburg site on the first
12      screenshot?
13  A.  Yes.
14  Q.  Okay.  And I've drawn a radius there with a
15      circumference in the area not exactly, not
16      precisely, but roughly corresponding to the
17      bowl there; correct?
18      ATTY. MAYHEW:  Sorry.  Objection to the
19  form of the question.
20      THE DEPONENT:  You've drawn a circle, and
21  I would instead go by my Figure 6.11 on
22  page 141, which draws a blue line based on the
23  Lidar imagery overlaid on an older aerial
24  photo.
25  BY ATTY. SCHMIDT:

Page 269

1   Q.  Okay.  But based on my Google Earth
2       circumference, the area within the circle is
3       roughly 3 acres.
4       Even if you use your blue line, would you
5       agree that the area of the bowl is roughly
6       3 acres?
7       ATTY. MAYHEW:  Objection to the form of
8   the question, lacks foundation.
9       THE DEPONENT:  Well, the bowl isn't really
10  a bowl.  It's kind of an amphitheater.
11  BY ATTY. SCHMIDT:
12  Q.  Is it roughly 3 acres, this site?
13  A.  The circle you've drawn here, according to this
14      legend over here, is 3 acres, but it's -- it's
15      not a great representation of what's going on
16      here because there's an amphitheater on this
17      half, and then it slopes away towards the --
18  Q.  Okay.  Is it --
19  A.  -- brook on that --
20  Q.  -- roughly 3 acres, a little bit more, a little
21      bit less?  Can you grant that?
22  A.  Well, you're in the ballpark, but --
23  Q.  Okay.  That's all I wanted --
24  A.  -- the amphitheater is less because --
25  Q.  Okay.  I'm not debating where the amphitheater

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 274..277

**Page 274**

1  Q.  Excellent photography.

2        ATTY. MAYHEW:  Isn't it?

3        THE DEPONENT:  It's beautiful.

4        ATTY. MAYHEW:  Isn't that beautiful?

5  BY ATTY. SCHMIDT:

6  Q.  Now, have you seen any -- that's the SP-1

7      location at Denmark; correct?

8  A.  Yes.

9  Q.  Have you seen any photos of the Denmark area

10     wetland as it existed before any of the

11     piezometers were installed?

12  A.  I don't believe so.

13  Q.  Do you have any idea what it looked like

14     naturally before the piezometers were

15     installed?

16  A.  I would imagine very similar to what it looks

17     like now.

18  Q.  But you don't know; right?

19  A.  Well, I have a pretty good idea because if you

20     go to the right of this image a little distance

21     or to the left, you can see other springs that

22     are -- actually, especially to the right, there

23     are two or three more that are very similar to

24     this but don't have piezometers installed in

25     them.

**Page 275**

1        ATTY. SCHMIDT:  Okay.  The next exhibit

2      is --

3        THE REPORTER:  48.

4        ATTY. SCHMIDT:  -- Fitts 48, which we'll

5      mark.  It's an excerpt from the hydrogeologic

6      report for Poland Spring of May 2005.

7        (Fitts Deposition Exhibit No. 48 marked

8      for identification.)

9        THE DEPONENT:  Thanks.

10  BY ATTY. SCHMIDT:

11  Q.  It's a one-page excerpt, and at the top of the

12     page, there's a photograph of SP-1-S and 1-D.

13     It's the left photo of the two photos at the

14     top of the page.

15        Do you see it?

16  A.  Yes.

17  Q.  And if you look at that photograph from 2005,

18     it looks very different from Kyle's photograph

19     on page 151 of your report; correct?

20  A.  Yes.  It looks as though the, the running of

21     those piezometers with valves open, which they

22     do to keep them from freezing and cracking, has

23     eroded a, a pool in the vicinity of the two

24     piezometers.  You know, comparing those two

25     images, that's probably the explanation.

**Page 276**

1  Q.  Okay.  In fact, those piezometers in 2005 were

2      installed on relatively flat, relatively dry

3      ground, and the area surrounding them is now

4      completely submerged; right?

5  A.  I'd have to have been there and walked around

6      to see that it was truly relatively dry.  It

7      looks, to me, like there's a wet area in this

8      image between the two standpipes just to the

9      left of the valve of the further -- the deep

10     one that's dark brown, but --

11  Q.  That could have just been a result of soaking

12     of the ground from the water spilling out of

13     the valves; right?

