# EXHIBIT 75

Images of White Pipe in Fryeburg Pond taken
during Plaintiffs' Site Inspection in November 2017
("Fryeburg White Pipe Photos")



