# EXHIBIT 110

NWNA045335



Nestlé Waters
Regional Spring Water
Poland Spring Region
2019 BHT
Quarter 1

CONFIDENTIAL

AGENDA

 **BACKGROUND, METHODOLOGY, EXECUTIVE SUMMARY**

 **POLAND SPRING STILL WATER CATEGORY**
- Brand Value Creator (BVC)
- Ipsos Bayes Net (IBN)
- Strengths/Weaknesses Analysis
- Structural Map & Strategic Pathways
- Purchase Funnels, Active Consumer Engagement Funnels (ACEF)

 **POLAND SPRING SPARKLING WATER CATEGORY**
- Brand Value Creator (BVC)
- Ipsos Bayes Net (IBN)
- Strengths/Weaknesses Analysis
- Structural Map & Strategic Pathways
- Purchase Funnels, Active Consumer Engagement Funnels (ACEF)

 **APPENDIX**



*2*

CONFIDENTIAL

NWNA045336

# Background and Objectives

**Study Background**

Ipsos continues to track Nestle Water's Brand Health in 2019. This year we will continue to trend results and compare back to Q1 of 2018.

Each category, Still and Spark, is a separate survey. This report includes results for Poland Spring Still and Sparkling Water

**Brand Background**

Poland Spring is the strongest brand within the RSW portfolio. There is interest in making Poland Spring a national brand, competing with the premium brands within the Still category.

Poland Spring launched their new campaign April 1, 2019, so Q1 2019 will be a base read for Q2 2019 to understand the impact of the campaign.

**Objectives**

The objective of this research is to answer key business questions such as:
- Is TOM and loyalty increasing for our brand?
- What are the key drivers for the category?
- How is our brand performing vs. competitors?
  - Across funnel measures
  - On key drivers of Equity
  - What barriers are in place?
- What opportunities exist to strengthen the brand?



NWNA045337

## Methodology

**How**
Surveys conducted online among US respondents.



**When**
Still Wave 1 2019: January 29 – February 27
Spark Wave 1 2019: January 28 – February 28

Still Wave 1 2018: March 26- April 5
Spark Wave 1 2018: March 26 – April 6

**Who**
**Still Sample: General Population:** Adults, 18-70 years old; main or only responsible for the shopping of bottled water in the household; drinks plain/non-carbonated bottled water 1x within the past 3 months or more often

1Q19 Base Sample Size: 498

**Sparkling Sample: General Population:** Adults, 18-70 years old; main or only responsible for the shopping of bottled water in the household; drinks sparkling/carbonated bottled water 1x within the past 12 months or more often

1Q19 Base Sample Size: 500



*4*

CONFIDENTIAL

NWNA045338

# Poland Spring <u>Still Water</u> Executive Summary and Recommendations

**1** Poland Spring comes out on top with the strongest Effective Equity in the category.
- Poland Spring experiences solid growth in Brand Desire and benefits from strong distribution and price perceptions.
- The brand experiences many improvements in perceptions and continues to exhibit strengths in key attributes, contributing to the enhancement in brand love.

**Ipsos Recommendation:**
- Leverage these strengths to improve perceptions on higher order drivers to even further the brands leading position in the category.

**2** While Poland Spring continues to be competitively strong, the biggest funnel opportunity for the brand is converting strong trial into repurchase and loyalty.
- Although, Poland Spring leads the category in the lower funnel metrics, Private Label/Store Brands also exhibit strength in converting trial to repurchase and loyalty.

**Ipsos Recommendation:**
- Poland Spring needs to drive differentiation from the main competitors to help deepen brand love.



CONFIDENTIAL

NWNA045339

## Poland Spring <u>Sparkling Water</u> Executive Summary and Recommendations

**1** Poland Spring continues to have the strongest Brand Desire in the Category; however, Store Brand benefits from other brands' in-market barriers resulting in the highest overall Effective Equity for the category – taking the lead over Poland Spring by 1.5pts.
- The positive increase in Effective Equity is driven by the strong Brand Linkage and Market Effects that also experience increases compared to Q1 2018.
- Poland Spring experiences strengths in being a brand consumer's trust, they feel good about giving to family, and is a natural beverage made of spring water.

**Ipsos Recommendation:**
- Leveraging the brand's strengths in being a natural beverage made of spring water as well as focusing on attributes surrounding 'unique taste', 'uplifting mood', and 'is a brand I would pay more for' will help drive stronger brand love.

**2** Poland Spring is a salient sparkling brand with strong awareness.  However, an opportunity for Poland Spring is to become consumer's first choice when considering a sparkling water brand.

**Ipsos Recommendation:**
- Poland Spring should work to drive committed consideration which will likely contribute to stronger conversion to trial and ultimately stronger lower funnel performance.



*6*

NWNA045340

**BRANDS THAT GROW ARE CHOSEN BY…**

MORE PEOPLE

MORE EASILY

MORE OFTEN

At the heart of growing brands is an understanding how people make choices

© 2017 Ipsos

## So what does a brand need to do in order to be first at the moment of choice?



**1** BUILD SALIENCY
Identify and enhance prominent memory and attention cues so that your brand is implicitly retrieved in the moments of choice

**MORE PEOPLE**
*(Awareness/Consideration)*

**2** FORM RELATIONSHIPS
Meet functional and emotional needs across multiple occasions to create memories that link the brand and things that matter

**MORE OFTEN**
*(Brand Desire/Attributes)*

**3** RANK FIRST
Achieve highest perceived value at the moment of choice

**4** MAKE IT EASY TO CHOOSE
Manage the factor that make it easy to choose the brand we desire or push us towards alternatives

**MORE EASILY**
*(Market Effects)*

8

CONFIDENTIAL

**Brand Desire is driven by consumers' attitudes towards the brand and how well the product meets their needs.**

*Brand Desire*




**Product Performance:**
*How well brand meets what they are looking for in category*

**Personal Closeness:**
*How close people feel to the brand*






CONFIDENTIAL

NWNA045343



Poland Spring
Still Water

© 2017 Ipsos

CONFIDENTIAL

**Poland Spring continues to grow brand love with a 4 point increase compared to 2018. In addition, the brand benefits from other brands' deficiencies in-market contributing to an Effective Equity score almost triple that of the closest competitor – Store Brand. This growth lends to contractions across other mainstream brands (Dasani, Aquafina, Smartwater, Evian, and Fiji).**



Note: All other brands included in appendix

Effective Equity Correlation to Market Share: $R^2$=0.91

| '19 BD | '19 +ME | '19 -ME | '19 EE |
| '18 BD | '18 +ME | '18 -ME | '18 EE |

BASE POLAND SPRING: (2018 N=442; 2019 N=405)

*11*

NWNA045345

Poland Spring gains from other brands deficiencies mainly in distribution, price and promotion. Poland Spring can maintain their leading position with strong distribution and competitive price point. Monitor any pricing activity as both Poland Spring and Store Brand benefit from having a lower price perception especially compared to Aquafina as well as premium brands Evian and Fiji – brands all losing due to price barriers.

**Brand Value Creator**


*Market Effects*

| |  |  |  AQUAFINA |  DASANI | CRYSTAL GEYSER  |  niagara |  Great Value | KIRKLAND  | MARKET PANTRY | Member's Mark |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ME NET** | **4.84** | **-0.34** | **-1.10** | **0.10** | **-0.29** | **-0.19** | **0.04** | **-0.32** | **-0.12** | **-0.06** | **4.35** |
| Promotion | 0.88 | 0.03 | -0.23 | -0.03 | 0.03 | 0.00 | 0.29 | -0.21 | -0.07 | -0.09 | 1.39 |
| Accessibility | 1.46 | -0.17 | 0.02 | 0.45 | -0.32 | -0.11 | -0.34 | -0.09 | -0.14 | -0.10 | 1.21 |
| Product Range | 0.52 | 0.12 | -0.13 | -0.29 | -0.06 | 0.01 | 0.07 | -0.05 | 0.04 | 0.04 | 0.05 |
| Purchaser | 0.62 | -0.03 | -0.09 | -0.20 | -0.05 | 0.00 | -0.10 | 0.01 | -0.02 | 0.05 | -0.04 |
| Price | 1.18 | -0.10 | -0.54 | -0.20 | 0.04 | -0.04 | 0.31 | 0.10 | 0.09 | 0.02 | 1.31 |
| Another Type of Barrier | 0.03 | -0.10 | -0.10 | 0.33 | 0.07 | -0.05 | -0.19 | -0.08 | -0.01 | 0.01 | 0.41 |
| Not recommended by specialist | 0.13 | -0.08 | -0.02 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 |

BASE POLAND SPRING: (N=405)



CONFIDENTIAL

**Similar to mainstream brands, distribution and price are the main barriers for Premium brands which contribute to Poland Spring's growth.**

        

Brand Value Creator


*Market Effects*

| | Poland Spring | Acqua Panna | evian | FIJI | smartwater | LIFE WTR | VOSS | core | essentia |
|---|---|---|---|---|---|---|---|---|---|
| ME NET | 4.84 | -0.22 | -2.00 | -2.18 | -0.81 | -0.54 | -1.08 | -0.19 | -0.07 |
| Promotion | 0.88 | -0.01 | -0.59 | -0.80 | -0.20 | -0.28 | -0.26 | -0.04 | -0.05 |
| Accessibility | 1.46 | -0.09 | -0.21 | -0.59 | -0.05 | -0.03 | -0.43 | -0.01 | 0.01 |
| Product Range | 0.52 | 0.01 | -0.31 | -0.12 | -0.13 | 0.02 | -0.08 | -0.11 | -0.06 |
| Purchaser | 0.62 | 0.00 | -0.05 | 0.01 | 0.01 | -0.07 | -0.09 | -0.02 | 0.04 |
| Price | 1.18 | -0.09 | -0.62 | -0.53 | -0.41 | -0.11 | -0.14 | -0.13 | -0.01 |
| Another Type of Barrier | 0.03 | -0.01 | -0.10 | -0.15 | -0.03 | -0.08 | -0.08 | 0.13 | -0.01 |
| Not recommended by specialist | 0.13 | -0.05 | -0.11 | 0.00 | 0.00 | 0.00 | -0.01 | 0.00 | 0.01 |



BASE POLAND SPRING: (N=405)

CONFIDENTIAL

NWNA045347



**Communications focusing on top drivers of Brand Desire can contribute to improving perceptions, ultimately driving stronger Brand Desire.**

NWNA045348

In 2019 the strongest drivers of Brand Desire revolve around pride, availability, and relevance. To maintain and potentially continue to grow strong Brand Desire, focus communications on improving these higher order benefits.



**Imagery Drivers of Brand Desire**
**Still Category (Regional Poland Spring) 2019**

Ranked by impact on Brand Desire

**Top**
- Makes me feel proud to be seen drinking
- Does a lot to make water available
- Is a brand I am proud to serve to my guests
- Is a brand that fits my lifestyle

**Middle**
- Is a brand that supports my community
- Quenches thirst like no other
- Is a brand I trust
- Comes from a protected source
- Has a pleasant taste
- Is a brand I feel good about giving to my family
- Is an innovative brand
- Has consistently high quality
- Is a brand I would pay more for
- Cares for the environment
- Has the ability to enhance the food experience
- Is pure quality water
- Has a unique taste
- Is an authentic local brand
- Is good value for money
- It is 100 % spring water
- Makes water more fun for my children

**Bottom**
- Is a premium brand
- Cares for the health of children
- Bottle is made from recycled materials
- Is purified water

BASED ON IPSOS BAYES NET ANALYSIS LOOKING AT THE CONNECTION BETWEEN 25 IMAGERY/EQUITY ATTRIBUTES AND EFFECTIVE EQUITY. RSW KEY ATTRIBUTE
Attributes shown in ranked order of importance driving POLAND SPRING brand desire. Only 25 attributes included in drivers analysis.

CONFIDENTIAL

NWNA045349

## Two ways to standardize data

| STRENGTH WITHIN THE BRAND (SINGLE INDEX) – CURRENT METHOD | STRENGTH RELATIVE TO CATEGORY (DOUBLE INDEX) |
|---|---|

- Controls for the size of the brand.
  - ✓ Smaller brands tend to get lower ratings across the board on imagery because respondents are less familiar with those brands and thus associate them with fewer attributes. The single index controls for that – the average rating for the brand is given an index value of 100, and every other attribute gets indexed based on that value.

- Controls for both the size of the brand and also the strength of the attribute across the category.
  - ✓ Shows which attributes are relative strengths for the brand… relative to the brand's size and how commonly that attribute is selected among competitors.

|  | RAW SCORES | | | SINGLE INDEXED SCORES | | | DOUBLE INDEXED SCORES | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Brand X | Brand Y | Category Average | Brand X | Brand Y | Category Average | Brand X | Brand Y | Category Average |
|  | % | % | % | % | % | % | % | % | % |
| Tastes good | 55 | 18 | 37 | 110 | 90 | 100 | 110 | 90 | 100 |
| Long lasting | 40 | 31 | 36 | 80 | 155 | 118 | 68 | 131 | 100 |
| Natural | 35 | 30 | 33 | 70 | 150 | 110 | 64 | 136 | 100 |
| Masculine | 50 | 22 | 36 | 100 | 110 | 105 | 95 | 105 | 100 |
| Motherly | 45 | 15 | 30 | 90 | 75 | 83 | 108 | 90 | 100 |
| Safe | 75 | 4 | 40 | 150 | 20 | 85 | 176 | 24 | 100 |
| **Brand average** | **50** | **20** | **35** |  |  |  |  |  |  |



NWNA045350

**Poland Spring is improving on brand perceptions compared to Q1 2018 with directional increases across the majority of the attributes – significant improvement on 100% Spring Water and 4+ points across 4 of the top 6 drivers of Brand Desire. This increase in associations is likely contributing to Poland Spring's 4.2 pt. jump in Brand Desire.**



*Imagery (% Agree)*

Makes me feel proud to be seen drinking — 43, 42
Does a lot to make water available
Is a brand I am proud to serve to my guests — 61
Is a brand that fits my lifestyle — 58
Is a brand that supports my community — 28
Quenches thirst like no other — 46
Is a brand I trust — 67
Comes from a protected source — 50
Has a pleasant taste — 62
Is a brand I feel good about giving to my family — 67
Is an innovative brand — 28
Has consistently high quality — 61
Is a brand I would pay more for — 27
Cares for the environment — 42
Has the ability to enhance the food experience — 31
Is pure quality water — 59
Has a unique taste — 25
Is an authentic local brand — 42
Is good value for money — 45
It is 100 % spring water — 70 ▲
Makes water more fun for my children — 22
Is a premium brand — 36
Cares for the health of children — 28
Bottle is made from recycled materials — 36
Is purified water — 37

■ 2019
■ 2018

BASE: AWARE AND ASKED: POLAND SPRING (2019;N= 487, 2018;N=473)    ▲/▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE (RAW SCORES).

Across the mainstream brands, Poland Spring's strengths are availability, community, 100% spring water coming from a protected source, and authenticity. Continuing to focus on strengths and higher order benefits will ladder up to improving the #1 driver of Brand Desire which is an opportunity for the category, especially as key competitors experience a significant decline on this attribute.



Main Category Segment Relative Brand Strengths

Ranked by impact on Brand Desire

- Makes me feel proud to be seen drinking
- Does a lot to make water available
- Is a brand I am proud to serve to my guests
- Is a brand that fits my lifestyle
- Is a brand that supports my community
- Quenches thirst like no other
- Is a brand I trust
- Comes from a protected source
- Has a pleasant taste
- Is a brand I feel good about giving to my family
- Is an innovative brand
- Has consistently high quality
- Is a brand I would pay more for
- Cares for the environment
- Has the ability to enhance the food experience
- Is pure quality water
- Has a unique taste
- Is an authentic local brand
- Is good value for money
- It is 100 % spring water
- Makes water more fun for my children
- Is a premium brand
- Cares for the health of children
- Bottle is made from recycled materials
- Is purified water

■ / ■ RELATIVE BRAND STRENGTH/WEAKNESS

RSW KEY ATTRIBUTE

BASE: AWARE AND ASKED: POLAND SPRING (N = 487), NESTLE PURE LIFE (N = 448), AQUAFINA (N = 484), DASANI (N = 483), CRYSTAL GEYSER (N = 302), NIAGARA (N = 121), GREAT VALUE (N = 347)

*18*

Attributes shown in ranked order of importance driving PLAIN NON-CARBONATED STILL BOTTLED WATER brand desire. Only 25 attributes included in drivers analysis.