14  A.  I don't think so, because I think that's

15     upslope and so is to the left of both valves

16     upslope, and that appears wet.  I imagine they

17     would have installed these piezometers in a

18     spring they observed.

19  Q.  Okay.  I don't want you imagining or

20     speculating.

21  A.  Yeah.

22        ATTY. SCHMIDT:  Let's move on to a new

23     exhibit, Fitts 49, which is a photo that IES

24     took on November 10, 2019, and it's Bates --

25     Bates stamped that date followed by a 150211.

**Page 277**

1        (Fitts Deposition Exhibit No. 49 marked

2      for identification.)

3  BY ATTY. SCHMIDT:

4  Q.  Okay.  Now, that's roughly what the SP-1 area

5      looks like today; correct?

6  A.  This is a photo of SP-1?

7  Q.  Yes.

8  A.  And the date of the photo again?

9  Q.  November of 2019.

10  A.  So it's probably pretty similar to that today.

11  Q.  And, again, that --

12  A.  Except there are riser pipes.

13  Q.  And those riser pipes are SP-1-S and SP-1-D,

14     the same riser pipes, looking at the photo from

15     the 2005 hydrogeologic report and looking at it

16     from roughly the same angle; right?

17  A.  I wouldn't say it's roughly the same angle

18     because the one closer is to the right of the

19     line of sight to the one in the rear in this

20     Exhibit 49, but it's the opposite in

21     Exhibit 48.

22  Q.  Well, you can see it looks like a felled log in

23     the background of both photographs; right?

24  A.  I don't know that it's the same felled log.  I,

25     I think the angle of this one, Exhibit 49, is a

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 278..281

Page 278

```
 1      little more straight south compared to
 2      Exhibit 48, which is looking southeast more.
 3   Q. Okay.  But --
 4   A. But that's just -- I, I would need to research
 5      this more and --
 6   Q. Again --
 7   A. -- compare with other photos.
 8   Q. Again, that area looks quite different or
 9      looked quite different in 2019 than the area
10      looked in May of 2005; correct?
11   A. Correct.  And these piezometers had very
12      recently been installed, 2005.
13   Q. Okay.  In fact, there's quite a difference in
14      the ground elevation surrounding the area,
15      probably even a foot or two, correct, on the
16      north side of it?
17   A. I don't know if I'm -- I'm comparing Exhibit 48
18      to Figure 7.2 in my report, and the valve, you
19      know, tees off of the vertical pipe.  And it
20      looks to be, in 2005, to be something on the
21      order of maybe 8 inches above the water level
22      of that spring at that time.  And in photo 7.2,
23      it's a similar kind of distance above the water
24      level, but I think there may have been some
25      erosion.
```

Page 279

```
 1   Q. Okay.  So in Exhibit 49, on the north side of
 2      the piezometers, you can see sphagnum moss, and
 3      you really can't see that in the May 2005 photo
 4      in Exhibit 48; right?
 5   A. What time of year was this image --
 6   Q. Well --
 7   A. -- 48?
 8   Q. I don't have the date.  It's in the May 2005
 9      report, so it could have been anywhere from
10      late 2004 to early 2005 probably.
11         Sphagnum moss grows year-round, though,
12      doesn't it?
13   A. I don't know whether it's bright green all
14      year-round.  It may get kind of tan and --
15   Q. Well, you can see --
16   A. -- dormant.
17   Q. In Figure 49, you can see there's sort of like
18      a cut channel right behind the flowing
19      piezometer with the red tape on it, and that's
20      sort of going off to the left beneath that bank
21      of sphagnum moss.
22         Do you see that?
23   A. I see --
24         ATTY. MAYHEW:  Objection to the form of
25      the question.
```

Page 280

```
 1         THE DEPONENT:  -- a dark area there, and
 2      concluding whether or not it's a cut channel or
 3      a piece of a downed log or whatever, that's
 4      interpretation.
 5   BY ATTY. SCHMIDT:
 6   Q. Well, isn't that where the channel exits from
 7      what Dr. Siegel referred to as probably a fake
 8      spring?
 9   A. No.
10   Q. Well, it's not visible in the photo in May of
11      2005, that dark channel or log or whatever;
12      correct?
13   A. Could you rephrase that?  I'm -- we're talking
14      about Exhibit 49?
15   Q. Exhibit 49, yes.
16   A. Which is Springs 1 and 2.
17   Q. SP --
18   A. Or I mean SP-1 --
19   Q. SP --
20   A. -- shallow and deep.
21         And what's your question?
22         ATTY. SCHMIDT:  Can you read the question
23      back, please?
24         (The court reporter read back the previous
25      question on page 280, lines 10 to 12.)
```