CONFIDENTIAL

Comparing Poland Spring to it's biggest competitor Store Brand, Poland Spring has unique strengths of being made of 100% spring water, and being seen as coming from a protected source. While the private label brands do have many strengths, no one brand holds strength in the two "pride" attributes, suggesting an opportunity area for Poland Spring.

Main Category Segment Relative Brand Strengths

**Ranked by impact on Brand Desire**

- Makes me feel proud to be seen drinking
- Does a lot to make water available
- Is a brand I am proud to serve to my guests
- Is a brand that fits my lifestyle
- Is a brand that supports my community
- Quenches thirst like no other
- Is a brand I trust
- Comes from a protected source
- Has a pleasant taste
- Is a brand I feel good about giving to my family
- Is an innovative brand
- Has consistently high quality
- Is a brand I would pay more for
- Cares for the environment
- Has the ability to enhance the food experience
- Is pure quality water
- Has a unique taste
- Is an authentic local brand
- Is good value for money
- It is 100 % spring water
- Makes water more fun for my children
- Is a premium brand
- Cares for the health of children
- Bottle is made from recycled materials
- Is purified water

RELATIVE BRAND STRENGTH/WEAKNESS

RSW KEY ATTRIBUTE
BASE: AWARE AND ASKED: POLAND SPRING (N= 487), KIRKLAND (N= 253), MARKET PANTRY (N= 170), MEMBER'S MARK (N= 105), STORE BRANDS (N= 345), ACQUA PANNA (N= 93), EVIAN (N= 463)    *19*
Attributes shown in ranked order of importance driving PLAIN NON-CARBONATED STILL BOTTLED WATER brand desire.  Only 25 attributes included in drivers analysis.

NWNA045353

Poland Spring does have two unique strengths comparing across the Premium brands, being local and supporting community; however, it also has a unique weakness as it is not seen as a 'Premium' brand – this suggests an opportunity to improve associations around 'premiumness'.



BASE: AWARE AND ASKED: POLAND SPRING (N= 487), FIJI (N= 424), SMARTWATER (N= 418), LIFEWTR (N= 203), VOSS (N= 231), CORE (N= 142), ESSENTIA (N= 97),

Attributes shown in ranked order of importance driving **PLAIN NON-CARBONATED STILL BOTTLED WATER** brand desire.  Only 25 attributes included in drivers analysis.

RSW KEY ATTRIBUTE

NWNA045354



Leverage brand strengths that ladder up to improving perceptions around 'Pride' to further differentiate the brand and to continue to pull away from top competitors.

What is the best path to improve Brand Desire?

CONFIDENTIAL

# Understanding IBN analysis

Together, the **impact scores** and **structural mapping** identify the image associations with the greatest potential to boost brand desire, and how different associations work together.

*Impact Scores: 'What'*



*Structural Map: 'How'*



Identify the potential impact an improvement on different "drivers" could generate on the "dependent variable".
In our case – identifying the strength of relationship between image associations and brand desire.

Some drivers approaches assume, unrealistically, that drivers act independently from each other on the dependent variable.
The structural map plots the relationships *between the different drivers*, and how these work together to influence the dependent variable.
In our case – how different brand image associations are connected in people's mind to influence overall brand desire.

22

# Reading the IBN Structural Map

*The IBN Structural Map depicts the relationships among the drivers of brand desire. Listed below are some rules to help interpret the various features of the structural map.*

| Item | Interpretation |
|---|---|
| **Size of the circles**  | Bigger drivers of brand desire are depicted as larger circles. Sizes are relative, so they cannot be directly compared across different studies. |
| **Presence vs. Absence of arrows** | Whether or not the program consistently found a relationship between two attributes that could not be "explained away" by controlling for other variables. |
| **Single vs. Double-headed arrows** | Assuming a consistent relationship was found, whether or not the program consistently found evidence of a particular causal orientation (e.g., "A causes B"). |
| **Length of the arrows** | Not meaningful – the length of the arrow does not imply a stronger/weaker association between attributes. |
| **Distance to outcome (number of arrow steps)** | Mostly not meaningful – weak drivers can be directly connected, while strong drivers can be indirectly connected. |



CONFIDENTIAL



Category Structural Map of Brand Desire



# Strategic Matrix – Poland Spring Still Water Region

**Strategic Matrix**

*Importance in Driving Brand Desire*

**Opportunity**

**Strength To Sustain**

[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]
[CELLRANGE]

**Less Important**

**Less Impactful Strength**

*Relative Brand Strength*

● = Strengths

**One pathway is to leverage strengths in being the brand that is 100% spring water from a protected source. The brand that does a lot to make water available and caring for the environment at the same time. Be the brand that quenches thirst which ladders up to the brand that consumers feel proud to be seen drinking.**

**Category Structural Map of Brand Desire**

Is a brand I feel good about giving to my family

Is a brand that fits my lifestyle

Is good value for money

Is an authentic local brand

Is a brand I am proud to serve to my guests

Is a brand I trust

Is a premium brand

Is a brand I would pay more for

Is an innovative brand

Is a brand that supports my community

Makes me feel proud to be seen drinking

Has consistently high quality

Has a pleasant taste

Brand Desire

1

6

Is pure quality water

Is purified water

Quenches thirst like no other

Does a lot to make water available

2

Is 100% Spring Water

20

Cares for the health of children

Has a unique taste

Has the ability to enhance the food experience

Comes from a protected source

Bottle is made from recycled materials

Cares for the environment

14

Makes water more fun for my children

8

/ RELATIVE BRAND STRENGTH/WEAKNESS      = KEY ATTRIBUTES IDENTIFIED BY NW TEAM

*26*

NWNA045360



Continuing to focus on key drivers of brand desire and leveraging strengths of the brand are important to maintain strong brand desire. In addition, this could potentially help drive growth and potential threats from private labels.

CONFIDENTIAL

NWNA045361

Continue to focus on key points of differentiation and the overall product experience to help sustain (and grow) brand desire. This will also help drive product repurchasing and loyalty.



NWNA045362

Poland Spring significantly increased awareness from year ago and continues to have strong purchase funnel performance with solid conversions throughout. The brand continues to outperform top mainstream brands, Aquafina and Dasani, as their Trial and Repurchase significantly decline. Despite weaker funnel metrics, Store Brand converts at higher rates compared to other mainstream brands, although not as strong as Poland Spring.



| Purchase Funnels | Poland Spring % | Conversion Rate | Nestlé Pure Life % | Conversion Rate | AQUAFINA % | Conversion Rate | DASANI % | Conversion Rate | CRYSTAL GEYSER % | Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Awareness | 98 ▲ | | 90 | | 98 | | 97 | | 61 | |
| Consideration | [VA LU E] | 97% | 77 | 85% | 86 | 88% | 87 | 89% | 52 | 86% |
| P12M Trial | 84 | 89% | 51 | 66% | 59 ▼ | 69% | 59 ▼ | 69% | 26 | 50% |
| P1M Repurchase | 56 | 66% | 20 | 39% | 21 ▼ | 35% | 25 ▼ | 42% | 8 ▼ | 32% |
| Loyalty | 38 | 68% | 6 | 32% | 3 | 16% | 5 ▼ | 20% | 2 | 21% |

| | niagara % | Conversion Rate | Great Value % | Conversion Rate | KIRKLAND % | Conversion Rate | MARKET PANTRY % | Conversion Rate | Member's Mark % | Conversion Rate | STORE BRAND % | Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Awareness | 24 | | 70 | | 51 | | 34 ▲ | | 21 | | 70 | |
| Consideration | [LU E] | 79% | 56 | 81% | 41 | 81% | 29 | 86% | 16 | 77% | 59 | 85% |
| P12M Trial | 9 | 45% | 34 | 60% | 22 | 54% | 14 | 48% | 8 | 50% | 43 | 73% |
| P1M Repurchase | 3 ▼ | 40% | 15 | 43% | 7 | 33% | 5 | 36% | 4 | 44% | 21 | 49% |
| Loyalty | 0 | 0% | 5 | 32% | 2 | 30% | 0 | 0% | 1 | 17% | 9 | 43% |

▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.

BASE POLAND SPRING : (N=498)

29

CONFIDENTIAL

NWNA045363

**Compared to the Premium brands, Poland Spring continues to have the strongest Purchase Funnel performance.**



| Purchase Funnels | Poland Spring % | Conversion Rate | Acqua Panna % | Conversion Rate | evian % | Conversion Rate | FIJI % | Conversion Rate | smartwater % | Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Awareness | 98 ▲ | | 19 | | 93 | | 85 | | 84 | |
| Consideration | | 97% | 16 | 88% | 78 | 84% | 69 | 80% | 67 | 80% |
| P12M Trial | 84 | 89% | 9 ▼ | 52% | 37 ▼ | 48% | 34 ▼ | 49% | 39 | 58% |
| P1M Repurchase | 56 | 66% | 3 ▼ | 37% | 11 ▼ | 29% | 9 ▼ | 27% | 16 ▼ | 41% |
| Loyalty | 38 | 68% | 0 | 0% | 1 | 11% | 2 | 20% | 3 | 18% |

| | LIFE WTR % | Conversion Rate | VOSS % | Conversion Rate | CORE % | Conversion Rate | essentia % | Conversion Rate |
|---|---|---|---|---|---|---|---|---|
| Awareness | 41 | | 47 | | 29 | | 19 | |
| Consideration | | 82% | 36 | 78% | 24 | 85% | 17 | 89% |
| P12M Trial | 16 | 48% | 19 | 53% | 14 | 57% | 11 | 66% |
| P1M Repurchase | 6 | 35% | 5 ▼ | 25% | 6 ▼ | 41% | 6 | 49% |
| Loyalty | 0 | 0% | 0 ▼ | 0% | 1 | 14% | 1 | 14% |

▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.

BASE POLAND SPRING : (N=498)

*30*

Poland Spring shows strength throughout the funnel, with strong committed consideration and loyalty.



▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.

BASE POLAND SPRING: (N=498)

NWNA045365

Teasing apart the Poland Spring funnel, it is the only brand with strong committed consideration, and thus dominating compared to mainstream, private label brands......

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOM Awareness** | 41% BCDEFGHIJK | 6% EFGHIJ | 7% EFGHIJ | 10%▼ BEFGHIJK | 0% | 0% | 1% EFIJ | 1% FIJ | 0% | 0% | 5% EFGHIJ |
| **Unaided Brand Awareness** | 62% BCDEFGHIJK | 25% EFGHIJK | 29% EFGHIJK | 39% BCEFGHIJK | 2% FIJ | 0% | 3% FIJ | 2% | 1% | 1% | 14%▲ EFGHIJ |
| **Aided Brand Awareness** | 98%▲ BEFGHIJK | 90% EFGHIJK | 97% BEFGHIJK | 97% BEFGHIJK | 61% FHIJ | 24% | 70% EFHIJ | 51% FIJ | 34%▲ FJ | 21% | 69% EFHIJ |
| **First Choice** | 42% BCDEFGHIJK | 8% EFHIJ | 8% EFHIJ | 8% EFHIJ | 3%▼ | 2% | 8% EFHIJ | 4% FJ | 2% | 2% | 9% EFHIJ |
| **Seriously Consider** | 40% EFGHIJ | 39% EFGHIJK | 47% ABEFGHIJK | 46% ABEFGHIJK | 23% FHIJ | 8% | 24% FHIJ | 18% FIJ | 11% J | 7% | 26% FHIJ |
| **Might Consider** | 13% J | 30% AFHIJ | 32% AEFGHIJ | 32%▲ AEFGHIJ | 26% AFHIJ | 9% | 25% AFHIJ | 19% AFJ | 16% FJ | 7% | 24% AFIJ |
| **Past 12M Trial** | 84% BCDEFGHIJK | 51% EFGHIJK | 59%▼ BEFGHIJK | 59%▼ BEFGHIJK | 26% FIJ | 9% | 34% FIJ | 22% FIJ | 14% FJ | 8% | 43% EFGHIJ |
| **Past 3M Trial** | 67% BCDEFGHIJK | 30% EFGHIJ | 33%▼ EFGHIJ | 37%▼ BEFGHIJK | 14%▼ FIJ | 5%▼ | 22% EFGHIJ | 12% FJ | 9% FJ | 5% | 30% EFGHIJ |
| **Last 3M Repurchase** | 67% BCDEFGHIJK | 30% EFGHIJ | 33%▼ EFGHIJ | 37%▼ BEFGHIJK | 14% FIJ | 5%▼ | 22% EFHIJ | 12% FJ | 9% FJ | 5% | 30% EFGHIJ |
| **Last 1M Repurchase** | 56% BCDEFGHIJK | 20% EFGHIJ | 21%▼ EFGHIJ | 25%▼ EFGHIJ | 8% FIJ | 3%▼ | 15% EFHIJ | 7% FJ | 5% | 4% | 21% EFGHIJ |
| **Brand Used Most Often** | 38% BCDEFGHIJK | 6% CEFHIJ | 3% FIJ | 5%▼ EFHIJ | 2% FI | 0% | 5% EFHIJ | 2% FIJ | 0% | 1% | 9% CDEFGHIJ |

*Active Consumer Engagement Funnel*



▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.
A/B/C.. NOTES SIGNIFICANCE ACROSS BRANDS AT THE 95% CI

BASE POLAND SPRING: (N=498)

**......and premium brands in recent purchase and loyalty.**

| Active Consumer Engagement Funnel | | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | TOM Awareness | 41% BCDEFGHI | 0% | 2% BFGHI | 3% BFGHI | 2% BFGHI | 0% | 0% | 0% | 0% |
| | Unaided Brand Awareness | 62% BCDEFGHI | 0% | 17% BEFGHI | 18% BEFGHI | 8% BFHI | 1% | 5% BFHI | 0% | 1% |
| | Aided Brand Awareness | 98% ▲ BCDEFGHI | 19% | 93% BDEFGHI | 85% BFGHI | 84% BFGHI | 41% BHI | 46% BHI | 29% BI | 19% |
| | First Choice | 42% BCDEFGHI | 2% | 5% BFGH | 6% BFGHI | 7% BFGHI | 2% | 2% ▼ | 3% | 3% |
| | Seriously Consider | 40% BDEFGHI | 7% | 36% BDFGHI | 29% BFGHI | 32% BFGHI | 15% BI | 17% BHI | 11% B | 8% |
| | Might Consider | 13% BI | 8% | 37% ABEFGHI | 34% ABFGHI | 29% ABEFGHI | 17% BHI | 17% ABHI | 10% I | 6% |
| | Past 12M Trial | 84% BCDEFGHI | 9% ▼ | 37% ▼ BFGHI | 34% ▼ BFGHI | 39% BFGHI | 16% BI | 19% BFGHI | 14% ▼ B | 11% |
| | Past 3M Trial | 67% BCDEFGHI | 6% ▼ | 19% ▼ BFGHI | 19% ▼ BFGHI | 24% ▼ BFGHI | 9% B | 10% B | 8% ▼ | 8% |
| | Last 3M Repurchase | 67% BCDEFGHI | 6% ▼ | 19% ▼ BFGHI | 19% ▼ BFGHI | 24% ▼ BFGHI | 9% B | 10% B | 8% ▼ | 8% |
| | Last 1M Repurchase | 56% BCDEFGHI | 3% ▼ | 11% ▼ BFGHI | 9% ▼ BFGHI | 16% ▼ BCDFGHI | 6% | 5% ▼ | 6% ▼ | 6% |
| | Brand Used Most Often | 38% BCDEFGHI | 0% | 1% G | 2% BFG | 3% BFGHI | 0% | 0% ▼ | 1% G | 1% G |



▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.
A/B/C.. NOTES SIGNIFICANCE ACROSS BRANDS AT THE 95% CI          BASE POLAND SPRING: (N=498)

| Active Consumer Engagement Funnel | Poland Spring | | Nestlé Pure Life | | Aquafina | | Dasani | | Crystal Geyser | | Niagara | | Great Value | | Kirkland | | Market Pantry | | Member's Mark | | (bottle) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non |
| | A | B | C | D | E | F | G | H | I | J | K | L | M | O | P | Q | R | S | T | U | V | W |
| TOM Awareness | 72% | 22% | 2% | 8% | 2% | 10% | 5% | 13% | 0% | 0% | 0% | 0% | 0% | 2% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 9% |
| Unaided Brand Awareness | 85% B | 48% | 22% | 27% | 24% | 32% | 42% | 37% | 2% | 3% | 0% | 1% | 3% | 4% | 2% | 2% | 1% | 1% | 1% | 1% | 12% | 16% |
| Aided Brand Awareness | 100% B | 96% | 92% | 89% | 96% | 98% | 96% | 97% | 61% | 61% | 18% | 28% K | 63% | 74% N | 51% | 51% | 31% | 36% | 12% | 27% T | 67% | 71% |
| First Choice | 83% B | 17% | 4% | 11% C | 3% | 11% E | 7% | 9% | 0% | 5% | 1% | 3% | 2% | 11% N | 1% | 6% P | 0% | 3% | 0% | 3% | 3% | 13% V |
| Seriously Consider | 14% | 56% A | 39% | 39% | 48% | 46% | 50% | 44% | 23% | 24% | 3% | 11% K | 17% | 28% N | 14% | 20% | 8% | 13% | 4% | 9% | 20% | 29% V |
| Might Consider | 3% | 19% A | 32% | 28% | 34% | 30% | 26% | 35% G | 26% | 25% | 8% | 10% | 26% | 24% | 24% Q | 16% | 14% | 17% | 5% | 9% | 28% | 22% |
| Past 12M Trial | 100% B | 74% | 48% | 52% | 59% | 60% | 60% | 59% | 21% | 29% I | 4% | 11% K | 23% | 40% N | 19% | 25% | 10% | 17% R | 3% | 11% T | 37% | 47% V |
| Past 3M Trial | 100% B | 47% | 31% | 29% | 33% | 33% | 41% | 35% | 8% | 17% I | 2% | 7% K | 14% | 28% N | 8% | 15% P | 7% | 10% | 2% | 7% T | 26% | 32% |
| Last 3M Repurchase | 100% B | 47% | 31% | 29% | 33% | 33% | 41% | 35% | 8% | 17% I | 2% | 7% K | 14% | 28% N | 8% | 15% P | 7% | 10% | 2% | 7% T | 26% | 32% |
| Last 1M Repurchase | 100% B | 29% | 19% | 20% | 20% | 21% | 28% | 23% | 4% | 11% I | 1% | 5% K | 7% | 19% N | 5% | 9% | 4% | 6% | 1% | 5% T | 14% | 26% V |
| Brand Used Most Often | 100% | 0% | 0% | 10% | 0% | 5% | 0% | 8% | 0% | 3% | 0% | 0% | 0% | 7% | 0% | 4% | 0% | 1% | 0% | 1% | 0% | 15% |

A/B/C.. NOTES SIGNIFICANCE ACROSS BRANDS AT THE 95% CI

BASE POLAND SPRING LOYAL USER: (N=189), POLAND SPRING NON-LOYAL USER: (N=309)

| | Poland Spring | | Acqua Panna | | evian | | FIJI | | smartwater | | LIFE WTR | | VOSS | | core | | essentia | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non | Loyal | Non |
| | **A** | **B** | **C** | **D** | **E** | **F** | **G** | **H** | **I** | **J** | **K** | **L** | **M** | **N** | **O** | **P** | **Q** | **R** |
| TOM Awareness | 72% | 22% | 0% | 0% | 1% | 3% | 2% | 4% | 2% | 2% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 1% |
| Unaided Brand Awareness | 85% B | 48% | 0% | 1% | 22% F | 15% | 18% | 18% | 9% | 7% | 0% | 1% | 5% | 5% | 0% | 1% | 1% | 1% |
| Aided Brand Awareness | 100% | 96% | 14% | 22% C | 94% | 92% | 83% | 87% | 83% | 84% | 38% | 42% | 47% | 46% | 30% | 28% | 20% | 19% |
| First Choice | 83% B | 17% | 1% | 2% | 4% | 6% | 4% | 7% | 5% | 8% | 1% | 3% | 0% | 4% | 2% | 3% | 2% | 4% |
| Seriously Consider | 14% | 56% A | 4% | 9% | 38% | 34% | 29% | 28% | 32% | 32% | 13% | 16% | 20% | 15% | 8% | 13% | 10% | 7% |
| Might Consider | 3% | 19% A | 6% | 9% | 37% | 37% | 36% | 33% | 28% | 28% | 16% | 17% | 20% | 16% | 13% | 9% | 5% | 6% |
| Past 12M Trial | 100% B | 74% | 4% | 12% C | 39% | 36% | 34% | 34% | 39% | 39% | 10% | 20% K | 21% | 18% | 9% | 17% P | 11% | 12% |
| Past 3M Trial | 100% B | 47% | 2% | 8% C | 21% | 18% | 18% | 20% | 24% | 24% | 6% | 11% | 10% | 9% | 5% | 10% P | 6% | 9% |
| Last 3M Repurchase | 100% B | 47% | 2% | 8% C | 21% | 18% | 18% | 20% | 24% | 24% | 6% | 11% | 10% | 9% | 5% | 10% P | 6% | 9% |
| Last 1M Repurchase | 100% B | 29% | 1% | 5% C | 10% | 11% | 7% | 10% | 14% | 17% | 2% | 8% K | 3% | 6% | 4% | 7% | 5% | 6% |
| Brand Used Most Often | 100% | 0% | 0% | 0% | 0% | 2% | 0% | 3% | 0% | 5% | 0% | 0% | 0% | 0% | 0% | 1% | 0% | 1% |

Active Consumer Engagement Funnel

A/B/C.. NOTES SIGNIFICANCE ACROSS BRANDS AT THE 95% CI          BASE POLAND SPRING LOYAL USER: (N=189), POLAND SPRING NON-LOYAL USER: (N=309)

NWNA045369

# Poland Spring <u>Still Water</u> Executive Summary and Recommendations

**1** Poland Spring comes out on top with the strongest Effective Equity in the category.
- Poland Spring experiences solid growth in Brand Desire and benefits from strong distribution and price perceptions.
- The brand experiences many improvements in perceptions and continues to exhibit strengths in key attributes, contributing to the enhancement in brand love.

**Ipsos Recommendation:**
- Leverage these strengths to improve perceptions on higher order drivers to even further the brands leading position in the category.

**2** While Poland Spring continues to be competitively strong, the biggest funnel opportunity for the brand is converting strong trial into repurchase and loyalty.
- Although, Poland Spring leads the category in the lower funnel metrics, Private Label/Store Brands also exhibit strength in converting trial to repurchase and loyalty.

**Ipsos Recommendation:**
- Poland Spring needs to drive differentiation from the main competitors to help deepen brand love.



CONFIDENTIAL

NWNA045370



Poland Spring
Sparkling

© 2017 Ipsos

CONFIDENTIAL

Poland Spring continues to be the most desired brand in the Sparkling category, followed by Polar, Store Brand, Perrier, and S. Pell. Despite strong Brand Desire for Poland Spring, Store Brand surpasses in overall Effective Equity due to other brands' deficiencies in-market – primarily Perrier and S. Pell.



Brand Value Creator

**Brand Desire** +/- **Market Effects** = **Effective Equity**

| | Brand Desire | Market Effects | Effective Equity |
|---|---|---|---|
| (bottle) | 12.9 / 10.6 | 4.69 / 3.72 | 17.6 / 14.3 |
| Poland Spring | 15.6 / 15.1 | 0.52 / -0.14 | 16.1 / 14.9 |
| Polar | 13.2 / 12.2 | [VALUE] / 0.72 | 14.5 / [VALUE].0 |
| Perrier | 10.8 / 10.4 | -1.24 / -0.69 | 9.6 / 9.7 |
| S.PELLEGRINO | 10.3 / [VALUE].0 | -1.68 / -0.66 | 8.7 / [VALUE] |
| DASANI SPARKLING | 6.7 / 6.2 | -0.38 / [VALUE] 0 | 6.3 / 6.5 |
| LaCroix | 7.2 / 6.3 | -0.90 / -0.68 | 6.3 / 5.6 |
| bubly sparkling water | 6.0 / 2.1 | -0.44 / -0.22 | 5.6 / 1.9 |
| AQUAFINA sparkling | [VALUE] / 6.4 | -0.79 / -0.74 | [VALUE] / 5.6 |
| smartwater sparkling | 3.7 / 4.0 | -0.09 / -0.54 | 3.6 / 3.5 |
| VOSS | 3.3 / 2.7 | -0.77 / -0.45 | 2.5 / 2.2 |
| (logo) | 0.4 / 0.4 | -0.06 / -0.01 | 0.4 / 0.4 |

**Effective Equity Correlation to Market Share: $R^2$=0.91**

Note: All other brands included in appendix
*Removed Bia Bubbles, Sparkling Ice, and Spindrift from the survey since Q1 2018.

BASE POLAND SPRING: (2018 N=430; 2019 N=427)

| '19 BD | '19 +ME | '19 -ME | '19 EE |
|---|---|---|---|
| '18 BD | '18 +ME | '18 -ME | '18 EE |

38

Store Brand is gaining due to Perrier's lack of Promotions and high price point.  Poland Spring mainly benefits from strong distribution compared to S.Pell, LaCroix and bubly – something to monitor closely if these brands get a bump in distribution.

**Brand Value Creator**

**Market Effects**


| | Poland Spring | Perrier | S.PELLEGRINO | LaCroix | DASANI | bubly | Topo Chico | smartwater | VOSS | POLAR | (store brand) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Promotion** | -0.09 | -0.63 | -0.42 | -0.31 | -0.17 | -0.11 | -0.01 | -0.04 | -0.22 | 0.20 | 1.81 |
| **Accessibility** | 0.43 | 0.09 | -0.33 | -0.27 | 0.05 | -0.24 | -0.02 | 0.18 | -0.12 | 0.03 | 0.59 |
| **Product Range** | 0.23 | -0.09 | -0.14 | 0.01 | -0.14 | 0.03 | 0.01 | -0.05 | -0.01 | 0.14 | 0.09 |
| **Purchaser** | -0.08 | -0.03 | -0.08 | 0.05 | -0.09 | -0.08 | 0.00 | -0.04 | -0.09 | 0.16 | 0.62 |
| **Price** | -0.09 | -0.54 | -0.66 | -0.14 | -0.14 | -0.16 | -0.04 | 0.00 | -0.31 | 0.70 | 1.28 |
| **Another Type** | 0.12 | -0.03 | -0.04 | -0.22 | 0.10 | 0.12 | 0.00 | -0.14 | -0.02 | 0.13 | 0.30 |

🟥 Negative Net Market Effect   🟩 Positive Net Market Effect

BASE  POLAND SPRING: (N=427)

CONFIDENTIAL

NWNA045373



Some in-market barriers may be outside our control. To compete with Private Label, there is an opportunity to drive differentiation. Understand what drives desire for the category and focus marketing efforts to improve endorsements to ultimately increase desire to compete with Private Label.

CONFIDENTIAL

**Mood lifting, perceived value, thirst quenching, and social consumption are the strongest drivers of Brand Desire in the category. Focusing on these top drivers can help further improve Poland Spring's Equity.**



Imagery Drivers of Brand Desire
Sparkling Category (Regional Poland Spring) 2019

Ranked by impact on Brand Desire

**Top**
- Uplifts my mood
- Is a brand I would pay more for
- Quenches thirst like no other
- Is a brand I consume socially

**Middle**
- Is a brand I trust
- Has a unique taste
- Is an entertaining brand
- Is a brand I feel good about giving to my family
- Is fun to drink
- Offers flavors I like
- Is an innovative brand
- Re-energizes me
- Has the ability to enhance the food experience
- Has consistently high quality
- Has a pleasant taste
- Is a premium brand
- Is for special occasions

**Bottom**
- Offers a variety of flavors
- Is refreshing
- Is served in selected restaurants around the world
- Is a natural beverage
- Is an authentic Italian brand
- Is made with spring water
- Has zero calories
- Is a healthy alternative to soft drinks

RSW KEY ATTRIBUTE

BASED ON IPSOS BAYES NET ANALYSIS LOOKING AT THE CONNECTION BETWEEN 25 IMAGERY/EQUITY ATTRIBUTES AND EFFECTIVE EQUITY.
Attributes shown in ranked order of importance driving POLAND SPRING brand desire. Only 25 attributes included in drivers analysis.

*41*

## Two ways to standardize data

| STRENGTH WITHIN THE BRAND (SINGLE INDEX) – CURRENT METHOD |
|---|

- Controls for the size of the brand.
  - ✓ Smaller brands tend to get lower ratings across the board on imagery because respondents are less familiar with those brands and thus associate them with fewer attributes. The single index controls for that – the average rating for the brand is given an index value of 100, and every other attribute gets indexed based on that value.

| STRENGTH RELATIVE TO CATEGORY (DOUBLE INDEX) |
|---|

- Controls for both the size of the brand and also the strength of the attribute across the category.
  - ✓ Shows which attributes are relative strengths for the brand… relative to the brand's size and how commonly that attribute is selected among competitors.

| | RAW SCORES | | | SINGLE INDEXED SCORES | | | DOUBLE INDEXED SCORES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Brand X | Brand Y | Category Average | Brand X | Brand Y | Category Average | Brand X | Brand Y | Category Average |
| | % | % | % | % | % | % | % | % | % |
| Tastes good | 55 | 18 | 37 | 110 | 90 | 100 | 110 | 90 | 100 |
| Long lasting | 40 | 31 | 36 | 80 | 155 | 118 | 68 | 131 | 100 |
| Natural | 35 | 30 | 33 | 70 | 150 | 110 | 64 | 136 | 100 |
| Masculine | 50 | 22 | 36 | 100 | 110 | 105 | 95 | 105 | 100 |
| Motherly | 45 | 15 | 30 | 90 | 75 | 83 | 108 | 90 | 100 |
| Safe | 75 | 4 | 40 | 150 | 20 | 85 | 176 | 24 | 100 |
| **Brand average** | **50** | **20** | **35** | | | | | | |



CONFIDENTIAL

**Compared to 2018, perceptions remained relatively unchanged in 2019 with numerical increases in perceptions surrounding 'flavors'.**

**Poland Spring Sparkling is highly associated with 'Spring Water' in addition to having zero calories and being a healthy alternative; however, these are not top drivers of brand desire for the Sparkling water category.**

Ranked by impact on Brand Desire



*Imagery (% Agree)*

| Attribute | 2019 | 2018 |
|---|---|---|
| Uplifts my mood | | 25 |
| Is a brand I would pay more for | | 17 |
| Quenches thirst like no other | | 32 |
| Is a brand I consume socially | | 28 |
| Is a brand I trust | 52 | |
| Has a unique taste | | 18 |
| Is an entertaining brand | | 24 |
| Is a brand I feel good about giving to my family | 51 | |
| Is fun to drink | | 30 |
| Offers flavors I like | | 35 |
| Is an innovative brand | | 24 |
| Re-energizes me | | 30 |
| Has the ability to enhance the food experience | | 26 |
| Has consistently high quality | 44 | |
| Has a pleasant taste | 44 | |
| Is a premium brand | | 22 |
| Is for special occasions | | 17 |
| Offers a variety of flavors | | 37 |
| Is refreshing | 52 | |
| Is served in selected restaurants around the world | | 15 |
| Is a natural beverage | 50 | |
| Is an authentic Italian brand | | 9 |
| Is made with spring water | **69** | |
| Has zero calories | **60** | |
| Is a healthy alternative to soft drinks | **61** | |

▲/▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE (RAW SCORES). RSW KEY ATTRIBUTE



*43*

NWNA045377

Poland Spring's current strengths revolve around being a trusted brand, feeling good about serving to your family, is a natural beverage made spring water - 2 being key attributes for the brand. Although 'natural beverage' and 'family' are unique to Poland Spring compared to mainstream competitors, there is opportunity to improve associations with higher order drivers....