Page 281

```
 1         THE DEPONENT:  There is something dark
 2      behind the tee and valve of the deep
 3      piezometer, but --
 4   BY ATTY. SCHMIDT:
 5   Q. Okay.  Now --
 6   A. -- it doesn't look real similar either.
 7   Q. Now, if the same amount of erosion occurred as
 8      a result of open valves on SP-2, the two
 9      piezometers there, and SP-3, two piezometers
10      there, there would be a potential to create a
11      new stream channel that didn't exist before;
12      right?
13   A. I don't think so.  I think the discharge coming
14      out of these open piezometers has been measured
15      at several of the sites, and it's usually on
16      the order of a few gallons a minute at the
17      most.  And the channels that I've mapped in my
18      report on page -- let me find it.
19         Page 156 is a nice close-up that shows
20      channels in the vicinity of SP-1, SP-2, and the
21      channel that -- the coalescence of all those
22      channels in the light blue spring area becomes
23      the main wetland channel flowing south, and
24      just south of this lower limit of the picture
25      is Cold Brook.
```

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 282..285

Page 282

1    The discharges that I've estimated in
2    these channels are posted on this Figure 7.8,
3    and they're way larger than what could be
4    gotten out of an open valve piezometer, even if
5    SP-1, SP-2 contributed.  Say, four open valves,
6    that might get you up on the order of 10
7    gallons a minute, but it wouldn't explain the
8    20 gallons a minute coming from -- estimated
9    coming from that spring just south of SP-1, and
10   it wouldn't actually explain the 25 GPM coming
11   from SP-2 because I closed the valve for
12   several minutes before making that estimate.
13   And then it wouldn't explain the magnitude of
14   discharges you get in the hundreds of gallons a
15   minute further downstream after coalescing of
16   all those discharges.
17 Q.  Okay.  Well, if you open the valves and keep
18   them open year-round for 15 years and create
19   that kind of erosion that cuts through the
20   confining organic layer of a wetland where the
21   water table is very near the surface,
22   Bernoulli's principle will draw all sorts of
23   groundwater that's within the wetland into
24   those channels to create the kind of stream
25   flow that you're talking about, wouldn't it?

Page 283

1 A.  No.
2 Q.  It's a man-made wetland, isn't it?
3 A.  No.
4 Q.  Now, you didn't do anything personally to
5    hydraulically connect any of the spring areas
6    that you claim exist at Denmark to any of its
7    wells; right?
8 A.  That was done by Poland Spring consultants
9    before me.  I --
10 Q.  At, at the --
11 A.  I didn't do that kind of work.
12 Q.  -- piezometers, you didn't test any of these
13   other flows that you show in your videos and
14   claimed -- claim are springs?  You didn't match
15   any of those to the wells, did you?
16 A.  No.  The -- the hydraulic connection and
17   application for spring water designation
18   happened well before I became involved.
19 Q.  And you didn't do any new chemical matching of
20   any well in any claimed spring in the wetland;
21   correct?
22 A.  No, I didn't.  That was done before.
23 Q.  Now, the -- the barrel-shaped water body that
24   Dr. Siegel doubts is a real spring, that was
25   never tied, that particular area, to any well

Page 284

1    or geochemically matched to any well; right?
2        ATTY. MAYHEW:  Object to the form of the
3    question.
4        THE DEPONENT:  It was not --
5        ATTY. MAYHEW:  It, it assumes --
6        THE DEPONENT:  Oh, sorry.
7        ATTY. MAYHEW:  -- facts.
8        THE DEPONENT:  It was not tied to any
9    particular well, and it was not barrel-shaped.
10   It was about a 9-foot isosceles triangle,
11   equilateral.
12 BY ATTY. SCHMIDT:
13 Q.  Well, it actually had two sort of mounded areas
14   or rounded areas, right, and the first one --
15 A.  It has a log --
16 Q.  -- could easily have been a barrel shape?
17   Right?
18 A.  -- at the east or uphill side of it that's moss
19   covered.  And where it overflows and drops
20   about 2 feet in elevation down towards a
21   channel, it flows over the lip of another
22   downed log, but I don't see anything that
23   resembles a barrel here.
24 Q.  Well, did you do any probing or testing with,
25   you know, metal probes or magnetometers to make