**Main Category Segment Relative Brand Strengths**

Ranked by impact on Brand Desire

Uplifts my mood
Is a brand I would pay more for
Quenches thirst like no other
Is a brand I consume socially
Is a brand I trust
Has a unique taste
Is an entertaining brand
Is a brand I feel good about giving to my family
Is fun to drink
Offers flavors I like
Is an innovative brand
Re energizes me
Has the ability to enhance the food experience
Has consistently high quality
Has a pleasant taste
Is a premium brand
Is for special occasions
Offers a variety of flavors
Is refreshing
Is served in selected restaurants around the world
Is a natural beverage
Is an authentic Italian brand
Is made with spring water
Has zero calories
Is a healthy alternative to soft drinks

■ / ■ RELATIVE BRAND STRENGTH/WEAKNESS    BASE: AWARE AND ASKED: POLAND SPRING SPARKLING (N= 454), PERRIER (N= 460), S. PELLEGRINO SPARKLING WATER (N= 399), LACROIX (N= 348), DASANI SPARKLING (N= 421), BUBLY (N= 255)    ▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE (RAW SCORES).

RSW KEY ATTRIBUTE

Attributes shown in ranked order of importance driving SPARKLING/CARBONATED BOTTLED WATER brand desire. Only 25 attributes included in drivers analysis.

*44*

NWNA045378

# …as the brand exhibits more weaknesses than strengths. The same holds true for Polar and Store Brand as weaknesses surpass strengths.

**Main Category Segment Relative Brand Strengths**



Attributes (ranked by impact on Brand Desire):
- Uplifts my mood
- Is a brand I would pay more for
- Quenches thirst like no other
- Is a brand I consume socially
- Is a brand I trust
- Has a unique taste
- Is an entertaining brand
- Is a brand I feel good about giving to my family
- Is fun to drink
- Offers flavors I like
- Is an innovative brand
- Re energizes me
- Has the ability to enhance the food experience
- Has consistently high quality
- Has a pleasant taste
- Is a premium brand
- Is for special occasions
- Offers a variety of flavors
- Is refreshing
- Is served in selected restaurants around the world
- Is a natural beverage
- Is an authentic Italian brand
- Is made with spring water
- Has zero calories
- Is a healthy alternative to soft drinks

■ / ■ RELATIVE BRAND STRENGTH/WEAKNESS   BASE: AWARE AND ASKED: TOPO CHICO (N= 32), SMARTWATER SPARKLING (N= 297), VOSS (N= 211), POLAR SELTZER (N= 419), STORE BRAND SPARKLING/SELTZER (N= 348)

▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE (RAW SCORES).

RSW KEY ATTRIBUTE

Attributes shown in ranked order of importance driving **SPARKLING/CARBONATED BOTTLED WATER** brand desire. Only 25 attributes included in drivers analysis.

*45*

NWNA045379



In order to further differentiate the brand, Poland Spring must leverage their current strengths and focus on areas of opportunity to increase endorsements for stronger driving attributes. This will allow the brand to continue its momentum in growing Brand Desire in the category.

What is the best path to improve Brand Desire?

CONFIDENTIAL

Category Structural Map of Brand Desire



Is a brand I feel good about giving to my

Has consistently high quality

Offers flavors I like

Offers a variety of

Is a healthy alternative to soft drinks

Is a brand I consume socially

Is a brand I trust

Is fun to drink

Has a pleasant taste

Is refreshing

Has zero calories

Re energizes me

Uplifts my mood

Has the ability to enhance the food experience

Brand Desire

Is a natural beverage

Is made with spring water

Quenches thirst like no other

Is a brand I would pay more

Is a premium brand

Has a unique taste

Is for special occasions

Is served in selected restaurants around the world

Is an innovative brand

Is an entertaining brand

Is an authentic Italian brand

Ipsos

*47*

**One pathway is to leverage strengths in communicating that Poland Spring is a natural beverage made with spring water, as well as try to strengthen attributes around taste, fun, and uplifting mood to drive stronger Brand Desire.**



Category Structural Map of Brand Desire

*48*



# Strategic Matrix – Poland Spring Sparkling Water Region

**Strategic Matrix**

*Importance in Driving Brand Desire*

**Opportunity**

**Strength To Sustain**

**Less Important**

**Less Impactful Strength**

*Relative Brand Strength*

● = Strengths

CONFIDENTIAL

**Focusing on key points of differentiation can help drive repurchase and loyalty.**



| Purchase Funnel | Questions to Ask | Potential Actions | |
|---|---|---|---|
| | | **Product** | **Communication** |
| **Awareness** | Do we have communications efforts in place? Are they effective | *Build Brand/Product Awareness:* | |
| | | Increase Distribution Shelf Placement | Increase SOV Increase Copy Quality |
| **Consideration** | Are we able to communicate relevant benefits to generate interest? | Address Price Positioning In Market | Emphasize Unique Selling Proposition Build Brand's Image, Personality, Reputation |
| **Trial** | What barriers are in place? Is the affinity for competitors too great? Is something lacking in our offer? | Develop Comp. Product/Price Offer Promotion Brand/Product Presence | Emphasize Usage Opportunities Competitive Claims |
| **Repurchase** | Could there be dissatisfaction with product performance? | Improve Consumer Experience | Communicate Product's PODs vs Competition |
| **Loyalty** | Have we developed a loyal following? | *Build Up Brand Closeness:* | |
| | | Build Differentiation, Reduce Substitutability, Multiply Usage Needs, Increase Range/Seg | Further Comm. of Usage Occasions Loyalty Programs |

NWNA045384

Poland Spring leads the category in Awareness along with Perrier and dominates converting to Consideration. However, the brand struggles converting to Trial, especially compared to Polar and Store Brand. Polar experiences significant growth across top funnel metrics and converts mid-to-lower funnel metrics at higher rates, this is a potential threat for Poland Spring if the brand continues to improve upper funnel metrics. Opportunity for Poland Spring to improve Trial and Repurchase to compete Store Brand.



| | Poland Spring % | Conversion Rate | Perrier % | Conversion Rate | S.Pellegrino % | Conversion Rate | LaCroix % | Conversion Rate | Dasani Sparkling % | Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| Awareness | 91 | | 92 | | 80 | | 70 | | 84 | |
| Consideration | VALUE | 96% | 81 ▲ | 88% | 71 | 89% | 62 ▲ | 88% | VALUE | 89% |
| P12M Trial | 62 | 71% | 51 ▲ | 63% | 43 | 60% | 35 ▲ | 56% | 43 | 57% |
| P1M Repurchase | 30 | 49% | 21 | 42% | 16 ▼ | 38% | 13 | 39% | 15 | 34% |
| Loyalty | 16 | 51% | 8 | 37% | 8 | 48% | 5 | 37% | 2 | 15% |

| | bubly % | Conversion Rate | % | Conversion Rate | % | Conversion Rate | voss % | Conversion Rate | POLAR % | Conversion Rate | % | Conversion Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Awareness | 51 | | 8 | | 59 | | 42 | | 84 ▲ | | 70 | |
| Consideration | VALUE | 93% | ...5 | 84% | 52 | 87% | 36 | 85% | 76 ▲ | 91% | 63 | 91% |
| P12M Trial | 25 | 53% | 3 ▼ | 63% | 28 | 54% | 16 | 44% | 55 | 71% | 51 | 80% |
| P1M Repurchase | 13 ▲ | 51% | 2 | 65% | 10 | 35% | 7 | 45% | 28 | 52% | 31 | 61% |
| Loyalty | 6 ▲ | 44% | 0 | 0% | 3 | 29% | 2 | 22% | 14 | 48% | 20 | 64% |

▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.

BASE POLAND SPRING: (N=500)

CONFIDENTIAL

NWNA045385

Perrier launched a TV spot on February 10th during our fielding period, we do see significant funnel increases on consideration and trial which could be driven by the motivation of the spot. In addition, the brand remains relevant on social media.



Perrier Flavors TV Spot



Perrier on Social Media

LaCroix sees significant improvement at the top of their funnel compared to last year.  Since Q1 of 2018 Lacroix has launched an ad on YouTube which was published on August 11, 2018.  Also similar to Perrier they leverage the social media platforms to create buzz and drive consideration and trial.

### LaCroix YouTube Spot



### LaCroix on Social Media



Bubly, is a growing brand and increasing metrics throughout the funnel compared to Q1 of 2018. Bubly has continued to use Neil Patrick Harris to promote it's brand but also brought in Michael Bublé to further create a name for the brand. The brand advertised with a very humorous spot during the Super Bowl featuring Michael and continues to use him in content for Social media.

Bubly Superbowl Spot



Bubly on Social Media



**54**

To convert consideration into trial and repurchase, Poland Spring must drive stronger commitment in consideration.  Providing consumers a unique and relevant benefit or reason to believe in the brand will help drive this commitment.

## Purchase Funnel

- Awareness
- Consideration
- Trial
- Repurchase
- Loyalty

## Active Purchase Funnel

| Top of Mind Awareness 13% | Unaided Brand Awareness 34% ▲ | Aided Brand Awareness 91% |
| First Choice 18% | Seriously Consider 44% | Might Consider 26% |

| Past 12M Trial 62% | Past 3M Trial 44% |

| Last 3M Repurchase 44% | Last 1M Repurchase 30% |

| Brand Used Most Often 16% |

▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.

BASE POLAND SPRING: (N=500)

CONFIDENTIAL

NWNA045389

Poland Spring is proving to be out performing its competitors across funnel metrics. Teasing apart the funnels across the category, lack of first choice consideration is a challenge. Focusing on becoming Consumer's first choice will only help increase the bottom metrics of the funnel for Poland Spring.

| Active Consumer Engagement Funnel | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOM Awareness | 16% BCDEFGHIJK | 12% CDEFGHIK | 8% DEFGHIK | 4% EGHIK | 4% GHIK | 3% ▲ GHIK | 0% | 1% | 1% | 11% DEFGHIK | 0% |
| Unaided Brand Awareness | 34% ▲ CDEFGHIJK | 29% CDEFGHIK | 16% EFGHIK | 13% FGHIK | 11% FGHIK | 7% ▲ GHIK | 0% | 1% K | 2% GK | 19% DEFGHIK | 0% |
| Aided Brand Awareness | 91% CDEFGHIJK | 92% CDEFGHIJK | 80% DFGHIK | 70% ▲ FGHI | 84% DFGHIK | 51% GI | 6% | 59% FGI | 42% G | 84% ▲ DFGHIK | 70% FGHI |
| First Choice | 18% CDEFGHIJ | 14% DEFGHI | 11% DEFGHI | 6% GHI | 5% G | 7% ▲ GHI | 0% | 3% ▼ G | 3% G | 13% DEFGHI | 16% CDEFGHI |
| Seriously Consider | 44% CDEFGHIK | 39% DFGHIK | 35% DFGHIK | 29% FGHIK | 37% DFGHIK | 24% GI | 3% | 23% GI | 15% G | 40% DFGHIK | 25% GI |
| Might Consider | 26% FGI | 29% FGIK | 25% FGI | 26% ▲ FGI | 33% ACDFGHIJK | 17% ● G | 2% | 25% FGI | 18% ▲ G | 24% FGI | 22% FG |
| Past 12M Trial | 62% BCDEFGHIJK | 51% ▲ CDEFGHI | 43% DFGHI | 35% ▲ FGHI | 43% DFGHI | 25% ▲ GI | 3% ▼ | 28% GI | 16% G | 55% CDEFGHI | 51% CDEFGHI |
| Past 3M Trial | 44% BCDEFGHI | 31% CDEFGHI | 24% FGHI | 22% GI | 25% FGHI | 19% ▲ GI | 2% ▼ | 18% GI | 11% G | 39% BCDEFGHI | 40% BCDEFGHI |
| Last 3M Repurchase | 44% BCDEFGHI | 31% CDEFGHI | 24% FGHI | 22% GI | 25% FGHI | 19% ▲ GI | 2% ▼ | 18% GI | 11% G | 39% BCDEFGHI | 40% BCDEFGHI |
| Last 1M Repurchase | 30% BCDEFGHI | 21% CDEFGHI | 16% ▼ GHI | 13% GI | 15% GHI | 13% ▲ GI | 2% | 10% G | 7% G | 28% BCDEFGHI | 31% BCDEFGHI |
| Brand Used Most Often | 16% BCDEFGHIJ | 8% EGI | 8% GHI | 5% EGI | 2% G | 6% ▲ EGHI | 0% | 3% G | 2% G | 14% BCDEFGHI | 20% BCDEFGHIJ |

▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.
A/B/C.. NOTES SIGNIFICANCE ACROSS BRANDS AT THE 95% CI
BASE POLAND SPRING: (N=500)

56

## Poland Spring __Sparkling Water__ Executive Summary and Recommendations

**1** Poland Spring continues to have the strongest Brand Desire in the Category; however, Store Brand benefits from other brands' in-market barriers resulting in the highest overall Effective Equity for the category – taking the lead over Poland Spring by 1.5pts.

- The positive increase in Effective Equity is driven by the strong Brand Linkage and Market Effects that also experience increases compared to Q1 2018.
- Poland Spring experiences strengths in being a brand consumer's trust, they feel good about giving to family, and is a natural beverage made of spring water.

**Ipsos Recommendation:**

- Leveraging the brand's strengths in being a natural beverage made of spring water as well as focusing on attributes surrounding 'unique taste', 'uplifting mood', and 'is a brand I would pay more for' will help drive stronger brand love.

**2** Poland Spring is a salient sparkling brand with strong awareness. However, an opportunity for Poland Spring is to become consumer's first choice when considering a sparkling water brand.

**Ipsos Recommendation:**

- Poland Spring should work to drive committed consideration which will likely contribute to stronger conversion to trial and ultimately stronger lower funnel performance.