Page 285

1    sure that there was no pipe or, or barrel or
2    other artificial edifice within that area?
3 A.  I didn't, but --
4 Q.  Okay.
5 A.  -- I examined this quite carefully from this
6    location on down through its channel, and I put
7    the temperature probe in about 20 feet west of
8    this to the side of the channel and got an
9    upward discharge rate of --
10 Q.  Okay.  I'm going to move --
11 A.  -- something large --
12 Q.  -- to strike because this is --
13 A.  No, let me finish.
14 Q.  -- not responsive to my question.
15       ATTY. MCLORG:  Let him finish his answer.
16       ATTY. SCHMIDT:  It's --
17       THE DEPONENT:  It was on the order of --
18       ATTY. SCHMIDT:  First of all, one
19   person --
20       THE DEPONENT:  -- 8 feet per day.
21       ATTY. SCHMIDT:  -- defends the deposition.
22   Second of all, he's not answering the
23   question, and I think it's a deliberate stall
24   so that I can't finish the rest of my
25   questions.

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 294..297

Page 294

1  Q.  Now, page 203, you have a photo of what is the
2      PZ-4 area, and that's a man-made channel that's
3      in that photograph; right?
4  A.  I don't know.  It could be natural from spring
5      discharge at the head end of that.
6  Q.  Well, that is numbered PZ-4.  It's not -- was
7      never -- it's not numbered an SP.
8          Does that indicate to you that it's not a
9      natural spring discharge area?
10 A.  I don't know what their thinking is selecting
11     PZ versus SP, but I've been to that site
12     several times and I reviewed the photos of it
13     from other people's visits, and there is spring
14     discharge right in the vicinity, keeping it
15     snow free, like is shown from one of your
16     visits -- your team's visits on page 203.
17 Q.  And that PZ-4 area was never hydraulically or
18     geochemically tied to either of the production
19     boreholes; right?
20 A.  Right.
21 Q.  Okay.  Page 204, you have a couple photographs.
22     That's, again, further west of the PZ-4 area
23     even; right?  And you say there are springs in
24     that location.
25          Were you aware that there are pipes from

Page 295

1      which water is exiting in that location?
2          ATTY. MAYHEW:  Objection, assumes facts.
3          THE DEPONENT:  I am unaware if there are
4      pipes there.
5  BY ATTY. SCHMIDT:
6  Q.  Okay.  Well, I won't mark it, but you may want
7      to take a look at IES IMG 2516, December 8th,
8      2017, which shows a green discharge pipe
9      flowing, and it was taken in the area of your
10     Figure 9.16.
11         ATTY. SCHMIDT:  Let's go off the record
12     for a second.
13         THE VIDEOGRAPHER:  The time is 5:19.
14     We're off the record.
15          (A break was taken.)
16         THE VIDEOGRAPHER:  We're on the record.
17     The time is 5:26.
18 BY ATTY. SCHMIDT:
19 Q.  Okay.  At the Kingfield site, you agree that
20     the sand boils that exist in some of the
21     streams that have been designated as springs by
22     your client are only inches deep; right?
23 A.  Some of them.
24 Q.  And they result from very shallow flow systems.
25     You would agree with that as well; right?

Page 296

1  A.  Not necessarily.  I, I don't really know the
2      paths flow is taking into those springs, but,
3      in general, given my understanding of the site
4      and the general trends in the chemistry, the
5      waters that emerge at the springs are same
6      proportions of constituents but more dilute
7      and, therefore, shorter residence times and
8      probably shorter, shallower paths.
9  Q.  Looking at Dr. Siegel's report on page 174, his
10     Figure 9.10 models the groundwater flow across
11     cross-section B-B at the site and shows that
12     the water emerging at the so-called spring area
13     is emerging almost exclusively from shallow
14     flows across the upper cobble layer of the
15     cross-section.
16          Do you see that?
17         ATTY. MAYHEW:  Objection to the form of
18     the question, and lacks foundation.
19         THE DEPONENT:  This is a two-dimensional,
20     vertical cross-section model with assumed
21     hydraulic conductivities and some nonsensical
22     boundaries at the left and right end that's
23     impermeable, so it's not easy for water to get
24     down deep in this model because you don't let
25     any in from the left, like you should at this