CONFIDENTIAL

NWNA045391



Poland Spring
Still Water
Appendix

© 2017 Ipsos

## RSW: Still Ultimate Brief

# Building Brands with Purpose

 **TERRITORY** | Too many Americans are disconnected from their communities and the people around them.

 **BELIEF** | We believe closer is better when it comes to the choices we make and the communities we create.

 **PURPOSE** | **Reconnect people with themselves and their community**

 **APPROACH**

| *For Individuals & Families* | *For Our Communities* | *For The Planet* |
|---|---|---|
| Offering natural and healthy regional products that have a deep connection to the community | Reinvesting to enrich and support the communities in which we operate | Protecting and enriching our local natural environments, and inspiring others to do the same |

 **ACTION**

| | | |
|---|---|---|
| • Celebrating people in the community and the natural beauty of the region<br>• Creating experiences that bring brand origins to life<br>• Local cause-related actions<br>• Focus on hyper local event sponsorships | • Sharing economic value<br>• Prioritized local sourcing<br>• Deep community engagement | • Land/water stewardship & sharing<br>• Community education<br>• Take active role in repurposing waste materials |



    



* Source: Pulled from RSW 2018 BBNW Kick Off

CONFIDENTIAL

NWNA045393

## Strategic Territories for RSW Still

**RESTORE
& HYDRATE**

A healthy drink to
replenish hydration and
cleanse the body during
the day
MACRO NEEDS:
Thirst Quench / Rehydrate /
General Health / Functional
Health
ATTRIBUTES:
Low sugar / Low calories
Natural / No artificials / Is
purified / Organic



**HEALTHY ROUTINE**
A drink that naturally hydrates and supplies nutrients
for people who actively follow a health routine in the morning
MACRO NEEDS: Rehydrate / General Health / Functional Health
/ Strengthen & reduce ageing / Digestion
ATTRIBUTES: Natural / No artificials / Healthy nutrients / Is purified / Organic / For Kids & Family



CONFIDENTIAL

## Still Brands Tracked

**Nestlé Brands**

       

**Competitive Set**

     

     

     



## Regions Defined

**POLAND SPRING (N=500):**
New York, Vermont, New Hampshire, Maine, Massachusetts, Rhode Island, Connecticut, New Jersey
**ARROWHEAD (N=500):**
Washington, Montana, Oregon, Idaho, Wyoming, Nevada, Utah, Colorado, California, New Mexico, Arizona
**DEER PARK (N=500):**
Pennsylvania, West Virginia, North Carolina, South Carolina, Georgia, Kentucky, Tennessee, Alabama, Delaware,
Maryland, Virginia, District of Colombia
**ICE MOUNTAIN (N=500):**
North Dakota, South Dakota, Nebraska, Minnesota, Iowa, Illinois, Indiana, Ohio, Michigan, Missouri, Wisconsin
**OZARKA (N=500):**
Kansas, Oklahoma, Texas, Arkansas, Louisiana, Mississippi
**ZEPHYR HILLS (N=500):**
Florida
**DEER PARK NORTH:**
Pennsylvania, Maryland, Delaware, DC
**DEER PARK SOUTH:**
North Carolina, South Carolina, Alabama, Kentucky, Virginia, West Virginia, Georgia, Tennessee
**LA (LOS ANGELES):**
All Los Angeles zip codes



*62*

NWNA045396

# BVC – All Brands

| | Brand Desire | | Market Effects | | Effective Equity | |
|---|---|---|---|---|---|---|
| | Q1 2018 | Q1 2019 | Q1 2018 | Q1 2019 | Q1 2018 | Q1 2019 |
| Poland Spring | 24.0 | 28.2 | 4.26 | 4.84 | 28.3 | 33.0 |
| Grocery Store Other Store Brands | 7.0 | 8.2 | 3.82 | 4.35 | 10.8 | 12.5 |
| Dasani | 10.7 | 8.9 | -0.41 | 0.10 | 10.3 | 9.0 |
| Nestle Pure Life | 8.0 | 8.1 | -0.76 | -0.34 | 7.2 | 7.8 |
| Aquafina | 8.3 | 7.7 | -0.76 | -1.10 | 7.5 | 6.6 |
| Great Value | 4.1 | 5.5 | 0.23 | 0.04 | 4.3 | 5.5 |
| smartwater | 6.6 | 5.2 | -0.90 | -0.81 | 5.7 | 4.4 |
| Evian | 6.2 | 5.4 | -1.98 | -2.00 | 4.3 | 3.4 |
| Fiji | 6.6 | 5.5 | -1.80 | -2.18 | 4.8 | 3.3 |
| Crystal Geyser | 3.4 | 3.0 | -0.11 | -0.29 | 3.3 | 2.7 |
| Kirkland | 2.8 | 2.9 | 0.26 | -0.32 | 3.0 | 2.5 |
| Essentia | 0.9 | 1.6 | 0.15 | -0.07 | 1.0 | 1.6 |
| Core | 1.9 | 1.7 | -0.20 | -0.19 | 1.7 | 1.5 |
| LIFEWTR | 1.3 | 1.8 | -0.21 | -0.54 | 1.1 | 1.2 |
| Voss | 2.8 | 2.1 | -0.86 | -1.08 | 1.9 | 1.0 |
| Market Pantry | 0.9 | 1.1 | -0.26 | -0.12 | 0.6 | 1.0 |
| Gerber Pure | 0.8 | 0.9 | -0.09 | 0.03 | 0.7 | 0.9 |
| Members Mark | 0.6 | 0.8 | -0.18 | -0.06 | 0.4 | 0.7 |
| Niagara | 0.8 | 0.6 | -0.05 | -0.19 | 0.8 | 0.4 |
| Acqua Panna | 0.8 | 0.6 | -0.18 | -0.22 | 0.6 | 0.4 |
| AQUAhydrate | 0.7 | 0.3 | -0.11 | 0.03 | 0.5 | 0.3 |
| Eternal | 0.9 | 0.2 | 0.14 | 0.13 | 1.0 | 0.3 |



BASE POLAND SPRING: (2018 N=442; 2019 N=405)

NWNA045397

# BVC Market Effects – In Detail

| | | | Poland Spring  | Nestlé Pure Life  | Aquafina  | Dasani  | Crystal Geyser  | Niagara  | Great Value  | Kirkland  | Market Pantry | Member's Mark | store brand  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brand Value Creator** | **Accessibility** | Store locations aren't conveniently located | 0.27 | 0.07 | -0.06 | 0.01 | 0.00 | -0.02 | -0.08 | -0.06 | -0.05 | -0.01 | 0.15 |
| | | It is not available where I shop | 0.87 | -0.04 | 0.02 | 0.06 | -0.27 | -0.03 | -0.09 | -0.02 | -0.07 | -0.12 | 0.46 |
| | | It can be hard to find in store | 0.74 | -0.23 | -0.04 | 0.11 | -0.04 | -0.04 | -0.01 | -0.06 | -0.03 | -0.01 | 0.12 |
| | | The brand is often out of stock | -0.58 | 0.04 | 0.10 | 0.22 | 0.03 | -0.01 | -0.05 | 0.06 | 0.01 | 0.02 | 0.43 |
| | | Does not have promotional displays beyond the main shelf | 0.16 | -0.01 | 0.00 | 0.05 | -0.04 | -0.01 | -0.10 | -0.01 | 0.00 | 0.02 | 0.05 |
| | **Promotion** | Coupons are not available | 0.21 | 0.01 | 0.04 | 0.16 | 0.10 | 0.01 | 0.20 | -0.33 | -0.09 | -0.02 | 0.61 |
| | | The brand is rarely never on sale | 0.67 | 0.01 | -0.27 | -0.19 | -0.06 | 0.00 | 0.09 | 0.12 | 0.01 | -0.07 | 0.78 |
| | **Price** | Costs more than I am willing to pay | 1.18 | -0.10 | -0.54 | -0.20 | 0.04 | -0.04 | 0.31 | 0.10 | 0.09 | 0.02 | 1.31 |
| | **Product Range** | Isn't always available in the bottle size I want | -0.10 | -0.01 | -0.02 | -0.01 | 0.01 | 0.01 | 0.03 | -0.02 | 0.01 | 0.01 | 0.10 |
| | | Does not offer the small size multi pack I want | 0.32 | 0.02 | -0.03 | -0.16 | -0.01 | 0.00 | -0.01 | -0.01 | 0.01 | 0.02 | -0.04 |
| | | Does not offer the large size multi pack I want | 0.25 | 0.05 | -0.09 | -0.08 | -0.06 | 0.00 | 0.04 | -0.02 | 0.01 | 0.00 | 0.12 |
| | | Does not offer the format I want etc. | 0.05 | 0.06 | 0.01 | -0.03 | -0.01 | 0.00 | 0.00 | -0.01 | 0.01 | 0.00 | -0.13 |
| | **Another Type of Barrier** | Is not sold cold in some stores | 0.03 | -0.10 | -0.10 | 0.33 | 0.07 | -0.05 | -0.19 | -0.08 | -0.01 | 0.01 | 0.41 |
| | | The brand is not recommended by trusted advisors | 0.13 | -0.08 | -0.02 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 |
| | | Not bought for household/ we seldom have this brand | 0.62 | -0.03 | -0.09 | -0.20 | -0.05 | 0.00 | -0.10 | 0.01 | -0.02 | 0.05 | -0.04 |

CONFIDENTIAL

NWNA045398

# BVC Market Effects – In Detail



| | | | Poland Spring | ACQUA PANNA | evian | FIJI | smartwater | LIFE WTR | VOSS | core | essentia |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brand Value Creator** | **Accessibility** | Store locations aren't conveniently located | 0.27 | -0.02 | -0.08 | -0.04 | -0.03 | -0.01 | -0.03 | 0.01 | 0.02 |
| | | It is not available where I shop | 0.87 | -0.01 | -0.09 | -0.25 | -0.07 | 0.03 | -0.10 | -0.02 | 0.00 |
| | | It can be hard to find in store | 0.74 | 0.00 | -0.01 | -0.19 | 0.12 | -0.04 | -0.18 | 0.00 | -0.05 |
| | | The brand is often out of stock | -0.58 | -0.05 | -0.03 | -0.07 | -0.05 | -0.01 | -0.11 | 0.00 | 0.00 |
| | | Does not have promotional displays beyond the main shelf | 0.16 | 0.00 | 0.01 | -0.03 | -0.02 | 0.00 | 0.00 | 0.00 | 0.04 |
| | **Promotion** | Coupons are not available | 0.21 | -0.01 | -0.31 | -0.36 | -0.07 | -0.22 | -0.06 | -0.02 | -0.06 |
| | | The brand is rarely never on sale | 0.67 | 0.00 | -0.28 | -0.44 | -0.13 | -0.06 | -0.20 | -0.03 | 0.01 |
| | **Price** | Costs more than I am willing to pay | 1.18 | -0.09 | -0.62 | -0.53 | -0.41 | -0.11 | -0.14 | -0.13 | -0.01 |
| | **Product Range** | Isn't always available in the bottle size I want | -0.10 | 0.00 | -0.02 | -0.06 | -0.02 | 0.01 | -0.01 | -0.05 | -0.05 |
| | | Does not offer the small size multi pack I want | 0.32 | 0.00 | -0.23 | 0.00 | -0.09 | 0.04 | 0.01 | -0.02 | 0.01 |
| | | Does not offer the large size multi pack I want | 0.25 | 0.00 | -0.02 | -0.05 | -0.06 | -0.03 | -0.07 | -0.04 | -0.01 |
| | | Does not offer the format I want etc. | 0.05 | 0.01 | -0.05 | 0.00 | 0.03 | 0.00 | -0.01 | 0.00 | -0.02 |
| | **Another Type of Barrier** | Is not sold cold in some stores | 0.03 | -0.01 | -0.10 | -0.15 | -0.03 | -0.08 | -0.08 | 0.13 | -0.01 |
| | | The brand is not recommended by trusted advisors | 0.13 | -0.05 | -0.11 | 0.00 | 0.00 | 0.00 | -0.01 | 0.00 | 0.01 |
| | | Not bought for household/ we seldom have this brand | 0.62 | 0.00 | -0.05 | 0.01 | 0.01 | -0.07 | -0.09 | -0.02 | 0.04 |

BASE POLAND SPRING: (N=405)

NWNA045399

# BVC Market Effects – Additional Brands

**Brand Value Creator**

| Market Effects | AQUA HYDRATE | Eternal | pure |
|---|---|---|---|
| Promotion | -0.01 | 0.01 | -0.06 |
| Accessibility | 0.00 | 0.04 | -0.01 |
| Product Range | 0.01 | 0.05 | 0.06 |
| Purchaser | 0.00 | 0.00 | 0.03 |
| Price | 0.01 | 0.00 | -0.05 |
| Another Type of Barrier | 0.01 | 0.04 | 0.07 |
| Not recommended by specialist | 0.01 | 0.00 | -0.01 |

🟥 Negative Net Market Effect 🟩 Positive Net Market Effect

*66*

BASE POLAND SPRING: (N=405)

CONFIDENTIAL

NWNA045400

**Brand Value Creator**

| | | /AQUA HYDRATE | Eternal spring water | pure |
|---|---|---|---|---|
| **Accessibility** | Store locations aren't conveniently located | -0.01 | 0.00 | 0.01 |
| | It is not available where I shop | 0.00 | 0.00 | -0.02 |
| | It can be hard to find in store | 0.00 | 0.01 | 0.01 |
| | The brand is often out of stock | 0.00 | 0.03 | -0.01 |
| | Does not have promotional displays beyond the main shelf | 0.00 | 0.00 | 0.00 |
| **Promotion** | Coupons are not available | 0.00 | 0.00 | 0.01 |
| | The brand is rarely never on sale | -0.01 | 0.01 | -0.07 |
| **Price** | Costs more than I am willing to pay | 0.01 | 0.00 | -0.05 |
| **Product Range** | Isn't always available in the bottle size I want | 0.01 | 0.02 | 0.01 |
| | Does not offer the small size multi pack I want | 0.00 | 0.02 | 0.01 |
| | Does not offer the large size multi pack I want | -0.02 | 0.00 | 0.00 |
| | Does not offer the format I want etc. | 0.02 | 0.00 | 0.03 |
| **Another Type of Barrier** | Is not sold cold in some stores | 0.01 | 0.04 | 0.07 |
| | The brand is not recommended by trusted advisors | 0.01 | 0.00 | -0.01 |
| | Not bought for household/ we seldom have this brand | 0.00 | 0.00 | 0.03 |

🟥 Negative Net Market Effect    🟩 Positive Net Market Effect

BASE POLAND SPRING: (N=405)

NWNA045401

# 2018 Imagery Drivers of Brand Desire

**Imagery Drivers of Brand Desire**
**Still Category (Regional Poland Spring) 2018**



**Ranked by impact on Brand Desire**

Is a brand that fits my lifestyle
Is a brand I would pay more for
Is an innovative brand
Is a brand I am proud to serve to my guests
Is a brand I feel good about giving to my family
Makes me feel proud to be seen drinking
Is a brand I trust
Has consistently high quality
Is a premium brand
Does a lot to make water available
Is good value for money
Is a brand that supports my community
Is an authentic local brand
Is for the whole family
Has a unique taste
Quenches thirst like no other
Has a pleasant taste
Cares for the future of water
It is 100% spring water
Cares for the environment
Is pure quality water
Is socially responsible
The package meets my needs
Ensures high standards of safety
Cares for the health of children



BASED ON IPSOS BAYES NET ANALYSIS LOOKING AT THE CONNECTION BETWEEN 25 IMAGERY/EQUITY ATTRIBUTES AND EFFECTIVE EQUITY.
Attributes shown in ranked order of importance driving POLAND SPRING brand desire.  Only 25 attributes included in drivers analysis.