Page 297

1      scale, and you don't let any out at the right.
2  BY ATTY. SCHMIDT:
3  Q.  Well, you did not take issue with this figure
4      in your report; right?
5  A.  I did.  This one -- I'm not positive it's this
6      same one, but -- I don't know.  I didn't spend
7      much time on it because it's a fabricated
8      mathematical model with ridiculous lateral
9      boundary conditions and assumed hydraulic
10     conductivities that vary by an order of
11     magnitude from the blue to the green and
12     another order of magnitude down to the white,
13     and I don't think that's appropriate at this
14     setting.
15 Q.  At page 240 of your report, you do not dispute
16     Dr. Siegel's conclusion that the claimed
17     springs at the Kingfield site are GWUDI.
18          You only state that those conclusions are
19     irrelevant; correct?
20 A.  Can you point me to where on page 240?
21 Q.  Well, you have a section there, a couple
22     paragraphs, water --
23 A.  Okay.  This whole --
24 Q.  -- is not under the direct influence --
25 A.  -- whole section.

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 298..301

Page 298

1  Q.  Yeah.
2  A.  Oh, this is about if the site springs are
3      GWUDI.
4  Q.  Correct.
5  A.  I guess I wrote that with the understanding
6      that that regulation is to be applied to the
7      water being bottled and sold.
8  Q.  And you agree that if the claimed springs are
9      GWUDI, you could not bottle spring water at
10     those claimed springs; right?
11 A.  I don't agree because it's not my area of
12     expertise whether the law is interpreted that
13     particular way or not.
14 Q.  Okay.  At the Rumford site, on page 258 and 259
15     of your report, you acknowledge that river
16     water does mix with the groundwater at the
17     North B area; right?
18 A.  Not so much mix as it's more like kind of
19     piston flow.  When the river has one of these
20     spikes, like is shown on the graph on page 259,
21     due to a flood, precipitation event, the
22     gradient is reversed, and groundwater flows
23     from the river into the bank as bank storage.
24     We talked a bit yesterday about that.
25         So that occurs, but it's not like flow in

Page 299

1      the groundwater zone is turbulent and things
2      mix.  It's laminar, so it pushes in, and then
3      when the flooding subsides and the gradients
4      reverse, groundwater pushes laminarly back out.
5      So whatever got pushed into the bank gets
6      pushed back out fairly quickly, and there isn't
7      like this large-scale mixing, like, further
8      into the bank.  It never knows that surface
9      water invaded the upper few feet.
10 Q.  Given that dynamic that you just described,
11     could you bottle, if you chose to, water
12     directly at the sand boils at North B and call
13     that spring water?
14         ATTY. MAYHEW:  Objection to the form of
15     the question, incomplete hypothetical.
16         THE DEPONENT:  Yeah, I think I'd have to
17     know a lot more about the system.  I imagine it
18     would be possible to have a shallow collection
19     system there, but it would be very difficult
20     given that the river can rise 10 or 12 feet in
21     a storm, so I wouldn't recommend trying that
22     there.
23 BY ATTY. SCHMIDT:
24 Q.  Okay.  Now, page 20 -- I'm sorry -- 270 of your
25     report, you agree that there's some hyporheic

Page 300

1      exchange at the site, but you state that it's,
2      quote, not an important process; right?
3  A.  I don't agree that there's hyporheic exchange
4      at the site.  I -- I admit that during these
5      spikes, there are brief reversals of flow and
6      some flow goes from river to the banks and into
7      the aquifer, but it quickly reverses and
8      flushes back out.  There isn't -- hyporheic
9      flow is exiting the river channel in one area
10     and flowing at substantial distances through
11     the aquifer and then coming back into the
12     channel, and my plots on pages 269 and 270 show
13     pretty conclusively that that is not happening.
14         These reversals are very short-lived, if
15     at all, and, in general, the heads are higher
16     in the aquifer near North Spring A and North
17     Spring B than in the river, so the flow is
18     always going into the river.  There's not some
19     systematic flow out of the river at North
20     Spring A, which when you look at a topographic
21     or just a plan view, you might say, oh, gee,
22     water might flow out of the Ellis River at that
23     bend in the river by North Spring A and flow
24     through the aquifer and down to the boreholes.
25     That's not happening.  The figure on page 269

Page 301

1      is quite demonstrative.
2  Q.  Okay.  Now, you only checked for hyporheic
3      exchange that would originate from North
4      Spring A.  You didn't check for hyporheic
5      exchange that might be originating elsewhere;
6      right?
7  A.  No.  A figure on page 270 checks, north of
8      North Spring B, the wells TW-12-A, MW-11,
9      MW-27, are all between the boreholes and the
10     river north of North Spring B, and they show
11     the same, that the black dots, which are the
12     surface water gauge, are generally the lowest
13     on any given date and that the groundwater
14     heads in those wells are higher.
15 Q.  Okay.  If you turn to page 258 of your report
16     and look at the site map in Figure 11.21,
17     there's a jutting peninsula that goes off to
18     the right into the river next to Monitoring
19     Well 27.
20         Do you see that?
21 A.  Yes.
22 Q.  And you never checked Monitoring Well 27 to
23     determine if there was hyporheic exchange going
24     on from that jutting embankment; correct?
25 A.  Incorrect.  Look at the figure on page 270.