NWNA045402

## Total Sample

| | Acqua Panna | Aquafina | Aqua Hydrate | Core | Crystal Geyser | Dasani | Eternal | Essentia | Evian | Fiji | Pure | Great Value | Kirkland | Life WTR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Makes me feel proud to be seen drinking | 6% | 16% | 15% | 18% | 11% | 19% | 15% | 18% | 20% | 20% | 8% | 12% | 6% | 14% |
| Does a lot to make water available | 2% | 15% | 6% | 6% | 11% | 16% | 8% | 4% | 14% | 9% | 11% | 16% | 8% | 7% |
| Is a brand I am proud to serve to my guests | 13% | 27% | 11% | 20% | 16% | 30% | 10% | 23% | 30% | 26% | 9% | 19% | 13% | 16% |
| Is a brand that fits my lifestyle | 6% | 23% | 21% | 17% | 16% | 25% | 19% | 23% | 16% | 12% | 7% | 26% | 19% | 15% |
| Is a brand that supports my community | 5% | 6% | 13% | 4% | 6% | 8% | 8% | 8% | 5% | 6% | 4% | 13% | 6% | 3% |
| Quenches thirst like no other | 6% | 18% | 16% | 14% | 13% | 22% | 10% | 12% | 19% | 17% | 4% | 14% | 9% | 13% |
| Is a brand I trust | 12% | 32% | 13% | 20% | 20% | 34% | 8% | 24% | 30% | 26% | 12% | 24% | 18% | 18% |
| Comes from a protected source | 9% | 11% | 13% | 10% | 14% | 11% | 10% | 5% | 21% | 26% | 8% | 7% | 2% | 5% |
| Has a pleasant taste | 15% | 31% | 10% | 13% | 21% | 32% | 17% | 23% | 30% | 30% | 12% | 23% | 15% | 19% |
| Is a brand I feel good about giving to my family | 12% | 31% | 16% | 19% | 21% | 30% | 10% | 27% | 25% | 25% | 14% | 27% | 21% | 17% |
| Is an innovative brand | 8% | 13% | 13% | 25% | 7% | 13% | 15% | 15% | 15% | 25% | 11% | 6% | 6% | 20% |
| Has consistently high quality | 13% | 28% | 16% | 20% | 19% | 31% | 19% | 22% | 38% | 34% | 7% | 18% | 12% | 20% |
| Is a brand I would pay more for | 14% | 8% | 6% | 10% | 7% | 10% | 10% | 22% | 15% | 20% | 7% | 5% | 5% | 14% |
| Cares for the environment | 11% | 16% | 8% | 15% | 17% | 17% | 23% | 8% | 22% | 23% | 12% | 14% | 11% | 13% |
| Has the ability to enhance the food experience | 14% | 16% | 10% | 11% | 11% | 15% | 17% | 15% | 18% | 20% | 7% | 9% | 9% | 9% |
| Is pure quality water | 9% | 27% | 15% | 18% | 20% | 24% | 17% | 21% | 33% | 33% | 17% | 14% | 12% | 17% |
| Has a unique taste | 4% | 10% | 13% | 13% | 8% | 12% | 15% | 12% | 16% | 21% | 7% | 6% | 4% | 13% |
| Is an authentic local brand | 5% | 10% | 15% | 10% | 8% | 11% | 8% | 6% | 9% | 7% | 7% | 14% | 9% | 6% |
| Is good value for money | 5% | 17% | 15% | 9% | 17% | 17% | 6% | 11% | 8% | 8% | 6% | 45% | 27% | 8% |
| It is 100% spring water | 10% | 17% | 13% | 8% | 25% | 16% | 15% | 11% | 25% | 24% | 8% | 9% | 7% | 7% |
| Makes water more fun for my children | 3% | 9% | 13% | 6% | 6% | 10% | 21% | 8% | 7% | 8% | 24% | 6% | 3% | 8% |
| Is a premium brand | 24% | 19% | 15% | 27% | 12% | 23% | 10% | 24% | 44% | 51% | 9% | 7% | 5% | 24% |
| Cares for the health of children | 10% | 16% | 13% | 8% | 11% | 16% | 17% | 11% | 15% | 12% | 39% | 12% | 11% | 10% |
| Bottle is made from recycled materials | 8% | 17% | 6% | 12% | 12% | 18% | 8% | 11% | 16% | 12% | 9% | 19% | 13% | 16% |
| Is purified water | 5% | 23% | 11% | 17% | 18% | 24% | 17% | 18% | 21% | 18% | 29% | 20% | 15% | 14% |
| Is refreshing | 20% | 41% | 15% | 25% | 31% | 40% | 21% | 29% | 39% | 37% | 21% | 34% | 27% | 27% |
| Is for the whole family | 12% | 35% | 19% | 18% | 27% | 34% | 12% | 18% | 28% | 22% | 16% | 34% | 27% | 17% |
| Has a long heritage | 4% | 19% | 6% | 5% | 9% | 17% | 6% | 8% | 31% | 15% | 6% | 6% | 4% | 3% |
| The package meets my needs | 9% | 29% | 16% | 18% | 20% | 30% | 21% | 20% | 23% | 21% | 10% | 28% | 19% | 20% |
| Ensures high standards of safety | 16% | 25% | 21% | 23% | 17% | 27% | 12% | 20% | 29% | 28% | 17% | 17% | 9% | 21% |
| Is a brand I feel close to | 8% | 15% | 6% | 6% | 8% | 18% | 15% | 12% | 10% | 10% | 7% | 13% | 7% | 11% |
| Cares for the future of water | 10% | 15% | 15% | 13% | 14% | 14% | 10% | 15% | 21% | 19% | 14% | 10% | 6% | 15% |
| Is socially responsible | 11% | 15% | 11% | 15% | 12% | 15% | 12% | 12% | 17% | 16% | 12% | 11% | 8% | 16% |
| Has attractive packaging | 14% | 16% | 15% | 23% | 10% | 20% | 12% | 18% | 29% | 46% | 7% | 7% | 6% | 17% |
| Is served in selected restaurants | 17% | 14% | 6% | 10% | 6% | 19% | 15% | 1% | 31% | 19% | 2% | 7% | 2% | 3% |
| Provides additional health benefits (e.g. electrolytes, ph balanced, alkaline, minerals, etc.) | 8% | 7% | 16% | 23% | 6% | 7% | 21% | 31% | 12% | 14% | 9% | 6% | 4% | 34% |

BASE AWARE AND ASKED 2019: BASE SIZE VARIES AMONG BRANDS.

# Total Sample



| | Market Pantry | Member's Mark | Nestlé Pure Life | Niagara | Poland Spring | smartwater | VOSS | (black bottle) |
|---|---|---|---|---|---|---|---|---|
| Makes me feel proud to be seen drinking | 5% | 8% | 16% | 6% | 43% | 20% | 18% | 7% |
| Does a lot to make water available | 7% | 6% | 18% | 4% | 42% | 10% | 7% | 9% |
| Is a brand I am proud to serve to my guests | 9% | 8% | 25% | 7% | 61% | 22% | 22% | 16% |
| Is a brand that fits my lifestyle | 15% | 11% | 25% | 7% | 58% | 19% | 13% | 25% |
| Is a brand that supports my community | 7% | 7% | 10% | 7% | 28% | 6% | 2% | 8% |
| Quenches thirst like no other | 11% | 4% | 19% | 6% | 46% | 20% | 13% | 12% |
| Is a brand I trust | 14% | 12% | 31% | 11% | 67% | 25% | 20% | 19% |
| Comes from a protected source | 2% | 6% | 12% | 7% | 50% | 8% | 13% | 3% |
| Has a pleasant taste | 12% | 10% | 30% | 12% | 62% | 26% | 23% | 20% |
| Is a brand I feel good about giving to my family | 15% | 20% | 31% | 8% | 67% | 22% | 21% | 23% |
| Is an innovative brand | 4% | 8% | 14% | 5% | 28% | 31% | 22% | 3% |
| Has consistently high quality | 9% | 12% | 25% | 10% | 61% | 28% | 30% | 14% |
| Is a brand I would pay more for | 1% | 4% | 9% | 5% | 27% | 14% | 23% | 2% |
| Cares for the environment | 7% | 10% | 20% | 11% | 42% | 18% | 13% | 6% |
| Has the ability to enhance the food experience | 8% | 6% | 13% | 4% | 31% | 14% | 19% | 6% |
| Is pure quality water | 9% | 8% | 27% | 12% | 59% | 23% | 25% | 11% |
| Has a unique taste | 1% | 4% | 11% | 5% | 25% | 18% | 15% | 3% |
| Is an authentic local brand | 11% | 6% | 12% | 12% | 42% | 9% | 6% | 12% |
| Is good value for money | 27% | 25% | 24% | 6% | 45% | 13% | 7% | 38% |
| It is 100% spring water | 4% | 7% | 16% | 7% | 70% | 10% | 12% | 6% |
| Makes water more fun for my children | 2% | 3% | 15% | 4% | 22% | 10% | 6% | 3% |
| Is a premium brand | 2% | 3% | 17% | 6% | 36% | 28% | 45% | 3% |
| Cares for the health of children | 5% | 9% | 22% | 8% | 28% | 16% | 10% | 8% |
| Bottle is made from recycled materials | 14% | 12% | 20% | 12% | 36% | 15% | 10% | 13% |
| Is purified water | 9% | 15% | 33% | 12% | 37% | 23% | 16% | 12% |
| Is refreshing | 26% | 20% | 36% | 23% | 68% | 34% | 30% | 30% |
| Is for the whole family | 21% | 23% | 37% | 15% | 67% | 19% | 14% | 31% |
| Has a long heritage | 4% | 5% | 12% | 5% | 62% | 6% | 6% | 3% |
| The package meets my needs | 19% | 15% | 30% | 12% | 58% | 23% | 19% | 27% |
| Ensures high standards of safety | 11% | 13% | 27% | 16% | 54% | 24% | 23% | 10% |
| Is a brand I feel close to | 7% | 6% | 16% | 4% | 53% | 12% | 5% | 12% |
| Cares for the future of water | 4% | 11% | 20% | 7% | 43% | 16% | 13% | 7% |
| Is socially responsible | 6% | 12% | 21% | 7% | 40% | 16% | 13% | 8% |
| Has attractive packaging | 2% | 6% | 21% | 7% | 33% | 20% | 35% | 4% |
| Is served in selected restaurants | 2% | 1% | 9% | 3% | 32% | 10% | 17% | 1% |
| Provides additional health benefits (e.g. electrolytes, ph balanced, alkaline, minerals, etc.) | 2% | 4% | 10% | 12% | 15% | 39% | 10% | 3% |

BASE AWARE AND ASKED 2019: BASE SIZE VARIES AMONG BRANDS.

70

# Total Sample

| | ACQUA PANNA | AQUAFINA | AQUA HYDRATE | core | CRYSTAL GEYSER | DASANI | Eternal | essentia | evian | FIJI | pure | Great Value | KIRKLAND | LIFE WTR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Makes me feel proud to be seen drinking | 69 | 95 | 133 | 139 | 89 | 107 | 125 | 130 | 105 | 108 | 80 | 88 | 64 | 112 |
| Does a lot to make water available | 31 | 123 | 73 | 64 | 122 | 124 | 92 | 40 | 101 | 67 | 152 | 162 | 117 | 77 |
| Is a brand I am proud to serve to my guests | 111 | 120 | 73 | 116 | 96 | 127 | 62 | 124 | 117 | 105 | 67 | 104 | 103 | 96 |
| Is a brand that fits my lifestyle | 50 | 100 | 136 | 96 | 95 | 103 | 116 | 122 | 61 | 47 | 51 | 140 | 148 | 88 |
| Is a brand that supports my community | 100 | 62 | 201 | 54 | 84 | 79 | 116 | 101 | 46 | 56 | 70 | 166 | 111 | 42 |
| Quenches thirst like no other | 69 | 108 | 143 | 109 | 106 | 125 | 84 | 88 | 100 | 92 | 40 | 104 | 96 | 105 |
| Is a brand I trust | 88 | 123 | 74 | 100 | 104 | 124 | 43 | 112 | 101 | 90 | 77 | 114 | 123 | 93 |
| Comes from a protected source | 137 | 87 | 154 | 103 | 151 | 83 | 111 | 43 | 147 | 187 | 107 | 68 | 70 | 53 |
| Has a pleasant taste | 111 | 120 | 67 | 65 | 110 | 117 | 92 | 108 | 102 | 105 | 76 | 109 | 103 | 99 |
| Is a brand I feel good about giving to my family | 84 | 113 | 87 | 90 | 104 | 104 | 31 | 120 | 80 | 83 | 86 | 122 | 137 | 84 |
| Is an innovative brand | 93 | 90 | 117 | 196 | 57 | 75 | 127 | 110 | 80 | 137 | 112 | 43 | 65 | 163 |
| Has consistently high quality | 98 | 110 | 94 | 102 | 101 | 116 | 105 | 105 | 131 | 121 | 46 | 87 | 84 | 106 |
| Is a brand I would pay more for | 212 | 63 | 70 | 102 | 75 | 75 | 111 | 211 | 104 | 143 | 93 | 49 | 70 | 149 |
| Cares for the environment | 115 | 87 | 65 | 106 | 125 | 88 | 175 | 53 | 105 | 113 | 110 | 94 | 107 | 95 |
| Has the ability to enhance the food experience | 175 | 104 | 97 | 93 | 97 | 92 | 155 | 118 | 103 | 118 | 77 | 72 | 105 | 79 |
| Is pure quality water | 73 | 114 | 94 | 99 | 114 | 96 | 101 | 108 | 122 | 126 | 120 | 73 | 90 | 97 |
| Has a unique taste | 62 | 81 | 157 | 137 | 88 | 92 | 170 | 118 | 114 | 154 | 95 | 60 | 58 | 142 |
| Is an authentic local brand | 73 | 76 | 169 | 99 | 82 | 79 | 85 | 55 | 60 | 48 | 89 | 131 | 122 | 61 |
| Is good value for money | 42 | 74 | 96 | 51 | 100 | 70 | 36 | 58 | 30 | 31 | 44 | 240 | 208 | 47 |
| It is 100% spring water | 118 | 105 | 119 | 64 | 209 | 94 | 130 | 82 | 136 | 134 | 83 | 68 | 77 | 58 |
| Makes water more fun for my children | 53 | 82 | 177 | 71 | 74 | 87 | 269 | 89 | 56 | 66 | 368 | 68 | 49 | 98 |
| Is a premium brand | 205 | 85 | 99 | 156 | 72 | 97 | 62 | 130 | 172 | 205 | 67 | 38 | 40 | 144 |
| Cares for the health of children | 108 | 90 | 109 | 59 | 84 | 85 | 134 | 75 | 74 | 61 | 369 | 83 | 111 | 76 |
| Bottle is made from recycled materials | 87 | 97 | 51 | 89 | 92 | 97 | 64 | 76 | 80 | 62 | 86 | 133 | 132 | 123 |
| Is purified water | 42 | 101 | 72 | 97 | 107 | 100 | 104 | 96 | 81 | 71 | 213 | 108 | 117 | 83 |
| Is refreshing | 101 | 108 | 59 | 85 | 110 | 99 | 77 | 92 | 90 | 88 | 93 | 110 | 126 | 95 |
| Is for the whole family | 75 | 114 | 92 | 76 | 119 | 105 | 55 | 71 | 80 | 65 | 87 | 136 | 157 | 74 |
| Has a long heritage | 69 | 172 | 81 | 59 | 110 | 146 | 76 | 88 | 246 | 123 | 91 | 67 | 65 | 37 |
| The package meets my needs | 64 | 107 | 88 | 86 | 100 | 105 | 109 | 90 | 75 | 70 | 62 | 127 | 125 | 100 |
| Ensures high standards of safety | 122 | 99 | 124 | 119 | 92 | 102 | 67 | 97 | 101 | 101 | 114 | 83 | 64 | 113 |
| Is a brand I feel close to | 115 | 112 | 67 | 58 | 81 | 127 | 157 | 109 | 66 | 67 | 88 | 119 | 93 | 111 |
| Cares for the future of water | 115 | 90 | 134 | 101 | 114 | 80 | 84 | 109 | 111 | 103 | 141 | 74 | 64 | 121 |
| Is socially responsible | 127 | 90 | 98 | 117 | 97 | 85 | 101 | 87 | 90 | 87 | 121 | 81 | 86 | 129 |
| Has attractive packaging | 141 | 84 | 117 | 156 | 71 | 99 | 88 | 114 | 133 | 218 | 62 | 45 | 56 | 120 |
| Is served in selected restaurants | 290 | 124 | 79 | 115 | 72 | 160 | 187 | 11 | 242 | 153 | 30 | 77 | 32 | 36 |
| Provides additional health benefits (e.g. electrolytes, pH balanced, alkaline, minerals, etc.) | 92 | 42 | 142 | 178 | 49 | 40 | 176 | 225 | 63 | 76 | 90 | 44 | 43 | 274 |

/ RELATIVE BRAND STRENGTH/WEAKNESS

BASE AWARE AND ASKED 2019: BASE SIZE VARIES AMONG BRANDS.