Mark J. Patane, et al. vs Nestle Waters North America, Inc.
FITTS, CHARLES on 11/08/2023

Pages 302..305

Page 302

1    The red marks are MW-27.
2  Q. That says MW-14 and MW-15.  I don't see MW-27.
3  A. You're --
4        ATTY. MAYHEW:  270.
5        ATTY. SCHMIDT:  Oh, you're on --
6        THE DEPONENT:  -- on the wrong page.
7        ATTY. SCHMIDT:  -- 270.  Oh, okay.  I
8    missed that.  Thank you.
9  BY ATTY. SCHMIDT:
10 Q. Now, did you read the sources that Dr. Siegel
11   cites, including the Spigel or Spigel report
12   from the MGS and Andrew Tolman's 1990s report
13   to the Rumford Water District, both of which
14   concluded there was substantial hyporheic
15   exchange going on between the Milligan Wells on
16   the esker south of Nestle sites and the Ellis
17   River?
18       ATTY. MAYHEW:  Objection to the form of
19   the question, and it assumes facts.
20       THE DEPONENT:  Yeah, I can't recall
21   exactly what they stated.  I think they said
22   that there's the potential for the Milligan
23   Well to pull river water, but that well is a
24   whole lot closer to the bank of the river than
25   the two Poland Spring boreholes.  And I'm not

Page 303

1    sure what they were basing that on.  It might
2    have just been conjecture.
3  BY ATTY. SCHMIDT:
4  Q. Okay.  Let's go to the Lincoln site.  I believe
5    page 2 --
6        ATTY. MAYHEW:  Alex, I think that you're
7    actually out of time, but we can check with the
8    videographer if you like.
9        ATTY. SCHMIDT:  How much time do we have
10   left?
11       THE VIDEOGRAPHER:  You're pretty much at
12   the mark now.
13       ATTY. SCHMIDT:  We're at the mark now?
14       ATTY. MAYHEW:  Yeah, you're done.
15       ATTY. SCHMIDT:  Let me ask one more
16   question.
17       ATTY. MAYHEW:  Okay.
18 BY ATTY. SCHMIDT:
19 Q. And that is, have you ever previously been
20   qualified as an expert witness in any
21   proceeding?
22 A. Yes, one that I can remember.
23 Q. Okay.  And have you ever previously --
24       ATTY. MAYHEW:  That's two questions.
25 BY ATTY. SCHMIDT:

Page 304

1  Q. -- served as an expert for Nestle Waters North
2    America in any other litigation either as a
3    consulting expert or as a testifying expert?
4  A. No.  I think, other than that work on
5    educational displays for them, this is the only
6    project.
7        ATTY. SCHMIDT:  Thank you very much.  And,
8    yes, there are plenty more questions, but we
9    have an agreement, and we will abide by it, by
10   that agreement.  Thank you.
11       THE DEPONENT:  Okay.  Thanks.
12       ATTY. SCHMIDT:  Appreciate it.
13       THE VIDEOGRAPHER:  We are off the record.
14   The time is 5:38.  This concludes today's
15   testimony of Charles Fitts.
16       (Dr. Fitts will read and sign.)
17       (The deposition ended at 5:38 p.m.)
18                 - - - - -
19
20
21
22
23
24
25

Page 305

1                STATE OF MAINE
2        I, Amy L.M. Jones, RPR, a Notary Public in
3    and for the State of Maine, do hereby certify that
4    pursuant to notice there came before me on
5    November 8, 2023, the following-named person to
6    wit:  CHARLES FITTS, Ph.D., who was duly sworn to
7    testify to the truth and nothing but the truth;
8    that he was thereupon carefully examined upon his
9    oath and his examination reduced to writing under
10   my supervision; that this deposition is a true
11   record of the testimony given by the witness.
12       I further certify that I am neither
13   attorney nor counsel for, nor related to, nor
14   employed by any of the parties to the action in
15   which this deposition is taken, and further, that
16   I am not a relative or employee of any attorney or
17   counsel employed by the parties hereto, or
18   financially interested in this action.
19       IN WITNESS WHEREOF, I have hereunto set my
20   hand this 1st day of December, 2023.
21
22
23
24             Amy L.M. Jones, RPR
                  Notary Public
25 My Commission Expires:
   December 11, 2027

Errata Sheet

NAME OF CASE:                     Mark J. Patane, et al. vs Nestle Waters North America, Inc.