Ipsos

71

NWNA045405

# Total Sample



| | Market Pantry | Member's Mark | Nestlé Pure Life | Niagara | Poland Spring | smartwater | VOSS | (black bottle) |
|---|---|---|---|---|---|---|---|---|
| Makes me feel proud to be seen drinking | 65 | 96 | 89 | 81 | 108 | 123 | 124 | 69 |
| Does a lot to make water available | 176 | 99 | 138 | 74 | 145 | 85 | 66 | 121 |
| Is a brand I am proud to serve to my guests | 88 | 72 | 104 | 70 | 114 | 101 | 113 | 117 |
| Is a brand that fits my lifestyle | 143 | 97 | 102 | 69 | 106 | 85 | 66 | 179 |
| Is a brand that supports my community | 159 | 147 | 97 | 164 | 122 | 64 | 24 | 136 |
| Quenches thirst like no other | 145 | 49 | 107 | 81 | 116 | 124 | 90 | 118 |
| Is a brand I trust | 118 | 93 | 111 | 95 | 108 | 99 | 89 | 120 |
| Comes from a protected source | 35 | 96 | 89 | 125 | 167 | 65 | 119 | 39 |
| Has a pleasant taste | 101 | 78 | 108 | 104 | 100 | 103 | 102 | 127 |
| Is a brand I feel good about giving to my family | 120 | 148 | 106 | 66 | 103 | 83 | 89 | 138 |
| Is an innovative brand | 53 | 98 | 79 | 68 | 71 | 193 | 153 | 30 |
| Has consistently high quality | 77 | 95 | 92 | 89 | 101 | 113 | 136 | 90 |
| Is a brand I would pay more for | 17 | 64 | 66 | 89 | 89 | 114 | 209 | 26 |
| Cares for the environment | 83 | 110 | 102 | 135 | 96 | 101 | 82 | 54 |
| Has the ability to enhance the food experience | 114 | 79 | 79 | 59 | 85 | 94 | 143 | 64 |
| Is pure quality water | 83 | 68 | 107 | 114 | 104 | 100 | 122 | 76 |
| Has a unique taste | 18 | 65 | 83 | 91 | 85 | 150 | 140 | 40 |
| Is an authentic local brand | 183 | 92 | 85 | 205 | 134 | 70 | 52 | 150 |
| Is good value for money | 256 | 219 | 97 | 58 | 82 | 58 | 35 | 270 |
| It is 100% spring water | 54 | 87 | 92 | 97 | 181 | 64 | 85 | 61 |
| Makes water more fun for my children | 40 | 55 | 128 | 82 | 84 | 94 | 63 | 45 |
| Is a premium brand | 19 | 77 | 71 | 60 | 67 | 128 | 231 | 22 |
| Cares for the health of children | 62 | 103 | 116 | 102 | 66 | 93 | 65 | 74 |
| Bottle is made from recycled materials | 174 | 138 | 106 | 154 | 86 | 88 | 66 | 123 |
| Is purified water | 86 | 133 | 135 | 118 | 68 | 104 | 81 | 86 |
| Is refreshing | 149 | 106 | 88 | 136 | 75 | 92 | 91 | 129 |
| Is for the whole family | 149 | 151 | 113 | 110 | 91 | 64 | 52 | 166 |
| Has a long heritage | 79 | 91 | 102 | 102 | 235 | 56 | 63 | 45 |
| The package meets my needs | 154 | 112 | 104 | 100 | 90 | 88 | 81 | 164 |
| Ensures high standards of safety | 96 | 104 | 101 | 143 | 90 | 98 | 105 | 65 |
| Is a brand I feel close to | 114 | 90 | 112 | 67 | 166 | 92 | 43 | 147 |
| Cares for the future of water | 53 | 133 | 112 | 95 | 108 | 99 | 90 | 69 |
| Is socially responsible | 79 | 145 | 118 | 95 | 101 | 99 | 90 | 79 |
| Has attractive packaging | 23 | 63 | 103 | 82 | 72 | 108 | 211 | 34 |
| Is served in selected restaurants | 39 | 18 | 75 | 60 | 119 | 92 | 174 | 15 |
| Provides additional health benefits (e.g. electrolytes, pH balanced, alkaline, minerals, etc.) | 26 | 48 | 56 | 161 | 38 | 240 | 69 | 29 |



BASE AWARE AND ASKED 2019: BASE SIZE VARIES AMONG BRANDS.    🟩 / 🟥 RELATIVE BRAND STRENGTH/WEAKNESS

# Active Consumer Engagement Funnel – Additional Brands

| Active Consumer Engagement Funnel | | AQUA HYDRATE | Eternal | pure |
|---|---|---|---|---|
| | TOM Awareness | 0% | 0% | 0% |
| | Unaided Brand Awareness | 0% | 0% | 0% |
| | Aided Brand Awareness | 12% ▼ | 10% | 36% |
| | First Choice | 2% | 1% | 2% |
| | Seriously Consider | 5% ▼ | 5% | 10% |
| | Might Consider | 4% | 3% | 13% |
| | Past 12M Trial | 8% ▼ | 8% | 14% |
| | Past 3M Trial | 5% ▼ | 5% | 8% |
| | Last 3M Repurchase | 5% ▼ | 5% | 8% |
| | Last 1M Repurchase | 3% ▼ | 3% ▼ | 5% |
| | Brand Used Most Often | 0% | 0% | 1% |



▲ / ▼ SIGNIFICANTLY HIGHER/LOWER THAN YEAR AGO AT 95% CONFIDENCE.

BASE POLAND SPRING: (N=498)

*73*

NWNA045407



Poland Spring
Sparkling Water
Appendix

© 2017 Ipsos

# RSW Sparkling: Big Idea & Campaign Ultimate Brief

**BIG IDEA**

Your local source of reconnection

**BRAND OPPORTUNITY**

Drive trial of new sparkling

**RELEVANT STRATEGIC CONTENT PLATFORM (IF APPLICABLE)**

The need to stay grounded and appreciate the simple things which can be fulfilled with the RSW Spark enabler of reconnection to self and their surroundings

## 1. Competitive, Content, and Cultural Landscape

The Sparkling category is still young, but dynamic and increasingly competitive as CSD defectors continue to increase. But health benefits alone are not differentiating. The category has shifted from functional to lifestyle focused. La Croix is the first brand to make sparkling water cool, but the category is still a sea of sameness. While new flavors and pack forms may come and go, some competition stand out with bold looks and emotional connection. In order to win, we need to embrace the heritage of our locality while being category relevant.

## 2. Commercial Ambition

Become the market leader within the Mainstream Sparkling Unsweet Category by capitalizing on our bottled water leadership position to accelerate the household adoption and achieve NNS of $1.5B by 2027.

## 3. Target Consumers

**Mindful Achievers:** They value personal achievement and strive to make a difference for themselves and their community. They believe that small, meaningful choices can have a big impact.

## 4. Core Insight

In an increasingly artificial world, I take pride in living a life that's more real.



## 5. Brand Belief

We believe closer is better when it comes to the choices we make and the communities we create

## 6. Brand Purpose

Reconnect people with themselves and their community

## 7. Functional Benefit

Uplifting refreshment done simply & naturally.

*Elements: Real, Natural Flavor, Uplifting Bubbles, Spring Water with naturally occurring minerals for taste (Taken from Campaign Idea Brief)*

## 8. Emotional Benefit

Makes me feel closer to what's real.

## 9. Meaningful Brand Truth

We're your local spring water and always have been. Bringing you and your community the best of nature for a refreshingly simple taste: naturally occurring minerals, sustainably sourced ingredients and a commitment to keeping it real.

## 10. Brand Personality

**Refreshingly Honest Catalyst** Through a disarming wit, we offer a refreshing perspective on life, but pull it off because we are genuine, down-to-earth, and get you. It's that dose of honesty that moves us to take action, to rethink and appreciate things.

## 11. Ownable Brand Proposition

Your local springs that refresh your connection to what's real.

## Sparkling Brands Tracked

**Nestlé Brands**

      

**Competitive Set**

              

*Removed Bia Bubbles, Sparkling Ice, and Spindrift from the survey since Q1 2018.*

Ipsos

76

NWNA045410

## BVC – All Brands

| | Brand Desire | | Market Effects | | Effective Equity | |
|---|---|---|---|---|---|---|
| | Q1 2018 | Q1 2019 | Q1 2018 | Q1 2019 | Q1 2018 | Q1 2019 |
| Store Brand Sparkling Seltzer | 10.6 | 12.9 | 3.72 | 4.69 | 14.3 | 17.6 |
| Poland Spring | 15.1 | 15.6 | -0.14 | 0.52 | 14.9 | 16.1 |
| Polar Seltzer | 12.2 | 13.2 | 0.72 | 1.35 | 13.0 | 14.5 |
| Perrier | 10.4 | 10.8 | -0.69 | -1.24 | 9.7 | 9.6 |
| S Pellegrino Sparkling Water | 10.0 | 10.3 | -0.66 | -1.68 | 9.3 | 8.7 |
| Dasani Sparkling | 6.2 | 6.7 | 0.30 | -0.38 | 6.5 | 6.3 |
| LaCroix | 6.3 | 7.2 | -0.68 | -0.90 | 5.6 | 6.3 |
| Bubly | 2.1 | 6.0 | -0.22 | -0.44 | 1.9 | 5.6 |
| Aquafina Sparkling | 6.4 | 6.2 | -0.74 | -0.79 | 5.6 | 5.4 |
| Smartwater Sparkling | 4.0 | 3.7 | -0.54 | -0.09 | 3.5 | 3.6 |
| Voss | 2.7 | 3.3 | -0.45 | -0.77 | 2.2 | 2.5 |
| Crystal Geyser | 1.5 | 1.9 | -0.32 | -0.13 | 1.1 | 1.7 |
| Badoit | 0.7 | 0.7 | -0.24 | 0.02 | 0.4 | 0.8 |
| Waterloo | 1.0 | 0.6 | -0.07 | -0.13 | 0.9 | 0.5 |
| Alta Palla | 0.6 | 0.4 | -0.06 | 0.04 | 0.6 | 0.5 |
| Topo Chico | 0.4 | 0.4 | -0.01 | -0.06 | 0.4 | 0.4 |



CONFIDENTIAL

# 2018 Imagery Drivers of Brand Desire

**Imagery Drivers of Brand Desire**
**Sparkling Category (Regional Poland Spring) 2018**

**Ranked by impact on Brand Desire**



- Is a brand I consume socially
- Quenches thirst like no other
- Is a brand I would pay more for
- Uplifts my mood
- Re-energizes me
- Is a brand I trust
- Has a pleasant taste
- Is fun to drink
- Offers flavors I like
- Is an entertaining brand
- Is a brand I feel good about giving to my family
- Has consistently high quality
- Is an innovative brand
- Has a unique taste
- Is good value for the money
- Has the ability to enhance the food experience
- Is a premium brand
- Is for special occasions
- Is served in selected restaurants around the world
- Is refreshing
- Offers a variety of flavors
- Is a natural beverage
- Is an authentic Italian brand
- Is a healthy alternative to soft drinks
- Is made with spring water

BASED ON IPSOS BAYES NET ANALYSIS LOOKING AT THE CONNECTION BETWEEN 25 IMAGERY/EQUITY ATTRIBUTES AND EFFECTIVE EQUITY.
Attributes shown in ranked order of importance driving **POLAND SPRING** brand desire.  Only 25 attributes included in drivers analysis.

# BVC Market Effects – Additional Brands

**Brand Value Creator**



*Market Effects*

| | ALTA PALLA | AQUAFINA sparkling | BADOIT | Sparkling | WATERLOO |
|---|---|---|---|---|---|
| **Promotion** | 0.01 | -0.05 | -0.03 | 0.06 | -0.02 |
| **Accessibility** | -0.02 | -0.24 | 0.01 | -0.13 | -0.08 |
| **Product Range** | 0.02 | -0.05 | 0.04 | -0.05 | 0.03 |
| **Purchaser** | 0.02 | -0.19 | -0.02 | 0.03 | 0.00 |
| **Price** | 0.01 | -0.13 | 0.01 | 0.02 | -0.01 |
| **Another Type** | 0.00 | -0.13 | 0.00 | -0.06 | -0.05 |

■ Negative Net Market Effect  ■ Positive Net Market Effect

BASE POLAND SPRING: (N=427)

CONFIDENTIAL

NWNA045413

# BVC Market Effects in Detail

| Brand Value Creator | | | Poland Spring | Perrier | S.Pellegrino | LaCroix | Dasani Sparkling | bubly | Canada Dry | smartwater | VOSS | Polar | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Accessibility | Store locations aren't conveniently located | -0.08 | 0.07 | -0.05 | 0.02 | 0.05 | -0.04 | 0.00 | 0.02 | 0.02 | 0.04 | -0.01 |
| | | It is not available where I shop | 0.24 | -0.01 | -0.12 | -0.08 | -0.11 | -0.03 | 0.00 | -0.02 | -0.07 | 0.11 | 0.27 |
| | | It can be hard to find in store | 0.20 | 0.12 | -0.24 | -0.14 | -0.03 | -0.08 | -0.01 | 0.00 | -0.12 | 0.09 | 0.26 |
| | | The brand is often out of stock | -0.10 | -0.10 | 0.02 | -0.02 | 0.03 | -0.04 | 0.00 | 0.08 | 0.02 | 0.08 | 0.20 |
| | | The brand is not available in restaurants that I visit | 0.05 | 0.07 | 0.09 | -0.14 | 0.23 | -0.06 | 0.03 | 0.04 | 0.02 | -0.03 | -0.24 |
| | | Does not have promotional displays beyond the main shelf | 0.12 | -0.06 | -0.04 | 0.08 | -0.12 | 0.01 | -0.03 | 0.05 | 0.01 | -0.26 | 0.10 |
| | Promotion | Coupons are not available | 0.07 | -0.17 | -0.12 | -0.02 | -0.16 | -0.12 | -0.01 | -0.02 | -0.12 | 0.11 | 0.52 |
| | | The brand is rarely never on sale | -0.17 | -0.45 | -0.30 | -0.29 | -0.01 | 0.01 | 0.00 | -0.02 | -0.10 | 0.09 | 1.28 |
| | Price | Costs more than I am willing to pay | -0.09 | -0.54 | -0.66 | -0.14 | -0.14 | -0.16 | -0.04 | 0.00 | -0.31 | 0.70 | 1.28 |
| | Product Range | Isn't always available in the bottle size I want | 0.05 | -0.04 | 0.05 | 0.01 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | -0.06 |
| | | Does not offer the format I want | 0.02 | -0.01 | -0.07 | 0.06 | -0.07 | 0.00 | 0.00 | 0.01 | -0.01 | -0.04 | 0.11 |
| | | Is not always available in the flavor/variety I want | 0.17 | -0.05 | -0.12 | -0.06 | -0.11 | 0.05 | 0.01 | -0.06 | 0.00 | 0.15 | 0.04 |
| | Purchaser | The brand is not recommended by trusted advisors | 0.02 | 0.03 | 0.01 | 0.01 | 0.01 | 0.01 | -0.02 | 0.00 | -0.04 | 0.03 | 0.04 |
| | | Not bought for household/ we seldom have this brand | -0.09 | -0.06 | -0.09 | 0.03 | -0.09 | -0.09 | 0.02 | -0.04 | -0.05 | 0.13 | 0.58 |
| | Another Type of Barrier | Is not sold cold in some stores | 0.12 | -0.03 | -0.04 | -0.22 | 0.10 | 0.12 | 0.00 | -0.14 | -0.02 | 0.13 | 0.30 |

■ Negative Net Market Effect ■ Positive Net Market Effect

BASE  POLAND SPRING: (N=427)