DATE OF DEPOSITION:           11/07/23 and 11/08/23

NAME OF WITNESS:               Charles Fitts

| | | Day One – November 7, 2023 | | |
|---|---|---|---|---|
| PAGE | LINE | CHANGE FROM | CHANGE TO | REASON FOR CHANGE |
| 11 | 23 | "hands, say, with" | "hands, say, like with" | Clarification |
| 13 | 17 | "do" | "did" | Clarification |
| 17 | 3 | "that" | "the" | Clarification |
| 18 | 5 | "was" | "were" | Clarification |
| 23 | 8 | "screen" | "screened" | Clarification |
| 30 | 22 | "of" | "from" | Clarification |
| 44 | 6 | "They may add additional, but they – they don't take away" | "They may require less than the federal standard, but not more" | Correcting a misspeaking error, which I later corrected; see 44:25-45:8 ("I think I may have flipped my words in a previous answer") |
| 49 | 8 | "solids" | "solids and" | Clarification |
| 50 | 10 | "grayish" | "gray" | Clarification |
| 50 | 11 | "of" | "of whether" | Clarification |
| 66 | 19 | "I guess in the subterranean or subaqueous" | "I guess in the subaqueous" | Correcting a misspeaking error |
| 68 | 7-8 | "Not all wetlands, all areas of wetlands have upward discharge" | "Not all areas of wetlands have upward discharge.  There are some wetlands where it's coming out in certain parts of it and going out in others." | Clarification |
| 82 | 17 | "phrase, may be" | "phrase in the standard of identity" | Clarification |
| 83 | 5 | "water" | "groundwater" | Clarification |
| 87 | 18 | "under" | "onto" | Transcription error |
| 107 | 7 | "term" | "terms" | Clarification |
| 108 | 17 | "interconnected hydraulically" | "hydraulically interconnected" | Clarification |
| 108 | 18 | "say" | "say these are" | Clarification |
| 108 | 19 | "case of Maine, sand and gravel aquifers," | "case of Maine sand and gravel aquifers," | Clarification |
| 113 | 5 | "Point D – B" | "Point B" | Clarification |
| 113 | 18 | "Point A" | "Point B" | Correcting either a misspeaking error or a transcription error |
| 113 | 20-21 | "induced here could certainly propagate to here" | "induced at Point A could certainly propagate to Point B" | Clarification of the record where I was gesturing |
| 117 | 20 | "tracer" | "tracer tests" | Clarification |

| 132 | 12 | "glaciomarine" | "a glaciomarine" | Clarification |
|---|---|---|---|---|
| 141 | 15 | "differences in variation" | "differences and variation" | Correcting either a misspeaking error or a transcription error |
| 142 | 21 | "to" | "up to" | Clarification |
| 151 | 16-17 | "Pipe or" | "Piper" | Transcription error |
| 153 | 11 | "Pipe or" | "Piper" | Transcription error |
| 153 | 14 | "parallel" | "similar" | Clarification |
| 170 | 12 | "neither A, nor B.  A," | "neither Winter's panel A, nor panel B.  In panel A," | Clarification |
| 170 | 14 | "That the" | "That" | Clarification |
| 178 | 6-7 | ".002 or 3" | ".002 or .003" | Clarification |
| 178 | 9 | "double" | "level" | Transcription error |
| 178 | 12 | "necessarily at the Dallas site," | "necessarily.  At the Dallas site," | Transcription error |
| 178 | 14 | "of" | "or" | Transcription error. |
| 233 | 20 | "of these types, talk about nonrock spring" | "of these types talk about nonrock spring" | Clarification |
| 248 | 11 | "Hm-hmm" | "Yes" | Clarification |
| 253 | 25 | "calling a" | "saying" | Clarification |
| 264 | 4 | "thing" | "spring" | Clarification |
| 267 | 6 | "Piezometers 6 and 7" | "the piezometer 6 and 7" | Clarification |
| 278 | 6 | "Yeah, I – I have said, quite a bit earlier" | "I have said, quite a bit earlier" | Removal of the word "yeah" to clarify; "yeah" agrees with the objection, not the question. The remainder of my answer demonstrates that I do not agree with the premise of the question and am not opining on consumer sentiments and opinions, or what the FDA thinks, as the question calls for (see 278:7-8) |
| 316 | 17 | "handedly" | "handily" | Transcription error |
| 329 | 6 | "water in general" | "water" | Clarification |