# BVC Market Effects in Detail – Additional Brands

| | |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **Accessibility** | Store locations aren't conveniently located | -0.03 | 0.04 | 0.01 | 0.00 | -0.02 |
| | It is not available where I shop | -0.01 | -0.10 | 0.00 | 0.00 | 0.00 |
| | It can be hard to find in store | 0.00 | -0.05 | 0.00 | -0.05 | -0.05 |
| | The brand is often out of stock | 0.00 | -0.11 | 0.00 | 0.00 | -0.01 |
| | The brand is not available in restaurants that I visit | 0.01 | -0.07 | 0.00 | -0.05 | -0.01 |
| | Does not have promotional displays beyond the main shelf | 0.01 | 0.05 | 0.00 | -0.03 | 0.00 |
| **Promotion** | Coupons are not available | 0.01 | 0.07 | -0.01 | 0.02 | 0.00 |
| | The brand is rarely never on sale | 0.01 | -0.12 | -0.02 | 0.03 | -0.02 |
| **Price** | Costs more than I am willing to pay | 0.01 | -0.13 | 0.01 | 0.02 | -0.01 |
| **Product Range** | Isn't always available in the bottle size I want | 0.00 | -0.02 | 0.02 | 0.00 | 0.01 |
| | Does not offer the format I want | 0.01 | 0.02 | 0.00 | -0.03 | 0.00 |
| | Is not always available in the flavor/variety I want | 0.01 | -0.05 | 0.02 | -0.02 | 0.02 |
| **Purchaser** | The brand is not recommended by trusted advisors | 0.00 | -0.03 | 0.00 | 0.05 | 0.00 |
| | Not bought for household/ we seldom have this brand | 0.02 | -0.16 | -0.03 | -0.01 | 0.00 |
| **Another Type of Barrier** | Is not sold cold in some stores | 0.00 | -0.13 | 0.00 | -0.06 | -0.05 |

**Brand Value Creator**



🟥 Negative Net Market Effect 🟩 Positive Net Market Effect

BASE POLAND SPRING: (N=427)



CONFIDENTIAL

# Total Sample

| | ALTA PALLA | AQUAFINA | BADOIT | bubly | (brand) | DASANI | LaCroix | Perrier | POLAR | Poland Spring | smartwater | S.PELLEGRINO | (brand) | (brand) | VOSS | Waterloo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uplifts my mood | 9% | 11% | 5% | 20% | 7% | 11% | 18% | 21% | 24% | 25% | 14% | 24% | 17% | 16% | 11% | 9% |
| Is a brand I would pay more for | 9% | 7% | 20% | 16% | 4% | 9% | 15% | 29% | 10% | 17% | 11% | 31% | 5% | 6% | 22% | 7% |
| Quenches thirst like no other | 4% | 13% | 18% | 15% | 7% | 14% | 17% | 24% | 25% | 32% | 18% | 27% | 20% | 12% | 14% | 11% |
| Is a brand I consume socially | 6% | 14% | 10% | 17% | 7% | 16% | 21% | 33% | 25% | 28% | 12% | 31% | 21% | 9% | 14% | 9% |
| Is a brand I trust | 9% | 24% | 18% | 27% | 12% | 27% | 29% | 42% | 41% | 52% | 22% | 39% | 30% | 12% | 18% | 11% |
| Has a unique taste | 7% | 10% | 20% | 24% | 6% | 9% | 22% | 28% | 22% | 19% | 14% | 33% | 13% | 6% | 14% | 12% |
| Is an entertaining brand | 7% | 10% | 8% | 33% | 10% | 14% | 22% | 24% | 18% | 24% | 14% | 29% | 8% | 25% | 16% | 14% |
| Is a brand I feel good about giving to my family | 6% | 25% | 20% | 31% | 11% | 27% | 29% | 38% | 40% | 51% | 22% | 37% | 36% | 12% | 21% | 14% |
| Is fun to drink | 7% | 16% | 10% | 33% | 12% | 15% | 28% | 27% | 31% | 30% | 16% | 29% | 25% | 16% | 18% | 12% |
| Offers flavors I like | 2% | 15% | 8% | 32% | 6% | 19% | 33% | 23% | 40% | 35% | 12% | 28% | 33% | 12% | 10% | 14% |
| Is an innovative brand | 17% | 14% | 10% | 40% | 9% | 15% | 28% | 23% | 20% | 24% | 21% | 22% | 7% | 9% | 18% | 20% |
| Re-energizes me | 4% | 15% | 22% | 21% | 10% | 13% | 19% | 23% | 24% | 30% | 19% | 24% | 25% | 12% | 15% | 11% |
| Has the ability to enhance the food experience | 13% | 13% | 20% | 19% | 9% | 14% | 20% | 33% | 22% | 26% | 11% | 36% | 16% | 12% | 17% | 16% |
| Has consistently high quality | 13% | 23% | 22% | 29% | 12% | 26% | 30% | 51% | 38% | 44% | 21% | 48% | 23% | 9% | 24% | 14% |
| Has a pleasant taste | 9% | 22% | 20% | 33% | 13% | 23% | 30% | 38% | 42% | 44% | 26% | 44% | 36% | 12% | 22% | 14% |
| Is a premium brand | 19% | 13% | 30% | 25% | 9% | 16% | 28% | 63% | 14% | 22% | 19% | 62% | 4% | 9% | 43% | 12% |
| Is for special occasions | 13% | 9% | 18% | 17% | 7% | 10% | 20% | 44% | 12% | 17% | 7% | 51% | 7% | 9% | 23% | 18% |
| Offers a variety of flavors | 9% | 16% | 10% | 44% | 10% | 22% | 44% | 20% | 48% | 37% | 16% | 21% | 38% | 12% | 6% | 16% |
| Is refreshing | 17% | 32% | 18% | 37% | 26% | 34% | 36% | 44% | 46% | 52% | 33% | 48% | 44% | 19% | 27% | 23% |
| Is served in selected restaurants around the world | 7% | 10% | 25% | 5% | 4% | 13% | 13% | 58% | 8% | 15% | 6% | 57% | 3% | 12% | 17% | 11% |
| Is a natural beverage | 11% | 25% | 25% | 24% | 19% | 24% | 23% | 38% | 33% | 50% | 28% | 39% | 24% | 3% | 24% | 21% |
| Is an authentic Italian brand | 13% | 5% | 8% | 4% | 1% | 7% | 9% | 16% | 6% | 9% | 3% | 72% | 1% | 3% | 6% | 14% |
| Is made with spring water | 2% | 19% | 18% | 9% | 20% | 19% | 13% | 29% | 19% | 69% | 14% | 27% | 11% | 3% | 14% | 5% |
| Has zero calories | 24% | 46% | 25% | 47% | 45% | 47% | 43% | 57% | 56% | 60% | 44% | 55% | 54% | 19% | 44% | 21% |
| Is a healthy alternative to soft drinks | 30% | 47% | 25% | 51% | 40% | 45% | 51% | 54% | 53% | 61% | 43% | 55% | 53% | 28% | 39% | 25% |
| Can be consumed any time of day | 17% | 46% | 30% | 49% | 37% | 47% | 49% | 53% | 54% | 62% | 42% | 53% | 56% | 16% | 40% | 25% |
| Is good for everyday | 13% | 29% | 15% | 33% | 24% | 30% | 31% | 30% | 44% | 49% | 25% | 28% | 49% | 16% | 22% | 20% |
| Is good value for the money | 11% | 14% | 5% | 23% | 11% | 17% | 18% | 14% | 38% | 41% | 13% | 15% | 52% | 9% | 8% | 5% |
| Is a brand I feel close to | 2% | 10% | 18% | 18% | 3% | 14% | 16% | 21% | 26% | 35% | 11% | 21% | 24% | 6% | 13% | 5% |
| Is a brand that cares for the environment | 9% | 17% | 18% | 15% | 19% | 16% | 13% | 22% | 20% | 35% | 21% | 19% | 10% | 6% | 12% | 11% |
| Is a brand that is socially responsible | 9% | 18% | 12% | 19% | 12% | 17% | 19% | 24% | 22% | 35% | 22% | 23% | 12% | 6% | 14% | 12% |
| Has a unique style | 13% | 8% | 18% | 28% | 9% | 11% | 25% | 33% | 14% | 18% | 12% | 35% | 6% | 9% | 26% | 14% |
| Is a symbol of conviviality | 13% | 11% | 18% | 15% | 6% | 9% | 12% | 21% | 14% | 16% | 10% | 21% | 5% | 9% | 11% | 11% |
| Offers different levels of carbonation | 6% | 7% | 8% | 9% | 8% | 8% | 10% | 13% | 9% | 14% | 8% | 14% | 5% | 9% | 7% | 5% |

BASE AWARE AND ASKED 2019; BASE SIZE VARIES AMONG BRANDS.

# Total Sample

| | ALTA PALLA | AQUAFINA Sparkling | EVIAN BADOIT | bubly | Sparkling | DASANI SPARKLING | LaCroix | Perrier | POLAR | Poland Spring | smartwater sparkling | S.PELLEGRINO | (bottle) | Diet | VOSS | WATERLOO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Uplifts my mood | 119 | 85 | 41 | 110 | 75 | 80 | 103 | 90 | 119 | 101 | 106 | 95 | 105 | 199 | 80 | 93 |
| Is a brand I would pay more for | 135 | 62 | 188 | 100 | 49 | 74 | 97 | 141 | 56 | 78 | 94 | 140 | 35 | 85 | 183 | 82 |
| Quenches thirst like no other | 48 | 92 | 137 | 76 | 69 | 93 | 89 | 94 | 114 | 118 | 125 | 98 | 113 | 137 | 94 | 104 |
| Is a brand I consume socially | 74 | 102 | 78 | 88 | 70 | 109 | 113 | 133 | 117 | 106 | 85 | 116 | 121 | 105 | 96 | 87 |
| Is a brand I trust | 74 | 115 | 92 | 92 | 79 | 121 | 102 | 111 | 126 | 130 | 103 | 96 | 114 | 92 | 82 | 70 |
| Has a unique taste | 90 | 75 | 161 | 129 | 62 | 63 | 122 | 117 | 106 | 75 | 103 | 127 | 78 | 72 | 100 | 120 |
| Is an entertaining brand | 79 | 66 | 56 | 155 | 91 | 86 | 107 | 87 | 76 | 82 | 90 | 98 | 42 | 264 | 100 | 123 |
| Is a brand I feel good about giving to my family | 48 | 118 | 100 | 104 | 71 | 118 | 100 | 99 | 121 | 125 | 101 | 89 | 134 | 90 | 93 | 87 |
| Is fun to drink | 70 | 94 | 63 | 138 | 97 | 82 | 121 | 88 | 117 | 92 | 92 | 87 | 117 | 151 | 100 | 94 |
| Offers flavors I like | 21 | 94 | 53 | 142 | 52 | 111 | 152 | 79 | 160 | 114 | 73 | 90 | 164 | 120 | 59 | 116 |
| Is an innovative brand | 177 | 85 | 65 | 174 | 76 | 85 | 126 | 77 | 78 | 76 | 125 | 69 | 34 | 88 | 104 | 162 |
| Re-energizes me | 45 | 99 | 155 | 99 | 91 | 80 | 92 | 84 | 101 | 103 | 122 | 81 | 131 | 127 | 93 | 96 |
| Has the ability to enhance the food experience | 139 | 82 | 134 | 85 | 78 | 82 | 93 | 115 | 89 | 85 | 67 | 116 | 80 | 121 | 101 | 134 |
| Has consistently high quality | 102 | 106 | 108 | 95 | 76 | 112 | 102 | 130 | 112 | 106 | 94 | 114 | 84 | 67 | 105 | 86 |
| Has a pleasant taste | 70 | 101 | 98 | 108 | 82 | 98 | 101 | 96 | 123 | 105 | 116 | 103 | 131 | 88 | 95 | 85 |
| Is a premium brand | 161 | 64 | 159 | 88 | 62 | 74 | 102 | 173 | 44 | 57 | 92 | 157 | 16 | 71 | 201 | 79 |
| Is for special occasions | 151 | 61 | 130 | 82 | 66 | 63 | 100 | 165 | 52 | 60 | 46 | 177 | 38 | 98 | 147 | 162 |
| Offers a variety of flavors | 81 | 84 | 56 | 165 | 73 | 108 | 171 | 58 | 162 | 102 | 82 | 57 | 159 | 101 | 30 | 112 |
| Is refreshing | 101 | 111 | 67 | 92 | 125 | 110 | 92 | 85 | 103 | 94 | 112 | 86 | 122 | 106 | 89 | 106 |
| Is served in selected restaurants around the world | 90 | 76 | 202 | 27 | 42 | 92 | 72 | 242 | 39 | 59 | 44 | 221 | 18 | 145 | 114 | 110 |
| Is a natural beverage | 88 | 117 | 125 | 80 | 122 | 104 | 79 | 98 | 99 | 122 | 127 | 93 | 89 | 22 | 106 | 130 |
| Is an authentic Italian brand | 253 | 57 | 98 | 33 | 16 | 75 | 76 | 101 | 44 | 54 | 33 | 421 | 9 | 55 | 65 | 212 |
| Is made with spring water | 74 | 133 | 135 | 45 | 194 | 124 | 67 | 112 | 85 | 252 | 96 | 97 | 61 | 34 | 93 | 47 |
| Has zero calories | 110 | 123 | 72 | 90 | 166 | 117 | 85 | 84 | 96 | 84 | 115 | 76 | 115 | 82 | 111 | 75 |
| Is a healthy alternative to soft drinks | 132 | 122 | 69 | 94 | 143 | 109 | 97 | 77 | 88 | 82 | 108 | 73 | 109 | 116 | 95 | 86 |
| Can be consumed any time of day | 80 | 127 | 89 | 97 | 141 | 121 | 100 | 81 | 96 | 89 | 113 | 75 | 123 | 71 | 105 | 92 |
| Is good for everyday | 90 | 117 | 65 | 95 | 134 | 113 | 92 | 67 | 114 | 103 | 99 | 58 | 157 | 104 | 84 | 108 |
| Is good value for the money | 124 | 92 | 35 | 108 | 100 | 105 | 87 | 51 | 161 | 141 | 84 | 51 | 272 | 95 | 50 | 44 |
| Is a brand I feel close to | 29 | 84 | 162 | 108 | 35 | 110 | 99 | 98 | 140 | 154 | 90 | 91 | 161 | 81 | 103 | 56 |
| Is a brand that cares for the environment | 107 | 118 | 134 | 74 | 182 | 104 | 67 | 85 | 89 | 127 | 142 | 68 | 55 | 67 | 79 | 102 |
| Is a brand that is socially responsible | 105 | 123 | 88 | 93 | 114 | 109 | 96 | 91 | 97 | 125 | 147 | 81 | 65 | 66 | 91 | 109 |
| Has a unique style | 148 | 54 | 129 | 134 | 83 | 69 | 123 | 122 | 60 | 63 | 78 | 120 | 32 | 97 | 164 | 125 |
| Is a symbol of conviviality | 196 | 97 | 170 | 94 | 73 | 74 | 78 | 102 | 79 | 74 | 86 | 95 | 35 | 127 | 92 | 129 |
| Offers different levels of carbonation | 131 | 90 | 109 | 82 | 141 | 96 | 94 | 92 | 74 | 93 | 100 | 92 | 51 | 185 | 85 | 85 |

/ RELATIVE BRAND STRENGTH/WEAKNESS

Ipsos

BASE AWARE AND ASKED 2019: BASE SIZE VARIES AMONG BRANDS.

*83*

# Active Consumer Engagement Funnel – Additional Brands



| Active Consumer Engagement Funnel | ALTA PALLA | AQUAFINA sparkling | BADOIT | Sparkling | WATERLOO |
|---|---|---|---|---|---|
| TOM Awareness | 0% | 0% | 0% | 0% | 0% |
| Unaided Brand Awareness | 0% | 0% | 0% | 0% | 0% |
| Aided Brand Awareness | 11% | 81% | 8% | 41% | 11% |
| First Choice | 1% ▼ | 5% | 1% | 2% | 1% |
| Seriously Consider | 4% | 37% | 2% ▼ | 13% | 3% |
| Might Consider | 5% | 30% | 4% | 21% | 6% |
| Past 12M Trial | 6% | 40% | 6% | 17% | 5% |
| Past 3M Trial | 4% | 23% | 4% | 10% | 3% ▼ |
| Last 3M Repurchase | 4% | 23% | 4% | 10% | 3% ▼ |
| Last 1M Repurchase | 3% | 14% | 2% | 6% | 3% ▼ |
| Brand Used Most Often | 0% | 2% | 0% | 1% | 0% |