### Day Two – November 8, 2023

| PAGE | LINE | CHANGE FROM | CHANGE TO | REASON FOR CHANGE |
|---|---|---|---|---|
| 18 | 15 | "where it" | "where it is" | Clarification |
| 31 | 8 | "presence" | "present" | Transcription error |
| 67 | 7 | "Clear spring" | "Clear Spring" | Clarification |
| 73 | 16-17 | "things don't mingle and do this" | "pathlines don't mingle and mix transverse to flow" | Clarification of an answer made while gesturing |
| 76 | 3 | "mix" | "mix laterally" | Clarification |
| 81 | 9-10 | "same, every concentration of every constituent is identical" | "same, with the concentration of every constituent identical" | Clarification |
| 99 | 6 | "sample than that" | "sample than the other" | Clarification |

| 117 | 24 | "groundwater being distributed." | "groundwater being distributed, but this is a legal question and so it is up to the judge." | Clarification; *see* 112:3-8. |
|---|---|---|---|---|
| 136 | 14 | "channel" | "channels" | Clarification |
| 154 | 9 | "communicating" | "communicating with lake water" | Clarification |
| 155 | 13 | "location" | "location shown in the figure on p. 54" | Clarification; *see* 155:19-156:2 |
| 155 | 15 | "location" | "location shown in the figure on p. 55" | Clarification; *see* 155:19-156:2 |
| 158 | 11 | "these" | "these photos" | Clarification |
| 163 | 2-3 | "shorelines that I pho- -- shown these photographs from had" | "shorelines shown in these photographs had" | Clarification |
| 163 | 10 | "but Figure" | "but the shoreline in Figure" | Clarification |
| 166 | 10 | "The March" | "In March" | Clarification |
| 167 | 11 | "margin" | "discharge" | Clarification |
| 173 | 22-23 | "We're seeing saturated" | "Saturated" | Clarification |
| 174 | 19 | "1 to 3" | "1 to 3 feet per day" | Clarification |
| 174 | 21 | "upward" | "upward specific discharges" | Clarification |
| 175 | 24 | "upper Middle near the Range Park --" | "near" | Clarification |
| 176 | 16 | "so you -- this is a little bit of kind of" | "and this is somewhat" | Clarification |
| 208 | 2 | ", slash," | "and/or" | Clarification |
| 221 | 25 | "truth in there" | "rough uncertainty" | Clarification |
| 242 | 16 | "wiggle and do this" | "wiggle and weave through the pores" | Clarification of an answer made while gesturing |
| 243 | 4 | "The" | "That" | Correcting a transcription error |
| 247 | 1 | "springs," | "springs and" | Clarification |
| 265 | 20 | "quarry" | "bowl" | Correcting a misspeaking error; *see* 265:22-266:5. |
| 284 | 10-11 | isosceles triangle, equilateral" | "equilateral triangle" | Clarification |
| 289 | 25 | "match issues, trying to indicate" | "match issues where the focus is on" | Clarification |
| 296 | 22 | "that's" | "that are" | Clarification |
| 299 | 8-9 | "It never knows that surface water invaded the upper few feet." | "That surface water invaded only the upper few feet." | Clarification |
| 300 | 9 | "flow is exiting" | "flow exiting" | Clarification |
| 300 | 10 | "flowing at substantial" | "flowing substantial" | Clarification |

Dated: 20 Dec 2023

Charles Fitts

I, CHARLES FITTS, do hereby certify that the foregoing testimony taken on **11/07/2023** and **11/08/2023**, is true and accurate to the best of my knowledge and belief.

20 Dec 2023
DATE                    CHARLES FITTS

At Portland in said County of Cumberland this day of Dec · 20, 2023 personally appeared CHARLES FITTS, and made oath to the truth of the foregoing answers by their subscribed.

Before me, Carrie A. Beedle, a Notary Public, in and for the State of Maine.

My Commission Expires: **CARRIE A. BEEDLE**
                        NOTARY PUBLIC
                        State of Maine
                        My Commission Expires
                        April 30, 2026